| | |
|---|---|
| 1 | Megan A. Chacon (SBN 304912) |
| 2 | chacon@fr.com |
|   | FISH & RICHARDSON P.C. |
| 3 | 4695 MacArthur Court, Ste. 1100 |
|   | Newport Beach, CA 92660 |
| 4 | Tel: (949) 623-7640 / Fax: (858) 678-5099 |
| 5 | Louis Fogel, Ph.D. (*pro hac vice forthcoming*) |
|   | fogel@fr.com |
| 6 | FISH & RICHARDSON P.C. |
| 7 | 150 N. Riverside Plaza, Ste. 2820 |
|   | Chicago, IL 60606 |
| 8 | Tel: (312) 278-2601 / Fax: (312) 873-4603 |
|   | Attorneys for Defendant Arrowhead Pharmaceuticals, |
| 9 | Inc. |

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IONIS PHARMACEUTICALS, INC., a Delaware Corporation,<br><br>           Plaintiff,<br>v.<br><br>ARROWHEAD PHARMACEUTICALS, INC., a Delaware corporation,<br><br>           Defendant. | Case No. 2:25-cv-8609-HDV-AGR<br><br>**ARROWHEAD PHARMACEUTICALS, INC.'S NOTICE OF MOTION AND MOTION TO STAY, OR IN THE ALTERNATIVE, DISMISS OR TRANSFER UNDER THE FIRST-TO-FILE RULE**<br><br>District Judge: Hon. Hernán D. Vera<br>Magistrate Judge: Alicia G. Rosenberg<br><br>Hearing Date:   December 4, 2025<br>Hearing Time:   10:00 A.M.<br>Courtroom:      5B<br>Judge:          Hon. Hernán D. Vera |

1  TO THE COURT, PLAINTIFF, AND COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT at 10:00 a.m. on December 4, 2025, or as soon thereafter as the matter may be heard in the United States District Court, Central District of California, Western Division, located at 350 W 1st Street, Courtroom 5B, Los Angeles, California 90012, before the Honorable Hernán D. Vera, Defendant Arrowhead Pharmaceuticals, Inc. ("Arrowhead") will move, and hereby does move, to stay this case pending the District of Delaware's final resolution of *Arrowhead Pharmaceuticals, Inc. v. Ionis Pharmaceuticals, Inc.*, Case No. 1:25-CV-01130-GBW (D. Del.) (the "Delaware Action"). In the alternative, Arrowhead moves to dismiss, or to transfer this action to the District of Delaware, where Arrowhead's first-filed Delaware Action is pending.

The grounds for the motion are that, in light of the pending first-filed action in Delaware, the Central District of California is an improper venue for Ionis's action. Consistent with the principles of federal comity and under the first-to-file rule, this Court should defer to the court in the first-filed action (the District of Delaware) to decide which action should proceed by staying this action. Alternatively, the Court should dismiss this case or transfer it to the District of Delaware under the first-to-file rule.

This Motion is based on this Notice of Motion, the concurrently-filed Memorandum of Points and Authorities, the supporting Declarations of David Bormett and Megan A. Chacon, the concurrently-filed [Proposed] Order, the accompanying exhibits, the pleadings on file in this action, and on such other written or oral argument or evidence as may be presented at or before the time this motion is taken under submission.

This motion is made following three conferences of counsel pursuant to Local Rule 7-3 on September 26, October 10, and October 20, 2025. Plaintiff confirmed it will oppose the motion.

| | | |
|---|---|---|
| 1 | Dated: October 27, 2025 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By:  */s/ Megan A. Chacon* |
| 4 | | Megan A. Chacon (SBN 304912) |
| | | chacon@fr.com |
| 5 | | FISH & RICHARDSON P.C. |
| | | 4695 MacArthur Court, Ste. 1100 |
| 6 | | Newport Beach, CA 92660 |
| | | Tel: (949) 623-7640 / Fax: (858) 678-5099 |
| 7 | | |
| 8 | | Louis E. Fogel (*pro hac vice forthcoming*) |
| | | FISH & RICHARDSON P.C. |
| 9 | | 150 N. Riverside Plaza, Ste. 2820 |
| | | Chicago, IL 60606 |
| 10 | | Tel: (312) 278-2601 / Fax: (312) 873-4603 |
| | | Email: fogel@fr.com |
| 11 | | |
| 12 | | Attorneys for Defendant |
| | | Arrowhead Pharmaceuticals, Inc |

2
ARROWHEAD'S NOTICE OF MOTION TO STAY,
OR IN THE ALTERNATIVE, DISMISS OR TRANSFER
Case No. 2:25-cv-8609-HDV-AGR