Megan A. Chacon (SBN 304912)
chacon@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Ste. 1100
Newport Beach, CA 92660
Tel: (949) 623-7640 / Fax: (858) 678-5099

Louis E. Fogel (*pro hac vice forthcoming*)
fogel@fr.com
FISH & RICHARDSON P.C.
150 N. Riverside Plaza, Ste. 2820
Chicago, IL 60606
Tel: (312) 278-2601 / Fax: (312) 873-4603

Attorneys for Defendant Arrowhead Pharmaceuticals, Inc.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IONIS PHARMACEUTICALS, INC., a Delaware Corporation,<br><br>Plaintiff,<br>v.<br>ARROWHEAD PHARMACEUTICALS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-8609-HDV-AGR<br><br>**ARROWHEAD PHARMACEUTICALS, INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS AND PROCEEDINGS PER LOCAL RULE 83-1.4**<br><br>District Judge: Hon. Hernán D. Vera<br>Magistrate Judge: Hon. Alicia G. Rosenberg |

TO THE COURT, PLAINTIFF, AND COUNSEL OF RECORD:

Pursuant to Central District of California Civil Local Rule 83-1.4, Defendant Arrowhead Pharmaceuticals, Inc. ("Arrowhead") by and through its undersigned counsel, hereby provides notice of a pending action before District Judge Gregory B. Williams in the District of Delaware, *Arrowhead Pharmaceuticals, Inc. v. Ionis Pharmaceuticals, Inc.*, Case No. 1:25-cv-01130-GBW (the "Delaware Action"). The Delaware Action was initiated on September 10, 2025, by Arrowhead against the Plaintiff in the instant action, Ionis Pharmaceuticals, Inc. ("Ionis").

In addition to its undersigned counsel, Arrowhead is represented in the Delaware Action by:

Susan E. Morrison (#4690)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
Telephone: (302) 652-5070
Email: morrison@fr.com

Madelyn S. McCormick
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Email: mmccormick@fr.com

Ionis is represented in the Delaware Action by:

Jessamyn S. Berniker
Thomas S. Fletcher
Kathryn S. Kayali
Michael Xun Liu
Alexander Song
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Email: jberniker@wc.com
    kkayali@wc.com
    mliu@wc.com
    tfletcher@wc.com
    asong@wc.com

Jeremy A. Tigan
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Telephone: (302) 658-9200
Email: jtigan@morrisnichols.com
    mdellinger@morrisnichols.com

The Delaware Action involves all or a material part of the subject matter of this action. Both the Delaware Action and this action are about U.S. Patent No. 9,593,333 (the "'333 patent"): Arrowhead alleges in Delaware that the '333 patent is invalid and not infringed; Ionis alleges here that Arrowhead infringes the '333 patent. Both actions contemplate the same accused product: Arrowhead's plozasiran drug product, which is pending FDA approval. The same parties are

involved in both the instant action and the Delaware Action, and are the only parties involved in both actions.

Ionis's Motion to Dismiss or Transfer Venue, filed on October 6, 2025, is currently pending in the Delaware Action. (D.I. 13, 1:25-cv-01130-GBW).

Dated: October 30, 2025               FISH & RICHARDSON P.C.

By: */s/ Megan A. Chacon*

Megan A. Chacon (SBN 304912)
chacon@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Ste. 1100
Newport Beach, CA 92660
Tel: (949) 623-7640 / Fax: (858) 678-5099

Louis E. Fogel (*pro hac vice forthcoming*)
fogel@fr.com
FISH & RICHARDSON P.C.
150 N. Riverside Plaza, Ste. 2820
Chicago, IL 60606
Tel: (312) 278-2601 / Fax: (312) 873-4603

Attorneys for Defendant
Arrowhead Pharmaceuticals, Inc