**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

IONIS PHARMACEUTICALS, INC.

PLAINTIFF(S),

v.

ARROWHEAD PHARMACEUTICALS, INC.

DEFENDANT(S).

CASE NUMBER:

2:25−cv−08609−HDV−AGR

**NOTICE OF REASSIGNMENT**
**OF CASE DUE TO UNAVAILABILITY**
**OF JUDICIAL OFFICER**

To:  All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for direct reassignment.

Accordingly, this case has been reassigned to:

Hon.    Christina T. Shay    , Magistrate Judge for:

any discovery and/or post−judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read:    2:25−cv−08609−HDV(CTSx)   . This is very important because documents are routed by the initials.

Clerk, U.S. District Court

June 8, 2026
Date

By:  /s/ *Rebeca D Olmos*
Deputy Clerk

G−74 (04/14) NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER