**JUDGE HERNÁN D. VERA**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

**The Court ORDERS the parties to make every effort to agree on dates.**

**Note**: Hearings shall be on Thursdays at 10:00 a.m.
Other dates can be any day of the week.

| Case No. 2:25-cv-8609-HDV-AGR | Case Name: Ionis Pharmaceuticals, Inc. v. Arrowhead Pharmaceuticals, Inc. | | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | **Timing** | **PI(s)' Date** | **Def(s)' Date** | **Court Order** |
| Check one: [x] Jury Trial o _____ [ ] Court Trial (*Tuesday* at 9:00 am) | Within 18 months after Complaint filed | 07/11/2028 Estimated Duration: 4-5 Days | 07/11/2028 Estimated Duration: 6-7 Days | [X] Jury Trial [ ] Court __ Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], (*Tuesday* at 10:00 a.m.) | 21 days before trial | 06/20/2028 | 06/20/2028 | |
| Hearing on Motions In Limine | 28 days before trial | 06/13/2028 | 06/13/2028 | |
| **Event** | **Weeks After Scheduling Conference** | **PI(s)' Date** mm/dd/yyyy | **Def(s)' Date** mm/dd/yyyy | **Court Order** mm/dd/yyyy |
| Last date to file Motion to Amend Pleadings/Add Parties | | 07/30/2026 | 07/30/2026 | |
| Last Date to *Hear* Motion to Amend Pleadings /Add Parties | 6 | 08/27/2026 | 08/27/2026 | |
| **Event** | **Weeks Before FPTC (06/20/2028)** | **PI(s)' Date** mm/dd/yyyy | **Def(s)' Date** mm/dd/yyyy | **Court Order** mm/dd/yyyy |
| Plaintiff serves Initial Infringement Contentions and identification of asserted claims | | 07/24/2026 | 07/24/2026 | |
| Defendant serves Initial Invalidity Contentions | | 09/11/2026 | 09/11/2026 | |
| Exchange of Proposed Terms for Construction | | 10/08/2026 | 10/08/2026 | |
| Plaintiff serves Initial Damages Contentions | | 11/13/2026 | 11/13/2026 | |
| Exchange of Preliminary Claim Constructions and Intrinsic Evidence and disclosure of whether each party intends to rely on expert testimony on a per term basis | | 11/19/2026 | 11/19/2026 | |

1

| | | | | |
|---|---|---|---|---|
| Substantial Completion of Document Production | | 11/19/2026[1] | 02/12/2027[2] | |
| Deadline for the Parties to meet and confer regarding their proposed constructions | | 12/04/2026 | 12/04/2026 | |
| Defendant serves Responsive Damages Contentions | | 12/11/2026 | 12/11/2026 | |
| Parties to file Final Joint Claim Construction Chart, including intrinsic evidence and disclosure of whether each party intends to rely on expert testimony on a per term basis | | 12/17/2026 | 12/17/2026 | |
| Parties serve and file simultaneous Opening Claim Construction Briefs with any Opening Expert Declarations | | 01/21/2027 | 01/21/2027 | |
| Parties serve and file Responsive Claim Construction Briefs with any Responsive Expert Declarations | | 02/18/2027 | 02/18/2027 | |
| Deadline for completion of any Claim Construction Expert Depositions | | 03/12/2027 | 03/12/2027 | |
| Parties serve and file simultaneous Reply Claim Construction Briefs | | 03/25/2027 | 03/25/2027 | |
| Markman Hearing / Technology Tutorial | | 04/15/2027 | 04/15/2027 | |
| Advice of Counsel: Each party relying on advice of counsel as part of a claim or defense for any reason shall: (a) Produce or make available for inspection and copying any written advice and documents related thereto for which the attorney-client and work product protection have been waived; (b) Provide a written summary of any oral advice and | | 06/15/2027 | 06/15/2027 | |

[1] Ionis respectfully requests that the Court adopt November 19, 2026 as the date for substantial completion of document production, which is two months later than Ionis's original proposal of September 2026.  This case has been pending since September 2025, and it is not unreasonable to expect the parties to substantially complete their document productions 14 months after the Complaint was filed.   Ionis already produced thousands of documents to Arrowhead in March 2026, including key conception and reduction to practice documents underlying the claimed invention, in connection with an early de bene esse deposition that necessitated an agreed-upon compressed timeline. Dkt. 36, 4.  Ionis served Requests for Production on Arrowhead on April 13, 2026 per the Court's guidance that the parties "begin to conduct discovery actively before the Scheduling Conference," Dkt. 35, but Arrowhead has yet to produce any documents and now claims it would be "impracticable" for it to substantially complete its document production even by mid-November.  Meanwhile, Arrowhead refused to engage for a full two months on the draft protective order Ionis proposed back in April 2026.  There is simply no reason to delay document productions as late as Arrowhead seeks, and Arrowhead's attempt to delay substantial completion until February 2027 without justification would unduly prejudice Ionis and would impede its ability to evaluate the case and to diligently advance fact discovery.

[2] Arrowhead proposes February 12, 2027. With the parties agreeing to a July 2028 trial and fact discovery closing July 23, 2027, that date provides ample time for both parties to review documents and complete fact depositions, particularly given Arrowhead's commitment to rolling productions and its willingness to prioritize categories if Ionis identifies specific needs. Indeed, Arrowhead's proposal gives Ionis the same five-month window between substantial completion of document production and the close of fact discovery that Ionis itself proposed earlier in the meet and confer process. By contrast, Ionis's November 19, 2026 proposal is untethered to any other event in the schedule and impracticable. Case-wide fact discovery has only just begun: there is no protective order, ESI agreement, or ESI order in place, and Ionis did not serve its 84 Requests for Production until April 13,2026—over six months after the case was filed and after the parties completed early motion practice. The only documents either party has produced are Ionis's, and those were limited to a production triggered solely by an early deposition Ionis itself requested outside the normal fact discovery period, for which Ionis afforded Arrowhead just two weeks to review thousands of documents. Ionis identifies no concrete prejudice—no specific category of documents it needs, no deadline its current review schedule cannot meet, and no impediment to its ability to evaluate the case under Arrowhead's proposed date.

| | | | |
|---|---|---|---|
| produce or make available for inspection and copying that summary and documents related thereto for which the attorney-client and work product protection have been waived; and<br><br>(c) Serve a privilege log identifying any other documents, except those authored by counsel acting solely as trial counsel, relating to the subject matter of the advice which the party is withholding on the grounds of attorney-client privilege or work product protection. | | | |
| Fact Discovery Cut-Off | At least 22 | 07/23/2027<br>07/23/2027 | |
| Final Infringement/Invalidity Contentions | | 08/06/2027<br>08/06/2027 | |
| Plaintiff serves Final Damages Contentions | | 08/06/2027<br>08/06/2027 | |
| Expert Disclosure (Initial)<br><br>Plaintiff shall serve expert reports on all issues on which Plaintiff bears the burden of proof, i.e., infringement, damages, and secondary indicia of non-obviousness<br><br>Defendant shall serve expert reports on all issues on which Defendant bears the burden of proof | At least 21 | 09/09/2027<br>09/09/2027 | |
| Expert Disclosure (Rebuttal) | At least 19 | 10/21/2027<br>10/21/2027 | |
| Expert Discovery Cut-Off | At least 17 | 11/19/2027<br>11/19/2027 | |
| Deadline to file MSJ | | 12/16/2027<br>12/16/2027 | |
| Oppositions to MSJ due | | 01/27/2028<br>01/27/2028 | |
| Replies to MSJ due | | 02/17/2028<br>02/17/2028 | |
| Last Date to **Hear** Motions | 11 | 03/30/2028<br>03/30/2028 | |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br> _Select one_:<br>      [ ] 1. Magistrate Judge (_with Court approval)_<br>      [ ] 2. Court's Mediation Panel<br>      [X] 3. Private Mediation | 6 | 05/09/2028<br>05/09/2028 | [ ] 1. Mag. J.<br>[ ] 2. Panel<br>[ ] 3. Private |
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (court trial only)<br>• Declarations containing Direct Testimony, if ordered (court trial only) | 4 | 05/23/2028<br>05/23/2028 | |

3

4

| | | 06/06/2028 | 06/06/2028 | |
|---|---|---|---|---|
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order<br>　　　[L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions<br>　*(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>Evidentiary Objections to Declarations of Direct Testimony *(court trial only)* | 2 | | | |