**UMHOFER, MITCHELL & KING LLP**
Matthew Donald Umhofer (SBN 206607)
Margaret E. Dayton (SBN 274353)
767 S. Alameda St., Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
peggy@umklaw.com

*Attorneys for Plaintiff Ionis Pharmaceuticals, Inc.*

**FISH & RICHARDSON P.C.**
Megan A. Chacon (SBN 304912)
chacon@fr.com
4695 MacArthur Court, Ste. 1100
Newport Beach, CA 92660
Tel: (949) 623-7640
Fax: (858) 678-5099

*Attorney for Defendant Arrowhead Pharmaceuticals, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IONIS PHARMACEUTICALS, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ARROWHEAD PHARMACEUTICALS, INC., a Delaware corporation, <br><br> Defendant. | Case No. 2:25-cv-8609-HDV-(CTSx) <br><br> **JOINT STATUS REPORT REGARDING SPECIAL MASTER** |
| ARROWHEAD PHARMACEUTICALS, INC., a Delaware corporation, <br><br> Counter-Claimant, <br><br> v. <br> IONIS PHARMACEUTICALS, INC., a Delaware Corporation, <br><br> Counter-Defendant | |

*JOINT STATUS REPORT*

## JOINT STATUS REPORT REGARDING SPECIAL MASTER

Pursuant to the Court's Order, Dkt. 53, Plaintiff Ionis Pharmaceuticals, Inc. ("Ionis") and Defendant Arrowhead Pharmaceuticals, Inc. ("Arrowhead") hereby provide the following status report.

The parties have met and conferred regarding the Court's question as to whether the parties would agree to have a special master be appointed to advise on claim construction in this case.

**Ionis's position**: Ionis is open to having a special master advise on claim construction proceedings in this case, provided that the special master is selected by the parties, who are best able to identify an appropriate person for the role. Ionis understands that Arrowhead does not believe that a special master should be appointed to advise on claim construction. As part of the meet and confer process, Ionis had proposed that the parties make a mutual, early, non-binding disclosure of the terms (if any) each party expects to ask the Court to construe because this would assist the parties and the Court in deciding whether a special master is appropriate. Arrowhead did not agree to this early disclosure, so Ionis is not in a position to advise the Court about the scope, nature, and technical complexity of the claim construction issues that will require adjudication, except to say that Ionis does not presently expect to propose any terms for construction but understands that Arrowhead expects there to be a claim construction dispute(s). To the extent the Court is inclined to move forward with a special master to advise on claim construction, Ionis respectfully requests that the Court allow the parties to select the special master jointly.

**Arrowhead's position**: Arrowhead respectfully submits that the appointment of a special master for claim construction is unnecessary, and instead prefers that Judge Vera preside over the entire case, including claim construction, regardless of which patent terms are construed. Arrowhead did not agree to an early, informal exchange of proposed terms because the parties are in the process of identifying such terms that may require construction and mutually agreed to exchange proposed terms for construction

on October 8, 2026. *See* ECF 55-1, 2. Arrowhead anticipates a claim construction proceeding and submits that the parties' technology tutorial will adequately address the technical aspects of any claim terms proffered for construction. Arrowhead does not anticipate the claim construction issues will be complex enough to warrant the appointment of a special master.

Dated:  August 14, 2026                     UMHOFER, MITCHELL AND KING LLP


                                   By: *s/ Matthew Donald Umhofer*
                                        Matthew Donald Umhofer (SBN 206607)
                                        Matthew@umklaw.com
                                        Margaret E. Dayton (SBN 274353)
                                        Peggy@umklaw.com
                                        UMHOFER, MITCHELL & KING LLP
                                        767 South Alameda Street, Suite 270
                                        Los Angeles, CA 90021
                                        213-394-7979 / Fax: 213-529-1027

                                        Jessamyn S Berniker (*pro hac vice*)
                                        Jberniker@wc.com
                                        Thomas S Fletcher (SBN 262693)
                                        Tfletcher@wc.com
                                        Kathryn S. Kayali (*pro hac vice*)
                                        Kkayali@wc.com
                                        Michael Xun Liu (*pro hac vice*)
                                        Mliu@wc.com
                                        WILLIAMS & CONNOLLY
                                        680 Maine Ave. S.W.
                                        Washington, DC 20024
                                        202-434-5000 Fax: 202-434-5029


Dated:  August 14, 2026                     FISH & RICHARDSON P.C.


                                   By:  *s/ Madelyn S. McCormick*
                                        Madelyn S. McCormick (SBN 320063)
                                        FISH & RICHARDSON P.C.
                                        12860 El Camino Real, Suite 400
                                        San Diego, CA 92130
                                        Tel: (858) 678-5070
                                        Email: mmccormick@fr.com

3

*JOINT STATUS REPORT*

Megan A. Chacon (SBN 304912)
chacon@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Ste. 1100
Newport Beach, CA 92660
Tel: (949) 623-7640 / Fax: (858) 678-5099

Louis E. Fogel (*admitted pro hac vice*)
FISH & RICHARDSON P.C.
150 N. Riverside Plaza, Ste. 2820
Chicago, IL 60606
Tel: (312) 278-2601
Email: fogel@fr.com

*Attorney for Defendant*
*Arrowhead Pharmaceuticals, Inc.*

## **ATTORNEY ATTESTATION**

The other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.

Dated:  August 14, 2026          UMHOFER, MITCHELL AND KING LLP

By: *s/ Matthew Donald Umhofer*
Matthew Donald Umhofer (SBN 206607)
Matthew@umklaw.com
Margaret E. Dayton (SBN 274353)
Peggy@umklaw.com
UMHOFER, MITCHELL & KING LLP
767 South Alameda Street, Suite 270
Los Angeles, CA 90021
213-394-7979 / Fax: 213-529-1027

*JOINT STATUS REPORT*