**UMHOFER, MITCHELL & KING LLP**
Matthew Donald Umhofer (SBN 206607)
Margaret E. Dayton (SBN 274353)
767 S. Alameda St., Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
peggy@umklaw.com

*Attorneys for Plaintiff Ionis Pharmaceuticals, Inc.*

**FISH & RICHARDSON P.C.**
Megan A. Chacon (SBN 304912)
chacon@fr.com
4695 MacArthur Court, Ste. 1100
Newport Beach, CA 92660
Tel: (949) 623-7640
Fax: (858) 678-5099

*Attorney for Defendant Arrowhead Pharmaceuticals, Inc.*

LINK 55

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IONIS PHARMACEUTICALS, INC., a Delaware Corporation,<br>Plaintiff,<br>v.<br>ARROWHEAD PHARMACEUTICALS, INC., a Delaware corporation,<br>Defendant. | Case No. 2:25-cv-8609-HDV-(CTSx)<br><br>**~~[PROPOSED]~~ SCHEDULING ORDER SETTING PRETRIAL AND TRIAL SCHEDULE** |
| ARROWHEAD PHARMACEUTICALS, INC., a Delaware corporation,<br>Counter-Claimant,<br>v.<br>IONIS PHARMACEUTICALS, INC., a Delaware Corporation,<br>Counter-Defendant | |

## ORDER SETTING PRETRIAL AND TRIAL SCHEDULE

The Court held a Scheduling Conference with the parties on July 15, 2026. Having considered the parties' proposed pretrial and trail dates, the Court hereby sets the following schedule governing this case:

| Trial and Final Preset Conference Dates | Court Order |
|---|---|
| Jury Trial<br>(**Tuesday** at 9:00 a.m.)<br>Estimated Duration: 6 Days | 07/11/2028 |
| Final Pretrial Conference ("FPTC") [L.R. 16],<br>(**Tuesday** at 10:00 a.m.) | 06/20/2028 |
| Hearing on Motions In Limine | 06/13/2028 |
| **Event** | **Court Order** |
| Last Date to File Motion to Amend Pleadings / Add Parties | 07/30/2026 |
| Last Date to Hear Motion to Amend Pleadings / Add Parties | 08/27/2026 |
| Plaintiff Serves Initial Infringement Contentions and Identification of Asserted Claims | 07/24/2026 |
| Defendant Serves Initial Invalidity Contentions | 09/11/2026 |
| Exchange of Proposed Terms for Construction | 10/08/2026 |
| Plaintiff Serves Initial Damages Contentions | 11/13/2026 |
| Exchange of Preliminary Claim Constructions and Intrinsic Evidence and Disclosure of Whether Each Party Intends to Rely on Expert Testimony on a Per Term Basis | 11/19/2026 |
| Substantial Completion of Document Production[1] | |
| Deadline for Parties to Meet and Confer Regarding Proposed Constructions | 12/04/2026 |

[1] Ionis proposes 11/19/2026. Arrowhead proposes 02/12/2027.

| | |
|---|---|
| Defendant Serves Responsive Damages Contentions | 12/11/2026 |
| Parties to File Final Joint Claim Construction Chart (including intrinsic evidence and disclosure of whether each party intends to rely on expert testimony on a per term basis) | 12/17/2026 |
| Parties Serve and File Simultaneous Opening Claim Construction Briefs with Any Opening Expert Declarations | 01/21/2027 |
| Parties Serve and File Responsive Claim Construction Briefs with Any Responsive Expert Declarations | 02/18/2027 |
| Deadline for Completion of Any Claim Construction Expert Depositions | 03/12/2027 |
| Parties Serve and File Simultaneous Reply Claim Construction Briefs | 03/25/2027 |
| Markman Hearing / Technology Tutorial | 04/15/2027 |
| Advice of Counsel:<br><br>Each party relying on advice of counsel as part of a claim or defense for any reason shall:<br><br>(a) Produce or make available for inspection and copying any written advice and documents related thereto for which the attorney-client and work product protection have been waived;<br><br>(b) Provide a written summary of any oral advice and produce or make available for inspection and copying that summary and documents related thereto for which the attorney-client and work product protection have been waived; and<br><br>(c) Serve a privilege log identifying any other documents, except those authored by counsel acting solely as trial counsel, relating to the subject matter of the advice which | 06/15/2027 |

| | |
|---|---|
| the party is withholding on the grounds of attorney-client privilege or work product protection. | |
| Fact Discovery Cut-Off | 07/23/2027 |
| Final Infringement / Invalidity Contentions | 08/06/2027 |
| Plaintiff Serves Final Damages Contentions | 08/06/2027 |
| Expert Disclosure (Initial)<br><br>Plaintiff shall serve expert reports on all issues on which Plaintiff bears the burden of proof, i.e., infringement, damages, and secondary indicia of non-obviousness<br><br>Defendant shall serve expert reports on all issues on which Defendant bears the burden of proof | 09/09/2027 |
| Expert Disclosure (Rebuttal) | 10/21/2027 |
| Expert Discovery Cut-Off | 11/19/2027 |
| Last Date to File Motions for Summary Judgment | 12/16/2027 |
| Last Date to File Oppositions to Motions for Summary Judgment | 01/27/2028 |
| Last Date to File Replies in Support of Motions for Summary Judgment | 02/17/2028 |
| Last Date to **Hear** Motions | 03/30/2028 |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br><br>Select one:<br>[ ] 1. Magistrate Judge (with Court approval)<br>[ ] 2. Court's Mediation Panel<br>[x] 3. Private Mediation | 05/09/2028 |
| **Trial Filings (first round)**<br>•Motions In Limine<br>•Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>•Witness Lists [L.R. 16-5]<br>•Joint Exhibit List [L.R. 16-6.1]<br>•Joint Status Report Regarding Settlement | 05/23/2028 |

| | |
|---|---|
| | |
| **<u>Trial Filings</u> (second round)**<br>•Oppositions to Motions in Limine<br>•Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>•Joint / Agreed Proposed Jury Instructions (jury trial only)<br>•Disputed Proposed Jury Instructions (jury trial only)<br>•Joint Proposed Verdict Forms (jury trial only)<br>•Joint Proposed Statement of the Case (jury trial only)<br>•Proposed Additional Voir Dire Questions, if any (jury trial only) | 06/06/2028 |

For specific instructions on mandatory trial procedures, the Court refers counsel to the Court's **Civil Trial Order**. Please read that Order carefully as the procedures may differ in some respects from the Local Rules. It is the responsibility of the parties to maintain familiarity with the Civil Trial Order and any future amendments that the Court may issue by periodically checking the Court's website for the operative version.

**IT IS SO ORDERED.**

Dated: 09/01/26

Hon. Hernán D. Vera
United States District Judge

Dated: July 17, 2026

UMHOFER, MITCHELL AND KING LLP

By: *s/ Margaret E. Dayton*

Matthew Donald Umhofer (SBN 206607)
Matthew@umklaw.com
Margaret E. Dayton (SBN 274353)
Peggy@umklaw.com
UMHOFER, MITCHELL & KING LLP
767 South Alameda Street, Suite 270
Los Angeles, CA 90021
213-394-7979 / Fax: 213-529-1027

Jessamyn S Berniker (*pro hac vice)*
Jberniker@wc.com
Thomas S Fletcher (SBN 262693)
Tfletcher@wc.com
Kathryn S. Kayali (*pro hac vice)*
Kkayali@wc.com
Michael Xun Liu (*pro hac vice)*
Mliu@wc.com
WILLIAMS & CONNOLLY
680 Maine Ave. S.W.
Washington, DC 20024
202-434-5000 Fax: 202-434-5029

Dated: July 17, 2026

FISH & RICHARDSON P.C.

By: *s/ Megan A. Chacon*

Megan A. Chacon (SBN 304912)
chacon@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Ste. 1100
Newport Beach, CA 92660
Tel: (949) 623-7640 / Fax: (858) 678-5099

Madelyn S. McCormick (SBN 320063)
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070
Email: mmccormick@fr.com

Louis E. Fogel (*admitted pro hac vice*)
FISH & RICHARDSON P.C.
150 N. Riverside Plaza, Ste. 2820
Chicago, IL 60606
Tel: (312) 278-2601
Email: fogel@fr.com

*Attorney for Defendant*
*Arrowhead Pharmaceuticals, Inc.*

## ATTORNEY ATTESTATION

The other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.

Dated: July 17, 2026

UMHOFER, MITCHELL AND KING LLP

By: *s/ Margaret E. Dayton*

Matthew Donald Umhofer (SBN 206607)
Matthew@umklaw.com
Margaret E. Dayton (SBN 274353)
Peggy@umklaw.com
UMHOFER, MITCHELL & KING LLP
767 South Alameda Street, Suite 270
Los Angeles, CA 90021
213-394-7979 / Fax: 213-529-1027