LINK 61,62

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IONIS PHARMACEUTICALS, INC., a Delaware Corporation,<br>Plaintiff,<br>v.<br>ARROWHEAD PHARMACEUTICALS, INC., a Delaware corporation,<br>Defendant.<br><br>ARROWHEAD PHARMACEUTICALS, INC., a Delaware corporation,<br>Counter-Claimant,<br>v.<br>IONIS PHARMACEUTICALS, INC., a Delaware Corporation,<br>Counter-Defendant | Case No. 2:25-cv-8609-HDV-(CTSx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING AMENDED PLEADINGS**<br><br>District Judge: Hon. Hernán D. Vera<br>Magistrate Judge: Christina T. Shay |

Having considered the Parties' Joint Stipulation Regarding Amended Pleadings, it is hereby ORDERED that:

1. Arrowhead shall file its First Amended Counterclaims within seven (7) days of the Court's approval of this Joint Stipulation;

2. Ionis shall have twenty-eight (28) days thereafter to respond to Arrowhead's First Amended Counterclaims and to amend its Complaint (Dkt. 1) to add a claim for correction of inventorship, if it so chooses.

IT IS SO ORDERED.

Dated: 09/01/, 2026

Hon. Hernán D. Vera
United States District Court Judge