# Exhibit 1

The NEW ENGLAND JOURNAL of MEDICINE

BRIEF REPORT

# Targeting APOC3 in the Familial Chylomicronemia Syndrome

Daniel Gaudet, M.D., Ph.D., Diane Brisson, Ph.D., Karine Tremblay, Ph.D., Veronica J. Alexander, Ph.D., Walter Singleton, M.D., Steven G. Hughes, M.B., B.S., Richard S. Geary, Ph.D., Brenda F. Baker, Ph.D., Mark J. Graham, M.S., Rosanne M. Crooke, Ph.D., and Joseph L. Witztum, M.D.

## SUMMARY

The familial chylomicronemia syndrome is a genetic disorder characterized by severe hypertriglyceridemia and recurrent pancreatitis due to a deficiency in lipoprotein lipase (LPL). Currently, there are no effective therapies except for extreme restriction in the consumption of dietary fat. Apolipoprotein C-III (APOC3) is known to inhibit LPL, although there is also evidence that APOC3 increases the level of plasma triglycerides through an LPL-independent mechanism. We administered an inhibitor of *APOC3* messenger RNA (mRNA), called ISIS 304801, to treat three patients with the familial chylomicronemia syndrome and triglyceride levels ranging from 1406 to 2083 mg per deciliter (15.9 to 23.5 mmol per liter). After 13 weeks of study-drug administration, plasma APOC3 levels were reduced by 71 to 90% and triglyceride levels by 56 to 86%. During the study, all patients had a triglyceride level of less than 500 mg per deciliter (5.7 mmol per liter) with treatment. These data support the role of APOC3 as a key regulator of LPL-independent pathways of triglyceride metabolism.

From the ECOGENE-21 Clinical Research Center, Chicoutimi Hospital, Chicoutimi, and the Department of Medicine, Université de Montréal, Montreal — both in Canada (D.G., D.B., K.T.); and Isis Pharmaceuticals, Carlsbad (V.J.A., W.S., S.G.H., R.S.G., B.F.B., M.J.G., R.M.C.), and the Department of Medicine, Division of Endocrinology–Metabolism, University California, San Diego, School of Medicine, La Jolla (J.L.W.) — both in California. Address reprint requests to Dr. Witztum at the Department of Medicine, University of California, San Diego, 9500 Gilman Dr., La Jolla, CA 92093-0682, or at jwitztum@ucsd.edu; or to Dr. Gaudet at the ECOGENE-21 Clinical Research Center, 225 Saint-Vallier, Chicoutimi, QC G7H 7P2, Canada, or at daniel.gaudet@umontreal.ca.

N Engl J Med 2014;371:2200-6.
DOI: 10.1056/NEJMoa1400284
Copyright © 2014 Massachusetts Medical Society.

The familial chylomicronemia syndrome is a rare autosomal recessive disease characterized by the buildup in the blood of fat particles called chylomicrons (chylomicronemia), severe hypertriglyceridemia, and the risk of recurrent and potentially fatal pancreatitis and other complications.[1] It is caused by mutations in the gene encoding LPL or, less frequently, by mutations in genes encoding other proteins necessary for LPL function.[2] Patients with this syndrome have plasma triglyceride levels ranging from 10 to 100 times the normal value (1500 to 15,000 mg per deciliter [17 to 170 mmol per liter]), eruptive xanthomas, arthralgias, neurologic symptoms, lipemia retinalis, and hepatosplenomegaly.[3] Nearly all patients have recurrent episodes of severe abdominal pain, with or without pancreatitis, that interfere with normal life and result in frequent hospitalizations. These episodes can result in chronic pancreatitis and symptoms of exocrine or endocrine insufficiency, including diabetes and even fatal events.[1]

Currently available triglyceride-lowering agents are not completely effective in controlling chylomicronemia in these patients.[4,5] Glybera, an LPL gene-replacement therapy, was recently approved in Europe but is not available in the United States.[6] Thus, for U.S. patients, the only therapeutic approach that effectively maintains triglyceride levels below 880 mg per deciliter (10 mmol per liter),[7] a value that greatly reduces the risk of pancreatitis, is severe dietary fat restriction,



The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org on July 30, 2026.

together with avoidance of alcohol and certain medications.[8] Lifetime compliance with these requirements is difficult, and episodes of chylomicronemia, abdominal pain, and recurrent pancreatitis are common. Therefore, additional therapies are required to maintain triglyceride levels below 880 mg per deciliter.

APOC3 is a glycoprotein (consisting of 79 amino acids) that is synthesized principally in the liver and to a lesser extent in the intestines and is associated with lipoproteins containing apolipoprotein B, including chylomicrons and very-low-density lipoprotein (VLDL) particles, as well as high-density lipoprotein (HDL) particles.[9] In genetic, preclinical, and phase 1 clinical studies, APOC3 has emerged as a key regulator of plasma triglyceride levels.[10-17] Since the 1970s, data have indicated that the mode of action of APOC3 is through its inhibition of LPL activity.[18] APOC3 is a potent inhibitor of the activation of LPL that is mediated by apolipoprotein C-II, resulting in the inhibition of lipolysis of triglyceride-rich-lipoproteins.[19] APOC3 has also been reported to inhibit hepatic lipase activity,[20] to promote intrahepatic VLDL assembly and secretion,[21] and to inhibit hepatic clearance of remnants of triglyceride-rich lipoproteins.[22] However, the importance of these LPL-independent mechanisms is unknown.

ISIS 304801 is a second-generation 2′-O-(2-methoxyethyl)–modified antisense inhibitor of APOC3 synthesis.[10] Inhibition of APOC3 synthesis in the liver occurs through sequence-specific binding of ISIS 304801 to *APOC3* mRNA, which in turn elicits the degradation of *APOC3* mRNA by RNase H1, an endogenous ribonuclease expressed ubiquitously in mammalian cells.[23] In a phase 1 clinical study involving healthy volunteers, ISIS 304801 caused dose-dependent and prolonged reductions in plasma APOC3 levels with concomitant lowering of plasma triglyceride levels,[10] and in recent phase 2 studies, ISIS 304801 was effective in lowering triglyceride levels in patients with elevated VLDL levels due to a variety of conditions.[24,25]

Because patients with the familial chylomicronemia syndrome lack functional LPL activity, and because the primary mode of action of APOC3 is postulated to be the inhibition of the LPL-dependent pathway of clearance of triglyceride-rich lipoproteins, one would predict that ISIS 304801 would have either no effect or only a minimal effect in lowering the elevated triglyceride levels in patients with this syndrome. However, since these patients do not have exponential accumulation of triglyceride-rich lipoproteins, an LPL-independent rescue pathway must exist in order for them to survive. Preclinical studies suggest that APOC3 also modulates triglyceride levels through LPL-independent pathways. We conducted a study to determine whether treatment with ISIS 304801 would reduce triglyceride levels in three patients with the familial chylomicronemia syndrome and triglyceride levels ranging from 1406 to 2083 mg per deciliter (15.9 to 23.5 mmol per liter).

## METHODS

### PATIENTS

The three study patients, who were unrelated to one another, had either homozygous or compound heterozygous null *LPL* mutations, P207L and G188E (see Table S1 in the Supplementary Appendix, available with the full text of this article at NEJM.org). These genetic variants result in the production of LPL protein that is catalytically defective. Both mutations have been extensively studied and are known to result in a mutant protein that has less than 5% of normal LPL activity.[6] Patient 2 had received Glybera 5 years earlier. In Patients 2 and 3, measurements of LPL activity after the administration of heparin showed values that were less than 2 to 4 nmol of free fatty acids per minute per milliliter of plasma (<3% of normal levels) both before enrollment in the study and at the end of the study. Further details regarding measurements of LPL and hepatic lipase are provided in the Methods section in the Supplementary Appendix. Patients 1 and 3 were homozygous for the *APOE3* genotype; Patient 2 carried one *APOE3* allele and one *APOE4* allele. All patients provided written informed consent.

### STUDY DESIGN AND OVERSIGHT

The ethics committee at the Chicoutimi Hospital approved the study protocol, which is available at NEJM.org. At doses ranging from 50 to 400 mg, ISIS 304801 was previously found to be safe in 25 healthy volunteers, to the extent that a small study can determine safety.[10]

This open-label study was designed by the



The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org on July 30, 2026.

first author and by the fourth author, who is an employee of Isis Pharmaceuticals, the study sponsor. Data were collected by the first author and staff members at the study site and were analyzed by the principal investigator's team and the sponsor. All the authors interpreted the data and collaborated in the preparation of the manuscript. The first draft of the manuscript was written by the last author and by a coauthor who is employed by the sponsor, with review and revision by all the authors. All the authors made the decision to submit the manuscript for publication, and all vouch for the completeness and accuracy of this report and its fidelity to the protocol.

#### STUDY TREATMENT

The three study patients were selected on the basis of their genotypes and history of chylomicronemia. All the patients maintained their usual restricted-fat diets during the study. A standardized precooked meal was provided on the evening before each study visit to ensure that restriction of fat intake was the same in each patient. Patients also abstained from alcohol consumption for 48 hours before each study visit. After the baseline visit, patients received a 300-mg dose of ISIS 304801 once weekly for 13 weeks by subcutaneous injection. The last dose was administered on day 85, and the patients were then followed for another 91 days to monitor measures of efficacy and safety.

#### PHARMACODYNAMIC ASSESSMENT

We collected fasting blood samples for measurement of APOC3, triglycerides, triglycerides in chylomicrons, apolipoprotein B-48, and other lipids at baseline, on day 8, and then weekly or every other week during the treatment period (until day 85) and then on days 92, 99, 127, and 176 during the safety follow-up period. Additional details regarding the study assessments are provided in the Supplementary Appendix.

## RESULTS

#### PATIENTS

All three patients completed the full study protocol through day 176 (Fig. 1). We measured apolipoprotein and lipoprotein levels at baseline and at the time of the primary efficacy analysis (for which we averaged the values obtained on day 85 before study-drug administration and the values obtained on day 92) (Table S2 in the Supplementary Appendix). The most frequently reported adverse event was a mild injection-site cutaneous reaction. Patient 1, who had a history of recurrent episodes of pancreatitis, had an episode of pancreatitis during the follow-up period, 1 month after receipt of the last dose of the study drug. This episode followed a report of marked dietary indiscretion and alcohol consumption during the previous week. Relevant clinical laboratory data for each patient and adverse events are provided in Tables S3, S4, and S5 in the Supplementary Appendix.

#### APOC3 INHIBITION AND LIPID RESPONSE

At baseline, APOC3 levels were elevated in all three patients, at 18.9, 35.1, and 19.8 mg per deciliter (normal range, 10 to 15 mg per deciliter[26,27]). In response to therapy, APOC3 levels fell dramatically during the first 2 weeks, with new steady-state levels of 5.5, 3.4, and 3.5 mg per deciliter, respectively, at the time of the primary analysis (Fig. 1A). The corresponding reduction in APOC3 from baseline ranged from 71 to 90%.

Baseline triglyceride levels in the three patients varied (1406, 2083, and 2043 mg per deciliter [15.9, 23.5 and 23.1 mmol per liter]) and fell rapidly during the first 2 weeks in parallel with decreases in APOC3, with triglyceride levels dropping below 500 mg per deciliter in all patients in at least one measurement (Fig. 1B). The triglyceride levels at the time of the primary analysis (617, 288, and 735 mg per deciliter [7.0, 3.3, and 8.3 mmol per liter]) were 56 to 86% lower than at baseline, with absolute reductions of 790 to 1796 mg per deciliter (8.9 to 20.3 mmol per liter). Remarkably, Patients 2 and 3 had triglyceride levels of 251 and 234 mg per deciliter (2.8 and 2.6 mmol per liter), respectively, during the treatment period. As was shown in previous, cross-sectional studies,[26] there was a close correlation between the plasma triglyceride level and the APOC3 level at all time points ($r=0.866$, $P<0.001$) (Fig. 1E).

Chylomicrons contribute the bulk of triglycerides when triglyceride levels exceed approximately 880 mg per deciliter, values that are typically found in patients with the familial chylomicronemia syndrome. In response to ISIS 304801



The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org on July 30, 2026.




**Figure 1. Effect of ISIS 304801 Treatment on Key Laboratory Values in the Three Study Patients.**

Shown are the effects of treatment with ISIS 304801 on levels of apolipoprotein C-III (APOC3) (Panel A), total triglycerides (Panel B), triglycerides in chylomicrons (Panel C), and non–high-density lipoprotein (HDL) cholesterol (Panel D) in the three patients with the familial chylomicronemia syndrome. The shaded area indicates the treatment period, and the unshaded area the safety follow-up period. The blue triangles on the x axis in each of the four panels indicate the days on which the study drug was administered. Also shown is the relationship of plasma triglyceride levels to APOC3 levels (Panel E) and to non-HDL cholesterol levels (Panel F). To convert the values for triglycerides to millimoles per liter, multiply by 0.01129. To convert the values for cholesterol to millimoles per liter, multiply by 0.02586.

therapy, there was a decrease in triglyceride levels in chylomicrons (Fig. 1C) and in plasma apolipoprotein B-48 levels (an index of the number of chylomicron particles) (Fig. S1 in the Supplementary Appendix), decreases that paralleled those in total triglyceride levels during active treatment. Triglyceride levels in VLDL particles also fell to approximately the same degree.

There were marked reductions in cholesterol levels in chylomicrons and VLDL particles (reductions of 51 to 83% from baseline) and in APOC3 levels (reductions of 63 to 92% from baseline). In addition, there were reductions of 30 to 59% in total plasma levels of apolipoprotein E and reductions of 22 to 68% in apolipoprotein E levels in chylomicrons. There was a small decrease in total plasma levels of free fatty acids during the study (Fig. S2 in the Supplementary Appendix).



The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org on July 30, 2026.

We also measured postprandial triglyceride levels in Patient 2 after the consumption of a standard liquid meal. Both total triglyceride levels and triglyceride levels in chylomicrons were greatly reduced postprandially after 13 weeks of treatment, as compared with baseline levels (Fig. S3 in the Supplementary Appendix).

Baseline LDL cholesterol levels (as measured in ultracentrifuge-separated samples) were extremely low in the three patients, at 17, 13, and 13 mg per deciliter (0.44, 0.34, and 0.34 mmol per liter). Although small increases occurred in response to therapy, the absolute LDL cholesterol levels remained low at the time of the primary analysis, with levels of 18, 30, and 36 mg per deciliter (0.47, 0.78, and 0.92 mmol per liter), respectively. In patients with hypertriglyceridemia, LDL cholesterol levels can be misleading, so the measurement of non-HDL cholesterol, which reflects all potentially atherogenic particles, is widely advocated in such patients. In the three patients, non-HDL cholesterol levels fell dramatically (Fig. 1D) in parallel with triglyceride levels ($r=0.938$, $P<0.001$) (Fig. 1F), with reductions of 46 to 74% from baseline levels. These results are consistent with decreases in levels of triglyceride-rich lipoproteins and their associated remnant cholesterol levels. Total triglyceride levels were also closely correlated with APOC3 levels, triglyceride levels in chylomicrons, and non-HDL cholesterol levels in each patient (Table S6 in the Supplementary Appendix).

## DISCUSSION

In our study, the use of ISIS 304801, an antisense inhibitor of APOC3 synthesis, in patients with the familial chylomicronemia syndrome and LPL deficiency (owing to inactivating mutations in *LPL*) unexpectedly and effectively lowered the patients' elevated triglyceride levels and decreased the numbers of chylomicrons and VLDL particles. It had been thought that APOC3 modulates triglyceride levels primarily by inhibiting the LPL-dependent clearance pathway, but our findings suggest that APOC3 also strongly regulates the metabolism of triglyceride-rich lipoproteins through LPL-independent pathways. We conclude that APOC3 is a central and pleiotropic regulator of the metabolism of triglyceride-rich lipoproteins, and our data provide improved contextual understanding with respect to studies of associations among plasma APOC3 levels, triglyceride levels, and overall health.[14,16,28-31]

Triglycerides enter the plasma compartment from the liver, in the form of VLDL particles, and from dietary-fat absorption in the intestine, in the form of chylomicrons. LPL activity is the primary mechanism by which plasma triglycerides are hydrolyzed, leading to subsequent efficient removal of triglyceride-rich lipoprotein remnants. In the absence of the LPL-dependent pathway, the removal of triglyceride-rich lipoproteins occurs through a less efficient, LPL-independent pathway, resulting in massively elevated triglyceride levels (Fig. 2). In our study, the reduction of APOC3 levels by ISIS 304801 lowered triglyceride levels in patients who had the familial chylomicronemia syndrome with a substantive deficit of LPL activity (<5% of the normal level).[6] It is conceivable that reductions in APOC3 levels could have led to minor increases in residual LPL activity, but LPL activity was less than 3% of the normal level at the end of the study.

The effectiveness of ISIS 304801 in reducing plasma triglyceride levels in the study patients underscores the importance of studies investigating the mechanisms by which APOC3 regulates metabolism of triglyceride-rich lipoproteins. When transgenic mice expressing human APOC3 were fed a high-fat diet, they secreted hepatic VLDL at a greater rate than control mice, owing to elevated intrahepatic APOC3 expression.[21] However, treatment of these mice with a second-generation antisense inhibitor of *APOC3* mRNA, which decreased hepatic APOC3 production, did not decrease hepatic VLDL secretion.[10] Similarly, APOC3 might theoretically promote chylomicron formation, but there is limited distribution of ISIS 304801 to the intestine, and preclinical studies did not show decreases in intestinal triglyceride output.[10] Thus, it is improbable that chylomicron production in the intestine was decreased. APOC3 could also inhibit the activity of hepatic lipase[20] or other lipases. However, evidence that these enzymes contribute to lipolysis of triglyceride-rich lipoproteins is lacking, as indicated by the marked hypertriglyceridemia in patients with the familial chylomicronemia syndrome, in whom the activity of lipases other than LPL is normal. Thus, although we are unable to define the components of the



The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org on July 30, 2026.




**Figure 2. Plasma Triglyceride Metabolism and the Role of APOC3.**

When plasma triglyceride (TG) levels are normal (<150 mg per deciliter [1.7 mmol per liter]), there is considerable capacity to absorb new input of triglycerides, which come from two sources: the liver, in the form of very-low-density lipoprotein (VLDL), and dietary-fat intake through the intestine, in the form of chylomicrons (Panel A). Triglyceride output occurs predominantly through a pathway that is dependent on lipoprotein lipase (LPL) and, to a lesser extent, through an LPL-independent pathway, which is poorly defined. In the absence of LPL, removal of triglyceride-rich lipoproteins (TRL) is inefficient, which leads to chylomicronemia (triglyceride level, >880 mg per deciliter [10 mmol per liter]) (Panel B). Previously, APOC3 was thought to primarily regulate triglyceride metabolism by inhibiting LPL, but this study reveals that it plays an important inhibitory role on the LPL-independent pathway as well (Panel C). The mechanisms by which APOC3 inhibits the LPL-independent pathway are under study but probably include inhibition of hepatic clearance of TRL remnants.

LPL-independent pathway that are impaired by APOC3, we hypothesize that APOC3 inhibits the removal of remnants of triglyceride-rich lipoproteins by the liver.[22] This hypothesis is supported by the decreases in levels of apolipoprotein B-48, total plasma apolipoprotein E, and apolipoprotein E in chylomicrons that we observed in the three study patients.

Supported by Isis Pharmaceuticals.

Disclosure forms provided by the authors are available with the full text of this article at NEJM.org.

We thank the patients and their families; the teams at ECOGENE-21 and Isis Pharmaceuticals, with the latter including Stanley T. Crooke, M.D., Ph.D., and Richard G. Lee, Ph.D., for their critical review of the manuscript and Tracy Reigle for assistance in the preparation of the original versions of the figures; and Diane Tremblay at Chicoutimi Hospital.

## REFERENCES

1. Brunzell JD, Deeb SS. Familial lipoprotein lipase deficiency, apo CII deficiency and hepatic lipase deficiency In: Scriver CR, Beaudet AI, Sly WS, Valle D, eds. The metabolic and molecular basis of inherited disease. 8th ed. New York: McGraw-Hill, 2000:2789-816.

2. Surendran RP, Visser ME, Heemelaar S, et al. Mutations in LPL, APOC2, APOA5, GPIHBP1 and LMF1 in patients with severe hypertriglyceridaemia. J Intern Med 2012;272:185-96.

3. Chait A, Brunzell JD. Chylomicronemia syndrome. Adv Intern Med 1992;37:249-73.

4. Tremblay K, Méthot J, Brisson D, Gaudet D. Etiology and risk of lactescent plasma and severe hypertriglyceridemia. J Clin Lipidol 2011;5:37-44.

5. Christian JB, Bourgeois NE, Lowe KA. Prevalence, clinical characteristics and treatment patterns of low high-density lipoprotein cholesterol in the US population: National Health and Nutrition Examination Survey 2005-2008. J Cardiovasc Med (Hagerstown) 2011;12:714-22.

6. Gaudet D, Méthot J, Déry S, et al. Efficacy and long-term safety of alipogene tiparvovec (AAV1-LPLS447X) gene therapy for lipoprotein lipase deficiency: an open-label trial. Gene Ther 2013;20:361-9.



The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org on July 30, 2026.

EXHIBIT 1
Page 6

**7.** Reiner Z, Catapano AL, De Backer G, et al. ESC/EAS guidelines for the management of dyslipidaemias: the Task Force for the management of dyslipidaemias of the European Society of Cardiology (ESC) and the European Atherosclerosis Society (EAS). Eur Heart J 2011;32:1769-818.
**8.** Brown WV, Brunzell JD, Eckel RH, Stone NJ. Severe hypertriglyceridemia. J Clin Lipidol 2012;6:397-408.
**9.** Ooi EM, Barrett PH, Chan DC, Watts GF. Apolipoprotein C-III: understanding an emerging cardiovascular risk factor. Clin Sci (Lond) 2008;114:611-24.
**10.** Graham MJ, Lee RG, Bell TA III, et al. Antisense oligonucleotide inhibition of apolipoprotein C-III reduces plasma triglycerides in rodents, nonhuman primates, and humans. Circ Res 2013;112:1479-90.
**11.** Maeda N, Li H, Lee D, Oliver P, Quarfordt SH, Osada J. Targeted disruption of the apolipoprotein C-III gene in mice results in hypotriglyceridemia and protection from postprandial hypertriglyceridemia. J Biol Chem 1994;269:23610-6.
**12.** Ito Y, Azrolan N, O'Connell A, Walsh A, Breslow JL. Hypertriglyceridemia as a result of human apo CIII gene expression in transgenic mice. Science 1990;249:790-3.
**13.** Petersen KF, Dufour S, Hariri A, et al. Apolipoprotein C3 gene variants in nonalcoholic fatty liver disease. N Engl J Med 2010;362:1082-9.
**14.** Pollin TI, Damcott CM, Shen H, et al. A null mutation in human APOC3 confers a favorable plasma lipid profile and apparent cardioprotection. Science 2008;322:1702-5.
**15.** Johansen CT, Kathiresan S, Hegele RA. Genetic determinants of plasma triglycerides. J Lipid Res 2011;52:189-206.
**16.** Atzmon G, Rincon M, Schechter CB, et al. Lipoprotein genotype and conserved pathway for exceptional longevity in humans. PLoS Biol 2006;4(4):e113.
**17.** Zheng C. Updates on apolipoprotein CIII: fulfilling promise as a therapeutic target for hypertriglyceridemia and cardiovascular disease. Curr Opin Lipidol 2014;25:35-9.
**18.** LaRosa JC, Levy RI, Herbert P, Lux SE, Fredrickson DS. A specific apoprotein activator for lipoprotein lipase. Biochem Biophys Res Commun 1970;41:57-62.
**19.** Brown WV, Baginsky ML. Inhibition of lipoprotein lipase by an apoprotein of human very low density lipoprotein. Biochem Biophys Res Commun 1972;46:375-82.
**20.** Kinnunen PK, Ehnolm C. Effect of serum and C-apoproteins from very low density lipoproteins on human postheparin plasma hepatic lipase. FEBS Lett 1976;65:354-7.
**21.** Yao Z, Wang Y. Apolipoprotein C-III and hepatic triglyceride-rich lipoprotein production. Curr Opin Lipidol 2012;23:206-12.
**22.** Aalto-Setälä K, Fisher EA, Chen X, et al. Mechanism of hypertriglyceridemia in human apolipoprotein (apo) CIII transgenic mice: diminished very low density lipoprotein fractional catabolic rate associated with increased apo CIII and reduced apo E on the particles. J Clin Invest 1992;90:1889-900.
**23.** Lee RG, Crosby J, Baker BF, Graham MJ, Crooke RM. Antisense technology: an emerging platform for cardiovascular disease therapeutics. J Cardiovasc Transl Res 2013;6:969-80.
**24.** Lee RG, Graham MJ, Fu W, et al. Antisense suppression of serum apoC-III improves hypertriglyceridemia and insulin sensitivity in multiple species. Diabetes 2013;62:Suppl 1A:LB14. abstract.
**25.** Alexander V, Gaudet D, Cheng W, et al. An antisense inhibitor of apolipoprotein C-III significantly decreases apolipoprotein C-III, triglycerides, very-low-density lipoprotein cholesterol and particle number, and increases high-density lipoprotein cholesterol and particle number in hypertriglyceridemic patients on a fibrate. J Am Coll Cardiol 2014;12:Suppl:63. abstract.
**26.** Schonfeld G, George PK, Miller J, Reilly P, Witztum J. Apolipoprotein C-II and C-III levels in hyperlipoproteinemia. Metabolism 1979;28:1001-10.
**27.** Fredenrich A, Giroux LM, Tremblay M, Krimbou L, Davignon J, Cohn JS. Plasma lipoprotein distribution of apoC-III in normolipidemic and hypertriglyceridemic subjects: comparison of the apoC-III to apoE ratio in different lipoprotein fractions. J Lipid Res 1997;38:1421-32.
**28.** Mendivil CO, Rimm EB, Furtado J, Chiuve SE, Sacks FM. Low-density lipoproteins containing apolipoprotein C-III and the risk of coronary heart disease. Circulation 2011;124:2065-72.
**29.** The TG and HDL Working Group of the Exome Sequencing Project, National Heart, Lung, and Blood Institute. Loss-of-function mutations in *APOC3*, triglycerides, and coronary disease. N Engl J Med 2014;371:22-31.
**30.** Jørgensen AB, Frikke-Schmidt R, Nordestgaard BG, Tybjærg-Hansen A. Loss-of-function mutations in *APOC3* and risk of ischemic vascular disease. N Engl J Med 2014;371:32-41.
**31.** Chapman MJ, Ginsberg HN, Amarenco P, et al. Triglyceride-rich lipoproteins and high-density lipoprotein cholesterol in patients at high risk of cardiovascular disease: evidence and guidance for management. Eur Heart J 2011;32:1345-61.

*Copyright © 2014 Massachusetts Medical Society.*

SPECIALTIES AND TOPICS AT NEJM.ORG
Specialty pages at the *Journal*'s website (NEJM.org) feature articles in cardiology, endocrinology, genetics, infectious disease, nephrology, pediatrics, and many other medical specialties. These pages, along with collections of articles on clinical and nonclinical topics, offer links to interactive and multimedia content and feature recently published articles as well as material from the NEJM archive (1812–1989).



The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org on July 30, 2026.