# Exhibit 2

# Protocol

This protocol has been provided by the authors to give readers additional information about their work.

Protocol for: Gaudet D, Brisson D, Tremblay K, et al. Targeting APOC3 in the familial chylomicronemia syndrome. N Engl J Med 2014;371:2200-6. DOI: 10.1056/NEJMoa1400284

This supplement contains the following items:

1. Original protocol, amendments, final protocol

2. Original statistical analysis plan, amendments, final statistical analysis plan

# ISIS PHARMACEUTICALS, INC.

## ISIS 304801-CS2

## A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Fasting Triglyceride Levels ≥500 and ≤2000 mg/dL

**Original Protocol– 01 November 2011**

**Sponsor:**

Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

# ISIS 304801-CS2

# A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Fasting Triglyceride Levels ≥500 and ≤2000 mg/dL

## Original Protocol– 01 November 2011

**Protocol History:**

Original Protocol: 01 November 2011

**Sponsor:**

Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

Walter Singleton, MD
Chief Medical Officer

# ISIS 304801

# Isis Protocol Number ISIS 304801-CS2

# A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Fasting Triglyceride Levels ≥500 and ≤2000 mg/dL

## Clinical Phase: 2

| | |
|---|---|
| Trial Sponsor: | Isis Pharmaceuticals, Inc.<br>2855 Gazelle Court<br>Carlsbad, CA 92010<br>Phone: + 01 760 931 9200<br>Fax: + 01 760 603 4650 |
| Key Sponsor Contact: | Vickie Alexander, Ph.D.<br>Director, Clinical Development<br>2855 Gazelle Court<br>Carlsbad, CA 92010<br>Phone: + 01 760 603 3858<br>Fax: + 01 760 603 4650 |

01 November 2011

**Confidentiality Statement**

This document contains confidential information of the Sponsor that must not be disclosed to anyone other than the recipient study staff and members of the Institutional Review Board. This information cannot be used for any purpose other than the evaluation or conduct of the clinical investigation without the prior written consent of the Sponsor.

# Protocol Signature Page

**Protocol Number:** ISIS 304801-CS2

**Protocol Title:** **A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Fasting Triglyceride Levels ≥500 and ≤2000 mg/dL**

**Date:** 01 November 2011

I undersigned hereby acknowledge that I have read and understand the attached clinical protocol, entitled "A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Fasting Triglyceride Levels ≥500 and ≤2000 mg/dL" dated 01 November 2011, and agree to conduct the study as described herein.

This protocol was designed and will be conducted, recorded, and reported in compliance with the principles of Good Clinical Practice (GCP) guidelines as well as in accordance with all national, state and local laws of the appropriate regulatory authorities. These guidelines are stated in "Guidance for Good Clinical Practice," International Conference on Harmonization of Technical Requirements for Registration of Pharmaceuticals for Human Use.

I agree to comply with the International Conference on Harmonization Tripartite Guideline on Good Clinical Practice (E6). I have read and agree to abide by the requirements of this protocol.

I agree to ensure that the confidential information contained in this document will not be used for any purpose other than the evaluation or conduct of the clinical investigation without the prior written consent of the Sponsor.

________________________________________
Investigator's Signature

________________________________________ __________________________
Investigator's Name *(please print)* Date (DD Month YYYY)

# TABLE OF CONTENTS

**Page**

**PROTOCOL SYNOPSIS** .......... **8**
**LIST OF ABBREVIATIONS** .......... **12**
**1. STUDY OBJECTIVES** .......... **14**
**2. BACKGROUND AND RATIONALE** .......... **14**
2.1 HYPERTRIGLYCERIDEMIA .......... 14
2.2 APOC-III .......... 15
2.3 THERAPEUTIC RATIONALE .......... 16
2.4 ISIS 304801 .......... 16
*2.4.1 Mechanism of Action* .......... *16*
*2.4.2 Chemistry* .......... *16*
2.5 PRECLINICAL STUDIES .......... 17
2.6 CLINICAL EXPERIENCE .......... 18
2.7 RATIONALE FOR DOSAGES AND SCHEDULE OF ADMINISTRATION .......... 19
**3. INVESTIGATIONAL PLAN** .......... **20**
3.1 STUDY DESIGN .......... 20
3.2 NUMBER OF PATIENTS .......... 21
**4. PATIENT ELIGIBILITY** .......... **21**
4.1 INCLUSION CRITERIA .......... 21
4.2 EXCLUSION CRITERIA .......... 21
**5. PATIENT ENROLLMENT** .......... **23**
5.1 RANDOMIZATION .......... 23
5.2 VISIT DAYS AND WINDOWS .......... 24
5.3 WITHDRAWAL OF PATIENTS .......... 24
5.4 REPLACEMENT OF PATIENTS .......... 24
5.5 UNBLINDING OF TREATMENT ASSIGNMENT .......... 25
5.6 STUDY TERMINATION .......... 25
**6. STUDY DRUG** .......... **25**
6.1 ISIS 304801 .......... 25
6.2 PLACEBO .......... 25
6.3 ISIS 304801 PACKAGING, LABELING AND DRUG ACCOUNTABILITY .......... 26
6.4 STUDY DRUG ADMINISTRATION .......... 26
6.5 DRUG ACCOUNTABILITY .......... 26
6.6 CONCOMITANT MEDICATIONS .......... 26
**7. STUDY PROCEDURES** .......... **27**
7.1 SCREENING PLUS TIGHT DIET CONTROL RUN-IN QUALIFICATION AND RANDOMIZATION PERIOD (STUDY DAY ≤-42 TO STUDY DAY -1) .......... 27
7.2 TREATMENT PERIOD (STUDY DAY 1 TO STUDY DAY 85) .......... 27

7.3 POST-TREATMENT EVALUATION PERIOD (STUDY DAY 86 TO STUDY DAY 176). 28
7.4 LABORATORY ANALYTES ........ 28
7.5 PHARMACOKINETICS SPECIMEN COLLECTION ........ 28
7.6 RESTRICTIONS ON THE LIFESTYLES OF PATIENTS ........ 28
*7.6.1 Contraception Requirements ........ 28*
*7.6.2 Other Requirements ........ 29*
**8. SAFETY MONITORING AND STOPPING RULES ........ 30**
8.1 LIVER CHEMISTRY RULES ........ 30
*8.1.1 Safety Monitoring Rules for Liver Chemistry Tests ........ 30*
8.2 STOPPING RULES ........ 31
*8.2.1 Stopping Rules for Liver Chemistry Elevations ........ 31*
*8.2.2 Stopping Rules for Renal Function Test Results ........ 31*
*8.2.3 Stopping Rule for Platelet Count Results ........ 32*
**9. SERIOUS AND NON-SERIOUS ADVERSE EVENTS ........ 32**
9.1 SPONSOR REVIEW OF SAFETY INFORMATION ........ 32
9.2 REGULATORY REQUIREMENTS ........ 32
9.3 DEFINITIONS ........ 32
*9.3.1 Adverse Event ........ 32*
*9.3.2 Adverse Reaction and Suspected Adverse Reaction ........ 32*
*9.3.3 Serious Adverse Event (SAE) ........ 33*
9.4 MONITORING AND RECORDING ADVERSE EVENTS ........ 33
*9.4.1 Serious Adverse Events ........ 33*
*9.4.2 Non-Serious Adverse Events ........ 34*
*9.4.3 Evaluation of Adverse Events (Serious and Non-Serious) ........ 34*
9.5 PROCEDURES FOR HANDLING SPECIAL SITUATIONS ........ 36
*9.5.1 Abnormalities of Laboratory Tests ........ 36*
*9.5.2 Prescheduled or Elective Procedures or Routinely Scheduled Treatments 36*
*9.5.3 Dosing Errors ........ 36*
*9.5.4 Contraception and Pregnancy ........ 37*
**10. STATISTICAL CONSIDERATIONS ........ 38**
10.1 STUDY ENDPOINTS, SUBSETS, AND COVARIATES ........ 38
*10.1.1 Primary Endpoint ........ 38*
*10.1.2 Secondary Endpoints ........ 38*
*10.1.3 Tertiary Endpoints ........ 38*
10.2 SAMPLE SIZE CONSIDERATIONS ........ 38
10.3 POPULATIONS ........ 38
10.4 INTERIM ANALYSIS ........ 39
10.5 PLANNED METHODS OF ANALYSIS ........ 39
*10.5.1 Demographic and Baseline Characteristics ........ 39*
*10.5.2 Safety Analysis ........ 39*

*10.5.3 Pharmacokinetic Analysis* .......... *40*
*10.5.4 Pharmacodynamic Analysis* .......... *40*
*10.5.5 Additional Analyses* .......... *41*
**11. REGULATORY OBLIGATIONS .......... 41**
11.1 Informed Consent .......... 41
11.2 Ethical Conduct of the Study .......... 41
11.3 Institutional Review Board (IRB)/Independent Ethics Committee (IEC) .......... 41
11.4 Pre-Study Documentation Requirements .......... 42
11.5 Patient Confidentiality .......... 42
**12. ADMINISTRATIVE AND LEGAL OBLIGATIONS .......... 43**
12.1 Protocol Amendments .......... 43
12.2 Study Termination .......... 43
12.3 Study Documentation and Storage .......... 43
12.4 Study Monitoring .......... 44
12.5 Language .......... 44
12.6 Compensation for Injury .......... 45
**13. REFERENCES .......... 46**
**14. APPENDICES .......... 49**
Appendix A Schedule of Procedures .......... 50
Appendix B Clinical Laboratory Assessments .......... 53
Appendix C Pharmacokinetic Sampling Schedule .......... 55
Appendix D Post-prandial Meal, Sampling Schedule, and Assessment .......... 57
Appendix E Group 2 Study Schematic: Extensive PK and Post-prandial Schedule and Procedures .......... 59

## TABLE OF FIGURES

**Page**

Figure 1 Design of Chimeric 2′-MOE Phosphorothioate Oligonucleotides (MOE-Gapmer). The Sequence of ISIS 304801 is Shown .......... 17
Figure 2 Study Design for ISIS 304801–CS2 .......... 20

## PROTOCOL SYNOPSIS

| | |
|---|---|
| **Protocol Title:** | A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Fasting Triglyceride Levels ≥500 and ≤2000 mg/dL |
| **Study Phase** | 2 |
| **Indication** | Patients with fasting triglyceride levels ≥500 and ≤2000 mg/dL and <u>not</u> being affected by familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II deficiency (type I dyslipidemia) |
| **Objectives:** | **Primary:**<br>To evaluate the dose/response pharmacodynamic effects of ISIS 304801 vs. placebo on fasting apolipoprotein C-III (apoC-III) associated with very low density lipoprotein (VLDL) (VLDL apoC-III) levels.<br>**Secondary:**<br>• To evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apoC-III, triglyceride (TG), apolipoprotein C-II (apoC-II; total and associated with VLDL), apolipoprotein B-100 (apoB-100), apolipoprotein A-1 (apoA-1), apolipoprotein A-2 (apoA-2), apolipoprotein E (apoE), total cholesterol (TC), LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-high density lipoprotein-cholesterol (non-HDL-C), non-HDL-TG, HDL-C, HDL-TG, chylomicron-C (CM-C), CM-TG, free fatty acids (FFA), and glycerol levels.<br>• To evaluate the safety, tolerability and pharmacokinetics (PK) of ISIS 304801.<br>• To evaluate post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in a subset of the patients in the study.<br>• To evaluate more extensive pharmacokinetics (a pharmacokinetic profile) in another subset of the patients (will not be the same patients as those in the post-prandial assessment group). |
| **Study Design and Methodology:** | This is a randomized, double-blind, placebo-controlled, dose response study. Seventy two (72) patients are planned for this study. There will be 24 patients planned per dose cohort (100, 200, 300 mg) with 18 ISIS 304801 (active) and 6 placebo patients per cohort.<br><br>Eligible patients will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall study randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).<br><br>Patients will receive 13 doses of Study Drug administered by subcutaneous (SC) injection once a week for 13 weeks (Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85).<br><br>For an individual patient, the participation period consists of a ≤5-week screening period (which includes a 4-week tight diet control run-in qualification period), a 1-week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 32 weeks of study participation. Concomitant medications and adverse events will be recorded throughout all periods of the study.<br><br><u>Screening Plus Tight Diet Control Run-In, Qualification and Randomization Period (Study Day ≤-42 to Study Day -1)</u>: Patients who give written informed consent will undergo a medical history and physical examination including vital signs, 12-lead electrocardiogram (ECG), determination of concomitant medications, and have blood |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Design and Methodology *Continued*:** | and urine samples taken for clinical laboratory testing (Appendix A). Females who are of childbearing potential will have a pregnancy test. Patients will be placed on a tightly controlled diet (after screening procedures are performed) for the duration of study participation. After 28 days on the controlled diet, patients will have baseline measurements and be assessed (Appendix A) for qualification of enrollment into the treatment phase of the study. Patients who meet the enrollment criteria following diet run-in will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2) and randomized as described above.<br><br>Treatment Period (Study Day 1 to Study Day 85): Randomized patients will receive a total of 13 doses of Study Drug (Appendix A). Study Drug will be administered by SC injection on Study Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85.<br>Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 8, 15, 29, 43, 57, 71, and 85), patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit (to ensure equal moderation of fat intake, per patient and per time point) after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. Blood will be collected for measurement of VLDL apoC –III and other pharmacodynamic markers on Days 8, 15, 29, 43, 57, 71, and 85 (prior to Study Drug administration). Patients will meet with a dietician or study staff member at each visit and compliance to diet and alcohol restrictions will be monitored and the importance of continuing compliance will be reinforced to the patient. Safety and clinical laboratory evaluations as well as blood sampling for PK analysis and post-prandial assessments (in a subset of patients) will be performed periodically throughout the treatment period (Appendices A, B, C, and D).<br><br>Postprandial Assessment (Appendix D): Patients in the post-prandial assessment group will consume standardized pre-cooked meals (lunches and dinners (provided) and instructions for breakfasts and snacks) for the 2 days prior to the post-prandial evaluations. On each of the post-prandial evaluation days, following the blood draws, patients will consume a standardized liquid meal, which represents about a third of the daily caloric requirements, with a stable radioisotope tracer, followed by serial blood sampling. Patients will receive a standardized pre-cooked meal 9 hrs after consuming the liquid meal, after which they will fast until the 24 hr blood draw the following day.<br><br>Extensive PK Assessment (Appendix C): In addition to trough sample collection, patients in the extensive PK assessment group will undergo serial blood sampling for 24 hrs after their first (Day 1-2) and last (Day 85-86) dose of Study Drug.<br><br>Post-treatment Evaluation Period (Study Day 86 to Study Day 176); Patients will be followed until Day 176. During this time, patients will return to the study center for outpatient clinic visits on Study Days 92, 99, 127, and 176 (and Day 103 for patients in the post-prandial assessment group) for safety and clinical laboratory evaluations (blood draws), diet counseling and monitoring, concomitant medication usage recording, and adverse event collection. Blood samples for PK and PD analysis will be collected periodically throughout the post-treatment evaluation period (Appendices A, B, and C). Post-prandial assessments will be done in a subset of patients (Appendix D). |
| **Number of Patients:** | Seventy two (72) patients are planned for this study. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 90 patients. |
| **Study Population and Main Criteria for Inclusion/ Exclusion:** | *Inclusion Criteria*<br>1. Must give written informed consent to participate in the study (signed and dated) and any authorizations required by law<br>2. Fasting TG ≥500 mg/dL at screening<br>3. Fasting TG ≥350 mg/dL and ≤2000 mg/dL after 4-wk tight diet control run-in<br>4. Age ≥18 years at time of informed consent |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Population and Main Criteria for Inclusion/ Exclusion *Continued*:** | 5. Satisfy one of the following:<br>a. Females: must be non-pregnant and non-lactating; surgically sterile, post-menopausal, abstinent, or if engaged in sexual relations of child-bearing potential, patient is using an acceptable contraceptive method (refer to Section 7.6.1) for four weeks prior to, during, and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks).<br>b. Males: must be surgically sterile, abstinent or if engaged in sexual relations of child-bearing potential, patient is utilizing an acceptable contraceptive method (refer to Section 7.6.1) during and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks).<br><br>*Exclusion Criteria*<br>1. Diabetes mellitus<br>2. Obesity defined as body mass index (BMI) >30 kg/$m^2$<br>3. Familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II deficiency (type I dyslipidemia)<br>4. Any of the following laboratory values at screening<br>a. Hepatic:<br>▪ Total bilirubin >upper limit of normal (ULN)<br>▪ ALT >1.7 x ULN<br>▪ AST >1.7 x ULN<br>b. Renal:<br>▪ Urine protein or blood persistently positive by dipstick<br>▪ Estimated creatinine clearance calculated according to the formula of Cockcroft and Gault <60 mL/min<br>c. Clinically significant abnormalities on laboratory examination<br>5. History of bariatric surgery or currently on weight loss drugs<br>6. Uncontrolled hypertension (BP >160/100)<br>7. Primary hypothyroidism (screening TSH > ULN and free T4< LLN), primary subclinical hypothyroidism (screening TSH > ULN and free T4 WNL), secondary hypothyroidism (screening TSH < LLN and free T4< LLN)<br>8. Clinically significant abnormalities in medical history (e.g., acute or unstable cardiac ischemia within 6 months of screening or major surgery within 3 months of screening) or physical examination<br>9. Prior malignancies except successfully treated in situ cervical carcinoma, basal or squamous cell carcinoma of the skin<br>10. Active infection requiring systemic antiviral or antimicrobial therapy unless treatment is expected to be completed prior to first dose<br>11. Recent history of alcohol or substance abuse or unwillingness to limit alcohol consumption to within moderate limits for the duration of the Study as follows (or per Site Investigator judgment): maximum of 2 alcoholic beverages (20 g) per day and ≤8 drinks (80 g) per week for males; maximum of 1 alcoholic beverage (10 g) per day and ≤4 drinks (40 g) per week for females<br>12. Known history or positive at time of screening for HIV, HCV, or chronic HBV infection<br>13. On oral contraceptives or hormone replacement therapy or statins unless on a stable regimen for at least 3 months prior to dosing and will remain on a stable regimen for the duration of the study<br>14. Unable to discontinue use of systemic corticosteroids, fibrates, niacin, fish oil or other products containing omega-3 fatty acids, at least 6 weeks prior to dosing<br>15. Use of topical corticosteroids, anticoagulants, or drugs or dietary supplements (not described in Exclusion Criteria #14) with potential lipid-altering effects unless on stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Population and Main Criteria for Inclusion/ Exclusion *Continued*:** | 16. Treatment with another Study Drug, biological agent, or device within one month of screening, or 5 half-lives of study agent, whichever is longer<br>17. Previous participation in an investigational study involving systemic administration of an oligonucleotide within nine months of screening<br>18. Unwillingness to comply with study procedures, including follow-up, as specified by this protocol, or unwillingness to cooperate fully with the Site Investigator<br>19. Blood donation of 50 to 499 mL within 30 days of screening or of >499 mL within 60 days of screening<br>20. Any other conditions which, in the opinion of the investigator, would make the patient unsuitable for inclusion, or could interfere with the patient participating in or completing the study |
| **Study Drug and Dose Administration:** | ISIS 304801 or placebo will be administered as SC injections in the abdomen, thigh, or outer area of the upper arm. ISIS 304801 solution and placebo will be prepared by an unblinded pharmacist (or qualified delegate). A trained professional, blinded to the identity of the drug, will administer the Study Drug. Doses of 100 and 200 mg will be administered as a single SC injection. Doses of 300 mg will be administered as two equal volume noncontiguous SC injections. |
| **Criteria for Evaluation:** | **A. Safety and Tolerability Assessments**<br>• Adverse events<br>• Vital signs and weight<br>• Physical examinations<br>• Clinical laboratory tests (serum chemistry, hematology, urinalysis, coagulation, complement, immune function, thyroid function, pregnancy (for women of child bearing potential))<br>• ECGs<br>• Use of concomitant medications<br>**B. Pharmacokinetic Measures**<br>The plasma concentrations of ISIS 304801 will be assessed at selected time intervals in all study participants to determine selected pharmacokinetic parameters (Appendix C). A subset of the study participants will have pharmacokinetic blood draws at additional selected time points to establish a more detailed pharmacokinetic profile of ISIS 304801 (Appendix C).<br>**C. Pharmacodynamic Measures**<br>• The pharmacodynamic effects of treatment with ISIS 304801 vs. placebo on fasting VLDL apoC-III levels over time and dose group will be evaluated<br>The pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apoC-III, TG, apolipoprotein C-II (apoC-II; total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels will also be assessed<br>• Post-prandial lipid, apolipoprotein, and lipoprotein characteristics and kinetics, and glucose levels will be examined in a subset of the patients in the study (will not be the same patients as those having additional blood draws to establish a more detailed pharmacokinetic profile)<br>• Potential relationships between selected pharmacodynamic and PK measures may also be explored, where deemed appropriate |
| **Statistical Considerations:** | Based upon prior clinical trial experience with ISIS 304801, it is estimated that the standard deviation of the percent change in VLDL apoC-III is approximately 46%. With 18 patients in the pooled placebo group and each ISIS 304801 dose group, there would be at least 80% power to detect a 45% difference in VLDL apoC-III between each ISIS 304801 dose group and pooled placebo at an alpha level of 0.05, assuming 50% reduction in ISIS 304801 dose group and 5% in the pooled placebo group. |

## LIST OF ABBREVIATIONS

| Abbreviation/Acronym | Definition |
|---|---|
| AE | Adverse Event/Experience |
| ALT | Alanine Aminotransferase |
| Apo | Apolipoprotein |
| apoA | Apolipoprotein A |
| apoB | Apolipoprotein B |
| apoE | Apolipoprotein E |
| apoC-II | Apolipoprotein C-II |
| apoC-III | Apolipoprotein C-III |
| aPTT | Activiated Aprtial Thromboplastin time |
| ASO | Antisense Oligonucleotide |
| AST | Aspartate Aminotransferase |
| $AUC_{0-t}$ | Area Under the Plasma Concentration-Time Curve |
| BUN | Blood Urea Nitrogen |
| C5 | Complement Component 5 |
| $C_{max}$ | Maximal Observed Drug Concentration |
| CM | Chylomicron |
| CM-C | Chylomicron-Cholesterol |
| CM-TG | Chylomicron-Triglyceride |
| CRF | Case Report Form |
| CVD | Cardiovascular Disease |
| eCRF | Electronic Case Report Form |
| ECG | Electrocardiogram |
| EDC | Electronic Data Capture |
| FDA | Food and Drug Administration |
| FFA | Free Fatty Acids |
| GCP | Good Clinical Practice |
| hCG | Human Chorionic Gonadotropin |
| HDL | High-Density Lipoprotein |
| HDL-C | High-Density Lipoprotein-Cholesterol |
| HDL-TG | High-Density Lipoprotein-Triglyceride |
| IEC | Independent Ethics Committee |
| INR | International Normalized Ratio |
| IP | Intraperitoneal |
| IRB | Institutional Review Board |
| IV | Intravenous |

## LIST OF ABBREVIATIONS *Continued*

| Abbreviation/Acronym | Definition |
|---|---|
| LDL | Low-Density Lipoprotein |
| hsCRP | High-Sensitivity C-Reaction Protein |
| ICH | International Conference on Harmonization |
| LDL-C | Low-Density Lipoprotein-Cholesterol |
| LDL-TG | Low-Density Lipoprotein-triglyceride |
| LPL | Lipoprotein Lipase |
| MCH | Mean Corpuscular Hemoglobin |
| MCHC | Mean Corpuscular Hemoglobin Content |
| MCV | Mean Corpuscular Volumne |
| MOE | 2′-*O*-(2-methoxyethyl) |
| mRNA | Messenger Ribonucleic Acid |
| non-HDL-C | non- High-Density Lipoprotein-Cholesterol |
| non-HDL-TG | High-Density Lipoprotein-Triglyceride |
| NCS | Not Clinically Significant |
| NOAEL | No Observable Adverse Effect Level |
| PT | Prothrombin Time |
| RNase H | Ribonuclease H |
| SAE | Serious Adverse Event |
| SC | Subcutaneous |
| SGOT | Serum Glutamyl Oxaloacetic Transaminase |
| SGPT | Serum Glutamic Pyruvate Transaminase |
| $t_{½}$ | Terminal Half-Life |
| T4 | Thyroxine |
| $T_{max}$ | Time to Reach $C_{max}$ |
| TC | Total cholesterol |
| TG | Triglycerides |
| TRL | TG-Rich Lipoproteins |
| Tsh | Thyroid Stimulating Hormone |
| VLDL | Very-Low-Density Lipoprotein |
| VLDL apoC-III | Apolipoprotein C-III associated with Very Low Density Lipoprotein |
| VLDL-C | Very-Low-Density Lipoprotein-Cholesterol |
| VLDL-TG | Very-Low-Density Lipoprotein-Triglyceride |
| WBC | White Blood Cells |

# 1. STUDY OBJECTIVES

To evaluate the dose/response pharmacodynamic effects of ISIS 304801 vs. placebo on fasting apolipoprotein C-III (apoC-III) associated with very low density lipoprotein (VLDL) levels.

The secondary objectives are to: (1) evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apoC-III, triglyceride (TG), apoC-II (total and associated with VLDL), apolipoprotein B-100 (apoB-100), apolipoprotein A-1 (apoA-1), apolipoprotein A-2 (apoA-2), apolipoprotein E (apoE), total cholesterol (TC), low-density lipoprotein-cholesterol (LDL-C), LDL-TG, VLDL-C, VLDL-TG, non-high-density lipoprotein-cholesterol (non-HDL-C), non-HDL-TG, HDL-C, HDL-TG, chylomicron-C (CM-C), CM-TG, free fatty acids (FFA), and glycerol levels; and (2) examine post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in a subset of the patients in the study and assess more extensive pharmacokinetics (PK) in another subset of the patients (will not be the same patients as those undergoing the post-prandial assessment) and, (3) evaluate the safety, tolerability and PK of ISIS 304801.

# 2. BACKGROUND AND RATIONALE

## 2.1 Hypertriglyceridemia

Hypertriglyceridemia is a common clinical trait associated with an increased risk of cardiometabolic disease (Hegele et al. 2009; Hegele and Pollex 2009) as well as of occurrence of acute pancreatitis in the most severe forms (Toskes 1990; Gaudet et al. 2010; Catapano et al. 2011; Tremblay et al. 2011). Its etiology includes primary (genetic) and secondary (lifestyle, other diseases, etc.) factors or, most often, a combination of both (Yuan et al. 2007). Hypertriglyceridemia is the consequence of increased production and/or reduced or delayed catabolism of TG-rich lipoproteins: VLDL and, to a lesser extent, chylomicrons (CM). Several subtypes of hypertriglyceridemia have been described. These subtypes differ by their etiology, prevalence, burden, genetic backbone, and clinical expression. An intervention on diet and other life habits is required to manage the risk associated with these hypertriglyceridemias, but diet alone is often insufficient and medication is often prescribed (Brisson et al. 2010).

Factors contributing to elevated TG in the general population include overweight and obesity, physical inactivity, cigarette smoking, excess alcohol, medication and a diet high in fat or carbohydrates. In addition to these environmental factors, elevated TG levels are associated with several diseases, including diabetes, metabolic syndrome/insulin resistance, and genetic disorders such as familial chylomicronemia, familial combined hyperlipidemia and familial hypertriglyceridemia. Borderline high TGs (150-199 mg/dL) are commonly found in the general population and are a common component of the metabolic syndrome/insulin resistance states. The same is true for high TGs (200-499 mg/dL) except that as plasma TG levels increase, underlying genetic factors play an increasingly important etiologic role. Very high TGs (≥500 mg/dL) are most often associated with elevated CM levels as well, and are accompanied by increasing risk

for acute pancreatitis. The risk of pancreatitis is considered clinically significant if TG exceeds 880 mg/dL (>10 mmol) and the EAS/ESC 2011 guidelines state that actions to prevent acute pancreatitis are mandatory (Catapano et al. 2011). According to the EAS/ESC 2011 guidelines, hypertriglyceridemia is the cause of approximately 10% of all cases of pancreatitis, and development of pancreatitis can occur at TG levels between 440-880 mg/dL. Based on evidence from clinical studies demonstrating that elevated TG levels are an independent risk factor for atherosclerotic CVD, the guidelines from both the National Cholesterol Education Program Adult Treatment Panel III (NCEP 2002) and the American Diabetes Association (ADA 2008) recommend a target TG level of less than 150 mg/dL to reduce cardiovascular risk. The NCEP treatment strategy for elevated TG depends on the causes of elevation and severity. While therapeutic life-style changes (change in diet, alcohol restriction, weight reduction, and increased physical activity) are the first steps in lowering TG, pharmacologic therapy is used when life-style changes are not sufficient. Several drug classes routinely used to lower LDL-C (statins, nicotinic acid, and fibrates) also reduce TG and apoC-III levels; however, the mechanisms for these effects are not well understood. Statins lower plasma TG by 7-30% while nicotinic acid and fibrates reduce TG by 20-50% (Ooi et al. 2008). One prescription omega-3 fatty acids (fish oil) product has been approved by the FDA for the treatment of patients with very high TG (>500 mg/dL) and is reported to lower TG by an average of 40% or more, depending on baseline TG levels.

Despite the pharmacologic agents available to lower TG, many patients still have TG levels well above the recommended levels even on maximally tolerated statins. In addition, the first-line TG-lowering agents are occasionally associated with undesirable side effects (e.g., flushing and worsening of glucose control with nicotinic acids, taste perversion or fishy aftertaste with omega-3 fatty acids). Additionally, when combining statins with fibric acid derivatives, there is increased risk for myopathy which can lead to rhabdomyolysis (NCEP 2002). Lipoprotein lipase (LPL) gene therapy is developed but remains an experimental treatment targeting familial chylomicronemia due to complete LPL deficiency only (Gaudet et al. 2010). Alternative, well tolerated treatment strategies are needed that can lower TG. ApoC-III is a key inhibitor of the activity of LPL, a key enzyme involved in TG metabolism, and therefore targeting apoC-III constitutes a potentially viable strategy for reducing plasma TG levels. Through a novel, apoC-III lowering mechanism of action, ISIS 304801 may provide the potential to better manage TG levels in patients where the currently available treatments are not adequate.

## 2.2 ApoC-III

ApoC-III is synthesized mainly in the liver and plays a pivotal role in regulating plasma TG levels (Chan et al. 2008). It is an essential constituent of circulating apoB-containing lipoprotein particles rich in TG (e.g., CM and VLDLs), as well as HDL. ApoC-III inhibits LPL-catalyzed hydrolysis of TG-rich lipoproteins (TRL) and their apoE-mediated uptake by the liver. In addition, a recent report supports a role for apoC-III in hepatic VLDL production (Sundaram et al. 2010). Thus, elevated apoC-III, results in both increased production of VLDL in the liver and delayed LPL mediated clearance of TRL from plasma with consequent development of hypertriglyceridemia.

## 2.3 Therapeutic Rationale

There is a strong body of evidence to indicate that elevated plasma TG is a risk factor for cardiovascular disease (CVD) (Brewer 1999; NCEP 2002) and severely elevated levels are associated with an increase risk of acute pancreatitis (Toskes 1990; Gaudet et al. 2010; Catapano et al. 2011; Tremblay et al. 2011). Results from several clinical studies have also demonstrated the importance of apoC-III as a predictor of CVD outcomes (Ooi et al. 2008); one study reported that the concentration of apoB particles containing apoC-III was a stronger predictor of CVD than TG levels (Sacks et al. 2000). In addition, recent reports indicate that apoC-III is a multifunctional protein that not only regulates the metabolism of TRL but also plays a role in endothelial dysfunction and inflammation, thereby further increasing the risk for atherosclerotic CVD (Kawakami et al. 2006; Caron and Staels 2008; Kawakami et al. 2008). ApoC-III is increased in patients with dyslipidemia associated with multiple metabolic abnormalities such as insulin resistance and/or metabolic syndrome, conditions where endothelial dysfunction is also found. Human genetic data have demonstrated associations with functional mutations affecting apoC-III gene expression and CVD (Atzmon et al. 2006; Pollin et al. 2008; Petersen et al. 2010). A naturally occurring null mutation in the apoC-III gene (encoding the apoC-III protein) in Old Order Amish individuals was recently reported that confers a favorable lipid profile (lower plasma TG and LDL-C levels) and apparent cardioprotection without any obvious detrimental effects (Pollin et al. 2008). Thus, it has been hypothesized that targeting apoC-III mRNA to reduce hepatic apoC-III expression would decrease plasma TG levels.

## 2.4 ISIS 304801

### *2.4.1 Mechanism of Action*

ISIS 304801 is an antisense drug targeted to human apoC-III mRNA. The binding site for ISIS 304801 lies within the 3′-untranslated region of the apoC-III mRNA transcript at position 489-508 bp, and based on *in silico* analysis, it is not predicted to target any other human gene. The hybridization (binding) of ISIS 304801 to the cognate mRNA results in RNase H-mediated degradation of the apoC-III mRNA, thus inhibiting translation of the protein.

### *2.4.2 Chemistry*

Chemically, ISIS 304801 is a synthetic oligomer of 20 nucleotides (i.e., a 20-mer) that are connected sequentially by phosphorothioate linkages. The nucleotide sequence of ISIS 304801 (Figure 1) is complementary to a 20-nucleotide stretch within 3′-untranslated region of the apoC-III mRNA transcript. Structurally, the oligonucleotide has 3 regions. Two of them, the five nucleotides at the 5′ end and the five nucleotides at the 3′ end, are composed of 2′-O-(2-methoxyethyl) (MOE)-modified ribonucleotides. These MOE-modified nucleotides confer (1) increased affinity to the target mRNA (Altmann et al. 1996; McKay et al. 1999), (2) increased resistance to exonucleases and endonucleases (thereby increasing stability in tissue) (Geary et al. 2003), and (3) amelioration of some of the high dose toxicities thereby resulting in an improved safety profile compared to first generation antisense drugs containing phosphorothioate

modified oligodeoxynucleotides (DNA) (Henry et al. 2000). The third region, the central portion of the oligonucleotide, is composed of ten oligodeoxynucleotides. This chimeric design is called a MOE-Gapmer, and ISIS 304801 employs this chimeric structure to enable use of the RNase H-mechanism for antisense activity. This is because while the 2′-MOE modification confers increased stability and affinity, it does not support RNase H catalysis of RNA hybridized to 2′-MOE-modified nucleotides (McKay et al. 1999). This is caused by conformational changes induced in the heteroduplex by 2′-alkoxy:RNA hybrids that are not recognized by RNase H enzymes (Inoue et al. 1987; Monia et al. 1993). By limiting the 2′-MOE modification to nucleotides flanking the phosphorothioate oligodeoxynucleotide core, the beneficial attributes of the 2′-MOE chemistry are preserved while also retaining RNase H recognition.




**Figure 1 Design of Chimeric 2′-MOE Phosphorothioate Oligonucleotides (MOE-Gapmer). The Sequence of ISIS 304801 is Shown**

## 2.5 Preclinical Studies

Pharmacologic effects of ISIS 304801 were studied in rodents and non-human primates. The sequence to which ISIS 304801 hybridizes is identical for human and cynomolgus monkeys, but is different in rodents. Human apoC-III transgenic mice were used as a model to test the pharmacologic effects of ISIS 304801 while species-specific apoC-III antisense oligonucleotides (ASOs) were used in other rodent models.

In human apoC-III transgenic mice, the ED50 values for reductions in human apoC-III hepatic mRNA, plasma apoC-III protein and TG were 11.6, 31.7 and 28.9 mg/kg/week, respectively, following twice-weekly intraperitoneal (IP) injection with ISIS 304801 for 2 weeks. Administration of ISIS 440726, an ASO targeted to murine apoC-III, significantly reduced hepatic apoC-III mRNA in 3 murine models [wild-type C57BL/6 mice on chow and Western diets, and *ob/ob* (obese) mice on a normal chow diet] in a dose dependent manner. Reductions in circulating apoC-III protein and TG were also observed in wild-type and *ob/ob* mice with this dosing regimen. Post-prandial hypertriglyceridemia following a high fat challenge in wild-type mice was improved with once weekly IP administration of the murine-specific ASO. In the fructose-fed rat model of hypertriglyceridemia, treatment with ISIS 353982, a rat-specific apoC-III ASO, significantly reduced hepatic apoC-III mRNA and plasma TG compared to saline. In

addition, this treatment was more effective than daily oral treatment with fenofibrate at the same dose level.

Species-specific apoC-III ASOs also reduced hepatic apoC-III mRNA and plasma TG in lean hamsters and cynomolgus monkeys, species whose lipoprotein metabolism more closely resembles humans. Administration of a hamster-specific ASO, ISIS 352952, significantly reduced hepatic apoC-III mRNA and plasma TG levels compared to saline. Treatment of monkeys with ISIS 304801 resulted in significant reductions in hepatic apoC-III mRNA, plasma apoC-III protein and TG compared to saline treatment for the same period.

Plasma and tissue pharmacokinetics were assessed in mice and monkeys as part of the nonclinical toxicology studies. Similar to other second generation ASOs, ISIS 304801 was extensively cleared within hours from plasma and distributed to tissues after subcutaneous (SC) and intravenous (IV) administrations. ISIS 304801 distributed extensively to kidney and liver in both mice and monkeys. In the monkey, tissue terminal elimination half-lives ranged from approximately 12.5 to 18.9 days in kidney and liver, respectively, consistent with the plasma elimination half-life (12.7 days).

In nonclinical toxicology studies, the primary findings in both mice and monkeys were the presence of minimal to moderate basophilic granules in tissues, indicative of oligonucleotide cellular uptake and minimal to mild pro-inflammatory effects in the mouse that occurred in a dose-dependent manner. Additional findings were observed at doses ≥40 mg/kg/wk, which are much greater than those intended for clinical testing. Based on 13 weeks of nonclinical toxicity testing, the no adverse effect level (NOAEL) for ISIS 304801 was determined to be at least 12 mg/kg/week. The clinical dose range in this study of 100 to 300 mg/week (approximately 1.4 to 4.3 mg/kg body weight in a 70 kg patient) ranges from approximately 9 to approximately 3 fold below the NOAEL.

## 2.6 Clinical Experience

In a double-blind, single and multiple ascending-dose (SAD and MAD) Phase 1 study, healthy subjects, 18 to 55 years, were randomly assigned in a 3:1 ratio to receive ISIS 304801 or placebo (normal saline) administered as single or multiple SC injections at 50, 100, 200, and 400 mg (n=4/cohort). MAD cohort subjects received 6 doses over 4 weeks (a loading regimen of 3 doses the first week followed by once weekly dosing for 3 weeks).

There were no permanent or temporary discontinuations due to ISIS 304801 related adverse events (AEs) and no serious adverse events (SAEs). The most commonly reported adverse events (>20% of ISIS 304801 treated subjects) were injection site reactions (52% of ISIS 304801 treated versus 0% of placebo treated subjects), C-reactive protein increase (32% versus 0%), and somnolence (20% versus 0%). All of these common adverse events were mild (except for 1 moderate injection site reaction) and recovered. Overall, ISIS 304801 was well tolerated and there were no safety concerns up to the highest dose level of 400 mg SC, given for 6 doses.

Pharmacokinetic results showed time to maximum plasma concentrations ($T_{max}$) was between 2 and 4 hours, depending upon dose. Maximum plasma concentrations ($C_{max}$) were dose-dependent over the studied dose range, the terminal elimination half life ranged from a mean of 11.7 to 29.6 days over the doses tested, with a mean half life overall of 17.5 days.

Pharmacodynamic results showed dose-dependent sustained reductions in total apoC-III and TG levels. Median percent change from baseline values in the 50, 100, 200 and 400 mg multiple-dose groups showed reductions of total apoC-III of 20, 17, 71, and 78% and of TG of 20, 25, 43, and 44%, respectively, 1 week after the last dose. Reductions were sustained for at least 4 weeks after the last dose in the higher dose groups, consistent with the drug's long terminal elimination half-life. In addition, LDL-C values did not change while HDL-C values tended to increase in a dose-dependent manner.

### 2.7 Rationale for Dosages and Schedule of Administration

Estimation of clinical doses for an antisense drug is less difficult than for most drugs in preclinical development. Variables that are normally encountered at this stage of development are reduced by the predictability of the pharmacokinetics of ASOs and the cumulative experience with other drugs in this class. The pharmacokinetics and disposition of many drugs in this class have been characterized and there are remarkable similarities from sequence to sequence and across species. In particular, the plasma pharmacokinetics for ASOs in monkeys has been highly predictive of those in man, which has been validated in the clinical experience of ISIS 304801 to date. Because distribution to tissues is the dominant mechanism for plasma clearance, it can be assumed that plasma pharmacokinetic similarities translate into similarities in tissue distribution. This assumption is supported by the knowledge that patterns of tissue distribution for oligonucleotides are similar in mice, rats, rabbits, dogs and monkeys. Thus, it is possible to predict dose regimens on the basis of concentrations at the primary site of activity, the liver. Additionally, ASOs are hydrophilic and distribute predominantly to the lean body mass and in our experience they should be administered as a fixed dose, rather than by total body weight (Geary et al. 2003; Yu et al. 2007).

Doses of 100, 200, and 300 mg administered SC once weekly were selected for this study because results from the CS1 clinical study showed a satisfactory safety profile with substantial pharmacodynamic effects in this dose range. Because the pharmacodynamic effects were not remarkably different between the 200 and 400 mg doses in the CS1 study and because of the longer treatment regimen to be tested in this study, 300 mg was selected as the maximum dose. Due to the long terminal elimination half life of ISIS 304801 (average 17.5 days over the range of doses tested), the treatment duration is 13 weeks so that the efficacy endpoint can be evaluated when drug tissue levels are expected to be at > 90-% of steady-state levels. Based on a 19 day elimination half life in monkey tissues and a once a week dosing regimen, time to approximately 90% of steady state is estimated to be about 9 weeks. The 13-week treatment duration is supported by the ISIS 304801 13-week nonclinical toxicology study (see Investigator's Brochure) and by previous long term weekly clinical dosing studies with several other 2′-MOE-modified ASOs (Chi et al. 2008; Akdim et al. 2010; Raal et al. 2010).

# 3. INVESTIGATIONAL PLAN

## 3.1 Study Design

This is a randomized, double-blind, placebo-controlled, dose response study to evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting VLDL apoC-III levels. Seventy two (72) patients are planned for this study. There will be 24 patients planned per dose cohort (100, 200, 300 mg) with 18 ISIS 304801 (active) and 6 placebo patients per cohort.

Eligible patients will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall study randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).




**Figure 2 Study Design for ISIS 304801–CS2**

**<u>Screening/Diet Run-in</u>: Patients will be placed on a tightly controlled diet (after screening procedures are performed) for the duration of study participation. After 28 days on the controlled diet, patients will have baseline measurements and be assessed for qualification of enrollment into the treatment phase of the study. <u>Enrollment/Randomization</u>: Eligible patients will be enrolled equally into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in Group 2 will be randomized equally to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Patients will be randomized to dose cohort and treatment in a manner that achieves an overall study randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo). <u>Treatment</u>: Patients will receive 13 doses of Study Drug administered by SC injection once a week for 13 weeks. <u>Post-treatment evaluation</u>: Patients will be followed until Study Day 176.**

Patients will receive 13 doses of Study Drug administered by SC injection once a week for 13 weeks (Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85).

For an individual patient, the participation period consists of a ≤5-week screening period, (which includes a 4-week tight diet control run-in qualification period), a 1-week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 32 weeks of study participation. Concomitant medications and AEs will be recorded throughout all periods of the study.

### 3.2 Number of Patients

Seventy two (72) patients are planned for this study. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 90 patients.

## 4. PATIENT ELIGIBILITY

### 4.1 Inclusion Criteria

Patients must meet all of the following criteria to be eligible:

1. Must give written informed consent to participate in the study (signed and dated) and any authorizations required by law
2. Fasting TG ≥500 mg/dL at screening
3. Fasting TG ≥350 mg/dL and ≤2000 mg/dL after 4-wk tight diet control run-in
4. Age ≥18 years at time of informed consent
5. Satisfy one of the following:
   a. Females: must be non-pregnant and non-lactating; surgically sterile, post-menopausal, abstinent, or if engaged in sexual relations of child-bearing potential, patient is using an acceptable contraceptive method (refer to Section 7.6.1) for four weeks prior to, during, and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks).
   b. Males: must be surgically sterile, abstinent or if engaged in sexual relations of child-bearing potential, patient is utilizing an acceptable contraceptive method (refer to Section 7.6.1) during and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks).

### 4.2 Exclusion Criteria

Patients meeting any of the following criteria are not eligible for the study:

1. Diabetes mellitus

2. Obesity defined as body mass index (BMI) >30 kg/m$^2$
3. Familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II deficiency (type I dyslipidemia)
4. Any of the following laboratory values at screening
   a. Hepatic:
      - Total bilirubin >upper limit of normal (ULN)
      - ALT >1.7 x ULN
      - AST >1.7 x ULN
   b. Renal:
      - Urine protein or blood persistently positive by dipstick
      - Estimated creatinine clearance calculated according to the formula of Cockcroft and Gault <60 mL/min
   c. Clinically significant abnormalities on laboratory examination
5. History of bariatric surgery or currently on weight loss drugs
6. Uncontrolled hypertension (BP > 160/100)
7. Primary hypothyroidism (screening TSH > ULN and free T4 < LLN), primary subclinical hypothyroidism (screening TSH > ULN and free T4 WNL), secondary hypothyroidism (screening TSH < LLN and free T4 < LLN)
8. Clinically significant abnormalities in medical history (e.g., acute or unstable cardiac ischemia within 6 months of screening or major surgery within 3 months of screening) or physical examination
9. Prior malignancies except successfully treated in situ cervical carcinoma, basal or squamous cell carcinoma of the skin
10. Active infection requiring systemic antiviral or antimicrobial therapy unless treatment is expected to be completed prior to first dose
11. Recent history of alcohol or substance abuse or unwillingness to limit alcohol consumption to within moderate limits for the duration of the Study as follows (or per Site Investigator judgment): maximum of 2 alcoholic beverages (20 g) per day and ≤8 drinks (80 g) per week for males; maximum of 1 alcoholic beverage (10 g) per day and ≤4 drinks (40 g) per week for females
12. Known history or positive at time of screening for HIV, HCV, or chronic HBV infection

13. On oral contraceptives or hormone replacement therapy or statins unless on a stable regimen for at least 3 months prior to dosing and will remain on a stable regimen for the duration of the study
14. Unable to discontinue use of systemic corticosteroids, fibrates, niacin, fish oil or other products containing omega-3 fatty acids, at least 6 weeks prior to dosing
15. Use of topical corticosteroids, anticoagulants, or drugs or dietary supplements (not described in Exclusion Criteria #14) with potential lipid-altering effects unless on stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period
16. Treatment with another Study Drug, biological agent, or device within one month of screening, or 5 half-lives of study agent, whichever is longer
17. Previous participation in an investigational study involving systemic administration of an oligonucleotide within nine months of screening
18. Unwillingness to comply with study procedures, including follow-up, as specified by this protocol, or unwillingness to cooperate fully with the Investigator
19. Blood donation of 50 to 499 mL within 30 days of screening or of >499 mL within 60 days of screening
20. Any other conditions which, in the opinion of the investigator, would make the patient unsuitable for inclusion, or could interfere with the patient participating in or completing the study

# 5. PATIENT ENROLLMENT

Eligible patients will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2).

## 5.1 Randomization

Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall study randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).

The Sponsor (or designee) will prepare the randomization list. The placebo patients in each dose cohort will be dosed according to the same timetable and with the same injection volume. The unblinded pharmacist (or qualified delegate) preparing the dosing solutions will be the only member of study staff to know which patient is receiving placebo in each dose cohort. Extensive PK / post-prandial assessment groups, and dose cohort assignments will not be blinded.

### 5.2 Visit Days and Windows

Patients must complete the treatment visits on Day 1 ± 0 days and on Day 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85 within ± 1 day. Patients in the extensive PK group must also visit the clinic on Day 2 and 86 ± 0 days relative to Day 1 and 85, respectively, for the 24 hour blood draw. Patients must complete the follow-up visits on Day 92 and 99 within ± 1 day, Day 127 within ± 3 days, and Day 176 within ± 5 days of the scheduled visit date. Patients in the post-prandial assessment group must also visit the clinic on Day 103 within ± 2 days and on the day following the Day 103 visit for the 24 hour blood draw.

### 5.3 Withdrawal of Patients

Patients have the right to withdraw from the study at any time and for any reason without prejudice to his or her future medical care by the physician or at the institution.

Any patient who withdraws consent to participate in the study will be removed from further treatment and/or study observation immediately upon the date of the request. Patients should be encouraged to complete all follow-up study procedures and observations or at minimum the Early-Treatment-Termination (Study Day 92) procedures (see Appendices A, B, and C).

The Site Investigator may discontinue a patient from the trial if in his/her judgment continuation in the study may prove harmful to the patient or if the patient is not compliant with the protocol.

Reasons for removal from the study may include but are not limited to:

- Adverse event
- Site Investigator judgment
- Significant protocol deviation
- Lost to follow-up
- Withdrawal of consent
- Death

The Site Investigator must notify the Sponsor by phone within 24 hours of patient withdrawal (the reason for, and dates of withdrawal must be documented in the electronic Case Report Form (eCRF)).

If the patient withdraws due to an AE, the Site Investigator should strongly encourage the patient to have follow-up visits until the AE has resolved or stabilized.

### 5.4 Replacement of Patients

At the discretion of the Sponsor, additional patients (up to a total of 90 patients randomized) may be added to replace any patients withdrawn before receiving 9 doses of

Study Drug and all follow-up procedures including, if applicable, the second extensive PK (i.e., Day 85 and 86) or post-prandial (i.e., Day 103 and 104) assessments, unless the Site Investigator and Sponsor Medical Monitor agree that this should not be done for reasons of safety. Each additional patient will be assigned to the same randomization block as the patient that is being replaced.

### 5.5 Unblinding of Treatment Assignment

Due to the drug's long terminal elimination half-life, and hence relatively long follow-up period, the Sponsor will unblind the treatment assignments for each cohort upon completion of dosing to perform the primary analysis. However, the Sponsor Clinical Trial Manager and Medical Monitor or designees, all patients, monitors, and site personnel related to the conduct of the study, except for the unblinded pharmacist (or qualified delegate) who prepares the Study Drug and an unblinded pharmacy monitor separate from the study monitor, will remain blinded to the patient's treatment assignment throughout the study. The Site Investigator, however, will have the ability to unblind the treatment assignment, for safety reasons, for patients enrolled in this study. The Sponsor will be informed of the unblinding of a patient within 24 hours. An unblinded randomization schema will be maintained securely at the Study Center and the Sponsor's Quality Assurance Department. The treatment assignment should only be unblinded when the patient has suffered a Serious Adverse Event (see Section 9.3.3), and/or when knowledge of the treatment assignment will impact the clinical management of the patient. Every reasonable attempt should be made to complete the post-treatment evaluation procedures prior to unblinding, as knowledge of the treatment arm could influence patient assessment.

### 5.6 Study Termination

Both the Sponsor and the Site Investigator reserve the right to terminate the study, according to the terms of the study contract. The Site Investigator should notify the Institutional Review Board (IRB)/Independent Ethics Committee (IEC) in writing of the trial's completion or early termination and send a copy of the notification to the Sponsor or designee.

## 6. STUDY DRUG

### 6.1 ISIS 304801

A solution of ISIS 304801 (200 mg/mL, 1.0 mL) contained in 2-mL stoppered glass vials will be provided. ISIS 304801 is manufactured by Isis Pharmaceuticals, Inc., Carlsbad, California, USA. The drug product and its storage and preparation instructions will be provided by the Isis Pharmaceuticals. ISIS 304801 must be stored securely at 2 to 8$^{\circ}$C and protected from light.

### 6.2 Placebo

The placebo for this study is 0.9% sterile saline and will be provided by the Study Center.

### 6.3 ISIS 304801 Packaging, Labeling and Drug Accountability

Isis Pharmaceuticals, Inc. will provide the Site Pharmacists with packaged ISIS 304801 labelled in accordance with specific country regulatory requirements.

### 6.4 Study Drug Administration

ISIS 304801 solution and placebo will be prepared by an unblinded pharmacist (or qualified delegate). Please refer to the Study Drug manual for additional details. Vials are for single-use only. A trained professional, blinded to the identity of the drug, will administer the Study Drug. Study visits that require only Study Drug administration, vital signs, adverse events, concomitant medication usage recording, and diet/alcohol counseling and monitoring may be conducted at a remote location (e.g., the patient's home) if travel to the study center is unduly burdensome for a patient. The Study Drug will be administered as a SC injection in the abdomen, thigh, or outer area of the upper arm on each dosing day. Dosing should be rotated among the anatomical locations (abdomen, thighs or arms) for each individual patient during the dosing period (avoiding areas of excessive rubbing such as the belt line). Doses of 100 and 200 mg will be administered as a single SC injection. Doses of 300 mg will be administered as two equal volume noncontiguous SC injections. Please refer to the Study Drug manual for more detailed instructions for Study Drug preparation and administration.

### 6.5 Drug Accountability

The unblinded pharmacist (or qualified delegate) is required to document receipt, dispensing and return of ISIS 304801 supplies. Drug accountability documentation and all used and unused ISIS 304801 vials must be returned to Isis Pharmaceuticals or designee.

### 6.6 Concomitant Medications

Throughout the study, Site Investigators or designated licensed physicians involved in the study may prescribe concomitant medications or treatments deemed necessary for AEs or to provide adequate supportive care.

No lipid lowering therapies (e.g., fibrates, niacin, fish oil or other products containing omega-3 fatty acids), or systemic corticosteroids may be started after screening and doses of existing oral contraceptives, hormone replacement therapy, topical corticosteroids, anticoagulants, or drugs or dietary supplements with potential lipid-altering effects should not be adjusted.

Study patients are prohibited from receiving other experimental agents during the study. This includes marketed agents at experimental dosages that are being tested for the treatment of hypertriglyceridemia.

All concomitant medications/treatments and significant non-drug therapies (including supplements and assistive devices) received by a patient must be recorded in the patient's source documents and CRF.

Patients should consult with the Site Investigator or designee prior to initiating any new medication, including non-prescription compounds or any other non-drug therapy.

# 7. STUDY PROCEDURES

For an individual patient, the participation period consists of a ≤5-week screening period (which includes a 4-week tight diet control run-in qualification period), a -week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 32 weeks of study participation. Concomitant medications and any AEs will be recorded throughout all periods of the study.

## 7.1 Screening Plus Tight Diet Control Run-In Qualification and Randomization Period (Study Day ≤-42 to Study Day -1)

Patients who give written informed consent will undergo a medical history and physical examination including vital signs, 12-lead electrocardiogram (ECG), determination of concomitant medications, and have blood and urine samples taken for clinical laboratory testing (Appendix A). Females who are of childbearing potential will have a pregnancy test at screening and again during the post tight diet control study qualification period. Patients will be placed on a tightly controlled diet (after screening procedures are performed) for the duration of study participation. After 28 days on the controlled diet, patients will have baseline measurements and be assessed (Appendix A) for qualification of enrollment into the treatment phase of the study. Patients who meet the enrollment criteria following diet run-in will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2) and randomized as described in Section 5.1.

## 7.2 Treatment Period (Study Day 1 to Study Day 85)

Randomized patients will receive a total of 13 doses of Study Drug (Appendix A). Study Drug will be administered by SC injection on Study Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85.

Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 8, 15, 29, 43, 57, 71, and 85), patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit (to ensure equal moderation of fat intake, per patient and per time point) after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits.

Blood will be collected for measurement of VLDL apoC-III and other pharmacodynamic markers on Days 8, 15, 29, 43, 57, 71, and 85 (prior to Study Drug administration). Patients will meet with a dietician or study staff member at each visit and compliance to diet and alcohol restrictions will be monitored and the importance of continuing compliance will be reinforced to the patient. Safety and clinical laboratory evaluations as well as blood sampling for PK analysis and post-prandial assessments (in a subset of patients) will be performed periodically throughout the treatment period (Appendices A, B, C, and D).

*Postprandial Assessment (Appendix D)*: Patients in the post-prandial assessment group will consume standardized pre cooked meals (lunches and dinners (provided) and instructions for breakfasts and snacks) for the 2 days prior to the post-prandial evaluations. On each of the post-prandial evaluation days, following the blood draws, patients will consume a standardized liquid meal, which represents about a third of the daily caloric requirements, with a stable radioisotope tracer, followed by serial blood sampling. Patients will receive a standardized pre-cooked meal 9 hrs after consuming the liquid meal, after which they will fast until the 24 hour blood draw the following day.

*Extensive PK Assessment (Appendix C)*: In addition to trough sample collection, patients in the extensive PK assessment group will undergo serial blood sampling for 24 hrs after their first (Day 1-2) and last (Day 85-86) dose of Study Drug.

### 7.3 Post-treatment Evaluation Period (Study Day 86 to Study Day 176)

Patients will be followed until Study Day 176. During this time, patients will return to the study center for outpatient clinic visits on Study Days 92, 99, 127, and 176 (and Day 103 for patients in the post-prandial assessment group) for safety and clinical laboratory evaluations (blood draws), diet counseling and monitoring, concomitant medication usage recording, and AE event collection. Blood samples for PK and PD analysis will be collected periodically throughout the post-treatment evaluation period (Appendices A, B, and C). Post-prandial assessments will be done in a subset of patients (Appendix D).

### 7.4 Laboratory Analytes

Laboratory measurements of serum chemistry, urinalysis, coagulation, complement, hematology, immune function, thyroid function, and full lipid panel will be performed at the times shown in the Schedule of Procedures (Appendix A). The analytes within these panels are shown in Appendix B.

### 7.5 Pharmacokinetics Specimen Collection

Plasma specimens will be collected as shown in Appendix A (Schedule of Procedures) and Appendix C (Pharmacokinetic Sampling Schedule).

### 7.6 Restrictions on the Lifestyles of Patients

#### *7.6.1 Contraception Requirements*

All patients of childbearing potential must practice effective contraception during the study and be willing and able to continue contraception for 13 weeks after their last dose of Study Drug.

For the purposes of this study, women not of childbearing potential are defined as:

- Postmenopausal: twelve (12) months of natural (spontaneous) amenorrhea together with FSH confirmation of postmenopausal state or 6 weeks after surgical bilateral oophorectomy with or without hysterectomy
- Permanently sterilized: tubal occlusion, hysterectomy, bilateral salpingectomy

For the purposes of this study, effective contraception is defined as follows:

- For female patients: effective female contraception includes: established use of oral, injected or implanted hormonal methods of contraception; placement of an intrauterine device or intrauterine system; or two barrier methods of contraception (condom and occlusive cap (diaphragm or cervical/vault caps)) with spermicidal foam /gel /film /cream /suppository.
- For male patients: effective male contraception includes a vasectomy with negative semen analysis at follow-up, or the use of condoms together with spermicidal foam/gel/film/cream/suppository. Male patients must also encourage their female partner (of childbearing potential) to use effective contraception during the study and for at least 13 weeks after the patient's last dose of Study Drug. An effective method of contraception for the female partner includes: established use of oral, injected or implanted hormonal methods of contraception; placement of an intrauterine device or intrauterine system; or barrier method of contraception (occlusive cap (diaphragm or cervical/vault caps)) with spermicidal foam/gel/film/cream/suppository.

A female condom and a male condom should not be used together as friction between the two can result in either product failing.

Male patients with partners that are pregnant must use condoms during the study and for at least 13 weeks after their last dose of Study Drug to ensure that the fetus is not exposed to Study Drug.

#### *7.6.2 Other Requirements*

During the tight diet control run-in qualification period, patients will be placed on a tightly controlled diet. After 28 days on the diet, patients will be assessed for qualification for study participation. Patients will remain on the tightly controlled diet for the duration of study participation. Diet requirements will be similar to those provided in Health Canada's Food Guide (www.healthcanada.gc.ca/foodguide). During the treatment period of the study, patients will be provided a standardized pre-cooked meal for the dinner (after which they will remain fasted) preceding blood drawing for pharmacodynamic measurements. Alcohol consumption will not be allowed 48 hrs, preceding blood drawing for pharmacodynamic measurements. In addition, patients in the post-prandial assessment group will be provided with standardized pre cooked meals (lunches and dinners and instructions for breakfasts and snacks) for the 2 days prior to the post-prandial evaluation day. On the post-prandial evaluation day, patients will consume a standardized liquid meal with a stable radioisotope tracer prior to blood draws. On the post-prandial day, after 9 hours of blood draws, patients will receive a standardized pre-cooked meal after which they will remain fasted until the 24 hour blood draw for pharmacodynamic measurements the following day.

# 8. SAFETY MONITORING AND STOPPING RULES

In addition to the standard monitoring of clinical safety parameters, the following guidelines are provided for the monitoring of selected parameters chosen based on preclinical and clinical observations (see Investigator's Brochure).

Confirmation Guidance: At any time during the study (treatment or post-treatment periods), the initial clinical laboratory results meeting the safety monitoring criteria presented below **must be confirmed** by performing measurements (ideally in the same laboratory that performed the initial measurement) on new specimens. All new specimen collections should take place as soon as possible (ideally within 3 days of the initial collection) and, in any event, no longer than 5 days from the collection that yielded the initial observation. If the initial laboratory result is observed during the treatment period, the results from the retest **must be available** prior to the next scheduled dose of Study Drug (ISIS 304801 or placebo).

Stopping Rule Guidance: If any of the stopping criteria described below are met and are confirmed, the patient will be permanently discontinued from further treatment with Study Drug (ISIS 304801 or placebo), evaluated fully as outlined below and in consultation with the Sponsor Medical Monitor, and will be entered into the post-treatment evaluation portion of the study. In general, patients who do not meet the stopping rules based upon retest may continue dosing. However, the Site Investigator and the Sponsor Medical Monitor should confer as to whether additional close monitoring of the patient is appropriate.

## 8.1 Liver Chemistry Rules

The following rules are adapted from the draft guidance for industry, "Drug-Induced Liver Injury: Premarketing Clinical Evaluation," issued by the U.S. Department of Health and Human Services, Food and Drug Administration, July 2009.

### *8.1.1 Safety Monitoring Rules for Liver Chemistry Tests*

In the event of an ALT or AST measurement that is >3 x ULN at any time during the study (treatment or post-treatment period), the initial measurement(s) should be confirmed as described above. Similarly, confirmatory measurements should also be performed if ALT or AST levels increase to ≥5 x ULN (following the initial meeting of each of those criteria).

Frequency of Repeat Measurements: Patients with confirmed ALT or AST levels >3 x ULN that are continuing to rise should have their liver chemistry tests (ALT, AST, alkaline phosphatase, and total bilirubin at a minimum) retested at least once weekly until levels stabilize or begin to recover. The performance of additional laboratory tests (e.g., INR) should be discussed with the Sponsor Medical Monitor. Thereafter, liver chemistry tests for these patients should be performed at least every 2 weeks until ALT and AST levels become ≤1.2 x ULN or back to Baseline Value if the Baseline Value was >ULN.

Further Investigation into Liver Chemistry Elevations: For patients with confirmed ALT or AST levels >3 x ULN, the following evaluations should be performed:

1. Obtain a more detailed history of symptoms and prior and concurrent diseases
2. Obtain a further history for concomitant drug use (including nonprescription medications, herbal and dietary supplement preparations), alcohol use, recreational drug use, and special diets
3. Obtain a history for exposure to environmental chemical agents and travel
4. Serology for viral hepatitis (HAV IgM, HBsAg, HCV antibody, CMV IgM, and EBV antibody panel)
5. Serology for autoimmune hepatitis (e.g., antinuclear antibody (ANA))

Additional liver evaluations, including gastroenterology/hepatology consults, hepatic CT or MRI scans, may be performed at the discretion of the Investigator, in consultation with the Sponsor Medical Monitor. Repetition of the above evaluations should be considered if a patient's ALT and/or AST levels reach 5 x ULN.

## 8.2 Stopping Rules

### *8.2.1 Stopping Rules for Liver Chemistry Elevations*

In the event of confirmed laboratory results meeting the following criteria, **and the event is without an alternative explanation as discussed with the Sponsor Medical Monitor,** dosing of a patient with Study Drug (ISIS 304801 or placebo) will be stopped permanently:

1. ALT or AST >8 x ULN
2. ALT or AST >5 x ULN at two consecutive weekly measurements (not less than 7 days nor more than 10 days apart) both of which are confirmed. Treatment with Study Drug (ISIS 304801 or placebo) will continue weekly until the second consecutive weekly ALT or AST measurement is confirmed to be >5 x ULN
3. ALT or AST >3 x ULN **and** total bilirubin >2 x ULN
4. ALT or AST >3 x ULN with the appearance of fatigue, nausea, vomiting, right upper quadrant pain or tenderness, fever, rash, and/or concomitant eosinophilia (>5%)

### *8.2.2 Stopping Rules for Renal Function Test Results*

In the event of **confirmed** laboratory results for either of the following criteria, dosing of a patient with Study Drug will be stopped permanently:

- Confirmed serum creatinine increase ≥ 0.3 mg/dL (26.5 µmol/L) or ≥ 40% (whichever is greater) above average baseline creatinine values (average of Week -1 and Day 1 or the Week -1 value if Day 1 measurement is not required

- Proteinuria, dipstick 2 + (confirmed by dipstick retest and then further confirmed by a quantitative total urine protein measurement of >1.0 g/24 hr)

The follow-up schedule for any events meeting either of these stopping criteria will be determined by the Site Investigator in consultation with the Sponsor Medical Monitor.

#### *8.2.3 Stopping Rule for Platelet Count Results*

In the event of a confirmed platelet count less than 75,000/$mm^3$, dosing of a patient with Study Drug (ISIS 304801 or placebo) will be stopped permanently. The follow-up schedule for any events meeting this stopping criterion will be determined by the Site Investigator in consultation with the Sponsor Medical Monitor.

## 9. SERIOUS AND NON-SERIOUS ADVERSE EVENTS

### 9.1 Sponsor Review of Safety Information

Safety information will be collected, reviewed, and evaluated by the Sponsor or designee in accordance with the Safety Management Plan throughout the conduct of the clinical trial.

### 9.2 Regulatory Requirements

The Sponsor is responsible for regulatory submissions and reporting to the investigators of serious adverse events (SAEs) including suspected unexpected serious adverse reactions (SUSARs) per the International Conference on Harmonization (ICH) guidelines E2A and ICH E6. Country-specific regulatory requirements will be followed in accordance with local country regulations and guidelines.

IRB/ IEC will be notified of any SAE according to applicable regulations.

For the purpose of regulatory reporting of SUSARs, there are no expected adverse events for this study population. For Study Drug expected adverse events refer to the Site Investigator's Brochure.

### 9.3 Definitions

#### *9.3.1 Adverse Event*

An adverse event is any unfavorable and unintended sign (including a clinically significant abnormal laboratory finding, for example), symptom, or disease temporally associated with the study or use of investigational drug product, whether or not the AE is considered related to the investigational drug product.

#### *9.3.2 Adverse Reaction and Suspected Adverse Reaction*

An adverse reaction is any adverse event caused by the Study Drug.

A suspected adverse reaction is any adverse event for which there is a reasonable possibility that the drug caused the adverse event. A suspected adverse reaction implies a lesser degree of certainty about causality than an adverse reaction.

#### *9.3.3 Serious Adverse Event (SAE)*

A serious adverse event is any adverse event that in the view of either the Site Investigator or Sponsor, meets any of the following criteria:

- Results in death
- Is life threatening: that is, poses an immediate risk of death as the event occurred

  An adverse event or suspected adverse reaction is considered "life-threatening" if, in the view of either the Site Investigator or Sponsor, its occurrence places the patient at immediate risk of death. It does not include an adverse event or suspected adverse reaction that, had it occurred in a more severe form, might have caused death.

- Requires inpatient hospitalization or prolongation of existing hospitalization

  Hospitalization is defined as an admission of greater than 24 hours to a medical facility and does not always qualify as an adverse event

- Results in a persistent or significant incapacity or substantial disruption of the ability to conduct normal life functions
- Results in congenital anomaly or birth defect in the offspring of the patient (whether the patient is male or female)
- Important medical events that may not result in death, are not life-threatening, or do not require hospitalization may also be considered serious when, based upon appropriate medical judgment, they may jeopardize the patient and may require medical or surgical intervention to prevent one of the outcomes listed in this definition. Examples of such medical events include allergic bronchospasm requiring intensive treatment in an emergency room or at home, blood dyscrasias or convulsions that do not result in inpatient hospitalization, or the development of drug dependency or drug abuse.

### 9.4 Monitoring and Recording Adverse Events

Any pre-existing conditions or signs and/or symptoms present in a patient prior to the **start** of the study (i.e., before informed consent) should be recorded as Medical History and not recorded as adverse events unless the pre-existing condition worsened. The Site Investigator should always group signs and symptoms into a single term that constitutes a **single unifying diagnosis** if possible.

#### *9.4.1 Serious Adverse Events*

In the interest of patient safety, and in order to fulfill regulatory requirements, all SAEs (regardless of their relationship to Study Drug) should be reported to the Sponsor or designee within 24 hours of the site's first knowledge of the event. The collection of SAEs will begin after the patient signs the informed consent form and stop at the end of the patient's follow-up period on Study Day 176. When the Site Investigator is reporting

by telephone, it is important to speak to someone in person versus leaving a message. An Initial Serious Adverse Event Form should be completed and a copy should be faxed to the Sponsor or designee (**Safety Fax 1-760-268-6500**).

Detailed information should be actively sought and included on Follow-Up Serious Adverse Event Forms as soon as additional information becomes available. All SAEs will be followed until resolution. SAEs that remain ongoing past the patient's last protocol-specified follow-up visit will be evaluated by the Site Investigator and Sponsor. If the Site Investigator and Sponsor agree the patient's condition is unlikely to resolve, the Site Investigator and Sponsor will determine the follow-up requirement.

### *9.4.2 Non-Serious Adverse Events*

The recording of non-serious AEs will begin after the patient signs the informed consent form and will stop at the end of the patient's follow-up period defined as Study Day 176. The Site Investigator will monitor each patient closely and record all observed or volunteered AEs on the Adverse Event Case Report Form.

### *9.4.3 Evaluation of Adverse Events (Serious and Non-Serious)*

The Investigator's opinion of the following should be documented:

#### *9.4.3.1 Relationship to the Study Drug*

The event's relationship to the Study Drug is characterized by one of the following:

- **Related:** There is clear evidence that the event is related to the use of Study Drug e.g., confirmation by positive re-challenge test
- **Possible:** The event cannot be explained by the patient's medical condition, concomitant therapy, or other causes, and there is a plausible temporal relationship between the event and Study Drug administration
- **Unlikely/Remote:** An event for which an alternative explanation is more likely (e.g., concomitant medications or ongoing medical conditions) or the temporal relationship to Study Drug administration and/or exposure suggests that a causal relationship is unlikely (For reporting purposes, Unlikely/Remote will be grouped together with Not Related)
- **Not Related:** The event can be readily explained by the patient's underlying medical condition, concomitant therapy, or other causes, and therefore, the Site Investigator believes no relationship exists between the event and Study Drug

#### *9.4.3.2 Severity*

The event's severity is characterized by one of the following:

- **Mild:** The event is easily tolerated by the patient and does not affect the patient's usual daily activities

- **Moderate:** The event causes the patient more discomfort and interrupts the patient's usual daily activities

- **Severe:** The event is incapacitating and causes considerable interference with the patient's usual daily activities

If the event is an SAE, then all applicable seriousness criteria must be indicated (criteria listed in Section 9.3.3).

#### *9.4.3.3 Action Taken with Study Drug*

Action taken with Study Drug due to the event is characterized by one of the following:

- **None:** No changes were made to Study Drug administration and dose

- **Permanently Discontinued:** Study Drug was discontinued and not restarted

- **Temporarily Interrupted, Restarted – Same Dose:** Dosing was temporarily interrupted, stopped or delayed due to the adverse event and restarted at the same dose

#### *9.4.3.4 Treatment Given for Adverse Event*

Any treatment (e.g., medications or procedures) given for the adverse event should be recorded.

#### *9.4.3.5 Outcome of the Adverse Event*

If the event is a non-serious adverse event then the event's outcome is characterized by one of the following:

- **AE Persists:** Patient terminates from the trial and the AE continues

- **Recovered:** Patient recovered completely from the AE

- **Became Serious:** The event became serious (the date the event became serious should be recorded as the Resolution Date of that AE and the Onset Date of the corresponding SAE)

- **Change in Severity (if applicable):** AE severity changed

If the event is a serious adverse event then the event's outcome is characterized by one of the following:

- **Ongoing:** SAE continuing

- **Persists (as non-serious AE):** Patient has not fully recovered but the event no longer meets serious criteria and should be captured as an AE on the non-serious AE eCRF (the SAE resolution date should be entered as the date of onset of that AE)

- **Recovered:** Patient recovered completely from the SAE (the date of recovery should be entered as the SAE resolution date)

- **Fatal:** Patient died (the date of death should be entered as the SAE resolution date)

## 9.5 Procedures for Handling Special Situations

### *9.5.1 Abnormalities of Laboratory Tests*

Clinically significant abnormal laboratory test results may, in the opinion of the Investigator, constitute or be associated with an adverse event. Examples of these include abnormal laboratory results that are associated with symptoms, or require treatment, e.g., bleeding due to thrombocytopenia, tetany due to hypocalcemia, or cardiac arrhythmias due to hyperkalemia. Whenever possible, the underlying diagnosis should be listed in preference to abnormal laboratory values as AEs. Clinically significant abnormalities will be monitored by the Site Investigator until the parameter returns to its baseline value or until agreement is reached between the Site Investigator and Sponsor Medical Monitor. Laboratory abnormalities deemed not clinically significant (NCS) by the Site Investigator should not be reported as AEs. Similarly, laboratory abnormalities reported as AEs by the Site Investigator should not be deemed NCS on the laboratory sheet.

The Site Investigator is responsible for reviewing and signing all laboratory reports. The signed clinical laboratory reports will serve as source documents.

### *9.5.2 Prescheduled or Elective Procedures or Routinely Scheduled Treatments*

A prescheduled or elective procedure or a routinely scheduled treatment will not be considered an SAE, even if the patient is hospitalized; the study site must document all of the following:

- The prescheduled or elective procedure or routinely scheduled treatment was scheduled (or was on a waiting list to be scheduled) prior to obtaining the patient's consent to participate in the study

- The condition that required the prescheduled or elective procedure or routinely scheduled treatment was present before and did not worsen or progress in the opinion of the Site Investigator between the patient's consent to participate in the study and the timing of the procedure or treatment

- The prescheduled or elective procedure or routinely scheduled treatment is the sole reason for the intervention or hospital admission

### *9.5.3 Dosing Errors*

Study medication errors should be documented as Protocol Deviations. A brief description should be provided in the deviation, including whether the patient was symptomatic (list symptoms) or asymptomatic, and the event accidental or intentional.

Dosing details should be captured on the Dosing Case Report Form. If the patient takes a dose of Study Drug that exceeds protocol specifications and the patient is symptomatic, then the symptom(s) should be documented as an adverse event and be reported per Section 9.4.

**Should an overdose occur**, the Site Investigator or designee should refer to the Guidance to Investigator's section of the Investigator's Brochure and contact the Sponsor or designee within 24 hours.

### *9.5.4 Contraception and Pregnancy*

Male patients and female patients of childbearing potential must continue to use appropriate contraception with their partners, or refrain from sexual activity as described in the inclusion criteria (Section 7.6.1).

If a patient becomes pregnant or a pregnancy is suspected, or if a male patient makes or believes that he has made someone pregnant during the study, the patient should immediately inform the study personnel. An Initial Pregnancy Form should be submitted to the Sponsor or designee **within 24 hours** of first learning of the occurrence of pregnancy. Follow-up information including delivery or termination is reported on Follow-up Pregnancy Forms and reported within 24 hours.

Payment for all aspects of obstetrical care, child or related care will be the patient's responsibility.

Female patients: If a suspected pregnancy occurs while on the study (including follow-up), a pregnancy test will be performed. The patient with a confirmed pregnancy will be immediately withdrawn from treatment with Study Drug. However, the patient will be encouraged to complete the post-treatment follow-up portion of the study to the extent that study procedures do not interfere with the pregnancy. Regardless of continued study participation, the study physician will assist the patient in getting obstetrical care and the progress of the pregnancy will be followed until the outcome of the pregnancy is known (i.e., delivery, elective termination, or spontaneous abortion). If the pregnancy results in the birth of a child, the Site and Sponsor may require access to the mother and infant's medical records for an additional 8 weeks after birth.

Male patients: The progress of the pregnancy in a male patient's partner should be followed until the outcome of the pregnancy is known (i.e., delivery, elective termination, or spontaneous abortion). If the pregnancy results in the birth of a child, additional follow-up information may be requested for the mother and infant. Follow-up will be performed to the extent permitted by law and privacy considerations.

# 10. STATISTICAL CONSIDERATIONS

## 10.1 Study Endpoints, Subsets, and Covariates

### *10.1.1 Primary Endpoint*

The primary endpoint is the percent change in fasting VLDL apoC-III levels from Baseline to Day 92.

### *10.1.2 Secondary Endpoints*

#### *10.1.2.1 Secondary Pharmacodynamic Endpoints*

Percent change in fasting total apoC-III , TG, apoC-II (total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels.

#### *10.1.2.2 Secondary Safety Endpoints*

- Adverse events
- Vital signs and weight
- Physical examination
- Clinical laboratory tests (serum chemistry, hematology, urinalysis, coagulation, complement, immune function, thyroid function, pregnancy test for women with child bearing potential)
- ECG
- Use of concomitant medication

### *10.1.3 Tertiary Endpoints*

Post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in the group of patients undergoing post-prandial assessment as appropriate.

## 10.2 Sample Size Considerations

Based upon prior clinical trial experience with ISIS 304801, it is estimated that the standard deviation of the percent change in VLDL apoC-III is approximately 46%. With 18 patients in the pooled placebo group and each ISIS 304801 dose group, there would be at least 80% power to detect a 45% difference in VLDL apoC-III between each ISIS 304801 dose group and pooled placebo at an alpha level of 0.05, assuming 50% reduction in ISIS 304801 dose group and 5% in the pooled placebo group.

## 10.3 Populations

The Safety Set will include all randomized patients who received at least 1 injection.

The Full Analysis Set, which represents the practically-feasible intent-to-treat (ITT) population as delineated in ICH Guideline E9, will include the subset of the Safety Set with at least 1 post-Baseline VLDL apoC-III measure.

The Per-Protocol Set will include the subset of the Full Analysis Set that have received at least 9 doses of ISIS-304801 or placebo and that have no significant protocol deviations that would be expected to affect efficacy assessments.

### 10.4 Interim Analysis

No interim analysis is planned for this study. However, to ensure patient safety, the adverse events and safety laboratory data will be reviewed by the Sponsor on an ongoing basis. Data will remain blinded during the monthly review.

### 10.5 Planned Methods of Analysis

All eCRF data, lab data transfers, as well as any outcomes derived from the data, will be provided in the patient data listings. Patient data listings will be presented for all patients enrolled into the study.

Descriptive summary statistics including n, mean, median, standard deviation, interquartile range (25th percentile, 75th percentile), and range (minimum, maximum) for continuous variables, and counts and percentages for categorical variables will be used to summarize most data. Where appropriate, p-values will be reported. All statistical tests will be conducted using 2-sided tests with 5% Type I error rates unless otherwise stated.

For data summaries and statistical analyses, the placebo patients from all 3 cohorts will be pooled into one group.

All PD endpoints will be assessed on the Per-Protocol Set (primary analysis population) and Full Analysis Set. All safety assessments will be performed on the Safety Set.

#### *10.5.1 Demographic and Baseline Characteristics*

Demographic and baseline characteristics will be summarized using descriptive statistics by treatment group. Patient randomization will be summarized by cohort and treatment group. The patient disposition will be summarized. All patients enrolled will be included in a summary of patient disposition.

#### *10.5.2 Safety Analysis*

Treatment duration and amount of Study Drug received will be summarized by treatment group.

All treatment-emergent adverse events and serious adverse events will be summarized for each treatment group using the MedDRA™ coding system, by system organ class, preferred term, relationship to Study Drug, and severity. Narratives of deaths, serious and significant adverse events, including early withdrawals due to adverse events, will also be provided.

Laboratory tests to ensure patient safety including chemistry panel, complete blood count with differential, coagulation panel, complement etc., will be summarized by study visits for each treatment group. These safety variables will also be presented as change and percent change from baseline over time after Study Drug administration, as appropriate.

Vital sign and ECG measures will be tabulated by treatment group. In addition, the number of patients who experience abnormalities in clinical laboratory evaluations will be summarized by treatment group.

#### *10.5.3 Pharmacokinetic Analysis*

All patients exposed to ISIS 304801 will be included in the PK analysis, and all patients assigned to the extensive PK group will be included in the extensive PK analysis.

Plasma pharmacokinetic parameters and ISIS 304801 concentrations in plasma will be summarized by dose cohort and, when appropriate, by group, using descriptive statistics and, where warranted, presented graphically. The following ISIS 304801 plasma PK parameters (though not necessarily limited to) will be derived from the individual patient concentration vs. time profiles using noncompartmental-based methods and based on actual sampling times as appropriate:

- The maximal observed drug concentration ($C_{max}$)
- The time to reach $C_{max}$ ($T_{max}$)
- The area under the plasma concentration-time curve from zero time (predose) to selected times (t) after the SC administration ($AUC_{0-t}$)
- The apparent terminal half-life ($t_{½}$) if possible

#### *10.5.4 Pharmacodynamic Analysis*

The primary analysis will be the comparisons of percent change in fasting VLDL apoC-III levels from baseline to Day 92 between ISIS 304801 300 mg group and pooled placebo group in the Per-Protocol Set. The data will be analyzed using the 2-sample t-test (if data departs substantially from normality, the Wilcoxon Rank Sum test will be used). The primary analysis will take place after all patients have completed Day 92 and this database has been locked. The primary pharmacodynamic endpoint will also be assessed (as a secondary end point) in the Full Analysis Set.

Additional secondary pharmacodynamic analyses are:

- Comparisons of percent change in fasting VLDL apoC-III levels from baseline to Day 92 between ISIS 304801 100 mg group and 200 mg vs. pooled placebo group. The data will be analyzed using the 2-sample t-test (if data departs substantially from normality, the Wilcoxon Rank Sum test will be used).
- Comparison of percent change from baseline in fasting VLDL apoC-III levels over time between ISIS 304801 groups and pooled placebo group. Repeated measurement analysis will be performed to analyze the effect over time.

- Comparisons of percent change in total apoC-III, TG, apoC-II (total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels from baseline to Day 92 between ISIS 304801 groups and pooled placebo group. The data will be analyzed using the 2-sample t-test (if data departs substantially from normality, the Wilcoxon Rank Sum test will be used).

The secondary pharmacodynamic endpoints will be assessed in both the Full Analysis and per-protocol populations. Post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels will be analyzed in those patients with data available.

#### *10.5.5 Additional Analyses*

Potential relationships between pharmacodynamic and pharmacokinetic measures may also be explored, where deemed appropriate.

## 11. REGULATORY OBLIGATIONS

### 11.1 Informed Consent

The written informed consent document should be prepared in the language(s) of the potential patient population, based on an English version provided by the Sponsor.

Before a patient’s participation in the trial, the Site Investigator is responsible for obtaining written informed consent from the patient after adequate explanation of the aims, methods, anticipated benefits, and potential hazards of the study and before any protocol-specific screening procedures or any Study Drugs are administered.

The acquisition of informed consent and the patient’s agreement or refusal of his/her notification of the primary care physician should be documented in the patient’s medical records, and the informed consent form should be signed and personally dated by the patient and by the person who conducted the informed consent discussion (not necessarily an Investigator). The original signed informed consent form should be retained in accordance with institutional policy, and a copy of the signed consent form should be provided to the patient or legally acceptable representative.

### 11.2 Ethical Conduct of the Study

The Guidelines of the World Medical Association (WMA) Declaration of Helsinki in its revised edition (Washington 2002), the guidelines of current Good Clinical Practice (GCP) as well as the demands of national drug and data protection laws and other applicable regulatory requirements will be strictly followed.

### 11.3 Institutional Review Board (IRB)/Independent Ethics Committee (IEC)

A copy of the protocol, proposed informed consent forms, other written patient information, and any proposed advertising material must be submitted to the IRB/IEC for written approval. A copy of the written approval of the protocol and informed consent

forms must be received by the Sponsor before recruitment of patients into the study and shipment of Study Drug.

The Site Investigator must submit and, where necessary, obtain approval from the IRB/IEC for all subsequent protocol amendments and changes to the informed consent documents. The Site Investigator should notify the IRB/IEC of deviations from the protocol or serious AEs occurring at the study center and other AE reports received from the Sponsor in accordance with local procedures.

The Site Investigator will be responsible for obtaining annual IRB/IEC approval/renewal throughout the duration of the study. Copies of the Site Investigator's reports and the IRB/IEC's continuance of approval must be sent to the Sponsor.

### 11.4 Pre-Study Documentation Requirements

The Site Investigator is responsible for forwarding at a minimum the following documents to the Sponsor, or designee, for review before study initiation can occur:

- Signed and dated protocol signature page (Investigator's Agreement)
- Copy of the IRB/IEC approval of the protocol, approved consent forms, and patient information sheet
- Up-to-date curricula vitae of Site Investigator and all study team members
- The IRB/IEC composition and/or written statement that IRB/IEC is in compliance with regulations
- Laboratory normal ranges and documentation of laboratory certification (or equivalent)
- Current Patient/Site Investigator indemnity insurance
- Signed study contract

### 11.5 Patient Confidentiality

The Site Investigator must ensure that the patient's confidentiality is maintained. On the CRFs or other documents submitted to the Sponsor, patients should be identified by their initials and a patient study number only. Documents that are not for submission to the Sponsor (e.g., signed informed consent forms) should be kept in strict confidence by the Site Investigator.

In compliance with federal and local regulations/ICH GCP Guidelines, it is required that the Site Investigator and institution permit authorized representatives of the company and of the federal and local regulatory agencies direct access to review the patient's original medical records for verification of study-related procedures and data. Direct access includes examining, analyzing, verifying, and reproducing any records and reports that are important to the evaluation of the study. The Site Investigator is obligated to inform

and obtain the consent of the patient to permit named representatives to have access to his/her study-related records without violating the confidentiality of the patient.

# 12. ADMINISTRATIVE AND LEGAL OBLIGATIONS

## 12.1 Protocol Amendments

Protocol amendments will be issued only by the Sponsor. Agreement from the Site Investigator must be obtained for all protocol amendments and amendments to the informed consent document. The regulatory authority and IRB/IEC must be informed of all amendments and give approval for any amendments likely to affect the safety of the patients or the conduct of the trial. The Site Investigator **must** send a copy of the approval letter from the IRB/IEC to the Sponsor.

## 12.2 Study Termination

Both the Sponsor and the Site Investigator reserve the right to terminate the study, according to the terms of the study contract. The Sponsor, or designee, must notify the regulatory authority and the Site Investigator must notify the IRB/IEC in writing of the trial's completion or early termination and send a copy of the IRB/IEC notification to the Sponsor or designee.

## 12.3 Study Documentation and Storage

The Site Investigator must ensure that all appropriately qualified persons to whom he/she has delegated trial duties are recorded on a Sponsor-approved Delegation of Site Responsibilities Form.

Source documents are original documents, data, and records from which the patient's CRF data are obtained. These include but are not limited to hospital records, clinical and office charts, laboratory and pharmacy records, diaries, imaging, radiographs, and correspondence. In this study, CRFs may not be used as source documents.

The Site Investigator and study staff are responsible for maintaining a comprehensive and centralized filing system of all study-related (essential) documentation, in accordance with Section 8 of the ICH Guidelines (E6), suitable for inspection at any time by representatives from the Sponsor and/or applicable regulatory authorities. Elements must include:

- Patient files containing informed consents, and supporting copies of source documentation
- Study files containing the protocol with all amendments, Investigator's Brochure, copies of pre-study documentation (see Section 10.4), and all correspondence to and from the IRB/IEC and the Sponsor
- If drug supplies are maintained at the Study Center, proof of receipt, Study Drug Product Accountability Record, Return of Study Drug Product for Destruction, Final Study Drug Product Reconciliation Statement, and all drug-related correspondence

In addition, all original source documents supporting entries in the CRFs must be maintained and be readily available.

No study document should be destroyed without prior written agreement between the Sponsor and the Site Investigator. Should the Site Investigator wish to assign the study records to another party or move them to another location, he/she must notify the Sponsor in writing of the new responsible person and/or the new location.

### 12.4 Study Monitoring

The Sponsor representative or designee and regulatory authority inspectors are responsible for contacting and visiting the Site Investigator for the purpose of inspecting the facilities and, upon request, inspecting the various records of the trial (e.g., CRFs and other pertinent data) provided that patient confidentiality is respected.

The Sponsor monitor is responsible for inspecting the CRFs at regular intervals throughout the study to verify adherence to the protocol; completeness, accuracy, and consistency of the data; and adherence to local regulations on the conduct of clinical research. The monitor should have access to patient medical records and other study-related records needed to verify the entries on the CRFs.

The Site Investigator agrees to cooperate with the monitor to ensure that any problems detected in the course of these monitoring visits, including delays in completing CRFs, are resolved.

In accordance with ICH GCP and the Sponsor's audit plans, this study may be selected for audit by representatives from Sponsor's Clinical and Quality Assurance Department (or designees). Inspection of study center facilities (*e.g.*, pharmacy, drug storage areas, laboratories) and review of study-related records will occur to evaluate the trial conduct and compliance with the protocol, ICH GCP, and applicable regulatory requirements.

To ensure the quality of clinical data a clinical data management review will be performed on patient data received by the Sponsor or designee. During this review, patient data will be checked for consistency, omissions, and any apparent discrepancies. In addition, the data will be reviewed for adherence to the protocol and GCP. To resolve any questions arising from the clinical data management review process, data queries and/or site notifications will be sent to the site for completion and return to Sponsor or designee.

The Principal Investigator will sign and date the indicated places on the CRFs. These signatures will indicate that the Principal Investigator inspected or reviewed the data on the CRFs, the data queries, and the site notifications, and agrees with the content.

### 12.5 Language

CRFs must be completed in English. Generic names for concomitant medications should be recorded in English if possible, unless it is a combination drug, then record the Trade name in English.

All written information and other material to be used by patients and investigative staff must use vocabulary and language that are clearly understood.

### 12.6 Compensation for Injury

The Sponsor maintains appropriate insurance coverage for clinical trials and will follow applicable local compensation laws. Patients will be treated and/or compensated for any study-related illness/injury in accordance with the information provided in the Compensation for Injury section of the Informed Consent document.

## 13. REFERENCES

Akdim F, Stroes ES, Sijbrands EJ, Tribble DL, Trip MD, Jukema JW, Flaim JD, Su J, Yu R, Baker BF, Wedel MK, Kastelein JJ. Efficacy and safety of mipomersen, an antisense inhibitor of apolipoprotein B, in hypercholesterolemic subjects receiving stable statin therapy. J Am Coll Cardiol 2010; 55: 1611-1618.

Altmann KH, Fabbrot D, Dean NM, Geigert T, Monia BP, Müller M, Nicklin P. Second generation of antisense oligonucleotides: from nuclease resistance to biological efficacy in animals. Chimia 1996; 50: 168-176.

American Diabetes Association (ADA). Standards of Medical Care in Diabetes. Diabetes Care 2008; 31: S12-S54.

Atzmon G, Rincon M, Schechter CB, Shuldiner AR, Lipton RB, Bergman A, Barzilai N. Lipoprotein genotype and conserve pathway for exceptional longevity in humans. PLoS Biol 2006; 4: e113.

Bickerton AS, Roberts R, Fielding BA, Hodson L, Blaak EE, Wagenmakers AJ, Gilbert M, Karpe F, Frayn KN. Preferential uptake of dietary fatty acids in adipose tissue and muscle in the postprandial period. Diabetes 2007; 56: 168-176.

Brewer HB Jr. Hypertriglyceridemia: Changes in the plasma lipoproteins associated with an increased risk of cardiovascular disease. Am J Cardiol 1999; 83: 3F-12F.

Brisson D, Méthot J, Tremblay K, Tremblay M, Perron P, Gaudet D. Comparison of the efficacy of fibrates on hypertriglyceridemic phenotypes with different genetic and clinical characteristics. Pharmacogenetics & Genomics 2010; 20: 742–747.

Caron S and Staels B. Apolipoprotein CIII. A link between hypertiglyceridemia and vascular dysfunction? Circ Res 2008; 103: 1348-1350.

Catapano A, Reiner Z, De Backer G, Graham I, Taskinen M, Wiklund O, Agewall S, Alegria E, Chapman MJ, Durrington P, Erdine S, Halcox J, Hobbs R, Kjekshus J, Filardi PP, Riccardi G, Storey RF, Wood D. ESC/EAS guidelines for the management of dyslipidaemias The task force for the management of dyslipidaemias of the European Society of Cardiology (ESC) and the European Atherosclerosis Society (EAS). Atherosclerosis 2011; 217S: S1-S44.

Chan DC, Chen MM, Ooi EM, Watts GF. An ABC of apolipoprotein C-III: a clinically useful new cardiovascular risk factor? Int J Clin Pract 2008; 62: 799-809.

Chi KN, Zoubeidi A, Gleave ME. Custirsen (OGX-011): A second-generation antisense inhibitor of clusterin for the treatment of cancer. Expert Opin Investig Drugs 2008; 12: 1955-1962.

Geary RS, Yu RZ, Watanabe T, Henry SP, Hardee GE, Chappell A, Matson J, Sasmor H, Cummins L, Levin AA. Pharmacokinetics of a tumor necrosis factor-alpha phosphorothiate 2′-O-(2-methoxyethyl) modified antisense oligonucleotide: comparison across species. Drug Metabolism and Disposition 2003; 31: 1419-1428.

Gastaldelli A, Coggan AR, Wolfe RR. Assessment of methods for improving tracer estimation of non-steady-state rate of appearance. J Appl. Physiol 1999; 87: 1813-1822.

Gaudet D, De Wal J, Tremblay K, Déry S, Van Deventer S, Freidig A, Brisson D, Méthot J. Review of the clinical development of alipogene tiparvovec gene therapy for lipoprotein lipase deficiency. Atherosclerosis Supplements 2010; 11: 55-60.

Hegele RA, Ban MR, Hsueh N, Kennedy BA, Cao H, Zou GY, Anand S, Yusuf S, Huff MW, Wang J. A polygenic basis for four classical Fredrickson hyperlipoproteinemia phenotypes that are characterized by hypertriglyceridemia. Hum Mol Genet 2009; 18: 4189-4194.

Hegele RA and Pollex RL. Hypertriglyceridemia: Phenomics and genomics. Mol Cell Biochem 2009; 326: 35-43.

Henry S, Stecker K, Brooks D, Monteith D, Conklin B, Bennett CF. Chemically modified oligonucleotides exhibit decreased immune stimulation in mice. J Pharm Exp Therap 2000; 292: 468-479.

Inoue H, Hayase Y, Iwai S, Ohtsuka E. Sequence-dependent hydrolysis of RNA using modified oligonucleotide splints and RNase H. FEBS Letters 1987; 215: 327-330.

Kawakami A, Aikawa M, Libby P, Alcaide P, Luscinskas FW, Sacks FM. Apolipoprotein CIII in apolipoprotein B lipoproteins enhances the adhesion of human monocytic cells to endothelial cells. Circulation 2006; 113: 691-700.

Kawakami, A, Osaka M, Tani M, Azuma H, Sacks F, Shimokado K, Yoshida M. Apolipoprotein CIII links hyperlipidemia with vascular endothelial cell dysfunction. Circulation 2008; 118: 731-742.

McKay RA, Miraglia LJ, Cummins LL, Owens SR, Samor H, Dean NM. Characterization of a potent and specific class of antisense oligonucleotide inhibitor of human protein kinase C-alpha expression. J Biol Chem .1999; 274: 1715-1722.

Mittendorfer B, Liem O, Patterson BW, Miles JM, Klein S. What does the measurement of whole-body fatty acid rate of appearance in plasma by using a fatty acid tracer really mean? Diabetes 2003; 52: 1641-1648.

Monia BP, Lesnik EA, Gonzalez , Lima WF, McGee D, Guinosso CJ, Kawasaki AM, Cook PD, Freier SM. Evaluation of 2′-modified oligonucleotides containing 2′-deoxy gaps as antisense inhibitors of gene expression. J Biol Chem 1993; 268: 14514-14522.

Normand-Lauziere F, Frisch F, Labbe SM, Bherer P, Gagnon R, Cunnane SC, Carpentier AC. Increased postprandial nonesterified fatty acid appearance and oxidation in type 2 diabetes is not fully established in offspring of diabetic subjects. PLoS. One 2010; 5: e10956.

NCEP. Third report of the national cholesterol education program (NCEP) expert panel on detection, evaluation, and treatment of high blood cholesterol in adults (Adult Treatment Panel III). Circulation 2002; 106: 3143-421.

Ooi EMM, Barrett PHR, Chan DC, Watts GF. Apolipoprotein C-III: understanding an emerging cardiovascular risk factor. Clinical Science 2008; 114: 611–624.

Petersen KF, Dufour S, Hariri A, Nelson-Williams C, Foo JN, Zhang XM, Dziura J, Lifton RP, Shulman GI. Apolipoprotein C3 gene variants in nonalcoholic fatty liver disease. N Engl J Med 2010; 362: 1082-1089.

Pollin TI, Damcott CM, Shen H, Ott SH, Shelton J, Horenstein RB, Post W, McLenithan JC, Bielak LF, Peyser PA, Mitchell BD, Miller M, O'Connell JR, Shuldiner AR. A null mutation in human APOC3 confers a favorable plasma lipid profile and apparent cardioprotection. Science 2008; 322: 1702-1705.

Raal FJ, Santos RD, Blom DJ, Marais AD, Charng MJ, Cromwell WC, Lachmann RH, Gaudet D, Tan JL, Chasan-Taber S, Tribble DL, Flaim JD, Crooke ST. Mipomersen, an apolipoprotein B synthesis inhibitor, for lowering of LDL cholesterol concentrations in patients with homozygous familial hypercholesterolaemia: A randomized, double-blind, placebo-controlled trial. Lancet 2010; 375: 998-1006.

Sacks FM, Alaupovic P, Moye LA, Cole TG, Sussex B, Stampfer MJ, Pfeffer MA, Braunwald E. VLDL, apolipoproteins B, CIII and E and risk of recurrent coronary events in the cholesterol and recurrent events (CARE) trial. Circulation 2000; 102: 1886-1892.

Sundaram M, Zhong S, Khalil MB, Links PH, Zhao Y, Iqbal J, Hussain MM, Parks RJ, Wang Y, Yao Z. Expression of apolipoprotein C-III in McA-RH7777 cells enhances VLDL assembly and secretion under lipid-rich conditions. J Lipid Res 2010; 51: 150-161.

Toskes PP. Hyperlipidemic pancreatitis. Gastroenterol Clin North Am 1990; 19: 783-791.

Tremblay K, Méthot J, Brisson D, Gaudet D. Etiology and risk of lactescent plasma and severe hypertriglyceridemia. J Clin Lipidol. 2011; 5: 37-44.

Yu RZ, Kim TW, Hong A, Watanabe TA, Gaus HJ, Geary RS. Cross-species pharmacokinetic comparison from mouse to man of a second-generation antisense oligonucleotide, ISIS 301012, targeting human apolipoprotein B-100. Drug Metabolism and Disposition 2007; 35: 460-468.

Yuan G, Al-Shali KZ, Hegele RA. Hypertriglyceridemia: It's etiology, effects and treatment. CMAJ 2007; 176: 1113-1120.

# 14. APPENDICES

# Appendix A Schedule of Procedures

## Appendix A Schedule of Procedures (all procedures are pre-dose unless indicated otherwise)

| Study Period | Screen/ Run In[a] | Qual Visit[b] | | Treatment D1 to 85 | | | | | | | | | | | | | | Post-Treatment Evaluation D 86 to 176 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study Week** | -6 | -1 | | 1 | | 2 | 3 | 4[c] | 5 | 6[c] | 7 | 8[c] | 9 | 10[c] | 11 | 12[c] | 13 | | 14 | 15 | 16 | | 19 | 26 |
| **Study Day** | -42 | -8 | -1[e] | 1 | 2[d] | 8 | 15 | 22 | 29 | 36 | 43 | 50 | 57 | 64 | 71 | 78 | 85 | 86[d] | 92 | 99 | 103[e] | 104[e] | 127 | 176 |
| **Visit Window +/- Days** | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 2 | 0 | 3 | 5 |
| Informed Consent | X | | | | | | | | | | | | | | | | | | | | | | | |
| Inclusion/Exclusion Criteria | X | X | | | | | | | | | | | | | | | | | | | | | | |
| Medical History | X | | | | | | | | | | | | | | | | | | | | | | | |
| Height | X | | | | | | | | | | | | | | | | | | | | | | | |
| Weight | X | X | | | | | | | | | | | | | | | | | X | | | | | X |
| Vital Signs | X | X | | X | | X | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | | X | X |
| Physical Examination | X | | | | | | | | | | | | | | | | | | X | | | | | X |
| Waist and Hip Circumference | | X | | | | | | | | | | | | | | | | | | | | | | |
| 12- lead ECG | X | | | X | | | | | | | | | X | | | | | | X | | | | | X |
| Urinalysis | X | X | | | | X | X | | X | | | | X | | | | | | X | | | | X | X |
| Blood Draw: Chemistry Panel (+ CPK) | X | X | | | | X | X | | X | | | | X | | | | | | X | | | | X | X |
| Blood Draw: CBC with Differential | X | X | | | | X | X | | X | | | | X | | | | | | X | | | | X | X |
| Blood Draw: Serum Lipid Panel[f] (F = full) | TG only | F | | | | X | F | | X | | F | | X | | X | | X | | F | X | | | F | F |
| Blood Draw: Coagulation (aPTT, PT, INR) | X | | | X[g] | | | | | | | | | X | | | | X[g] | | | | | | | X |
| Blood Draw: Complement Markers C5A, Bb | | | | X[g] | | X | | | | | | | | | | | X[g] | | X | | | | | |
| Blood Draw: Hepatitis B, C. HIV. TSH. Free $T_4$ | X | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Draw: hsCRP[i] | | | | X | | | | | | | | | | | | | | | X | | | | | X |

## Appendix A Schedule of Procedures (all procedures are pre-dose unless indicated otherwise) *Continued*

| Study Period | Screen/ Run In[a] | Qual Visit[b] | | Treatment D1 to 85 | | | | | | | | | | | | | | | Post-Treatment Evaluation D 86 to 176 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study Week** | -6 | -1 | | 1 | | 2 | 3 | 4[c] | 5 | 6[c] | 7 | 8[c] | 9 | 10[c] | 11 | 12[c] | 13 | | 14 | 15 | 16 | | 19 | 26 |
| **Study Day** | -42 | -8 | -1[e] | 1 | 2[d] | 8 | 15 | 22 | 29 | 36 | 43 | 50 | 57 | 64 | 71 | 78 | 85 | 86[d] | 92 | 99 | 103[e] | 104[e] | 127 | 176 |
| **Visit Window +/- Days** | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 2 | 0 | 3 | 5 |
| Blood Draw Cont: PK Sampling | | | | X | X[h] | X | X | | X | | X | | X | | X | | X | X[h] | X | X | | | X | X |
| Blood Draw Cont: Post-prandial Sampling[e] | | | X | X[h] | | | | | | | | | | | | | | | | | X | X[h] | | |
| Blood Draw Cont: ISIS 304801 Antibodies[i] | | | | X | | | X | | | | | | X | | | | | | X | | | | | X |
| Blood Draw Cont: Serum Pregnancy Test[j] | X | X | | | | | | | X | | | | X | | | | | | | | | | | X |
| Study Drug: SC Injection | | | | X | | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | |
| Diet/Alcohol Counseling and Monitoring[k] | X | X | X | X | | X | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | | X | X |
| Outpatient Visit | X | X | X | X | X | X | X | | X | | X | | X | | X | | X | X | X | X | X | X | X | X |
| Adverse Events | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Concomitant Medication Usage | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

a Screening procedures must be performed prior to the patient starting the tightly controlled diet.
b After 28 days on the controlled diet, patients will have baseline measurements and be assessed for qualification of enrollment and, if qualified, enrolled into the treatment phase of the study and randomized to assessment group, dose cohort, and treatment
c Study visit may be conducted at a remote location (e.g., patient's home), by a trained professional, if travel to the study center is unduly burdensome for the patient
d Extensive PK blood sampling group only (Appendix C)
e Post-prandial assessment group only (Appendix D)
f Lipid profile is conducted after an overnight fast. Lipid panel: X; Full lipid panel: F (Appendix B)
g Pre-dose and 4 hrs
h 24 hour blood draw (pre-dose on dosing days)
i Samples will be collected for potential evaluation. Additional samples may be drawn if clinically indicated.
j Females of childbearing potential only
k Weekly calls during diet control run in and every other week, between visits, during follow-up to review diet and reinforce compliance to the diet. Patient to fill in the food diary for 2 days prior to each visit and at the visit the trained professional meets the patient, reviews the food diary, and reinforces compliance to the diet.

# Appendix B Clinical Laboratory Assessments

## Appendix B Clinical Laboratory Assessments

Based on emerging data from this or future studies, additional tests not listed below may be performed on stored samples to better characterize the profile of ISIS 304801 or other similar oligonucleotides

For timing of laboratory assessments, see Appendix A

| **Clinical Safety Assessments (Minimum Requirements)** | | | **Other Assessments** | **Efficacy Assessments** |
|---|---|---|---|---|
| **Clinical Chemistry**<br>Sodium<br>Potassium<br>Chloride<br>Bicarbonate<br>Total protein<br>Albumin<br>Total globulin<br>Calcium<br>Phosphorus<br>Glucose<br>Blood urea nitrogen<br>Creatinine<br>Uric acid<br>Lactate dehydrogenase<br>Total, direct, and indirect bilirubin<br>Alkaline phosphatase<br>AST (SGOT)<br>ALT (SGPT)<br>Creatine phosphokinase<br>**Other**<br>hsCRP<br>Hepatitis B, C<br>HIV | **Urinalysis**<br>Color<br>Appearance<br>Specific gravity<br>pH<br>Protein<br>Blood<br>Ketones<br>Urobilinogen<br>Glucose<br>Bilirubin<br>Leukocyte esterase<br>Nitrate<br>Microscopic examination (if abnormal urine dipstick) | **Coagulation**<br>aPTT<br>PT<br>INR<br>**Complement**<br>C5a<br>Bb<br>**Hematology**<br>White blood cell count<br>Red blood cell count<br>Hemoglobin<br>Hematocrit<br>MCV, MCH, & MCHC<br>Platelet count<br>WBC differential (% and absolute)<br>- Neutrophils<br>- Lymphocytes<br>- Monocytes<br>- Eosinophils<br>- Basophils | **Immune Function**<br>Anti ISIS 304801 antibodies<br>**Thyroid Function**<br>Free $T_4$<br>TSH<br>**Pregnancy** (For women of childbearing potential)<br>hCG<br>**Pharmacokinetics**<br>* ISIS 304801 in plasma<br><br>** Plasma PK samples may also be used for other tests such as profiling of drug binding proteins, bioanalytical method validation purposes, stability and metabolite assessments, and/or to assess other actions of ISIS 304801 with plasma constituents* | **Full Lipid Panel****<br>TG<br>ApoC-III (total)<br>ApoC-III (VLDL)<br>ApoC-II (total)<br>ApoC-II (VLDL)<br>ApoB-100<br>ApoA-1<br>ApoA-2<br>ApoE<br>TC<br>LDL-C and LDL-TG<br>VLDL-C and VLDL-TG<br>non-HDL-C and non-HDL-TG<br>HDL-C and HDL-TG<br>CM-C and CM-TG<br>FFA<br>glycerol<br>**Lipid Panel****<br>TG, apoC-III (VLDL and total), apoC-II (total), apo B-100, TC, LDL-C, non-HDL-C, HDL-C<br>**Post-prandial Assessments**<br>See Appendix D<br>***Other lipids, apolipoproteins, and lipoproteins, glycerol and glucose may be measured, as needed; at the discretion of the Sponsor, samples will be collected and stored* |

# Appendix C Pharmacokinetic Sampling Schedule

## Appendix C Pharmacokinetic Sampling Schedule

Blood samples for the determination of plasma ISIS 304801 concentrations will be collected prior to dosing, and at various times throughout the dosing period as noted in the tables below. Plasma PK samples may also be used for profiling of drug binding proteins, bioanalytical method validation purposes, stability and metabolite assessments, or to assess other actions of ISIS 304801 with plasma constituents.

### Extensive PK Sampling (Blood) Schedule (i.e., those not in the Post-prandial Assessment Group)

| Study Day | D1 | D2 | D8 | D15 | D29 | D43 | D57 | D71 |
|---|---|---|---|---|---|---|---|---|
| Visit Window +/- Days | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Pre-dose, 0.5, 1, 1.5, 2, 3, 4, 6, 8 and 12 hr post SC injection | 24 hours post dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose |

| Study Day | D85 | D86 | D92 | D99 | D127 | D176 |
|---|---|---|---|---|---|---|
| Visit Window +/- Days | 1 | 0 | 1 | 1 | 3 | 5 |
| | Pre-dose, 0.5, 1, 1.5, 2, 3, 4, 6, 8 and 12 hr post SC injection | 24 hr post dose | 168 +/- 24 hr post dose | 336 +/- 24 hr post dose | 1008 +/- 72 hr post dose | 2184 +/- 120 hr post dose |

### PK Sampling (Blood) Schedule for Patients in the Post-prandial Assessment Group

| Study Day | D1 | D8 | D15 | D 29 | D43 | D57 | D71 |
|---|---|---|---|---|---|---|---|
| Visit Window +/- Days | 0 | 0 | 1 | 1 | 1 | 1 | 1 |
| | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose |

| Study Day | D85 | D92 | D99 | D127 | D176 |
|---|---|---|---|---|---|
| Visit Window +/- Days | 1 | 1 | 1 | 3 | 3 |
| | Pre-dose | 168 +/- 48 hr post dose and pre-prandial | 336 +/- 24 hr post dose | 1008 +/- 72 hr post dose | 2184 +/- 120 hr post dose |

# Appendix D Post-prandial Meal, Sampling Schedule, and Assessment

## Appendix D Post-prandial Meal, Sampling Schedule, and Assessment

Post-prandial assessment for lipoproteins metabolism will be performed using a radiolabelled meal supplemented with a labeled tracer, $^{3}$H-palmitate (300µCi, Perkin Elmer Inc., Woodbridge, ON, Canada), sonicated into the liquid meal. Palmitate is a fatty acid that is a common constituent of any diet. The $^{3}$H-palmitate tracer emits weak radioactivity, equivalent to an X-ray. Since dietary palmitate is incorporated into chylomicrons as they are formed in the enterocytes of the gut, this enables monitoring the appearance and clearance of newly-formed chylomicrons from circulation. The methodology to be applied for studying post-prandial kinetics of chylomicrons appearance and clearance is well-established (Mittendorfer et al. 2003; Bickerton et al. 2007; Normand-Lauziere et al. 2010).

A liquid meal (similar to a milkshake) containing a small amount (300µCi) of radiolabelled fatty acids ($^{3}$H-palmitate) will be provided. The liquid meal will provide about a third of the daily caloric requirements. From 1 hr prior to 9 hrs after the ingestion of the meal, a constant infusion of [U-$^{13}$C]-K palmitate (0.01µmol/kg/min in 100 ml 25% human serum albumin; Cambridge Isotopes Laboratories Inc., Andover, MA) and a primed (1.6 µmol/kg) continuous (0.05 µmol/kg/min) infusion of [1,1,2,3,3-$^{2}$H]-glycerol (Cambridge Isotopes Laboratories Inc.) will be administered as previously described (Normand-Lauziere et al. 2010). Plasma palmitate and glycerol appearance rates will be calculated using Steele's non-steady state equation assuming a volume of distribution of 90ml/kg and 230ml/kg, respectively (Gastaldelli et al. 1999).

Blood samples will be drawn at intervals before and after the ingestion of the radiolabelled meal on days prior to and after the Treatment phase as noted in the table below. A standardized meal will be given to the participants after the 9 hr blood draw. Blood will be collected in tubes containing $Na_2$EDTA and Orlistat (30 µg/ml, Roche, Mississauga, Canada) to prevent *in vitro* triacylglycerol lipolysis and separate samples will be collected in NaF tubes for plasma glucose determination.

### Post-prandial Sampling (Blood) Schedule

| Study Day | D -1 | D1 | D103 | D104 |
|---|---|---|---|---|
| Visit Window +/- Days | 0 | 0 | 2 | 0 |
| | -1 hr pre-prandial, and 0, 1, 2, 3, 4, 5, 6, 7, 8, and 9 hrs post prandial | 24 hrs post-prandial /pre SC injection | -1 hr pre-prandial, and 0, 1, 2, 3, 4, 5, 6, 7, 8, and 9 hrs post-prandial | 24 hrs post-prandial |

The following will be measured at each time-point:

- Plasma and CM fraction levels for $^{3}$H-tracer
- Plasma [U-$^{13}$C]-K palmitate and [1,1,2,3,3-$^{2}$H]-glycerol appearance rates
- Plasma and CM fraction levels for TG, TC, and apoB
- Plasma and VLDL fraction levels for apo CIII, apo CII, and apo E
- Plasma levels for glucose

Plasma samples may also be used for profiling of drug binding proteins, bioanalytical method validation purposes, stability and metabolite assessments, or to assess other actions of ISIS 304801 with plasma constituents.

# Appendix E Group 2 Study Schematic: Extensive PK and Post-prandial Schedule and Procedures

## Appendix E Group 2 Study Schematic: Extensive PK and Post-prandial Schedule and Procedures




*All patients given standardized meals to consume on Days -3 and -2 if randomized to Group 2b (post-prandial assessment)

E/R: Enrollment and Randomization (up to 90 patients)

**At the visits prior to lipid blood draws, patients will be given standardized dinner to consume the evening before the lipid blood draw

PEA: Primary endpoint analysis

# ISIS PHARMACEUTICALS, INC.

# ISIS 304801-CS2

# A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

**Amendment 1 – 19 April 2012**

**Sponsor:**

Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

# ISIS 304801-CS2

## A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

**Amendment 1 – 19 April 2012**

**Protocol History:**

Original Protocol: 01 November 2011

**Sponsor:**

Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

Walter Singleton, MD
Chief Medical Officer

# ISIS 304801

## Isis Protocol Number ISIS 304801-CS2

## A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

### Protocol Amendment 1

### Clinical Phase: 2

Trial Sponsor: Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010
Phone: + 01 760 931 9200
Fax: + 01 760 603 4650

Key Sponsor Contact: Vickie Alexander, Ph.D.
Director, Clinical Development
2855 Gazelle Court
Carlsbad, CA 92010
Phone: + 01 760 603 3858
Fax: + 01 760 603 4650

19 April 2012

**Confidentiality Statement**

This document contains confidential information of the Sponsor that must not be disclosed to anyone other than the recipient study staff and members of the Institutional Review Board. This information cannot be used for any purpose other than the evaluation or conduct of the clinical investigation without the prior written consent of the Sponsor.

# Protocol Signature Page

**Protocol Number:** ISIS 304801-CS2

**Protocol Title:** A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Severe or Uncontrolled Hypertriglyceridemia

**Amendment:** 1

**Date:** 19 April 2012

I undersigned hereby acknowledge that I have read and understand the attached clinical protocol, entitled "A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia" dated 19 April 2012, and agree to conduct the study as described herein.

This protocol was designed and will be conducted, recorded, and reported in compliance with the principles of Good Clinical Practice (GCP) guidelines as well as in accordance with all national, state and local laws of the appropriate regulatory authorities. These guidelines are stated in "Guidance for Good Clinical Practice," International Conference on Harmonization of Technical Requirements for Registration of Pharmaceuticals for Human Use.

I agree to comply with the International Conference on Harmonization Tripartite Guideline on Good Clinical Practice (E6). I have read and agree to abide by the requirements of this protocol.

I agree to ensure that the confidential information contained in this document will not be used for any purpose other than the evaluation or conduct of the clinical investigation without the prior written consent of the Sponsor.

____________________________________
Investigator's Signature

____________________________________ ________________________
Investigator's Name *(please print)* Date (DD Month YYYY)

# TABLE OF CONTENTS

Page

**PROTOCOL AMENDMENT** ... **8**
**PROTOCOL SYNOPSIS** ... **12**
**LIST OF ABBREVIATIONS** ... **17**
**1. STUDY OBJECTIVES** ... **19**
**2. BACKGROUND AND RATIONALE** ... **19**
2.1 HYPERTRIGLYCERIDEMIA ... 19
2.2 APOC-III ... 20
2.3 THERAPEUTIC RATIONALE ... 20
2.4 ISIS 304801 ... 21
*2.4.1 Mechanism of Action* ... *21*
*2.4.2 Chemistry* ... *21*
2.5 PRECLINICAL STUDIES ... 22
2.6 CLINICAL EXPERIENCE ... 23
2.7 RATIONALE FOR DOSAGES AND SCHEDULE OF ADMINISTRATION ... 23
**3. INVESTIGATIONAL PLAN** ... **24**
3.1 STUDY DESIGN ... 24
3.2 NUMBER OF PATIENTS ... 26
**4. PATIENT ELIGIBILITY** ... **26**
4.1 INCLUSION CRITERIA ... 26
4.2 EXCLUSION CRITERIA ... 26
**5. PATIENT ENROLLMENT** ... **28**
5.1 RANDOMIZATION ... 28
5.2 VISIT DAYS AND WINDOWS ... 29
5.3 WITHDRAWAL OF PATIENTS ... 29
5.4 REPLACEMENT OF PATIENTS ... 29
5.5 UNBLINDING OF TREATMENT ASSIGNMENT ... 30
5.6 STUDY TERMINATION ... 30
**6. STUDY DRUG** ... **30**
6.1 ISIS 304801 ... 30
6.2 PLACEBO ... 30
6.3 ISIS 304801 PACKAGING, LABELING AND DRUG ACCOUNTABILITY ... 30
6.4 STUDY DRUG ADMINISTRATION ... 30
6.5 DRUG ACCOUNTABILITY ... 31
6.6 CONCOMITANT MEDICATIONS ... 31
**7. STUDY PROCEDURES** ... **31**
7.1 SCREENING PLUS TIGHT DIET CONTROL RUN-IN QUALIFICATION AND RANDOMIZATION PERIOD (STUDY DAY ≤-63 TO STUDY DAY -1) ... 32

7.2 TREATMENT PERIOD (STUDY DAY 1 TO STUDY DAY 85) ....32
7.3 POST-TREATMENT EVALUATION PERIOD (STUDY DAY 86 TO STUDY DAY 176) ....33
7.4 LABORATORY ANALYTES ....33
7.5 PHARMACOKINETICS SPECIMEN COLLECTION ....33
7.6 RESTRICTIONS ON THE LIFESTYLES OF PATIENTS ....33
*7.6.1 Contraception Requirements ....33*
*7.6.2 Other Requirements ....34*
**8. SAFETY MONITORING AND STOPPING RULES .... 34**
8.1 LIVER CHEMISTRY RULES ....35
*8.1.1 Safety Monitoring Rules for Liver Chemistry Tests ....35*
8.2 STOPPING RULES ....36
*8.2.1 Stopping Rules for Liver Chemistry Elevations ....36*
*8.2.2 Stopping Rules for Renal Function Test Results ....36*
*8.2.3 Stopping Rule for Platelet Count Results ....36*
**9. SERIOUS AND NON-SERIOUS ADVERSE EVENTS .... 37**
9.1 SPONSOR REVIEW OF SAFETY INFORMATION ....37
9.2 REGULATORY REQUIREMENTS ....37
9.3 DEFINITIONS ....37
*9.3.1 Adverse Event ....37*
*9.3.2 Adverse Reaction and Suspected Adverse Reaction ....37*
*9.3.3 Serious Adverse Event (SAE) ....37*
9.4 MONITORING AND RECORDING ADVERSE EVENTS ....38
*9.4.1 Serious Adverse Events ....38*
*9.4.2 Non-Serious Adverse Events ....38*
*9.4.3 Evaluation of Adverse Events (Serious and Non-Serious) ....39*
9.5 PROCEDURES FOR HANDLING SPECIAL SITUATIONS ....40
*9.5.1 Abnormalities of Laboratory Tests ....40*
*9.5.2 Prescheduled or Elective Procedures or Routinely Scheduled Treatments ....41*
*9.5.3 Dosing Errors ....41*
*9.5.4 Contraception and Pregnancy ....41*
**10. STATISTICAL CONSIDERATIONS .... 42**
10.1 STUDY ENDPOINTS, SUBSETS, AND COVARIATES ....42
*10.1.1 Primary Endpoint ....42*
*10.1.2 Secondary Endpoints ....42*
*10.1.3 Tertiary Endpoints ....43*
10.2 SAMPLE SIZE CONSIDERATIONS ....43
10.3 POPULATIONS ....43
10.4 INTERIM ANALYSIS ....43
10.5 PLANNED METHODS OF ANALYSIS ....43
*10.5.1 Demographic and Baseline Characteristics ....44*

*10.5.2 Safety Analysis* ... *44*
*10.5.3 Pharmacokinetic Analysis* ... *44*
*10.5.4 Pharmacodynamic Analysis* ... *45*
*10.5.5 Additional Analyses* ... *45*
**11. REGULATORY OBLIGATIONS ... 46**
11.1 Informed Consent ... 46
11.2 Ethical Conduct of the Study ... 46
11.3 Institutional Review Board (IRB)/Independent Ethics Committee (IEC) ... 46
11.4 Pre-Study Documentation Requirements ... 46
11.5 Patient Confidentiality ... 47
**12. ADMINISTRATIVE AND LEGAL OBLIGATIONS ... 47**
12.1 Protocol Amendments ... 47
12.2 Study Termination ... 47
12.3 Study Documentation and Storage ... 48
12.4 Study Monitoring ... 48
12.5 Language ... 49
12.6 Compensation for Injury ... 49
**13. REFERENCES ... 50**
**14. APPENDICES ... 52**
Appendix A Schedule of Procedures ... 53
Appendix B Clinical Laboratory Assessments ... 56
Appendix C Pharmacokinetic Sampling Schedule ... 58
Appendix D Post-prandial Meal, Sampling Schedule, and Assessment ... 60
Appendix E Group 2 Study Schematic: Extensive PK and Post-prandial Schedule and Procedures ... 62

## TABLE OF FIGURES

**Page**

Figure 1 Design of Chimeric 2′-MOE Phosphorothioate Oligonucleotides (MOE-Gapmer) ... 22
Figure 2 Study Design for ISIS 304801–CS2 ... 25

# PROTOCOL AMENDMENT

**Protocol Number:** ISIS 304801-CS2

**Protocol Title:** A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

**Amendment Number:** 1

**Amendment Date:** 19 April 2012

The purpose of this amendment is to add a cohort of 24 patients on a stable dose of fibrate to assess the effects of ISIS 304801 in combination with fibrates. Patients on a fibrate will also be allowed to remain on a stable well controlled dose of niacin, fish oil or other products containing omega-3 fatty acids to potentially assess the effects of ISIS 304801 in patients on a combination of TG-lowering therapies. With this amendment, we have also changed the primary endpoint from VLDL apoC-III to total apoC-III. Total apoC-III was evaluated and showed significantly positive results in the Phase 1 study, while VLDL apoC-III has not been previously examined following ISIS 304801 administration. Other changes were made to improve operational aspects of the study. The following table provides a summary list of the significant modifications to the protocol. In addition, minor changes have been made to the text to improve the clarity of the protocol.

## List of Significant Protocol Modifications

| Section | Description of Changes | Rationale |
|---|---|---|
| **Title pages**<br>**Signature page**<br>**Protocol Synopsis** | Changed protocol title:<br>From: A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Fasting Triglyceride Levels ≥500 and ≤2000 mg/dL<br>To: A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia | Captures the types of patients added in the protocol amendment. |
| **Protocol Synopsis**<br>**3.1 Study Design**<br>**Figure 2**<br>**5.0 Patient Enrollment** | Added cohort of patients on stable dose of fibrate:<br>From: Patients with fasting triglyceride levels ≥500 and ≤2000 mg/dL not being affected by familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II deficiency (type I dyslipidemia)<br>To: Patients not on TG-lowering therapy with fasting triglyceride (TG) levels ≥500 and ≤2000 mg/dL or patients on a stable dose of fibrate with fasting TG | To assess the effects of ISIS 304801 in combination with fibrates. |

## List of Significant Protocol Modifications *Continued*

| | | |
|---|---|---|
| **Protocol Synopsis**<br>**3.1 Study Design**<br>**Figure 2**<br>**5.0 Patient Enrollment *Continued*** | levels ≥225 and ≤2000 mg/dL not being affected by familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II or other LPL co-factor deficiency (type I dyslipidemia<br>From: Seventy two (72) patients are planned for this study.<br>To: Ninety six (96) patients are planned for this study.<br>Added: For cohorts with patients on a stable dose of fibrate, there will be 12 patients planned per cohort (200, 300 mg) with 8 active and 4 placebo patients per cohort.<br>Added: Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.<br>(Edits reflective of this revision made to Section 10 Statistical Considerations) | To assess the effects of ISIS 304801 in combination with fibrates. |
| **Protocol Synopsis**<br>**10.1 Study Endpoints, Subsets, and Covariates**<br>**10.5.4 Pharmacodynamic Analysis** | Changed Primary Endpoint from VLDL apoC-III to total apoC-III:<br>From:<br>**Primary:**<br>To evaluate the dose/response pharmacodynamic effects of ISIS 304801 vs. placebo on fasting apolipoprotein C-III (apoC-III) levels associated with very low density lipoprotein (VLDL) (VLDL apoC-III) levels.<br>**Secondary:**<br>To evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apoC-III…<br>To:<br>**Primary:**<br>To evaluate the dose/response pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apolipoprotein C-III (apoC-III) levels.<br>**Secondary:**<br>To evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting apoC-III associated with very low density lipoprotein (VLDL) (VLDL apoC-III)… | Total apoC-III was evaluated and showed significantly positive results in the Phase 1 study. VLDL apoC-III has not been previously examined following ISIS 304801 administration |
| **Protocol Synopsis**<br>**7.1 Screening Plus Tight Diet Control Run-In Qualification and Randomization Period (Study Day ≤-63 to Study Day -1)**<br>**Appendix A** | Screening period extended from 42 to 63 days:<br>From: Screening Plus Tight Diet Control Run-In, Qualification and Randomization Period (Study Day ≤-42 to Study Day -1):<br>To: Screening Plus Tight Diet Control Run-In, Qualification and Randomization Period (Study Day ≤-63 to Study Day -1): | Allows time for screening tests to be repeated if necessary |

## List of Significant Protocol Modifications *Continued*

| | | |
|---|---|---|
| **Protocol Synopsis**<br>**7.1 Screening Plus Tight Diet Control Run-In Qualification and Randomization Period (Study Day ≤-63 to Study Day -1)**<br>**7.3 Post-treatment Evaluation Period (Study Day 86 to Study Day 176)** | Adds language that patients will consume a standardized pre-cooked meal for the dinner on the evening prior to all visits that include a blood draw for pharmacodynamic measurements<br>Added: Preceding the visit that includes a blood draw for pharmacodynamic measurements (Day -8) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit (to ensure equal moderation of fat intake, per patient), after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding this clinic visit.<br>Added: Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 92, 99, 127, and 176) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit, after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. | To ensure equal moderation of fat intake, per patient, prior to all visits that include a blood draw for pharmacodynamic measurements. |
| **Protocol Synopsis**<br>**7.2 Treatment Period (Study Day 1 to Study Day 85)** | Blood collected pre-dose on Day 1 or Day -1<br>From: Blood will be collected for measurement of VLDL apoC –III and other pharmacodynamic markers on Days 8, 15, 29, 43, 57, 71, and 85 (prior to Study Drug administration<br>To: Blood will be collected for measurement of total apoC –III and other pharmacodynamic markers on Days 1, 8, 15, 29, 43, 57, 71, and 85 (prior to Study Drug administration). Patients in the post-prandial assessment group will have blood drawn for pharmacodynamic measurements on Day -1, pre-liquid meal, and not on Day 1.<br>(Edits reflective of this revision made to Section 10. Statistical Considerations) | Enables averaging two values at baseline (Day -8 and Day -1 or Day 1) to compare to the average of two values at the end of treatment (Day 85, pre-dose and Day 92). |
| **Protocol Synopsis**<br>**4.1 Inclusion Criteria** | Inclusion criteria specified for patients on a fibrate:<br>From: *Inclusion Criteria*<br>2. Fasting TG ≥500 mg/dL at screening<br>To: *Inclusion Criteria*<br>2. Patients not on TG-lowering therapy with fasting TG ≥500 mg/dL (5.65 mmol/L) and patients on a stable well controlled dose of fibrate, for at least 30 days prior to screening that is not anticipated to change during the study period, with fasting TG ≥225 mg/dL (2.5 mmol/L) at screening | Patients on a fibrate will likely have lower triglyceride levels than patients not on a fibrate |
| **Protocol Synopsis**<br>**4.2 Exclusion Criteria** | Exclusion criteria specified for patients on a fibrate:<br>From: *Exclusion Criteria*<br>14. Unable to discontinue use of systemic corticosteroids, fibrates, niacin, fish oil or other products containing omega-3 fatty acids, at least 6 weeks prior to dosing. | To potentially assess the effects of ISIS 304801 in patients on a combination of TG-lowering therapies |

## List of Significant Protocol Modifications *Continued*

| | | |
|---|---|---|
| **Protocol Synopsis**<br>**4.2 Exclusion Criteria *Continued*** | To: *Exclusion Criteria*<br>14. Group 1 and 2 patients: unable to discontinue use of systemic corticosteroids, fibrates, niacin, fish oil or other products containing omega-3 fatty acids, at least 6 weeks prior to dosing. Group 3 patients: unable to discontinue use of systemic corticosteroids; use of niacin, fish oil or other products containing omega-3 fatty acids unless on a stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period | To potentially assess the effects of ISIS 304801 in patients on a combination of TG-lowering therapies |
| **Protocol Synopsis**<br>**4.2 Exclusion Criteria** | Exclusion criteria detailed for diabetes mellitus:<br>From: *Exclusion Criteria*<br>1. Diabetes mellitus<br>To: *Exclusion Criteria*<br>1. Diabetes mellitus (i.e., fasting glucose >7.0 mmol/L or taking anti-diabetic agents) | Provides specific parameters for assessing diabetes mellitus exclusion from the study. |
| **Protocol Synopsis**<br>**4.2 Exclusion Criteria** | Exclusion criteria changed for BMI:<br>From: *Exclusion Criteria*<br>2. Obesity defined as body mass index (BMI) >30 kg/m$^2$<br>To: *Exclusion Criteria*<br>2. Body mass index (BMI) >35 kg/m$^2$ | Reflective of the patient population and will not affect the study endpoints |
| **Protocol Synopsis**<br>**6.4 Study Drug Administration** | Dose administration requirements adjusted:<br>From: Doses of 100 and 200 mg will be administered as a single SC injection. Doses of 300 mg will be administered as two equal volume noncontiguous SC injections.<br>To: Doses will be administered as a single SC injection. Doses of 300 mg may be administered as two equal volume noncontiguous SC injections if there are tolerability issues with receiving the dose as a single SC injection. | To allow flexibility in dose administration |
| **10.4 Interim Analysis** | Potential interim analysis added:<br>From: No interim analysis is planned for this study.<br>To: An unblinded interim analysis may be performed for business planning purposes. | Allows an unblinded interim analysis to be conducted |

## PROTOCOL SYNOPSIS

| | |
|---|---|
| **Protocol Title:** | A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia |
| **Study Phase** | 2 |
| **Indication** | Patients not on TG-lowering therapy with fasting triglyceride (TG) levels ≥500 and ≤2000 mg/dL or patients on a stable dose of fibrate with fasting TG levels ≥225 and ≤2000 mg/dL not being affected by familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II or other LPL co-factor deficiency (type I dyslipidemia) |
| **Objectives:** | **Primary:**<br>To evaluate the dose/response pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apolipoprotein C-III (apoC-III) levels.<br>**Secondary:**<br>• To evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting apoC-III associated with very low density lipoprotein (VLDL) (VLDL apoC-III), TG, apolipoprotein C-II (apoC-II; total and associated with VLDL), apolipoprotein B-100 (apoB-100), apolipoprotein A-1 (apoA-1), apolipoprotein A-2 (apoA-2), apolipoprotein E (apoE), total cholesterol (TC), LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-high density lipoprotein-cholesterol (non-HDL-C), non-HDL-TG, HDL-C, HDL-TG, chylomicron-C (CM-C), CM-TG, free fatty acids (FFA), and glycerol levels.<br>• To evaluate the safety, tolerability and pharmacokinetics (PK) of ISIS 304801.<br>• To evaluate post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in a subset of the patients in the study.<br>• To evaluate more extensive pharmacokinetics (a pharmacokinetic profile) in another subset of the patients (will not be the same patients as those in the post-prandial assessment group). |
| **Study Design and Methodology:** | This is a randomized, double-blind, placebo-controlled, dose response study. Ninety six (96) patients are planned for this study. For cohorts with patients not on TG-lowering therapy, here will be 24 patients planned per dose cohort (100, 200, 300 mg) with 18 ISIS 304801 (active) and 6 placebo patients per cohort. For cohorts with patients on a stable dose of fibrate, there will be 12 patients planned per cohort (200, 300 mg) with 8 active and 4 placebo patients per cohort.<br><br>Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 study randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).<br><br>Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.<br><br>Patients will receive 13 doses of Study Drug administered by subcutaneous (SC) injection once a week for 13 weeks (Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85).<br><br>For an individual patient, the participation period consists of a ≤8-week screening period (which includes a 4-week tight diet control run-in qualification period), a 1-week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 35 weeks of study participation. Concomitant medications and adverse events will be recorded throughout all periods of the study. |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Design and Methodology *Continued*:** | Screening Plus Tight Diet Control Run-In, Qualification and Randomization Period (Study Day ≤-63 to Study Day -1): Patients who give written informed consent will undergo a medical history and physical examination including vital signs, 12-lead electrocardiogram (ECG), determination of concomitant medications, and have blood and urine samples taken for clinical laboratory testing (Appendix A). Females who are of childbearing potential will have a pregnancy test. Patients will be placed on a tightly controlled diet for the duration of study participation. After 28 days on the controlled diet, patients will have baseline measurements and be assessed (Appendix A) for qualification of enrollment into the treatment phase of the study. Patients who meet the enrollment criteria following diet run-in will be enrolled and randomized as described above.<br><br>Preceding the visit that includes a blood draw for pharmacodynamic measurements (Day -8) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit (to ensure equal moderation of fat intake, per patient), after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding this clinic visit.<br><br>Treatment Period (Study Day 1 to Study Day 85): Randomized patients will receive a total of 13 doses of Study Drug (Appendix A). Study Drug will be administered by SC injection on Study Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85.<br><br>Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 1, 8, 15, 29, 43, 57, 71, and 85), patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. Blood will be collected for measurement of total apoC –III and other pharmacodynamic markers on Days 1, 8, 15, 29, 43, 57, 71, and 85 (prior to Study Drug administration). Patients in the post-prandial assessment group will have blood drawn for pharmacodynamic measurements on Day -1, pre-liquid meal, and not on Day 1. Patients will meet with a dietician or study staff member at each visit and compliance to diet and alcohol restrictions will be monitored and the importance of continuing compliance will be reinforced to the patient. Safety and clinical laboratory evaluations as well as blood sampling for PK analysis and post-prandial assessments (in a subset of patients) will be performed periodically throughout the treatment period (Appendices A, B, C, and D).<br><br>Postprandial Assessment (Appendix D): Patients in the post-prandial assessment group will consume standardized pre-cooked meals (lunches and dinners (provided) and instructions for breakfasts and snacks) for the 2 days prior to the post-prandial evaluations. Patients will remain fasted after consuming the standardized pre-cooked meal for the dinner on the evening prior to their visit. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. On each of the post-prandial evaluation days, following the blood draws, patients will consume a standardized liquid meal (which represents about a third of the daily caloric requirements) with a stable radioisotope tracer, followed by an 8 hour radioisotope infusion and serial blood sampling. Patients will receive a standardized pre-cooked meal 9 hrs after consuming the liquid meal, after which they will fast until the 24 hr blood draw the following day.<br><br>Extensive PK Assessment (Appendix C): In addition to trough sample collection, patients in the extensive PK assessment group will undergo serial blood sampling for 24 hrs after their first (Day 1-2) and last (Day 85-86) dose of Study Drug.<br><br>Post-treatment Evaluation Period (Study Day 86 to Study Day 176); Patients will be followed until Day 176. During this time, patients will return to the study center for outpatient clinic visits on Study Days 92, 99, 127, and 176 (and Day 103 for patients in the post-prandial assessment group) for safety and clinical laboratory evaluations (blood draws), diet counseling and monitoring, concomitant medication usage recording, and adverse event collection. Blood samples for PK and PD analysis will be collected periodically throughout the post-treatment evaluation period (Appendices A, B, and C). Post-prandial assessments will be done in a subset of patients (Appendix D).<br><br>Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 92, 99, 127, and 176) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit, after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Number of Patients:** | Ninety six (96) patients are planned for this study. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 120 patients. |
| **Study Population and Main Criteria for Inclusion/ Exclusion *Continued*:** | <u>*Inclusion Criteria*</u><br>1. Must give written informed consent to participate in the study (signed and dated) and any authorizations required by law<br>2. Patients not on TG-lowering therapy with fasting TG ≥500 mg/dL (5.65 mmol/L) and patients on a stable well controlled dose of fibrate, for at least 30 days prior to screening that is not anticipated to change during the study period, with fasting TG ≥225 mg/dL (2.5 mmol/L) at screening<br>3. Fasting TG ≥350 mg/dL (4.0 mmol/L) and ≤2000 mg/dL (22.6 mmol/L) after 4-wk tight diet control run-in<br>4. Age ≥18 years at time of informed consent<br>5. Satisfy one of the following:<br>a. Females: must be non-pregnant and non-lactating; surgically sterile, post-menopausal, abstinent, or if engaged in sexual relations of child-bearing potential, patient is using an acceptable contraceptive method (refer to Section 7.6.1) for four weeks prior to, during, and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks)<br>b. Males: must be surgically sterile, abstinent or if engaged in sexual relations of child-bearing potential, patient is utilizing an acceptable contraceptive method (refer to Section 7.6.1) during and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks)<br><u>*Exclusion Criteria*</u><br>1. Diabetes mellitus (i.e., fasting glucose >7.0 mmol/L or taking anti-diabetic agents)<br>2. Body mass index (BMI) >35 kg/m$^2$<br>3. Familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II deficiency (type I dyslipidemia)<br>4. Any of the following laboratory values at screening<br>a. Hepatic:<br>▪ Total bilirubin >upper limit of normal (ULN)<br>▪ ALT >1.7 x ULN<br>▪ AST >1.7 x ULN<br>b. Renal:<br>▪ Urine protein or blood persistently positive by dipstick<br>▪ Estimated creatinine clearance calculated according to the formula of Cockcroft and Gault <60 mL/min<br>c. Clinically significant abnormalities on laboratory examination<br>5. History of bariatric surgery or currently on weight loss drugs<br>6. Uncontrolled hypertension (BP >160/100)<br>7. Primary hypothyroidism (screening TSH > ULN and free T4< LLN), primary subclinical hypothyroidism (screening TSH > ULN and free T4 WNL), secondary hypothyroidism (screening TSH < LLN and free T4< LLN)<br>8. Clinically significant abnormalities in medical history (e.g., acute or unstable cardiac ischemia within 6 months of screening or major surgery within 3 months of screening) or physical examination which, in the opinion of the investigator, would make the patient unsuitable for inclusion in the study<br>9. Prior malignancies except successfully treated in situ cervical carcinoma, basal or squamous cell carcinoma of the skin<br>10. Active infection requiring systemic antiviral or antimicrobial therapy unless treatment is expected to be completed prior to first dose |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Population and Main Criteria for Inclusion/ Exclusion *Continued*:** | 11. Recent history of alcohol or substance abuse or unwillingness to limit alcohol consumption to within moderate limits for the duration of the Study as follows (or per Site Investigator judgment): maximum of 2 alcoholic beverages (20 g) per day and ≤8 drinks (80 g) per week for males; maximum of 1 alcoholic beverage (10 g) per day and ≤4 drinks (40 g) per week for females<br>12. Known history or positive at time of screening for HIV, HCV, or chronic HBV infection<br>13. On oral contraceptives or hormone replacement therapy or statins unless on a stable regimen for at least 3 months prior to dosing and will remain on a stable regimen for the duration of the study<br>14. Group 1 and 2 patients: unable to discontinue use of systemic corticosteroids, fibrates, niacin, fish oil or other products containing omega-3 fatty acids, at least 6 weeks prior to dosing. Group 3 patients: unable to discontinue use of systemic corticosteroids; use of niacin, fish oil or other products containing omega-3 fatty acids unless on a stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period.<br>15. Use of topical corticosteroids, anticoagulants, or drugs or dietary supplements (not described in Exclusion Criteria #14) with potential lipid-altering effects unless on stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period<br>16. Treatment with another Study Drug, biological agent, or device within one month of screening, or 5 half-lives of study agent, whichever is longer<br>17. Previous participation in an investigational study involving systemic administration of an oligonucleotide within 9 months of screening<br>18. Unwillingness to comply with study procedures, including follow-up, as specified by this protocol, or unwillingness to cooperate fully with the Site Investigator<br>19. Blood donation of 50 to 499 mL within 30 days of screening or of >499 mL within 60 days of screening<br>20. Any other conditions which, in the opinion of the investigator, would make the patient unsuitable for inclusion, or could interfere with the patient participating in or completing the study |
| **Study Drug and Dose Administration:** | ISIS 304801 or placebo will be administered as SC injections in the abdomen, thigh, or outer area of the upper arm. ISIS 304801 solution and placebo will be prepared by an unblinded pharmacist (or qualified delegate). A trained professional, blinded to the identity of the drug, will administer the Study Drug. Doses will be administered as a single SC injection. Doses of 300 mg may be administered as two equal volume noncontiguous SC injections if there are tolerability issues with receiving the dose as a single SC injection. |
| **Criteria for Evaluation:** | **A. Safety and Tolerability Assessments**<br>• Adverse events<br>• Vital signs and weight<br>• Physical examinations<br>• Clinical laboratory tests (serum chemistry, hematology, urinalysis, coagulation, complement, immune function, thyroid function, pregnancy (for women of child bearing potential))<br>• ECGs<br>• Use of concomitant medications<br>**B. Pharmacokinetic Measures**<br>The plasma concentrations of ISIS 304801 will be assessed at selected time intervals in all study participants to determine selected pharmacokinetic parameters (Appendix C). A subset of the study participants will have pharmacokinetic blood draws at additional selected time points to establish a more detailed pharmacokinetic profile of ISIS 304801 (Appendix C). |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Criteria for Evaluation *Continued:*** | **C. Pharmacodynamic Measures**<br>• The pharmacodynamic effects of treatment with ISIS 304801 vs. placebo on fasting total apoC-III levels over time and dose cohort will be evaluated<br>The pharmacodynamic effects of ISIS 304801 vs. placebo on fasting VLDL apoC-III, TG, apolipoprotein C-II (apoC-II; total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels will also be assessed<br>• Post-prandial lipid, apolipoprotein, and lipoprotein characteristics and kinetics, and glucose levels will be examined in a subset of the patients in the study (will not be the same patients as those having additional blood draws to establish a more detailed pharmacokinetic profile)<br>• Potential relationships between selected pharmacodynamic and PK measures may also be explored, where deemed appropriate |
| **Statistical Considerations:** | Based upon prior clinical trial experience with ISIS 304801, it is estimated that the standard deviation of the percent change in total apoC-III is approximately 46%. With 18 Group 1 plus 2 patients in the pooled placebo cohort and each ISIS 304801 dose cohort, there would be at least 80% power to detect a 45% difference in total apoC-III between each ISIS 304801 dose cohort and pooled placebo cohort at an alpha level of 0.05, assuming 50% reduction in ISIS 304801 dose cohort and 5% in the pooled placebo cohort. |

## LIST OF ABBREVIATIONS

| Abbreviation/Acronym | Definition |
|---|---|
| AE | Adverse Event/Experience |
| ALT | Alanine Aminotransferase |
| Apo | Apolipoprotein |
| apoA | Apolipoprotein A |
| apoB | Apolipoprotein B |
| apoE | Apolipoprotein E |
| apoC-II | Apolipoprotein C-II |
| apoC-III | Apolipoprotein C-III |
| aPTT | Activiated Aprtial Thromboplastin time |
| ASO | Antisense Oligonucleotide |
| AST | Aspartate Aminotransferase |
| $AUC_{0-t}$ | Area Under the Plasma Concentration-Time Curve |
| BUN | Blood Urea Nitrogen |
| C5 | Complement Component 5 |
| $C_{max}$ | Maximal Observed Drug Concentration |
| CM | Chylomicron |
| CM-C | Chylomicron-Cholesterol |
| CM-TG | Chylomicron-Triglyceride |
| CRF | Case Report Form |
| CVD | Cardiovascular Disease |
| eCRF | Electronic Case Report Form |
| ECG | Electrocardiogram |
| EDC | Electronic Data Capture |
| FDA | Food and Drug Administration |
| FFA | Free Fatty Acids |
| GCP | Good Clinical Practice |
| hCG | Human Chorionic Gonadotropin |
| HDL | High-Density Lipoprotein |
| HDL-C | High-Density Lipoprotein-Cholesterol |
| HDL-TG | High-Density Lipoprotein-Triglyceride |
| IEC | Independent Ethics Committee |
| INR | International Normalized Ratio |
| IP | Intraperitoneal |
| IRB | Institutional Review Board |
| IV | Intravenous |

**LIST OF ABBREVIATIONS** ***Continued***

| **Abbreviation/Acronym** | **Definition** |
|---|---|
| LDL | Low-Density Lipoprotein |
| hsCRP | High-Sensitivity C-Reaction Protein |
| ICH | International Conference on Harmonization |
| LDL-C | Low-Density Lipoprotein-Cholesterol |
| LDL-TG | Low-Density Lipoprotein-triglyceride |
| LPL | Lipoprotein Lipase |
| MCH | Mean Corpuscular Hemoglobin |
| MCHC | Mean Corpuscular Hemoglobin Content |
| MCV | Mean Corpuscular Volumne |
| MOE | 2′-*O*-(2-methoxyethyl) |
| mRNA | Messenger Ribonucleic Acid |
| non-HDL-C | non- High-Density Lipoprotein-Cholesterol |
| non-HDL-TG | High-Density Lipoprotein-Triglyceride |
| NCS | Not Clinically Significant |
| NOAEL | No Observable Adverse Effect Level |
| PT | Prothrombin Time |
| RNase H | Ribonuclease H |
| SAE | Serious Adverse Event |
| SC | Subcutaneous |
| SGOT | Serum Glutamyl Oxaloacetic Transaminase |
| SGPT | Serum Glutamic Pyruvate Transaminase |
| $t_{½}$ | Terminal Half-Life |
| T4 | Thyroxine |
| $T_{max}$ | Time to Reach $C_{max}$ |
| TC | Total cholesterol |
| TG | Triglycerides |
| TRL | TG-Rich Lipoproteins |
| TSH | Thyroid Stimulating Hormone |
| VLDL | Very-Low-Density Lipoprotein |
| VLDL apoC-III | Apolipoprotein C-III associated with Very Low Density Lipoprotein |
| VLDL-C | Very-Low-Density Lipoprotein-Cholesterol |
| VLDL-TG | Very-Low-Density Lipoprotein-Triglyceride |
| WBC | White Blood Cells |

# 1. STUDY OBJECTIVES

To evaluate the dose/response pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apolipoprotein C-III (apoC-III) levels.

The secondary objectives are to: (1) evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting apoC-III associated with very low density lipoprotein (VLDL), triglyceride (TG), apoC-II (total and associated with VLDL), apolipoprotein B-100 (apoB-100), apolipoprotein A-1 (apoA-1), apolipoprotein A-2 (apoA-2), apolipoprotein E (apoE), total cholesterol (TC), low-density lipoprotein-cholesterol (LDL-C), LDL-TG, VLDL-C, VLDL-TG, non-high-density lipoprotein-cholesterol (non-HDL-C), non-HDL-TG, HDL-C, HDL-TG, chylomicron-C (CM-C), CM-TG, free fatty acids (FFA), and glycerol levels; and (2) examine post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in a subset of the patients in the study and assess more extensive pharmacokinetics (PK) in another subset of the patients (will not be the same patients as those undergoing the post-prandial assessment) and, (3) evaluate the safety, tolerability and PK of ISIS 304801.

# 2. BACKGROUND AND RATIONALE

## 2.1 Hypertriglyceridemia

Hypertriglyceridemia is a common clinical trait associated with an increased risk of cardiometabolic disease (Hegele et al. 2009; Hegele and Pollex 2009) as well as of occurrence of acute pancreatitis in the most severe forms (Toskes 1990; Gaudet et al. 2010; Catapano et al. 2011; Tremblay et al. 2011). Its etiology includes primary (genetic) and secondary (lifestyle, other diseases, etc.) factors or, most often, a combination of both (Yuan et al. 2007). Hypertriglyceridemia is the consequence of increased production and/or reduced or delayed catabolism of TG-rich lipoproteins: VLDL and, to a lesser extent, chylomicrons (CM). Several subtypes of hypertriglyceridemia have been described. These subtypes differ by their etiology, prevalence, burden, genetic backbone, and clinical expression. An intervention on diet and other life habits is required to manage the risk associated with these hypertriglyceridemias, but diet alone is often insufficient and medication is often prescribed (Brisson et al. 2010).

Factors contributing to elevated TG in the general population include overweight and obesity, physical inactivity, cigarette smoking, excess alcohol, medication and a diet high in fat or carbohydrates. In addition to these environmental factors, elevated TG levels are associated with several diseases, including diabetes, metabolic syndrome/insulin resistance, and genetic disorders such as familial chylomicronemia, familial combined hyperlipidemia and familial hypertriglyceridemia. Borderline high TGs (150-199 mg/dL) are commonly found in the general population and are a common component of the metabolic syndrome/insulin resistance states. The same is true for high TGs (200-499 mg/dL) except that as plasma TG levels increase, underlying genetic factors play an increasingly important etiologic role. Very high TGs (≥500 mg/dL) are most often associated with elevated CM levels as well, and are accompanied by increasing risk for acute pancreatitis. The risk of pancreatitis is considered clinically significant if TG exceeds 880 mg/dL (>10 mmol) and the EAS/ESC 2011 guidelines state that actions to prevent acute pancreatitis are mandatory (Catapano et al. 2011). According to the EAS/ESC 2011 guidelines, hypertriglyceridemia is the cause of approximately 10% of all cases of pancreatitis, and development of pancreatitis can occur at TG levels between 440-880 mg/dL.

Based on evidence from clinical studies demonstrating that elevated TG levels are an independent risk factor for atherosclerotic CVD, the guidelines from both the National Cholesterol Education Program Adult Treatment Panel III (NCEP 2002) and the American Diabetes Association (ADA 2008) recommend a target TG level of less than 150 mg/dL to reduce cardiovascular risk. The NCEP treatment strategy for elevated TG depends on the causes of elevation and severity. While therapeutic life-style changes (change in diet, alcohol restriction, weight reduction, and increased physical activity) are the first steps in lowering TG, pharmacologic therapy is used when life-style changes are not sufficient. Several drug classes routinely used to lower LDL-C (statins, nicotinic acid, and fibrates) also reduce TG and apoC-III levels; however, the mechanisms for these effects are not well understood. Statins lower plasma TG by 7-30% while nicotinic acid and fibrates reduce TG by 20-50% (Ooi et al. 2008). One prescription omega-3 fatty acids (fish oil) product has been approved by the FDA for the treatment of patients with very high TG (>500 mg/dL) and is reported to lower TG by an average of 40% or more, depending on baseline TG levels.

Despite the pharmacologic agents available to lower TG, many patients still have TG levels well above the recommended levels even on maximally tolerated statins. In addition, the first-line TG-lowering agents are occasionally associated with undesirable side effects (e.g., flushing and worsening of glucose control with nicotinic acids, taste perversion or fishy aftertaste with omega-3 fatty acids). Additionally, when combining statins with fibric acid derivatives, there is increased risk for myopathy which can lead to rhabdomyolysis (NCEP 2002). Lipoprotein lipase (LPL) gene therapy is developed but remains an experimental treatment targeting familial chylomicronemia due to complete LPL deficiency only (Gaudet et al. 2010). Alternative, well tolerated treatment strategies are needed that can lower TG. ApoC-III is a key inhibitor of the activity of LPL, a key enzyme involved in TG metabolism, and therefore targeting apoC-III constitutes a potentially viable strategy for reducing plasma TG levels. Through a novel, apoC-III lowering mechanism of action, ISIS 304801 may provide the potential to better manage TG levels in patients where the currently available treatments are not adequate.

## 2.2 ApoC-III

ApoC-III is synthesized mainly in the liver and plays a pivotal role in regulating plasma TG levels (Chan et al. 2008). It is an essential constituent of circulating apoB-containing lipoprotein particles rich in TG (e.g., CM and VLDLs), as well as HDL. ApoC-III inhibits LPL-catalyzed hydrolysis of TG-rich lipoproteins (TRL) and their apoE-mediated uptake by the liver. In addition, a recent report supports a role for apoC-III in hepatic VLDL production (Sundaram et al. 2010). Thus, elevated apoC-III, results in both increased production of VLDL in the liver and delayed LPL mediated clearance of TRL from plasma with consequent development of hypertriglyceridemia.

## 2.3 Therapeutic Rationale

There is a strong body of evidence to indicate that elevated plasma TG is a risk factor for cardiovascular disease (CVD) (Brewer 1999; NCEP 2002) and severely elevated levels are associated with an increase risk of acute pancreatitis (Toskes 1990; Gaudet et al. 2010; Catapano et al. 2011; Tremblay et al. 2011). Results from several clinical studies have also demonstrated the importance of apoC-III as a predictor of CVD outcomes (Ooi et al. 2008); one study reported that the concentration of apoB particles containing apoC-III was a stronger

predictor of CVD than TG levels (Sacks et al. 2000). In addition, recent reports indicate that apoC-III is a multifunctional protein that not only regulates the metabolism of TRL but also plays a role in endothelial dysfunction and inflammation, thereby further increasing the risk for atherosclerotic CVD (Kawakami et al. 2006; Caron and Staels 2008; Kawakami et al. 2008). ApoC-III is increased in patients with dyslipidemia associated with multiple metabolic abnormalities such as insulin resistance and/or metabolic syndrome, conditions where endothelial dysfunction is also found. Human genetic data have demonstrated associations with functional mutations affecting apoC-III gene expression and CVD (Atzmon et al. 2006; Pollin et al. 2008; Petersen et al. 2010). A naturally occurring null mutation in the apoC-III gene (encoding the apoC-III protein) in Old Order Amish individuals was recently reported that confers a favorable lipid profile (lower plasma TG and LDL-C levels) and apparent cardioprotection without any obvious detrimental effects (Pollin et al. 2008). Thus, it has been hypothesized that targeting apoC-III mRNA to reduce hepatic apoC-III expression would decrease plasma TG levels.

## 2.4 ISIS 304801

### *2.4.1 Mechanism of Action*

ISIS 304801 is an antisense drug targeted to human apoC-III mRNA. The binding site for ISIS 304801 lies within the 3′-untranslated region of the apoC-III mRNA transcript at position 489-508 bp, and based on *in silico* analysis, it is not predicted to target any other human gene. The hybridization (binding) of ISIS 304801 to the cognate mRNA results in RNase H-mediated degradation of the apoC-III mRNA, thus inhibiting translation of the protein.

### *2.4.2 Chemistry*

Chemically, ISIS 304801 is a synthetic oligomer of 20 nucleotides (i.e., a 20-mer) that are connected sequentially by phosphorothioate linkages. The nucleotide sequence of ISIS 304801 (Figure 1) is complementary to a 20-nucleotide stretch within 3′-untranslated region of the apoC-III mRNA transcript. Structurally, the oligonucleotide has 3 regions. Two of them, the five nucleotides at the 5′ end and the five nucleotides at the 3′ end, are composed of 2′-*O*-(2-methoxyethyl) (MOE)-modified ribonucleotides. These MOE-modified nucleotides confer (1) increased affinity to the target mRNA (Altmann et al. 1996; McKay et al. 1999), (2) increased resistance to exonucleases and endonucleases (thereby increasing stability in tissue) (Geary et al. 2003), and (3) amelioration of some of the high dose toxicities thereby resulting in an improved safety profile compared to first generation antisense drugs containing phosphorothioate modified oligodeoxynucleotides (DNA) (Henry et al. 2000). The third region, the central portion of the oligonucleotide, is composed of ten oligodeoxynucleotides. This chimeric design is called a MOE-Gapmer, and ISIS 304801 employs this chimeric structure to enable use of the RNase H-mechanism for antisense activity. This is because while the 2′-MOE modification confers increased stability and affinity, it does not support RNase H catalysis of RNA hybridized to 2′-MOE-modified nucleotides (McKay et al. 1999). This is caused by conformational changes induced in the heteroduplex by 2′-alkoxy:RNA hybrids that are not recognized by RNase H enzymes (Inoue et al. 1987; Monia et al. 1993). By limiting the 2′-MOE modification to nucleotides flanking the phosphorothioate oligodeoxynucleotide core, the beneficial attributes of the 2′-MOE chemistry are preserved while also retaining RNase H recognition.




**Figure 1** **Design of Chimeric 2′-MOE Phosphorothioate Oligonucleotides (MOE-Gapmer). The Sequence of ISIS 304801 is Shown**

## 2.5 Preclinical Studies

Pharmacologic effects of ISIS 304801 were studied in rodents and non-human primates. The sequence to which ISIS 304801 hybridizes is identical for human and cynomolgus monkeys, but is different in rodents. Human apoC-III transgenic mice were used as a model to test the pharmacologic effects of ISIS 304801 while species-specific apoC-III antisense oligonucleotides (ASOs) were used in other rodent models.

In human apoC-III transgenic mice, the ED50 values for reductions in human apoC-III hepatic mRNA, plasma apoC-III protein and TG were 11.6, 31.7 and 28.9 mg/kg/week, respectively, following twice-weekly intraperitoneal (IP) injection with ISIS 304801 for 2 weeks. Administration of ISIS 440726, an ASO targeted to murine apoC-III, significantly reduced hepatic apoC-III mRNA in 3 murine models [wild-type C57BL/6 mice on chow and Western diets, and *ob/ob* (obese) mice on a normal chow diet] in a dose dependent manner. Reductions in circulating apoC-III protein and TG were also observed in wild-type and *ob/ob* mice with this dosing regimen. Post-prandial hypertriglyceridemia following a high fat challenge in wild-type mice was improved with once weekly IP administration of the murine-specific ASO. In the fructose-fed rat model of hypertriglyceridemia, treatment with ISIS 353982, a rat-specific apoC-III ASO, significantly reduced hepatic apoC-III mRNA and plasma TG compared to saline. In addition, this treatment was more effective than daily oral treatment with fenofibrate at the same dose level.

Species-specific apoC-III ASOs also reduced hepatic apoC-III mRNA and plasma TG in lean hamsters and cynomolgus monkeys, species whose lipoprotein metabolism more closely resembles humans. Administration of a hamster-specific ASO, ISIS 352952, significantly reduced hepatic apoC-III mRNA and plasma TG levels compared to saline. Treatment of monkeys with ISIS 304801 resulted in significant reductions in hepatic apoC-III mRNA, plasma apoC-III protein and TG compared to saline treatment for the same period.

Plasma and tissue pharmacokinetics were assessed in mice and monkeys as part of the nonclinical toxicology studies. Similar to other second generation ASOs, ISIS 304801 was extensively cleared within hours from plasma and distributed to tissues after subcutaneous (SC) and intravenous (IV) administrations. ISIS 304801 distributed extensively to kidney and liver in

both mice and monkeys. In the monkey, tissue terminal elimination half-lives ranged from approximately 12.5 to 18.9 days in kidney and liver, respectively, consistent with the plasma elimination half-life (12.7 days).

In nonclinical toxicology studies, the primary findings in both mice and monkeys were the presence of minimal to moderate basophilic granules in tissues, indicative of oligonucleotide cellular uptake and minimal to mild pro-inflammatory effects in the mouse that occurred in a dose-dependent manner. Additional findings were observed at doses ≥40 mg/kg/wk, which are much greater than those intended for clinical testing. Based on 13 weeks of nonclinical toxicity testing, the no adverse effect level (NOAEL) for ISIS 304801 was determined to be at least 12 mg/kg/week. The clinical dose range in this study of 100 to 300 mg/week (approximately 1.4 to 4.3 mg/kg body weight in a 70 kg patient) ranges from approximately 9 to approximately 3 fold below the NOAEL.

## 2.6 Clinical Experience

In a double-blind, single and multiple ascending-dose (SAD and MAD) Phase 1 study, healthy subjects, 18 to 55 years, were randomly assigned in a 3:1 ratio to receive ISIS 304801 or placebo (normal saline) administered as single or multiple SC injections at 50, 100, 200, and 400 mg (n=4/cohort). MAD cohort subjects received 6 doses over 4 weeks (a loading regimen of 3 doses the first week followed by once weekly dosing for 3 weeks).

There were no permanent or temporary discontinuations due to ISIS 304801 related adverse events (AEs) and no serious adverse events (SAEs). The most commonly reported adverse events (>20% of ISIS 304801 treated subjects) were injection site reactions (52% of ISIS 304801 treated versus 0% of placebo treated subjects), C-reactive protein increase (32% versus 0%), and somnolence (20% versus 0%). All of these common adverse events were mild (except for 1 moderate injection site reaction) and recovered. Overall, ISIS 304801 was well tolerated and there were no safety concerns up to the highest dose level of 400 mg SC, given for 6 doses.

Pharmacokinetic results showed time to maximum plasma concentrations ($T_{max}$) was between 2 and 4 hours, depending upon dose. Maximum plasma concentrations ($C_{max}$) were dose-dependent over the studied dose range, the terminal elimination half life ranged from a mean of 11.7 to 29.6 days over the doses tested, with a mean half life overall of 17.5 days.

Pharmacodynamic results showed dose-dependent sustained reductions in total apoC-III and TG levels. Median percent change from baseline values in the 50, 100, 200 and 400 mg multiple-dose groups showed reductions of total apoC-III of 20, 17, 71, and 78% and of TG of 20, 25, 43, and 44%, respectively, 1 week after the last dose. Reductions were sustained for at least 4 weeks after the last dose in the higher dose groups, consistent with the drug's long terminal elimination half-life. In addition, LDL-C values did not change while HDL-C values tended to increase in a dose-dependent manner.

## 2.7 Rationale for Dosages and Schedule of Administration

Estimation of clinical doses for an antisense drug is less difficult than for most drugs in preclinical development. Variables that are normally encountered at this stage of development are reduced by the predictability of the pharmacokinetics of ASOs and the cumulative experience with other drugs in this class. The pharmacokinetics and disposition of many drugs in this class

have been characterized and there are remarkable similarities from sequence to sequence and across species. In particular, the plasma pharmacokinetics for ASOs in monkeys has been highly predictive of those in man, which has been validated in the clinical experience of ISIS 304801 to date. Because distribution to tissues is the dominant mechanism for plasma clearance, it can be assumed that plasma pharmacokinetic similarities translate into similarities in tissue distribution. This assumption is supported by the knowledge that patterns of tissue distribution for oligonucleotides are similar in mice, rats, rabbits, dogs and monkeys. Thus, it is possible to predict dose regimens on the basis of concentrations at the primary site of activity, the liver. Additionally, ASOs are hydrophilic and distribute predominantly to the lean body mass and in our experience they should be administered as a fixed dose, rather than by total body weight (Geary et al. 2003; Yu et al. 2007).

Doses of 100, 200, and 300 mg administered SC once weekly were selected for this study because results from the CS1 clinical study showed a satisfactory safety profile with substantial pharmacodynamic effects in this dose range. Because the pharmacodynamic effects were not remarkably different between the 200 and 400 mg doses in the CS1 study and because of the longer treatment regimen to be tested in this study, 300 mg was selected as the maximum dose. Due to the long terminal elimination half life of ISIS 304801 (average 17.5 days over the range of doses tested), the treatment duration is 13 weeks so that the efficacy endpoint can be evaluated when drug tissue levels are expected to be at > 90-% of steady-state levels. Based on a 19 day elimination half life in monkey tissues and a once a week dosing regimen, time to approximately 90% of steady state is estimated to be about 9 weeks. The 13-week treatment duration is supported by the ISIS 304801 13-week nonclinical toxicology study (see Investigator's Brochure) and by previous long term weekly clinical dosing studies with several other 2′-MOE-modified ASOs (Chi et al. 2008; Akdim et al. 2010; Raal et al. 2010).

# 3. INVESTIGATIONAL PLAN

## 3.1 Study Design

This is a randomized, double-blind, placebo-controlled, dose response study to evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apoC-III levels. Ninety six (96) patients are planned for this study. For cohorts with patients not on TG-lowering therapy, there will be 24 patients planned per dose cohort (100, 200, 300 mg) with 18 ISIS 304801 (active) and 6 placebo patients per cohort. For cohorts with patients on a stable dose of fibrate, there will be 12 patients planned per cohort (200, 300 mg) with 8 active and 4 placebo patients per cohort.

Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).

Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.

Patients will receive 13 doses of Study Drug administered by SC injection once a week for 13 weeks (Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85).

For an individual patient, the participation period consists of a ≤8-week screening period, (which includes a 4-week tight diet control run-in qualification period), a 1-week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 35 weeks of study participation. Concomitant medications and AEs will be recorded throughout all periods of the study.




**Figure 2 Study Design for ISIS 304801–CS2**

**<u>Screening/Diet Run-in</u>: Patients will be placed on a tightly controlled diet for the duration of study participation. After 28 days on the controlled diet, patients will have baseline measurements and be assessed for qualification of enrollment into the treatment phase of the study. <u>Enrollment/Randomization</u>: Eligible patients not on TG-lowering therapy will be enrolled equally into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in Group 2 will be randomized equally to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo). Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. <u>Treatment</u>: Patients will receive 13 doses of Study Drug administered by SC injection once a week for 13 weeks. <u>Post-treatment Evaluation</u>: Patients will be followed until Study Day 176.**

### 3.2 Number of Patients

Ninety six (96) patients are planned for this study. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 120 patients.

## 4. PATIENT ELIGIBILITY

### 4.1 Inclusion Criteria

Patients must meet all of the following criteria to be eligible:

1. Must give written informed consent to participate in the study (signed and dated) and any authorizations required by law
2. Patients not on TG-lowering therapy with fasting TG ≥500 mg/dL (5.65 mmol/L) and patients on a stable well controlled dose of fibrate, for at least 30 days prior to screening that is not anticipated to change during the study period, with fasting TG ≥225 mg/dL (2.5 mmol/L) at screening
3. Fasting TG ≥350 mg/dL (4.0 mmol/L) and ≤2000 mg/dL (22.6 mmol/L) after 4-wk tight diet control run-in
4. Age ≥18 years at time of informed consent
5. Satisfy one of the following:
   a. Females: must be non-pregnant and non-lactating; surgically sterile, post-menopausal, abstinent, or if engaged in sexual relations of child-bearing potential, patient is using an acceptable contraceptive method (refer to Section 7.6.1) for four weeks prior to, during, and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks).
   b. Males: must be surgically sterile, abstinent or if engaged in sexual relations of child-bearing potential, patient is utilizing an acceptable contraceptive method (refer to Section 7.6.1) during and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks).

### 4.2 Exclusion Criteria

Patients meeting any of the following criteria are not eligible for the study:

1. Diabetes mellitus (i.e., fasting glucose >7.0 mmol/L or taking anti-diabetic agents)
2. Body mass index (BMI) >35 $kg/m^2$
3. Familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II deficiency (type I dyslipidemia)

4. Any of the following laboratory values at screening
   a. Hepatic:
      - Total bilirubin >upper limit of normal (ULN)
      - ALT >1.7 x ULN
      - AST >1.7 x ULN
   b. Renal:
      - Urine protein or blood persistently positive by dipstick
      - Estimated creatinine clearance calculated according to the formula of Cockcroft and Gault <60 mL/min
   c. Clinically significant abnormalities on laboratory examination
5. History of bariatric surgery or currently on weight loss drugs
6. Uncontrolled hypertension (BP >160/100)
7. Primary hypothyroidism (screening TSH > ULN and free T4 < LLN), primary subclinical hypothyroidism (screening TSH > ULN and free T4 WNL), secondary hypothyroidism (screening TSH < LLN and free T4 < LLN)
8. Clinically significant abnormalities in medical history (e.g., acute or unstable cardiac ischemia within 6 months of screening or major surgery within 3 months of screening) or physical examination which, in the opinion of the investigator, would make the patient unsuitable for inclusion in the study
9. Prior malignancies except successfully treated in situ cervical carcinoma, basal or squamous cell carcinoma of the skin
10. Active infection requiring systemic antiviral or antimicrobial therapy unless treatment is expected to be completed prior to first dose
11. Recent history of alcohol or substance abuse or unwillingness to limit alcohol consumption to within moderate limits for the duration of the Study as follows (or per Site Investigator judgment): maximum of 2 alcoholic beverages (20 g) per day and ≤8 drinks (80 g) per week for males; maximum of 1 alcoholic beverage (10 g) per day and ≤4 drinks (40 g) per week for females
12. Known history or positive at time of screening for HIV, HCV, or chronic HBV infection
13. On oral contraceptives or hormone replacement therapy or statins unless on a stable regimen for at least 3 months prior to dosing and will remain on a stable regimen for the duration of the study
14. Group 1 and 2 patients: unable to discontinue use of systemic corticosteroids, fibrates, niacin, fish oil or other products containing omega-3 fatty acids, at least 6 weeks prior to dosing. Group 3 patients: use of systemic corticosteroids, niacin, fish oil or other products

containing omega-3 fatty acids unless on stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period

15. Use of topical corticosteroids, anticoagulants, or drugs or dietary supplements (not described in Exclusion Criteria #14) with potential lipid-altering effects unless on stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period
16. Treatment with another Study Drug, biological agent, or device within one month of screening, or 5 half-lives of study agent, whichever is longer
17. Previous participation in an investigational study involving systemic administration of an oligonucleotide within nine months of screening
18. Unwillingness to comply with study procedures, including follow-up, as specified by this protocol, or unwillingness to cooperate fully with the Investigator
19. Blood donation of 50 to 499 mL within 30 days of screening or of >499 mL within 60 days of screening
20. Any other conditions which, in the opinion of the investigator, would make the patient unsuitable for inclusion, or could interfere with the patient participating in or completing the study

# 5. PATIENT ENROLLMENT

Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2).

Eligible patients on a stable dose of fibrate will be enrolled into Group 3.

## 5.1 Randomization

Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).

Patients in Group 3 will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.

The Sponsor (or designee) will prepare the randomization lists. The placebo patients in each dose cohort will be dosed according to the same timetable and with the same injection volume. The unblinded pharmacist (or qualified delegate) preparing the dosing solutions will be the only member of study staff to know which patient is receiving placebo in each dose cohort. Extensive PK / post-prandial assessment groups, and dose cohort assignments will not be blinded.

## 5.2 Visit Days and Windows

Patients must complete the treatment visits on Day 1 ± 0 days and on Day 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85 within ± 1 day. Patients in the extensive PK group must also visit the clinic on Day 2 and 86 ± 0 days relative to Day 1 and 85, respectively, for the 24 hour blood draw. Patients must complete the follow-up visits on Day 92 and 99 within ± 1 day, Day 127 within ± 3 days, and Day 176 within ± 5 days of the scheduled visit date. Patients in the post-prandial assessment group must also visit the clinic on Day 103 within ± 2 days and on the day following the Day 103 visit for the 24 hour blood draw.

## 5.3 Withdrawal of Patients

Patients have the right to withdraw from the study at any time and for any reason without prejudice to his or her future medical care by the physician or at the institution.

Any patient who withdraws consent to participate in the study will be removed from further treatment and/or study observation immediately upon the date of the request. Patients should be encouraged to complete all follow-up study procedures and observations or at minimum the Early-Treatment-Termination (Study Day 92) procedures (see Appendices A, B, and C).

The Site Investigator may discontinue a patient from the trial if in his/her judgment continuation in the study may prove harmful to the patient or if the patient is not compliant with the protocol.

Reasons for removal from the study may include but are not limited to:

- Adverse event
- Site Investigator judgment
- Significant protocol deviation
- Lost to follow-up
- Withdrawal of consent
- Death

The Site Investigator must notify the Sponsor by phone within 24 hours of patient withdrawal (the reason for, and dates of withdrawal must be documented in the electronic Case Report Form (eCRF)).

If the patient withdraws due to an AE, the Site Investigator should strongly encourage the patient to have follow-up visits until the AE has resolved or stabilized.

## 5.4 Replacement of Patients

At the discretion of the Sponsor, additional patients (up to a total of 120 patients randomized and dosed (i.e., Safety Set)) may be added to replace any patients withdrawn before receiving 9 doses of Study Drug and all follow-up procedures including, if applicable, the second extensive PK (i.e., Day 85 and 86) or post-prandial (i.e., Day 103 and 104) assessments, unless the Site Investigator and Sponsor Medical Monitor agree that this should not be done for reasons of

safety. Each additional patient will be assigned to the same randomization block as the patient that is being replaced.

### 5.5 Unblinding of Treatment Assignment

Due to the drug's long terminal elimination half-life, and hence relatively long follow-up period, the Sponsor will unblind the treatment assignments for each cohort upon completion of dosing to perform the primary analysis. However, the Sponsor Clinical Trial Manager and Medical Monitor or designees, all patients, monitors, and site personnel related to the conduct of the study, except for the unblinded pharmacist (or qualified delegate) who prepares the Study Drug and an unblinded pharmacy monitor separate from the study monitor, will remain blinded to the patient's treatment assignment throughout the study. These same procedures will be followed if an interim analysis is performed. The Site Investigator, however, will have the ability to unblind the treatment assignment, for safety reasons, for patients enrolled in this study. The Sponsor will be informed of the unblinding of a patient within 24 hours. An unblinded randomization schema will be maintained securely at the Study Center and the Sponsor's Quality Assurance Department. The treatment assignment should only be unblinded when the patient has suffered a Serious Adverse Event (see Section 9.3.3), and/or when knowledge of the treatment assignment will impact the clinical management of the patient. Every reasonable attempt should be made to complete the post-treatment evaluation procedures prior to unblinding, as knowledge of the treatment arm could influence patient assessment.

### 5.6 Study Termination

Both the Sponsor and the Site Investigator reserve the right to terminate the study, according to the terms of the study contract. The Site Investigator should notify the Institutional Review Board (IRB)/Independent Ethics Committee (IEC) in writing of the trial's completion or early termination and send a copy of the notification to the Sponsor or designee.

## 6. STUDY DRUG

### 6.1 ISIS 304801

A solution of ISIS 304801 (200 mg/mL, 1.0 mL) contained in 2-mL stoppered glass vials will be provided. ISIS 304801 is manufactured by Isis Pharmaceuticals, Inc., Carlsbad, California, USA. The drug product and its storage and preparation instructions will be provided by the Isis Pharmaceuticals. ISIS 304801 must be stored securely at 2 to 8° C and protected from light.

### 6.2 Placebo

The placebo for this study is 0.9% sterile saline and will be provided by the Study Center.

### 6.3 ISIS 304801 Packaging, Labeling and Drug Accountability

Isis Pharmaceuticals, Inc. will provide the Site Pharmacists with packaged ISIS 304801 labelled in accordance with specific country regulatory requirements.

### 6.4 Study Drug Administration

ISIS 304801 solution and placebo will be prepared by an unblinded pharmacist (or qualified delegate). Please refer to the Study Drug manual for additional details. Vials are for single-use

only. A trained professional, blinded to the identity of the drug, will administer the Study Drug. Study visits that require only Study Drug administration, vital signs, adverse events, concomitant medication usage recording, and diet/alcohol counseling and monitoring may be conducted at a remote location (e.g., the patient's home) if travel to the study center is unduly burdensome for a patient. The Study Drug will be administered as a SC injection in the abdomen, thigh, or outer area of the upper arm on each dosing day. Dosing should be rotated among the anatomical locations (abdomen, thighs or arms) for each individual patient during the dosing period (avoiding areas of excessive rubbing such as the belt line). Doses will be administered as a single SC injection. Doses of 300 mg may be administered as two equal volume noncontiguous SC injections if there are tolerability issues with receiving the dose as a single SC injection. Please refer to the Study Drug manual for more detailed instructions for Study Drug preparation and administration.

### 6.5 Drug Accountability

The unblinded pharmacist (or qualified delegate) is required to document receipt, dispensing and return of ISIS 304801 supplies. Drug accountability documentation and all used and unused ISIS 304801 vials must be returned to Isis Pharmaceuticals or designee.

### 6.6 Concomitant Medications

Throughout the study, Site Investigators or designated licensed physicians involved in the study may prescribe concomitant medications or treatments deemed necessary for AEs or to provide adequate supportive care.

No lipid lowering therapies (e.g., fibrates, niacin, fish oil or other products containing omega-3 fatty acids), or systemic corticosteroids may be started (Groups 1 and 2) or adjusted (Group 3) after screening and doses of existing oral contraceptives, hormone replacement therapy, topical corticosteroids, anticoagulants, or drugs or dietary supplements with potential lipid-altering effects should not be adjusted.

Study patients are prohibited from receiving other experimental agents during the study. This includes marketed agents at experimental dosages that are being tested for the treatment of hypertriglyceridemia.

All concomitant medications/treatments and significant non-drug therapies (including supplements and assistive devices) received by a patient must be recorded in the patient's source documents and CRF.

Patients should consult with the Site Investigator or designee prior to initiating any new medication, including non-prescription compounds or any other non-drug therapy.

## 7. STUDY PROCEDURES

For an individual patient, the participation period consists of a ≤8-week screening period (which includes a 4-week tight diet control run-in qualification period), a -week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 35 weeks of study participation. Concomitant medications and any AEs will be recorded throughout all periods of the study.

### 7.1 Screening Plus Tight Diet Control Run-In Qualification and Randomization Period (Study Day ≤-63 to Study Day -1)

Patients who give written informed consent will undergo a medical history and physical examination including vital signs, 12-lead electrocardiogram (ECG), determination of concomitant medications, and have blood and urine samples taken for clinical laboratory testing (Appendix A). Females who are of childbearing potential will have a pregnancy test at screening and again during the post tight diet control study qualification period. Patients will be placed on a tightly controlled diet for the duration of study participation. After 28 days on the controlled diet, patients will have baseline measurements and be assessed (Appendix A) for qualification of enrollment into the treatment phase of the study. Patients who meet the enrollment criteria following diet run-in will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2) and randomized as described in Section 5.1.

Preceding the visit that includes a blood draw for pharmacodynamic measurements (Day -8) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit (to ensure equal moderation of fat intake, per patient), after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding this clinic visit.

### 7.2 Treatment Period (Study Day 1 to Study Day 85)

Randomized patients will receive a total of 13 doses of Study Drug (Appendix A). Study Drug will be administered by SC injection on Study Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85.

Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 1, 8, 15, 29, 43, 57, 71, and 85), patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit, after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits.

Blood will be collected for measurement of total apoC-III and other pharmacodynamic markers on Days 1, 8, 15, 29, 43, 57, 71, and 85 (prior to Study Drug administration). Patients in the post-prandial assessment group will have blood drawn for pharmacodynamic measurements on Day -1, pre-liquid meal, and not on Day 1. Patients will meet with a dietician or study staff member at each visit and compliance to diet and alcohol restrictions will be monitored and the importance of continuing compliance will be reinforced to the patient. Safety and clinical laboratory evaluations as well as blood sampling for PK analysis and post-prandial assessments (in a subset of patients) will be performed periodically throughout the treatment period (Appendices A, B, C, and D).

*<u>Postprandial Assessment (Appendix D)</u>:* Patients in the post-prandial assessment group will consume standardized pre cooked meals (lunches and dinners (provided) and instructions for breakfasts and snacks) for the 2 days prior to the post-prandial evaluations. Patients will remain fasted after consuming the standardized pre-cooked meal for the dinner on the evening prior to their visit. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. On each of the post-prandial evaluation days, following the blood draws, patients will consume a standardized liquid meal (which represents about a third of the daily caloric requirements) with a stable radioisotope tracer, followed by an 8 hour radioisotope infusion and serial blood sampling.

Patients will receive a standardized pre-cooked meal 9 hrs after consuming the liquid meal, after which they will fast until the 24 hour blood draw the following day.

*Extensive PK Assessment (Appendix C)*: In addition to trough sample collection, patients in the extensive PK assessment group will undergo serial blood sampling for 24 hrs after their first (Day 1-2) and last (Day 85-86) dose of Study Drug.

## 7.3 Post-treatment Evaluation Period (Study Day 86 to Study Day 176)

Patients will be followed until Study Day 176. During this time, patients will return to the study center for outpatient clinic visits on Study Days 92, 99, 127, and 176 (and Day 103 for patients in the post-prandial assessment group) for safety and clinical laboratory evaluations (blood draws), diet counseling and monitoring, concomitant medication usage recording, and AE event collection. Blood samples for PK and PD analysis will be collected periodically throughout the post-treatment evaluation period (Appendices A, B, and C). Post-prandial assessments will be done in a subset of patients (Appendix D).

Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 92, 99, 127, and 176) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit, after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits.

## 7.4 Laboratory Analytes

Laboratory measurements of serum chemistry, urinalysis, coagulation, complement, hematology, immune function, thyroid function, and full lipid panel will be performed at the times shown in the Schedule of Procedures (Appendix A). The analytes within these panels are shown in Appendix B.

## 7.5 Pharmacokinetics Specimen Collection

Plasma specimens will be collected as shown in Appendix A (Schedule of Procedures) and Appendix C (Pharmacokinetic Sampling Schedule).

## 7.6 Restrictions on the Lifestyles of Patients

### *7.6.1 Contraception Requirements*

All patients of childbearing potential must practice effective contraception during the study and be willing and able to continue contraception for 13 weeks after their last dose of Study Drug.

For the purposes of this study, women not of childbearing potential are defined as:

- Postmenopausal: twelve (12) months of natural (spontaneous) amenorrhea together with FSH confirmation of postmenopausal state or 6 weeks after surgical bilateral oophorectomy with or without hysterectomy
- Permanently sterilized: tubal occlusion, hysterectomy, bilateral salpingectomy

For the purposes of this study, effective contraception is defined as follows:

- For female patients: effective female contraception includes: established use of oral, injected or implanted hormonal methods of contraception; placement of an intrauterine device or intrauterine system; or two barrier methods of contraception (condom and occlusive cap (diaphragm or cervical/vault caps)) with spermicidal foam /gel /film /cream /suppository.
- For male patients: effective male contraception includes a vasectomy with negative semen analysis at follow-up, or the use of condoms together with spermicidal foam/gel/film/cream/suppository. Male patients must also encourage their female partner (of childbearing potential) to use effective contraception during the study and for at least 13 weeks after the patient's last dose of Study Drug. An effective method of contraception for the female partner includes: established use of oral, injected or implanted hormonal methods of contraception; placement of an intrauterine device or intrauterine system; or barrier method of contraception (occlusive cap (diaphragm or cervical/vault caps)) with spermicidal foam/gel/film/cream/suppository.

A female condom and a male condom should not be used together as friction between the two can result in either product failing.

Male patients with partners that are pregnant must use condoms during the study and for at least 13 weeks after their last dose of Study Drug to ensure that the fetus is not exposed to Study Drug.

### *7.6.2 Other Requirements*

During the tight diet control run-in qualification period, patients will be placed on a tightly controlled diet. After 28 days on the diet, patients will be assessed for qualification for study participation. Patients will remain on the tightly controlled diet for the duration of study participation. Diet requirements will be similar to those provided in Health Canada's Food Guide (www.healthcanada.gc.ca/foodguide). Patients will be provided a standardized pre-cooked meal for the dinner (after which they will remain fasted) preceding blood drawing for pharmacodynamic measurements. Alcohol consumption will not be allowed 48 hrs preceding blood drawing for pharmacodynamic measurements. In addition, patients in the post-prandial assessment group will be provided with standardized pre cooked meals (lunches and dinners and instructions for breakfasts and snacks) for the 2 days prior to the post-prandial evaluation day. On the post-prandial evaluation day, patients will consume a standardized liquid meal with a stable radioisotope tracer prior to blood draws. On the post-prandial day, after 9 hours of blood draws, patients will receive a standardized pre-cooked meal after which they will remain fasted until the 24 hour blood draw for pharmacodynamic measurements the following day.

## 8. SAFETY MONITORING AND STOPPING RULES

In addition to the standard monitoring of clinical safety parameters, the following guidelines are provided for the monitoring of selected parameters chosen based on preclinical and clinical observations (see Investigator's Brochure).

Confirmation Guidance: At any time during the study (treatment or post-treatment periods), the initial clinical laboratory results meeting the safety monitoring criteria presented below **must be confirmed** by performing measurements (ideally in the same laboratory that performed the initial measurement) on new specimens. All new specimen collections should take place as soon as possible (ideally within 3 days of the initial collection) and, in any event, no longer than 5 days from the collection that yielded the initial observation. If the initial laboratory result is observed during the treatment period, the results from the retest **must be available** prior to the next scheduled dose of Study Drug (ISIS 304801 or placebo).

Stopping Rule Guidance: If any of the stopping criteria described below are met and are confirmed, the patient will be permanently discontinued from further treatment with Study Drug (ISIS 304801 or placebo), evaluated fully as outlined below and in consultation with the Sponsor Medical Monitor, and will be entered into the post-treatment evaluation portion of the study. In general, patients who do not meet the stopping rules based upon retest may continue dosing. However, the Site Investigator and the Sponsor Medical Monitor should confer as to whether additional close monitoring of the patient is appropriate.

## 8.1 Liver Chemistry Rules

The following rules are adapted from the draft guidance for industry, "Drug-Induced Liver Injury: Premarketing Clinical Evaluation," issued by the U.S. Department of Health and Human Services, Food and Drug Administration, July 2009.

### *8.1.1 Safety Monitoring Rules for Liver Chemistry Tests*

In the event of an ALT or AST measurement that is >3 x ULN at any time during the study (treatment or post-treatment period), the initial measurement(s) should be confirmed as described above. Similarly, confirmatory measurements should also be performed if ALT or AST levels increase to ≥5 x ULN (following the initial meeting of each of those criteria).

Frequency of Repeat Measurements: Patients with confirmed ALT or AST levels >3 x ULN that are continuing to rise should have their liver chemistry tests (ALT, AST, alkaline phosphatase, and total bilirubin at a minimum) retested at least once weekly until levels stabilize or begin to recover. The performance of additional laboratory tests (e.g., INR) should be discussed with the Sponsor Medical Monitor. Thereafter, liver chemistry tests for these patients should be performed at least every 2 weeks until ALT and AST levels become ≤1.2 x ULN or back to Baseline Value if the Baseline Value was >ULN.

Further Investigation into Liver Chemistry Elevations: For patients with confirmed ALT or AST levels >3 x ULN, the following evaluations should be performed:

1. Obtain a more detailed history of symptoms and prior and concurrent diseases
2. Obtain a further history for concomitant drug use (including nonprescription medications, herbal and dietary supplement preparations), alcohol use, recreational drug use, and special diets
3. Obtain a history for exposure to environmental chemical agents and travel

4. Serology for viral hepatitis (HAV IgM, HBsAg, HCV antibody, CMV IgM, and EBV antibody panel)

5. Serology for autoimmune hepatitis (e.g., antinuclear antibody (ANA))

Additional liver evaluations, including gastroenterology/hepatology consults, hepatic CT or MRI scans, may be performed at the discretion of the Investigator, in consultation with the Sponsor Medical Monitor. Repetition of the above evaluations should be considered if a patient's ALT and/or AST levels reach 5 x ULN.

## 8.2 Stopping Rules

### *8.2.1 Stopping Rules for Liver Chemistry Elevations*

In the event of confirmed laboratory results meeting the following criteria, **and the event is without an alternative explanation as discussed with the Sponsor Medical Monitor,** dosing of a patient with Study Drug (ISIS 304801 or placebo) will be stopped permanently:

1. ALT or AST >8 x ULN

2. ALT or AST >5 x ULN at two consecutive weekly measurements (not less than 7 days nor more than 10 days apart) both of which are confirmed. Treatment with Study Drug (ISIS 304801 or placebo) will continue weekly until the second consecutive weekly ALT or AST measurement is confirmed to be >5 x ULN

3. ALT or AST >3 x ULN **and** total bilirubin >2 x ULN

4. ALT or AST >3 x ULN with the appearance of fatigue, nausea, vomiting, right upper quadrant pain or tenderness, fever, rash, and/or concomitant eosinophilia (>5%)

### *8.2.2 Stopping Rules for Renal Function Test Results*

In the event of **confirmed** laboratory results for either of the following criteria, dosing of a patient with Study Drug will be stopped permanently:

- Confirmed serum creatinine increase ≥0.3 mg/dL (26.5 μmol/L) or ≥40% (whichever is greater) above average baseline creatinine values (average of Week -1 and Day 1 or the Week -1 value if Day 1 measurement is not required

- Proteinuria, dipstick 2 + (confirmed by dipstick retest and then further confirmed by a quantitative total urine protein measurement of >1.0 g/24 hr)

The follow-up schedule for any events meeting either of these stopping criteria will be determined by the Site Investigator in consultation with the Sponsor Medical Monitor.

### *8.2.3 Stopping Rule for Platelet Count Results*

In the event of a confirmed platelet count less than 75,000/$mm^3$, dosing of a patient with Study Drug (ISIS 304801 or placebo) will be stopped permanently. The follow-up schedule for any events meeting this stopping criterion will be determined by the Site Investigator in consultation with the Sponsor Medical Monitor.

# 9. SERIOUS AND NON-SERIOUS ADVERSE EVENTS

## 9.1 Sponsor Review of Safety Information

Safety information will be collected, reviewed, and evaluated by the Sponsor or designee in accordance with the Safety Management Plan throughout the conduct of the clinical trial.

## 9.2 Regulatory Requirements

The Sponsor is responsible for regulatory submissions and reporting to the investigators of serious adverse events (SAEs) including suspected unexpected serious adverse reactions (SUSARs) per the International Conference on Harmonization (ICH) guidelines E2A and ICH E6. Country-specific regulatory requirements will be followed in accordance with local country regulations and guidelines.

IRB/ IEC will be notified of any SAE according to applicable regulations.

For the purpose of regulatory reporting of SUSARs, there are no expected adverse events for this study population. For Study Drug expected adverse events refer to the Site Investigator's Brochure.

## 9.3 Definitions

### *9.3.1 Adverse Event*

An adverse event is any unfavorable and unintended sign (including a clinically significant abnormal laboratory finding, for example), symptom, or disease temporally associated with the study or use of investigational drug product, whether or not the AE is considered related to the investigational drug product.

### *9.3.2 Adverse Reaction and Suspected Adverse Reaction*

An adverse reaction is any adverse event caused by the Study Drug.

A suspected adverse reaction is any adverse event for which there is a reasonable possibility that the drug caused the adverse event. A suspected adverse reaction implies a lesser degree of certainty about causality than an adverse reaction.

### *9.3.3 Serious Adverse Event (SAE)*

A serious adverse event is any adverse event that in the view of either the Site Investigator or Sponsor, meets any of the following criteria:

- Results in death
- Is life threatening: that is, poses an immediate risk of death as the event occurred

  An adverse event or suspected adverse reaction is considered "life-threatening" if, in the view of either the Site Investigator or Sponsor, its occurrence places the patient at immediate risk of death. It does not include an adverse event or suspected adverse reaction that, had it occurred in a more severe form, might have caused death.

- Requires inpatient hospitalization or prolongation of existing hospitalization

  Hospitalization is defined as an admission of greater than 24 hours to a medical facility and does not always qualify as an adverse event

- Results in a persistent or significant incapacity or substantial disruption of the ability to conduct normal life functions

- Results in congenital anomaly or birth defect in the offspring of the patient (whether the patient is male or female)

- Important medical events that may not result in death, are not life-threatening, or do not require hospitalization may also be considered serious when, based upon appropriate medical judgment, they may jeopardize the patient and may require medical or surgical intervention to prevent one of the outcomes listed in this definition. Examples of such medical events include allergic bronchospasm requiring intensive treatment in an emergency room or at home, blood dyscrasias or convulsions that do not result in inpatient hospitalization, or the development of drug dependency or drug abuse.

## 9.4 Monitoring and Recording Adverse Events

Any pre-existing conditions or signs and/or symptoms present in a patient prior to the **start** of the study (i.e., before informed consent) should be recorded as Medical History and not recorded as adverse events unless the pre-existing condition worsened. The Site Investigator should always group signs and symptoms into a single term that constitutes a **single unifying diagnosis** if possible.

### *9.4.1 Serious Adverse Events*

In the interest of patient safety, and in order to fulfill regulatory requirements**,** all SAEs (regardless of their relationship to Study Drug) should be reported to the Sponsor or designee within 24 hours of the site's first knowledge of the event. The collection of SAEs will begin after the patient signs the informed consent form and stop at the end of the patient's follow-up period on Study Day 176. When the Site Investigator is reporting by telephone, it is important to speak to someone in person versus leaving a message. An Initial Serious Adverse Event Form should be completed and a copy should be faxed to the Sponsor or designee **(Safety Fax 1-760-268-6500)**.

Detailed information should be actively sought and included on Follow-Up Serious Adverse Event Forms as soon as additional information becomes available. All SAEs will be followed until resolution. SAEs that remain ongoing past the patient's last protocol-specified follow-up visit will be evaluated by the Site Investigator and Sponsor. If the Site Investigator and Sponsor agree the patient's condition is unlikely to resolve, the Site Investigator and Sponsor will determine the follow-up requirement.

### *9.4.2 Non-Serious Adverse Events*

The recording of non-serious AEs will begin after the patient signs the informed consent form and will stop at the end of the patient's follow-up period defined as Study Day 176. The Site

Investigator will monitor each patient closely and record all observed or volunteered AEs on the Adverse Event Case Report Form.

### *9.4.3 Evaluation of Adverse Events (Serious and Non-Serious)*

The Investigator's opinion of the following should be documented:

#### *9.4.3.1 Relationship to the Study Drug*

The event's relationship to the Study Drug is characterized by one of the following:

- **Related:** There is clear evidence that the event is related to the use of Study Drug e.g., confirmation by positive re-challenge test
- **Possible:** The event cannot be explained by the patient's medical condition, concomitant therapy, or other causes, and there is a plausible temporal relationship between the event and Study Drug administration
- **Unlikely/Remote:** An event for which an alternative explanation is more likely (e.g., concomitant medications or ongoing medical conditions) or the temporal relationship to Study Drug administration and/or exposure suggests that a causal relationship is unlikely (For reporting purposes, Unlikely/Remote will be grouped together with Not Related)
- **Not Related:** The event can be readily explained by the patient's underlying medical condition, concomitant therapy, or other causes, and therefore, the Site Investigator believes no relationship exists between the event and Study Drug

#### *9.4.3.2 Severity*

The event's severity is characterized by one of the following:

- **Mild:** The event is easily tolerated by the patient and does not affect the patient's usual daily activities
- **Moderate:** The event causes the patient more discomfort and interrupts the patient's usual daily activities
- **Severe:** The event is incapacitating and causes considerable interference with the patient's usual daily activities

If the event is an SAE, then all applicable seriousness criteria must be indicated (criteria listed in Section 9.3.3).

#### *9.4.3.3 Action Taken with Study Drug*

Action taken with Study Drug due to the event is characterized by one of the following:

- **None:** No changes were made to Study Drug administration and dose
- **Permanently Discontinued:** Study Drug was discontinued and not restarted

- **Temporarily Interrupted, Restarted – Same Dose:** Dosing was temporarily interrupted, stopped or delayed due to the adverse event and restarted at the same dose

#### *9.4.3.4 Treatment Given for Adverse Event*

Any treatment (e.g., medications or procedures) given for the adverse event should be recorded.

#### *9.4.3.5 Outcome of the Adverse Event*

If the event is a non-serious adverse event then the event's outcome is characterized by one of the following:

- **AE Persists:** Patient terminates from the trial and the AE continues
- **Recovered:** Patient recovered completely from the AE
- **Became Serious:** The event became serious (the date the event became serious should be recorded as the Resolution Date of that AE and the Onset Date of the corresponding SAE)
- **Change in Severity (if applicable):** AE severity changed

If the event is a serious adverse event then the event's outcome is characterized by one of the following:

- **Ongoing:** SAE continuing
- **Persists (as non-serious AE):** Patient has not fully recovered but the event no longer meets serious criteria and should be captured as an AE on the non-serious AE eCRF (the SAE resolution date should be entered as the date of onset of that AE)
- **Recovered:** Patient recovered completely from the SAE (the date of recovery should be entered as the SAE resolution date)
- **Fatal:** Patient died (the date of death should be entered as the SAE resolution date)

## 9.5 Procedures for Handling Special Situations

### *9.5.1 Abnormalities of Laboratory Tests*

Clinically significant abnormal laboratory test results may, in the opinion of the Investigator, constitute or be associated with an adverse event. Examples of these include abnormal laboratory results that are associated with symptoms, or require treatment, e.g., bleeding due to thrombocytopenia, tetany due to hypocalcemia, or cardiac arrhythmias due to hyperkalemia. Whenever possible, the underlying diagnosis should be listed in preference to abnormal laboratory values as AEs. Clinically significant abnormalities will be monitored by the Site Investigator until the parameter returns to its baseline value or until agreement is reached between the Site Investigator and Sponsor Medical Monitor. Laboratory abnormalities deemed not clinically significant (NCS) by the Site Investigator should not be reported as AEs. Similarly, laboratory abnormalities reported as AEs by the Site Investigator should not be deemed NCS on the laboratory sheet.

The Site Investigator is responsible for reviewing and signing all laboratory reports. The signed clinical laboratory reports will serve as source documents.

#### *9.5.2 Prescheduled or Elective Procedures or Routinely Scheduled Treatments*

A prescheduled or elective procedure or a routinely scheduled treatment will not be considered an SAE, even if the patient is hospitalized; the study site must document all of the following:

- The prescheduled or elective procedure or routinely scheduled treatment was scheduled (or was on a waiting list to be scheduled) prior to obtaining the patient's consent to participate in the study
- The condition that required the prescheduled or elective procedure or routinely scheduled treatment was present before and did not worsen or progress in the opinion of the Site Investigator between the patient's consent to participate in the study and the timing of the procedure or treatment
- The prescheduled or elective procedure or routinely scheduled treatment is the sole reason for the intervention or hospital admission

#### *9.5.3 Dosing Errors*

Study medication errors should be documented as Protocol Deviations. A brief description should be provided in the deviation, including whether the patient was symptomatic (list symptoms) or asymptomatic, and the event accidental or intentional.

Dosing details should be captured on the Dosing Case Report Form. If the patient takes a dose of Study Drug that exceeds protocol specifications and the patient is symptomatic, then the symptom(s) should be documented as an adverse event and be reported per Section 9.4.

**Should an overdose occur**, the Site Investigator or designee should refer to the Guidance to Investigator's section of the Investigator's Brochure and contact the Sponsor or designee within 24 hours.

#### *9.5.4 Contraception and Pregnancy*

Male patients and female patients of childbearing potential must continue to use appropriate contraception with their partners, or refrain from sexual activity as described in the inclusion criteria (Section 7.6.1).

If a patient becomes pregnant or a pregnancy is suspected, or if a male patient makes or believes that he has made someone pregnant during the study, the patient should immediately inform the study personnel. An Initial Pregnancy Form should be submitted to the Sponsor or designee **within 24 hours** of first learning of the occurrence of pregnancy. Follow-up information including delivery or termination is reported on Follow-up Pregnancy Forms and reported within 24 hours.

Payment for all aspects of obstetrical care, child or related care will be the patient's responsibility.

Female patients: If a suspected pregnancy occurs while on the study (including follow-up), a pregnancy test will be performed. The patient with a confirmed pregnancy will be immediately withdrawn from treatment with Study Drug. However, the patient will be encouraged to complete the post-treatment follow-up portion of the study to the extent that study procedures do not interfere with the pregnancy. Regardless of continued study participation, the study physician will assist the patient in getting obstetrical care and the progress of the pregnancy will be followed until the outcome of the pregnancy is known (i.e., delivery, elective termination, or spontaneous abortion). If the pregnancy results in the birth of a child, the Site and Sponsor may require access to the mother and infant's medical records for an additional 8 weeks after birth.

Male patients: The progress of the pregnancy in a male patient's partner should be followed until the outcome of the pregnancy is known (i.e., delivery, elective termination, or spontaneous abortion). If the pregnancy results in the birth of a child, additional follow-up information may be requested for the mother and infant. Follow-up will be performed to the extent permitted by law and privacy considerations.

# 10. STATISTICAL CONSIDERATIONS

## 10.1 Study Endpoints, Subsets, and Covariates

### *10.1.1 Primary Endpoint*

The primary endpoint is the percent change in fasting total apoC-III levels from Baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 for patients in Group 1 plus 2.

### *10.1.2 Secondary Endpoints*

#### *10.1.2.1 Secondary Pharmacodynamic Endpoints*

Percent change in fasting VLDL apoC-III , TG, apoC-II (total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels.

#### *10.1.2.2 Secondary Safety Endpoints*

- Adverse events
- Vital signs and weight
- Physical examination
- Clinical laboratory tests (serum chemistry, hematology, urinalysis, coagulation, complement, immune function, thyroid function, pregnancy test for women with child bearing potential)
- ECG
- Use of concomitant medication

#### *10.1.3 Tertiary Endpoints*

Post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in the group of patients undergoing post-prandial assessment as appropriate.

### 10.2 Sample Size Considerations

Based upon prior clinical trial experience with ISIS 304801, it is estimated that the standard deviation of the percent change in total apoC-III is approximately 46%. With 18 Group 1 and 2 patients in the pooled placebo cohort and each ISIS 304801 dose cohort, there would be at least 80% power to detect a 45% difference in total apoC-III between each ISIS 304801 dose cohort and pooled placebo cohort at an alpha level of 0.05, assuming 50% reduction in ISIS 304801 dose cohort and 5% in the pooled placebo cohort.

### 10.3 Populations

The Safety Set will include all randomized patients who received at least 1 injection.

The Full Analysis Set, which represents the practically-feasible intent-to-treat (ITT) population as delineated in ICH Guideline E9, will include the subset of the Safety Set with at least 1 post-Baseline total apoC-III measure.

The Per-Protocol Set will include the subset of the Full Analysis Set that have received at least 9 doses of ISIS-304801 or placebo and that have no significant protocol deviations that would be expected to affect efficacy assessments.

### 10.4 Interim Analysis

An unblinded interim analysis may be performed for business planning purposes. However, to ensure patient safety, the adverse events and safety laboratory data will be reviewed by the Sponsor on an ongoing basis. Data will remain blinded during the monthly review.

### 10.5 Planned Methods of Analysis

All eCRF data, lab data transfers, as well as any outcomes derived from the data, will be provided in the patient data listings. Patient data listings will be presented for all patients enrolled into the study.

Descriptive summary statistics including n, mean, median, standard deviation, interquartile range (25th percentile, 75th percentile), and range (minimum, maximum) for continuous variables, and counts and percentages for categorical variables will be used to summarize most data. Where appropriate, p-values will be reported. All statistical tests will be conducted using 2-sided tests with 5% type I error rates unless otherwise stated.

For data summaries and statistical analyses, the placebo patients from all 3 Group 1 and 2 cohorts will be pooled into one cohort. For analyses of Group 3, the placebo patients from both cohorts will be pooled into one cohort.

All PD endpoints will be assessed on the Per-Protocol Set (primary analysis population) and Full Analysis Set. All safety assessments will be performed on the Safety Set.

### *10.5.1 Demographic and Baseline Characteristics*

Demographic and baseline characteristics will be summarized using descriptive statistics by dose cohort and assessment group. Patient randomization will be summarized by dose cohort and assessment group. The patient disposition will be summarized. All patients enrolled will be included in a summary of patient disposition.

### *10.5.2 Safety Analysis*

Treatment duration and amount of Study Drug received will be summarized by dose cohort and assessment group.

All treatment-emergent adverse events and serious adverse events will be summarized for each dose cohort and assessment group using the MedDRATM coding system, by system organ class, preferred term, relationship to Study Drug, and severity. Narratives of deaths, serious and significant adverse events, including early withdrawals due to adverse events, will also be provided.

Laboratory tests to ensure patient safety including chemistry panel, complete blood count with differential, coagulation panel, complement etc., will be summarized by study visits for each dose cohort and assessment group. These safety variables will also be presented as change and percent change from baseline over time after Study Drug administration, as appropriate.

Vital sign and ECG measures will be tabulated by dose cohort and assessment group. In addition, the number of patients who experience abnormalities in clinical laboratory evaluations will be summarized by dose cohort and assessment group.

### *10.5.3 Pharmacokinetic Analysis*

All patients exposed to ISIS 304801 will be included in the PK analysis, and all patients assigned to the extensive PK group will be included in the extensive PK analysis.

Plasma pharmacokinetic parameters and ISIS 304801 concentrations in plasma will be summarized by dose cohort and, when appropriate, by assessment group, using descriptive statistics and, where warranted, presented graphically. The following ISIS 304801 plasma PK parameters (though not necessarily limited to) will be derived from the individual patient concentration vs. time profiles using noncompartmental-based methods and based on actual sampling times as appropriate:

- The maximal observed drug concentration ($C_{max}$)
- The time to reach $C_{max}$ ($T_{max}$)
- The area under the plasma concentration-time curve from zero time (predose) to selected times (t) after the SC administration ($AUC_{0-t}$)
- The apparent terminal half-life ($t_{½}$) if possible

### *10.5.4 Pharmacodynamic Analysis*

The primary analysis will be the comparisons of percent change in fasting total apoC-III levels from baseline (average of Day -8 and pre-dose Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 between ISIS 304801 300 mg Group 1 plus 2 dose cohort and pooled placebo cohort in the Per-Protocol Set. The data will be analyzed using the 2-sample t-test (if data departs substantially from normality, the Wilcoxon Rank Sum test will be used). The primary analysis will take place after all patients in Groups 1 and 2 have completed Day 92 and this database has been locked. The primary pharmacodynamic endpoint will also be assessed (as a secondary end point) in the Full Analysis Set.

Additional secondary pharmacodynamic analyses are:

- Comparisons of percent change in fasting total apoC-III levels from baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 between ISIS 304801 100 mg and 200 mg Group 1 plus 2 dose cohorts vs. pooled placebo Group 1 and 2 cohort. The data will be analyzed using the 2-sample t-test (if data departs substantially from normality, the Wilcoxon Rank Sum test will be used).
- Comparison of percent change from baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) in fasting total apoC-III levels over time between ISIS 304801 Group 1 plus 2 dose cohorts and pooled placebo Group 1 and 2 cohort. Repeated measurement analysis will be performed to analyze the effect over time.
- Comparisons of percent change in VLDL apoC-III, TG, apoC-II (total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels from baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 between ISIS 304801 Group 1 plus 2 dose cohorts and pooled placebo Group 1 and 2 cohort. The data will be analyzed using the 2-sample t-test (if data departs substantially from normality, the Wilcoxon Rank Sum test will be used).
- All of the above analyses will also be done between ISIS 304801 200 mg and 300 mg dose cohorts vs. pooled placebo cohort in Group 3.

The secondary pharmacodynamic endpoints will be assessed in both the Full Analysis and per-protocol populations. Post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels will be analyzed in those patients with data available.

### *10.5.5 Additional Analyses*

Potential relationships between pharmacodynamic and pharmacokinetic measures may also be explored, where deemed appropriate.

# 11. REGULATORY OBLIGATIONS

## 11.1 Informed Consent

The written informed consent document should be prepared in the language(s) of the potential patient population, based on an English version provided by the Sponsor.

Before a patient's participation in the trial, the Site Investigator is responsible for obtaining written informed consent from the patient after adequate explanation of the aims, methods, anticipated benefits, and potential hazards of the study and before any protocol-specific screening procedures or any Study Drugs are administered.

The acquisition of informed consent and the patient's agreement or refusal of his/her notification of the primary care physician should be documented in the patient's medical records, and the informed consent form should be signed and personally dated by the patient and by the person who conducted the informed consent discussion (not necessarily an Investigator). The original signed informed consent form should be retained in accordance with institutional policy, and a copy of the signed consent form should be provided to the patient or legally acceptable representative.

## 11.2 Ethical Conduct of the Study

The Guidelines of the World Medical Association (WMA) Declaration of Helsinki in its revised edition (Washington 2002), the guidelines of current Good Clinical Practice (GCP) as well as the demands of national drug and data protection laws and other applicable regulatory requirements will be strictly followed.

## 11.3 Institutional Review Board (IRB)/Independent Ethics Committee (IEC)

A copy of the protocol, proposed informed consent forms, other written patient information, and any proposed advertising material must be submitted to the IRB/IEC for written approval. A copy of the written approval of the protocol and informed consent forms must be received by the Sponsor before recruitment of patients into the study and shipment of Study Drug.

The Site Investigator must submit and, where necessary, obtain approval from the IRB/IEC for all subsequent protocol amendments and changes to the informed consent documents. The Site Investigator should notify the IRB/IEC of deviations from the protocol or serious AEs occurring at the study center and other AE reports received from the Sponsor in accordance with local procedures.

The Site Investigator will be responsible for obtaining annual IRB/IEC approval/renewal throughout the duration of the study. Copies of the Site Investigator's reports and the IRB/IEC's continuance of approval must be sent to the Sponsor.

## 11.4 Pre-Study Documentation Requirements

The Site Investigator is responsible for forwarding at a minimum the following documents to the Sponsor, or designee, for review before study initiation can occur:

- Signed and dated protocol signature page (Investigator's Agreement)

- Copy of the IRB/IEC approval of the protocol, approved consent forms, and patient information sheet
- Up-to-date curricula vitae of Site Investigator and all study team members
- The IRB/IEC composition and/or written statement that IRB/IEC is in compliance with regulations
- Laboratory normal ranges and documentation of laboratory certification (or equivalent)
- Current Patient/Site Investigator indemnity insurance
- Signed study contract

### 11.5 Patient Confidentiality

The Site Investigator must ensure that the patient's confidentiality is maintained. On the CRFs or other documents submitted to the Sponsor, patients should be identified by their initials and a patient study number only. Documents that are not for submission to the Sponsor (e.g., signed informed consent forms) should be kept in strict confidence by the Site Investigator.

In compliance with federal and local regulations/ICH GCP Guidelines, it is required that the Site Investigator and institution permit authorized representatives of the company and of the federal and local regulatory agencies direct access to review the patient's original medical records for verification of study-related procedures and data. Direct access includes examining, analyzing, verifying, and reproducing any records and reports that are important to the evaluation of the study. The Site Investigator is obligated to inform and obtain the consent of the patient to permit named representatives to have access to his/her study-related records without violating the confidentiality of the patient.

## 12. ADMINISTRATIVE AND LEGAL OBLIGATIONS

### 12.1 Protocol Amendments

Protocol amendments will be issued only by the Sponsor. Agreement from the Site Investigator must be obtained for all protocol amendments and amendments to the informed consent document. The regulatory authority and IRB/IEC must be informed of all amendments and give approval for any amendments likely to affect the safety of the patients or the conduct of the trial. The Site Investigator **must** send a copy of the approval letter from the IRB/IEC to the Sponsor.

### 12.2 Study Termination

Both the Sponsor and the Site Investigator reserve the right to terminate the study, according to the terms of the study contract. The Sponsor, or designee, must notify the regulatory authority and the Site Investigator must notify the IRB/IEC in writing of the trial's completion or early termination and send a copy of the IRB/IEC notification to the Sponsor or designee.

### 12.3 Study Documentation and Storage

The Site Investigator must ensure that all appropriately qualified persons to whom he/she has delegated trial duties are recorded on a Sponsor-approved Delegation of Site Responsibilities Form.

Source documents are original documents, data, and records from which the patient's CRF data are obtained. These include but are not limited to hospital records, clinical and office charts, laboratory and pharmacy records, diaries, imaging, radiographs, and correspondence. In this study, CRFs may not be used as source documents.

The Site Investigator and study staff are responsible for maintaining a comprehensive and centralized filing system of all study-related (essential) documentation, in accordance with Section 8 of the ICH Guidelines (E6), suitable for inspection at any time by representatives from the Sponsor and/or applicable regulatory authorities. Elements must include:

- Patient files containing informed consents, and supporting copies of source documentation
- Study files containing the protocol with all amendments, Investigator's Brochure, copies of pre-study documentation (see Section 10.4), and all correspondence to and from the IRB/IEC and the Sponsor
- If drug supplies are maintained at the Study Center, proof of receipt, Study Drug Product Accountability Record, Return of Study Drug Product for Destruction, Final Study Drug Product Reconciliation Statement, and all drug-related correspondence

In addition, all original source documents supporting entries in the CRFs must be maintained and be readily available.

No study document should be destroyed without prior written agreement between the Sponsor and the Site Investigator. Should the Site Investigator wish to assign the study records to another party or move them to another location, he/she must notify the Sponsor in writing of the new responsible person and/or the new location.

### 12.4 Study Monitoring

The Sponsor representative or designee and regulatory authority inspectors are responsible for contacting and visiting the Site Investigator for the purpose of inspecting the facilities and, upon request, inspecting the various records of the trial (e.g., CRFs and other pertinent data) provided that patient confidentiality is respected.

The Sponsor monitor is responsible for inspecting the CRFs at regular intervals throughout the study to verify adherence to the protocol; completeness, accuracy, and consistency of the data; and adherence to local regulations on the conduct of clinical research. The monitor should have access to patient medical records and other study-related records needed to verify the entries on the CRFs.

The Site Investigator agrees to cooperate with the monitor to ensure that any problems detected in the course of these monitoring visits, including delays in completing CRFs, are resolved.

In accordance with ICH GCP and the Sponsor's audit plans, this study may be selected for audit by representatives from Sponsor's Clinical and Quality Assurance Department (or designees). Inspection of study center facilities (e.g., pharmacy, drug storage areas, laboratories) and review of study-related records will occur to evaluate the trial conduct and compliance with the protocol, ICH GCP, and applicable regulatory requirements.

To ensure the quality of clinical data a clinical data management review will be performed on patient data received by the Sponsor or designee. During this review, patient data will be checked for consistency, omissions, and any apparent discrepancies. In addition, the data will be reviewed for adherence to the protocol and GCP. To resolve any questions arising from the clinical data management review process, data queries and/or site notifications will be sent to the site for completion and return to Sponsor or designee.

The Principal Investigator will sign and date the indicated places on the CRFs. These signatures will indicate that the Principal Investigator inspected or reviewed the data on the CRFs, the data queries, and the site notifications, and agrees with the content.

### 12.5 Language

CRFs must be completed in English. Generic names for concomitant medications should be recorded in English if possible, unless it is a combination drug, then record the Trade name in English.

All written information and other material to be used by patients and investigative staff must use vocabulary and language that are clearly understood.

### 12.6 Compensation for Injury

The Sponsor maintains appropriate insurance coverage for clinical trials and will follow applicable local compensation laws. Patients will be treated and/or compensated for any study-related illness/injury in accordance with the information provided in the Compensation for Injury section of the Informed Consent document.

## 13. REFERENCES

Akdim F, Stroes ES, Sijbrands EJ, Tribble DL, Trip MD, Jukema JW, Flaim JD, Su J, Yu R, Baker BF, Wedel MK, Kastelein JJ. Efficacy and safety of mipomersen, an antisense inhibitor of apolipoprotein B, in hypercholesterolemic subjects receiving stable statin therapy. J Am Coll Cardiol 2010; 55: 1611-1618.

Altmann KH, Fabbrot D, Dean NM, Geigert T, Monia BP, Müller M, Nicklin P. Second generation of antisense oligonucleotides: from nuclease resistance to biological efficacy in animals. Chimia 1996; 50: 168-176.

American Diabetes Association (ADA). Standards of medical care in diabetes. Diabetes Care 2008; 31: S12-S54.

Atzmon G, Rincon M, Schechter CB, Shuldiner AR, Lipton RB, Bergman A, Barzilai N. Lipoprotein genotype and conserve pathway for exceptional longevity in humans. PLoS Biol 2006; 4: e113.

Bickerton AS, Roberts R, Fielding BA, Hodson L, Blaak EE, Wagenmakers AJ, Gilbert M, Karpe F, Frayn KN. Preferential uptake of dietary fatty acids in adipose tissue and muscle in the postprandial period. Diabetes 2007; 56: 168-176.

Brewer HB Jr. Hypertriglyceridemia: Changes in the plasma lipoproteins associated with an increased risk of cardiovascular disease. Am J Cardiol 1999; 83: 3F-12F.

Brisson D, Méthot J, Tremblay K, Tremblay M, Perron P, Gaudet D. Comparison of the efficacy of fibrates on hypertriglyceridemic phenotypes with different genetic and clinical characteristics. Pharmacogenetics & Genomics 2010; 20: 742–747.

Caron S and Staels B. Apolipoprotein CIII. A link between hypertiglyceridemia and vascular dysfunction? Circ Res 2008; 103: 1348-1350.

Catapano A, Reiner Z, De Backer G, Graham I, Taskinen M, Wiklund O, Agewall S, Alegria E, Chapman MJ, Durrington P, Erdine S, Halcox J, Hobbs R, Kjekshus J, Filardi PP, Riccardi G, Storey RF, Wood D. ESC/EAS guidelines for the management of dyslipidaemias The task force for the management of dyslipidaemias of the European Society of Cardiology (ESC) and the European Atherosclerosis Society (EAS). Atherosclerosis 2011; 217S: S1-S44.

Chan DC, Chen MM, Ooi EM, Watts GF. An ABC of apolipoprotein C-III: a clinically useful new cardiovascular risk factor? Int J Clin Pract 2008; 62: 799-809.

Chi KN, Zoubeidi A, Gleave ME. Custirsen (OGX-011): A second-generation antisense inhibitor of clusterin for the treatment of cancer. Expert Opin Investig Drugs 2008; 12: 1955-1962.

Gastaldelli A, Coggan AR, Wolfe RR. Assessment of methods for improving tracer estimation of non-steady-state rate of appearance. J Appl. Physiol 1999; 87: 1813-1822.

Gaudet D, De Wal J, Tremblay K, Déry S, Van Deventer S, Freidig A, Brisson D, Méthot J. Review of the clinical development of alipogene tiparvovec gene therapy for lipoprotein lipase deficiency. Atherosclerosis Supplements 2010; 11: 55-60.

Geary RS, Yu RZ, Watanabe T, Henry SP, Hardee GE, Chappell A, Matson J, Sasmor H, Cummins L, Levin AA. Pharmacokinetics of a tumor necrosis factor-alpha phosphorothiate 2′-*O*-(2-methoxyethyl) modified antisense oligonucleotide: comparison across species. Drug Metabolism and Disposition 2003; 31: 1419-1428.

Hegele RA, Ban MR, Hsueh N, Kennedy BA, Cao H, Zou GY, Anand S, Yusuf S, Huff MW, Wang J. A polygenic basis for four classical Fredrickson hyperlipoproteinemia phenotypes that are characterized by hypertriglyceridemia. Hum Mol Genet 2009; 18: 4189-4194.

Hegele RA and Pollex RL. Hypertriglyceridemia: Phenomics and genomics. Mol Cell Biochem 2009; 326: 35-43.

Henry S, Stecker K, Brooks D, Monteith D, Conklin B, Bennett CF. Chemically modified oligonucleotides exhibit decreased immune stimulation in mice. J Pharm Exp Therap 2000; 292: 468-479.

Inoue H, Hayase Y, Iwai S, Ohtsuka E. Sequence-dependent hydrolysis of RNA using modified oligonucleotide splints and RNase H. FEBS Letters 1987; 215: 327-330.

Kawakami A, Aikawa M, Libby P, Alcaide P, Luscinskas FW, Sacks FM. Apolipoprotein CIII in apolipoprotein B lipoproteins enhances the adhesion of human monocytic cells to endothelial cells. Circulation 2006; 113: 691-700.

Kawakami, A, Osaka M, Tani M, Azuma H, Sacks F, Shimokado K, Yoshida M. Apolipoprotein CIII links hyperlipidemia with vascular endothelial cell dysfunction. Circulation 2008; 118: 731-742.

McKay RA, Miraglia LJ, Cummins LL, Owens SR, Samor H, Dean NM. Characterization of a potent and specific class of antisense oligonucleotide inhibitor of human protein kinase C-alpha expression. J Biol Chem .1999; 274: 1715-1722.

Mittendorfer B, Liem O, Patterson BW, Miles JM, Klein S. What does the measurement of whole-body fatty acid rate of appearance in plasma by using a fatty acid tracer really mean? Diabetes 2003; 52: 1641-1648.

Monia BP, Lesnik EA, Gonzalez , Lima WF, McGee D, Guinosso CJ, Kawasaki AM, Cook PD, Freier SM. Evaluation of 2′-modified oligonucleotides containing 2′-deoxy gaps as antisense inhibitors of gene expression. J Biol Chem 1993; 268: 14514-14522.

NCEP. Third report of the national cholesterol education program (NCEP) expert panel on detection, evaluation, and treatment of high blood cholesterol in adults (Adult Treatment Panel III). Circulation 2002; 106: 3143-421.

Normand-Lauziere F, Frisch F, Labbe SM, Bherer P, Gagnon R, Cunnane SC, Carpentier AC. Increased postprandial nonesterified fatty acid appearance and oxidation in type 2 diabetes is not fully established in offspring of diabetic subjects. PLoS. One 2010; 5: e10956.

Ooi EMM, Barrett PHR, Chan DC, Watts GF. Apolipoprotein C-III: understanding an emerging cardiovascular risk factor. Clinical Science 2008; 114: 611–624.

Petersen KF, Dufour S, Hariri A, Nelson-Williams C, Foo JN, Zhang XM, Dziura J, Lifton RP, Shulman GI. Apolipoprotein C3 gene variants in nonalcoholic fatty liver disease. N Engl J Med 2010; 362: 1082-1089.

Pollin TI, Damcott CM, Shen H, Ott SH, Shelton J, Horenstein RB, Post W, McLenithan JC, Bielak LF, Peyser PA, Mitchell BD, Miller M, O'Connell JR, Shuldiner AR. A null mutation in human APOC3 confers a favorable plasma lipid profile and apparent cardioprotection. Science 2008; 322: 1702-1705.

Raal FJ, Santos RD, Blom DJ, Marais AD, Charng MJ, Cromwell WC, Lachmann RH, Gaudet D, Tan JL, Chasan-Taber S, Tribble DL, Flaim JD, Crooke ST. Mipomersen, an apolipoprotein B synthesis inhibitor, for lowering of LDL cholesterol concentrations in patients with homozygous familial hypercholesterolaemia: A randomized, double-blind, placebo-controlled trial. Lancet 2010; 375: 998-1006.

Sacks FM, Alaupovic P, Moye LA, Cole TG, Sussex B, Stampfer MJ, Pfeffer MA, Braunwald E. VLDL, apolipoproteins B, CIII and E and risk of recurrent coronary events in the cholesterol and recurrent events (CARE) trial. Circulation 2000; 102: 1886-1892.

Sundaram M, Zhong S, Khalil MB, Links PH, Zhao Y, Iqbal J, Hussain MM, Parks RJ, Wang Y, Yao Z. Expression of apolipoprotein C-III in McA-RH7777 cells enhances VLDL assembly and secretion under lipid-rich conditions. J Lipid Res 2010; 51: 150-161.

Toskes PP. Hyperlipidemic pancreatitis. Gastroenterol Clin North Am 1990; 19: 783-791.

Tremblay K, Méthot J, Brisson D, Gaudet D. Etiology and risk of lactescent plasma and severe hypertriglyceridemia. J Clin Lipidol. 2011; 5: 37-44.

Yu RZ, Kim TW, Hong A, Watanabe TA, Gaus HJ, Geary RS. Cross-species pharmacokinetic comparison from mouse to man of a second-generation antisense oligonucleotide, ISIS 301012, targeting human apolipoprotein B-100. Drug Metabolism and Disposition 2007; 35: 460-468.

Yuan G, Al-Shali KZ, Hegele RA. Hypertriglyceridemia: It's etiology, effects and treatment. CMAJ 2007; 176: 1113-1120.

# 14. APPENDICES

# Appendix A Schedule of Procedures

## Appendix A Schedule of Procedures (all procedures are pre-dose unless indicated otherwise)

| | Study Period | Screen/ Run In[a] | Qual Visit[b] | | Treatment D1 to 85 | | | | | | | | | | | | | | Post-Treatment Evaluation D 86 to 176 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Study Week | -9 | -1 | | 1 | | 2 | 3 | 4[c] | 5 | 6[c] | 7 | 8[c] | 9 | 10[c] | 11 | 12[c] | 13 | | 14 | 15 | 16 | | 19 | 26 |
| | Study Day | -63 | -8 | -1[e] | 1 | 2[d] | 8 | 15 | 22 | 29 | 36 | 43 | 50 | 57 | 64 | 71 | 78 | 85 | 86[d] | 92 | 99 | 103[e] | 104[e] | 127 | 176 |
| | Visit Window +/- Days | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 2 | 0 | 3 | 5 |
| | Informed Consent | X | | | | | | | | | | | | | | | | | | | | | | | |
| | Inclusion/Exclusion Criteria | X | X | | | | | | | | | | | | | | | | | | | | | | |
| | Medical History | X | | | | | | | | | | | | | | | | | | | | | | | |
| | Height | X | | | | | | | | | | | | | | | | | | | | | | | |
| | Weight | X | X | | | | | | | | | | | | | | | | | X | | | | | X |
| | Vital Signs | X | X | | X | | X | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | | X | X |
| | Physical Examination | X | | | | | | | | | | | | | | | | | | X | | | | | X |
| | Waist and Hip Circumference | | X | | | | | | | | | | | | | | | | | | | | | | |
| | 12- lead ECG | X | | | X | | | | | | | | | X | | | | | | X | | | | | X |
| | Urinalysis | X | X | | | | X | X | | X | | | | X | | | | | | X | | | | X | X |
| Blood Draw | Chemistry Panel (+ CPK) | X | X | | | | X | X | | X | | | | X | | | | | | X | | | | X | X |
| Blood Draw | CBC with Differential | X | X | | | | X | X | | X | | | | X | | | | | | X | | | | X | X |
| Blood Draw | Serum Lipid Panel[f] (F = full) | TG only | F | F | F | | X | F | | X | | F | | X | | X | | F | | F | X | | | F | F |
| Blood Draw | Coagulation (aPTT, PT, INR) | X | | | X[g] | | | | | | | | | X | | | | X[g] | | | | | | | X |
| Blood Draw | Complement Markers C5A, Bb | | | | X[g] | | X | | | | | | | | | | | X[g] | | X | | | | | |
| Blood Draw | Hepatitis B, C. HIV. TSH. Free $T_4$ | X | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Draw | hsCRP[i] | | | | X | | | | | | | | | | | | | | | X | | | | | X |



EXHIBIT 2
Page 123

## Appendix A Schedule of Procedures (all procedures are pre-dose unless indicated otherwise) *Continued*

| Study Period | Screen/ Run In[a] | Qual Visit[b] | | Treatment D1 to 85 | | | | | | | | | | | | | | Post-Treatment Evaluation D 86 to 176 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study Week** | -9 | -1 | | 1 | | 2 | 3 | 4[c] | 5 | 6[c] | 7 | 8[c] | 9 | 10[c] | 11 | 12[c] | 13 | | 14 | 15 | 16 | | 19 | 26 |
| **Study Day** | -63 | -8 | -1[e] | 1 | 2[d] | 8 | 15 | 22 | 29 | 36 | 43 | 50 | 57 | 64 | 71 | 78 | 85 | 86[d] | 92 | 99 | 103[e] | 104[e] | 127 | 176 |
| **Visit Window +/- Days** | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 2 | 0 | 3 | 5 |
| Blood Draw Cont: PK Sampling | | | | X | X[h] | X | X | | X | | X | | X | | X | | X | X[h] | X | X | | | X | X |
| Blood Draw Cont: Post-prandial Sampling[e] | | | X | X[h] | | | | | | | | | | | | | | | | | X | X[h] | | |
| Blood Draw Cont: ISIS 304801 Antibodies[i] | | | | X | | | X | | | | | | X | | | | | | X | | | | | X |
| Blood Draw Cont: Serum Pregnancy Test[j] | X | X | | | | | | | X | | | | X | | | | | | | | | | | X |
| Study Drug: SC Injection | | | | X | | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | |
| Diet/Alcohol Counseling and Monitoring[k] | X | X | X | X | | X | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | | X | X |
| Outpatient Visit | X | X | X | X | X | X | X | | X | | X | | X | | X | | X | X | X | X | X | X | X | X |
| Adverse Events | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Concomitant Medication Usage | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

a Screening procedures performed and the patient starts the tightly controlled diet
b After 28 days on the controlled diet, patients will have baseline measurements and be assessed for qualification of enrollment and, if qualified, enrolled into the treatment phase of the study and randomized to assessment group, dose cohort, and treatment
c Study visit may be conducted at a remote location (e.g., patient's home), by a trained professional, if travel to the study center is unduly burdensome for the patient
d Extensive PK blood sampling group only (Appendix C)
e Post-prandial assessment group only (Appendix D)
f Lipid profile is conducted pre-dose after an overnight fast. Patients in the post-prandial assessment group will have a full lipid panel on Day -1, pre-liquid meal, and not on Day 1. Lipid panel: X; Full lipid panel: F (Appendix B)
g Pre-dose and 4 hrs
h 24 hour blood draw (pre-dose on dosing days)
i Samples will be collected for potential evaluation. Additional samples may be drawn if clinically indicated
j Females of childbearing potential only
k Weekly calls during diet control run in and every other week, between visits, during follow-up to review diet and reinforce compliance to the diet. Patient to fill in the food diary for 2 days prior to visits when lipids are measured and at the visit the trained professional meets the patient, reviews the food diary, and reinforces compliance to the diet

# Appendix B Clinical Laboratory Assessments

## Appendix B Clinical Laboratory Assessments

Based on emerging data from this or future studies, additional tests not listed below may be performed on stored samples to better characterize the profile of ISIS 304801 or other similar oligonucleotides

For timing of laboratory assessments, see Appendix A

| **Clinical Safety Assessments (Minimum Requirements)** | | | **Other Assessments** | **Efficacy Assessments** |
|---|---|---|---|---|
| **Clinical Chemistry**<br>Sodium<br>Potassium<br>Chloride<br>Bicarbonate<br>Total protein<br>Albumin<br>Total globulin<br>Calcium<br>Phosphorus<br>Glucose<br>Blood urea nitrogen<br>Creatinine<br>Uric acid<br>Lactate dehydrogenase<br>Total, direct, and indirect bilirubin<br>Alkaline phosphatase<br>AST (SGOT)<br>ALT (SGPT)<br>Creatine phosphokinase<br>**Other**<br>hsCRP<br>Hepatitis B, C<br>HIV | **Urinalysis**<br>Color<br>Appearance<br>Specific gravity<br>pH<br>Protein<br>Blood<br>Ketones<br>Urobilinogen<br>Glucose<br>Bilirubin<br>Leukocyte esterase<br>Nitrite<br>Microscopic examination (if abnormal urine dipstick) | **Coagulation**<br>aPTT<br>PT<br>INR<br>**Complement**<br>C5a<br>Bb<br>**Hematology**<br>White blood cell count<br>Red blood cell count<br>Hemoglobin<br>Hematocrit<br>MCV, MCH, & MCHC<br>Platelet count<br>WBC differential (% and absolute)<br>- Neutrophils<br>- Lymphocytes<br>- Monocytes<br>- Eosinophils<br>- Basophils | **Immune Function**<br>Anti ISIS 304801 antibodies<br>**Thyroid Function**<br>Free $T_4$<br>TSH<br>**Pregnancy** (For women of childbearing potential)<br>hCG<br>**Pharmacokinetics**<br>*ISIS 304801 in plasma<br><br>**Plasma PK samples may also be used for other tests such as profiling of drug binding proteins, bioanalytical method validation purposes, stability and metabolite assessments, and/or to assess other actions of ISIS 304801 with plasma constituents* | **Full Lipid Panel****<br>TG<br>ApoC-III (total)<br>ApoC-III (VLDL)<br>ApoC-II (total)<br>ApoC-II (VLDL)<br>ApoB-100<br>ApoA-1<br>ApoA-2<br>ApoE<br>TC<br>LDL-C and LDL-TG<br>VLDL-C and VLDL-TG<br>non-HDL-C and non-HDL-TG<br>HDL-C and HDL-TG<br>CM-C and CM-TG<br>FFA<br>glycerol<br>**Lipid Panel****<br>TG, apoC-III (VLDL and total), apoC-II (total), apo B-100, TC, LDL-C, non-HDL-C, HDL-C<br>**Post-prandial Assessments****<br>See Appendix D<br>***Other lipids, apolipoproteins, and lipoproteins, glycerol, glucose, and insulin may be measured, as needed; at the discretion of the Sponsor, samples will be collected and stored* |

# Appendix C Pharmacokinetic Sampling Schedule

## Appendix C Pharmacokinetic Sampling Schedule

Blood samples for the determination of plasma ISIS 304801 concentrations will be collected prior to dosing, and at various times throughout the dosing period as noted in the tables below. Plasma PK samples may also be used for profiling of drug binding proteins, bioanalytical method validation purposes, stability and metabolite assessments, or to assess other actions of ISIS 304801 with plasma constituents.

### Extensive PK Sampling (Blood) Schedule for Patients in Group 2a

| Study Day | D1 | D2 | D8 | D15 | D29 | D43 | D57 | D71 |
|---|---|---|---|---|---|---|---|---|
| Visit Window +/- Days | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Pre-dose, 0.5, 1, 1.5, 2, 3, 4, 6, 8 and 12 hr post SC injection | 24 hr post dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose |

| Study Day | D85 | D86 | D92 | D99 | D127 | D176 |
|---|---|---|---|---|---|---|
| Visit Window +/- Days | 1 | 0 | 1 | 1 | 3 | 5 |
| | Pre-dose, 0.5, 1, 1.5, 2, 3, 4, 6, 8 and 12 hr post SC injection | 24 hr post dose | 168 +/- 24 hr post dose | 336 +/- 24 hr post dose | 1008 +/- 72 hr post dose | 2184 +/- 120 hr post dose |

### PK Sampling (Blood) Schedule for Patients in Groups 1, 2b, and 3

| Study Day | D1 | D8 | D15 | D 29 | D43 | D57 | D71 |
|---|---|---|---|---|---|---|---|
| Visit Window +/- Days | 0 | 0 | 1 | 1 | 1 | 1 | 1 |
| | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose |

| Study Day | D85 | D92 | D99 | D127 | D176 |
|---|---|---|---|---|---|
| Visit Window +/- Days | 1 | 1 | 1 | 3 | 3 |
| | Pre-dose | 168 +/- 24 hr post dose and pre-prandial | 336 +/- 24 hr post dose | 1008 +/- 72 hr post dose | 2184 +/- 120 hr post dose |

# Appendix D Post-prandial Meal, Sampling Schedule, and Assessment

## Appendix D Post-prandial Meal, Sampling Schedule, and Assessment

Post-prandial assessment for lipoproteins metabolism will be performed using a radiolabelled meal supplemented with a labeled tracer, $^{3}$H-palmitate (300µCi, Perkin Elmer Inc., Woodbridge, ON, Canada), sonicated into the liquid meal. Palmitate is a fatty acid that is a common constituent of any diet. The $^{3}$H-palmitate tracer emits weak radioactivity, equivalent to an X-ray. Since dietary palmitate is incorporated into chylomicrons as they are formed in the enterocytes of the gut, this enables monitoring the appearance and clearance of newly-formed chylomicrons from circulation. The methodology to be applied for studying post-prandial kinetics of chylomicrons appearance and clearance is well-established (Mittendorfer et al. 2003; Bickerton et al. 2007; Normand-Lauziere et al. 2010).

A liquid meal (similar to a milkshake) containing a small amount (300µCi) of radiolabelled fatty acids ($^{3}$H-palmitate) will be provided. The liquid meal will provide about a third of the daily caloric requirements. From 1 hr prior to 9 hrs after the ingestion of the meal, a constant infusion of [U-$^{13}$C]-K palmitate (0.01µmol/kg/min in 100 ml 25% human serum albumin; Cambridge Isotopes Laboratories Inc., Andover, MA) and a primed (1.6 µmol/kg) continuous (0.05 µmol/kg/min) infusion of [1,1,2,3,3-$^{2}$H]-glycerol (Cambridge Isotopes Laboratories Inc.) will be administered as previously described (Normand-Lauziere et al. 2010). Plasma palmitate and glycerol appearance rates will be calculated using Steele's non-steady state equation assuming a volume of distribution of 90ml/kg and 230ml/kg, respectively (Gastaldelli et al. 1999).

Blood samples will be drawn at intervals before and after the ingestion of the radiolabelled meal on days prior to and after the Treatment phase as noted in the table below. A standardized meal will be given to the participants after the 9 hr blood draw. Blood will be collected in tubes containing $Na_2$EDTA and Orlistat (30 µg/ml, Roche, Mississauga, Canada) to prevent *in vitro* triacylglycerol lipolysis and separate samples will be collected in NaF tubes for plasma glucose determination.

### Post-prandial Sampling (Blood) Schedule

| Study Day | D -1 | D1 | D103 | D104 |
|---|---|---|---|---|
| Visit Window +/- Days | 0 | 0 | 2 | 0 |
| | -1 hr pre-prandial, and 0, 1, 2, 3, 4, 5, 6, 7, 8, and 9 hrs post prandial | 24 hrs post-prandial /pre SC injection | -1 hr pre-prandial, and 0, 1, 2, 3, 4, 5, 6, 7, 8, and 9 hrs post-prandial | 24 hrs post-prandial |

The following will be measured:

- Plasma and CM fraction levels for $^{3}$H-tracer
- Plasma [U-$^{13}$C]-K palmitate and [1,1,2,3,3-$^{2}$H]-glycerol appearance rates
- Plasma and CM fraction levels for TG, TC, and apoB
- Plasma, CM, and VLDL fraction levels for apo CIII, apo CII, and apo E
- Plasma levels for glucose and insulin

Plasma samples may also be used for profiling of drug binding proteins, bioanalytical method validation purposes, stability and metabolite assessments, or to assess other actions of ISIS 304801 with plasma constituents.

# Appendix E Group 2 Study Schematic: Extensive PK and Post-prandial Schedule and Procedures

## Appendix E Group 2 Study Schematic: Extensive PK and Post-prandial Schedule and Procedures




*Patients randomized to Group 2b (post-prandial assessment) given standardized meals to consume on Days -3 and -2
**Patients randomized to Group 2b (post-prandial assessment) given standardized meals to consume on Days 101 and 102
At the visits prior to lipid blood draws, all patients will be given standardized dinner to consume the evening before the lipid blood draw
PEA: Primary endpoint analysis
E/R: Enrollment and Randomization (up to 90 patients)

# ISIS PHARMACEUTICALS, INC.

## ISIS 304801-CS2

## A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

**Amendment 2 – 9 August 2012**

**Sponsor:**

Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

# ISIS 304801-CS2

# A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

**Amendment 2 – 9 August 2012**

**Protocol History:**

Original Protocol: 01 November 2011

Amendment 1: 19 April 2012

**Sponsor:**

Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

Walter Singleton, MD
Chief Medical Officer

# ISIS 304801

## Isis Protocol Number ISIS 304801-CS2

## A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

### Protocol Amendment 2

### Clinical Phase: 2

Trial Sponsor: Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010
Phone: + 01 760 931 9200
Fax: + 01 760 603 4650

Key Sponsor Contact: Vickie Alexander, Ph.D.
Director, Clinical Development
2855 Gazelle Court
Carlsbad, CA 92010
Phone: + 01 760 603 3858
Fax: + 01 760 603 4650

9 August 2012

**Confidentiality Statement**

This document contains confidential information of the Sponsor that must not be disclosed to anyone other than the recipient study staff and members of the Institutional Review Board. This information cannot be used for any purpose other than the evaluation or conduct of the clinical investigation without the prior written consent of the Sponsor.

# Protocol Signature Page

**Protocol Number:** ISIS 304801-CS2

**Protocol Title:** A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Severe or Uncontrolled Hypertriglyceridemia

**Amendment:** 2

**Date:** 9 August 2012

I undersigned hereby acknowledge that I have read and understand the attached clinical protocol, entitled "A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia" dated 9 August 2012, and agree to conduct the study as described herein.

This protocol was designed and will be conducted, recorded, and reported in compliance with the principles of Good Clinical Practice (GCP) guidelines as well as in accordance with all national, state and local laws of the appropriate regulatory authorities. These guidelines are stated in "Guidance for Good Clinical Practice," International Conference on Harmonization of Technical Requirements for Registration of Pharmaceuticals for Human Use.

I agree to comply with the International Conference on Harmonization Tripartite Guideline on Good Clinical Practice (E6). I have read and agree to abide by the requirements of this protocol.

I agree to ensure that the confidential information contained in this document will not be used for any purpose other than the evaluation or conduct of the clinical investigation without the prior written consent of the Sponsor.

____________________________________
Investigator's Signature

____________________________________ ________________________
Investigator's Name *(please print)* Date (DD Month YYYY)

# TABLE OF CONTENTS

**Page**

**PROTOCOL AMENDMENT** .......... **8**
**PROTOCOL SYNOPSIS** .......... **11**
**LIST OF ABBREVIATIONS** .......... **16**
**1. STUDY OBJECTIVES** .......... **18**
**2. BACKGROUND AND RATIONALE** .......... **18**
2.1 HYPERTRIGLYCERIDEMIA .......... 18
2.2 APOC-III .......... 19
2.3 THERAPEUTIC RATIONALE .......... 19
2.4 ISIS 304801 .......... 20
*2.4.1 Mechanism of Action* .......... *20*
*2.4.2 Chemistry* .......... *20*
2.5 PRECLINICAL STUDIES .......... 21
2.6 CLINICAL EXPERIENCE .......... 22
2.7 RATIONALE FOR DOSAGES AND SCHEDULE OF ADMINISTRATION .......... 22
**3. INVESTIGATIONAL PLAN** .......... **23**
3.1 STUDY DESIGN .......... 23
3.2 NUMBER OF PATIENTS .......... 25
**4. PATIENT ELIGIBILITY** .......... **25**
4.1 INCLUSION CRITERIA .......... 25
4.2 EXCLUSION CRITERIA .......... 25
**5. PATIENT ENROLLMENT** .......... **27**
5.1 RANDOMIZATION .......... 27
5.2 VISIT DAYS AND WINDOWS .......... 28
5.3 WITHDRAWAL OF PATIENTS .......... 28
5.4 REPLACEMENT OF PATIENTS .......... 28
5.5 UNBLINDING OF TREATMENT ASSIGNMENT .......... 29
5.6 STUDY TERMINATION .......... 29
**6. STUDY DRUG** .......... **29**
6.1 ISIS 304801 .......... 29
6.2 PLACEBO .......... 29
6.3 ISIS 304801 PACKAGING, LABELING AND DRUG ACCOUNTABILITY .......... 29
6.4 STUDY DRUG ADMINISTRATION .......... 30
6.5 DRUG ACCOUNTABILITY .......... 30
6.6 CONCOMITANT MEDICATIONS .......... 30
**7. STUDY PROCEDURES** .......... **30**
7.1 SCREENING PLUS TIGHT DIET CONTROL RUN-IN QUALIFICATION AND RANDOMIZATION PERIOD (STUDY DAY ≤-63 TO STUDY DAY -1) .......... 31

7.2 Treatment Period (Study Day 1 to Study Day 85) ....31
7.3 Post-treatment Evaluation Period (Study Day 86 to Study Day 176) ....32
7.4 Laboratory Analytes ....32
7.5 Pharmacokinetics Specimen Collection ....32
7.6 Restrictions on the Lifestyles of Patients ....32
*7.6.1 Contraception Requirements ....32*
*7.6.2 Other Requirements ....33*
**8. SAFETY MONITORING AND STOPPING RULES .... 34**
8.1 Liver Chemistry Rules ....34
*8.1.1 Safety Monitoring Rules for Liver Chemistry Tests ....34*
8.2 Stopping Rules ....35
*8.2.1 Stopping Rules for Liver Chemistry Elevations ....35*
*8.2.2 Stopping Rules for Renal Function Test Results ....35*
*8.2.3 Stopping Rule for Platelet Count Results ....36*
**9. SERIOUS AND NON-SERIOUS ADVERSE EVENTS .... 36**
9.1 Sponsor Review of Safety Information ....36
9.2 Regulatory Requirements ....36
9.3 Definitions ....36
*9.3.1 Adverse Event ....36*
*9.3.2 Adverse Reaction and Suspected Adverse Reaction ....36*
*9.3.3 Serious Adverse Event (SAE) ....36*
9.4 Monitoring and Recording Adverse Events ....37
*9.4.1 Serious Adverse Events ....37*
*9.4.2 Non-Serious Adverse Events ....38*
*9.4.3 Evaluation of Adverse Events (Serious and Non-Serious) ....38*
9.5 Procedures for Handling Special Situations ....39
*9.5.1 Abnormalities of Laboratory Tests ....39*
*9.5.2 Prescheduled or Elective Procedures or Routinely Scheduled Treatments ....40*
*9.5.3 Dosing Errors ....40*
*9.5.4 Contraception and Pregnancy ....40*
**10. STATISTICAL CONSIDERATIONS .... 41**
10.1 Study Endpoints, Subsets, and Covariates ....41
*10.1.1 Primary Endpoint ....41*
*10.1.2 Secondary Endpoints ....41*
*10.1.3 Tertiary Endpoints ....42*
10.2 Sample Size Considerations ....42
10.3 Populations ....42
10.4 Interim Analysis ....42
10.5 Planned Methods of Analysis ....42
*10.5.1 Demographic and Baseline Characteristics ....43*

*10.5.2 Safety Analysis* ... *43*
*10.5.3 Pharmacokinetic Analysis* ... *43*
*10.5.4 Pharmacodynamic Analysis* ... *44*
*10.5.5 Additional Analyses* ... *45*
**11. REGULATORY OBLIGATIONS ... 45**
11.1 Informed Consent ... 45
11.2 Ethical Conduct of the Study ... 45
11.3 Institutional Review Board (IRB)/Independent Ethics Committee (IEC) ... 45
11.4 Pre-Study Documentation Requirements ... 46
11.5 Patient Confidentiality ... 46
**12. ADMINISTRATIVE AND LEGAL OBLIGATIONS ... 46**
12.1 Protocol Amendments ... 46
12.2 Study Termination ... 46
12.3 Study Documentation and Storage ... 47
12.4 Study Monitoring ... 47
12.5 Language ... 48
12.6 Compensation for Injury ... 48
**13. REFERENCES ... 49**
**14. APPENDICES ... 51**
Appendix A Schedule of Procedures ... 52
Appendix B Clinical Laboratory Assessments ... 55
Appendix C Pharmacokinetic Sampling Schedule ... 57
Appendix D Post-prandial Meal, Sampling Schedule, and Assessment ... 59
Appendix E Group 2 Study Schematic: Extensive PK and Post-prandial Schedule and Procedures ... 61

## TABLE OF FIGURES

**Page**

Figure 1 Design of Chimeric 2′-MOE Phosphorothioate Oligonucleotides (MOE-Gapmer) ... 21
Figure 2 Study Design for ISIS 304801–CS2 ... 24

# PROTOCOL AMENDMENT

**Protocol Number:** ISIS 304801-CS2

**Protocol Title:** A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

**Amendment Number:** 2

**Amendment Date:** 9 August 2012

The purpose of this amendment is to broaden the inclusion/exclusion criteria in two key areas which are reflective of a patient population with very high TG levels. Patients with diabetes mellitus (HbA1c <9.0%), and patients with a BMI ≤40 $kg/m^2$, will be allowed to enroll in the study. In addition, the inclusion criterion for patients not on TG-lowering therapy was changed from 500 mg/dL to 5.0 mmol/L (440 mg/dL) which is reflective of current clinical practice guidelines. Furthermore, a stopping rule for the quantitative total urine protein renal function test was adjusted for consistency with ongoing protocols. Other changes were made to improve operational aspects of the study. The following table provides a summary list of the significant modifications to the protocol.

## List of Significant Protocol Modifications

| Section | Description of Changes | Rationale |
|---|---|---|
| **Protocol Synopsis**<br>**4.1 Inclusion Criteria** | Was:<br>Inclusion Criteria:<br>2. Patients not on TG-lowering therapy with fasting TG ≥500 mg/dL (5.65 mmol/L) and patients on a stable well controlled dose of fibrate, for at least 30 days prior to screening that is not anticipated to change during the study period, with fasting TG ≥225 mg/dL (2.5 mmol/L) at screening<br>Is:<br>Inclusion Criteria:<br>2. Patients not on TG-lowering therapy with fasting TG ≥440 mg/dL (5.0 mmol/L) and patients on a stable well controlled dose of fibrate, for at least 30 days prior to screening that is not anticipated to change during the study period, with fasting TG ≥225 mg/dL (2.6 mmol/L) at screening | Reflective of current clinical practice guidelines |

## List of Significant Protocol Modifications *Continued*

| Section | Description of Changes | Rationale |
|---|---|---|
| **Protocol Synopsis**<br>**4.1 Inclusion Criteria** | Was:<br>Inclusion Criteria:<br>3. Fasting TG ≥350 mg/dL (4.0 mmol/L) and ≤2000 mg/dL (22.6 mmol/L) after 4-wk tight diet control run-in<br>Is:<br>Inclusion Criteria:<br>3. Patients not on TG-lowering therapy with fasting TG ≥350 mg/dL (4.0 mmol/L) and ≤2000 mg/dL (22.7 mmol/L), and patients on a stable well controlled dose of fibrate with fasting TG ≥225 mg/dL and ≤2000 mg/dL, after 4-wk tight diet control run-in | Clarification to baseline qualification TG levels for patients on a fibrate in line with Inclusion Criteria #2: patients not on TG-lowering therapy with fasting TG ≥440 mg/dL (5.0 mmol/L) and patients on a stable well controlled dose of fibrate, for at least 30 days prior to screening that is not anticipated to change during the study period, with fasting TG ≥225 mg/dL (2.6 mmol/L) at screening |
| **Protocol Synopsis**<br>**4.2 Exclusion Criteria** | Was:<br>Exclusion Criteria:<br>1. Diabetes mellitus (i.e. fasting glucose >7.0 mmol/L or taking anti-diabetic agents)<br>Is:<br>Exclusion Criteria:<br>1. HbA1c ≥9.0%, type 1 diabetes, or history of outpatient insulin use for more than 2 weeks in the last year | To broaden inclusion/exclusion criteria reflective of a patient population with very high TG levels |
| **Protocol Synopsis**<br>**4.2 Exclusion Criteria** | Was:<br>Exclusion Criteria:<br>2. Body mass index (BMI) >35 kg/$m^2$<br>Is:<br>Exclusion Criteria:<br>2. Body mass index (BMI) >40 kg/$m^2$ | To broaden inclusion/exclusion criteria reflective of a patient population with very high TG levels |
| **Protocol Synopsis**<br>**4.2 Exclusion Criteria** | Was:<br>Exclusion Criteria:<br>4. Any of the following laboratory values at screening<br>a. Hepatic:<br>▪ Total bilirubin >upper limit of normal (ULN).<br>Is:<br>Exclusion Criteria:<br>4. Any of the following laboratory values at screening<br>a. Hepatic:<br>▪ Total bilirubin >upper limit of normal (ULN). Subjects with Gilbert's syndrome [elevated indirect bilirubin with normal direct bilirubin and normal AST and ALT] may be eligible after discussion with the medical monitor | Allowing subjects with Gilbert's syndrome will improve enrollment and not affect the study endpoints |

## List of Significant Protocol Modifications *Continued*

| Section | Description of Changes | Rationale |
|---|---|---|
| **Protocol Synopsis 4.2 Exclusion Criteria** | Was:<br>Exclusion Criteria:<br>4. Any of the following laboratory values at screening<br>b. Renal:<br>▪ Urine protein or blood persistently positive by dipstick<br>Is:<br>Exclusion Criteria:<br>4. Any of the following laboratory values at screening<br>b. Renal:<br>▪ Urine protein or blood persistently positive by dipstick and confirmed by quantitative total urine protein measurement of ≥250 mg/24 hr | Exclusion criteria for urine protein or blood was adjusted for consistency with ongoing protocols |
| **Protocol Synopsis 4.2 Exclusion Criteria** | Was:<br>Exclusion Criteria:<br>9. Prior malignancies except successfully treated in situ cervical carcinoma, basal or squamous cell carcinoma of the skin<br>Is:<br>Exclusion Criteria:<br>9. Malignancy within 5 years, except for basal or squamous cell carcinoma of the skin or carcinoma in situ of the cervix that has been successfully treated | To provide a reasonable time limit for the exclusion of patients with a history of malignancy and to allow patients successfully treated for certain malignancies |
| **Protocol Synopsis 4.2 Exclusion Criteria** | Was:<br>Exclusion Criteria:<br>13. On oral contraceptives or hormone replacement therapy or statins unless on a stable regimen for at least 3 months prior to dosing and will remain on a stable regimen for the duration of the study<br>Is:<br>Exclusion Criteria:<br>13. On oral contraceptive, hormone replacement therapy, statin, or oral anti-diabetic medication unless on a stable regimen for at least 3 months prior to dosing and will remain on a stable regimen for the duration of the study | Oral anti-diabetic medication (established stable treatment prior to dosing and throughout the study) allowed which is reflective of including patients with diabetes mellitus in the study |
| **8.2.2 Stopping Rules for Renal Function Test Results** | Was:<br>• Proteinuria, dipstick ≥2 + (confirmed by dipstick retest and then further confirmed by a quantitative total urine protein measurement of >1.0 g/24 hour)<br>Is:<br>• Proteinuria, dipstick ≥2 + (confirmed by dipstick retest and then further confirmed by a quantitative total urine protein measurement of >0.5 g/24 hour) | Stopping rule for the quantitative total urine protein renal function test was adjusted for consistency with ongoing protocols |

## PROTOCOL SYNOPSIS

| | |
|---|---|
| **Protocol Title:** | A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia |
| **Study Phase** | 2 |
| **Indication** | Patients not on TG-lowering therapy with fasting triglyceride (TG) levels ≥440 and ≤2000 mg/dL or patients on a stable dose of fibrate with fasting TG levels ≥225 and ≤2000 mg/dL not being affected by familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II or other LPL co-factor deficiency (type I dyslipidemia) |
| **Objectives:** | **Primary:**<br>To evaluate the dose/response pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apolipoprotein C-III (apoC-III) levels.<br>**Secondary:**<br>• To evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting apoC-III associated with very low density lipoprotein (VLDL) (VLDL apoC-III), TG, apolipoprotein C-II (apoC-II; total and associated with VLDL), apolipoprotein B-100 (apoB-100), apolipoprotein A-1 (apoA-1), apolipoprotein A-2 (apoA-2), apolipoprotein E (apoE), total cholesterol (TC), LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-high density lipoprotein-cholesterol (non-HDL-C), non-HDL-TG, HDL-C, HDL-TG, chylomicron-C (CM-C), CM-TG, free fatty acids (FFA), and glycerol levels.<br>• To evaluate the safety, tolerability and pharmacokinetics (PK) of ISIS 304801.<br>• To evaluate post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in a subset of the patients in the study.<br>• To evaluate more extensive pharmacokinetics (a pharmacokinetic profile) in another subset of the patients (will not be the same patients as those in the post-prandial assessment group). |
| **Study Design and Methodology:** | This is a randomized, double-blind, placebo-controlled, dose response study. Ninety six (96) patients are planned for this study. For cohorts with patients not on TG-lowering therapy, here will be 24 patients planned per dose cohort (100, 200, 300 mg) with 18 ISIS 304801 (active) and 6 placebo patients per cohort. For cohorts with patients on a stable dose of fibrate, there will be 12 patients planned per cohort (200, 300 mg) with 8 active and 4 placebo patients per cohort.<br><br>Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 study randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).<br><br>Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.<br><br>Patients will receive 13 doses of Study Drug administered by subcutaneous (SC) injection once a week for 13 weeks (Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85).<br><br>For an individual patient, the participation period consists of a ≤8-week screening period (which includes a 4-week tight diet control run-in qualification period), a 1-week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 35 weeks of study participation. Concomitant medications and adverse events will be recorded throughout all periods of the study. |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Design and Methodology *Continued*:** | Screening Plus Tight Diet Control Run-In, Qualification and Randomization Period (Study Day ≤-63 to Study Day -1): Patients who give written informed consent will undergo a medical history and physical examination including vital signs, 12-lead electrocardiogram (ECG), determination of concomitant medications, and have blood and urine samples taken for clinical laboratory testing (Appendix A). Females who are of childbearing potential will have a pregnancy test. Patients will be placed on a tightly controlled diet for the duration of study participation. After 28 days on the controlled diet, patients will have baseline measurements and be assessed (Appendix A) for qualification of enrollment into the treatment phase of the study. Patients who meet the enrollment criteria following diet run-in will be enrolled and randomized as described above.<br><br>Preceding the visit that includes a blood draw for pharmacodynamic measurements (Day -8) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit (to ensure equal moderation of fat intake, per patient), after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding this clinic visit.<br><br>Treatment Period (Study Day 1 to Study Day 85): Randomized patients will receive a total of 13 doses of Study Drug (Appendix A). Study Drug will be administered by SC injection on Study Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85.<br><br>Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 1, 8, 15, 29, 43, 57, 71, and 85), patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. Blood will be collected for measurement of total apoC –III and other pharmacodynamic markers on Days 1, 8, 15, 29, 43, 57, 71, and 85 (prior to Study Drug administration). Patients in the post-prandial assessment group will have blood drawn for pharmacodynamic measurements on Day -1, pre-liquid meal, and not on Day 1. Patients will meet with a dietician or study staff member at each visit and compliance to diet and alcohol restrictions will be monitored and the importance of continuing compliance will be reinforced to the patient. Safety and clinical laboratory evaluations as well as blood sampling for PK analysis and post-prandial assessments (in a subset of patients) will be performed periodically throughout the treatment period (Appendices A, B, C, and D).<br><br>Postprandial Assessment (Appendix D): Patients in the post-prandial assessment group will consume standardized pre-cooked meals (lunches and dinners (provided) and instructions for breakfasts and snacks) for the 2 days prior to the post-prandial evaluations. Patients will remain fasted after consuming the standardized pre-cooked meal for the dinner on the evening prior to their visit. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. On each of the post-prandial evaluation days, following the blood draws, patients will consume a standardized liquid meal (which represents about a third of the daily caloric requirements) with a stable radioisotope tracer, followed by an 8 hour radioisotope infusion and serial blood sampling. Patients will receive a standardized pre-cooked meal 9 hrs after consuming the liquid meal, after which they will fast until the 24 hr blood draw the following day.<br><br>Extensive PK Assessment (Appendix C): In addition to trough sample collection, patients in the extensive PK assessment group will undergo serial blood sampling for 24 hrs after their first (Day 1-2) and last (Day 85-86) dose of Study Drug.<br><br>Post-treatment Evaluation Period (Study Day 86 to Study Day 176); Patients will be followed until Day 176. During this time, patients will return to the study center for outpatient clinic visits on Study Days 92, 99, 127, and 176 (and Day 103 for patients in the post-prandial assessment group) for safety and clinical laboratory evaluations (blood draws), diet counseling and monitoring, concomitant medication usage recording, and adverse event collection. Blood samples for PK and PD analysis will be collected periodically throughout the post-treatment evaluation period (Appendices A, B, and C). Post-prandial assessments will be done in a subset of patients (Appendix D).<br><br>Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 92, 99, 127, and 176) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit, after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Number of Patients:** | Ninety six (96) patients are planned for this study. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 120 patients. |
| **Study Population and Main Criteria for Inclusion/ Exclusion *Continued*:** | *Inclusion Criteria*<br>1. Must give written informed consent to participate in the study (signed and dated) and any authorizations required by law<br>2. Patients not on TG-lowering therapy with fasting TG ≥440 mg/dL (5.0 mmol/L) and patients on a stable well controlled dose of fibrate, for at least 30 days prior to screening that is not anticipated to change during the study period, with fasting TG ≥225 mg/dL (2.6 mmol/L) at screening<br>3. Patients not on TG-lowering therapy with fasting TG ≥350 mg/dL (4.0 mmol/L) and ≤2000 mg/dL (22.7 mmol/L), and patients on a stable well controlled dose of fibrate with fasting TG ≥225 mg/dL and ≤2000 mg/dL, after 4-wk tight diet control run-in<br>4. Age ≥18 years at time of informed consent<br>5. Satisfy one of the following:<br>a. Females: must be non-pregnant and non-lactating; surgically sterile, post-menopausal, abstinent, or if engaged in sexual relations of child-bearing potential, patient is using an acceptable contraceptive method (refer to Section 7.6.1) for four weeks prior to, during, and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks)<br>b. Males: must be surgically sterile, abstinent or if engaged in sexual relations of child-bearing potential, patient is utilizing an acceptable contraceptive method (refer to Section 7.6.1) during and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks)<br><br>*Exclusion Criteria*<br>1. HbA1c ≥9.0%, type 1 diabetes, or history of outpatient insulin use for more than 2 weeks in the last year<br>2. Body mass index (BMI) >40 kg/m$^2$<br>3. Familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II deficiency (type I dyslipidemia)<br>4. Any of the following laboratory values at screening<br>a. Hepatic:<br>▪ Total bilirubin >upper limit of normal (ULN). Subjects with Gilbert's syndrome [elevated indirect bilirubin with normal direct bilirubin and normal AST and ALT] may be eligible after discussion with the medical monitor<br>▪ ALT >1.7 x ULN<br>▪ AST >1.7 x ULN<br>b. Renal:<br>▪ Urine protein or blood persistently positive by dipstick and confirmed by quantitative total urine protein measurement of ≥250 mg/24 hr<br>▪ Estimated creatinine clearance calculated according to the formula of Cockcroft and Gault <60 mL/min<br>c. Clinically significant abnormalities on laboratory examination<br>5. History of bariatric surgery or currently on weight loss drugs<br>6. Uncontrolled hypertension (BP >160/100)<br>7. Primary hypothyroidism (screening TSH > ULN and free T4< LLN), primary subclinical hypothyroidism (screening TSH > ULN and free T4 WNL), secondary hypothyroidism (screening TSH < LLN and free T4< LLN)<br>8. Clinically significant abnormalities in medical history (e.g., acute or unstable cardiac ischemia within 6 months of screening or major surgery within 3 months of screening) or physical examination which, in the opinion of the investigator, would make the patient unsuitable for inclusion in the study |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Population and Main Criteria for Inclusion/ Exclusion *Continued*:** | 9. Malignancy within 5 years, except for basal or squamous cell carcinoma of the skin or carcinoma in situ of the cervix that has been successfully treated<br>10. Active infection requiring systemic antiviral or antimicrobial therapy unless treatment is expected to be completed prior to first dose<br>11. Recent history of alcohol or substance abuse or unwillingness to limit alcohol consumption to within moderate limits for the duration of the Study as follows (or per Site Investigator judgment): maximum of 2 alcoholic beverages (20 g) per day and ≤8 drinks (80 g) per week for males; maximum of 1 alcoholic beverage (10 g) per day and ≤4 drinks (40 g) per week for females<br>12. Known history or positive at time of screening for HIV, HCV, or chronic HBV infection<br>13. On oral contraceptive, hormone replacement therapy, statin, or oral anti-diabetic medication unless on a stable regimen for at least 3 months prior to dosing and will remain on a stable regimen for the duration of the study<br>14. Group 1 and 2 patients: unable to discontinue use of systemic corticosteroids, fibrates, niacin, fish oil or other products containing omega-3 fatty acids, at least 6 weeks prior to dosing. Group 3 patients: unable to discontinue use of systemic corticosteroids at least 6 weeks prior to dosing; use of niacin, fish oil or other products containing omega-3 fatty acids unless on a stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period.<br>15. Use of topical corticosteroids, anticoagulants, or drugs or dietary supplements (not described in Exclusion Criteria #14) with potential lipid-altering effects unless on stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period<br>16. Treatment with another Study Drug, biological agent, or device within one month of screening, or 5 half-lives of study agent, whichever is longer<br>17. Previous participation in an investigational study involving systemic administration of an oligonucleotide within 9 months of screening<br>18. Unwillingness to comply with study procedures, including follow-up, as specified by this protocol, or unwillingness to cooperate fully with the Site Investigator<br>19. Blood donation of 50 to 499 mL within 30 days of screening or of >499 mL within 60 days of screening<br>20. Any other conditions which, in the opinion of the investigator, would make the patient unsuitable for inclusion, or could interfere with the patient participating in or completing the study |
| **Study Drug and Dose Administration:** | ISIS 304801 or placebo will be administered as SC injections in the abdomen, thigh, or outer area of the upper arm. ISIS 304801 solution and placebo will be prepared by an unblinded pharmacist (or qualified delegate). A trained professional, blinded to the identity of the drug, will administer the Study Drug. Doses will be administered as a single SC injection. Doses of 300 mg may be administered as two equal volume noncontiguous SC injections if there are tolerability issues with receiving the dose as a single SC injection. |
| **Criteria for Evaluation:** | **A. Safety and Tolerability Assessments**<br>• Adverse events<br>• Vital signs and weight<br>• Physical examinations<br>• Clinical laboratory tests (serum chemistry, hematology, urinalysis, coagulation, complement, immune function, thyroid function, pregnancy (for women of child bearing potential))<br>• ECGs<br>• Use of concomitant medications<br>**B. Pharmacokinetic Measures**<br>The plasma concentrations of ISIS 304801 will be assessed at selected time intervals in all study participants to determine selected pharmacokinetic parameters (Appendix C). A subset of the study participants will have pharmacokinetic blood draws at additional selected time points to establish a more detailed pharmacokinetic profile of ISIS 304801 (Appendix C) |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Criteria for Evaluation *Continued:*** | **C. Pharmacodynamic Measures**<br>• The pharmacodynamic effects of treatment with ISIS 304801 vs. placebo on fasting total apoC-III levels over time and dose cohort will be evaluated<br>The pharmacodynamic effects of ISIS 304801 vs. placebo on fasting VLDL apoC-III, TG, apolipoprotein C-II (apoC-II; total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels will also be assessed<br>• Post-prandial lipid, apolipoprotein, and lipoprotein characteristics and kinetics, and glucose levels will be examined in a subset of the patients in the study (will not be the same patients as those having additional blood draws to establish a more detailed pharmacokinetic profile)<br>• Potential relationships between selected pharmacodynamic and PK measures may also be explored, where deemed appropriate |
| **Statistical Considerations:** | Based upon prior clinical trial experience with ISIS 304801, it is estimated that the standard deviation of the percent change in total apoC-III is approximately 46%. With 18 Group 1 plus 2 patients in the pooled placebo cohort and each ISIS 304801 dose cohort, there would be at least 80% power to detect a 45% difference in total apoC-III between each ISIS 304801 dose cohort and pooled placebo cohort at an alpha level of 0.05, assuming 50% reduction in ISIS 304801 dose cohort and 5% in the pooled placebo cohort. |

## LIST OF ABBREVIATIONS

| Abbreviation/Acronym | Definition |
|---|---|
| AE | Adverse Event/Experience |
| ALT | Alanine Aminotransferase |
| Apo | Apolipoprotein |
| apoA | Apolipoprotein A |
| apoB | Apolipoprotein B |
| apoE | Apolipoprotein E |
| apoC-II | Apolipoprotein C-II |
| apoC-III | Apolipoprotein C-III |
| aPTT | Activiated Aprtial Thromboplastin time |
| ASO | Antisense Oligonucleotide |
| AST | Aspartate Aminotransferase |
| $AUC_{0-t}$ | Area Under the Plasma Concentration-Time Curve |
| BUN | Blood Urea Nitrogen |
| C5 | Complement Component 5 |
| $C_{max}$ | Maximal Observed Drug Concentration |
| CM | Chylomicron |
| CM-C | Chylomicron-Cholesterol |
| CM-TG | Chylomicron-Triglyceride |
| CRF | Case Report Form |
| CVD | Cardiovascular Disease |
| eCRF | Electronic Case Report Form |
| ECG | Electrocardiogram |
| EDC | Electronic Data Capture |
| FDA | Food and Drug Administration |
| FFA | Free Fatty Acids |
| GCP | Good Clinical Practice |
| hCG | Human Chorionic Gonadotropin |
| HDL | High-Density Lipoprotein |
| HDL-C | High-Density Lipoprotein-Cholesterol |
| HDL-TG | High-Density Lipoprotein-Triglyceride |
| IEC | Independent Ethics Committee |
| INR | International Normalized Ratio |
| IP | Intraperitoneal |
| IRB | Institutional Review Board |
| IV | Intravenous |

## LIST OF ABBREVIATIONS *Continued*

| Abbreviation/Acronym | Definition |
|---|---|
| LDL | Low-Density Lipoprotein |
| hsCRP | High-Sensitivity C-Reaction Protein |
| ICH | International Conference on Harmonization |
| LDL-C | Low-Density Lipoprotein-Cholesterol |
| LDL-TG | Low-Density Lipoprotein-triglyceride |
| LPL | Lipoprotein Lipase |
| MCH | Mean Corpuscular Hemoglobin |
| MCHC | Mean Corpuscular Hemoglobin Content |
| MCV | Mean Corpuscular Volumne |
| MOE | 2′-*O*-(2-methoxyethyl) |
| mRNA | Messenger Ribonucleic Acid |
| non-HDL-C | non- High-Density Lipoprotein-Cholesterol |
| non-HDL-TG | High-Density Lipoprotein-Triglyceride |
| NCS | Not Clinically Significant |
| NOAEL | No Observable Adverse Effect Level |
| PT | Prothrombin Time |
| RNase H | Ribonuclease H |
| SAE | Serious Adverse Event |
| SC | Subcutaneous |
| SGOT | Serum Glutamyl Oxaloacetic Transaminase |
| SGPT | Serum Glutamic Pyruvate Transaminase |
| $t_{½}$ | Terminal Half-Life |
| T4 | Thyroxine |
| $T_{max}$ | Time to Reach $C_{max}$ |
| TC | Total cholesterol |
| TG | Triglycerides |
| TRL | TG-Rich Lipoproteins |
| TSH | Thyroid Stimulating Hormone |
| VLDL | Very-Low-Density Lipoprotein |
| VLDL apoC-III | Apolipoprotein C-III associated with Very Low Density Lipoprotein |
| VLDL-C | Very-Low-Density Lipoprotein-Cholesterol |
| VLDL-TG | Very-Low-Density Lipoprotein-Triglyceride |
| WBC | White Blood Cells |

# 1. STUDY OBJECTIVES

To evaluate the dose/response pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apolipoprotein C-III (apoC-III) levels.

The secondary objectives are to: (1) evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting apoC-III associated with very low density lipoprotein (VLDL), triglyceride (TG), apoC-II (total and associated with VLDL), apolipoprotein B-100 (apoB-100), apolipoprotein A-1 (apoA-1), apolipoprotein A-2 (apoA-2), apolipoprotein E (apoE), total cholesterol (TC), low-density lipoprotein-cholesterol (LDL-C), LDL-TG, VLDL-C, VLDL-TG, non-high-density lipoprotein-cholesterol (non-HDL-C), non-HDL-TG, HDL-C, HDL-TG, chylomicron-C (CM-C), CM-TG, free fatty acids (FFA), and glycerol levels; and (2) examine post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in a subset of the patients in the study and assess more extensive pharmacokinetics (PK) in another subset of the patients (will not be the same patients as those undergoing the post-prandial assessment) and, (3) evaluate the safety, tolerability and PK of ISIS 304801.

# 2. BACKGROUND AND RATIONALE

## 2.1 Hypertriglyceridemia

Hypertriglyceridemia is a common clinical trait associated with an increased risk of cardiometabolic disease (Hegele et al. 2009; Hegele and Pollex 2009) as well as of occurrence of acute pancreatitis in the most severe forms (Toskes 1990; Gaudet et al. 2010; Catapano et al. 2011; Tremblay et al. 2011). Its etiology includes primary (genetic) and secondary (lifestyle, other diseases, etc.) factors or, most often, a combination of both (Yuan et al. 2007). Hypertriglyceridemia is the consequence of increased production and/or reduced or delayed catabolism of TG-rich lipoproteins: VLDL and, to a lesser extent, chylomicrons (CM). Several subtypes of hypertriglyceridemia have been described. These subtypes differ by their etiology, prevalence, burden, genetic backbone, and clinical expression. An intervention on diet and other life habits is required to manage the risk associated with these hypertriglyceridemias, but diet alone is often insufficient and medication is often prescribed (Brisson et al. 2010).

Factors contributing to elevated TG in the general population include overweight and obesity, physical inactivity, cigarette smoking, excess alcohol, medication and a diet high in fat or carbohydrates. In addition to these environmental factors, elevated TG levels are associated with several diseases, including diabetes, metabolic syndrome/insulin resistance, and genetic disorders such as familial chylomicronemia, familial combined hyperlipidemia and familial hypertriglyceridemia. Borderline high TGs (150-199 mg/dL) are commonly found in the general population and are a common component of the metabolic syndrome/insulin resistance states. The same is true for high TGs (200-499 mg/dL) except that as plasma TG levels increase, underlying genetic factors play an increasingly important etiologic role. Very high TGs (≥440 mg/dL) are most often associated with elevated CM levels as well, and are accompanied by increasing risk for acute pancreatitis. The risk of pancreatitis is considered clinically significant if TG exceeds 880 mg/dL (>10 mmol) and the EAS/ESC 2011 guidelines state that actions to prevent acute pancreatitis are mandatory (Catapano et al. 2011). According to the EAS/ESC 2011 guidelines, hypertriglyceridemia is the cause of approximately 10% of all cases of pancreatitis, and development of pancreatitis can occur at TG levels between 440-880 mg/dL.

Based on evidence from clinical studies demonstrating that elevated TG levels are an independent risk factor for atherosclerotic CVD, the guidelines from both the National Cholesterol Education Program Adult Treatment Panel III (NCEP 2002) and the American Diabetes Association (ADA 2008) recommend a target TG level of less than 150 mg/dL to reduce cardiovascular risk. The NCEP treatment strategy for elevated TG depends on the causes of elevation and severity. While therapeutic life-style changes (change in diet, alcohol restriction, weight reduction, and increased physical activity) are the first steps in lowering TG, pharmacologic therapy is used when life-style changes are not sufficient. Several drug classes routinely used to lower LDL-C (statins, nicotinic acid, and fibrates) also reduce TG and apoC-III levels; however, the mechanisms for these effects are not well understood. Statins lower plasma TG by 7-30% while nicotinic acid and fibrates reduce TG by 20-50% (Ooi et al. 2008). One prescription omega-3 fatty acids (fish oil) product has been approved by the FDA for the treatment of patients with very high TG (>500 mg/dL) and is reported to lower TG by an average of 40% or more, depending on baseline TG levels.

Despite the pharmacologic agents available to lower TG, many patients still have TG levels well above the recommended levels even on maximally tolerated statins. In addition, the first-line TG-lowering agents are occasionally associated with undesirable side effects (e.g., flushing and worsening of glucose control with nicotinic acids, taste perversion or fishy aftertaste with omega-3 fatty acids). Additionally, when combining statins with fibric acid derivatives, there is increased risk for myopathy which can lead to rhabdomyolysis (NCEP 2002). Lipoprotein lipase (LPL) gene therapy is developed but remains an experimental treatment targeting familial chylomicronemia due to complete LPL deficiency only (Gaudet et al. 2010). Alternative, well tolerated treatment strategies are needed that can lower TG. ApoC-III is a key inhibitor of the activity of LPL, a key enzyme involved in TG metabolism, and therefore targeting apoC-III constitutes a potentially viable strategy for reducing plasma TG levels. Through a novel, apoC-III lowering mechanism of action, ISIS 304801 may provide the potential to better manage TG levels in patients where the currently available treatments are not adequate.

## 2.2 ApoC-III

ApoC-III is synthesized mainly in the liver and plays a pivotal role in regulating plasma TG levels (Chan et al. 2008). It is an essential constituent of circulating apoB-containing lipoprotein particles rich in TG (e.g., CM and VLDLs), as well as HDL. ApoC-III inhibits LPL-catalyzed hydrolysis of TG-rich lipoproteins (TRL) and their apoE-mediated uptake by the liver. In addition, a recent report supports a role for apoC-III in hepatic VLDL production (Sundaram et al. 2010). Thus, elevated apoC-III, results in both increased production of VLDL in the liver and delayed LPL mediated clearance of TRL from plasma with consequent development of hypertriglyceridemia.

## 2.3 Therapeutic Rationale

There is a strong body of evidence to indicate that elevated plasma TG is a risk factor for cardiovascular disease (CVD) (Brewer 1999; NCEP 2002) and severely elevated levels are associated with an increase risk of acute pancreatitis (Toskes 1990; Gaudet et al. 2010; Catapano et al. 2011; Tremblay et al. 2011). Results from several clinical studies have also demonstrated the importance of apoC-III as a predictor of CVD outcomes (Ooi et al. 2008); one study reported that the concentration of apoB particles containing apoC-III was a stronger

predictor of CVD than TG levels (Sacks et al. 2000). In addition, recent reports indicate that apoC-III is a multifunctional protein that not only regulates the metabolism of TRL but also plays a role in endothelial dysfunction and inflammation, thereby further increasing the risk for atherosclerotic CVD (Kawakami et al. 2006; Caron and Staels 2008; Kawakami et al. 2008). ApoC-III is increased in patients with dyslipidemia associated with multiple metabolic abnormalities such as insulin resistance and/or metabolic syndrome, conditions where endothelial dysfunction is also found. Human genetic data have demonstrated associations with functional mutations affecting apoC-III gene expression and CVD (Atzmon et al. 2006; Pollin et al. 2008; Petersen et al. 2010). A naturally occurring null mutation in the apoC-III gene (encoding the apoC-III protein) in Old Order Amish individuals was recently reported that confers a favorable lipid profile (lower plasma TG and LDL-C levels) and apparent cardioprotection without any obvious detrimental effects (Pollin et al. 2008). Thus, it has been hypothesized that targeting apoC-III mRNA to reduce hepatic apoC-III expression would decrease plasma TG levels.

## 2.4 ISIS 304801

### *2.4.1 Mechanism of Action*

ISIS 304801 is an antisense drug targeted to human apoC-III mRNA. The binding site for ISIS 304801 lies within the 3′-untranslated region of the apoC-III mRNA transcript at position 489-508 bp, and based on *in silico* analysis, it is not predicted to target any other human gene. The hybridization (binding) of ISIS 304801 to the cognate mRNA results in RNase H-mediated degradation of the apoC-III mRNA, thus inhibiting translation of the protein.

### *2.4.2 Chemistry*

Chemically, ISIS 304801 is a synthetic oligomer of 20 nucleotides (i.e., a 20-mer) that are connected sequentially by phosphorothioate linkages. The nucleotide sequence of ISIS 304801 (Figure 1) is complementary to a 20-nucleotide stretch within 3′-untranslated region of the apoC-III mRNA transcript. Structurally, the oligonucleotide has 3 regions. Two of them, the five nucleotides at the 5′ end and the five nucleotides at the 3′ end, are composed of 2′-*O*-(2-methoxyethyl) (MOE)-modified ribonucleotides. These MOE-modified nucleotides confer (1) increased affinity to the target mRNA (Altmann et al. 1996; McKay et al. 1999), (2) increased resistance to exonucleases and endonucleases (thereby increasing stability in tissue) (Geary et al. 2003), and (3) amelioration of some of the high dose toxicities thereby resulting in an improved safety profile compared to first generation antisense drugs containing phosphorothioate modified oligodeoxynucleotides (DNA) (Henry et al. 2000). The third region, the central portion of the oligonucleotide, is composed of ten oligodeoxynucleotides. This chimeric design is called a MOE-Gapmer, and ISIS 304801 employs this chimeric structure to enable use of the RNase H-mechanism for antisense activity. This is because while the 2′-MOE modification confers increased stability and affinity, it does not support RNase H catalysis of RNA hybridized to 2′-MOE-modified nucleotides (McKay et al. 1999). This is caused by conformational changes induced in the heteroduplex by 2′-alkoxy:RNA hybrids that are not recognized by RNase H enzymes (Inoue et al. 1987; Monia et al. 1993). By limiting the 2′-MOE modification to nucleotides flanking the phosphorothioate oligodeoxynucleotide core, the beneficial attributes of the 2′-MOE chemistry are preserved while also retaining RNase H recognition.




**Figure 1 Design of Chimeric 2′-MOE Phosphorothioate Oligonucleotides (MOE-Gapmer). The Sequence of ISIS 304801 is Shown**

## 2.5 Preclinical Studies

Pharmacologic effects of ISIS 304801 were studied in rodents and non-human primates. The sequence to which ISIS 304801 hybridizes is identical for human and cynomolgus monkeys, but is different in rodents. Human apoC-III transgenic mice were used as a model to test the pharmacologic effects of ISIS 304801 while species-specific apoC-III antisense oligonucleotides (ASOs) were used in other rodent models.

In human apoC-III transgenic mice, the ED50 values for reductions in human apoC-III hepatic mRNA, plasma apoC-III protein and TG were 11.6, 31.7 and 28.9 mg/kg/week, respectively, following twice-weekly intraperitoneal (IP) injection with ISIS 304801 for 2 weeks. Administration of ISIS 440726, an ASO targeted to murine apoC-III, significantly reduced hepatic apoC-III mRNA in 3 murine models [wild-type C57BL/6 mice on chow and Western diets, and *ob/ob* (obese) mice on a normal chow diet] in a dose dependent manner. Reductions in circulating apoC-III protein and TG were also observed in wild-type and *ob/ob* mice with this dosing regimen. Post-prandial hypertriglyceridemia following a high fat challenge in wild-type mice was improved with once weekly IP administration of the murine-specific ASO. In the fructose-fed rat model of hypertriglyceridemia, treatment with ISIS 353982, a rat-specific apoC-III ASO, significantly reduced hepatic apoC-III mRNA and plasma TG compared to saline. In addition, this treatment was more effective than daily oral treatment with fenofibrate at the same dose level.

Species-specific apoC-III ASOs also reduced hepatic apoC-III mRNA and plasma TG in lean hamsters and cynomolgus monkeys, species whose lipoprotein metabolism more closely resembles humans. Administration of a hamster-specific ASO, ISIS 352952, significantly reduced hepatic apoC-III mRNA and plasma TG levels compared to saline. Treatment of monkeys with ISIS 304801 resulted in significant reductions in hepatic apoC-III mRNA, plasma apoC-III protein and TG compared to saline treatment for the same period.

Plasma and tissue pharmacokinetics were assessed in mice and monkeys as part of the nonclinical toxicology studies. Similar to other second generation ASOs, ISIS 304801 was extensively cleared within hours from plasma and distributed to tissues after subcutaneous (SC) and intravenous (IV) administrations. ISIS 304801 distributed extensively to kidney and liver in

both mice and monkeys. In the monkey, tissue terminal elimination half-lives ranged from approximately 12.5 to 18.9 days in kidney and liver, respectively, consistent with the plasma elimination half-life (12.7 days).

In nonclinical toxicology studies, the primary findings in both mice and monkeys were the presence of minimal to moderate basophilic granules in tissues, indicative of oligonucleotide cellular uptake and minimal to mild pro-inflammatory effects in the mouse that occurred in a dose-dependent manner. Additional findings were observed at doses ≥40 mg/kg/wk, which are much greater than those intended for clinical testing. Based on 13 weeks of nonclinical toxicity testing, the no adverse effect level (NOAEL) for ISIS 304801 was determined to be at least 12 mg/kg/week. The clinical dose range in this study of 100 to 300 mg/week (approximately 1.4 to 4.3 mg/kg body weight in a 70 kg patient) ranges from approximately 9 to approximately 3 fold below the NOAEL.

## 2.6 Clinical Experience

In a double-blind, single and multiple ascending-dose (SAD and MAD) Phase 1 study, healthy subjects, 18 to 55 years, were randomly assigned in a 3:1 ratio to receive ISIS 304801 or placebo (normal saline) administered as single or multiple SC injections at 50, 100, 200, and 400 mg (n=4/cohort). MAD cohort subjects received 6 doses over 4 weeks (a loading regimen of 3 doses the first week followed by once weekly dosing for 3 weeks).

There were no permanent or temporary discontinuations due to ISIS 304801 related adverse events (AEs) and no serious adverse events (SAEs). The most commonly reported adverse events (>20% of ISIS 304801 treated subjects) were injection site reactions (52% of ISIS 304801 treated versus 0% of placebo treated subjects), C-reactive protein increase (32% versus 0%), and somnolence (20% versus 0%). All of these common adverse events were mild (except for 1 moderate injection site reaction) and recovered. Overall, ISIS 304801 was well tolerated and there were no safety concerns up to the highest dose level of 400 mg SC, given for 6 doses.

Pharmacokinetic results showed time to maximum plasma concentrations ($T_{max}$) was between 2 and 4 hours, depending upon dose. Maximum plasma concentrations ($C_{max}$) were dose-dependent over the studied dose range, the terminal elimination half life ranged from a mean of 11.7 to 31.2 days over the doses tested, with a mean half life overall of 17.5 days.

Pharmacodynamic results showed dose-dependent sustained reductions in total apoC-III and TG levels. Median percent change from baseline values in the 50, 100, 200 and 400 mg multiple-dose groups showed reductions of total apoC-III of 20, 17, 71, and 78% and of TG of 20, 25, 43, and 44%, respectively, 1 week after the last dose. Reductions were sustained for at least 4 weeks after the last dose in the higher dose groups, consistent with the drug's long terminal elimination half-life. In addition, LDL-C values did not change while HDL-C values tended to increase in a dose-dependent manner.

## 2.7 Rationale for Dosages and Schedule of Administration

Estimation of clinical doses for an antisense drug is less difficult than for most drugs in preclinical development. Variables that are normally encountered at this stage of development are reduced by the predictability of the pharmacokinetics of ASOs and the cumulative experience with other drugs in this class. The pharmacokinetics and disposition of many drugs in this class

have been characterized and there are remarkable similarities from sequence to sequence and across species. In particular, the plasma pharmacokinetics for ASOs in monkeys has been highly predictive of those in man, which has been validated in the clinical experience of ISIS 304801 to date. Because distribution to tissues is the dominant mechanism for plasma clearance, it can be assumed that plasma pharmacokinetic similarities translate into similarities in tissue distribution. This assumption is supported by the knowledge that patterns of tissue distribution for oligonucleotides are similar in mice, rats, rabbits, dogs and monkeys. Thus, it is possible to predict dose regimens on the basis of concentrations at the primary site of activity, the liver. Additionally, ASOs are hydrophilic and distribute predominantly to the lean body mass and in our experience they should be administered as a fixed dose, rather than by total body weight (Geary et al. 2003; Yu et al. 2007).

Doses of 100, 200, and 300 mg administered SC once weekly were selected for this study because results from the CS1 clinical study showed a satisfactory safety profile with substantial pharmacodynamic effects in this dose range. Because the pharmacodynamic effects were not remarkably different between the 200 and 400 mg doses in the CS1 study and because of the longer treatment regimen to be tested in this study, 300 mg was selected as the maximum dose. Due to the long terminal elimination half life of ISIS 304801 (average 17.5 days over the range of doses tested), the treatment duration is 13 weeks so that the efficacy endpoint can be evaluated when drug tissue levels are expected to be at > 90-% of steady-state levels. Based on a 19 day elimination half life in monkey tissues and a once a week dosing regimen, time to approximately 90% of steady state is estimated to be about 9 weeks. The 13-week treatment duration is supported by the ISIS 304801 13-week nonclinical toxicology study (see Investigator's Brochure) and by previous long term weekly clinical dosing studies with several other 2′-MOE-modified ASOs (Chi et al. 2008; Akdim et al. 2010; Raal et al. 2010).

# 3. INVESTIGATIONAL PLAN

## 3.1 Study Design

This is a randomized, double-blind, placebo-controlled, dose response study to evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apoC-III levels. Ninety six (96) patients are planned for this study. For cohorts with patients not on TG-lowering therapy, there will be 24 patients planned per dose cohort (100, 200, 300 mg) with 18 ISIS 304801 (active) and 6 placebo patients per cohort. For cohorts with patients on a stable dose of fibrate, there will be 12 patients planned per cohort (200, 300 mg) with 8 active and 4 placebo patients per cohort.

Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).

Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.

Patients will receive 13 doses of Study Drug administered by SC injection once a week for 13 weeks (Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85).

For an individual patient, the participation period consists of a ≤8-week screening period, (which includes a 4-week tight diet control run-in qualification period), a 1-week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 35 weeks of study participation. Concomitant medications and AEs will be recorded throughout all periods of the study.




**Figure 2 Study Design for ISIS 304801–CS2**

**__Screening/Diet Run-in__: Patients will be placed on a tightly controlled diet for the duration of study participation. After 28 days on the controlled diet, patients will have baseline measurements and be assessed for qualification of enrollment into the treatment phase of the study. __Enrollment/Randomization__: Eligible patients not on TG-lowering therapy will be enrolled equally into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in Group 2 will be randomized equally to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo). Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. __Treatment__: Patients will receive 13 doses of Study Drug administered by SC injection once a week for 13 weeks. __Post-treatment Evaluation__: Patients will be followed until Study Day 176.**

### 3.2 Number of Patients

Ninety six (96) patients are planned for this study. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 120 patients.

## 4. PATIENT ELIGIBILITY

### 4.1 Inclusion Criteria

Patients must meet all of the following criteria to be eligible:

1. Must give written informed consent to participate in the study (signed and dated) and any authorizations required by law
2. Patients not on TG-lowering therapy with fasting TG ≥440 mg/dL (5.0 mmol/L) and patients on a stable well controlled dose of fibrate, for at least 30 days prior to screening that is not anticipated to change during the study period, with fasting TG ≥225 mg/dL (2.6 mmol/L) at screening
3. Patients not on TG-lowering therapy with fasting TG ≥350 mg/dL (4.0 mmol/L) and ≤2000 mg/dL (22.7 mmol/L), and patients on a stable well controlled dose of fibrate with fasting TG ≥225 mg/dL and ≤2000 mg/dL, after 4-wk tight diet control run-in
4. Age ≥18 years at time of informed consent
5. Satisfy one of the following:
   a. Females: must be non-pregnant and non-lactating; surgically sterile, post-menopausal, abstinent, or if engaged in sexual relations of child-bearing potential, patient is using an acceptable contraceptive method (refer to Section 7.6.1) for four weeks prior to, during, and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks).
   b. Males: must be surgically sterile, abstinent or if engaged in sexual relations of child-bearing potential, patient is utilizing an acceptable contraceptive method (refer to Section 7.6.1) during and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks).

### 4.2 Exclusion Criteria

Patients meeting any of the following criteria are not eligible for the study:

1. HbA1c ≥9.0%, type 1 diabetes, or history of outpatient insulin use for more than 2 weeks in the last year
2. Body mass index (BMI) >40 $kg/m^2$
3. Familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II deficiency (type I dyslipidemia)

4. Any of the following laboratory values at screening
   a. Hepatic:
      - Total bilirubin >upper limit of normal (ULN). Subjects with Gilbert's syndrome [elevated indirect bilirubin with normal direct bilirubin and normal AST and ALT] may be eligible after discussion with the medical monitor
      - ALT >1.7 x ULN
      - AST >1.7 x ULN
   b. Renal:
      - Urine protein or blood persistently positive by dipstick and confirmed by quantitative total urine protein measurement of ≥250 mg/24 hr
      - Estimated creatinine clearance calculated according to the formula of Cockcroft and Gault <60 mL/min
   c. Clinically significant abnormalities on laboratory examination
5. History of bariatric surgery or currently on weight loss drugs
6. Uncontrolled hypertension (BP >160/100)
7. Primary hypothyroidism (screening TSH > ULN and free T4 < LLN), primary subclinical hypothyroidism (screening TSH > ULN and free T4 WNL), secondary hypothyroidism (screening TSH < LLN and free T4 < LLN)
8. Clinically significant abnormalities in medical history (e.g., acute or unstable cardiac ischemia within 6 months of screening or major surgery within 3 months of screening) or physical examination which, in the opinion of the investigator, would make the patient unsuitable for inclusion in the study
9. Malignancy within 5 years, except for basal or squamous cell carcinoma of the skin or carcinoma in situ of the cervix that has been successfully treated
10. Active infection requiring systemic antiviral or antimicrobial therapy unless treatment is expected to be completed prior to first dose
11. Recent history of alcohol or substance abuse or unwillingness to limit alcohol consumption to within moderate limits for the duration of the Study as follows (or per Site Investigator judgment): maximum of 2 alcoholic beverages (20 g) per day and ≤8 drinks (80 g) per week for males; maximum of 1 alcoholic beverage (10 g) per day and ≤4 drinks (40 g) per week for females
12. Known history or positive at time of screening for HIV, HCV, or chronic HBV infection
13. On oral contraceptives, hormone replacement therapy, statin, or oral anti-diabetic medication unless on a stable regimen for at least 3 months prior to dosing and will remain on a stable regimen for the duration of the study

14. Group 1 and 2 patients: unable to discontinue use of systemic corticosteroids, fibrates, niacin, fish oil or other products containing omega-3 fatty acids, at least 6 weeks prior to dosing. Group 3 patients: unable to discontinue use of systemic corticosteroids at least 6 weeks prior to dosing; use of niacin, fish oil or other products containing omega-3 fatty acids unless on stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period
15. Use of topical corticosteroids, anticoagulants, or drugs or dietary supplements (not described in Exclusion Criteria #14) with potential lipid-altering effects unless on stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period
16. Treatment with another Study Drug, biological agent, or device within one month of screening, or 5 half-lives of study agent, whichever is longer
17. Previous participation in an investigational study involving systemic administration of an oligonucleotide within nine months of screening
18. Unwillingness to comply with study procedures, including follow-up, as specified by this protocol, or unwillingness to cooperate fully with the Investigator
19. Blood donation of 50 to 499 mL within 30 days of screening or of >499 mL within 60 days of screening
20. Any other conditions which, in the opinion of the investigator, would make the patient unsuitable for inclusion, or could interfere with the patient participating in or completing the study

# 5. PATIENT ENROLLMENT

Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2).

Eligible patients on a stable dose of fibrate will be enrolled into Group 3.

## 5.1 Randomization

Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).

Patients in Group 3 will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.

The Sponsor (or designee) will prepare the randomization lists. The placebo patients in each dose cohort will be dosed according to the same timetable and with the same injection volume.

The unblinded pharmacist (or qualified delegate) preparing the dosing solutions will be the only member of study staff to know which patient is receiving placebo in each dose cohort. Extensive PK / post-prandial assessment groups, and dose cohort assignments will not be blinded.

## 5.2 Visit Days and Windows

Patients must complete the treatment visits on Day 1 ± 0 days and on Day 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85 within ± 1 day. Patients in the extensive PK group must also visit the clinic on Day 2 and 86 ± 0 days relative to Day 1 and 85, respectively, for the 24 hour blood draw. Patients must complete the follow-up visits on Day 92 and 99 within ± 1 day, Day 127 within ± 3 days, and Day 176 within ± 5 days of the scheduled visit date. Patients in the post-prandial assessment group must also visit the clinic on Day 103 within ± 2 days and on the day following the Day 103 visit for the 24 hour blood draw.

## 5.3 Withdrawal of Patients

Patients have the right to withdraw from the study at any time and for any reason without prejudice to his or her future medical care by the physician or at the institution.

Any patient who withdraws consent to participate in the study will be removed from further treatment and/or study observation immediately upon the date of the request. Patients should be encouraged to complete all follow-up study procedures and observations or at minimum the Early-Treatment-Termination (Study Day 92) procedures (see Appendices A, B, and C).

The Site Investigator may discontinue a patient from the trial if in his/her judgment continuation in the study may prove harmful to the patient or if the patient is not compliant with the protocol.

Reasons for removal from the study may include but are not limited to:

- Adverse event
- Site Investigator judgment
- Significant protocol deviation
- Lost to follow-up
- Withdrawal of consent
- Death

The Site Investigator must notify the Sponsor by phone within 24 hours of patient withdrawal (the reason for, and dates of withdrawal must be documented in the electronic Case Report Form (eCRF)).

If the patient withdraws due to an AE, the Site Investigator should strongly encourage the patient to have follow-up visits until the AE has resolved or stabilized.

## 5.4 Replacement of Patients

At the discretion of the Sponsor, additional patients (up to a total of 120 patients randomized and dosed (i.e., Safety Set)) may be added to replace any patients withdrawn before receiving 9 doses

of Study Drug and all follow-up procedures including, if applicable, the second extensive PK (i.e., Day 85 and 86) or post-prandial (i.e., Day 103 and 104) assessments, unless the Site Investigator and Sponsor Medical Monitor agree that this should not be done for reasons of safety. Each additional patient will be assigned to the same randomization block as the patient that is being replaced.

### 5.5 Unblinding of Treatment Assignment

Due to the drug's long terminal elimination half-life, and hence relatively long follow-up period, the Sponsor will unblind the treatment assignments for each cohort upon completion of dosing to perform the primary analysis. However, the Sponsor Clinical Trial Manager and Medical Monitor or designees, all patients, monitors, and site personnel related to the conduct of the study, except for the unblinded pharmacist (or qualified delegate) who prepares the Study Drug and an unblinded pharmacy monitor separate from the study monitor, will remain blinded to the patient's treatment assignment throughout the study. These same procedures will be followed if an interim analysis is performed. The Site Investigator, however, will have the ability to unblind the treatment assignment, for safety reasons, for patients enrolled in this study. The Sponsor will be informed of the unblinding of a patient within 24 hours. An unblinded randomization schema will be maintained securely at the Study Center and the Sponsor's Quality Assurance Department. The treatment assignment should only be unblinded when the patient has suffered a Serious Adverse Event (see Section 9.3.3), and/or when knowledge of the treatment assignment will impact the clinical management of the patient. Every reasonable attempt should be made to complete the post-treatment evaluation procedures prior to unblinding, as knowledge of the treatment arm could influence patient assessment.

### 5.6 Study Termination

Both the Sponsor and the Site Investigator reserve the right to terminate the study, according to the terms of the study contract. The Site Investigator should notify the Institutional Review Board (IRB)/Independent Ethics Committee (IEC) in writing of the trial's completion or early termination and send a copy of the notification to the Sponsor or designee.

## 6. STUDY DRUG

### 6.1 ISIS 304801

A solution of ISIS 304801 (200 mg/mL, 1.0 mL) contained in 2-mL stoppered glass vials will be provided. ISIS 304801 is manufactured by Isis Pharmaceuticals, Inc., Carlsbad, California, USA. The drug product and its storage and preparation instructions will be provided by Isis Pharmaceuticals. ISIS 304801 must be stored securely at 2 to 8° C and protected from light.

### 6.2 Placebo

The placebo for this study is 0.9% sterile saline and will be provided by the Study Center.

### 6.3 ISIS 304801 Packaging, Labeling and Drug Accountability

Isis Pharmaceuticals, Inc. will provide the Site Pharmacists with packaged ISIS 304801 labelled in accordance with specific country regulatory requirements.

## 6.4 Study Drug Administration

ISIS 304801 solution and placebo will be prepared by an unblinded pharmacist (or qualified delegate). Please refer to the Study Drug manual for additional details. Vials are for single-use only. A trained professional, blinded to the identity of the drug, will administer the Study Drug. Study visits that require only Study Drug administration, vital signs, adverse events, concomitant medication usage recording, and diet/alcohol counseling and monitoring may be conducted at a remote location (e.g., the patient's home) if travel to the study center is unduly burdensome for a patient. The Study Drug will be administered as a SC injection in the abdomen, thigh, or outer area of the upper arm on each dosing day. Dosing should be rotated among the anatomical locations (abdomen, thighs or arms) for each individual patient during the dosing period (avoiding areas of excessive rubbing such as the belt line). Doses will be administered as a single SC injection. Doses of 300 mg may be administered as two equal volume noncontiguous SC injections if there are tolerability issues with receiving the dose as a single SC injection. Please refer to the Study Drug manual for more detailed instructions for Study Drug preparation and administration.

## 6.5 Drug Accountability

The unblinded pharmacist (or qualified delegate) is required to document receipt, dispensing and return of ISIS 304801 supplies. Drug accountability documentation and all used and unused ISIS 304801 vials must be returned to Isis Pharmaceuticals or designee.

## 6.6 Concomitant Medications

Throughout the study, Site Investigators or designated licensed physicians involved in the study may prescribe concomitant medications or treatments deemed necessary for AEs or to provide adequate supportive care.

No lipid lowering therapies (e.g., fibrates, niacin, fish oil or other products containing omega-3 fatty acids), or systemic corticosteroids may be started (Groups 1 and 2) or adjusted (Group 3) after screening and doses of existing oral anti-diabetic medication, oral contraceptives, hormone replacement therapy, topical corticosteroids, anticoagulants, or drugs or dietary supplements with potential lipid-altering effects should not be adjusted.

Study patients are prohibited from receiving other experimental agents during the study. This includes marketed agents at experimental dosages that are being tested for the treatment of hypertriglyceridemia.

All concomitant medications/treatments and significant non-drug therapies (including supplements and assistive devices) received by a patient must be recorded in the patient's source documents and CRF.

Patients should consult with the Site Investigator or designee prior to initiating any new medication, including non-prescription compounds or any other non-drug therapy.

# 7. STUDY PROCEDURES

For an individual patient, the participation period consists of a ≤8-week screening period (which includes a 4-week tight diet control run-in qualification period), a -week study

qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 35 weeks of study participation. Concomitant medications and any AEs will be recorded throughout all periods of the study.

## 7.1 Screening Plus Tight Diet Control Run-In Qualification and Randomization Period (Study Day ≤-63 to Study Day -1)

Patients who give written informed consent will undergo a medical history and physical examination including vital signs, 12-lead electrocardiogram (ECG), determination of concomitant medications, and have blood and urine samples taken for clinical laboratory testing (Appendix A). Females who are of childbearing potential will have a pregnancy test at screening and again during the post tight diet control study qualification period. Patients will be placed on a tightly controlled diet for the duration of study participation. After 28 days on the controlled diet, patients will have baseline measurements and be assessed (Appendix A) for qualification of enrollment into the treatment phase of the study. Patients who meet the enrollment criteria following diet run-in will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2) and randomized as described in Section 5.1.

Preceding the visit that includes a blood draw for pharmacodynamic measurements (Day -8) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit (to ensure equal moderation of fat intake, per patient), after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding this clinic visit.

## 7.2 Treatment Period (Study Day 1 to Study Day 85)

Randomized patients will receive a total of 13 doses of Study Drug (Appendix A). Study Drug will be administered by SC injection on Study Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85.

Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 1, 8, 15, 29, 43, 57, 71, and 85), patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit, after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits.

Blood will be collected for measurement of total apoC-III and other pharmacodynamic markers on Days 1, 8, 15, 29, 43, 57, 71, and 85 (prior to Study Drug administration). Patients in the post-prandial assessment group will have blood drawn for pharmacodynamic measurements on Day -1, pre-liquid meal, and not on Day 1. Patients will meet with a dietician or study staff member at each visit and compliance to diet and alcohol restrictions will be monitored and the importance of continuing compliance will be reinforced to the patient. Safety and clinical laboratory evaluations as well as blood sampling for PK analysis and post-prandial assessments (in a subset of patients) will be performed periodically throughout the treatment period (Appendices A, B, C, and D).

*Postprandial Assessment (Appendix D):* Patients in the post-prandial assessment group will consume standardized pre cooked meals (lunches and dinners (provided) and instructions for breakfasts and snacks) for the 2 days prior to the post-prandial evaluations. Patients will remain fasted after consuming the standardized pre-cooked meal for the dinner on the evening prior to

their visit. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. On each of the post-prandial evaluation days, following the blood draws, patients will consume a standardized liquid meal (which represents about a third of the daily caloric requirements) with a stable radioisotope tracer, followed by an 8 hour radioisotope infusion and serial blood sampling. Patients will receive a standardized pre-cooked meal 9 hrs after consuming the liquid meal, after which they will fast until the 24 hour blood draw the following day.

*Extensive PK Assessment (Appendix C):* In addition to trough sample collection, patients in the extensive PK assessment group will undergo serial blood sampling for 24 hrs after their first (Day 1-2) and last (Day 85-86) dose of Study Drug.

## 7.3 Post-treatment Evaluation Period (Study Day 86 to Study Day 176)

Patients will be followed until Study Day 176. During this time, patients will return to the study center for outpatient clinic visits on Study Days 92, 99, 127, and 176 (and Day 103 for patients in the post-prandial assessment group) for safety and clinical laboratory evaluations (blood draws), diet counseling and monitoring, concomitant medication usage recording, and AE event collection. Blood samples for PK and PD analysis will be collected periodically throughout the post-treatment evaluation period (Appendices A, B, and C). Post-prandial assessments will be done in a subset of patients (Appendix D).

Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 92, 99, 127, and 176) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit, after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits.

## 7.4 Laboratory Analytes

Laboratory measurements of serum chemistry, urinalysis, coagulation, complement, hematology, immune function, thyroid function, and full lipid panel will be performed at the times shown in the Schedule of Procedures (Appendix A). The analytes within these panels are shown in Appendix B.

## 7.5 Pharmacokinetics Specimen Collection

Plasma specimens will be collected as shown in Appendix A (Schedule of Procedures) and Appendix C (Pharmacokinetic Sampling Schedule).

## 7.6 Restrictions on the Lifestyles of Patients

### *7.6.1 Contraception Requirements*

All patients of childbearing potential must refrain from sperm/egg donation and practice effective contraception 4 weeks prior to dosing and during the study and be willing and able to continue contraception for 13 weeks after their last dose of Study Drug.

For the purposes of this study, women of childbearing potential are defined as any female who has experienced menarche, and that does not meet one of the following conditions:

- Postmenopausal: twelve (12) months of natural (spontaneous) amenorrhea together with FSH confirmation of postmenopausal state or 6 weeks after surgical bilateral oophorectomy with or without hysterectomy
- Post hysterectomy

For the purposes of this study, effective contraception is defined as follows:

- For female patients: using 1 or more of the following acceptable methods of contraception: surgical sterilization (e.g., bilateral tubal ligation), hormonal contraception, intrauterine contraception/device, or any 2 barrier methods (a combination of male or female condom* with diaphragm, sponge, or cervical cap) together with spermicidal foam/gel/film/cream/suppository.
- For male patients: effective male contraception includes a vasectomy with negative semen analysis at follow-up, or the use of condoms together with spermicidal foam/gel/film/cream/suppository. Male patients must also encourage their female partner (of childbearing potential) to use effective contraception during the study and for at least 13 weeks after the patient's last dose of Study Drug. Effective contraceptive for the female partner includes: surgical sterilization (e.g., bilateral tubal ligation), hormonal contraception, intrauterine contraception/device, or barrier methods (female condom*, diaphragm, sponge, cervical cap) together with spermicidal foam/gel/film/cream/suppository.

*Note: A female condom and a male condom should not be used together as friction between the two can result in either product failing.

Male patients with partners that are pregnant must use condoms during the study and for at least 13 weeks after their last dose of Study Drug to ensure that the fetus is not exposed to Study Drug.

### *7.6.2 Other Requirements*

During the tight diet control run-in qualification period, patients will be placed on a tightly controlled diet. After 28 days on the diet, patients will be assessed for qualification for study participation. Patients will remain on the tightly controlled diet for the duration of study participation. Diet requirements will be similar to those provided in Health Canada's Food Guide (www.healthcanada.gc.ca/foodguide). Patients will be provided a standardized pre-cooked meal for the dinner (after which they will remain fasted) preceding blood drawing for pharmacodynamic measurements. Alcohol consumption will not be allowed 48 hrs preceding blood drawing for pharmacodynamic measurements. In addition, patients in the post-prandial assessment group will be provided with standardized pre cooked meals (lunches and dinners and instructions for breakfasts and snacks) for the 2 days prior to the post-prandial evaluation day. On the post-prandial evaluation day, patients will consume a standardized liquid meal with a stable radioisotope tracer prior to blood draws. On the post-prandial day, after 9 hours of blood

draws, patients will receive a standardized pre-cooked meal after which they will remain fasted until the 24 hour blood draw for pharmacodynamic measurements the following day.

# 8. SAFETY MONITORING AND STOPPING RULES

In addition to the standard monitoring of clinical safety parameters, the following guidelines are provided for the monitoring of selected parameters chosen based on preclinical and clinical observations (see Investigator's Brochure).

Confirmation Guidance: At any time during the study (treatment or post-treatment periods), the initial clinical laboratory results meeting the safety monitoring criteria presented below **must be confirmed** by performing measurements (ideally in the same laboratory that performed the initial measurement) on new specimens. All new specimen collections should take place as soon as possible (ideally within 3 days of the initial collection) and, in any event, no longer than 5 days from the collection that yielded the initial observation. If the initial laboratory result is observed during the treatment period, the results from the retest **must be available** prior to the next scheduled dose of Study Drug (ISIS 304801 or placebo).

Stopping Rule Guidance: If any of the stopping criteria described below are met and are confirmed, the patient will be permanently discontinued from further treatment with Study Drug (ISIS 304801 or placebo), evaluated fully as outlined below and in consultation with the Sponsor Medical Monitor, and will be entered into the post-treatment evaluation portion of the study. In general, patients who do not meet the stopping rules based upon retest may continue dosing. However, the Site Investigator and the Sponsor Medical Monitor should confer as to whether additional close monitoring of the patient is appropriate.

## 8.1 Liver Chemistry Rules

The following rules are adapted from the draft guidance for industry, "Drug-Induced Liver Injury: Premarketing Clinical Evaluation," issued by the U.S. Department of Health and Human Services, Food and Drug Administration, July 2009.

### *8.1.1 Safety Monitoring Rules for Liver Chemistry Tests*

In the event of an ALT or AST measurement that is >3 x ULN at any time during the study (treatment or post-treatment period), the initial measurement(s) should be confirmed as described above. Similarly, confirmatory measurements should also be performed if ALT or AST levels increase to ≥5 x ULN (following the initial meeting of each of those criteria).

Frequency of Repeat Measurements: Patients with confirmed ALT or AST levels >3 x ULN that are continuing to rise should have their liver chemistry tests (ALT, AST, alkaline phosphatase, and total bilirubin at a minimum) retested at least once weekly until levels stabilize or begin to recover. The performance of additional laboratory tests (e.g., INR) should be discussed with the Sponsor Medical Monitor. Thereafter, liver chemistry tests for these patients should be performed at least every 2 weeks until ALT and AST levels become ≤1.2 x ULN or back to Baseline Value if the Baseline Value was >ULN.

Further Investigation into Liver Chemistry Elevations: For patients with confirmed ALT or AST levels >3 x ULN, the following evaluations should be performed:

1. Obtain a more detailed history of symptoms and prior and concurrent diseases
2. Obtain a further history for concomitant drug use (including nonprescription medications, herbal and dietary supplement preparations), alcohol use, recreational drug use, and special diets
3. Obtain a history for exposure to environmental chemical agents and travel
4. Serology for viral hepatitis (HAV IgM, HBsAg, HCV antibody, CMV IgM, and EBV antibody panel)
5. Serology for autoimmune hepatitis (e.g., antinuclear antibody (ANA))

Additional liver evaluations, including gastroenterology/hepatology consults, hepatic CT or MRI scans, may be performed at the discretion of the Investigator, in consultation with the Sponsor Medical Monitor. Repetition of the above evaluations should be considered if a patient's ALT and/or AST levels reach 5 x ULN.

## 8.2 Stopping Rules

### *8.2.1 Stopping Rules for Liver Chemistry Elevations*

In the event of confirmed laboratory results meeting the following criteria, **and the event is without an alternative explanation as discussed with the Sponsor Medical Monitor,** dosing of a patient with Study Drug (ISIS 304801 or placebo) will be stopped permanently:

1. ALT or AST >8 x ULN
2. ALT or AST >5 x ULN at two consecutive weekly measurements (not less than 7 days nor more than 10 days apart) both of which are confirmed. Treatment with Study Drug (ISIS 304801 or placebo) will continue weekly until the second consecutive weekly ALT or AST measurement is confirmed to be >5 x ULN
3. ALT or AST >3 x ULN **and** total bilirubin >2 x ULN
4. ALT or AST >3 x ULN with the appearance of fatigue, nausea, vomiting, right upper quadrant pain or tenderness, fever, rash, and/or concomitant eosinophilia (>5%)

### *8.2.2 Stopping Rules for Renal Function Test Results*

In the event of **confirmed** laboratory results for either of the following criteria, dosing of a patient with Study Drug will be stopped permanently:

- Confirmed serum creatinine increase ≥0.3 mg/dL (26.5 µmol/L) or ≥40% (whichever is greater) above average baseline creatinine values (average of Week -1 and Day 1 or the Week -1 value if Day 1 measurement is not required
- Proteinuria, dipstick 2 + (confirmed by dipstick retest and then further confirmed by a quantitative total urine protein measurement of >0.5 g/24 hr)

The follow-up schedule for any events meeting either of these stopping criteria will be determined by the Site Investigator in consultation with the Sponsor Medical Monitor.

#### *8.2.3 Stopping Rule for Platelet Count Results*

In the event of a confirmed platelet count less than 75,000/$mm^3$, dosing of a patient with Study Drug (ISIS 304801 or placebo) will be stopped permanently. The follow-up schedule for any events meeting this stopping criterion will be determined by the Site Investigator in consultation with the Sponsor Medical Monitor.

## 9. SERIOUS AND NON-SERIOUS ADVERSE EVENTS

### 9.1 Sponsor Review of Safety Information

Safety information will be collected, reviewed, and evaluated by the Sponsor or designee in accordance with the Safety Management Plan throughout the conduct of the clinical trial.

### 9.2 Regulatory Requirements

The Sponsor is responsible for regulatory submissions and reporting to the investigators of serious adverse events (SAEs) including suspected unexpected serious adverse reactions (SUSARs) per the International Conference on Harmonization (ICH) guidelines E2A and ICH E6. Country-specific regulatory requirements will be followed in accordance with local country regulations and guidelines.

IRB/ IEC will be notified of any SAE according to applicable regulations.

For the purpose of regulatory reporting of SUSARs, there are no expected adverse events for this study population. For Study Drug expected adverse events refer to the Site Investigator's Brochure.

### 9.3 Definitions

#### *9.3.1 Adverse Event*

An adverse event is any unfavorable and unintended sign (including a clinically significant abnormal laboratory finding, for example), symptom, or disease temporally associated with the study or use of investigational drug product, whether or not the AE is considered related to the investigational drug product.

#### *9.3.2 Adverse Reaction and Suspected Adverse Reaction*

An adverse reaction is any adverse event caused by the Study Drug.

A suspected adverse reaction is any adverse event for which there is a reasonable possibility that the drug caused the adverse event. A suspected adverse reaction implies a lesser degree of certainty about causality than an adverse reaction.

#### *9.3.3 Serious Adverse Event (SAE)*

A serious adverse event is any adverse event that in the view of either the Site Investigator or Sponsor, meets any of the following criteria:

- Results in death
- Is life threatening: that is, poses an immediate risk of death as the event occurred

  An adverse event or suspected adverse reaction is considered “life-threatening” if, in the view of either the Site Investigator or Sponsor, its occurrence places the patient at immediate risk of death. It does not include an adverse event or suspected adverse reaction that, had it occurred in a more severe form, might have caused death.

- Requires inpatient hospitalization or prolongation of existing hospitalization

  Hospitalization is defined as an admission of greater than 24 hours to a medical facility and does not always qualify as an adverse event

- Results in a persistent or significant incapacity or substantial disruption of the ability to conduct normal life functions
- Results in congenital anomaly or birth defect in the offspring of the patient (whether the patient is male or female)
- Important medical events that may not result in death, are not life-threatening, or do not require hospitalization may also be considered serious when, based upon appropriate medical judgment, they may jeopardize the patient and may require medical or surgical intervention to prevent one of the outcomes listed in this definition. Examples of such medical events include allergic bronchospasm requiring intensive treatment in an emergency room or at home, blood dyscrasias or convulsions that do not result in inpatient hospitalization, or the development of drug dependency or drug abuse.

## 9.4 Monitoring and Recording Adverse Events

Any pre-existing conditions or signs and/or symptoms present in a patient prior to the **start** of the study (i.e., before informed consent) should be recorded as Medical History and not recorded as adverse events unless the pre-existing condition worsened. The Site Investigator should always group signs and symptoms into a single term that constitutes a **single unifying diagnosis** if possible.

### *9.4.1 Serious Adverse Events*

In the interest of patient safety, and in order to fulfill regulatory requirements**,** all SAEs (regardless of their relationship to Study Drug) should be reported to the Sponsor or designee within 24 hours of the site’s first knowledge of the event. The collection of SAEs will begin after the patient signs the informed consent form and stop at the end of the patient’s follow-up period on Study Day 176. When the Site Investigator is reporting by telephone, it is important to speak to someone in person versus leaving a message. An Initial Serious Adverse Event Form should be completed and a copy should be faxed to the Sponsor or designee **(Safety Fax 1-760-268-6500)**.

Detailed information should be actively sought and included on Follow-Up Serious Adverse Event Forms as soon as additional information becomes available. All SAEs will be followed

until resolution. SAEs that remain ongoing past the patient's last protocol-specified follow-up visit will be evaluated by the Site Investigator and Sponsor. If the Site Investigator and Sponsor agree the patient's condition is unlikely to resolve, the Site Investigator and Sponsor will determine the follow-up requirement.

#### *9.4.2 Non-Serious Adverse Events*

The recording of non-serious AEs will begin after the patient signs the informed consent form and will stop at the end of the patient's follow-up period defined as Study Day 176. The Site Investigator will monitor each patient closely and record all observed or volunteered AEs on the Adverse Event Case Report Form.

#### *9.4.3 Evaluation of Adverse Events (Serious and Non-Serious)*

The Investigator's opinion of the following should be documented:

##### *9.4.3.1 Relationship to the Study Drug*

The event's relationship to the Study Drug is characterized by one of the following:

- **Related:** There is clear evidence that the event is related to the use of Study Drug e.g., confirmation by positive re-challenge test
- **Possible:** The event cannot be explained by the patient's medical condition, concomitant therapy, or other causes, and there is a plausible temporal relationship between the event and Study Drug administration
- **Unlikely/Remote:** An event for which an alternative explanation is more likely (e.g., concomitant medications or ongoing medical conditions) or the temporal relationship to Study Drug administration and/or exposure suggests that a causal relationship is unlikely (For reporting purposes, Unlikely/Remote will be grouped together with Not Related)
- **Not Related:** The event can be readily explained by the patient's underlying medical condition, concomitant therapy, or other causes, and therefore, the Site Investigator believes no relationship exists between the event and Study Drug

##### *9.4.3.2 Severity*

The event's severity is characterized by one of the following:

- **Mild:** The event is easily tolerated by the patient and does not affect the patient's usual daily activities
- **Moderate:** The event causes the patient more discomfort and interrupts the patient's usual daily activities
- **Severe:** The event is incapacitating and causes considerable interference with the patient's usual daily activities

If the event is an SAE, then all applicable seriousness criteria must be indicated (criteria listed in Section 9.3.3).

#### *9.4.3.3 Action Taken with Study Drug*

Action taken with Study Drug due to the event is characterized by one of the following:

- **None:** No changes were made to Study Drug administration and dose
- **Permanently Discontinued:** Study Drug was discontinued and not restarted
- **Temporarily Interrupted, Restarted – Same Dose:** Dosing was temporarily interrupted, stopped or delayed due to the adverse event and restarted at the same dose

#### *9.4.3.4 Treatment Given for Adverse Event*

Any treatment (e.g., medications or procedures) given for the adverse event should be recorded.

#### *9.4.3.5 Outcome of the Adverse Event*

If the event is a non-serious adverse event then the event's outcome is characterized by one of the following:

- **AE Persists:** Patient terminates from the trial and the AE continues
- **Recovered:** Patient recovered completely from the AE
- **Became Serious:** The event became serious (the date the event became serious should be recorded as the Resolution Date of that AE and the Onset Date of the corresponding SAE)
- **Change in Severity (if applicable):** AE severity changed

If the event is a serious adverse event then the event's outcome is characterized by one of the following:

- **Ongoing:** SAE continuing
- **Persists (as non-serious AE):** Patient has not fully recovered but the event no longer meets serious criteria and should be captured as an AE on the non-serious AE eCRF (the SAE resolution date should be entered as the date of onset of that AE)
- **Recovered:** Patient recovered completely from the SAE (the date of recovery should be entered as the SAE resolution date)
- **Fatal:** Patient died (the date of death should be entered as the SAE resolution date)

## 9.5 Procedures for Handling Special Situations

### *9.5.1 Abnormalities of Laboratory Tests*

Clinically significant abnormal laboratory test results may, in the opinion of the Investigator, constitute or be associated with an adverse event. Examples of these include abnormal laboratory results that are associated with symptoms, or require treatment, e.g., bleeding due to thrombocytopenia, tetany due to hypocalcemia, or cardiac arrhythmias due to hyperkalemia.

Whenever possible, the underlying diagnosis should be listed in preference to abnormal laboratory values as AEs. Clinically significant abnormalities will be monitored by the Site Investigator until the parameter returns to its baseline value or until agreement is reached between the Site Investigator and Sponsor Medical Monitor. Laboratory abnormalities deemed not clinically significant (NCS) by the Site Investigator should not be reported as AEs. Similarly, laboratory abnormalities reported as AEs by the Site Investigator should not be deemed NCS on the laboratory sheet.

The Site Investigator is responsible for reviewing and signing all laboratory reports. The signed clinical laboratory reports will serve as source documents.

### *9.5.2 Prescheduled or Elective Procedures or Routinely Scheduled Treatments*

A prescheduled or elective procedure or a routinely scheduled treatment will not be considered an SAE, even if the patient is hospitalized; the study site must document all of the following:

- The prescheduled or elective procedure or routinely scheduled treatment was scheduled (or was on a waiting list to be scheduled) prior to obtaining the patient's consent to participate in the study
- The condition that required the prescheduled or elective procedure or routinely scheduled treatment was present before and did not worsen or progress in the opinion of the Site Investigator between the patient's consent to participate in the study and the timing of the procedure or treatment
- The prescheduled or elective procedure or routinely scheduled treatment is the sole reason for the intervention or hospital admission

### *9.5.3 Dosing Errors*

Study medication errors should be documented as Protocol Deviations. A brief description should be provided in the deviation, including whether the patient was symptomatic (list symptoms) or asymptomatic, and the event accidental or intentional.

Dosing details should be captured on the Dosing Case Report Form. If the patient takes a dose of Study Drug that exceeds protocol specifications and the patient is symptomatic, then the symptom(s) should be documented as an adverse event and be reported per Section 9.4.

**Should an overdose occur**, the Site Investigator or designee should refer to the Guidance to Investigator's section of the Investigator's Brochure and contact the Sponsor or designee within 24 hours.

### *9.5.4 Contraception and Pregnancy*

Male patients and female patients of childbearing potential must continue to use appropriate contraception with their partners, or refrain from sexual activity as described in the inclusion criteria (Section 7.6.1).

If a patient becomes pregnant or a pregnancy is suspected, or if a male patient makes or believes that he has made someone pregnant during the study, the patient should immediately inform the

study personnel. An Initial Pregnancy Form should be submitted to the Sponsor or designee **within 24 hours** of first learning of the occurrence of pregnancy. Follow-up information including delivery or termination is reported on Follow-up Pregnancy Forms and reported within 24 hours.

Payment for all aspects of obstetrical care, child or related care will be the patient's responsibility.

Female patients: If a suspected pregnancy occurs while on the study (including follow-up), a pregnancy test will be performed. The patient with a confirmed pregnancy will be immediately withdrawn from treatment with Study Drug. However, the patient will be encouraged to complete the post-treatment follow-up portion of the study to the extent that study procedures do not interfere with the pregnancy. Regardless of continued study participation, the study physician will assist the patient in getting obstetrical care and the progress of the pregnancy will be followed until the outcome of the pregnancy is known (i.e., delivery, elective termination, or spontaneous abortion). If the pregnancy results in the birth of a child, the Site and Sponsor may require access to the mother and infant's medical records for an additional 8 weeks after birth.

Male patients: The progress of the pregnancy in a male patient's partner should be followed until the outcome of the pregnancy is known (i.e., delivery, elective termination, or spontaneous abortion). If the pregnancy results in the birth of a child, additional follow-up information may be requested for the mother and infant. Follow-up will be performed to the extent permitted by law and privacy considerations.

# 10. STATISTICAL CONSIDERATIONS

## 10.1 Study Endpoints, Subsets, and Covariates

### *10.1.1 Primary Endpoint*

The primary endpoint is the percent change in fasting total apoC-III levels from Baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 for patients in Group 1 plus 2.

### *10.1.2 Secondary Endpoints*

#### *10.1.2.1 Secondary Pharmacodynamic Endpoints*

Percent change in fasting VLDL apoC-III , TG, apoC-II (total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels.

#### *10.1.2.2 Secondary Safety Endpoints*

- Adverse events
- Vital signs and weight
- Physical examination

- Clinical laboratory tests (serum chemistry, hematology, urinalysis, coagulation, complement, immune function, thyroid function, pregnancy test for women with child bearing potential)
- ECG
- Use of concomitant medication

#### *10.1.3 Tertiary Endpoints*

Post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in the group of patients undergoing post-prandial assessment as appropriate.

### 10.2 Sample Size Considerations

Based upon prior clinical trial experience with ISIS 304801, it is estimated that the standard deviation of the percent change in total apoC-III is approximately 46%. With 18 Group 1 and 2 patients in the pooled placebo cohort and each ISIS 304801 dose cohort, there would be at least 80% power to detect a 45% difference in total apoC-III between each ISIS 304801 dose cohort and pooled placebo cohort at an alpha level of 0.05, assuming 50% reduction in ISIS 304801 dose cohort and 5% in the pooled placebo cohort.

### 10.3 Populations

The Safety Set will include all randomized patients who received at least 1 injection.

The Full Analysis Set, which represents the practically-feasible intent-to-treat (ITT) population as delineated in ICH Guideline E9, will include the subset of the Safety Set with at least 1 post-Baseline total apoC-III measure.

The Per-Protocol Set will include the subset of the Full Analysis Set that have received at least 9 doses of ISIS-304801 or placebo and that have no significant protocol deviations that would be expected to affect efficacy assessments.

### 10.4 Interim Analysis

An unblinded interim analysis may be performed for business planning purposes. To ensure patient safety, blinded data including the adverse events and safety laboratory data will be reviewed by the Sponsor on an ongoing basis.

### 10.5 Planned Methods of Analysis

All eCRF data, lab data transfers, as well as any outcomes derived from the data, will be provided in the patient data listings. Patient data listings will be presented for all patients enrolled into the study.

Descriptive summary statistics including n, mean, median, standard deviation, interquartile range (25th percentile, 75th percentile), and range (minimum, maximum) for continuous variables, and counts and percentages for categorical variables will be used to summarize most data. Where appropriate, p-values will be reported. All statistical tests will be conducted using 2-sided tests with 5% type I error rates unless otherwise stated.

For data summaries and statistical analyses, the placebo patients from all 3 Group 1 and 2 cohorts will be pooled into one cohort. For analyses of Group 3, the placebo patients from both cohorts will be pooled into one cohort.

All PD endpoints will be assessed on the Per-Protocol Set (primary analysis population) and Full Analysis Set. All safety assessments will be performed on the Safety Set.

### *10.5.1 Demographic and Baseline Characteristics*

Demographic and baseline characteristics will be summarized using descriptive statistics by dose cohort and assessment group. Patient randomization will be summarized by dose cohort and assessment group. The patient disposition will be summarized. All patients enrolled will be included in a summary of patient disposition.

### *10.5.2 Safety Analysis*

Treatment duration and amount of Study Drug received will be summarized by dose cohort and assessment group.

All treatment-emergent adverse events and serious adverse events will be summarized for each dose cohort and assessment group using the MedDRA™ coding system, by system organ class, preferred term, relationship to Study Drug, and severity. Narratives of deaths, serious and significant adverse events, including early withdrawals due to adverse events, will also be provided.

Laboratory tests to ensure patient safety including chemistry panel, complete blood count with differential, coagulation panel, complement etc., will be summarized by study visits for each dose cohort and assessment group. These safety variables will also be presented as change and percent change from baseline over time after Study Drug administration, as appropriate.

Vital sign and ECG measures will be tabulated by dose cohort and assessment group. In addition, the number of patients who experience abnormalities in clinical laboratory evaluations will be summarized by dose cohort and assessment group.

### *10.5.3 Pharmacokinetic Analysis*

All patients exposed to ISIS 304801 will be included in the PK analysis, and all patients assigned to the extensive PK group will be included in the extensive PK analysis.

Plasma pharmacokinetic parameters and ISIS 304801 concentrations in plasma will be summarized by dose cohort and, when appropriate, by assessment group, using descriptive statistics and, where warranted, presented graphically. The following ISIS 304801 plasma PK parameters (though not necessarily limited to) will be derived from the individual patient concentration vs. time profiles using noncompartmental-based methods and based on actual sampling times as appropriate:

- The maximal observed drug concentration ($C_{max}$)
- The time to reach $C_{max}$ ($T_{max}$)

- The area under the plasma concentration-time curve from zero time (predose) to selected times (t) after the SC administration ($AUC_{0-t}$)
- The apparent terminal half-life ($t_{½}$) if possible

### *10.5.4 Pharmacodynamic Analysis*

The primary analysis will be the comparisons of percent change in fasting total apoC-III levels from baseline (average of Day -8 and pre-dose Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 between ISIS 304801 300 mg Group 1 plus 2 dose cohort and pooled placebo cohort in the Per-Protocol Set. The data will be analyzed using the 2-sample t-test (if data departs substantially from normality, the Wilcoxon Rank Sum test will be used). The primary analysis will take place after all patients in Groups 1 and 2 have completed Day 92 and this database has been locked. The primary pharmacodynamic endpoint will also be assessed (as a secondary end point) in the Full Analysis Set.

Additional secondary pharmacodynamic analyses are:

- Comparisons of percent change in fasting total apoC-III levels from baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 between ISIS 304801 100 mg and 200 mg Group 1 plus 2 dose cohorts vs. pooled placebo Group 1 and 2 cohort. The data will be analyzed using the 2-sample t-test (if data departs substantially from normality, the Wilcoxon Rank Sum test will be used).
- Comparison of percent change from baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) in fasting total apoC-III levels over time between ISIS 304801 Group 1 plus 2 dose cohorts and pooled placebo Group 1 and 2 cohort. Repeated measurement analysis will be performed to analyze the effect over time.
- Comparisons of percent change in VLDL apoC-III, TG, apoC-II (total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels from baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 between ISIS 304801 Group 1 plus 2 dose cohorts and pooled placebo Group 1 and 2 cohort. The data will be analyzed using the 2-sample t-test (if data departs substantially from normality, the Wilcoxon Rank Sum test will be used).
- All of the above analyses will also be done between ISIS 304801 200 mg and 300 mg dose cohorts vs. pooled placebo cohort in Group 3.

The secondary pharmacodynamic endpoints will be assessed in both the Full Analysis and per-protocol populations. Post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels will be analyzed in those patients with data available.

### *10.5.5 Additional Analyses*

Potential relationships between pharmacodynamic and pharmacokinetic measures may also be explored, where deemed appropriate.

# 11. REGULATORY OBLIGATIONS

## 11.1 Informed Consent

The written informed consent document should be prepared in the language(s) of the potential patient population, based on an English version provided by the Sponsor.

Before a patient's participation in the trial, the Site Investigator is responsible for obtaining written informed consent from the patient after adequate explanation of the aims, methods, anticipated benefits, and potential hazards of the study and before any protocol-specific screening procedures or any Study Drugs are administered.

The acquisition of informed consent and the patient's agreement or refusal of his/her notification of the primary care physician should be documented in the patient's medical records, and the informed consent form should be signed and personally dated by the patient and by the person who conducted the informed consent discussion (not necessarily an Investigator). The original signed informed consent form should be retained in accordance with institutional policy, and a copy of the signed consent form should be provided to the patient or legally acceptable representative.

## 11.2 Ethical Conduct of the Study

The Guidelines of the World Medical Association (WMA) Declaration of Helsinki in its revised edition (Washington 2002), the guidelines of current Good Clinical Practice (GCP) as well as the demands of national drug and data protection laws and other applicable regulatory requirements will be strictly followed.

## 11.3 Institutional Review Board (IRB)/Independent Ethics Committee (IEC)

A copy of the protocol, proposed informed consent forms, other written patient information, and any proposed advertising material must be submitted to the IRB/IEC for written approval. A copy of the written approval of the protocol and informed consent forms must be received by the Sponsor before recruitment of patients into the study and shipment of Study Drug.

The Site Investigator must submit and, where necessary, obtain approval from the IRB/IEC for all subsequent protocol amendments and changes to the informed consent documents. The Site Investigator should notify the IRB/IEC of deviations from the protocol or serious AEs occurring at the study center and other AE reports received from the Sponsor in accordance with local procedures.

The Site Investigator will be responsible for obtaining annual IRB/IEC approval/renewal throughout the duration of the study. Copies of the Site Investigator's reports and the IRB/IEC's continuance of approval must be sent to the Sponsor.

### 11.4 Pre-Study Documentation Requirements

The Site Investigator is responsible for forwarding at a minimum the following documents to the Sponsor, or designee, for review before study initiation can occur:

- Signed and dated protocol signature page (Investigator's Agreement)
- Copy of the IRB/IEC approval of the protocol, approved consent forms, and patient information sheet
- Up-to-date curricula vitae of Site Investigator and all study team members
- The IRB/IEC composition and/or written statement that IRB/IEC is in compliance with regulations
- Laboratory normal ranges and documentation of laboratory certification (or equivalent)
- Current Patient/Site Investigator indemnity insurance
- Signed study contract

### 11.5 Patient Confidentiality

The Site Investigator must ensure that the patient's confidentiality is maintained. On the CRFs or other documents submitted to the Sponsor, patients should be identified by their initials and a patient study number only. Documents that are not for submission to the Sponsor (e.g., signed informed consent forms) should be kept in strict confidence by the Site Investigator.

In compliance with federal and local regulations/ICH GCP Guidelines, it is required that the Site Investigator and institution permit authorized representatives of the company and of the federal and local regulatory agencies direct access to review the patient's original medical records for verification of study-related procedures and data. Direct access includes examining, analyzing, verifying, and reproducing any records and reports that are important to the evaluation of the study. The Site Investigator is obligated to inform and obtain the consent of the patient to permit named representatives to have access to his/her study-related records without violating the confidentiality of the patient.

## 12. ADMINISTRATIVE AND LEGAL OBLIGATIONS

### 12.1 Protocol Amendments

Protocol amendments will be issued only by the Sponsor. Agreement from the Site Investigator must be obtained for all protocol amendments and amendments to the informed consent document. The regulatory authority and IRB/IEC must be informed of all amendments and give approval for any amendments likely to affect the safety of the patients or the conduct of the trial. The Site Investigator **must** send a copy of the approval letter from the IRB/IEC to the Sponsor.

### 12.2 Study Termination

Both the Sponsor and the Site Investigator reserve the right to terminate the study, according to the terms of the study contract. The Sponsor, or designee, must notify the regulatory authority

and the Site Investigator must notify the IRB/IEC in writing of the trial's completion or early termination and send a copy of the IRB/IEC notification to the Sponsor or designee.

### 12.3 Study Documentation and Storage

The Site Investigator must ensure that all appropriately qualified persons to whom he/she has delegated trial duties are recorded on a Sponsor-approved Delegation of Site Responsibilities Form.

Source documents are original documents, data, and records from which the patient's CRF data are obtained. These include but are not limited to hospital records, clinical and office charts, laboratory and pharmacy records, diaries, imaging, radiographs, and correspondence. In this study, CRFs may not be used as source documents.

The Site Investigator and study staff are responsible for maintaining a comprehensive and centralized filing system of all study-related (essential) documentation, in accordance with Section 8 of the ICH Guidelines (E6), suitable for inspection at any time by representatives from the Sponsor and/or applicable regulatory authorities. Elements must include:

- Patient files containing informed consents, and supporting copies of source documentation
- Study files containing the protocol with all amendments, Investigator's Brochure, copies of pre-study documentation (see Section 10.4), and all correspondence to and from the IRB/IEC and the Sponsor
- If drug supplies are maintained at the Study Center, proof of receipt, Study Drug Product Accountability Record, Return of Study Drug Product for Destruction, Final Study Drug Product Reconciliation Statement, and all drug-related correspondence

In addition, all original source documents supporting entries in the CRFs must be maintained and be readily available.

No study document should be destroyed without prior written agreement between the Sponsor and the Site Investigator. Should the Site Investigator wish to assign the study records to another party or move them to another location, he/she must notify the Sponsor in writing of the new responsible person and/or the new location.

### 12.4 Study Monitoring

The Sponsor representative or designee and regulatory authority inspectors are responsible for contacting and visiting the Site Investigator for the purpose of inspecting the facilities and, upon request, inspecting the various records of the trial (e.g., CRFs and other pertinent data) provided that patient confidentiality is respected.

The Sponsor monitor is responsible for inspecting the CRFs at regular intervals throughout the study to verify adherence to the protocol; completeness, accuracy, and consistency of the data; and adherence to local regulations on the conduct of clinical research. The monitor should have access to patient medical records and other study-related records needed to verify the entries on the CRFs.

The Site Investigator agrees to cooperate with the monitor to ensure that any problems detected in the course of these monitoring visits, including delays in completing CRFs, are resolved.

In accordance with ICH GCP and the Sponsor's audit plans, this study may be selected for audit by representatives from Sponsor's Clinical and Quality Assurance Department (or designees). Inspection of study center facilities (e.g., pharmacy, drug storage areas, laboratories) and review of study-related records will occur to evaluate the trial conduct and compliance with the protocol, ICH GCP, and applicable regulatory requirements.

To ensure the quality of clinical data a clinical data management review will be performed on patient data received by the Sponsor or designee. During this review, patient data will be checked for consistency, omissions, and any apparent discrepancies. In addition, the data will be reviewed for adherence to the protocol and GCP. To resolve any questions arising from the clinical data management review process, data queries and/or site notifications will be sent to the site for completion and return to Sponsor or designee.

The Principal Investigator will sign and date the indicated places on the CRFs. These signatures will indicate that the Principal Investigator inspected or reviewed the data on the CRFs, the data queries, and the site notifications, and agrees with the content.

### 12.5 Language

CRFs must be completed in English. Generic names for concomitant medications should be recorded in English if possible, unless it is a combination drug, then record the Trade name in English.

All written information and other material to be used by patients and investigative staff must use vocabulary and language that are clearly understood.

### 12.6 Compensation for Injury

The Sponsor maintains appropriate insurance coverage for clinical trials and will follow applicable local compensation laws. Patients will be treated and/or compensated for any study-related illness/injury in accordance with the information provided in the Compensation for Injury section of the Informed Consent document.

## 13. REFERENCES

Akdim F, Stroes ES, Sijbrands EJ, Tribble DL, Trip MD, Jukema JW, Flaim JD, Su J, Yu R, Baker BF, Wedel MK, Kastelein JJ. Efficacy and safety of mipomersen, an antisense inhibitor of apolipoprotein B, in hypercholesterolemic subjects receiving stable statin therapy. J Am Coll Cardiol 2010; 55: 1611-1618.

Altmann KH, Fabbrot D, Dean NM, Geigert T, Monia BP, Müller M, Nicklin P. Second generation of antisense oligonucleotides: from nuclease resistance to biological efficacy in animals. Chimia 1996; 50: 168-176.

American Diabetes Association (ADA). Standards of medical care in diabetes. Diabetes Care 2008; 31: S12-S54.

Atzmon G, Rincon M, Schechter CB, Shuldiner AR, Lipton RB, Bergman A, Barzilai N. Lipoprotein genotype and conserve pathway for exceptional longevity in humans. PLoS Biol 2006; 4: e113.

Bickerton AS, Roberts R, Fielding BA, Hodson L, Blaak EE, Wagenmakers AJ, Gilbert M, Karpe F, Frayn KN. Preferential uptake of dietary fatty acids in adipose tissue and muscle in the postprandial period. Diabetes 2007; 56: 168-176.

Brewer HB Jr. Hypertriglyceridemia: Changes in the plasma lipoproteins associated with an increased risk of cardiovascular disease. Am J Cardiol 1999; 83: 3F-12F.

Brisson D, Méthot J, Tremblay K, Tremblay M, Perron P, Gaudet D. Comparison of the efficacy of fibrates on hypertriglyceridemic phenotypes with different genetic and clinical characteristics. Pharmacogenetics & Genomics 2010; 20: 742–747.

Caron S and Staels B. Apolipoprotein CIII. A link between hypertiglyceridemia and vascular dysfunction? Circ Res 2008; 103: 1348-1350.

Catapano A, Reiner Z, De Backer G, Graham I, Taskinen M, Wiklund O, Agewall S, Alegria E, Chapman MJ, Durrington P, Erdine S, Halcox J, Hobbs R, Kjekshus J, Filardi PP, Riccardi G, Storey RF, Wood D. ESC/EAS guidelines for the management of dyslipidaemias The task force for the management of dyslipidaemias of the European Society of Cardiology (ESC) and the European Atherosclerosis Society (EAS). Atherosclerosis 2011; 217S: S1-S44.

Chan DC, Chen MM, Ooi EM, Watts GF. An ABC of apolipoprotein C-III: a clinically useful new cardiovascular risk factor? Int J Clin Pract 2008; 62: 799-809.

Chi KN, Zoubeidi A, Gleave ME. Custirsen (OGX-011): A second-generation antisense inhibitor of clusterin for the treatment of cancer. Expert Opin Investig Drugs 2008; 12: 1955-1962.

Gastaldelli A, Coggan AR, Wolfe RR. Assessment of methods for improving tracer estimation of non-steady-state rate of appearance. J Appl. Physiol 1999; 87: 1813-1822.

Gaudet D, De Wal J, Tremblay K, Déry S, Van Deventer S, Freidig A, Brisson D, Méthot J. Review of the clinical development of alipogene tiparvovec gene therapy for lipoprotein lipase deficiency. Atherosclerosis Supplements 2010; 11: 55-60.

Geary RS, Yu RZ, Watanabe T, Henry SP, Hardee GE, Chappell A, Matson J, Sasmor H, Cummins L, Levin AA. Pharmacokinetics of a tumor necrosis factor-alpha phosphorothiate 2′-*O*-(2-methoxyethyl) modified antisense oligonucleotide: comparison across species. Drug Metabolism and Disposition 2003; 31: 1419-1428.

Hegele RA, Ban MR, Hsueh N, Kennedy BA, Cao H, Zou GY, Anand S, Yusuf S, Huff MW, Wang J. A polygenic basis for four classical Fredrickson hyperlipoproteinemia phenotypes that are characterized by hypertriglyceridemia. Hum Mol Genet 2009; 18: 4189-4194.

Hegele RA and Pollex RL. Hypertriglyceridemia: Phenomics and genomics. Mol Cell Biochem 2009; 326: 35-43.

Henry S, Stecker K, Brooks D, Monteith D, Conklin B, Bennett CF. Chemically modified oligonucleotides exhibit decreased immune stimulation in mice. J Pharm Exp Therap 2000; 292: 468-479.

Inoue H, Hayase Y, Iwai S, Ohtsuka E. Sequence-dependent hydrolysis of RNA using modified oligonucleotide splints and RNase H. FEBS Letters 1987; 215: 327-330.

Kawakami A, Aikawa M, Libby P, Alcaide P, Luscinskas FW, Sacks FM. Apolipoprotein CIII in apolipoprotein B lipoproteins enhances the adhesion of human monocytic cells to endothelial cells. Circulation 2006; 113: 691-700.

Kawakami, A, Osaka M, Tani M, Azuma H, Sacks F, Shimokado K, Yoshida M. Apolipoprotein CIII links hyperlipidemia with vascular endothelial cell dysfunction. Circulation 2008; 118: 731-742.

McKay RA, Miraglia LJ, Cummins LL, Owens SR, Samor H, Dean NM. Characterization of a potent and specific class of antisense oligonucleotide inhibitor of human protein kinase C-alpha expression. J Biol Chem .1999; 274: 1715-1722.

Mittendorfer B, Liem O, Patterson BW, Miles JM, Klein S. What does the measurement of whole-body fatty acid rate of appearance in plasma by using a fatty acid tracer really mean? Diabetes 2003; 52: 1641-1648.

Monia BP, Lesnik EA, Gonzalez , Lima WF, McGee D, Guinosso CJ, Kawasaki AM, Cook PD, Freier SM. Evaluation of 2′-modified oligonucleotides containing 2′-deoxy gaps as antisense inhibitors of gene expression. J Biol Chem 1993; 268: 14514-14522.

NCEP. Third report of the national cholesterol education program (NCEP) expert panel on detection, evaluation, and treatment of high blood cholesterol in adults (Adult Treatment Panel III). Circulation 2002; 106: 3143-421.

Normand-Lauziere F, Frisch F, Labbe SM, Bherer P, Gagnon R, Cunnane SC, Carpentier AC. Increased postprandial nonesterified fatty acid appearance and oxidation in type 2 diabetes is not fully established in offspring of diabetic subjects. PLoS. One 2010; 5: e10956.

Ooi EMM, Barrett PHR, Chan DC, Watts GF. Apolipoprotein C-III: understanding an emerging cardiovascular risk factor. Clinical Science 2008; 114: 611–624.

Petersen KF, Dufour S, Hariri A, Nelson-Williams C, Foo JN, Zhang XM, Dziura J, Lifton RP, Shulman GI. Apolipoprotein C3 gene variants in nonalcoholic fatty liver disease. N Engl J Med 2010; 362: 1082-1089.

Pollin TI, Damcott CM, Shen H, Ott SH, Shelton J, Horenstein RB, Post W, McLenithan JC, Bielak LF, Peyser PA, Mitchell BD, Miller M, O'Connell JR, Shuldiner AR. A null mutation in human APOC3 confers a favorable plasma lipid profile and apparent cardioprotection. Science 2008; 322: 1702-1705.

Raal FJ, Santos RD, Blom DJ, Marais AD, Charng MJ, Cromwell WC, Lachmann RH, Gaudet D, Tan JL, Chasan-Taber S, Tribble DL, Flaim JD, Crooke ST. Mipomersen, an apolipoprotein B synthesis inhibitor, for lowering of LDL cholesterol concentrations in patients with homozygous familial hypercholesterolaemia: A randomized, double-blind, placebo-controlled trial. Lancet 2010; 375: 998-1006.

Sacks FM, Alaupovic P, Moye LA, Cole TG, Sussex B, Stampfer MJ, Pfeffer MA, Braunwald E. VLDL, apolipoproteins B, CIII and E and risk of recurrent coronary events in the cholesterol and recurrent events (CARE) trial. Circulation 2000; 102: 1886-1892.

Sundaram M, Zhong S, Khalil MB, Links PH, Zhao Y, Iqbal J, Hussain MM, Parks RJ, Wang Y, Yao Z. Expression of apolipoprotein C-III in McA-RH7777 cells enhances VLDL assembly and secretion under lipid-rich conditions. J Lipid Res 2010; 51: 150-161.

Toskes PP. Hyperlipidemic pancreatitis. Gastroenterol Clin North Am 1990; 19: 783-791.

Tremblay K, Méthot J, Brisson D, Gaudet D. Etiology and risk of lactescent plasma and severe hypertriglyceridemia. J Clin Lipidol. 2011; 5: 37-44.

Yu RZ, Kim TW, Hong A, Watanabe TA, Gaus HJ, Geary RS. Cross-species pharmacokinetic comparison from mouse to man of a second-generation antisense oligonucleotide, ISIS 301012, targeting human apolipoprotein B-100. Drug Metabolism and Disposition 2007; 35: 460-468.

Yuan G, Al-Shali KZ, Hegele RA. Hypertriglyceridemia: It's etiology, effects and treatment. CMAJ 2007; 176: 1113-1120.

# 14. APPENDICES

# Appendix A Schedule of Procedures

## Appendix A Schedule of Procedures (all procedures are pre-dose unless indicated otherwise)

| Study Period | Screen/ Run In[a] | Qual Visit[b] | | Treatment D1 to 85 | | | | | | | | | | | | | | | | Post-Treatment Evaluation D 86 to 176 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study Week** | -9 | -1 | | 1 | | 2 | 3 | 4[c] | 5 | 6[c] | 7 | 8[c] | 9 | 10[c] | 11 | 12[c] | 13 | | 14 | 15 | 16 | | 19 | 26 |
| **Study Day** | -63 | -8 | -1[e] | 1 | 2[d] | 8 | 15 | 22 | 29 | 36 | 43 | 50 | 57 | 64 | 71 | 78 | 85 | 86[d] | 92 | 99 | 103[e] | 104[e] | 127 | 176 |
| **Visit Window +/- Days** | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 2 | 0 | 3 | 5 |
| Informed Consent | X | | | | | | | | | | | | | | | | | | | | | | | |
| Inclusion/Exclusion Criteria | X | X | | | | | | | | | | | | | | | | | | | | | | |
| Medical History | X | | | | | | | | | | | | | | | | | | | | | | | |
| Height | X | | | | | | | | | | | | | | | | | | | | | | | |
| Weight | X | X | | | | | | | | | | | | | | | | | X | | | | | X |
| Vital Signs | X | X | | X | | X | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | | X | X |
| Physical Examination | X | | | | | | | | | | | | | | | | | | X | | | | | X |
| Waist and Hip Circumference | | X | | | | | | | | | | | | | | | | | | | | | | |
| 12- lead ECG | X | | | X | | | | | | | | | X | | | | | | X | | | | | X |
| Urinalysis | X | X | | | | X | X | | X | | | | X | | | | | | X | | | | X | X |
| Blood Draw: Chemistry Panel (+ CPK) | X | X | | | | X | X | | X | | | | X | | | | | | X | | | | X | X |
| Blood Draw: CBC with Differential | X | X | | | | X | X | | X | | | | X | | | | | | X | | | | X | X |
| Blood Draw: Serum Lipid Panel[f] (F = full) | TG only | F | F | F | | X | F | | X | | F | | X | | X | | F | | F | X | | | F | F |
| Blood Draw: Coagulation (aPTT, PT, INR) | X | | | X[g] | | | | | | | | | X | | | | X[g] | | | | | | | X |
| Blood Draw: Complement Markers C5A, Bb | | | | X[g] | | X | | | | | | | | | | | X[g] | | X | | | | | |
| Blood Draw: Hepatitis B, C. HIV. TSH. Free $T_4$ | X | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Draw: hsCRP[i] | | | | X | | | | | | | | | | | | | | | X | | | | | X |

## Appendix A Schedule of Procedures (all procedures are pre-dose unless indicated otherwise) *Continued*

| Study Period | Screen/ Run In[a] | Qual Visit[b] | | Treatment D1 to 85 | | | | | | | | | | | | | | | Post-Treatment Evaluation D 86 to 176 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study Week** | -9 | -1 | | 1 | | 2 | 3 | 4[c] | 5 | 6[c] | 7 | 8[c] | 9 | 10[c] | 11 | 12[c] | 13 | | 14 | 15 | 16 | | 19 | 26 |
| **Study Day** | -63 | -8 | -1[e] | 1 | 2[d] | 8 | 15 | 22 | 29 | 36 | 43 | 50 | 57 | 64 | 71 | 78 | 85 | 86[d] | 92 | 99 | 103[e] | 104[e] | 127 | 176 |
| **Visit Window +/- Days** | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 2 | 0 | 3 | 5 |
| Blood Draw Cont: PK Sampling | | | | X | X[h] | X | X | | X | | X | | X | | X | | X | X[h] | X | X | | | X | X |
| Blood Draw Cont: Post-prandial Sampling[e] | | | X | X[h] | | | | | | | | | | | | | | | | | X | X[h] | | |
| Blood Draw Cont: ISIS 304801 Antibodies[i] | | | | X | | | X | | | | | | X | | | | | | X | | | | | X |
| Blood Draw Cont: Serum Pregnancy Test[j] | X | X | | | | | | | X | | | | X | | | | | | | | | | | X |
| Study Drug: SC Injection | | | | X | | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | |
| Diet/Alcohol Counseling and Monitoring[k] | X | X | X | X | | X | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | | X | X |
| Outpatient Visit | X | X | X | X | X | X | X | | X | | X | | X | | X | | X | X | X | X | X | X | X | X |
| Adverse Events | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Concomitant Medication Usage | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

a Screening procedures performed and the patient starts the tightly controlled diet
b After 28 days on the controlled diet, patients will have baseline measurements and be assessed for qualification of enrollment and, if qualified, enrolled into the treatment phase of the study and randomized to assessment group, dose cohort, and treatment
c Study visit may be conducted at a remote location (e.g., patient's home), by a trained professional, if travel to the study center is unduly burdensome for the patient
d Extensive PK blood sampling group only (Appendix C)
e Post-prandial assessment group only (Appendix D)
f Lipid profile is conducted pre-dose after an overnight fast. Patients in the post-prandial assessment group will have a full lipid panel on Day -1, pre-liquid meal, and not on Day 1. Lipid panel: X; Full lipid panel: F (Appendix B)
g Pre-dose and 4 hrs
h 24 hour blood draw (pre-dose on dosing days)
i Samples will be collected for potential evaluation. Additional samples may be drawn if clinically indicated
j Females of childbearing potential only
k Weekly calls during diet control run in and every other week, between visits, during follow-up to review diet and reinforce compliance to the diet. Patient to fill in the food diary for 2 days prior to visits when lipids are measured and at the visit the trained professional meets the patient, reviews the food diary, and reinforces compliance to the diet

# Appendix B Clinical Laboratory Assessments

## Appendix B Clinical Laboratory Assessments

Based on emerging data from this or future studies, additional tests not listed below may be performed on stored samples to better characterize the profile of ISIS 304801 or other similar oligonucleotides

For timing of laboratory assessments, see Appendix A

| **Clinical Safety Assessments (Minimum Requirements)** | | | **Other Assessments** | **Efficacy Assessments** |
|---|---|---|---|---|
| **Clinical Chemistry**<br>Sodium<br>Potassium<br>Chloride<br>Bicarbonate<br>Total protein<br>Albumin<br>Total globulin<br>Calcium<br>Phosphorus<br>Glucose<br>Blood urea nitrogen<br>Creatinine<br>Uric acid<br>Lactate dehydrogenase<br>Total, direct, and indirect bilirubin<br>Alkaline phosphatase<br>AST (SGOT)<br>ALT (SGPT)<br>Creatine phosphokinase<br>**Other**<br>hsCRP<br>Hepatitis B, C<br>HIV | **Urinalysis**<br>Color<br>Appearance<br>Specific gravity<br>pH<br>Protein<br>Blood<br>Ketones<br>Urobilinogen<br>Glucose<br>Bilirubin<br>Leukocyte esterase<br>Nitrite<br>Microscopic examination (if abnormal urine dipstick) | **Coagulation**<br>aPTT<br>PT<br>INR<br>**Complement**<br>C5a<br>Bb<br>**Hematology**<br>White blood cell count<br>Red blood cell count<br>Hemoglobin<br>Hematocrit<br>MCV, MCH, & MCHC<br>Platelet count<br>WBC differential (% and absolute)<br>- Neutrophils<br>- Lymphocytes<br>- Monocytes<br>- Eosinophils<br>- Basophils | **Immune Function**<br>Anti ISIS 304801 antibodies<br>**Thyroid Function**<br>Free $T_4$<br>TSH<br>**Pregnancy** (For women of childbearing potential)<br>hCG<br>**Pharmacokinetics**<br>*ISIS 304801 in plasma<br><br>**Plasma PK samples may also be used for other tests such as profiling of drug binding proteins, bioanalytical method validation purposes, stability and metabolite assessments, and/or to assess other actions of ISIS 304801 with plasma constituents* | **Full Lipid Panel****<br>TG<br>ApoC-III (total)<br>ApoC-III (VLDL)<br>ApoC-II (total)<br>ApoC-II (VLDL)<br>ApoB-100<br>ApoA-1<br>ApoA-2<br>ApoE<br>TC<br>LDL-C and LDL-TG<br>VLDL-C and VLDL-TG<br>non-HDL-C and non-HDL-TG<br>HDL-C and HDL-TG<br>CM-C and CM-TG<br>FFA<br>glycerol<br>**Lipid Panel****<br>TG, apoC-III (VLDL and total), apoC-II (total), apo B-100, TC, LDL-C, non-HDL-C, HDL-C<br>**Post-prandial Assessments****<br>See Appendix D<br>***Other lipids, apolipoproteins, and lipoproteins, glycerol, glucose, and insulin may be measured, as needed; at the discretion of the Sponsor, samples will be collected and stored* |

# Appendix C Pharmacokinetic Sampling Schedule

## Appendix C Pharmacokinetic Sampling Schedule

Blood samples for the determination of plasma ISIS 304801 concentrations will be collected prior to dosing, and at various times throughout the dosing period as noted in the tables below. Plasma PK samples may also be used for profiling of drug binding proteins, bioanalytical method validation purposes, stability and metabolite assessments, or to assess other actions of ISIS 304801 with plasma constituents.

### Extensive PK Sampling (Blood) Schedule for Patients in Group 2a

| Study Day | D1 | D2 | D8 | D15 | D29 | D43 | D57 | D71 |
|---|---|---|---|---|---|---|---|---|
| Visit Window +/- Days | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Pre-dose, 0.5, 1, 1.5, 2, 3, 4, 6, 8 and 12 hr post SC injection | 24 hr post dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose |

| Study Day | D85 | D86 | D92 | D99 | D127 | D176 |
|---|---|---|---|---|---|---|
| Visit Window +/- Days | 1 | 0 | 1 | 1 | 3 | 5 |
| | Pre-dose, 0.5, 1, 1.5, 2, 3, 4, 6, 8 and 12 hr post SC injection | 24 hr post dose | 168 +/- 24 hr post dose | 336 +/- 24 hr post dose | 1008 +/- 72 hr post dose | 2184 +/- 120 hr post dose |

### PK Sampling (Blood) Schedule for Patients in Groups 1, 2b, and 3

| Study Day | D1 | D8 | D15 | D 29 | D43 | D57 | D71 |
|---|---|---|---|---|---|---|---|
| Visit Window +/- Days | 0 | 0 | 1 | 1 | 1 | 1 | 1 |
| | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose |

| Study Day | D85 | D92 | D99 | D127 | D176 |
|---|---|---|---|---|---|
| Visit Window +/- Days | 1 | 1 | 1 | 3 | 3 |
| | Pre-dose | 168 +/- 24 hr post dose and pre-prandial | 336 +/- 24 hr post dose | 1008 +/- 72 hr post dose | 2184 +/- 120 hr post dose |

# Appendix D Post-prandial Meal, Sampling Schedule, and Assessment

## Appendix D Post-prandial Meal, Sampling Schedule, and Assessment

Post-prandial assessment for lipoproteins metabolism will be performed using a radiolabelled meal supplemented with a labeled tracer, $^{3}$H-palmitate (300µCi, Perkin Elmer Inc., Woodbridge, ON, Canada), sonicated into the liquid meal. Palmitate is a fatty acid that is a common constituent of any diet. The $^{3}$H-palmitate tracer emits weak radioactivity, equivalent to an X-ray. Since dietary palmitate is incorporated into chylomicrons as they are formed in the enterocytes of the gut, this enables monitoring the appearance and clearance of newly-formed chylomicrons from circulation. The methodology to be applied for studying post-prandial kinetics of chylomicrons appearance and clearance is well-established (Mittendorfer et al. 2003; Bickerton et al. 2007; Normand-Lauziere et al. 2010).

A liquid meal (similar to a milkshake) containing a small amount (300µCi) of radiolabelled fatty acids ($^{3}$H-palmitate) will be provided. The liquid meal will provide about a third of the daily caloric requirements. From 1 hr prior to 9 hrs after the ingestion of the meal, a constant infusion of [U-$^{13}$C]-K palmitate (0.01µmol/kg/min in 100 ml 25% human serum albumin; Cambridge Isotopes Laboratories Inc., Andover, MA) and a primed (1.6 µmol/kg) continuous (0.05 µmol/kg/min) infusion of [1,1,2,3,3-$^{2}$H]-glycerol (Cambridge Isotopes Laboratories Inc.) will be administered as previously described (Normand-Lauziere et al. 2010). Plasma palmitate and glycerol appearance rates will be calculated using Steele's non-steady state equation assuming a volume of distribution of 90ml/kg and 230ml/kg, respectively (Gastaldelli et al. 1999).

Blood samples will be drawn at intervals before and after the ingestion of the radiolabelled meal on days prior to and after the Treatment phase as noted in the table below. A standardized meal will be given to the participants after the 9 hr blood draw. Blood will be collected in tubes containing $Na_2$EDTA and Orlistat (30 µg/ml, Roche, Mississauga, Canada) to prevent *in vitro* triacylglycerol lipolysis and separate samples will be collected in NaF tubes for plasma glucose determination.

### Post-prandial Sampling (Blood) Schedule

| Study Day | D -1 | D1 | D103 | D104 |
|---|---|---|---|---|
| Visit Window +/- Days | 0 | 0 | 2 | 0 |
| | -1 hr pre-prandial, and 0, 1, 2, 3, 4, 5, 6, 7, 8, and 9 hrs post prandial | 24 hrs post-prandial /pre SC injection | -1 hr pre-prandial, and 0, 1, 2, 3, 4, 5, 6, 7, 8, and 9 hrs post-prandial | 24 hrs post-prandial |

The following will be measured:

- Plasma and CM fraction levels for $^{3}$H-tracer
- Plasma [U-$^{13}$C]-K palmitate and [1,1,2,3,3-$^{2}$H]-glycerol appearance rates
- Plasma and CM fraction levels for TG, TC, and apoB
- Plasma, CM, and VLDL fraction levels for apo CIII, apo CII, and apo E
- Plasma levels for glucose and insulin

Plasma samples may also be used for profiling of drug binding proteins, bioanalytical method validation purposes, stability and metabolite assessments, or to assess other actions of ISIS 304801 with plasma constituents.

# Appendix E Group 2 Study Schematic: Extensive PK and Post-prandial Schedule and Procedures

## Appendix E Group 2 Study Schematic: Extensive PK and Post-prandial Schedule and Procedures




*Patients randomized to Group 2b (post-prandial assessment) given standardized meals to consume on Days -3 and -2

**Patients randomized to Group 2b (post-prandial assessment) given standardized meals to consume on Days 101 and 102

At the visits prior to lipid blood draws, all patients will be given standardized dinner to consume the evening before the lipid blood draw

PEA: Primary endpoint analysis

E/R: Enrollment and Randomization (up to 90 patients)

ISIS PHARMACEUTICALS, INC.

# ISIS 304801-CS2

# A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

**Amendment 3 – 10 December 2012**

**Sponsor:**

Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

# ISIS 304801-CS2

## A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

**Amendment 3 – 10 December 2012**

**Protocol History:**

Original Protocol: 01 November 2011

Amendment 1: 19 April 2012

Amendment 2: 09 August 2012

**Sponsor:**

Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

Walter Singleton, MD
Chief Medical Officer

# ISIS 304801

## Isis Protocol Number ISIS 304801-CS2

## A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

**Protocol Amendment 3**

**Clinical Phase: 2**

Trial Sponsor: Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010
Phone: + 01 760 931 9200
Fax: + 01 760 603 4650

Key Sponsor Contact: Vickie Alexander, Ph.D.
Director, Clinical Development
2855 Gazelle Court
Carlsbad, CA 92010
Phone: + 01 760 603 3858
Fax: + 01 760 603 4650

10 December 2012

**Confidentiality Statement**

This document contains confidential information of the Sponsor that must not be disclosed to anyone other than the recipient study staff and members of the Institutional Review Board. This information cannot be used for any purpose other than the evaluation or conduct of the clinical investigation without the prior written consent of the Sponsor.

# Protocol Signature Page

| | |
|---|---|
| **Protocol Number:** | ISIS 304801-CS2 |
| **Protocol Title:** | A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Severe or Uncontrolled Hypertriglyceridemia |
| **Amendment:** | 3 |
| **Date:** | 10 December 2012 |

I undersigned hereby acknowledge that I have read and understand the attached clinical protocol, entitled "A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia" dated 10 December 2012, and agree to conduct the study as described herein.

This protocol was designed and will be conducted, recorded, and reported in compliance with the principles of Good Clinical Practice (GCP) guidelines as well as in accordance with all national, state and local laws of the appropriate regulatory authorities. These guidelines are stated in "Guidance for Good Clinical Practice," International Conference on Harmonization of Technical Requirements for Registration of Pharmaceuticals for Human Use.

I agree to comply with the International Conference on Harmonization Tripartite Guideline on Good Clinical Practice (E6). I have read and agree to abide by the requirements of this protocol.

I agree to ensure that the confidential information contained in this document will not be used for any purpose other than the evaluation or conduct of the clinical investigation without the prior written consent of the Sponsor.

______________________________

Investigator's Signature

______________________________ ____________________

Investigator's Name *(please print)* Date (DD Month YYYY)

# TABLE OF CONTENTS

**Page**

**PROTOCOL AMENDMENT** ........ **8**
**PROTOCOL SYNOPSIS** ........ **11**
**LIST OF ABBREVIATIONS** ........ **17**
**1. STUDY OBJECTIVES** ........ **19**
**2. BACKGROUND AND RATIONALE** ........ **19**
2.1 Hypertriglyceridemia ........ 19
2.2 ApoC-III ........ 20
2.3 Therapeutic Rationale ........ 20
2.4 ISIS 304801 ........ 21
*2.4.1 Mechanism of Action* ........ *21*
*2.4.2 Chemistry* ........ *21*
2.5 Preclinical Studies ........ 22
2.6 Clinical Experience ........ 23
2.7 Rationale for Dosages and Schedule of Administration ........ 24
**3. INVESTIGATIONAL PLAN** ........ **24**
3.1 Study Design ........ 24
3.2 Number of Patients ........ 26
**4. PATIENT ELIGIBILITY** ........ **27**
4.1 Inclusion Criteria ........ 27
4.2 Exclusion Criteria ........ 27
**5. PATIENT ENROLLMENT** ........ **29**
5.1 Randomization ........ 29
5.2 Visit Days and Windows ........ 30
5.3 Withdrawal of Patients ........ 30
5.4 Replacement of Patients ........ 31
5.5 Unblinding of Treatment Assignment ........ 31
5.6 Study Termination ........ 32
**6. STUDY DRUG** ........ **32**
6.1 ISIS 304801 ........ 32
6.2 Placebo ........ 32
6.3 ISIS 304801 Packaging, Labeling and Drug Accountability ........ 32
6.4 Study Drug Administration ........ 32
6.5 Drug Accountability ........ 32
6.6 Concomitant Medications ........ 33
**7. STUDY PROCEDURES** ........ **33**
7.1 Screening Plus Tight Diet Control Run-In Qualification and Randomization Period (Study Day ≤-63 to Study Day -1) ........ 33

7.2 TREATMENT PERIOD (STUDY DAY 1 TO STUDY DAY 85)....34
7.3 POST-TREATMENT EVALUATION PERIOD (STUDY DAY 86 TO STUDY DAY 176)....34
7.4 LABORATORY ANALYTES....35
7.5 PHARMACOKINETICS SPECIMEN COLLECTION....35
7.6 RESTRICTIONS ON THE LIFESTYLES OF PATIENTS....35
*7.6.1 Contraception Requirements....35*
*7.6.2 Other Requirements....36*
**8. SAFETY MONITORING AND STOPPING RULES....36**
8.1 LIVER CHEMISTRY RULES....37
*8.1.1 Safety Monitoring Rules for Liver Chemistry Tests....37*
8.2 STOPPING RULES....37
*8.2.1 Stopping Rules for Liver Chemistry Elevations....37*
*8.2.2 Stopping Rules for Renal Function Test Results....38*
*8.2.3 Stopping Rule for Platelet Count Results....38*
**9. SERIOUS AND NON-SERIOUS ADVERSE EVENTS....38**
9.1 SPONSOR REVIEW OF SAFETY INFORMATION....38
9.2 REGULATORY REQUIREMENTS....38
9.3 DEFINITIONS....39
*9.3.1 Adverse Event....39*
*9.3.2 Adverse Reaction and Suspected Adverse Reaction....39*
*9.3.3 Serious Adverse Event (SAE)....39*
9.4 MONITORING AND RECORDING ADVERSE EVENTS....40
*9.4.1 Serious Adverse Events....40*
*9.4.2 Non-Serious Adverse Events....40*
*9.4.3 Evaluation of Adverse Events (Serious and Non-Serious)....40*
9.5 PROCEDURES FOR HANDLING SPECIAL SITUATIONS....42
*9.5.1 Abnormalities of Laboratory Tests....42*
*9.5.2 Prescheduled or Elective Procedures or Routinely Scheduled Treatments....42*
*9.5.3 Dosing Errors....43*
*9.5.4 Contraception and Pregnancy....43*
**10. STATISTICAL CONSIDERATIONS....44**
10.1 STUDY ENDPOINTS, SUBSETS, AND COVARIATES....44
*10.1.1 Primary Endpoint....44*
*10.1.2 Secondary Endpoints....44*
*10.1.3 Tertiary Endpoints....44*
10.2 SAMPLE SIZE CONSIDERATIONS....44
10.3 POPULATIONS....45
10.4 INTERIM ANALYSIS....45
10.5 PLANNED METHODS OF ANALYSIS....45
*10.5.1 Demographic and Baseline Characteristics....45*

*10.5.2 Safety Analysis* ........ *45*
*10.5.3 Pharmacokinetic Analysis* ........ *46*
*10.5.4 Pharmacodynamic Analysis* ........ *46*
*10.5.5 Additional Analyses* ........ *47*
**11. REGULATORY OBLIGATIONS ........ 47**
11.1 INFORMED CONSENT ........ 47
11.2 ETHICAL CONDUCT OF THE STUDY ........ 48
11.3 INSTITUTIONAL REVIEW BOARD (IRB)/INDEPENDENT ETHICS COMMITTEE (IEC) ........ 48
11.4 PRE-STUDY DOCUMENTATION REQUIREMENTS ........ 48
11.5 PATIENT CONFIDENTIALITY ........ 49
**12. ADMINISTRATIVE AND LEGAL OBLIGATIONS ........ 49**
12.1 PROTOCOL AMENDMENTS ........ 49
12.2 STUDY TERMINATION ........ 49
12.3 STUDY DOCUMENTATION AND STORAGE ........ 49
12.4 STUDY MONITORING ........ 50
12.5 LANGUAGE ........ 51
12.6 COMPENSATION FOR INJURY ........ 51
**13. REFERENCES ........ 52**
**14. APPENDICES ........ 54**
APPENDIX A SCHEDULE OF PROCEDURES ........ 55
APPENDIX B CLINICAL LABORATORY ASSESSMENTS ........ 58
APPENDIX C PHARMACOKINETIC SAMPLING SCHEDULE ........ 60
APPENDIX D POST-PRANDIAL MEAL, SAMPLING SCHEDULE, AND ASSESSMENT ........ 62
APPENDIX E GROUP 2 STUDY SCHEMATIC: EXTENSIVE PK AND POST-PRANDIAL SCHEDULE AND PROCEDURES ........ 64

# TABLE OF FIGURES

**Page**

Figure 1 Design of Chimeric 2′-MOE Phosphorothioate Oligonucleotides (MOE-Gapmer) ........ 22
Figure 2 Study Design for ISIS 304801–CS2 ........ 26

# PROTOCOL AMENDMENT

**Protocol Number:** ISIS 304801-CS2

**Protocol Title:** A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

**Amendment Number:** 3

**Amendment Date:** 10 December 2012

The purpose of this amendment is to allow enrollment of patients with familial hyperchylomicronemia (Fredrickson Type 1 dyslipidemia) into the study. Patients will be enrolled into, and analyzed as, a separate study group (Group 4). Blinded data in a limited number of patients show notable reductions in fasting and postprandial chylomicrons which is an effect that could benefit familial hyperchylomicronemia patients. In addition, a sub-analysis will be added to assess potential specific pharmacodynamic responses in heterozygous LPL deficient patients. The following table provides a summary list of the significant modifications to the protocol.

## List of Significant Protocol Modifications

| Section | Description of Changes |
|---|---|
| **Protocol Synopsis** | Was:<br>**Indication**:<br>Patients not on TG-lowering therapy with fasting triglyceride (TG) levels ≥440 and ≤2000 mg/dL or patients on a stable dose of fibrate with fasting TG levels ≥225 and ≤2000 mg/dL not being affected by familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II or other LPL co-factor deficiency (type 1 dyslipidemia)<br>Is:<br>**Indication**:<br>(1) Patients not on TG-lowering therapy with fasting triglyceride (TG) levels ≥440 and ≤2000 mg/dL or patients on a stable dose of fibrate with fasting TG levels ≥225 and ≤2000 mg/dL not being affected by familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II or other LPL co-factor deficiency (Fredrickson Type 1 dyslipidemia); or (2) patients with familial hyperchylomicronemia with fasting TG levels ≥440 mg/dL |
| **Protocol Synopsis Objectives**<br>**1. STUDY OBJECTIVES** | Added:<br>• To evaluate the pharmacodynamic effects of ISIS 304801 over time on the above fasting lipoprotein, apolipoprotein, lipid, glycerol and total apoC-III levels in Fredrickson Type 1 patients |

## List of Significant Protocol Modifications *Continued*

| Section | Description of Changes |
|---|---|
| **Protocol Synopsis Study Design and Methodology**<br>**3.1 Study Design** | Added:<br>**Group 4:**<br>This is an open-label, 300 mg, dose group. Up to six (6) patients with Fredrickson Type 1 dyslipidemia are planned to be enrolled in this group. |
| **Protocol Synopsis**<br>**3.2 Number of Patients**<br>**5.4 Replacement of Patients** | Was:<br>**Number of Patients**:<br>Ninety six (96) patients are planned for this study. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 120 patients.<br>Is:<br>**Number of Patients**:<br>A total of ninety six (96) patients are planned for Groups 1, 2, and 3. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 120 patients.<br>Up to six (6) patients are planned for Group 4. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 8 patients. |
| **Protocol Synopsis**<br>**4.1 Inclusion Criteria** | Was:<br>*Inclusion Criteria*<br>**3.** Patients not on TG-lowering therapy with fasting TG ≥350 mg/dL (4.0 mmol/L) and ≤2000 mg/dL (22.7 mmol/L), and patients on a stable well controlled dose of fibrate with fasting TG ≥225 mg/dL and ≤2000 mg/dL, after 4-wk tight diet control run-in<br>Is:<br>*Inclusion Criteria*<br>**3.** Patients not on TG-lowering therapy with fasting TG ≥350 mg/dL (4.0 mmol/L) and ≤2000 mg/dL (22.7 mmol/L), and patients on a stable well controlled dose of fibrate with fasting TG ≥225 mg/dL and ≤2000 mg/dL, and patients with Fredrickson Type 1 dyslipidemia with fasting TG ≥440 mg/dL, after 4-wk tight diet control run-in |
| **Protocol Synopsis**<br>**4.2 Exclusion Criteria** | Was:<br>*Exclusion Criteria*<br>**4.** Familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II deficiency (type 1 dyslipidemia)<br>14. Group 1 and 2 patients: unable to discontinue use of systemic corticosteroids, fibrates, niacin, fish oil or other products containing omega-3 fatty acids, at least 6 weeks prior to dosing. Group 3 patients: unable to discontinue use of systemic corticosteroids at least 6 weeks prior to dosing; use of niacin, fish oil or other products containing omega-3 fatty acids unless on a stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period |

## List of Significant Protocol Modifications *Continued*

| Section | Description of Changes |
|---|---|
| | Is:<br>*Exclusion Criteria*<br>**3.** Familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II deficiency (Fredrickson Type 1 dyslipidemia), with the exception of Group 4 patients<br>14. Group 1 and 2 patients: unable to discontinue use of systemic corticosteroids, fibrates, niacin, fish oil or other products containing omega-3 fatty acids, at least 6 weeks prior to dosing. Group 3 patients: unable to discontinue use of systemic corticosteroids at least 6 weeks prior to dosing; use of niacin, fish oil or other products containing omega-3 fatty acids unless on a stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period. Group 4 patients: unable to discontinue use of systemic corticosteroids at least 6 weeks prior to dosing; use of fibrate, niacin, fish oil or other products containing omega-3 fatty acids unless on a stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period |
| **5.1 Randomization** | Added:<br>**Group 4:**<br>All patients in Group 4 will receive 300 mg of active Study Drug. |
| **5.5 Unblinding of Treatment Assignment** | Added:<br>**Group 4:**<br>All parties will be unblinded to the treatment in Group 4. |
| **10.2 Sample Size Considerations** | Added:<br>Sample size in Groups 3 and 4 is not based on statistical calculation. It is selected based upon prior experience to ensure that the safety, tolerability and efficacy of ISIS 304801 can be explored while minimizing unnecessary subject exposure. |
| **10.5.4 *Pharmacodynamic Analysis*** | Added:<br>• All of the above analyses will also be done between ISIS 304801 100 mg, 200 mg and 300 mg dose cohorts vs. pooled placebo cohort in heterozygous LPL deficient patients in Group 1 plus 2, and in Group 3, if supported by adequate distribution of patients.<br>• Descriptive summary of all pharmacodynamic endpoints in Group 4 patients. |

## PROTOCOL SYNOPSIS

| | |
|---|---|
| **Protocol Title:** | A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia |
| **Study Phase** | 2 |
| **Indication** | (1) Patients not on TG-lowering therapy with fasting triglyceride (TG) levels ≥440 and ≤2000 mg/dL or patients on a stable dose of fibrate with fasting TG levels ≥225 and ≤2000 mg/dL not being affected by familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II or other LPL co-factor deficiency (Fredrickson Type 1 dyslipidemia); or (2) patients with familial hyperchylomicronemia with fasting TG levels ≥440 mg/dL |
| **Objectives:** | **Primary:**<br>To evaluate the dose/response pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apolipoprotein C-III (apoC-III) levels.<br>**Secondary:**<br>• To evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting apoC-III associated with very low density lipoprotein (VLDL) (VLDL apoC-III), TG, apolipoprotein C-II (apoC-II; total and associated with VLDL), apolipoprotein B-100 (apoB-100), apolipoprotein A-1 (apoA-1), apolipoprotein A-2 (apoA-2), apolipoprotein E (apoE), total cholesterol (TC), LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-high density lipoprotein-cholesterol (non-HDL-C), non-HDL-TG, HDL-C, HDL-TG, chylomicron-C (CM-C), CM-TG, free fatty acids (FFA), and glycerol levels.<br>• To evaluate the pharmacodynamic effects of ISIS 304801 over time on the above fasting lipoprotein, apolipoprotein, lipid, glycerol and total apoC-III levels in Fredrickson Type 1 patients<br>• To evaluate the safety, tolerability and pharmacokinetics (PK) of ISIS 304801.<br>• To evaluate post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in a subset of the patients in the study.<br>• To evaluate more extensive pharmacokinetics (a pharmacokinetic profile) in another subset of the patients (will not be the same patients as those in the post-prandial assessment group). |
| **Study Design and Methodology:** | **Groups 1, 2, and 3:**<br>Study Groups 1, 2, and 3 are randomized, double-blind, placebo-controlled, dose response groups. A total of ninety six (96) patients are planned for these groups. For cohorts with patients not on TG-lowering therapy, here will be 24 patients planned per dose cohort (100, 200, 300 mg) with 18 ISIS 304801 (active) and 6 placebo patients per cohort. For cohorts with patients on a stable dose of fibrate, there will be 12 patients planned per cohort (200, 300 mg) with 8 active and 4 placebo patients per cohort.<br>Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 study randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).<br>Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.<br>**Group 4:**<br>This is an open-label, 300 mg, dose group. Up to six (6) patients with Fredrickson Type 1 dyslipidemia are planned to be enrolled in this group. |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Design and Methodology *Continued*:** | **All Groups:**<br><br>Patients will receive 13 doses of Study Drug administered by subcutaneous (SC) injection once a week for 13 weeks (Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85).<br><br>For an individual patient, the participation period consists of a ≤8-week screening period (which includes a 4-week tight diet control run-in qualification period), a 1-week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 35 weeks of study participation. Concomitant medications and adverse events will be recorded throughout all periods of the study.<br><br>Screening Plus Tight Diet Control Run-In, Qualification and Randomization Period (Study Day ≤-63 to Study Day -1): Patients who give written informed consent will undergo a medical history and physical examination including vital signs, 12-lead electrocardiogram (ECG), determination of concomitant medications, and have blood and urine samples taken for clinical laboratory testing (Appendix A). Females who are of childbearing potential will have a pregnancy test. Patients will be placed on a tightly controlled diet for the duration of study participation. After 28 days on the controlled diet, patients will have baseline measurements and be assessed (Appendix A) for qualification of enrollment into the treatment phase of the study. Patients who meet the enrollment criteria following diet run-in will be enrolled and randomized as described above.<br><br>Preceding the visit that includes a blood draw for pharmacodynamic measurements (Day -8) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit (to ensure equal moderation of fat intake, per patient), after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding this clinic visit.<br><br>Treatment Period (Study Day 1 to Study Day 85): Enrolled patients will receive a total of 13 doses of Study Drug (Appendix A). Study Drug will be administered by SC injection on Study Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85.<br>Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 1, 8, 15, 29, 43, 57, 71, and 85), patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. Blood will be collected for measurement of total apoC –III and other pharmacodynamic markers on Days 1, 8, 15, 29, 43, 57, 71, and 85 (prior to Study Drug administration). Patients in the post-prandial assessment group will have blood drawn for pharmacodynamic measurements on Day -1, pre-liquid meal, and not on Day 1. Patients will meet with a dietician or study staff member at each visit and compliance to diet and alcohol restrictions will be monitored and the importance of continuing compliance will be reinforced to the patient. Safety and clinical laboratory evaluations as well as blood sampling for PK analysis and post-prandial assessments (in a subset of patients) will be performed periodically throughout the treatment period (Appendices A, B, C, and D).<br><br>Postprandial Assessment (Appendix D): Patients in the post-prandial assessment group will consume standardized pre-cooked meals (lunches and dinners (provided) and instructions for breakfasts and snacks) for the 2 days prior to the post-prandial evaluations. Patients will remain fasted after consuming the standardized pre-cooked meal for the dinner on the evening prior to their visit. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. On each of the post-prandial evaluation days, following the blood draws, patients will consume a standardized liquid meal (which represents about a third of the daily caloric requirements) with a stable radioisotope tracer, followed by an 8 hour radioisotope infusion and serial blood sampling. Patients will receive a standardized pre-cooked meal 9 hrs after consuming the liquid meal, after which they will fast until the 24 hr blood draw the following day.<br><br>Extensive PK Assessment (Appendix C): In addition to trough sample collection, patients in the extensive PK assessment group will undergo serial blood sampling for 24 hrs after their first (Day 1-2) and last (Day 85-86) dose of Study Drug. |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Design and Methodology *Continued*:** | Post-treatment Evaluation Period (Study Day 86 to Study Day 176); Patients will be followed until Day 176. During this time, patients will return to the study center for outpatient clinic visits on Study Days 92, 99, 127, and 176 (and Day 103 for patients in the post-prandial assessment group) for safety and clinical laboratory evaluations (blood draws), diet counseling and monitoring, concomitant medication usage recording, and adverse event collection. Blood samples for PK and PD analysis will be collected periodically throughout the post-treatment evaluation period (Appendices A, B, and C). Post-prandial assessments will be done in a subset of patients (Appendix D).<br><br>Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 92, 99, 127, and 176) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit, after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. |
| **Number of Patients:** | A total of ninety six (96) patients are planned for Groups 1, 2, and 3. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 120 patients.<br><br>Up to six (6) patients are planned for Group 4. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 8 patients. |
| **Study Population and Main Criteria for Inclusion/ Exclusion *Continued*:** | *Inclusion Criteria*<br>1. Must give written informed consent to participate in the study (signed and dated) and any authorizations required by law<br>2. Patients not on TG-lowering therapy with fasting TG ≥440 mg/dL (5.0 mmol/L) and patients on a stable well controlled dose of fibrate, for at least 30 days prior to screening that is not anticipated to change during the study period, with fasting TG ≥225 mg/dL (2.6 mmol/L) at screening<br>3. Patients not on TG-lowering therapy with fasting TG ≥350 mg/dL (4.0 mmol/L) and ≤2000 mg/dL (22.7 mmol/L), and patients on a stable well controlled dose of fibrate with fasting TG ≥225 mg/dL and ≤2000 mg/dL, and patients with Fredrickson Type 1 dyslipidemia with fasting TG ≥440 mg/dL, after 4-wk tight diet control run-in<br>4. Age ≥18 years at time of informed consent<br>5. Satisfy one of the following:<br>a. Females: must be non-pregnant and non-lactating; surgically sterile, post-menopausal, abstinent, or if engaged in sexual relations of child-bearing potential, patient is using an acceptable contraceptive method (refer to Section 7.6.1) for four weeks prior to, during, and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks)<br>b. Males: must be surgically sterile, abstinent or if engaged in sexual relations of child-bearing potential, patient is utilizing an acceptable contraceptive method (refer to Section 7.6.1) during and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks)<br><br>*Exclusion Criteria*<br>1. HbA1c ≥9.0%, type 1 diabetes, or history of outpatient insulin use for more than 2 weeks in the last year<br>2. Body mass index (BMI) >40 $kg/m^2$<br>3. Familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II deficiency (Fredrickson Type 1 dyslipidemia), with the exception of Group 4 patients |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Population and Main Criteria for Inclusion/ Exclusion *Continued*:** | 4. Any of the following laboratory values at screening<br>a. Hepatic:<br>▪ Total bilirubin >upper limit of normal (ULN). Subjects with Gilbert's syndrome [elevated indirect bilirubin with normal direct bilirubin and normal AST and ALT] may be eligible after discussion with the medical monitor<br>▪ ALT >1.7 x ULN<br>▪ AST >1.7 x ULN<br>b. Renal:<br>▪ Urine protein or blood persistently positive by dipstick and confirmed by quantitative total urine protein measurement of ≥250 mg/24 hr<br>▪ Estimated creatinine clearance calculated according to the formula of Cockcroft and Gault <60 mL/min<br>c. Clinically significant abnormalities on laboratory examination<br>5. History of bariatric surgery or currently on weight loss drugs<br>6. Uncontrolled hypertension (BP >160/100)<br>7. Primary hypothyroidism (screening TSH > ULN and free T4< LLN), primary subclinical hypothyroidism (screening TSH > ULN and free T4 WNL), secondary hypothyroidism (screening TSH < LLN and free T4< LLN)<br>8. Clinically significant abnormalities in medical history (e.g., acute or unstable cardiac ischemia within 6 months of screening or major surgery within 3 months of screening) or physical examination which, in the opinion of the investigator, would make the patient unsuitable for inclusion in the study<br>9. Malignancy within 5 years, except for basal or squamous cell carcinoma of the skin or carcinoma in situ of the cervix that has been successfully treated<br>10. Active infection requiring systemic antiviral or antimicrobial therapy unless treatment is expected to be completed prior to first dose<br>11. Recent history of alcohol or substance abuse or unwillingness to limit alcohol consumption to within moderate limits for the duration of the Study as follows (or per Site Investigator judgment): maximum of 2 alcoholic beverages (20 g) per day and ≤8 drinks (80 g) per week for males; maximum of 1 alcoholic beverage (10 g) per day and ≤4 drinks (40 g) per week for females<br>12. Known history or positive at time of screening for HIV, HCV, or chronic HBV infection<br>13. On oral contraceptive, hormone replacement therapy, statin, or oral anti-diabetic medication unless on a stable regimen for at least 3 months prior to dosing and will remain on a stable regimen for the duration of the study<br>14. Group 1 and 2 patients: unable to discontinue use of systemic corticosteroids, fibrates, niacin, fish oil or other products containing omega-3 fatty acids, at least 6 weeks prior to dosing. Group 3 patients: unable to discontinue use of systemic corticosteroids at least 6 weeks prior to dosing; use of niacin, fish oil or other products containing omega-3 fatty acids unless on a stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period. Group 4 patients: unable to discontinue use of systemic corticosteroids at least 6 weeks prior to dosing; use of fibrate, niacin, fish oil or other products containing omega-3 fatty acids unless on a stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period<br>15. Use of topical corticosteroids, anticoagulants, or drugs or dietary supplements (not described in Exclusion Criteria #14) with potential lipid-altering effects unless on stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Population and Main Criteria for Inclusion/ Exclusion *Continued*:** | 16. Treatment with another Study Drug, biological agent, or device within one month of screening, or 5 half-lives of study agent, whichever is longer<br>17. Previous participation in an investigational study involving systemic administration of an oligonucleotide within 9 months of screening<br>18. Unwillingness to comply with study procedures, including follow-up, as specified by this protocol, or unwillingness to cooperate fully with the Site Investigator<br>19. Blood donation of 50 to 499 mL within 30 days of screening or of >499 mL within 60 days of screening<br>20. Any other conditions which, in the opinion of the investigator, would make the patient unsuitable for inclusion, or could interfere with the patient participating in or completing the study |
| **Study Drug and Dose Administration:** | ISIS 304801 or placebo will be administered as SC injections in the abdomen, thigh, or outer area of the upper arm. ISIS 304801 solution and placebo will be prepared by an unblinded pharmacist (or qualified delegate). A trained professional, blinded to the identity of the drug, will administer the Study Drug. Doses will be administered as a single SC injection. Doses of 300 mg may be administered as two equal volume noncontiguous SC injections if there are tolerability issues with receiving the dose as a single SC injection. |
| **Criteria for Evaluation:** | **A. Safety and Tolerability Assessments**<br>• Adverse events<br>• Vital signs and weight<br>• Physical examinations<br>• Clinical laboratory tests (serum chemistry, hematology, urinalysis, coagulation, complement, immune function, thyroid function, pregnancy (for women of child bearing potential))<br>• ECGs<br>• Use of concomitant medications<br>**B. Pharmacokinetic Measures**<br>The plasma concentrations of ISIS 304801 will be assessed at selected time intervals in all study participants to determine selected pharmacokinetic parameters (Appendix C). A subset of the study participants will have pharmacokinetic blood draws at additional selected time points to establish a more detailed pharmacokinetic profile of ISIS 304801 (Appendix C)<br>**C. Pharmacodynamic Measures**<br>• The pharmacodynamic effects of treatment with ISIS 304801 vs. placebo on fasting total apoC-III levels over time and dose cohort will be evaluated<br>The pharmacodynamic effects of ISIS 304801 vs. placebo on fasting VLDL apoC-III, TG, apolipoprotein C-II (apoC-II; total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels will also be assessed<br>The pharmacodynamic effects of ISIS 304801 on the above fasting lipoprotein, apolipoprotein, lipid, and glycerol levels in Fredrickson Type 1 patients over time will be assessed |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Criteria for Evaluation *Continued:*** | • Post-prandial lipid, apolipoprotein, and lipoprotein characteristics and kinetics, and glucose levels will be examined in a subset of the patients in the study (will not be the same patients as those having additional blood draws to establish a more detailed pharmacokinetic profile)<br>• Potential relationships between selected pharmacodynamic and PK measures may also be explored, where deemed appropriate |
| **Statistical Considerations:** | Based upon prior clinical trial experience with ISIS 304801, it is estimated that the standard deviation of the percent change in total apoC-III is approximately 46%. With 18 Group 1 plus 2 patients in the pooled placebo cohort and each ISIS 304801 dose cohort, there would be at least 80% power to detect a 45% difference in total apoC-III between each ISIS 304801 dose cohort and pooled placebo cohort at an alpha level of 0.05, assuming 50% reduction in ISIS 304801 dose cohort and 5% in the pooled placebo cohort. |

## LIST OF ABBREVIATIONS

| Abbreviation/Acronym | Definition |
|---|---|
| AE | Adverse Event/Experience |
| ALT | Alanine Aminotransferase |
| Apo | Apolipoprotein |
| apoA | Apolipoprotein A |
| apoB | Apolipoprotein B |
| apoE | Apolipoprotein E |
| apoC-II | Apolipoprotein C-II |
| apoC-III | Apolipoprotein C-III |
| aPTT | Activiated Aprtial Thromboplastin time |
| ASO | Antisense Oligonucleotide |
| AST | Aspartate Aminotransferase |
| $AUC_{0-t}$ | Area Under the Plasma Concentration-Time Curve |
| BUN | Blood Urea Nitrogen |
| C5 | Complement Component 5 |
| $C_{max}$ | Maximal Observed Drug Concentration |
| CM | Chylomicron |
| CM-C | Chylomicron-Cholesterol |
| CM-TG | Chylomicron-Triglyceride |
| CRF | Case Report Form |
| CVD | Cardiovascular Disease |
| eCRF | Electronic Case Report Form |
| ECG | Electrocardiogram |
| EDC | Electronic Data Capture |
| FDA | Food and Drug Administration |
| FFA | Free Fatty Acids |
| GCP | Good Clinical Practice |
| hCG | Human Chorionic Gonadotropin |
| HDL | High-Density Lipoprotein |
| HDL-C | High-Density Lipoprotein-Cholesterol |
| HDL-TG | High-Density Lipoprotein-Triglyceride |
| IEC | Independent Ethics Committee |
| INR | International Normalized Ratio |
| IP | Intraperitoneal |
| IRB | Institutional Review Board |
| IV | Intravenous |

**LIST OF ABBREVIATIONS *Continued***

| Abbreviation/Acronym | Definition |
|---|---|
| LDL | Low-Density Lipoprotein |
| hsCRP | High-Sensitivity C-Reaction Protein |
| ICH | International Conference on Harmonization |
| LDL-C | Low-Density Lipoprotein-Cholesterol |
| LDL-TG | Low-Density Lipoprotein-triglyceride |
| LPL | Lipoprotein Lipase |
| MCH | Mean Corpuscular Hemoglobin |
| MCHC | Mean Corpuscular Hemoglobin Content |
| MCV | Mean Corpuscular Volumne |
| MOE | 2′-*O*-(2-methoxyethyl) |
| mRNA | Messenger Ribonucleic Acid |
| non-HDL-C | non- High-Density Lipoprotein-Cholesterol |
| non-HDL-TG | High-Density Lipoprotein-Triglyceride |
| NCS | Not Clinically Significant |
| NOAEL | No Observable Adverse Effect Level |
| PT | Prothrombin Time |
| RNase H | Ribonuclease H |
| SAE | Serious Adverse Event |
| SC | Subcutaneous |
| SGOT | Serum Glutamyl Oxaloacetic Transaminase |
| SGPT | Serum Glutamic Pyruvate Transaminase |
| $t_{½}$ | Terminal Half-Life |
| T4 | Thyroxine |
| $T_{max}$ | Time to Reach $C_{max}$ |
| TC | Total cholesterol |
| TG | Triglycerides |
| TRL | TG-Rich Lipoproteins |
| TSH | Thyroid Stimulating Hormone |
| VLDL | Very-Low-Density Lipoprotein |
| VLDL apoC-III | Apolipoprotein C-III associated with Very Low Density Lipoprotein |
| VLDL-C | Very-Low-Density Lipoprotein-Cholesterol |
| VLDL-TG | Very-Low-Density Lipoprotein-Triglyceride |
| WBC | White Blood Cells |

# 1. STUDY OBJECTIVES

To evaluate the dose/response pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apolipoprotein C-III (apoC-III) levels.

The secondary objectives are to: (1) evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting apoC-III associated with very low density lipoprotein (VLDL), triglyceride (TG), apoC-II (total and associated with VLDL), apolipoprotein B-100 (apoB-100), apolipoprotein A-1 (apoA-1), apolipoprotein A-2 (apoA-2), apolipoprotein E (apoE), total cholesterol (TC), low-density lipoprotein-cholesterol (LDL-C), LDL-TG, VLDL-C, VLDL-TG, non-high-density lipoprotein-cholesterol (non-HDL-C), non-HDL-TG, HDL-C, HDL-TG, chylomicron-C (CM-C), CM-TG, free fatty acids (FFA), and glycerol levels; (2) evaluate the pharmacodynamic effects of ISIS 304801 over time on the above fasting lipoprotein, apolipoprotein, lipid, glycerol and total apoC-III levels in Fredrickson Type 1 patients; (3) examine post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in a subset of the patients in the study and assess more extensive pharmacokinetics (PK) in another subset of the patients (will not be the same patients as those undergoing the post-prandial assessment) and, (4) evaluate the safety, tolerability and PK of ISIS 304801.

# 2. BACKGROUND AND RATIONALE

## 2.1 Hypertriglyceridemia

Hypertriglyceridemia is a common clinical trait associated with an increased risk of cardiometabolic disease (Hegele et al. 2009; Hegele and Pollex 2009) as well as of occurrence of acute pancreatitis in the most severe forms (Toskes 1990; Gaudet et al. 2010; Catapano et al. 2011; Tremblay et al. 2011). Its etiology includes primary (genetic) and secondary (lifestyle, other diseases, etc.) factors or, most often, a combination of both (Yuan et al. 2007). Hypertriglyceridemia is the consequence of increased production and/or reduced or delayed catabolism of TG-rich lipoproteins: VLDL and, to a lesser extent, chylomicrons (CM). Several subtypes of hypertriglyceridemia have been described. These subtypes differ by their etiology, prevalence, burden, genetic backbone, and clinical expression. An intervention on diet and other life habits is required to manage the risk associated with these hypertriglyceridemias, but diet alone is often insufficient and medication is often prescribed (Brisson et al. 2010).

Factors contributing to elevated TG in the general population include overweight and obesity, physical inactivity, cigarette smoking, excess alcohol, medication and a diet high in fat or carbohydrates. In addition to these environmental factors, elevated TG levels are associated with several diseases, including diabetes, metabolic syndrome/insulin resistance, and genetic disorders such as familial chylomicronemia, familial combined hyperlipidemia and familial hypertriglyceridemia. Borderline high TGs (150-199 mg/dL) are commonly found in the general population and are a common component of the metabolic syndrome/insulin resistance states. The same is true for high TGs (200-499 mg/dL) except that as plasma TG levels increase, underlying genetic factors play an increasingly important etiologic role. Very high TGs ($\geq$440 mg/dL) are most often associated with elevated CM levels as well, and are accompanied by increasing risk for acute pancreatitis. The risk of pancreatitis is considered clinically significant if TG exceeds 880 mg/dL (>10 mmol) and the EAS/ESC 2011 guidelines state that actions to prevent acute pancreatitis are mandatory (Catapano et al. 2011). According to the

EAS/ESC 2011 guidelines, hypertriglyceridemia is the cause of approximately 10% of all cases of pancreatitis, and development of pancreatitis can occur at TG levels between 440-880 mg/dL. Based on evidence from clinical studies demonstrating that elevated TG levels are an independent risk factor for atherosclerotic CVD, the guidelines from both the National Cholesterol Education Program Adult Treatment Panel III (NCEP 2002) and the American Diabetes Association (ADA 2008) recommend a target TG level of less than 150 mg/dL to reduce cardiovascular risk. The NCEP treatment strategy for elevated TG depends on the causes of elevation and severity. While therapeutic life-style changes (change in diet, alcohol restriction, weight reduction, and increased physical activity) are the first steps in lowering TG, pharmacologic therapy is used when life-style changes are not sufficient. Several drug classes routinely used to lower LDL-C (statins, nicotinic acid, and fibrates) also reduce TG and apoC-III levels; however, the mechanisms for these effects are not well understood. Statins lower plasma TG by 7-30% while nicotinic acid and fibrates reduce TG by 20-50% (Ooi et al. 2008). One prescription omega-3 fatty acids (fish oil) product has been approved by the FDA for the treatment of patients with very high TG (>500 mg/dL) and is reported to lower TG by an average of 40% or more, depending on baseline TG levels.

Despite the pharmacologic agents available to lower TG, many patients still have TG levels well above the recommended levels even on maximally tolerated statins. In addition, the first-line TG-lowering agents are occasionally associated with undesirable side effects (e.g., flushing and worsening of glucose control with nicotinic acids, taste perversion or fishy aftertaste with omega-3 fatty acids). Additionally, when combining statins with fibric acid derivatives, there is increased risk for myopathy which can lead to rhabdomyolysis (NCEP 2002). Lipoprotein lipase (LPL) gene therapy is developed but remains an experimental treatment targeting familial chylomicronemia due to complete LPL deficiency only (Gaudet et al. 2010). Alternative, well tolerated treatment strategies are needed that can lower TG. ApoC-III is a key inhibitor of the activity of LPL, a key enzyme involved in TG metabolism, and therefore targeting apoC-III constitutes a potentially viable strategy for reducing plasma TG levels. Through a novel, apoC-III lowering mechanism of action, ISIS 304801 may provide the potential to better manage TG levels in patients where the currently available treatments are not adequate.

## 2.2 ApoC-III

ApoC-III is synthesized mainly in the liver and plays a pivotal role in regulating plasma TG levels (Chan et al. 2008). It is an essential constituent of circulating apoB-containing lipoprotein particles rich in TG (e.g., CM and VLDLs), as well as HDL. ApoC-III inhibits LPL-catalyzed hydrolysis of TG-rich lipoproteins (TRL) and their apoE-mediated uptake by the liver. In addition, a recent report supports a role for apoC-III in hepatic VLDL production (Sundaram et al. 2010). Thus, elevated apoC-III, results in both increased production of VLDL in the liver and delayed LPL mediated clearance of TRL from plasma with consequent development of hypertriglyceridemia.

## 2.3 Therapeutic Rationale

There is a strong body of evidence to indicate that elevated plasma TG is a risk factor for cardiovascular disease (CVD) (Brewer 1999; NCEP 2002) and severely elevated levels are associated with an increase risk of acute pancreatitis (Toskes 1990; Gaudet et al. 2010; Catapano et al. 2011; Tremblay et al. 2011). Results from several clinical studies have also

demonstrated the importance of apoC-III as a predictor of CVD outcomes (Ooi et al. 2008); one study reported that the concentration of apoB particles containing apoC-III was a stronger predictor of CVD than TG levels (Sacks et al. 2000). In addition, recent reports indicate that apoC-III is a multifunctional protein that not only regulates the metabolism of TRL but also plays a role in endothelial dysfunction and inflammation, thereby further increasing the risk for atherosclerotic CVD (Kawakami et al. 2006; Caron and Staels 2008; Kawakami et al. 2008). ApoC-III is increased in patients with dyslipidemia associated with multiple metabolic abnormalities such as insulin resistance and/or metabolic syndrome, conditions where endothelial dysfunction is also found. Human genetic data have demonstrated associations with functional mutations affecting apoC-III gene expression and CVD (Atzmon et al. 2006; Pollin et al. 2008; Petersen et al. 2010). A naturally occurring null mutation in the apoC-III gene (encoding the apoC-III protein) in Old Order Amish individuals was recently reported that confers a favorable lipid profile (lower plasma TG and LDL-C levels) and apparent cardioprotection without any obvious detrimental effects (Pollin et al. 2008). Thus, it has been hypothesized that targeting apoC-III mRNA to reduce hepatic apoC-III expression would decrease plasma TG levels.

## 2.4 ISIS 304801

### *2.4.1 Mechanism of Action*

ISIS 304801 is an antisense drug targeted to human apoC-III mRNA. The binding site for ISIS 304801 lies within the 3′-untranslated region of the apoC-III mRNA transcript at position 489-508 bp, and based on *in silico* analysis, it is not predicted to target any other human gene. The hybridization (binding) of ISIS 304801 to the cognate mRNA results in RNase H-mediated degradation of the apoC-III mRNA, thus inhibiting translation of the protein.

### *2.4.2 Chemistry*

Chemically, ISIS 304801 is a synthetic oligomer of 20 nucleotides (i.e., a 20-mer) that are connected sequentially by phosphorothioate linkages. The nucleotide sequence of ISIS 304801 (Figure 1) is complementary to a 20-nucleotide stretch within 3′-untranslated region of the apoC-III mRNA transcript. Structurally, the oligonucleotide has 3 regions. Two of them, the five nucleotides at the 5′ end and the five nucleotides at the 3′ end, are composed of 2′-*O*-(2-methoxyethyl) (MOE)-modified ribonucleotides. These MOE-modified nucleotides confer (1) increased affinity to the target mRNA (Altmann et al. 1996; McKay et al. 1999), (2) increased resistance to exonucleases and endonucleases (thereby increasing stability in tissue) (Geary et al. 2003), and (3) amelioration of some of the high dose toxicities thereby resulting in an improved safety profile compared to first generation antisense drugs containing phosphorothioate modified oligodeoxynucleotides (DNA) (Henry et al. 2000). The third region, the central portion of the oligonucleotide, is composed of ten oligodeoxynucleotides. This chimeric design is called a MOE-Gapmer, and ISIS 304801 employs this chimeric structure to enable use of the RNase H-mechanism for antisense activity. This is because while the 2′-MOE modification confers increased stability and affinity, it does not support RNase H catalysis of RNA hybridized to 2′-MOE-modified nucleotides (McKay et al. 1999). This is caused by conformational changes induced in the heteroduplex by 2′-alkoxy:RNA hybrids that are not recognized by RNase H enzymes (Inoue et al. 1987; Monia et al. 1993). By limiting the 2′-MOE modification to nucleotides flanking the phosphorothioate oligodeoxynucleotide core,

the beneficial attributes of the 2′-MOE chemistry are preserved while also retaining RNase H recognition.




**Figure 1** **Design of Chimeric 2′-MOE Phosphorothioate Oligonucleotides (MOE-Gapmer). The Sequence of ISIS 304801 is Shown**

## 2.5 Preclinical Studies

Pharmacologic effects of ISIS 304801 were studied in rodents and non-human primates. The sequence to which ISIS 304801 hybridizes is identical for human and cynomolgus monkeys, but is different in rodents. Human apoC-III transgenic mice were used as a model to test the pharmacologic effects of ISIS 304801 while species-specific apoC-III antisense oligonucleotides (ASOs) were used in other rodent models.

In human apoC-III transgenic mice, the ED50 values for reductions in human apoC-III hepatic mRNA, plasma apoC-III protein and TG were 11.6, 31.7 and 28.9 mg/kg/week, respectively, following twice-weekly intraperitoneal (IP) injection with ISIS 304801 for 2 weeks. Administration of ISIS 440726, an ASO targeted to murine apoC-III, significantly reduced hepatic apoC-III mRNA in 3 murine models [wild-type C57BL/6 mice on chow and Western diets, and *ob/ob* (obese) mice on a normal chow diet] in a dose dependent manner. Reductions in circulating apoC-III protein and TG were also observed in wild-type and *ob/ob* mice with this dosing regimen. Post-prandial hypertriglyceridemia following a high fat challenge in wild-type mice was improved with once weekly IP administration of the murine-specific ASO. In the fructose-fed rat model of hypertriglyceridemia, treatment with ISIS 353982, a rat-specific apoC-III ASO, significantly reduced hepatic apoC-III mRNA and plasma TG compared to saline. In addition, this treatment was more effective than daily oral treatment with fenofibrate at the same dose level.

Species-specific apoC-III ASOs also reduced hepatic apoC-III mRNA and plasma TG in lean hamsters and cynomolgus monkeys, species whose lipoprotein metabolism more closely resembles humans. Administration of a hamster-specific ASO, ISIS 352952, significantly reduced hepatic apoC-III mRNA and plasma TG levels compared to saline. Treatment of monkeys with ISIS 304801 resulted in significant reductions in hepatic apoC-III mRNA, plasma apoC-III protein and TG compared to saline treatment for the same period.

Plasma and tissue pharmacokinetics were assessed in mice and monkeys as part of the nonclinical toxicology studies. Similar to other second generation ASOs, ISIS 304801 was extensively cleared within hours from plasma and distributed to tissues after subcutaneous (SC) and intravenous (IV) administrations. ISIS 304801 distributed extensively to kidney and liver in both mice and monkeys. In the monkey, tissue terminal elimination half-lives ranged from approximately 12.5 to 18.9 days in kidney and liver, respectively, consistent with the plasma elimination half-life (12.7 days).

In nonclinical toxicology studies, the primary findings in both mice and monkeys were the presence of minimal to moderate basophilic granules in tissues, indicative of oligonucleotide cellular uptake and minimal to mild pro-inflammatory effects in the mouse that occurred in a dose-dependent manner. Additional findings were observed at doses ≥40 mg/kg/wk, which are much greater than those intended for clinical testing. Based on 13 weeks of nonclinical toxicity testing, the no adverse effect level (NOAEL) for ISIS 304801 was determined to be at least 12 mg/kg/week. The clinical dose range in this study of 100 to 300 mg/week (approximately 1.4 to 4.3 mg/kg body weight in a 70 kg patient) ranges from approximately 9 to approximately 3 fold below the NOAEL.

## 2.6 Clinical Experience

In a double-blind, single and multiple ascending-dose (SAD and MAD) Phase 1 study, healthy subjects, 18 to 55 years, were randomly assigned in a 3:1 ratio to receive ISIS 304801 or placebo (normal saline) administered as single or multiple SC injections at 50, 100, 200, and 400 mg (n=4/cohort). MAD cohort subjects received 6 doses over 4 weeks (a loading regimen of 3 doses the first week followed by once weekly dosing for 3 weeks).

There were no permanent or temporary discontinuations due to ISIS 304801 related adverse events (AEs) and no serious adverse events (SAEs). The most commonly reported adverse events (>20% of ISIS 304801 treated subjects) were injection site reactions (52% of ISIS 304801 treated versus 0% of placebo treated subjects), C-reactive protein increase (32% versus 0%), and somnolence (20% versus 0%). All of these common adverse events were mild (except for 1 moderate injection site reaction) and recovered. Overall, ISIS 304801 was well tolerated and there were no safety concerns up to the highest dose level of 400 mg SC, given for 6 doses.

Pharmacokinetic results showed time to maximum plasma concentrations ($T_{max}$) was between 2 and 4 hours, depending upon dose. Maximum plasma concentrations ($C_{max}$) were dose-dependent over the studied dose range, the terminal elimination half life ranged from a mean of 11.7 to 31.2 days over the doses tested, with a mean half life overall of 17.5 days.

Pharmacodynamic results showed dose-dependent sustained reductions in total apoC-III and TG levels. Median percent change from baseline values in the 50, 100, 200 and 400 mg multiple-dose groups showed reductions of total apoC-III of 20, 17, 71, and 78% and of TG of 20, 25, 43, and 44%, respectively, 1 week after the last dose. Reductions were sustained for at least 4 weeks after the last dose in the higher dose groups, consistent with the drug's long terminal elimination half-life. In addition, LDL-C values did not change while HDL-C values tended to increase in a dose-dependent manner.

## 2.7 Rationale for Dosages and Schedule of Administration

Estimation of clinical doses for an antisense drug is less difficult than for most drugs in preclinical development. Variables that are normally encountered at this stage of development are reduced by the predictability of the pharmacokinetics of ASOs and the cumulative experience with other drugs in this class. The pharmacokinetics and disposition of many drugs in this class have been characterized and there are remarkable similarities from sequence to sequence and across species. In particular, the plasma pharmacokinetics for ASOs in monkeys has been highly predictive of those in man, which has been validated in the clinical experience of ISIS 304801 to date. Because distribution to tissues is the dominant mechanism for plasma clearance, it can be assumed that plasma pharmacokinetic similarities translate into similarities in tissue distribution. This assumption is supported by the knowledge that patterns of tissue distribution for oligonucleotides are similar in mice, rats, rabbits, dogs and monkeys. Thus, it is possible to predict dose regimens on the basis of concentrations at the primary site of activity, the liver. Additionally, ASOs are hydrophilic and distribute predominantly to the lean body mass and in our experience they should be administered as a fixed dose, rather than by total body weight (Geary et al. 2003; Yu et al. 2007).

Doses of 100, 200, and 300 mg administered SC once weekly were selected for this study because results from the CS1 clinical study showed a satisfactory safety profile with substantial pharmacodynamic effects in this dose range. Because the pharmacodynamic effects were not remarkably different between the 200 and 400 mg doses in the CS1 study and because of the longer treatment regimen to be tested in this study, 300 mg was selected as the maximum dose. Due to the long terminal elimination half life of ISIS 304801 (average 17.5 days over the range of doses tested), the treatment duration is 13 weeks so that the efficacy endpoint can be evaluated when drug tissue levels are expected to be at > 90-% of steady-state levels. Based on a 19 day elimination half life in monkey tissues and a once a week dosing regimen, time to approximately 90% of steady state is estimated to be about 9 weeks. The 13-week treatment duration is supported by the ISIS 304801 13-week nonclinical toxicology study (see Investigator's Brochure) and by previous long term weekly clinical dosing studies with several other 2′-MOE-modified ASOs (Chi et al. 2008; Akdim et al. 2010; Raal et al. 2010).

# 3. INVESTIGATIONAL PLAN

## 3.1 Study Design

**Groups 1, 2, and 3:**

Study Groups 1, 2, and 3 are randomized, double-blind, placebo-controlled, dose response groups to evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apoC-III levels. A total of ninety six (96) patients are planned for these groups. For cohorts with patients not on TG-lowering therapy, there will be 24 patients planned per dose cohort (100, 200, 300 mg) with 18 ISIS 304801 (active) and 6 placebo patients per cohort. For cohorts with patients on a stable dose of fibrate, there will be 12 patients planned per cohort (200, 300 mg) with 8 active and 4 placebo patients per cohort.

Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in

Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).

Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.

**Group 4:**

This is an open-label, 300 mg, dose group. Up to six (6) patients with Fredrickson Type 1 dyslipidemia are planned to be enrolled in this group.

**All Groups:**

Patients will receive 13 doses of Study Drug administered by SC injection once a week for 13 weeks (Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85).

For an individual patient, the participation period consists of a ≤8-week screening period, (which includes a 4-week tight diet control run-in qualification period), a 1-week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 35 weeks of study participation. Concomitant medications and AEs will be recorded throughout all periods of the study.




**Figure 2 Study Design for ISIS 304801–CS2**

**<u>Screening/Diet Run-in</u>: Patients will be placed on a tightly controlled diet for the duration of study participation. After 28 days on the controlled diet, patients will have baseline measurements and be assessed for qualification of enrollment into the treatment phase of the study. <u>Enrollment/Randomization</u>: Eligible patients not on TG-lowering therapy will be enrolled equally into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in Group 2 will be randomized equally to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo). Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Eligible patients with Fredrickson Type 1 dyslipidemia will be enrolled into Group 4 and receive 300 mg of active Study Drug. Post-prandial assessments are optional for patients in Group 4. <u>Treatment</u>: Patients will receive 13 doses of Study Drug administered by SC injection once a week for 13 weeks. <u>Post-treatment Evaluation</u>: Patients will be followed until Study Day 176.**

## 3.2 Number of Patients

A total of ninety six (96) patients are planned for Groups 1, 2, and 3. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 120 patients.

Up to six (6) patients are planned for Group 4. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 8 patients.

# 4. PATIENT ELIGIBILITY

## 4.1 Inclusion Criteria

Patients must meet all of the following criteria to be eligible:

1. Must give written informed consent to participate in the study (signed and dated) and any authorizations required by law
2. Patients not on TG-lowering therapy with fasting TG ≥440 mg/dL (5.0 mmol/L) and patients on a stable well controlled dose of fibrate, for at least 30 days prior to screening that is not anticipated to change during the study period, with fasting TG ≥225 mg/dL (2.6 mmol/L) at screening
3. Patients not on TG-lowering therapy with fasting TG ≥350 mg/dL (4.0 mmol/L) and ≤2000 mg/dL (22.7 mmol/L), and patients on a stable well controlled dose of fibrate with fasting TG ≥225 mg/dL and ≤2000 mg/dL, and patients with Fredrickson Type 1 dyslipidemia with fasting TG ≥440 mg/dL, after 4-wk tight diet control run-in
4. Age ≥18 years at time of informed consent
5. Satisfy one of the following:
   a. Females: must be non-pregnant and non-lactating; surgically sterile, post-menopausal, abstinent, or if engaged in sexual relations of child-bearing potential, patient is using an acceptable contraceptive method (refer to Section 7.6.1) for four weeks prior to, during, and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks).
   b. Males: must be surgically sterile, abstinent or if engaged in sexual relations of child-bearing potential, patient is utilizing an acceptable contraceptive method (refer to Section 7.6.1) during and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks).

## 4.2 Exclusion Criteria

Patients meeting any of the following criteria are not eligible for the study:

1. HbA1c ≥9.0%, type 1 diabetes, or history of outpatient insulin use for more than 2 weeks in the last year
2. Body mass index (BMI) >40 kg/$m^2$
3. Familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II deficiency (Fredrickson Type 1 dyslipidemia), with the exception of Group 4 patients

4. Any of the following laboratory values at screening
   a. Hepatic:
      - Total bilirubin >upper limit of normal (ULN). Subjects with Gilbert's syndrome [elevated indirect bilirubin with normal direct bilirubin and normal AST and ALT] may be eligible after discussion with the medical monitor
      - ALT >1.7 x ULN
      - AST >1.7 x ULN
   b. Renal:
      - Urine protein or blood persistently positive by dipstick and confirmed by quantitative total urine protein measurement of ≥250 mg/24 hr
      - Estimated creatinine clearance calculated according to the formula of Cockcroft and Gault <60 mL/min
   c. Clinically significant abnormalities on laboratory examination
5. History of bariatric surgery or currently on weight loss drugs
6. Uncontrolled hypertension (BP >160/100)
7. Primary hypothyroidism (screening TSH > ULN and free T4 < LLN), primary subclinical hypothyroidism (screening TSH > ULN and free T4 WNL), secondary hypothyroidism (screening TSH < LLN and free T4 < LLN)
8. Clinically significant abnormalities in medical history (e.g., acute or unstable cardiac ischemia within 6 months of screening or major surgery within 3 months of screening) or physical examination which, in the opinion of the investigator, would make the patient unsuitable for inclusion in the study
9. Malignancy within 5 years, except for basal or squamous cell carcinoma of the skin or carcinoma in situ of the cervix that has been successfully treated
10. Active infection requiring systemic antiviral or antimicrobial therapy unless treatment is expected to be completed prior to first dose
11. Recent history of alcohol or substance abuse or unwillingness to limit alcohol consumption to within moderate limits for the duration of the Study as follows (or per Site Investigator judgment): maximum of 2 alcoholic beverages (20 g) per day and ≤8 drinks (80 g) per week for males; maximum of 1 alcoholic beverage (10 g) per day and ≤4 drinks (40 g) per week for females
12. Known history or positive at time of screening for HIV, HCV, or chronic HBV infection
13. On oral contraceptives, hormone replacement therapy, statin, or oral anti-diabetic medication unless on a stable regimen for at least 3 months prior to dosing and will remain on a stable regimen for the duration of the study

14. Group 1 and 2 patients: unable to discontinue use of systemic corticosteroids, fibrates, niacin, fish oil or other products containing omega-3 fatty acids, at least 6 weeks prior to dosing. Group 3 patients: unable to discontinue use of systemic corticosteroids at least 6 weeks prior to dosing; use of niacin, fish oil or other products containing omega-3 fatty acids unless on stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period. Group 4 patients: unable to discontinue use of systemic corticosteroids at least 6 weeks prior to dosing; use of fibrate, niacin, fish oil or other products containing omega-3 fatty acids unless on a stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period.
15. Use of topical corticosteroids, anticoagulants, or drugs or dietary supplements (not described in Exclusion Criteria #14) with potential lipid-altering effects unless on stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period
16. Treatment with another Study Drug, biological agent, or device within one month of screening, or 5 half-lives of study agent, whichever is longer
17. Previous participation in an investigational study involving systemic administration of an oligonucleotide within nine months of screening
18. Unwillingness to comply with study procedures, including follow-up, as specified by this protocol, or unwillingness to cooperate fully with the Investigator
19. Blood donation of 50 to 499 mL within 30 days of screening or of >499 mL within 60 days of screening
20. Any other conditions which, in the opinion of the investigator, would make the patient unsuitable for inclusion, or could interfere with the patient participating in or completing the study

# 5. PATIENT ENROLLMENT

Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2).

Eligible patients on a stable dose of fibrate will be enrolled into Group 3.

Eligible patients with Fredrickson Type 1 dyslipidemia will be enrolled into Group 4.

## 5.1 Randomization

**Groups 1, 2, and 3:**

Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1

plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).

Patients in Group 3 will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.

The Sponsor (or designee) will prepare the randomization lists. The placebo patients in each dose cohort will be dosed according to the same timetable and with the same injection volume. The unblinded pharmacist (or qualified delegate) preparing the dosing solutions will be the only member of study staff to know which patient is receiving placebo in each dose cohort. Extensive PK / post-prandial assessment groups, and dose cohort assignments will not be blinded.

**Group 4:**

All patients in Group 4 will receive 300 mg of active Study Drug.

### 5.2 Visit Days and Windows

Patients must complete the treatment visits on Day 1 ± 0 days and on Day 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85 within ± 1 day. Patients in the extensive PK group must also visit the clinic on Day 2 and 86 ± 0 days relative to Day 1 and 85, respectively, for the 24 hour blood draw. Patients must complete the follow-up visits on Day 92 and 99 within ± 1 day, Day 127 within ± 3 days, and Day 176 within ± 5 days of the scheduled visit date. Patients in the post-prandial assessment group must also visit the clinic on Day 103 within ± 2 days and on the day following the Day 103 visit for the 24 hour blood draw.

### 5.3 Withdrawal of Patients

Patients have the right to withdraw from the study at any time and for any reason without prejudice to his or her future medical care by the physician or at the institution.

Any patient who withdraws consent to participate in the study will be removed from further treatment and/or study observation immediately upon the date of the request. Patients should be encouraged to complete all follow-up study procedures and observations or at minimum the Early-Treatment-Termination (Study Day 92) procedures (see Appendices A, B, and C).

The Site Investigator may discontinue a patient from the trial if in his/her judgment continuation in the study may prove harmful to the patient or if the patient is not compliant with the protocol.

Reasons for removal from the study may include but are not limited to:

- Adverse event
- Site Investigator judgment
- Significant protocol deviation
- Lost to follow-up
- Withdrawal of consent

- Death

The Site Investigator must notify the Sponsor by phone within 24 hours of patient withdrawal (the reason for, and dates of withdrawal must be documented in the electronic Case Report Form (eCRF)).

If the patient withdraws due to an AE, the Site Investigator should strongly encourage the patient to have follow-up visits until the AE has resolved or stabilized.

### 5.4 Replacement of Patients

**Groups 1, 2, and 3:**

At the discretion of the Sponsor, additional patients (up to a total of 120 patients randomized and dosed (i.e., Safety Set)) may be added to replace any patients withdrawn before receiving 9 doses of Study Drug and all follow-up procedures including, if applicable, the second extensive PK (i.e., Day 85 and 86) or post-prandial (i.e., Day 103 and 104) assessments, unless the Site Investigator and Sponsor Medical Monitor agree that this should not be done for reasons of safety. Each additional patient will be assigned to the same treatment allocation as the patient that is being replaced.

**Group 4:**

At the discretion of the Sponsor, additional patients (up to a total of 8 patients) may be added to replace any patients withdrawn before receiving 9 doses of Study Drug and all follow-up procedures.

### 5.5 Unblinding of Treatment Assignment

**Groups 1, 2, and 3:**

Due to the drug's long terminal elimination half-life, and hence relatively long follow-up period, the Sponsor will unblind the treatment assignments for each cohort upon completion of dosing to perform the primary analysis. However, the Sponsor Clinical Trial Manager and Medical Monitor or designees, all patients, monitors, and site personnel related to the conduct of the study, except for the unblinded pharmacist (or qualified delegate) who prepares the Study Drug and an unblinded pharmacy monitor separate from the study monitor, will remain blinded to the patient's treatment assignment throughout the study. These same procedures will be followed if an interim analysis is performed. The Site Investigator, however, will have the ability to unblind the treatment assignment, for safety reasons, for patients enrolled in this study. The Sponsor will be informed of the unblinding of a patient within 24 hours. An unblinded randomization schema will be maintained securely at the Study Center and the Sponsor's Quality Assurance Department. The treatment assignment should only be unblinded when the patient has suffered a Serious Adverse Event (see Section 9.3.3), and/or when knowledge of the treatment assignment will impact the clinical management of the patient. Every reasonable attempt should be made to complete the post-treatment evaluation procedures prior to unblinding, as knowledge of the treatment arm could influence patient assessment.

**Group 4:**

All parties will be unblinded to the treatment in Group 4.

### 5.6 Study Termination

Both the Sponsor and the Site Investigator reserve the right to terminate the study, according to the terms of the study contract. The Site Investigator should notify the Institutional Review Board (IRB)/Independent Ethics Committee (IEC) in writing of the trial's completion or early termination and send a copy of the notification to the Sponsor or designee.

## 6. STUDY DRUG

### 6.1 ISIS 304801

A solution of ISIS 304801 (200 mg/mL, 1.0 mL) contained in 2-mL stoppered glass vials will be provided. ISIS 304801 is manufactured by Isis Pharmaceuticals, Inc., Carlsbad, California, USA. The drug product and its storage and preparation instructions will be provided by Isis Pharmaceuticals. ISIS 304801 must be stored securely at 2 to 8° C and protected from light.

### 6.2 Placebo

The placebo for this study is 0.9% sterile saline and will be provided by the Study Center.

### 6.3 ISIS 304801 Packaging, Labeling and Drug Accountability

Isis Pharmaceuticals, Inc. will provide the Site Pharmacists with packaged ISIS 304801 labelled in accordance with specific country regulatory requirements.

### 6.4 Study Drug Administration

ISIS 304801 solution and placebo will be prepared by an unblinded pharmacist (or qualified delegate). Please refer to the Study Drug manual for additional details. Vials are for single-use only. A trained professional, blinded to the identity of the drug, will administer the Study Drug. Study visits that require only Study Drug administration, vital signs, adverse events, concomitant medication usage recording, and diet/alcohol counseling and monitoring may be conducted at a remote location (e.g., the patient's home) if travel to the study center is unduly burdensome for a patient. The Study Drug will be administered as a SC injection in the abdomen, thigh, or outer area of the upper arm on each dosing day. Dosing should be rotated among the anatomical locations (abdomen, thighs or arms) for each individual patient during the dosing period (avoiding areas of excessive rubbing such as the belt line). Doses will be administered as a single SC injection. Doses of 300 mg may be administered as two equal volume noncontiguous SC injections if there are tolerability issues with receiving the dose as a single SC injection. Please refer to the Study Drug manual for more detailed instructions for Study Drug preparation and administration.

### 6.5 Drug Accountability

The unblinded pharmacist (or qualified delegate) is required to document receipt, dispensing and return of ISIS 304801 supplies. Drug accountability documentation and all used and unused ISIS 304801 vials must be returned to Isis Pharmaceuticals or designee.

## 6.6 Concomitant Medications

Throughout the study, Site Investigators or designated licensed physicians involved in the study may prescribe concomitant medications or treatments deemed necessary for AEs or to provide adequate supportive care.

No lipid lowering therapies (e.g., fibrates, niacin, fish oil or other products containing omega-3 fatty acids), or systemic corticosteroids may be started (Groups 1 and 2) or adjusted (Groups 3 and 4) after screening and doses of existing oral anti-diabetic medication, oral contraceptives, hormone replacement therapy, topical corticosteroids, anticoagulants, or drugs or dietary supplements with potential lipid-altering effects should not be adjusted.

Study patients are prohibited from receiving other experimental agents during the study. This includes marketed agents at experimental dosages that are being tested for the treatment of hypertriglyceridemia.

All concomitant medications/treatments and significant non-drug therapies (including supplements and assistive devices) received by a patient must be recorded in the patient's source documents and CRF.

Patients should consult with the Site Investigator or designee prior to initiating any new medication, including non-prescription compounds or any other non-drug therapy.

# 7. STUDY PROCEDURES

For an individual patient, the participation period consists of a ≤8-week screening period (which includes a 4-week tight diet control run-in qualification period), a -week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 35 weeks of study participation. Concomitant medications and any AEs will be recorded throughout all periods of the study.

## 7.1 Screening Plus Tight Diet Control Run-In Qualification and Randomization Period (Study Day ≤-63 to Study Day -1)

Patients who give written informed consent will undergo a medical history and physical examination including vital signs, 12-lead electrocardiogram (ECG), determination of concomitant medications, and have blood and urine samples taken for clinical laboratory testing (Appendix A). Females who are of childbearing potential will have a pregnancy test at screening and again during the post tight diet control study qualification period. Patients will be placed on a tightly controlled diet for the duration of study participation. After 28 days on the controlled diet, patients will have baseline measurements and be assessed (Appendix A) for qualification of enrollment into the treatment phase of the study. Patients who meet the enrollment criteria following diet run-in and not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2) and randomized as described in Section 5.1. Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized as described in Section 5.1. Eligible patients with Fredrickson Type 1 dyslipidemia will be enrolled into Group 4.

Preceding the visit that includes a blood draw for pharmacodynamic measurements (Day -8) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to

their visit (to ensure equal moderation of fat intake, per patient), after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding this clinic visit.

### 7.2 Treatment Period (Study Day 1 to Study Day 85)

Enrolled patients will receive a total of 13 doses of Study Drug (Appendix A). Study Drug will be administered by SC injection on Study Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85.

Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 1, 8, 15, 29, 43, 57, 71, and 85), patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit, after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits.

Blood will be collected for measurement of total apoC-III and other pharmacodynamic markers on Days 1, 8, 15, 29, 43, 57, 71, and 85 (prior to Study Drug administration). Patients in the post-prandial assessment group will have blood drawn for pharmacodynamic measurements on Day -1, pre-liquid meal, and not on Day 1. Patients will meet with a dietician or study staff member at each visit and compliance to diet and alcohol restrictions will be monitored and the importance of continuing compliance will be reinforced to the patient. Safety and clinical laboratory evaluations as well as blood sampling for PK analysis and post-prandial assessments (in a subset of patients) will be performed periodically throughout the treatment period (Appendices A, B, C, and D).

*Postprandial Assessment (Appendix D):* Patients in the post-prandial assessment group will consume standardized pre cooked meals (lunches and dinners (provided) and instructions for breakfasts and snacks) for the 2 days prior to the post-prandial evaluations. Patients will remain fasted after consuming the standardized pre-cooked meal for the dinner on the evening prior to their visit. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. On each of the post-prandial evaluation days, following the blood draws, patients will consume a standardized liquid meal (which represents about a third of the daily caloric requirements) with a stable radioisotope tracer, followed by an 8 hour radioisotope infusion and serial blood sampling. Patients will receive a standardized pre-cooked meal 9 hrs after consuming the liquid meal, after which they will fast until the 24 hour blood draw the following day.

*Extensive PK Assessment (Appendix C):* In addition to trough sample collection, patients in the extensive PK assessment group will undergo serial blood sampling for 24 hrs after their first (Day 1-2) and last (Day 85-86) dose of Study Drug.

### 7.3 Post-treatment Evaluation Period (Study Day 86 to Study Day 176)

Patients will be followed until Study Day 176. During this time, patients will return to the study center for outpatient clinic visits on Study Days 92, 99, 127, and 176 (and Day 103 for patients in the post-prandial assessment group) for safety and clinical laboratory evaluations (blood draws), diet counseling and monitoring, concomitant medication usage recording, and AE event collection. Blood samples for PK and PD analysis will be collected periodically throughout the post-treatment evaluation period (Appendices A, B, and C). Post-prandial assessments will be done in a subset of patients (Appendix D).

Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 92, 99, 127, and 176) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit, after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits.

## 7.4 Laboratory Analytes

Laboratory measurements of serum chemistry, urinalysis, coagulation, complement, hematology, immune function, thyroid function, and full lipid panel will be performed at the times shown in the Schedule of Procedures (Appendix A). The analytes within these panels are shown in Appendix B.

## 7.5 Pharmacokinetics Specimen Collection

Plasma specimens will be collected as shown in Appendix A (Schedule of Procedures) and Appendix C (Pharmacokinetic Sampling Schedule).

## 7.6 Restrictions on the Lifestyles of Patients

### *7.6.1 Contraception Requirements*

All patients of childbearing potential must refrain from sperm/egg donation and practice effective contraception 4 weeks prior to dosing and during the study and be willing and able to continue contraception for 13 weeks after their last dose of Study Drug.

For the purposes of this study, women of childbearing potential are defined as any female who has experienced menarche, and that does not meet one of the following conditions:

- Postmenopausal: twelve (12) months of natural (spontaneous) amenorrhea together with FSH confirmation of postmenopausal state or 6 weeks after surgical bilateral oophorectomy with or without hysterectomy
- Post hysterectomy

For the purposes of this study, effective contraception is defined as follows:

- For female patients: using 1 or more of the following acceptable methods of contraception: surgical sterilization (e.g., bilateral tubal ligation), hormonal contraception, intrauterine contraception/device, or any 2 barrier methods (a combination of male or female condom* with diaphragm, sponge, or cervical cap) together with spermicidal foam/gel/film/cream/suppository.
- For male patients: effective male contraception includes a vasectomy with negative semen analysis at follow-up, or the use of condoms together with spermicidal foam/gel/film/cream/suppository. Male patients must also encourage their female partner (of childbearing potential) to use effective contraception during the study and for at least 13 weeks after the patient's last dose of Study Drug. Effective contraceptive for the female partner includes: surgical sterilization (e.g., bilateral tubal ligation), hormonal contraception, intrauterine contraception/device, or barrier methods (female condom*,

diaphragm, sponge, cervical cap) together with spermicidal foam/gel/film/cream/ suppository.

*Note: A female condom and a male condom should not be used together as friction between the two can result in either product failing.

Male patients with partners that are pregnant must use condoms during the study and for at least 13 weeks after their last dose of Study Drug to ensure that the fetus is not exposed to Study Drug.

### *7.6.2 Other Requirements*

During the tight diet control run-in qualification period, patients will be placed on a tightly controlled diet. After 28 days on the diet, patients will be assessed for qualification for study participation. Patients will remain on the tightly controlled diet for the duration of study participation. Diet requirements will be similar to those provided in Health Canada's Food Guide (www.healthcanada.gc.ca/foodguide). Patients will be provided a standardized pre-cooked meal for the dinner (after which they will remain fasted) preceding blood drawing for pharmacodynamic measurements. Alcohol consumption will not be allowed 48 hrs preceding blood drawing for pharmacodynamic measurements. In addition, patients in the post-prandial assessment group will be provided with standardized pre cooked meals (lunches and dinners and instructions for breakfasts and snacks) for the 2 days prior to the post-prandial evaluation day. On the post-prandial evaluation day, patients will consume a standardized liquid meal with a stable radioisotope tracer prior to blood draws. On the post-prandial day, after 9 hours of blood draws, patients will receive a standardized pre-cooked meal after which they will remain fasted until the 24 hour blood draw for pharmacodynamic measurements the following day.

## 8. SAFETY MONITORING AND STOPPING RULES

In addition to the standard monitoring of clinical safety parameters, the following guidelines are provided for the monitoring of selected parameters chosen based on preclinical and clinical observations (see Investigator's Brochure).

Confirmation Guidance: At any time during the study (treatment or post-treatment periods), the initial clinical laboratory results meeting the safety monitoring criteria presented below **must be confirmed** by performing measurements (ideally in the same laboratory that performed the initial measurement) on new specimens. All new specimen collections should take place as soon as possible (ideally within 3 days of the initial collection) and, in any event, no longer than 5 days from the collection that yielded the initial observation. If the initial laboratory result is observed during the treatment period, the results from the retest **must be available** prior to the next scheduled dose of Study Drug (ISIS 304801 or placebo).

Stopping Rule Guidance: If any of the stopping criteria described below are met and are confirmed, the patient will be permanently discontinued from further treatment with Study Drug (ISIS 304801 or placebo), evaluated fully as outlined below and in consultation with the Sponsor Medical Monitor, and will be entered into the post-treatment evaluation portion of the study. In general, patients who do not meet the stopping rules based upon retest may continue dosing. However, the Site Investigator and the Sponsor Medical Monitor should confer as to whether additional close monitoring of the patient is appropriate.

## 8.1 Liver Chemistry Rules

The following rules are adapted from the draft guidance for industry, "Drug-Induced Liver Injury: Premarketing Clinical Evaluation," issued by the U.S. Department of Health and Human Services, Food and Drug Administration, July 2009.

### *8.1.1 Safety Monitoring Rules for Liver Chemistry Tests*

In the event of an ALT or AST measurement that is >3 x ULN at any time during the study (treatment or post-treatment period), the initial measurement(s) should be confirmed as described above. Similarly, confirmatory measurements should also be performed if ALT or AST levels increase to ≥5 x ULN (following the initial meeting of each of those criteria).

Frequency of Repeat Measurements: Patients with confirmed ALT or AST levels >3 x ULN that are continuing to rise should have their liver chemistry tests (ALT, AST, alkaline phosphatase, and total bilirubin at a minimum) retested at least once weekly until levels stabilize or begin to recover. The performance of additional laboratory tests (e.g., INR) should be discussed with the Sponsor Medical Monitor. Thereafter, liver chemistry tests for these patients should be performed at least every 2 weeks until ALT and AST levels become ≤1.2 x ULN or back to Baseline Value if the Baseline Value was >ULN.

Further Investigation into Liver Chemistry Elevations: For patients with confirmed ALT or AST levels >3 x ULN, the following evaluations should be performed:

1. Obtain a more detailed history of symptoms and prior and concurrent diseases
2. Obtain a further history for concomitant drug use (including nonprescription medications, herbal and dietary supplement preparations), alcohol use, recreational drug use, and special diets
3. Obtain a history for exposure to environmental chemical agents and travel
4. Serology for viral hepatitis (HAV IgM, HBsAg, HCV antibody, CMV IgM, and EBV antibody panel)
5. Serology for autoimmune hepatitis (e.g., antinuclear antibody (ANA))

Additional liver evaluations, including gastroenterology/hepatology consults, hepatic CT or MRI scans, may be performed at the discretion of the Investigator, in consultation with the Sponsor Medical Monitor. Repetition of the above evaluations should be considered if a patient's ALT and/or AST levels reach 5 x ULN.

## 8.2 Stopping Rules

### *8.2.1 Stopping Rules for Liver Chemistry Elevations*

In the event of confirmed laboratory results meeting the following criteria, **and the event is without an alternative explanation as discussed with the Sponsor Medical Monitor,** dosing of a patient with Study Drug (ISIS 304801 or placebo) will be stopped permanently:

1. ALT or AST >8 x ULN

2. ALT or AST >5 x ULN at two consecutive weekly measurements (not less than 7 days nor more than 10 days apart) both of which are confirmed. Treatment with Study Drug (ISIS 304801 or placebo) will continue weekly until the second consecutive weekly ALT or AST measurement is confirmed to be >5 x ULN

3. ALT or AST >3 x ULN **and** total bilirubin >2 x ULN

4. ALT or AST >3 x ULN with the appearance of fatigue, nausea, vomiting, right upper quadrant pain or tenderness, fever, rash, and/or concomitant eosinophilia (>5%)

#### *8.2.2 Stopping Rules for Renal Function Test Results*

In the event of **confirmed** laboratory results for either of the following criteria, dosing of a patient with Study Drug will be stopped permanently:

- Confirmed serum creatinine increase ≥0.3 mg/dL (26.5 µmol/L) or ≥40% (whichever is greater) above average baseline creatinine values (average of Week -1 and Day 1 or the Week -1 value if Day 1 measurement is not required

- Proteinuria, dipstick 2 + (confirmed by dipstick retest and then further confirmed by a quantitative total urine protein measurement of >0.5 g/24 hr)

The follow-up schedule for any events meeting either of these stopping criteria will be determined by the Site Investigator in consultation with the Sponsor Medical Monitor.

#### *8.2.3 Stopping Rule for Platelet Count Results*

In the event of a confirmed platelet count less than 75,000/mm$^3$, dosing of a patient with Study Drug (ISIS 304801 or placebo) will be stopped permanently. The follow-up schedule for any events meeting this stopping criterion will be determined by the Site Investigator in consultation with the Sponsor Medical Monitor.

## 9. SERIOUS AND NON-SERIOUS ADVERSE EVENTS

### 9.1 Sponsor Review of Safety Information

Safety information will be collected, reviewed, and evaluated by the Sponsor or designee in accordance with the Safety Management Plan throughout the conduct of the clinical trial.

### 9.2 Regulatory Requirements

The Sponsor is responsible for regulatory submissions and reporting to the investigators of serious adverse events (SAEs) including suspected unexpected serious adverse reactions (SUSARs) per the International Conference on Harmonization (ICH) guidelines E2A and ICH E6. Country-specific regulatory requirements will be followed in accordance with local country regulations and guidelines.

IRB/ IEC will be notified of any SAE according to applicable regulations.

For the purpose of regulatory reporting of SUSARs, there are no expected adverse events for this study population. For Study Drug expected adverse events refer to the Site Investigator's Brochure.

## 9.3 Definitions

### *9.3.1 Adverse Event*

An adverse event is any unfavorable and unintended sign (including a clinically significant abnormal laboratory finding, for example), symptom, or disease temporally associated with the study or use of investigational drug product, whether or not the AE is considered related to the investigational drug product.

### *9.3.2 Adverse Reaction and Suspected Adverse Reaction*

An adverse reaction is any adverse event caused by the Study Drug.

A suspected adverse reaction is any adverse event for which there is a reasonable possibility that the drug caused the adverse event. A suspected adverse reaction implies a lesser degree of certainty about causality than an adverse reaction.

### *9.3.3 Serious Adverse Event (SAE)*

A serious adverse event is any adverse event that in the view of either the Site Investigator or Sponsor, meets any of the following criteria:

- Results in death
- Is life threatening: that is, poses an immediate risk of death as the event occurred

  An adverse event or suspected adverse reaction is considered "life-threatening" if, in the view of either the Site Investigator or Sponsor, its occurrence places the patient at immediate risk of death. It does not include an adverse event or suspected adverse reaction that, had it occurred in a more severe form, might have caused death.
- Requires inpatient hospitalization or prolongation of existing hospitalization

  Hospitalization is defined as an admission of greater than 24 hours to a medical facility and does not always qualify as an adverse event
- Results in a persistent or significant incapacity or substantial disruption of the ability to conduct normal life functions
- Results in congenital anomaly or birth defect in the offspring of the patient (whether the patient is male or female)
- Important medical events that may not result in death, are not life-threatening, or do not require hospitalization may also be considered serious when, based upon appropriate medical judgment, they may jeopardize the patient and may require medical or surgical intervention to prevent one of the outcomes listed in this definition. Examples of such medical events include allergic bronchospasm requiring intensive treatment in an

emergency room or at home, blood dyscrasias or convulsions that do not result in inpatient hospitalization, or the development of drug dependency or drug abuse.

## 9.4 Monitoring and Recording Adverse Events

Any pre-existing conditions or signs and/or symptoms present in a patient prior to the **start** of the study (i.e., before informed consent) should be recorded as Medical History and not recorded as adverse events unless the pre-existing condition worsened. The Site Investigator should always group signs and symptoms into a single term that constitutes a **single unifying diagnosis** if possible.

### *9.4.1 Serious Adverse Events*

In the interest of patient safety, and in order to fulfill regulatory requirements**,** all SAEs (regardless of their relationship to Study Drug) should be reported to the Sponsor or designee within 24 hours of the site's first knowledge of the event. The collection of SAEs will begin after the patient signs the informed consent form and stop at the end of the patient's follow-up period on Study Day 176. When the Site Investigator is reporting by telephone, it is important to speak to someone in person versus leaving a message. An Initial Serious Adverse Event Form should be completed and a copy should be faxed to the Sponsor or designee **(Safety Fax 1-760-268-6500)**.

Detailed information should be actively sought and included on Follow-Up Serious Adverse Event Forms as soon as additional information becomes available. All SAEs will be followed until resolution. SAEs that remain ongoing past the patient's last protocol-specified follow-up visit will be evaluated by the Site Investigator and Sponsor. If the Site Investigator and Sponsor agree the patient's condition is unlikely to resolve, the Site Investigator and Sponsor will determine the follow-up requirement.

### *9.4.2 Non-Serious Adverse Events*

The recording of non-serious AEs will begin after the patient signs the informed consent form and will stop at the end of the patient's follow-up period defined as Study Day 176. The Site Investigator will monitor each patient closely and record all observed or volunteered AEs on the Adverse Event Case Report Form.

### *9.4.3 Evaluation of Adverse Events (Serious and Non-Serious)*

The Investigator's opinion of the following should be documented:

#### *9.4.3.1 Relationship to the Study Drug*

The event's relationship to the Study Drug is characterized by one of the following:

- **Related:** There is clear evidence that the event is related to the use of Study Drug e.g., confirmation by positive re-challenge test
- **Possible:** The event cannot be explained by the patient's medical condition, concomitant therapy, or other causes, and there is a plausible temporal relationship between the event and Study Drug administration

- **Unlikely/Remote:** An event for which an alternative explanation is more likely (e.g., concomitant medications or ongoing medical conditions) or the temporal relationship to Study Drug administration and/or exposure suggests that a causal relationship is unlikely (For reporting purposes, Unlikely/Remote will be grouped together with Not Related)

- **Not Related:** The event can be readily explained by the patient's underlying medical condition, concomitant therapy, or other causes, and therefore, the Site Investigator believes no relationship exists between the event and Study Drug

#### *9.4.3.2 Severity*

The event's severity is characterized by one of the following:

- **Mild:** The event is easily tolerated by the patient and does not affect the patient's usual daily activities

- **Moderate:** The event causes the patient more discomfort and interrupts the patient's usual daily activities

- **Severe:** The event is incapacitating and causes considerable interference with the patient's usual daily activities

If the event is an SAE, then all applicable seriousness criteria must be indicated (criteria listed in Section 9.3.3).

#### *9.4.3.3 Action Taken with Study Drug*

Action taken with Study Drug due to the event is characterized by one of the following:

- **None:** No changes were made to Study Drug administration and dose

- **Permanently Discontinued:** Study Drug was discontinued and not restarted

- **Temporarily Interrupted, Restarted – Same Dose:** Dosing was temporarily interrupted, stopped or delayed due to the adverse event and restarted at the same dose

#### *9.4.3.4 Treatment Given for Adverse Event*

Any treatment (e.g., medications or procedures) given for the adverse event should be recorded.

#### *9.4.3.5 Outcome of the Adverse Event*

If the event is a non-serious adverse event then the event's outcome is characterized by one of the following:

- **AE Persists:** Patient terminates from the trial and the AE continues

- **Recovered:** Patient recovered completely from the AE

- **Became Serious:** The event became serious (the date the event became serious should be recorded as the Resolution Date of that AE and the Onset Date of the corresponding SAE)

- **Change in Severity (if applicable):** AE severity changed

If the event is a serious adverse event then the event's outcome is characterized by one of the following:

- **Ongoing:** SAE continuing
- **Persists (as non-serious AE):** Patient has not fully recovered but the event no longer meets serious criteria and should be captured as an AE on the non-serious AE eCRF (the SAE resolution date should be entered as the date of onset of that AE)
- **Recovered:** Patient recovered completely from the SAE (the date of recovery should be entered as the SAE resolution date)
- **Fatal:** Patient died (the date of death should be entered as the SAE resolution date)

## 9.5 Procedures for Handling Special Situations

### *9.5.1 Abnormalities of Laboratory Tests*

Clinically significant abnormal laboratory test results may, in the opinion of the Investigator, constitute or be associated with an adverse event. Examples of these include abnormal laboratory results that are associated with symptoms, or require treatment, e.g., bleeding due to thrombocytopenia, tetany due to hypocalcemia, or cardiac arrhythmias due to hyperkalemia. Whenever possible, the underlying diagnosis should be listed in preference to abnormal laboratory values as AEs. Clinically significant abnormalities will be monitored by the Site Investigator until the parameter returns to its baseline value or until agreement is reached between the Site Investigator and Sponsor Medical Monitor. Laboratory abnormalities deemed not clinically significant (NCS) by the Site Investigator should not be reported as AEs. Similarly, laboratory abnormalities reported as AEs by the Site Investigator should not be deemed NCS on the laboratory sheet.

The Site Investigator is responsible for reviewing and signing all laboratory reports. The signed clinical laboratory reports will serve as source documents.

### *9.5.2 Prescheduled or Elective Procedures or Routinely Scheduled Treatments*

A prescheduled or elective procedure or a routinely scheduled treatment will not be considered an SAE, even if the patient is hospitalized; the study site must document all of the following:

- The prescheduled or elective procedure or routinely scheduled treatment was scheduled (or was on a waiting list to be scheduled) prior to obtaining the patient's consent to participate in the study
- The condition that required the prescheduled or elective procedure or routinely scheduled treatment was present before and did not worsen or progress in the opinion of the Site Investigator between the patient's consent to participate in the study and the timing of the procedure or treatment

- The prescheduled or elective procedure or routinely scheduled treatment is the sole reason for the intervention or hospital admission

### *9.5.3 Dosing Errors*

Study medication errors should be documented as Protocol Deviations. A brief description should be provided in the deviation, including whether the patient was symptomatic (list symptoms) or asymptomatic, and the event accidental or intentional.

Dosing details should be captured on the Dosing Case Report Form. If the patient takes a dose of Study Drug that exceeds protocol specifications and the patient is symptomatic, then the symptom(s) should be documented as an adverse event and be reported per Section 9.4.

**Should an overdose occur**, the Site Investigator or designee should refer to the Guidance to Investigator's section of the Investigator's Brochure and contact the Sponsor or designee within 24 hours.

### *9.5.4 Contraception and Pregnancy*

Male patients and female patients of childbearing potential must continue to use appropriate contraception with their partners, or refrain from sexual activity as described in the inclusion criteria (Section 7.6.1).

If a patient becomes pregnant or a pregnancy is suspected, or if a male patient makes or believes that he has made someone pregnant during the study, the patient should immediately inform the study personnel. An Initial Pregnancy Form should be submitted to the Sponsor or designee **within 24 hours** of first learning of the occurrence of pregnancy. Follow-up information including delivery or termination is reported on Follow-up Pregnancy Forms and reported within 24 hours.

Payment for all aspects of obstetrical care, child or related care will be the patient's responsibility.

<u>Female patients</u>: If a suspected pregnancy occurs while on the study (including follow-up), a pregnancy test will be performed. The patient with a confirmed pregnancy will be immediately withdrawn from treatment with Study Drug. However, the patient will be encouraged to complete the post-treatment follow-up portion of the study to the extent that study procedures do not interfere with the pregnancy. Regardless of continued study participation, the study physician will assist the patient in getting obstetrical care and the progress of the pregnancy will be followed until the outcome of the pregnancy is known (i.e., delivery, elective termination, or spontaneous abortion). If the pregnancy results in the birth of a child, the Site and Sponsor may require access to the mother and infant's medical records for an additional 8 weeks after birth.

<u>Male patients</u>: The progress of the pregnancy in a male patient's partner should be followed until the outcome of the pregnancy is known (i.e., delivery, elective termination, or spontaneous abortion). If the pregnancy results in the birth of a child, additional follow-up information may be requested for the mother and infant. Follow-up will be performed to the extent permitted by law and privacy considerations.

# 10. STATISTICAL CONSIDERATIONS

## 10.1 Study Endpoints, Subsets, and Covariates

### *10.1.1 Primary Endpoint*

The primary endpoint is the percent change in fasting total apoC-III levels from Baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 for patients in Group 1 plus 2.

### *10.1.2 Secondary Endpoints*

#### *10.1.2.1 Secondary Pharmacodynamic Endpoints*

Percent change in fasting VLDL apoC-III , TG, apoC-II (total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels.

#### *10.1.2.2 Secondary Safety Endpoints*

- Adverse events
- Vital signs and weight
- Physical examination
- Clinical laboratory tests (serum chemistry, hematology, urinalysis, coagulation, complement, immune function, thyroid function, pregnancy test for women with child bearing potential)
- ECG
- Use of concomitant medication

### *10.1.3 Tertiary Endpoints*

Post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in the group of patients undergoing post-prandial assessment as appropriate.

## 10.2 Sample Size Considerations

Based upon prior clinical trial experience with ISIS 304801, it is estimated that the standard deviation of the percent change in total apoC-III is approximately 46%. With 18 Group 1 and 2 patients in the pooled placebo cohort and each ISIS 304801 dose cohort, there would be at least 80% power to detect a 45% difference in total apoC-III between each ISIS 304801 dose cohort and pooled placebo cohort at an alpha level of 0.05, assuming 50% reduction in ISIS 304801 dose cohort and 5% in the pooled placebo cohort.

Sample size in Groups 3 and 4 is not based on statistical calculation. It is selected based upon prior experience to ensure that the safety, tolerability and efficacy of ISIS 304801 can be explored while minimizing unnecessary subject exposure.

## 10.3 Populations

The Safety Set will include all randomized patients who received at least 1 injection.

The Full Analysis Set, which represents the practically-feasible intent-to-treat (ITT) population as delineated in ICH Guideline E9, will include the subset of the Safety Set with at least 1 post-Baseline total apoC-III measure.

The Per-Protocol Set will include the subset of the Full Analysis Set that have received at least 9 doses of ISIS-304801 or placebo and that have no significant protocol deviations that would be expected to affect efficacy assessments.

## 10.4 Interim Analysis

An unblinded interim analysis may be performed for business planning purposes. To ensure patient safety, blinded data including the adverse events and safety laboratory data will be reviewed by the Sponsor on an ongoing basis.

## 10.5 Planned Methods of Analysis

All eCRF data, lab data transfers, as well as any outcomes derived from the data, will be provided in the patient data listings. Patient data listings will be presented for all patients enrolled into the study.

Descriptive summary statistics including n, mean, median, standard deviation, interquartile range (25th percentile, 75th percentile), and range (minimum, maximum) for continuous variables, and counts and percentages for categorical variables will be used to summarize most data. Where appropriate, p-values will be reported. All statistical tests will be conducted using 2-sided tests with 5% type 1 error rates unless otherwise stated.

For data summaries and statistical analyses, the placebo patients from all 3 Group 1 and 2 cohorts will be pooled into one cohort. For analyses of Group 3, the placebo patients from both cohorts will be pooled into one cohort.

All PD endpoints will be assessed on the Per-Protocol Set (primary analysis population) and Full Analysis Set. All safety assessments will be performed on the Safety Set.

### *10.5.1 Demographic and Baseline Characteristics*

Demographic and baseline characteristics will be summarized using descriptive statistics by dose cohort and assessment group. Patient randomization will be summarized by dose cohort and assessment group. The patient disposition will be summarized. All patients enrolled will be included in a summary of patient disposition.

### *10.5.2 Safety Analysis*

Treatment duration and amount of Study Drug received will be summarized by dose cohort and assessment group.

All treatment-emergent adverse events and serious adverse events will be summarized for each dose cohort and assessment group using the MedDRA™ coding system, by system organ class, preferred term, relationship to Study Drug, and severity. Narratives of deaths, serious and

significant adverse events, including early withdrawals due to adverse events, will also be provided.

Laboratory tests to ensure patient safety including chemistry panel, complete blood count with differential, coagulation panel, complement etc., will be summarized by study visits for each dose cohort and assessment group. These safety variables will also be presented as change and percent change from baseline over time after Study Drug administration, as appropriate.

Vital sign and ECG measures will be tabulated by dose cohort and assessment group. In addition, the number of patients who experience abnormalities in clinical laboratory evaluations will be summarized by dose cohort and assessment group.

#### *10.5.3 Pharmacokinetic Analysis*

All patients exposed to ISIS 304801 will be included in the PK analysis, and all patients assigned to the extensive PK group will be included in the extensive PK analysis.

Plasma pharmacokinetic parameters and ISIS 304801 concentrations in plasma will be summarized by dose cohort and, when appropriate, by assessment group, using descriptive statistics and, where warranted, presented graphically. The following ISIS 304801 plasma PK parameters (though not necessarily limited to) will be derived from the individual patient concentration vs. time profiles using noncompartmental-based methods and based on actual sampling times as appropriate:

- The maximal observed drug concentration ($C_{max}$)
- The time to reach $C_{max}$ ($T_{max}$)
- The area under the plasma concentration-time curve from zero time (predose) to selected times (t) after the SC administration ($AUC_{0-t}$)
- The apparent terminal half-life ($t_{½}$) if possible

#### *10.5.4 Pharmacodynamic Analysis*

The primary analysis will be the comparisons of percent change in fasting total apoC-III levels from baseline (average of Day -8 and pre-dose Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 between ISIS 304801 300 mg Group 1 plus 2 dose cohort and pooled placebo cohort in the Per-Protocol Set. The data will be analyzed using the 2-sample t-test (if data departs substantially from normality, the Wilcoxon Rank Sum test will be used). The primary analysis will take place after all patients in Groups 1 and 2 have completed Day 92 and this database has been locked. The primary pharmacodynamic endpoint will also be assessed (as a secondary end point) in the Full Analysis Set.

Additional secondary pharmacodynamic analyses are:

- Comparisons of percent change in fasting total apoC-III levels from baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 between ISIS 304801 100 mg and 200 mg Group 1 plus 2 dose cohorts vs. pooled placebo Group 1 and 2 cohort. The data will be analyzed using the

2-sample t-test (if data departs substantially from normality, the Wilcoxon Rank Sum test will be used).

- Comparison of percent change from baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) in fasting total apoC-III levels over time between ISIS 304801 Group 1 plus 2 dose cohorts and pooled placebo Group 1 and 2 cohort. Repeated measurement analysis will be performed to analyze the effect over time, if supported by adequate distribution of patients

- Comparisons of percent change in VLDL apoC-III, TG, apoC-II (total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels from baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 between ISIS 304801 Group 1 plus 2 dose cohorts and pooled placebo Group 1 and 2 cohort. The data will be analyzed using the 2-sample t-test (if data departs substantially from normality, the Wilcoxon Rank Sum test will be used).

- All of the above analyses will also be done between ISIS 304801 200 mg and 300 mg dose cohorts vs. pooled placebo cohort in Group 3

- All of the above analyses will also be done between ISIS 304801 100 mg, 200 mg and 300 mg dose cohorts vs. pooled placebo cohort in heterozygous LPL deficient patients in Group 1 plus 2, and in Group 3, if supported by adequate distribution of patients

- Descriptive summary of all pharmacodynamic endpoints in Group 4 patients

The secondary pharmacodynamic endpoints will be assessed in both the Full Analysis and per-protocol populations. Post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels will be analyzed in those patients with data available.

#### *10.5.5 Additional Analyses*

Potential relationships between pharmacodynamic and pharmacokinetic measures may also be explored, where deemed appropriate.

## 11. REGULATORY OBLIGATIONS

### 11.1 Informed Consent

The written informed consent document should be prepared in the language(s) of the potential patient population, based on an English version provided by the Sponsor.

Before a patient's participation in the trial, the Site Investigator is responsible for obtaining written informed consent from the patient after adequate explanation of the aims, methods, anticipated benefits, and potential hazards of the study and before any protocol-specific screening procedures or any Study Drugs are administered.

The acquisition of informed consent and the patient's agreement or refusal of his/her notification of the primary care physician should be documented in the patient's medical records, and the

informed consent form should be signed and personally dated by the patient and by the person who conducted the informed consent discussion (not necessarily an Investigator). The original signed informed consent form should be retained in accordance with institutional policy, and a copy of the signed consent form should be provided to the patient or legally acceptable representative.

## 11.2 Ethical Conduct of the Study

The Guidelines of the World Medical Association (WMA) Declaration of Helsinki in its revised edition (Washington 2002), the guidelines of current Good Clinical Practice (GCP) as well as the demands of national drug and data protection laws and other applicable regulatory requirements will be strictly followed.

## 11.3 Institutional Review Board (IRB)/Independent Ethics Committee (IEC)

A copy of the protocol, proposed informed consent forms, other written patient information, and any proposed advertising material must be submitted to the IRB/IEC for written approval. A copy of the written approval of the protocol and informed consent forms must be received by the Sponsor before recruitment of patients into the study and shipment of Study Drug.

The Site Investigator must submit and, where necessary, obtain approval from the IRB/IEC for all subsequent protocol amendments and changes to the informed consent documents. The Site Investigator should notify the IRB/IEC of deviations from the protocol or serious AEs occurring at the study center and other AE reports received from the Sponsor in accordance with local procedures.

The Site Investigator will be responsible for obtaining annual IRB/IEC approval/renewal throughout the duration of the study. Copies of the Site Investigator's reports and the IRB/IEC's continuance of approval must be sent to the Sponsor.

## 11.4 Pre-Study Documentation Requirements

The Site Investigator is responsible for forwarding at a minimum the following documents to the Sponsor, or designee, for review before study initiation can occur:

- Signed and dated protocol signature page (Investigator's Agreement)
- Copy of the IRB/IEC approval of the protocol, approved consent forms, and patient information sheet
- Up-to-date curricula vitae of Site Investigator and all study team members
- The IRB/IEC composition and/or written statement that IRB/IEC is in compliance with regulations
- Laboratory normal ranges and documentation of laboratory certification (or equivalent)
- Current Patient/Site Investigator indemnity insurance
- Signed study contract

### 11.5 Patient Confidentiality

The Site Investigator must ensure that the patient's confidentiality is maintained. On the CRFs or other documents submitted to the Sponsor, patients should be identified by their initials and a patient study number only. Documents that are not for submission to the Sponsor (e.g., signed informed consent forms) should be kept in strict confidence by the Site Investigator.

In compliance with federal and local regulations/ICH GCP Guidelines, it is required that the Site Investigator and institution permit authorized representatives of the company and of the federal and local regulatory agencies direct access to review the patient's original medical records for verification of study-related procedures and data. Direct access includes examining, analyzing, verifying, and reproducing any records and reports that are important to the evaluation of the study. The Site Investigator is obligated to inform and obtain the consent of the patient to permit named representatives to have access to his/her study-related records without violating the confidentiality of the patient.

## 12. ADMINISTRATIVE AND LEGAL OBLIGATIONS

### 12.1 Protocol Amendments

Protocol amendments will be issued only by the Sponsor. Agreement from the Site Investigator must be obtained for all protocol amendments and amendments to the informed consent document. The regulatory authority and IRB/IEC must be informed of all amendments and give approval for any amendments likely to affect the safety of the patients or the conduct of the trial. The Site Investigator **must** send a copy of the approval letter from the IRB/IEC to the Sponsor.

### 12.2 Study Termination

Both the Sponsor and the Site Investigator reserve the right to terminate the study, according to the terms of the study contract. The Sponsor, or designee, must notify the regulatory authority and the Site Investigator must notify the IRB/IEC in writing of the trial's completion or early termination and send a copy of the IRB/IEC notification to the Sponsor or designee.

### 12.3 Study Documentation and Storage

The Site Investigator must ensure that all appropriately qualified persons to whom he/she has delegated trial duties are recorded on a Sponsor-approved Delegation of Site Responsibilities Form.

Source documents are original documents, data, and records from which the patient's CRF data are obtained. These include but are not limited to hospital records, clinical and office charts, laboratory and pharmacy records, diaries, imaging, radiographs, and correspondence. In this study, CRFs may not be used as source documents.

The Site Investigator and study staff are responsible for maintaining a comprehensive and centralized filing system of all study-related (essential) documentation, in accordance with Section 8 of the ICH Guidelines (E6), suitable for inspection at any time by representatives from the Sponsor and/or applicable regulatory authorities. Elements must include:

- Patient files containing informed consents, and supporting copies of source documentation

- Study files containing the protocol with all amendments, Investigator's Brochure, copies of pre-study documentation (see Section 10.4), and all correspondence to and from the IRB/IEC and the Sponsor
- If drug supplies are maintained at the Study Center, proof of receipt, Study Drug Product Accountability Record, Return of Study Drug Product for Destruction, Final Study Drug Product Reconciliation Statement, and all drug-related correspondence

In addition, all original source documents supporting entries in the CRFs must be maintained and be readily available.

No study document should be destroyed without prior written agreement between the Sponsor and the Site Investigator. Should the Site Investigator wish to assign the study records to another party or move them to another location, he/she must notify the Sponsor in writing of the new responsible person and/or the new location.

### 12.4 Study Monitoring

The Sponsor representative or designee and regulatory authority inspectors are responsible for contacting and visiting the Site Investigator for the purpose of inspecting the facilities and, upon request, inspecting the various records of the trial (e.g., CRFs and other pertinent data) provided that patient confidentiality is respected.

The Sponsor monitor is responsible for inspecting the CRFs at regular intervals throughout the study to verify adherence to the protocol; completeness, accuracy, and consistency of the data; and adherence to local regulations on the conduct of clinical research. The monitor should have access to patient medical records and other study-related records needed to verify the entries on the CRFs.

The Site Investigator agrees to cooperate with the monitor to ensure that any problems detected in the course of these monitoring visits, including delays in completing CRFs, are resolved.

In accordance with ICH GCP and the Sponsor's audit plans, this study may be selected for audit by representatives from Sponsor's Clinical and Quality Assurance Department (or designees). Inspection of study center facilities (e.g., pharmacy, drug storage areas, laboratories) and review of study-related records will occur to evaluate the trial conduct and compliance with the protocol, ICH GCP, and applicable regulatory requirements.

To ensure the quality of clinical data a clinical data management review will be performed on patient data received by the Sponsor or designee. During this review, patient data will be checked for consistency, omissions, and any apparent discrepancies. In addition, the data will be reviewed for adherence to the protocol and GCP. To resolve any questions arising from the clinical data management review process, data queries and/or site notifications will be sent to the site for completion and return to Sponsor or designee.

The Principal Investigator will sign and date the indicated places on the CRFs. These signatures will indicate that the Principal Investigator inspected or reviewed the data on the CRFs, the data queries, and the site notifications, and agrees with the content.

### 12.5 Language

CRFs must be completed in English. Generic names for concomitant medications should be recorded in English if possible, unless it is a combination drug, then record the Trade name in English.

All written information and other material to be used by patients and investigative staff must use vocabulary and language that are clearly understood.

### 12.6 Compensation for Injury

The Sponsor maintains appropriate insurance coverage for clinical trials and will follow applicable local compensation laws. Patients will be treated and/or compensated for any study-related illness/injury in accordance with the information provided in the Compensation for Injury section of the Informed Consent document.

## 13. REFERENCES

Akdim F, Stroes ES, Sijbrands EJ, Tribble DL, Trip MD, Jukema JW, Flaim JD, Su J, Yu R, Baker BF, Wedel MK, Kastelein JJ. Efficacy and safety of mipomersen, an antisense inhibitor of apolipoprotein B, in hypercholesterolemic subjects receiving stable statin therapy. J Am Coll Cardiol 2010; 55: 1611-1618.

Altmann KH, Fabbrot D, Dean NM, Geigert T, Monia BP, Müller M, Nicklin P. Second generation of antisense oligonucleotides: from nuclease resistance to biological efficacy in animals. Chimia 1996; 50: 168-176.

American Diabetes Association (ADA). Standards of medical care in diabetes. Diabetes Care 2008; 31: S12-S54.

Atzmon G, Rincon M, Schechter CB, Shuldiner AR, Lipton RB, Bergman A, Barzilai N. Lipoprotein genotype and conserve pathway for exceptional longevity in humans. PLoS Biol 2006; 4: e113.

Bickerton AS, Roberts R, Fielding BA, Hodson L, Blaak EE, Wagenmakers AJ, Gilbert M, Karpe F, Frayn KN. Preferential uptake of dietary fatty acids in adipose tissue and muscle in the postprandial period. Diabetes 2007; 56: 168-176.

Brewer HB Jr. Hypertriglyceridemia: Changes in the plasma lipoproteins associated with an increased risk of cardiovascular disease. Am J Cardiol 1999; 83: 3F-12F.

Brisson D, Méthot J, Tremblay K, Tremblay M, Perron P, Gaudet D. Comparison of the efficacy of fibrates on hypertriglyceridemic phenotypes with different genetic and clinical characteristics. Pharmacogenetics & Genomics 2010; 20: 742–747.

Caron S and Staels B. Apolipoprotein CIII. A link between hypertiglyceridemia and vascular dysfunction? Circ Res 2008; 103: 1348-1350.

Catapano A, Reiner Z, De Backer G, Graham I, Taskinen M, Wiklund O, Agewall S, Alegria E, Chapman MJ, Durrington P, Erdine S, Halcox J, Hobbs R, Kjekshus J, Filardi PP, Riccardi G, Storey RF, Wood D. ESC/EAS guidelines for the management of dyslipidaemias The task force for the management of dyslipidaemias of the European Society of Cardiology (ESC) and the European Atherosclerosis Society (EAS). Atherosclerosis 2011; 217S: S1-S44.

Chan DC, Chen MM, Ooi EM, Watts GF. An ABC of apolipoprotein C-III: a clinically useful new cardiovascular risk factor? Int J Clin Pract 2008; 62: 799-809.

Chi KN, Zoubeidi A, Gleave ME. Custirsen (OGX-011): A second-generation antisense inhibitor of clusterin for the treatment of cancer. Expert Opin Investig Drugs 2008; 12: 1955-1962.

Gastaldelli A, Coggan AR, Wolfe RR. Assessment of methods for improving tracer estimation of non-steady-state rate of appearance. J Appl. Physiol 1999; 87: 1813-1822.

Gaudet D, De Wal J, Tremblay K, Déry S, Van Deventer S, Freidig A, Brisson D, Méthot J. Review of the clinical development of alipogene tiparvovec gene therapy for lipoprotein lipase deficiency. Atherosclerosis Supplements 2010; 11: 55-60.

Geary RS, Yu RZ, Watanabe T, Henry SP, Hardee GE, Chappell A, Matson J, Sasmor H, Cummins L, Levin AA. Pharmacokinetics of a tumor necrosis factor-alpha phosphorothiate 2′-*O*-(2-methoxyethyl) modified antisense oligonucleotide: comparison across species. Drug Metabolism and Disposition 2003; 31: 1419-1428.

Hegele RA, Ban MR, Hsueh N, Kennedy BA, Cao H, Zou GY, Anand S, Yusuf S, Huff MW, Wang J. A polygenic basis for four classical Fredrickson hyperlipoproteinemia phenotypes that are characterized by hypertriglyceridemia. Hum Mol Genet 2009; 18: 4189-4194.

Hegele RA and Pollex RL. Hypertriglyceridemia: Phenomics and genomics. Mol Cell Biochem 2009; 326: 35-43.

Henry S, Stecker K, Brooks D, Monteith D, Conklin B, Bennett CF. Chemically modified oligonucleotides exhibit decreased immune stimulation in mice. J Pharm Exp Therap 2000; 292: 468-479.

Inoue H, Hayase Y, Iwai S, Ohtsuka E. Sequence-dependent hydrolysis of RNA using modified oligonucleotide splints and RNase H. FEBS Letters 1987; 215: 327-330.

Kawakami A, Aikawa M, Libby P, Alcaide P, Luscinskas FW, Sacks FM. Apolipoprotein CIII in apolipoprotein B lipoproteins enhances the adhesion of human monocytic cells to endothelial cells. Circulation 2006; 113: 691-700.

Kawakami, A, Osaka M, Tani M, Azuma H, Sacks F, Shimokado K, Yoshida M. Apolipoprotein CIII links hyperlipidemia with vascular endothelial cell dysfunction. Circulation 2008; 118: 731-742.

McKay RA, Miraglia LJ, Cummins LL, Owens SR, Samor H, Dean NM. Characterization of a potent and specific class of antisense oligonucleotide inhibitor of human protein kinase C-alpha expression. J Biol Chem .1999; 274: 1715-1722.

Mittendorfer B, Liem O, Patterson BW, Miles JM, Klein S. What does the measurement of whole-body fatty acid rate of appearance in plasma by using a fatty acid tracer really mean? Diabetes 2003; 52: 1641-1648.

Monia BP, Lesnik EA, Gonzalez , Lima WF, McGee D, Guinosso CJ, Kawasaki AM, Cook PD, Freier SM. Evaluation of 2′-modified oligonucleotides containing 2′-deoxy gaps as antisense inhibitors of gene expression. J Biol Chem 1993; 268: 14514-14522.

NCEP. Third report of the national cholesterol education program (NCEP) expert panel on detection, evaluation, and treatment of high blood cholesterol in adults (Adult Treatment Panel III). Circulation 2002; 106: 3143-421.

Normand-Lauziere F, Frisch F, Labbe SM, Bherer P, Gagnon R, Cunnane SC, Carpentier AC. Increased postprandial nonesterified fatty acid appearance and oxidation in type 2 diabetes is not fully established in offspring of diabetic subjects. PLoS. One 2010; 5: e10956.

Ooi EMM, Barrett PHR, Chan DC, Watts GF. Apolipoprotein C-III: understanding an emerging cardiovascular risk factor. Clinical Science 2008; 114: 611–624.

Petersen KF, Dufour S, Hariri A, Nelson-Williams C, Foo JN, Zhang XM, Dziura J, Lifton RP, Shulman GI. Apolipoprotein C3 gene variants in nonalcoholic fatty liver disease. N Engl J Med 2010; 362: 1082-1089.

Pollin TI, Damcott CM, Shen H, Ott SH, Shelton J, Horenstein RB, Post W, McLenithan JC, Bielak LF, Peyser PA, Mitchell BD, Miller M, O'Connell JR, Shuldiner AR. A null mutation in human APOC3 confers a favorable plasma lipid profile and apparent cardioprotection. Science 2008; 322: 1702-1705.

Raal FJ, Santos RD, Blom DJ, Marais AD, Charng MJ, Cromwell WC, Lachmann RH, Gaudet D, Tan JL, Chasan-Taber S, Tribble DL, Flaim JD, Crooke ST. Mipomersen, an apolipoprotein B synthesis inhibitor, for lowering of LDL cholesterol concentrations in patients with homozygous familial hypercholesterolaemia: A randomized, double-blind, placebo-controlled trial. Lancet 2010; 375: 998-1006.

Sacks FM, Alaupovic P, Moye LA, Cole TG, Sussex B, Stampfer MJ, Pfeffer MA, Braunwald E. VLDL, apolipoproteins B, CIII and E and risk of recurrent coronary events in the cholesterol and recurrent events (CARE) trial. Circulation 2000; 102: 1886-1892.

Sundaram M, Zhong S, Khalil MB, Links PH, Zhao Y, Iqbal J, Hussain MM, Parks RJ, Wang Y, Yao Z. Expression of apolipoprotein C-III in McA-RH7777 cells enhances VLDL assembly and secretion under lipid-rich conditions. J Lipid Res 2010; 51: 150-161.

Toskes PP. Hyperlipidemic pancreatitis. Gastroenterol Clin North Am 1990; 19: 783-791.

Tremblay K, Méthot J, Brisson D, Gaudet D. Etiology and risk of lactescent plasma and severe hypertriglyceridemia. J Clin Lipidol. 2011; 5: 37-44.

Yu RZ, Kim TW, Hong A, Watanabe TA, Gaus HJ, Geary RS. Cross-species pharmacokinetic comparison from mouse to man of a second-generation antisense oligonucleotide, ISIS 301012, targeting human apolipoprotein B-100. Drug Metabolism and Disposition 2007; 35: 460-468.

Yuan G, Al-Shali KZ, Hegele RA. Hypertriglyceridemia: It's etiology, effects and treatment. CMAJ 2007; 176: 1113-1120.

# 14. APPENDICES

# Appendix A Schedule of Procedures

## Appendix A Schedule of Procedures (all procedures are pre-dose unless indicated otherwise)

| | Study Period | Screen/ Run In[a] | Qual Visit[b] | | Treatment D1 to 85 | | | | | | | | | | | | | | Post-Treatment Evaluation D 86 to 176 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Study Week** | -9 | -1 | | 1 | | 2 | 3 | 4[c] | 5 | 6[c] | 7 | 8[c] | 9 | 10[c] | 11 | 12[c] | 13 | | 14 | 15 | 16 | | 19 | 26 |
| | **Study Day** | -63 | -8 | -1[e] | 1 | 2[d] | 8 | 15 | 22 | 29 | 36 | 43 | 50 | 57 | 64 | 71 | 78 | 85 | 86[d] | 92 | 99 | 103[e] | 104[e] | 127 | 176 |
| | **Visit Window +/- Days** | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 2 | 0 | 3 | 5 |
| | Informed Consent | X | | | | | | | | | | | | | | | | | | | | | | | |
| | Inclusion/Exclusion Criteria | X | X | | | | | | | | | | | | | | | | | | | | | | |
| | Medical History | X | | | | | | | | | | | | | | | | | | | | | | | |
| | Height | X | | | | | | | | | | | | | | | | | | | | | | | |
| | Weight | X | X | | | | | | | | | | | | | | | | | X | | | | | X |
| | Vital Signs | X | X | | X | | X | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | | X | X |
| | Physical Examination | X | | | | | | | | | | | | | | | | | | X | | | | | X |
| | Waist and Hip Circumference | | X | | | | | | | | | | | | | | | | | | | | | | |
| | 12- lead ECG | X | | | X | | | | | | | | | X | | | | | | X | | | | | X |
| | Urinalysis | X | X | | | | X | X | | X | | | | X | | | | | | X | | | | X | X |
| Blood Draw | Chemistry Panel (+ CPK) | X | X | | | | X | X | | X | | | | X | | | | | | X | | | | X | X |
| Blood Draw | CBC with Differential | X | X | | | | X | X | | X | | | | X | | | | | | X | | | | X | X |
| Blood Draw | Serum Lipid Panel[f] (F = full) | TG only | F | F | F | | X | F | | X | | F | | X | | X | | F | | F | X | | | F | F |
| Blood Draw | Coagulation (aPTT, PT, INR) | X | | | X[g] | | | | | | | | | X | | | | X[g] | | | | | | | X |
| Blood Draw | Complement Markers C5A, Bb | | | | X[g] | | X | | | | | | | | | | | X[g] | | X | | | | | |
| Blood Draw | Hepatitis B, C. HIV. TSH. Free $T_4$ | X | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Draw | hsCRP[i] | | | | X | | | | | | | | | | | | | | | X | | | | | X |

## Appendix A Schedule of Procedures (all procedures are pre-dose unless indicated otherwise) *Continued*

| Study Period | | Screen/ Run In[a] | Qual Visit[b] | | Treatment D1 to 85 | | | | | | | | | | | | | | Post-Treatment Evaluation D 86 to 176 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Study Week | | -9 | -1 | | 1 | | 2 | 3 | 4[c] | 5 | 6[c] | 7 | 8[c] | 9 | 10[c] | 11 | 12[c] | 13 | | 14 | 15 | 16 | | 19 | 26 |
| Study Day | | -63 | -8 | -1[e] | 1 | 2[d] | 8 | 15 | 22 | 29 | 36 | 43 | 50 | 57 | 64 | 71 | 78 | 85 | 86[d] | 92 | 99 | 103[e] | 104[e] | 127 | 176 |
| Visit Window +/- Days | | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 2 | 0 | 3 | 5 |
| Blood Draw Cont | PK Sampling | | | | X | X[h] | X | X | | X | | X | | X | | X | | X | X[h] | X | X | | | X | X |
| Blood Draw Cont | Post-prandial Sampling[e] | | | X | X[h] | | | | | | | | | | | | | | | | | X | X[h] | | |
| Blood Draw Cont | ISIS 304801 Antibodies[i] | | | | X | | | X | | | | | | X | | | | | | X | | | | | X |
| Blood Draw Cont | Serum Pregnancy Test[j] | X | X | | | | | | | X | | | | X | | | | | | | | | | | X |
| Study Drug: SC Injection | | | | | X | | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | |
| Diet/Alcohol Counseling and Monitoring[k] | | X | X | X | X | | X | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | | X | X |
| Outpatient Visit | | X | X | X | X | X | X | X | | X | | X | | X | | X | | X | X | X | X | X | X | X | X |
| Adverse Events | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Concomitant Medication Usage | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

a Screening procedures performed and the patient starts the tightly controlled diet
b After 28 days on the controlled diet, patients will have baseline measurements and be assessed for qualification of enrollment and, if qualified, enrolled into the treatment phase of the study and randomized to assessment group, dose cohort, and treatment
c Study visit may be conducted at a remote location (e.g., patient's home), by a trained professional, if travel to the study center is unduly burdensome for the patient
d Extensive PK blood sampling group only (Appendix C)
e Post-prandial assessment patients only (Appendix D)
f Lipid profile is conducted pre-dose after an overnight fast. Patients in the post-prandial assessment group will have a full lipid panel on Day -1, pre-liquid meal, and not on Day 1. Lipid panel: X; Full lipid panel: F (Appendix B)
g Pre-dose and 4 hrs
h 24 hour blood draw (pre-dose on dosing days)
i Samples will be collected for potential evaluation. Additional samples may be drawn if clinically indicated
j Females of childbearing potential only
k Weekly calls during diet control run in and every other week, between visits, during follow-up to review diet and reinforce compliance to the diet. Patient to fill in the food diary for 2 days prior to visits when lipids are measured and at the visit the trained professional meets the patient, reviews the food diary, and reinforces compliance to the diet

# Appendix B Clinical Laboratory Assessments

## Appendix B Clinical Laboratory Assessments

Based on emerging data from this or future studies, additional tests not listed below may be performed on stored samples to better characterize the profile of ISIS 304801 or other similar oligonucleotides

For timing of laboratory assessments, see Appendix A

| Clinical Safety Assessments (Minimum Requirements) | | | Other Assessments | Efficacy Assessments |
|---|---|---|---|---|
| **Clinical Chemistry**<br>Sodium<br>Potassium<br>Chloride<br>Bicarbonate<br>Total protein<br>Albumin<br>Total globulin<br>Calcium<br>Phosphorus<br>Glucose<br>Blood urea nitrogen<br>Creatinine<br>Uric acid<br>Lactate dehydrogenase<br>Total, direct, and indirect bilirubin<br>Alkaline phosphatase<br>AST (SGOT)<br>ALT (SGPT)<br>Creatine phosphokinase<br>**Other**<br>hsCRP<br>Hepatitis B, C<br>HIV | **Urinalysis**<br>Color<br>Appearance<br>Specific gravity<br>pH<br>Protein<br>Blood<br>Ketones<br>Urobilinogen<br>Glucose<br>Bilirubin<br>Leukocyte esterase<br>Nitrite<br>Microscopic examination (if abnormal urine dipstick) | **Coagulation**<br>aPTT<br>PT<br>INR<br>**Complement**<br>C5a<br>Bb<br>**Hematology**<br>White blood cell count<br>Red blood cell count<br>Hemoglobin<br>Hematocrit<br>MCV, MCH, & MCHC<br>Platelet count<br>WBC differential (% and absolute)<br>- Neutrophils<br>- Lymphocytes<br>- Monocytes<br>- Eosinophils<br>- Basophils | **Immune Function**<br>Anti ISIS 304801 antibodies<br>**Thyroid Function**<br>Free $T_4$<br>TSH<br>**Pregnancy** (For women of childbearing potential)<br>hCG<br>**Pharmacokinetics**<br>*ISIS 304801 in plasma<br><br>**Plasma PK samples may also be used for other tests such as profiling of drug binding proteins, bioanalytical method validation purposes, stability and metabolite assessments, and/or to assess other actions of ISIS 304801 with plasma constituents* | **Full Lipid Panel****<br>TG<br>ApoC-III (total)<br>ApoC-III (VLDL)<br>ApoC-II (total)<br>ApoC-II (VLDL)<br>ApoB-100<br>ApoA-1<br>ApoA-2<br>ApoE<br>TC<br>LDL-C and LDL-TG<br>VLDL-C and VLDL-TG<br>non-HDL-C and non-HDL-TG<br>HDL-C and HDL-TG<br>CM-C and CM-TG<br>FFA<br>glycerol<br>**Lipid Panel****<br>TG, apoC-III (VLDL and total), apoC-II (total), apo B-100, TC, LDL-C, non-HDL-C, HDL-C<br>**Post-prandial Assessments****<br>See Appendix D<br>***Other lipids, apolipoproteins, and lipoproteins, glycerol, glucose, and insulin may be measured, as needed; at the discretion of the Sponsor, samples will be collected and stored* |

# Appendix C Pharmacokinetic Sampling Schedule

## Appendix C Pharmacokinetic Sampling Schedule

Blood samples for the determination of plasma ISIS 304801 concentrations will be collected prior to dosing, and at various times throughout the dosing period as noted in the tables below. Plasma PK samples may also be used for profiling of drug binding proteins, bioanalytical method validation purposes, stability and metabolite assessments, or to assess other actions of ISIS 304801 with plasma constituents.

### Extensive PK Sampling (Blood) Schedule for Patients in Group 2a

| Study Day | D1 | D2 | D8 | D15 | D29 | D43 | D57 | D71 |
|---|---|---|---|---|---|---|---|---|
| Visit Window +/- Days | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Pre-dose, 0.5, 1, 1.5, 2, 3, 4, 6, 8 and 12 hr post SC injection | 24 hr post dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose |

| Study Day | D85 | D86 | D92 | D99 | D127 | D176 |
|---|---|---|---|---|---|---|
| Visit Window +/- Days | 1 | 0 | 1 | 1 | 3 | 5 |
| | Pre-dose, 0.5, 1, 1.5, 2, 3, 4, 6, 8 and 12 hr post SC injection | 24 hr post dose | 168 +/- 24 hr post dose | 336 +/- 24 hr post dose | 1008 +/- 72 hr post dose | 2184 +/- 120 hr post dose |

### PK Sampling (Blood) Schedule for Patients in Groups 1, 2b, 3 and 4

| Study Day | D1 | D8 | D15 | D 29 | D43 | D57 | D71 |
|---|---|---|---|---|---|---|---|
| Visit Window +/- Days | 0 | 0 | 1 | 1 | 1 | 1 | 1 |
| | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose |

| Study Day | D85 | D92 | D99 | D127 | D176 |
|---|---|---|---|---|---|
| Visit Window +/- Days | 1 | 1 | 1 | 3 | 3 |
| | Pre-dose | 168 +/- 24 hr post dose and pre-prandial | 336 +/- 24 hr post dose | 1008 +/- 72 hr post dose | 2184 +/- 120 hr post dose |

# Appendix D Post-prandial Meal, Sampling Schedule, and Assessment

## Appendix D Post-prandial Meal, Sampling Schedule, and Assessment

Post-prandial assessment for lipoproteins metabolism will be performed using a radiolabelled meal supplemented with a labeled tracer, $^{3}$H-palmitate (300µCi, Perkin Elmer Inc., Woodbridge, ON, Canada), sonicated into the liquid meal. Palmitate is a fatty acid that is a common constituent of any diet. The $^{3}$H-palmitate tracer emits weak radioactivity, equivalent to an X-ray. Since dietary palmitate is incorporated into chylomicrons as they are formed in the enterocytes of the gut, this enables monitoring the appearance and clearance of newly-formed chylomicrons from circulation. The methodology to be applied for studying post-prandial kinetics of chylomicrons appearance and clearance is well-established (Mittendorfer et al. 2003; Bickerton et al. 2007; Normand-Lauziere et al. 2010).

A liquid meal (similar to a milkshake) containing a small amount (300µCi) of radiolabelled fatty acids ($^{3}$H-palmitate) will be provided. The liquid meal will provide about a third of the daily caloric requirements. From 1 hr prior to 9 hrs after the ingestion of the meal, a constant infusion of [U-$^{13}$C]-K palmitate (0.01µmol/kg/min in 100 ml 25% human serum albumin; Cambridge Isotopes Laboratories Inc., Andover, MA) and a primed (1.6 µmol/kg) continuous (0.05 µmol/kg/min) infusion of [1,1,2,3,3-$^{2}$H]-glycerol (Cambridge Isotopes Laboratories Inc.) will be administered as previously described (Normand-Lauziere et al. 2010). Plasma palmitate and glycerol appearance rates will be calculated using Steele's non-steady state equation assuming a volume of distribution of 90ml/kg and 230ml/kg, respectively (Gastaldelli et al. 1999).

Blood samples will be drawn at intervals before and after the ingestion of the radiolabelled meal on days prior to and after the Treatment phase as noted in the table below. A standardized meal will be given to the participants after the 9 hr blood draw. Blood will be collected in tubes containing $Na_2$EDTA and Orlistat (30 µg/ml, Roche, Mississauga, Canada) to prevent *in vitro* triacylglycerol lipolysis and separate samples will be collected in NaF tubes for plasma glucose determination.

### Post-prandial Sampling (Blood) Schedule

| Study Day | D -1 | D1 | D103 | D104 |
|---|---|---|---|---|
| Visit Window +/- Days | 0 | 0 | 2 | 0 |
| | -1 hr pre-prandial, and 0, 1, 2, 3, 4, 5, 6, 7, 8, and 9 hrs post prandial | 24 hrs post-prandial /pre SC injection | -1 hr pre-prandial, and 0, 1, 2, 3, 4, 5, 6, 7, 8, and 9 hrs post-prandial | 24 hrs post-prandial |

The following will be measured:

- Plasma and CM fraction levels for $^{3}$H-tracer
- Plasma [U-$^{13}$C]-K palmitate and [1,1,2,3,3-$^{2}$H]-glycerol appearance rates
- Plasma and CM fraction levels for TG, TC, and apoB
- Plasma, CM, and VLDL fraction levels for apo CIII, apo CII, and apo E
- Plasma levels for glucose and insulin

Plasma samples may also be used for profiling of drug binding proteins, bioanalytical method validation purposes, stability and metabolite assessments, or to assess other actions of ISIS 304801 with plasma constituents.

# Appendix E Group 2 Study Schematic: Extensive PK and Post-prandial Schedule and Procedures

## Appendix E Group 2 Study Schematic: Extensive PK and Post-prandial Schedule and Procedures




*Patients randomized to Group 2b (post-prandial assessment) given standardized meals to consume on Days -3 and -2
**Patients randomized to Group 2b (post-prandial assessment) given standardized meals to consume on Days 101 and 102
At the visits prior to lipid blood draws, all patients will be given standardized dinner to consume the evening before the lipid blood draw
PEA: Primary endpoint analysis
E/R: Enrollment and Randomization (up to 90 patients)

# ISIS PHARMACEUTICALS, INC.

## ISIS 304801-CS2

## A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

**Amendment 4 – 6 February 2013**

**Sponsor:**

Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

# ISIS 304801-CS2

# A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

## Amendment 4 – 6 February 2013

**Protocol History:**

| | |
|---|---|
| Original Protocol: | 01 November 2011 |
| Amendment 1: | 19 April 2012 |
| Amendment 2: | 09 August 2012 |
| Amendment 3 | 10 December 2012 |

**Sponsor:**

Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

Steve Hughes, MD, MBA
Vice President, Clinical Development

# ISIS 304801

# Isis Protocol Number ISIS 304801-CS2

# A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

## Protocol Amendment 4

## Clinical Phase: 2

| | |
|---|---|
| Trial Sponsor: | Isis Pharmaceuticals, Inc.<br>2855 Gazelle Court<br>Carlsbad, CA 92010<br>Phone: + 01 760 931 9200<br>Fax: + 01 760 603 4650 |
| Key Sponsor Contact: | Vickie Alexander, Ph.D.<br>Director, Clinical Development<br>2855 Gazelle Court<br>Carlsbad, CA 92010<br>Phone: + 01 760 603 3858<br>Fax: + 01 760 603 4650 |

6 February 2013

**Confidentiality Statement**

This document contains confidential information of the Sponsor that must not be disclosed to anyone other than the recipient study staff and members of the Institutional Review Board. This information cannot be used for any purpose other than the evaluation or conduct of the clinical investigation without the prior written consent of the Sponsor.

# Protocol Signature Page

| | |
|---|---|
| **Protocol Number:** | ISIS 304801-CS2 |
| **Protocol Title:** | A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Severe or Uncontrolled Hypertriglyceridemia |
| **Amendment:** | 4 |
| **Date:** | 6 February 2013 |

I undersigned hereby acknowledge that I have read and understand the attached clinical protocol, entitled "A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia" dated 6 February 2013, and agree to conduct the study as described herein.

This protocol was designed and will be conducted, recorded, and reported in compliance with the principles of Good Clinical Practice (GCP) guidelines as well as in accordance with all national, state and local laws of the appropriate regulatory authorities. These guidelines are stated in "Guidance for Good Clinical Practice," International Conference on Harmonization of Technical Requirements for Registration of Pharmaceuticals for Human Use.

I agree to comply with the International Conference on Harmonization Tripartite Guideline on Good Clinical Practice (E6). I have read and agree to abide by the requirements of this protocol.

I agree to ensure that the confidential information contained in this document will not be used for any purpose other than the evaluation or conduct of the clinical investigation without the prior written consent of the Sponsor.

______________________________
Investigator's Signature

______________________________ ____________________
Investigator's Name *(please print)* Date (DD Month YYYY)

# TABLE OF CONTENTS

Page

**PROTOCOL AMENDMENT** ........ **8**
**PROTOCOL SYNOPSIS** ........ **9**
**LIST OF ABBREVIATIONS** ........ **15**
**1. STUDY OBJECTIVES** ........ **17**
**2. BACKGROUND AND RATIONALE** ........ **17**
2.1 Hypertriglyceridemia ........ 17
2.2 ApoC-III ........ 18
2.3 Therapeutic Rationale ........ 18
2.4 ISIS 304801 ........ 19
*2.4.1 Mechanism of Action* ........ *19*
*2.4.2 Chemistry* ........ *19*
2.5 Preclinical Studies ........ 20
2.6 Clinical Experience ........ 21
2.7 Rationale for Dosages and Schedule of Administration ........ 22
**3. INVESTIGATIONAL PLAN** ........ **22**
3.1 Study Design ........ 22
3.2 Number of Patients ........ 24
**4. PATIENT ELIGIBILITY** ........ **25**
4.1 Inclusion Criteria ........ 25
4.2 Exclusion Criteria ........ 25
**5. PATIENT ENROLLMENT** ........ **27**
5.1 Randomization ........ 27
5.2 Visit Days and Windows ........ 28
5.3 Withdrawal of Patients ........ 28
5.4 Replacement of Patients ........ 29
5.5 Unblinding of Treatment Assignment ........ 29
5.6 Study Termination ........ 30
**6. STUDY DRUG** ........ **30**
6.1 ISIS 304801 ........ 30
6.2 Placebo ........ 30
6.3 ISIS 304801 Packaging, Labeling and Drug Accountability ........ 30
6.4 Study Drug Administration ........ 30
6.5 Drug Accountability ........ 30
6.6 Concomitant Medications ........ 31
**7. STUDY PROCEDURES** ........ **31**
7.1 Screening Plus Tight Diet Control Run-In Qualification and Randomization Period (Study Day ≤-63 to Study Day -1) ........ 31

7.2 TREATMENT PERIOD (STUDY DAY 1 TO STUDY DAY 85)....32
7.3 POST-TREATMENT EVALUATION PERIOD (STUDY DAY 86 TO STUDY DAY 176)....32
7.4 LABORATORY ANALYTES....33
7.5 PHARMACOKINETICS SPECIMEN COLLECTION....33
7.6 RESTRICTIONS ON THE LIFESTYLES OF PATIENTS....33
*7.6.1 Contraception Requirements....33*
*7.6.2 Other Requirements....34*
**8. SAFETY MONITORING AND STOPPING RULES.... 34**
8.1 LIVER CHEMISTRY RULES....35
*8.1.1 Safety Monitoring Rules for Liver Chemistry Tests....35*
8.2 STOPPING RULES....35
*8.2.1 Stopping Rules for Liver Chemistry Elevations....35*
*8.2.2 Stopping Rules for Renal Function Test Results....36*
*8.2.3 Stopping Rule for Platelet Count Results....36*
**9. SERIOUS AND NON-SERIOUS ADVERSE EVENTS.... 36**
9.1 SPONSOR REVIEW OF SAFETY INFORMATION....36
9.2 REGULATORY REQUIREMENTS....36
9.3 DEFINITIONS....37
*9.3.1 Adverse Event....37*
*9.3.2 Adverse Reaction and Suspected Adverse Reaction....37*
*9.3.3 Serious Adverse Event (SAE)....37*
9.4 MONITORING AND RECORDING ADVERSE EVENTS....38
*9.4.1 Serious Adverse Events....38*
*9.4.2 Non-Serious Adverse Events....38*
*9.4.3 Evaluation of Adverse Events (Serious and Non-Serious)....38*
9.5 PROCEDURES FOR HANDLING SPECIAL SITUATIONS....40
*9.5.1 Abnormalities of Laboratory Tests....40*
*9.5.2 Prescheduled or Elective Procedures or Routinely Scheduled Treatments....40*
*9.5.3 Dosing Errors....41*
*9.5.4 Contraception and Pregnancy....41*
**10. STATISTICAL CONSIDERATIONS.... 42**
10.1 STUDY ENDPOINTS, SUBSETS, AND COVARIATES....42
*10.1.1 Primary Endpoint....42*
*10.1.2 Secondary Endpoints....42*
*10.1.3 Tertiary Endpoints....42*
10.2 SAMPLE SIZE CONSIDERATIONS....42
10.3 POPULATIONS....43
10.4 INTERIM ANALYSIS....43
10.5 PLANNED METHODS OF ANALYSIS....43
*10.5.1 Demographic and Baseline Characteristics....43*

*10.5.2 Safety Analysis .......... 43*
*10.5.3 Pharmacokinetic Analysis .......... 44*
*10.5.4 Pharmacodynamic Analysis .......... 44*
*10.5.5 Additional Analyses .......... 45*
**11. REGULATORY OBLIGATIONS .......... 45**
11.1 Informed Consent .......... 45
11.2 Ethical Conduct of the Study .......... 46
11.3 Institutional Review Board (IRB)/Independent Ethics Committee (IEC) .......... 46
11.4 Pre-Study Documentation Requirements .......... 46
11.5 Patient Confidentiality .......... 47
**12. ADMINISTRATIVE AND LEGAL OBLIGATIONS .......... 47**
12.1 Protocol Amendments .......... 47
12.2 Study Termination .......... 47
12.3 Study Documentation and Storage .......... 47
12.4 Study Monitoring .......... 48
12.5 Language .......... 49
12.6 Compensation for Injury .......... 49
**13. REFERENCES .......... 50**
**14. APPENDICES .......... 52**
Appendix A Schedule of Procedures .......... 53
Appendix B Clinical Laboratory Assessments .......... 56
Appendix C Pharmacokinetic Sampling Schedule .......... 58
Appendix D Post-prandial Meal, Sampling Schedule, and Assessment .......... 60
Appendix E Group 2 Study Schematic: Extensive PK and Post-prandial Schedule and Procedures .......... 62

## TABLE OF FIGURES

**Page**
Figure 1 Design of Chimeric 2′-MOE Phosphorothioate Oligonucleotides (MOE-Gapmer) .......... 20
Figure 2 Study Design for ISIS 304801–CS2 .......... 24

# PROTOCOL AMENDMENT

| | |
|---|---|
| **Protocol Number:** | ISIS 304801-CS2 |
| **Protocol Title:** | A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia |
| **Amendment Number:** | 4 |
| **Amendment Date:** | 6 February 2013 |

The purpose of this amendment is to specifically state that blood samples may be used for genetic testing for LPL deficiency, and to include the evaluation of the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting lipoprotein, apolipoprotein, lipid, glycerol and total apoC-III levels in heterozygous LPL deficient patients as an objective of the study. The following table provides a summary list of the significant modifications to the protocol.

**List of Significant Protocol Modifications**

| Section | Description of Changes |
|---|---|
| **Protocol Synopsis Objectives** | Added:<br>• To evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting lipoprotein, apolipoprotein, lipid, glycerol and total apoC-III levels in heterozygous LPL deficient patients |
| **Protocol Synopsis Criteria for Evaluation**<br>**C. Pharmacodynamic Measures** | Added:<br>• The pharmacodynamic effects of ISIS 304801 on fasting lipoprotein, apolipoprotein, lipid, glycerol and total apoC-III levels in heterozygous LPL deficient patients will be assessed |
| **Appendix B: Clinical Laboratory Assessments** | Added:<br>*Retention plasma pellets (i.e., cells) may be used for genetic testing for LPL deficiency* |

# PROTOCOL SYNOPSIS

| | |
|---|---|
| **Protocol Title:** | A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia |
| **Study Phase** | 2 |
| **Indication** | (1) Patients not on TG-lowering therapy with fasting triglyceride (TG) levels ≥440 and ≤2000 mg/dL or patients on a stable dose of fibrate with fasting TG levels ≥225 and ≤2000 mg/dL not being affected by familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II or other LPL co-factor deficiency (Fredrickson Type 1 dyslipidemia); or (2) patients with familial hyperchylomicronemia with fasting TG levels ≥440 mg/dL |
| **Objectives:** | **Primary:**<br>To evaluate the dose/response pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apolipoprotein C-III (apoC-III) levels.<br>**Secondary:**<br>• To evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting apoC-III associated with very low density lipoprotein (VLDL) (VLDL apoC-III), TG, apolipoprotein C-II (apoC-II; total and associated with VLDL), apolipoprotein B-100 (apoB-100), apolipoprotein A-1 (apoA-1), apolipoprotein A-2 (apoA-2), apolipoprotein E (apoE), total cholesterol (TC), LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-high density lipoprotein-cholesterol (non-HDL-C), non-HDL-TG, HDL-C, HDL-TG, chylomicron-C (CM-C), CM-TG, free fatty acids (FFA), and glycerol levels<br>• To evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting lipoprotein, apolipoprotein, lipid, glycerol and total apoC-III levels in heterozygous LPL deficient patients<br>• To evaluate the pharmacodynamic effects of ISIS 304801 over time on fasting lipoprotein, apolipoprotein, lipid, glycerol and total apoC-III levels in Fredrickson Type 1 patients<br>• To evaluate the safety, tolerability and pharmacokinetics (PK) of ISIS 304801<br>• To evaluate post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in a subset of the patients in the study<br>• To evaluate more extensive pharmacokinetics (a pharmacokinetic profile) in another subset of the patients (will not be the same patients as those in the post-prandial assessment group) |
| **Study Design and Methodology:** | **Groups 1, 2, and 3:**<br>Study Groups 1, 2, and 3 are randomized, double-blind, placebo-controlled, dose response groups. A total of ninety six (96) patients are planned for these groups. For cohorts with patients not on TG-lowering therapy, here will be 24 patients planned per dose cohort (100, 200, 300 mg) with 18 ISIS 304801 (active) and 6 placebo patients per cohort. For cohorts with patients on a stable dose of fibrate, there will be 12 patients planned per cohort (200, 300 mg) with 8 active and 4 placebo patients per cohort.<br>Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 study randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).<br>Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Design and Methodology *Continued*:** | **Group 4:**<br><br>This is an open-label, 300 mg, dose group. Up to six (6) patients with Fredrickson Type 1 dyslipidemia are planned to be enrolled in this group. |
| **Study Design and Methodology *Continued*:** | **All Groups:**<br><br>Patients will receive 13 doses of Study Drug administered by subcutaneous (SC) injection once a week for 13 weeks (Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85).<br><br>For an individual patient, the participation period consists of a ≤8-week screening period (which includes a 4-week tight diet control run-in qualification period), a 1-week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 35 weeks of study participation. Concomitant medications and adverse events will be recorded throughout all periods of the study.<br><br>Screening Plus Tight Diet Control Run-In, Qualification and Randomization Period (Study Day ≤-63 to Study Day -1): Patients who give written informed consent will undergo a medical history and physical examination including vital signs, 12-lead electrocardiogram (ECG), determination of concomitant medications, and have blood and urine samples taken for clinical laboratory testing (Appendix A). Females who are of childbearing potential will have a pregnancy test. Patients will be placed on a tightly controlled diet for the duration of study participation. After 28 days on the controlled diet, patients will have baseline measurements and be assessed (Appendix A) for qualification of enrollment into the treatment phase of the study. Patients who meet the enrollment criteria following diet run-in will be enrolled and randomized as described above.<br><br>Preceding the visit that includes a blood draw for pharmacodynamic measurements (Day -8) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit (to ensure equal moderation of fat intake, per patient), after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding this clinic visit.<br><br>Treatment Period (Study Day 1 to Study Day 85): Enrolled patients will receive a total of 13 doses of Study Drug (Appendix A). Study Drug will be administered by SC injection on Study Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85.<br>Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 1, 8, 15, 29, 43, 57, 71, and 85), patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. Blood will be collected for measurement of total apoC –III and other pharmacodynamic markers on Days 1, 8, 15, 29, 43, 57, 71, and 85 (prior to Study Drug administration). Patients in the post-prandial assessment group will have blood drawn for pharmacodynamic measurements on Day -1, pre-liquid meal, and not on Day 1. Patients will meet with a dietician or study staff member at each visit and compliance to diet and alcohol restrictions will be monitored and the importance of continuing compliance will be reinforced to the patient. Safety and clinical laboratory evaluations as well as blood sampling for PK analysis and post-prandial assessments (in a subset of patients) will be performed periodically throughout the treatment period (Appendices A, B, C, and D).<br><br>Postprandial Assessment (Appendix D): Patients in the post-prandial assessment group will consume standardized pre-cooked meals (lunches and dinners (provided) and instructions for breakfasts and snacks) for the 2 days prior to the post-prandial evaluations. Patients will remain fasted after consuming the standardized pre-cooked meal for the dinner on the evening prior to their visit. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. On each of the post-prandial evaluation days, following the blood draws, patients will consume a standardized liquid meal (which represents about a third of the daily caloric requirements) with a stable radioisotope tracer, followed by an 8 hour radioisotope infusion and serial blood sampling. Patients will receive a standardized pre-cooked meal 9 hrs after consuming the liquid meal, after which they will fast until the 24 hr blood draw the following day. |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Design and Methodology *Continued*:** | Extensive PK Assessment (Appendix C): In addition to trough sample collection, patients in the extensive PK assessment group will undergo serial blood sampling for 24 hrs after their first (Day 1-2) and last (Day 85-86) dose of Study Drug.<br><br>Post-treatment Evaluation Period (Study Day 86 to Study Day 176); Patients will be followed until Day 176. During this time, patients will return to the study center for outpatient clinic visits on Study Days 92, 99, 127, and 176 (and Day 103 for patients in the post-prandial assessment group) for safety and clinical laboratory evaluations (blood draws), diet counseling and monitoring, concomitant medication usage recording, and adverse event collection. Blood samples for PK and PD analysis will be collected periodically throughout the post-treatment evaluation period (Appendices A, B, and C). Post-prandial assessments will be done in a subset of patients (Appendix D).<br><br>Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 92, 99, 127, and 176) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit, after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. |
| **Number of Patients:** | A total of ninety six (96) patients are planned for Groups 1, 2, and 3. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 120 patients.<br><br>Up to six (6) patients are planned for Group 4. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 8 patients. |
| **Study Population and Main Criteria for Inclusion/ Exclusion *Continued*:** | *Inclusion Criteria*<br>1. Must give written informed consent to participate in the study (signed and dated) and any authorizations required by law<br>2. Patients not on TG-lowering therapy with fasting TG ≥440 mg/dL (5.0 mmol/L) and patients on a stable well controlled dose of fibrate, for at least 30 days prior to screening that is not anticipated to change during the study period, with fasting TG ≥225 mg/dL (2.6 mmol/L) at screening<br>3. Patients not on TG-lowering therapy with fasting TG ≥350 mg/dL (4.0 mmol/L) and ≤2000 mg/dL (22.7 mmol/L), and patients on a stable well controlled dose of fibrate with fasting TG ≥225 mg/dL and ≤2000 mg/dL, and patients with Fredrickson Type 1 dyslipidemia with fasting TG ≥440 mg/dL, after 4-wk tight diet control run-in<br>4. Age ≥18 years at time of informed consent<br>5. Satisfy one of the following:<br>a. Females: must be non-pregnant and non-lactating; surgically sterile, post-menopausal, abstinent, or if engaged in sexual relations of child-bearing potential, patient is using an acceptable contraceptive method (refer to Section 7.6.1) for four weeks prior to, during, and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks)<br>b. Males: must be surgically sterile, abstinent or if engaged in sexual relations of child-bearing potential, patient is utilizing an acceptable contraceptive method (refer to Section 7.6.1) during and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks)<br><br>*Exclusion Criteria*<br>1. HbA1c ≥9.0%, type 1 diabetes, or history of outpatient insulin use for more than 2 weeks in the last year<br>2. Body mass index (BMI) >40 kg/m$^2$ |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Population and Main Criteria for Inclusion/ Exclusion *Continued*:** | 3. Familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II deficiency (Fredrickson Type 1 dyslipidemia), with the exception of Group 4 patients<br>4. Any of the following laboratory values at screening<br>a. Hepatic:<br>▪ Total bilirubin >upper limit of normal (ULN). Subjects with Gilbert's syndrome [elevated indirect bilirubin with normal direct bilirubin and normal AST and ALT] may be eligible after discussion with the medical monitor<br>▪ ALT >1.7 x ULN<br>▪ AST >1.7 x ULN<br>b. Renal:<br>▪ Urine protein or blood persistently positive by dipstick and confirmed by quantitative total urine protein measurement of ≥250 mg/24 hr<br>▪ Estimated creatinine clearance calculated according to the formula of Cockcroft and Gault <60 mL/min<br>c. Clinically significant abnormalities on laboratory examination<br>5. History of bariatric surgery or currently on weight loss drugs<br>6. Uncontrolled hypertension (BP >160/100)<br>7. Primary hypothyroidism (screening TSH > ULN and free T4< LLN), primary subclinical hypothyroidism (screening TSH > ULN and free T4 WNL), secondary hypothyroidism (screening TSH < LLN and free T4< LLN)<br>8. Clinically significant abnormalities in medical history (e.g., acute or unstable cardiac ischemia within 6 months of screening or major surgery within 3 months of screening) or physical examination which, in the opinion of the investigator, would make the patient unsuitable for inclusion in the study<br>9. Malignancy within 5 years, except for basal or squamous cell carcinoma of the skin or carcinoma in situ of the cervix that has been successfully treated<br>10. Active infection requiring systemic antiviral or antimicrobial therapy unless treatment is expected to be completed prior to first dose<br>11. Recent history of alcohol or substance abuse or unwillingness to limit alcohol consumption to within moderate limits for the duration of the Study as follows (or per Site Investigator judgment): maximum of 2 alcoholic beverages (20 g) per day and ≤8 drinks (80 g) per week for males; maximum of 1 alcoholic beverage (10 g) per day and ≤4 drinks (40 g) per week for females<br>12. Known history or positive at time of screening for HIV, HCV, or chronic HBV infection<br>13. On oral contraceptive, hormone replacement therapy, statin, or oral anti-diabetic medication unless on a stable regimen for at least 3 months prior to dosing and will remain on a stable regimen for the duration of the study<br>14. Group 1 and 2 patients: unable to discontinue use of systemic corticosteroids, fibrates, niacin, fish oil or other products containing omega-3 fatty acids, at least 6 weeks prior to dosing. Group 3 patients: unable to discontinue use of systemic corticosteroids at least 6 weeks prior to dosing; use of niacin, fish oil or other products containing omega-3 fatty acids unless on a stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period. Group 4 patients: unable to discontinue use of systemic corticosteroids at least 6 weeks prior to dosing; use of fibrate, niacin, fish oil or other products containing omega-3 fatty acids unless on a stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Population and Main Criteria for Inclusion/ Exclusion *Continued*:** | 15. Use of topical corticosteroids, anticoagulants, or drugs or dietary supplements (not described in Exclusion Criteria #14) with potential lipid-altering effects unless on stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period<br>16. Treatment with another Study Drug, biological agent, or device within one month of screening, or 5 half-lives of study agent, whichever is longer<br>17. Previous participation in an investigational study involving systemic administration of an oligonucleotide within 9 months of screening<br>18. Unwillingness to comply with study procedures, including follow-up, as specified by this protocol, or unwillingness to cooperate fully with the Site Investigator<br>19. Blood donation of 50 to 499 mL within 30 days of screening or of >499 mL within 60 days of screening<br>20. Any other conditions which, in the opinion of the investigator, would make the patient unsuitable for inclusion, or could interfere with the patient participating in or completing the study |
| **Study Drug and Dose Administration:** | ISIS 304801 or placebo will be administered as SC injections in the abdomen, thigh, or outer area of the upper arm. ISIS 304801 solution and placebo will be prepared by an unblinded pharmacist (or qualified delegate). A trained professional, blinded to the identity of the drug, will administer the Study Drug. Doses will be administered as a single SC injection. Doses of 300 mg may be administered as two equal volume noncontiguous SC injections if there are tolerability issues with receiving the dose as a single SC injection. |
| **Criteria for Evaluation:** | **A. Safety and Tolerability Assessments**<br>• Adverse events<br>• Vital signs and weight<br>• Physical examinations<br>• Clinical laboratory tests (serum chemistry, hematology, urinalysis, coagulation, complement, immune function, thyroid function, pregnancy (for women of child bearing potential))<br>• ECGs<br>• Use of concomitant medications<br>**B. Pharmacokinetic Measures**<br>The plasma concentrations of ISIS 304801 will be assessed at selected time intervals in all study participants to determine selected pharmacokinetic parameters (Appendix C). A subset of the study participants will have pharmacokinetic blood draws at additional selected time points to establish a more detailed pharmacokinetic profile of ISIS 304801 (Appendix C)<br>**C. Pharmacodynamic Measures**<br>• The pharmacodynamic effects of treatment with ISIS 304801 vs. placebo on fasting total apoC-III levels over time and dose cohort will be evaluated<br>The pharmacodynamic effects of ISIS 304801 vs. placebo on fasting VLDL apoC-III, TG, apolipoprotein C-II (apoC-II; total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels will also be assessed<br>• The pharmacodynamic effects of ISIS 304801 on fasting lipoprotein, apolipoprotein, lipid, glycerol and total apoC-III levels in heterozygous LPL deficient patients will be assessed |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Criteria for Evaluation *Continued:*** | • The pharmacodynamic effects of ISIS 304801 on fasting lipoprotein, apolipoprotein, lipid, and glycerol levels in Fredrickson Type 1 patients over time will be assessed<br>• Post-prandial lipid, apolipoprotein, and lipoprotein characteristics and kinetics, and glucose levels will be examined in a subset of the patients in the study (will not be the same patients as those having additional blood draws to establish a more detailed pharmacokinetic profile)<br>• Potential relationships between selected pharmacodynamic and PK measures may also be explored, where deemed appropriate |
| **Statistical Considerations:** | Based upon prior clinical trial experience with ISIS 304801, it is estimated that the standard deviation of the percent change in total apoC-III is approximately 46%. With 18 Group 1 plus 2 patients in the pooled placebo cohort and each ISIS 304801 dose cohort, there would be at least 80% power to detect a 45% difference in total apoC-III between each ISIS 304801 dose cohort and pooled placebo cohort at an alpha level of 0.05, assuming 50% reduction in ISIS 304801 dose cohort and 5% in the pooled placebo cohort. |

## LIST OF ABBREVIATIONS

| **Abbreviation/Acronym** | **Definition** |
|---|---|
| AE | Adverse Event/Experience |
| ALT | Alanine Aminotransferase |
| Apo | Apolipoprotein |
| apoA | Apolipoprotein A |
| apoB | Apolipoprotein B |
| apoE | Apolipoprotein E |
| apoC-II | Apolipoprotein C-II |
| apoC-III | Apolipoprotein C-III |
| aPTT | Activiated Aprtial Thromboplastin time |
| ASO | Antisense Oligonucleotide |
| AST | Aspartate Aminotransferase |
| $AUC_{0-t}$ | Area Under the Plasma Concentration-Time Curve |
| BUN | Blood Urea Nitrogen |
| C5 | Complement Component 5 |
| $C_{max}$ | Maximal Observed Drug Concentration |
| CM | Chylomicron |
| CM-C | Chylomicron-Cholesterol |
| CM-TG | Chylomicron-Triglyceride |
| CRF | Case Report Form |
| CVD | Cardiovascular Disease |
| eCRF | Electronic Case Report Form |
| ECG | Electrocardiogram |
| EDC | Electronic Data Capture |
| FDA | Food and Drug Administration |
| FFA | Free Fatty Acids |
| GCP | Good Clinical Practice |
| hCG | Human Chorionic Gonadotropin |
| HDL | High-Density Lipoprotein |
| HDL-C | High-Density Lipoprotein-Cholesterol |
| HDL-TG | High-Density Lipoprotein-Triglyceride |
| IEC | Independent Ethics Committee |
| INR | International Normalized Ratio |
| IP | Intraperitoneal |
| IRB | Institutional Review Board |
| IV | Intravenous |

**LIST OF ABBREVIATIONS** ***Continued***

| **Abbreviation/Acronym** | **Definition** |
|---|---|
| LDL | Low-Density Lipoprotein |
| hsCRP | High-Sensitivity C-Reaction Protein |
| ICH | International Conference on Harmonization |
| LDL-C | Low-Density Lipoprotein-Cholesterol |
| LDL-TG | Low-Density Lipoprotein-triglyceride |
| LPL | Lipoprotein Lipase |
| MCH | Mean Corpuscular Hemoglobin |
| MCHC | Mean Corpuscular Hemoglobin Content |
| MCV | Mean Corpuscular Volumne |
| MOE | 2′-*O*-(2-methoxyethyl) |
| mRNA | Messenger Ribonucleic Acid |
| non-HDL-C | non- High-Density Lipoprotein-Cholesterol |
| non-HDL-TG | High-Density Lipoprotein-Triglyceride |
| NCS | Not Clinically Significant |
| NOAEL | No Observable Adverse Effect Level |
| PT | Prothrombin Time |
| RNase H | Ribonuclease H |
| SAE | Serious Adverse Event |
| SC | Subcutaneous |
| SGOT | Serum Glutamyl Oxaloacetic Transaminase |
| SGPT | Serum Glutamic Pyruvate Transaminase |
| $t_{½}$ | Terminal Half-Life |
| T4 | Thyroxine |
| $T_{max}$ | Time to Reach $C_{max}$ |
| TC | Total cholesterol |
| TG | Triglycerides |
| TRL | TG-Rich Lipoproteins |
| TSH | Thyroid Stimulating Hormone |
| VLDL | Very-Low-Density Lipoprotein |
| VLDL apoC-III | Apolipoprotein C-III associated with Very Low Density Lipoprotein |
| VLDL-C | Very-Low-Density Lipoprotein-Cholesterol |
| VLDL-TG | Very-Low-Density Lipoprotein-Triglyceride |
| WBC | White Blood Cells |

# 1. STUDY OBJECTIVES

To evaluate the dose/response pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apolipoprotein C-III (apoC-III) levels.

The secondary objectives are to: (1) evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting apoC-III associated with very low density lipoprotein (VLDL), triglyceride (TG), apoC-II (total and associated with VLDL), apolipoprotein B-100 (apoB-100), apolipoprotein A-1 (apoA-1), apolipoprotein A-2 (apoA-2), apolipoprotein E (apoE), total cholesterol (TC), low-density lipoprotein-cholesterol (LDL-C), LDL-TG, VLDL-C, VLDL-TG, non-high-density lipoprotein-cholesterol (non-HDL-C), non-HDL-TG, HDL-C, HDL-TG, chylomicron-C (CM-C), CM-TG, free fatty acids (FFA), and glycerol levels; (2) evaluate the pharmacodynamic effects of ISIS 304801 over time on the above fasting lipoprotein, apolipoprotein, lipid, glycerol and total apoC-III levels in Fredrickson Type 1 patients; (3) examine post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in a subset of the patients in the study and assess more extensive pharmacokinetics (PK) in another subset of the patients (will not be the same patients as those undergoing the post-prandial assessment) and, (4) evaluate the safety, tolerability and PK of ISIS 304801.

# 2. BACKGROUND AND RATIONALE

## 2.1 Hypertriglyceridemia

Hypertriglyceridemia is a common clinical trait associated with an increased risk of cardiometabolic disease (Hegele et al. 2009; Hegele and Pollex 2009) as well as of occurrence of acute pancreatitis in the most severe forms (Toskes 1990; Gaudet et al. 2010; Catapano et al. 2011; Tremblay et al. 2011). Its etiology includes primary (genetic) and secondary (lifestyle, other diseases, etc.) factors or, most often, a combination of both (Yuan et al. 2007). Hypertriglyceridemia is the consequence of increased production and/or reduced or delayed catabolism of TG-rich lipoproteins: VLDL and, to a lesser extent, chylomicrons (CM). Several subtypes of hypertriglyceridemia have been described. These subtypes differ by their etiology, prevalence, burden, genetic backbone, and clinical expression. An intervention on diet and other life habits is required to manage the risk associated with these hypertriglyceridemias, but diet alone is often insufficient and medication is often prescribed (Brisson et al. 2010).

Factors contributing to elevated TG in the general population include overweight and obesity, physical inactivity, cigarette smoking, excess alcohol, medication and a diet high in fat or carbohydrates. In addition to these environmental factors, elevated TG levels are associated with several diseases, including diabetes, metabolic syndrome/insulin resistance, and genetic disorders such as familial chylomicronemia, familial combined hyperlipidemia and familial hypertriglyceridemia. Borderline high TGs (150-199 mg/dL) are commonly found in the general population and are a common component of the metabolic syndrome/insulin resistance states. The same is true for high TGs (200-499 mg/dL) except that as plasma TG levels increase, underlying genetic factors play an increasingly important etiologic role. Very high TGs (≥440 mg/dL) are most often associated with elevated CM levels as well, and are accompanied by increasing risk for acute pancreatitis. The risk of pancreatitis is considered clinically significant if TG exceeds 880 mg/dL (>10 mmol) and the EAS/ESC 2011 guidelines state that actions to prevent acute pancreatitis are mandatory (Catapano et al. 2011). According to the

EAS/ESC 2011 guidelines, hypertriglyceridemia is the cause of approximately 10% of all cases of pancreatitis, and development of pancreatitis can occur at TG levels between 440-880 mg/dL. Based on evidence from clinical studies demonstrating that elevated TG levels are an independent risk factor for atherosclerotic CVD, the guidelines from both the National Cholesterol Education Program Adult Treatment Panel III (NCEP 2002) and the American Diabetes Association (ADA 2008) recommend a target TG level of less than 150 mg/dL to reduce cardiovascular risk. The NCEP treatment strategy for elevated TG depends on the causes of elevation and severity. While therapeutic life-style changes (change in diet, alcohol restriction, weight reduction, and increased physical activity) are the first steps in lowering TG, pharmacologic therapy is used when life-style changes are not sufficient. Several drug classes routinely used to lower LDL-C (statins, nicotinic acid, and fibrates) also reduce TG and apoC-III levels; however, the mechanisms for these effects are not well understood. Statins lower plasma TG by 7-30% while nicotinic acid and fibrates reduce TG by 20-50% (Ooi et al. 2008). One prescription omega-3 fatty acids (fish oil) product has been approved by the FDA for the treatment of patients with very high TG (>500 mg/dL) and is reported to lower TG by an average of 40% or more, depending on baseline TG levels.

Despite the pharmacologic agents available to lower TG, many patients still have TG levels well above the recommended levels even on maximally tolerated statins. In addition, the first-line TG-lowering agents are occasionally associated with undesirable side effects (e.g., flushing and worsening of glucose control with nicotinic acids, taste perversion or fishy aftertaste with omega-3 fatty acids). Additionally, when combining statins with fibric acid derivatives, there is increased risk for myopathy which can lead to rhabdomyolysis (NCEP 2002). Lipoprotein lipase (LPL) gene therapy is developed but remains an experimental treatment targeting familial chylomicronemia due to complete LPL deficiency only (Gaudet et al. 2010). Alternative, well tolerated treatment strategies are needed that can lower TG. ApoC-III is a key inhibitor of the activity of LPL, a key enzyme involved in TG metabolism, and therefore targeting apoC-III constitutes a potentially viable strategy for reducing plasma TG levels. Through a novel, apoC-III lowering mechanism of action, ISIS 304801 may provide the potential to better manage TG levels in patients where the currently available treatments are not adequate.

## 2.2 ApoC-III

ApoC-III is synthesized mainly in the liver and plays a pivotal role in regulating plasma TG levels (Chan et al. 2008). It is an essential constituent of circulating apoB-containing lipoprotein particles rich in TG (e.g., CM and VLDLs), as well as HDL. ApoC-III inhibits LPL-catalyzed hydrolysis of TG-rich lipoproteins (TRL) and their apoE-mediated uptake by the liver. In addition, a recent report supports a role for apoC-III in hepatic VLDL production (Sundaram et al. 2010). Thus, elevated apoC-III, results in both increased production of VLDL in the liver and delayed LPL mediated clearance of TRL from plasma with consequent development of hypertriglyceridemia.

## 2.3 Therapeutic Rationale

There is a strong body of evidence to indicate that elevated plasma TG is a risk factor for cardiovascular disease (CVD) (Brewer 1999; NCEP 2002) and severely elevated levels are associated with an increase risk of acute pancreatitis (Toskes 1990; Gaudet et al. 2010; Catapano et al. 2011; Tremblay et al. 2011). Results from several clinical studies have also

demonstrated the importance of apoC-III as a predictor of CVD outcomes (Ooi et al. 2008); one study reported that the concentration of apoB particles containing apoC-III was a stronger predictor of CVD than TG levels (Sacks et al. 2000). In addition, recent reports indicate that apoC-III is a multifunctional protein that not only regulates the metabolism of TRL but also plays a role in endothelial dysfunction and inflammation, thereby further increasing the risk for atherosclerotic CVD (Kawakami et al. 2006; Caron and Staels 2008; Kawakami et al. 2008). ApoC-III is increased in patients with dyslipidemia associated with multiple metabolic abnormalities such as insulin resistance and/or metabolic syndrome, conditions where endothelial dysfunction is also found. Human genetic data have demonstrated associations with functional mutations affecting apoC-III gene expression and CVD (Atzmon et al. 2006; Pollin et al. 2008; Petersen et al. 2010). A naturally occurring null mutation in the apoC-III gene (encoding the apoC-III protein) in Old Order Amish individuals was recently reported that confers a favorable lipid profile (lower plasma TG and LDL-C levels) and apparent cardioprotection without any obvious detrimental effects (Pollin et al. 2008). Thus, it has been hypothesized that targeting apoC-III mRNA to reduce hepatic apoC-III expression would decrease plasma TG levels.

## 2.4 ISIS 304801

### *2.4.1 Mechanism of Action*

ISIS 304801 is an antisense drug targeted to human apoC-III mRNA. The binding site for ISIS 304801 lies within the 3′-untranslated region of the apoC-III mRNA transcript at position 489-508 bp, and based on *in silico* analysis, it is not predicted to target any other human gene. The hybridization (binding) of ISIS 304801 to the cognate mRNA results in RNase H-mediated degradation of the apoC-III mRNA, thus inhibiting translation of the protein.

### *2.4.2 Chemistry*

Chemically, ISIS 304801 is a synthetic oligomer of 20 nucleotides (i.e., a 20-mer) that are connected sequentially by phosphorothioate linkages. The nucleotide sequence of ISIS 304801 (Figure 1) is complementary to a 20-nucleotide stretch within 3′-untranslated region of the apoC-III mRNA transcript. Structurally, the oligonucleotide has 3 regions. Two of them, the five nucleotides at the 5′ end and the five nucleotides at the 3′ end, are composed of 2′-*O*-(2-methoxyethyl) (MOE)-modified ribonucleotides. These MOE-modified nucleotides confer (1) increased affinity to the target mRNA (Altmann et al. 1996; McKay et al. 1999), (2) increased resistance to exonucleases and endonucleases (thereby increasing stability in tissue) (Geary et al. 2003), and (3) amelioration of some of the high dose toxicities thereby resulting in an improved safety profile compared to first generation antisense drugs containing phosphorothioate modified oligodeoxynucleotides (DNA) (Henry et al. 2000). The third region, the central portion of the oligonucleotide, is composed of ten oligodeoxynucleotides. This chimeric design is called a MOE-Gapmer, and ISIS 304801 employs this chimeric structure to enable use of the RNase H-mechanism for antisense activity. This is because while the 2′-MOE modification confers increased stability and affinity, it does not support RNase H catalysis of RNA hybridized to 2′-MOE-modified nucleotides (McKay et al. 1999). This is caused by conformational changes induced in the heteroduplex by 2′-alkoxy:RNA hybrids that are not recognized by RNase H enzymes (Inoue et al. 1987; Monia et al. 1993). By limiting the 2′-MOE modification to nucleotides flanking the phosphorothioate oligodeoxynucleotide core,

the beneficial attributes of the 2′-MOE chemistry are preserved while also retaining RNase H recognition.

**2′-MOE** | **2′-Deoxy (RNase H-Sensitive)** | **2′-MOE**

**A G C T T** C T T G T C C A G C **T T T A T**

← **Phosphorothioate Backbone** →

**Figure 1 Design of Chimeric 2′-MOE Phosphorothioate Oligonucleotides (MOE-Gapmer). The Sequence of ISIS 304801 is Shown**

## 2.5 Preclinical Studies

Pharmacologic effects of ISIS 304801 were studied in rodents and non-human primates. The sequence to which ISIS 304801 hybridizes is identical for human and cynomolgus monkeys, but is different in rodents. Human apoC-III transgenic mice were used as a model to test the pharmacologic effects of ISIS 304801 while species-specific apoC-III antisense oligonucleotides (ASOs) were used in other rodent models.

In human apoC-III transgenic mice, the ED50 values for reductions in human apoC-III hepatic mRNA, plasma apoC-III protein and TG were 11.6, 31.7 and 28.9 mg/kg/week, respectively, following twice-weekly intraperitoneal (IP) injection with ISIS 304801 for 2 weeks. Administration of ISIS 440726, an ASO targeted to murine apoC-III, significantly reduced hepatic apoC-III mRNA in 3 murine models [wild-type C57BL/6 mice on chow and Western diets, and *ob/ob* (obese) mice on a normal chow diet] in a dose dependent manner. Reductions in circulating apoC-III protein and TG were also observed in wild-type and *ob/ob* mice with this dosing regimen. Post-prandial hypertriglyceridemia following a high fat challenge in wild-type mice was improved with once weekly IP administration of the murine-specific ASO. In the fructose-fed rat model of hypertriglyceridemia, treatment with ISIS 353982, a rat-specific apoC-III ASO, significantly reduced hepatic apoC-III mRNA and plasma TG compared to saline. In addition, this treatment was more effective than daily oral treatment with fenofibrate at the same dose level.

Species-specific apoC-III ASOs also reduced hepatic apoC-III mRNA and plasma TG in lean hamsters and cynomolgus monkeys, species whose lipoprotein metabolism more closely resembles humans. Administration of a hamster-specific ASO, ISIS 352952, significantly reduced hepatic apoC-III mRNA and plasma TG levels compared to saline. Treatment of monkeys with ISIS 304801 resulted in significant reductions in hepatic apoC-III mRNA, plasma apoC-III protein and TG compared to saline treatment for the same period.

Plasma and tissue pharmacokinetics were assessed in mice and monkeys as part of the nonclinical toxicology studies. Similar to other second generation ASOs, ISIS 304801 was extensively cleared within hours from plasma and distributed to tissues after subcutaneous (SC) and intravenous (IV) administrations. ISIS 304801 distributed extensively to kidney and liver in both mice and monkeys. In the monkey, tissue terminal elimination half-lives ranged from approximately 12.5 to 18.9 days in kidney and liver, respectively, consistent with the plasma elimination half-life (12.7 days).

In nonclinical toxicology studies, the primary findings in both mice and monkeys were the presence of minimal to moderate basophilic granules in tissues, indicative of oligonucleotide cellular uptake and minimal to mild pro-inflammatory effects in the mouse that occurred in a dose-dependent manner. Additional findings were observed at doses ≥40 mg/kg/wk, which are much greater than those intended for clinical testing. Based on 13 weeks of nonclinical toxicity testing, the no adverse effect level (NOAEL) for ISIS 304801 was determined to be at least 12 mg/kg/week. The clinical dose range in this study of 100 to 300 mg/week (approximately 1.4 to 4.3 mg/kg body weight in a 70 kg patient) ranges from approximately 9 to approximately 3 fold below the NOAEL.

## 2.6 Clinical Experience

In a double-blind, single and multiple ascending-dose (SAD and MAD) Phase 1 study, healthy subjects, 18 to 55 years, were randomly assigned in a 3:1 ratio to receive ISIS 304801 or placebo (normal saline) administered as single or multiple SC injections at 50, 100, 200, and 400 mg (n=4/cohort). MAD cohort subjects received 6 doses over 4 weeks (a loading regimen of 3 doses the first week followed by once weekly dosing for 3 weeks).

There were no permanent or temporary discontinuations due to ISIS 304801 related adverse events (AEs) and no serious adverse events (SAEs). The most commonly reported adverse events (>20% of ISIS 304801 treated subjects) were injection site reactions (52% of ISIS 304801 treated versus 0% of placebo treated subjects), C-reactive protein increase (32% versus 0%), and somnolence (20% versus 0%). All of these common adverse events were mild (except for 1 moderate injection site reaction) and recovered. Overall, ISIS 304801 was well tolerated and there were no safety concerns up to the highest dose level of 400 mg SC, given for 6 doses.

Pharmacokinetic results showed time to maximum plasma concentrations ($T_{max}$) was between 2 and 4 hours, depending upon dose. Maximum plasma concentrations ($C_{max}$) were dose-dependent over the studied dose range, the terminal elimination half life ranged from a mean of 11.7 to 31.2 days over the doses tested, with a mean half life overall of 17.5 days.

Pharmacodynamic results showed dose-dependent sustained reductions in total apoC-III and TG levels. Median percent change from baseline values in the 50, 100, 200 and 400 mg multiple-dose groups showed reductions of total apoC-III of 20, 17, 71, and 78% and of TG of 20, 25, 43, and 44%, respectively, 1 week after the last dose. Reductions were sustained for at least 4 weeks after the last dose in the higher dose groups, consistent with the drug's long terminal elimination half-life. In addition, LDL-C values did not change while HDL-C values tended to increase in a dose-dependent manner.

### 2.7 Rationale for Dosages and Schedule of Administration

Estimation of clinical doses for an antisense drug is less difficult than for most drugs in preclinical development. Variables that are normally encountered at this stage of development are reduced by the predictability of the pharmacokinetics of ASOs and the cumulative experience with other drugs in this class. The pharmacokinetics and disposition of many drugs in this class have been characterized and there are remarkable similarities from sequence to sequence and across species. In particular, the plasma pharmacokinetics for ASOs in monkeys has been highly predictive of those in man, which has been validated in the clinical experience of ISIS 304801 to date. Because distribution to tissues is the dominant mechanism for plasma clearance, it can be assumed that plasma pharmacokinetic similarities translate into similarities in tissue distribution. This assumption is supported by the knowledge that patterns of tissue distribution for oligonucleotides are similar in mice, rats, rabbits, dogs and monkeys. Thus, it is possible to predict dose regimens on the basis of concentrations at the primary site of activity, the liver. Additionally, ASOs are hydrophilic and distribute predominantly to the lean body mass and in our experience they should be administered as a fixed dose, rather than by total body weight (Geary et al. 2003; Yu et al. 2007).

Doses of 100, 200, and 300 mg administered SC once weekly were selected for this study because results from the CS1 clinical study showed a satisfactory safety profile with substantial pharmacodynamic effects in this dose range. Because the pharmacodynamic effects were not remarkably different between the 200 and 400 mg doses in the CS1 study and because of the longer treatment regimen to be tested in this study, 300 mg was selected as the maximum dose. Due to the long terminal elimination half life of ISIS 304801 (average 17.5 days over the range of doses tested), the treatment duration is 13 weeks so that the efficacy endpoint can be evaluated when drug tissue levels are expected to be at > 90-% of steady-state levels. Based on a 19 day elimination half life in monkey tissues and a once a week dosing regimen, time to approximately 90% of steady state is estimated to be about 9 weeks. The 13-week treatment duration is supported by the ISIS 304801 13-week nonclinical toxicology study (see Investigator's Brochure) and by previous long term weekly clinical dosing studies with several other 2′-MOE-modified ASOs (Chi et al. 2008; Akdim et al. 2010; Raal et al. 2010).

## 3. INVESTIGATIONAL PLAN

### 3.1 Study Design

**Groups 1, 2, and 3:**

Study Groups 1, 2, and 3 are randomized, double-blind, placebo-controlled, dose response groups to evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apoC-III levels. A total of ninety six (96) patients are planned for these groups. For cohorts with patients not on TG-lowering therapy, there will be 24 patients planned per dose cohort (100, 200, 300 mg) with 18 ISIS 304801 (active) and 6 placebo patients per cohort. For cohorts with patients on a stable dose of fibrate, there will be 12 patients planned per cohort (200, 300 mg) with 8 active and 4 placebo patients per cohort.

Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in

Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).

Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.

**Group 4:**

This is an open-label, 300 mg, dose group. Up to six (6) patients with Fredrickson Type 1 dyslipidemia are planned to be enrolled in this group.

**All Groups:**

Patients will receive 13 doses of Study Drug administered by SC injection once a week for 13 weeks (Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85).

For an individual patient, the participation period consists of a ≤8-week screening period, (which includes a 4-week tight diet control run-in qualification period), a 1-week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 35 weeks of study participation. Concomitant medications and AEs will be recorded throughout all periods of the study.




**Figure 2 Study Design for ISIS 304801–CS2**

**Screening/Diet Run-in: Patients will be placed on a tightly controlled diet for the duration of study participation. After 28 days on the controlled diet, patients will have baseline measurements and be assessed for qualification of enrollment into the treatment phase of the study. Enrollment/Randomization: Eligible patients not on TG-lowering therapy will be enrolled equally into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in Group 2 will be randomized equally to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo). Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Eligible patients with Fredrickson Type 1 dyslipidemia will be enrolled into Group 4 and receive 300 mg of active Study Drug. Post-prandial assessments are optional for patients in Group 4. Treatment: Patients will receive 13 doses of Study Drug administered by SC injection once a week for 13 weeks. Post-treatment Evaluation: Patients will be followed until Study Day 176.**

## 3.2 Number of Patients

A total of ninety six (96) patients are planned for Groups 1, 2, and 3. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 120 patients.

Up to six (6) patients are planned for Group 4. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 8 patients.

# 4. PATIENT ELIGIBILITY

## 4.1 Inclusion Criteria

Patients must meet all of the following criteria to be eligible:

1. Must give written informed consent to participate in the study (signed and dated) and any authorizations required by law
2. Patients not on TG-lowering therapy with fasting TG ≥440 mg/dL (5.0 mmol/L) and patients on a stable well controlled dose of fibrate, for at least 30 days prior to screening that is not anticipated to change during the study period, with fasting TG ≥225 mg/dL (2.6 mmol/L) at screening
3. Patients not on TG-lowering therapy with fasting TG ≥350 mg/dL (4.0 mmol/L) and ≤2000 mg/dL (22.7 mmol/L), and patients on a stable well controlled dose of fibrate with fasting TG ≥225 mg/dL and ≤2000 mg/dL, and patients with Fredrickson Type 1 dyslipidemia with fasting TG ≥440 mg/dL, after 4-wk tight diet control run-in
4. Age ≥18 years at time of informed consent
5. Satisfy one of the following:
   a. Females: must be non-pregnant and non-lactating; surgically sterile, post-menopausal, abstinent, or if engaged in sexual relations of child-bearing potential, patient is using an acceptable contraceptive method (refer to Section 7.6.1) for four weeks prior to, during, and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks).
   b. Males: must be surgically sterile, abstinent or if engaged in sexual relations of child-bearing potential, patient is utilizing an acceptable contraceptive method (refer to Section 7.6.1) during and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks).

## 4.2 Exclusion Criteria

Patients meeting any of the following criteria are not eligible for the study:

1. HbA1c ≥9.0%, type 1 diabetes, or history of outpatient insulin use for more than 2 weeks in the last year
2. Body mass index (BMI) >40 $kg/m^2$
3. Familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II deficiency (Fredrickson Type 1 dyslipidemia), with the exception of Group 4 patients

4. Any of the following laboratory values at screening
   a. Hepatic:
      - Total bilirubin >upper limit of normal (ULN). Subjects with Gilbert's syndrome [elevated indirect bilirubin with normal direct bilirubin and normal AST and ALT] may be eligible after discussion with the medical monitor
      - ALT >1.7 x ULN
      - AST >1.7 x ULN
   b. Renal:
      - Urine protein or blood persistently positive by dipstick and confirmed by quantitative total urine protein measurement of ≥250 mg/24 hr
      - Estimated creatinine clearance calculated according to the formula of Cockcroft and Gault <60 mL/min
   c. Clinically significant abnormalities on laboratory examination
5. History of bariatric surgery or currently on weight loss drugs
6. Uncontrolled hypertension (BP >160/100)
7. Primary hypothyroidism (screening TSH > ULN and free T4 < LLN), primary subclinical hypothyroidism (screening TSH > ULN and free T4 WNL), secondary hypothyroidism (screening TSH < LLN and free T4 < LLN)
8. Clinically significant abnormalities in medical history (e.g., acute or unstable cardiac ischemia within 6 months of screening or major surgery within 3 months of screening) or physical examination which, in the opinion of the investigator, would make the patient unsuitable for inclusion in the study
9. Malignancy within 5 years, except for basal or squamous cell carcinoma of the skin or carcinoma in situ of the cervix that has been successfully treated
10. Active infection requiring systemic antiviral or antimicrobial therapy unless treatment is expected to be completed prior to first dose
11. Recent history of alcohol or substance abuse or unwillingness to limit alcohol consumption to within moderate limits for the duration of the Study as follows (or per Site Investigator judgment): maximum of 2 alcoholic beverages (20 g) per day and ≤8 drinks (80 g) per week for males; maximum of 1 alcoholic beverage (10 g) per day and ≤4 drinks (40 g) per week for females
12. Known history or positive at time of screening for HIV, HCV, or chronic HBV infection
13. On oral contraceptives, hormone replacement therapy, statin, or oral anti-diabetic medication unless on a stable regimen for at least 3 months prior to dosing and will remain on a stable regimen for the duration of the study

14. Group 1 and 2 patients: unable to discontinue use of systemic corticosteroids, fibrates, niacin, fish oil or other products containing omega-3 fatty acids, at least 6 weeks prior to dosing. Group 3 patients: unable to discontinue use of systemic corticosteroids at least 6 weeks prior to dosing; use of niacin, fish oil or other products containing omega-3 fatty acids unless on stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period. Group 4 patients: unable to discontinue use of systemic corticosteroids at least 6 weeks prior to dosing; use of fibrate, niacin, fish oil or other products containing omega-3 fatty acids unless on a stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period.
15. Use of topical corticosteroids, anticoagulants, or drugs or dietary supplements (not described in Exclusion Criteria #14) with potential lipid-altering effects unless on stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period
16. Treatment with another Study Drug, biological agent, or device within one month of screening, or 5 half-lives of study agent, whichever is longer
17. Previous participation in an investigational study involving systemic administration of an oligonucleotide within nine months of screening
18. Unwillingness to comply with study procedures, including follow-up, as specified by this protocol, or unwillingness to cooperate fully with the Investigator
19. Blood donation of 50 to 499 mL within 30 days of screening or of >499 mL within 60 days of screening
20. Any other conditions which, in the opinion of the investigator, would make the patient unsuitable for inclusion, or could interfere with the patient participating in or completing the study

# 5. PATIENT ENROLLMENT

Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2).

Eligible patients on a stable dose of fibrate will be enrolled into Group 3.

Eligible patients with Fredrickson Type 1 dyslipidemia will be enrolled into Group 4.

## 5.1 Randomization

**Groups 1, 2, and 3:**

Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1

plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).

Patients in Group 3 will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.

The Sponsor (or designee) will prepare the randomization lists. The placebo patients in each dose cohort will be dosed according to the same timetable and with the same injection volume. The unblinded pharmacist (or qualified delegate) preparing the dosing solutions will be the only member of study staff to know which patient is receiving placebo in each dose cohort. Extensive PK / post-prandial assessment groups, and dose cohort assignments will not be blinded.

**Group 4:**

All patients in Group 4 will receive 300 mg of active Study Drug.

### 5.2 Visit Days and Windows

Patients must complete the treatment visits on Day 1 ± 0 days and on Day 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85 within ± 1 day. Patients in the extensive PK group must also visit the clinic on Day 2 and 86 ± 0 days relative to Day 1 and 85, respectively, for the 24 hour blood draw. Patients must complete the follow-up visits on Day 92 and 99 within ± 1 day, Day 127 within ± 3 days, and Day 176 within ± 5 days of the scheduled visit date. Patients in the post-prandial assessment group must also visit the clinic on Day 103 within ± 2 days and on the day following the Day 103 visit for the 24 hour blood draw.

### 5.3 Withdrawal of Patients

Patients have the right to withdraw from the study at any time and for any reason without prejudice to his or her future medical care by the physician or at the institution.

Any patient who withdraws consent to participate in the study will be removed from further treatment and/or study observation immediately upon the date of the request. Patients should be encouraged to complete all follow-up study procedures and observations or at minimum the Early-Treatment-Termination (Study Day 92) procedures (see Appendices A, B, and C).

The Site Investigator may discontinue a patient from the trial if in his/her judgment continuation in the study may prove harmful to the patient or if the patient is not compliant with the protocol.

Reasons for removal from the study may include but are not limited to:

- Adverse event
- Site Investigator judgment
- Significant protocol deviation
- Lost to follow-up
- Withdrawal of consent

- Death

The Site Investigator must notify the Sponsor by phone within 24 hours of patient withdrawal (the reason for, and dates of withdrawal must be documented in the electronic Case Report Form (eCRF)).

If the patient withdraws due to an AE, the Site Investigator should strongly encourage the patient to have follow-up visits until the AE has resolved or stabilized.

## 5.4 Replacement of Patients

**Groups 1, 2, and 3:**

At the discretion of the Sponsor, additional patients (up to a total of 120 patients randomized and dosed (i.e., Safety Set)) may be added to replace any patients withdrawn before receiving 9 doses of Study Drug and all follow-up procedures including, if applicable, the second extensive PK (i.e., Day 85 and 86) or post-prandial (i.e., Day 103 and 104) assessments, unless the Site Investigator and Sponsor Medical Monitor agree that this should not be done for reasons of safety. Each additional patient will be assigned to the same treatment allocation as the patient that is being replaced.

**Group 4:**

At the discretion of the Sponsor, additional patients (up to a total of 8 patients) may be added to replace any patients withdrawn before receiving 9 doses of Study Drug and all follow-up procedures.

## 5.5 Unblinding of Treatment Assignment

**Groups 1, 2, and 3:**

Due to the drug's long terminal elimination half-life, and hence relatively long follow-up period, the Sponsor will unblind the treatment assignments for each cohort upon completion of dosing to perform the primary analysis. However, the Sponsor Clinical Trial Manager and Medical Monitor or designees, all patients, monitors, and site personnel related to the conduct of the study, except for the unblinded pharmacist (or qualified delegate) who prepares the Study Drug and an unblinded pharmacy monitor separate from the study monitor, will remain blinded to the patient's treatment assignment throughout the study. These same procedures will be followed if an interim analysis is performed. The Site Investigator, however, will have the ability to unblind the treatment assignment, for safety reasons, for patients enrolled in this study. The Sponsor will be informed of the unblinding of a patient within 24 hours. An unblinded randomization schema will be maintained securely at the Study Center and the Sponsor's Quality Assurance Department. The treatment assignment should only be unblinded when the patient has suffered a Serious Adverse Event (see Section 9.3.3), and/or when knowledge of the treatment assignment will impact the clinical management of the patient. Every reasonable attempt should be made to complete the post-treatment evaluation procedures prior to unblinding, as knowledge of the treatment arm could influence patient assessment.

**Group 4:**

All parties will be unblinded to the treatment in Group 4.

### 5.6 Study Termination

Both the Sponsor and the Site Investigator reserve the right to terminate the study, according to the terms of the study contract. The Site Investigator should notify the Institutional Review Board (IRB)/Independent Ethics Committee (IEC) in writing of the trial's completion or early termination and send a copy of the notification to the Sponsor or designee.

## 6. STUDY DRUG

### 6.1 ISIS 304801

A solution of ISIS 304801 (200 mg/mL, 1.0 mL) contained in 2-mL stoppered glass vials will be provided. ISIS 304801 is manufactured by Isis Pharmaceuticals, Inc., Carlsbad, California, USA. The drug product and its storage and preparation instructions will be provided by Isis Pharmaceuticals. ISIS 304801 must be stored securely at 2 to 8° C and protected from light.

### 6.2 Placebo

The placebo for this study is 0.9% sterile saline and will be provided by the Study Center.

### 6.3 ISIS 304801 Packaging, Labeling and Drug Accountability

Isis Pharmaceuticals, Inc. will provide the Site Pharmacists with packaged ISIS 304801 labelled in accordance with specific country regulatory requirements.

### 6.4 Study Drug Administration

ISIS 304801 solution and placebo will be prepared by an unblinded pharmacist (or qualified delegate). Please refer to the Study Drug manual for additional details. Vials are for single-use only. A trained professional, blinded to the identity of the drug, will administer the Study Drug. Study visits that require only Study Drug administration, vital signs, adverse events, concomitant medication usage recording, and diet/alcohol counseling and monitoring may be conducted at a remote location (e.g., the patient's home) if travel to the study center is unduly burdensome for a patient. The Study Drug will be administered as a SC injection in the abdomen, thigh, or outer area of the upper arm on each dosing day. Dosing should be rotated among the anatomical locations (abdomen, thighs or arms) for each individual patient during the dosing period (avoiding areas of excessive rubbing such as the belt line). Doses will be administered as a single SC injection. Doses of 300 mg may be administered as two equal volume noncontiguous SC injections if there are tolerability issues with receiving the dose as a single SC injection. Please refer to the Study Drug manual for more detailed instructions for Study Drug preparation and administration.

### 6.5 Drug Accountability

The unblinded pharmacist (or qualified delegate) is required to document receipt, dispensing and return of ISIS 304801 supplies. Drug accountability documentation and all used and unused ISIS 304801 vials must be returned to Isis Pharmaceuticals or designee.

## 6.6 Concomitant Medications

Throughout the study, Site Investigators or designated licensed physicians involved in the study may prescribe concomitant medications or treatments deemed necessary for AEs or to provide adequate supportive care.

No lipid lowering therapies (e.g., fibrates, niacin, fish oil or other products containing omega-3 fatty acids), or systemic corticosteroids may be started (Groups 1 and 2) or adjusted (Groups 3 and 4) after screening and doses of existing oral anti-diabetic medication, oral contraceptives, hormone replacement therapy, topical corticosteroids, anticoagulants, or drugs or dietary supplements with potential lipid-altering effects should not be adjusted.

Study patients are prohibited from receiving other experimental agents during the study. This includes marketed agents at experimental dosages that are being tested for the treatment of hypertriglyceridemia.

All concomitant medications/treatments and significant non-drug therapies (including supplements and assistive devices) received by a patient must be recorded in the patient's source documents and CRF.

Patients should consult with the Site Investigator or designee prior to initiating any new medication, including non-prescription compounds or any other non-drug therapy.

# 7. STUDY PROCEDURES

For an individual patient, the participation period consists of a ≤8-week screening period (which includes a 4-week tight diet control run-in qualification period), a -week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 35 weeks of study participation. Concomitant medications and any AEs will be recorded throughout all periods of the study.

## 7.1 Screening Plus Tight Diet Control Run-In Qualification and Randomization Period (Study Day ≤-63 to Study Day -1)

Patients who give written informed consent will undergo a medical history and physical examination including vital signs, 12-lead electrocardiogram (ECG), determination of concomitant medications, and have blood and urine samples taken for clinical laboratory testing (Appendix A). Females who are of childbearing potential will have a pregnancy test at screening and again during the post tight diet control study qualification period. Patients will be placed on a tightly controlled diet for the duration of study participation. After 28 days on the controlled diet, patients will have baseline measurements and be assessed (Appendix A) for qualification of enrollment into the treatment phase of the study. Patients who meet the enrollment criteria following diet run-in and not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2) and randomized as described in Section 5.1. Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized as described in Section 5.1. Eligible patients with Fredrickson Type 1 dyslipidemia will be enrolled into Group 4.

Preceding the visit that includes a blood draw for pharmacodynamic measurements (Day -8) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to

their visit (to ensure equal moderation of fat intake, per patient), after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding this clinic visit.

## 7.2 Treatment Period (Study Day 1 to Study Day 85)

Enrolled patients will receive a total of 13 doses of Study Drug (Appendix A). Study Drug will be administered by SC injection on Study Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85.

Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 1, 8, 15, 29, 43, 57, 71, and 85), patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit, after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits.

Blood will be collected for measurement of total apoC-III and other pharmacodynamic markers on Days 1, 8, 15, 29, 43, 57, 71, and 85 (prior to Study Drug administration). Patients in the post-prandial assessment group will have blood drawn for pharmacodynamic measurements on Day -1, pre-liquid meal, and not on Day 1. Patients will meet with a dietician or study staff member at each visit and compliance to diet and alcohol restrictions will be monitored and the importance of continuing compliance will be reinforced to the patient. Safety and clinical laboratory evaluations as well as blood sampling for PK analysis and post-prandial assessments (in a subset of patients) will be performed periodically throughout the treatment period (Appendices A, B, C, and D).

*Postprandial Assessment (Appendix D):* Patients in the post-prandial assessment group will consume standardized pre cooked meals (lunches and dinners (provided) and instructions for breakfasts and snacks) for the 2 days prior to the post-prandial evaluations. Patients will remain fasted after consuming the standardized pre-cooked meal for the dinner on the evening prior to their visit. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. On each of the post-prandial evaluation days, following the blood draws, patients will consume a standardized liquid meal (which represents about a third of the daily caloric requirements) with a stable radioisotope tracer, followed by an 8 hour radioisotope infusion and serial blood sampling. Patients will receive a standardized pre-cooked meal 9 hrs after consuming the liquid meal, after which they will fast until the 24 hour blood draw the following day.

*Extensive PK Assessment (Appendix C):* In addition to trough sample collection, patients in the extensive PK assessment group will undergo serial blood sampling for 24 hrs after their first (Day 1-2) and last (Day 85-86) dose of Study Drug.

## 7.3 Post-treatment Evaluation Period (Study Day 86 to Study Day 176)

Patients will be followed until Study Day 176. During this time, patients will return to the study center for outpatient clinic visits on Study Days 92, 99, 127, and 176 (and Day 103 for patients in the post-prandial assessment group) for safety and clinical laboratory evaluations (blood draws), diet counseling and monitoring, concomitant medication usage recording, and AE event collection. Blood samples for PK and PD analysis will be collected periodically throughout the post-treatment evaluation period (Appendices A, B, and C). Post-prandial assessments will be done in a subset of patients (Appendix D).

Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 92, 99, 127, and 176) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit, after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits.

## 7.4 Laboratory Analytes

Laboratory measurements of serum chemistry, urinalysis, coagulation, complement, hematology, immune function, thyroid function, and full lipid panel will be performed at the times shown in the Schedule of Procedures (Appendix A). The analytes within these panels are shown in Appendix B.

## 7.5 Pharmacokinetics Specimen Collection

Plasma specimens will be collected as shown in Appendix A (Schedule of Procedures) and Appendix C (Pharmacokinetic Sampling Schedule).

## 7.6 Restrictions on the Lifestyles of Patients

### *7.6.1 Contraception Requirements*

All patients of childbearing potential must refrain from sperm/egg donation and practice effective contraception 4 weeks prior to dosing and during the study and be willing and able to continue contraception for 13 weeks after their last dose of Study Drug.

For the purposes of this study, women of childbearing potential are defined as any female who has experienced menarche, and that does not meet one of the following conditions:

- Postmenopausal: twelve (12) months of natural (spontaneous) amenorrhea together with FSH confirmation of postmenopausal state or 6 weeks after surgical bilateral oophorectomy with or without hysterectomy
- Post hysterectomy

For the purposes of this study, effective contraception is defined as follows:

- For female patients: using 1 or more of the following acceptable methods of contraception: surgical sterilization (e.g., bilateral tubal ligation), hormonal contraception, intrauterine contraception/device, or any 2 barrier methods (a combination of male or female condom* with diaphragm, sponge, or cervical cap) together with spermicidal foam/gel/film/cream/suppository.
- For male patients: effective male contraception includes a vasectomy with negative semen analysis at follow-up, or the use of condoms together with spermicidal foam/gel/film/cream/suppository. Male patients must also encourage their female partner (of childbearing potential) to use effective contraception during the study and for at least 13 weeks after the patient's last dose of Study Drug. Effective contraceptive for the female partner includes: surgical sterilization (e.g., bilateral tubal ligation), hormonal contraception, intrauterine contraception/device, or barrier methods (female condom*,

diaphragm, sponge, cervical cap) together with spermicidal foam/gel/film/cream/ suppository.

*Note: A female condom and a male condom should not be used together as friction between the two can result in either product failing.

Male patients with partners that are pregnant must use condoms during the study and for at least 13 weeks after their last dose of Study Drug to ensure that the fetus is not exposed to Study Drug.

### *7.6.2 Other Requirements*

During the tight diet control run-in qualification period, patients will be placed on a tightly controlled diet. After 28 days on the diet, patients will be assessed for qualification for study participation. Patients will remain on the tightly controlled diet for the duration of study participation. Diet requirements will be similar to those provided in Health Canada's Food Guide (www.healthcanada.gc.ca/foodguide). Patients will be provided a standardized pre-cooked meal for the dinner (after which they will remain fasted) preceding blood drawing for pharmacodynamic measurements. Alcohol consumption will not be allowed 48 hrs preceding blood drawing for pharmacodynamic measurements. In addition, patients in the post-prandial assessment group will be provided with standardized pre cooked meals (lunches and dinners and instructions for breakfasts and snacks) for the 2 days prior to the post-prandial evaluation day. On the post-prandial evaluation day, patients will consume a standardized liquid meal with a stable radioisotope tracer prior to blood draws. On the post-prandial day, after 9 hours of blood draws, patients will receive a standardized pre-cooked meal after which they will remain fasted until the 24 hour blood draw for pharmacodynamic measurements the following day.

## 8. SAFETY MONITORING AND STOPPING RULES

In addition to the standard monitoring of clinical safety parameters, the following guidelines are provided for the monitoring of selected parameters chosen based on preclinical and clinical observations (see Investigator's Brochure).

Confirmation Guidance: At any time during the study (treatment or post-treatment periods), the initial clinical laboratory results meeting the safety monitoring criteria presented below **must be confirmed** by performing measurements (ideally in the same laboratory that performed the initial measurement) on new specimens. All new specimen collections should take place as soon as possible (ideally within 3 days of the initial collection) and, in any event, no longer than 5 days from the collection that yielded the initial observation. If the initial laboratory result is observed during the treatment period, the results from the retest **must be available** prior to the next scheduled dose of Study Drug (ISIS 304801 or placebo).

Stopping Rule Guidance: If any of the stopping criteria described below are met and are confirmed, the patient will be permanently discontinued from further treatment with Study Drug (ISIS 304801 or placebo), evaluated fully as outlined below and in consultation with the Sponsor Medical Monitor, and will be entered into the post-treatment evaluation portion of the study. In general, patients who do not meet the stopping rules based upon retest may continue dosing. However, the Site Investigator and the Sponsor Medical Monitor should confer as to whether additional close monitoring of the patient is appropriate.

## 8.1 Liver Chemistry Rules

The following rules are adapted from the draft guidance for industry, "Drug-Induced Liver Injury: Premarketing Clinical Evaluation," issued by the U.S. Department of Health and Human Services, Food and Drug Administration, July 2009.

### *8.1.1 Safety Monitoring Rules for Liver Chemistry Tests*

In the event of an ALT or AST measurement that is >3 x ULN at any time during the study (treatment or post-treatment period), the initial measurement(s) should be confirmed as described above. Similarly, confirmatory measurements should also be performed if ALT or AST levels increase to ≥5 x ULN (following the initial meeting of each of those criteria).

Frequency of Repeat Measurements: Patients with confirmed ALT or AST levels >3 x ULN that are continuing to rise should have their liver chemistry tests (ALT, AST, alkaline phosphatase, and total bilirubin at a minimum) retested at least once weekly until levels stabilize or begin to recover. The performance of additional laboratory tests (e.g., INR) should be discussed with the Sponsor Medical Monitor. Thereafter, liver chemistry tests for these patients should be performed at least every 2 weeks until ALT and AST levels become ≤1.2 x ULN or back to Baseline Value if the Baseline Value was >ULN.

Further Investigation into Liver Chemistry Elevations: For patients with confirmed ALT or AST levels >3 x ULN, the following evaluations should be performed:

1. Obtain a more detailed history of symptoms and prior and concurrent diseases
2. Obtain a further history for concomitant drug use (including nonprescription medications, herbal and dietary supplement preparations), alcohol use, recreational drug use, and special diets
3. Obtain a history for exposure to environmental chemical agents and travel
4. Serology for viral hepatitis (HAV IgM, HBsAg, HCV antibody, CMV IgM, and EBV antibody panel)
5. Serology for autoimmune hepatitis (e.g., antinuclear antibody (ANA))

Additional liver evaluations, including gastroenterology/hepatology consults, hepatic CT or MRI scans, may be performed at the discretion of the Investigator, in consultation with the Sponsor Medical Monitor. Repetition of the above evaluations should be considered if a patient's ALT and/or AST levels reach 5 x ULN.

## 8.2 Stopping Rules

### *8.2.1 Stopping Rules for Liver Chemistry Elevations*

In the event of confirmed laboratory results meeting the following criteria, **and the event is without an alternative explanation as discussed with the Sponsor Medical Monitor,** dosing of a patient with Study Drug (ISIS 304801 or placebo) will be stopped permanently:

1. ALT or AST >8 x ULN

2. ALT or AST >5 x ULN at two consecutive weekly measurements (not less than 7 days nor more than 10 days apart) both of which are confirmed. Treatment with Study Drug (ISIS 304801 or placebo) will continue weekly until the second consecutive weekly ALT or AST measurement is confirmed to be >5 x ULN
3. ALT or AST >3 x ULN **and** total bilirubin >2 x ULN
4. ALT or AST >3 x ULN with the appearance of fatigue, nausea, vomiting, right upper quadrant pain or tenderness, fever, rash, and/or concomitant eosinophilia (>5%)

#### *8.2.2 Stopping Rules for Renal Function Test Results*

In the event of **confirmed** laboratory results for either of the following criteria, dosing of a patient with Study Drug will be stopped permanently:

- Confirmed serum creatinine increase ≥0.3 mg/dL (26.5 µmol/L) or ≥40% (whichever is greater) above average baseline creatinine values (average of Week -1 and Day 1 or the Week -1 value if Day 1 measurement is not required
- Proteinuria, dipstick 2 + (confirmed by dipstick retest and then further confirmed by a quantitative total urine protein measurement of >0.5 g/24 hr)

The follow-up schedule for any events meeting either of these stopping criteria will be determined by the Site Investigator in consultation with the Sponsor Medical Monitor.

#### *8.2.3 Stopping Rule for Platelet Count Results*

In the event of a confirmed platelet count less than 75,000/mm$^3$, dosing of a patient with Study Drug (ISIS 304801 or placebo) will be stopped permanently. The follow-up schedule for any events meeting this stopping criterion will be determined by the Site Investigator in consultation with the Sponsor Medical Monitor.

## 9. SERIOUS AND NON-SERIOUS ADVERSE EVENTS

### 9.1 Sponsor Review of Safety Information

Safety information will be collected, reviewed, and evaluated by the Sponsor or designee in accordance with the Safety Management Plan throughout the conduct of the clinical trial.

### 9.2 Regulatory Requirements

The Sponsor is responsible for regulatory submissions and reporting to the investigators of serious adverse events (SAEs) including suspected unexpected serious adverse reactions (SUSARs) per the International Conference on Harmonization (ICH) guidelines E2A and ICH E6. Country-specific regulatory requirements will be followed in accordance with local country regulations and guidelines.

IRB/ IEC will be notified of any SAE according to applicable regulations.

For the purpose of regulatory reporting of SUSARs, there are no expected adverse events for this study population. For Study Drug expected adverse events refer to the Site Investigator's Brochure.

## 9.3 Definitions

### *9.3.1 Adverse Event*

An adverse event is any unfavorable and unintended sign (including a clinically significant abnormal laboratory finding, for example), symptom, or disease temporally associated with the study or use of investigational drug product, whether or not the AE is considered related to the investigational drug product.

### *9.3.2 Adverse Reaction and Suspected Adverse Reaction*

An adverse reaction is any adverse event caused by the Study Drug.

A suspected adverse reaction is any adverse event for which there is a reasonable possibility that the drug caused the adverse event. A suspected adverse reaction implies a lesser degree of certainty about causality than an adverse reaction.

### *9.3.3 Serious Adverse Event (SAE)*

A serious adverse event is any adverse event that in the view of either the Site Investigator or Sponsor, meets any of the following criteria:

- Results in death
- Is life threatening: that is, poses an immediate risk of death as the event occurred

  An adverse event or suspected adverse reaction is considered "life-threatening" if, in the view of either the Site Investigator or Sponsor, its occurrence places the patient at immediate risk of death. It does not include an adverse event or suspected adverse reaction that, had it occurred in a more severe form, might have caused death.

- Requires inpatient hospitalization or prolongation of existing hospitalization

  Hospitalization is defined as an admission of greater than 24 hours to a medical facility and does not always qualify as an adverse event

- Results in a persistent or significant incapacity or substantial disruption of the ability to conduct normal life functions
- Results in congenital anomaly or birth defect in the offspring of the patient (whether the patient is male or female)
- Important medical events that may not result in death, are not life-threatening, or do not require hospitalization may also be considered serious when, based upon appropriate medical judgment, they may jeopardize the patient and may require medical or surgical intervention to prevent one of the outcomes listed in this definition. Examples of such medical events include allergic bronchospasm requiring intensive treatment in an

emergency room or at home, blood dyscrasias or convulsions that do not result in inpatient hospitalization, or the development of drug dependency or drug abuse.

## 9.4 Monitoring and Recording Adverse Events

Any pre-existing conditions or signs and/or symptoms present in a patient prior to the **start** of the study (i.e., before informed consent) should be recorded as Medical History and not recorded as adverse events unless the pre-existing condition worsened. The Site Investigator should always group signs and symptoms into a single term that constitutes a **single unifying diagnosis** if possible.

### *9.4.1 Serious Adverse Events*

In the interest of patient safety, and in order to fulfill regulatory requirements**,** all SAEs (regardless of their relationship to Study Drug) should be reported to the Sponsor or designee within 24 hours of the site's first knowledge of the event. The collection of SAEs will begin after the patient signs the informed consent form and stop at the end of the patient's follow-up period on Study Day 176. When the Site Investigator is reporting by telephone, it is important to speak to someone in person versus leaving a message. An Initial Serious Adverse Event Form should be completed and a copy should be faxed to the Sponsor or designee **(Safety Fax 1-760-268-6500)**.

Detailed information should be actively sought and included on Follow-Up Serious Adverse Event Forms as soon as additional information becomes available. All SAEs will be followed until resolution. SAEs that remain ongoing past the patient's last protocol-specified follow-up visit will be evaluated by the Site Investigator and Sponsor. If the Site Investigator and Sponsor agree the patient's condition is unlikely to resolve, the Site Investigator and Sponsor will determine the follow-up requirement.

### *9.4.2 Non-Serious Adverse Events*

The recording of non-serious AEs will begin after the patient signs the informed consent form and will stop at the end of the patient's follow-up period defined as Study Day 176. The Site Investigator will monitor each patient closely and record all observed or volunteered AEs on the Adverse Event Case Report Form.

### *9.4.3 Evaluation of Adverse Events (Serious and Non-Serious)*

The Investigator's opinion of the following should be documented:

#### *9.4.3.1 Relationship to the Study Drug*

The event's relationship to the Study Drug is characterized by one of the following:

- **Related:** There is clear evidence that the event is related to the use of Study Drug e.g., confirmation by positive re-challenge test
- **Possible:** The event cannot be explained by the patient's medical condition, concomitant therapy, or other causes, and there is a plausible temporal relationship between the event and Study Drug administration

- **Unlikely/Remote:** An event for which an alternative explanation is more likely (e.g., concomitant medications or ongoing medical conditions) or the temporal relationship to Study Drug administration and/or exposure suggests that a causal relationship is unlikely (For reporting purposes, Unlikely/Remote will be grouped together with Not Related)

- **Not Related:** The event can be readily explained by the patient's underlying medical condition, concomitant therapy, or other causes, and therefore, the Site Investigator believes no relationship exists between the event and Study Drug

#### *9.4.3.2 Severity*

The event's severity is characterized by one of the following:

- **Mild:** The event is easily tolerated by the patient and does not affect the patient's usual daily activities

- **Moderate:** The event causes the patient more discomfort and interrupts the patient's usual daily activities

- **Severe:** The event is incapacitating and causes considerable interference with the patient's usual daily activities

If the event is an SAE, then all applicable seriousness criteria must be indicated (criteria listed in Section 9.3.3).

#### *9.4.3.3 Action Taken with Study Drug*

Action taken with Study Drug due to the event is characterized by one of the following:

- **None:** No changes were made to Study Drug administration and dose

- **Permanently Discontinued:** Study Drug was discontinued and not restarted

- **Temporarily Interrupted, Restarted – Same Dose:** Dosing was temporarily interrupted, stopped or delayed due to the adverse event and restarted at the same dose

#### *9.4.3.4 Treatment Given for Adverse Event*

Any treatment (e.g., medications or procedures) given for the adverse event should be recorded.

#### *9.4.3.5 Outcome of the Adverse Event*

If the event is a non-serious adverse event then the event's outcome is characterized by one of the following:

- **AE Persists:** Patient terminates from the trial and the AE continues

- **Recovered:** Patient recovered completely from the AE

- **Became Serious:** The event became serious (the date the event became serious should be recorded as the Resolution Date of that AE and the Onset Date of the corresponding SAE)

- **Change in Severity (if applicable):** AE severity changed

If the event is a serious adverse event then the event's outcome is characterized by one of the following:

- **Ongoing:** SAE continuing
- **Persists (as non-serious AE):** Patient has not fully recovered but the event no longer meets serious criteria and should be captured as an AE on the non-serious AE eCRF (the SAE resolution date should be entered as the date of onset of that AE)
- **Recovered:** Patient recovered completely from the SAE (the date of recovery should be entered as the SAE resolution date)
- **Fatal:** Patient died (the date of death should be entered as the SAE resolution date)

## 9.5 Procedures for Handling Special Situations

### *9.5.1 Abnormalities of Laboratory Tests*

Clinically significant abnormal laboratory test results may, in the opinion of the Investigator, constitute or be associated with an adverse event. Examples of these include abnormal laboratory results that are associated with symptoms, or require treatment, e.g., bleeding due to thrombocytopenia, tetany due to hypocalcemia, or cardiac arrhythmias due to hyperkalemia. Whenever possible, the underlying diagnosis should be listed in preference to abnormal laboratory values as AEs. Clinically significant abnormalities will be monitored by the Site Investigator until the parameter returns to its baseline value or until agreement is reached between the Site Investigator and Sponsor Medical Monitor. Laboratory abnormalities deemed not clinically significant (NCS) by the Site Investigator should not be reported as AEs. Similarly, laboratory abnormalities reported as AEs by the Site Investigator should not be deemed NCS on the laboratory sheet.

The Site Investigator is responsible for reviewing and signing all laboratory reports. The signed clinical laboratory reports will serve as source documents.

### *9.5.2 Prescheduled or Elective Procedures or Routinely Scheduled Treatments*

A prescheduled or elective procedure or a routinely scheduled treatment will not be considered an SAE, even if the patient is hospitalized; the study site must document all of the following:

- The prescheduled or elective procedure or routinely scheduled treatment was scheduled (or was on a waiting list to be scheduled) prior to obtaining the patient's consent to participate in the study
- The condition that required the prescheduled or elective procedure or routinely scheduled treatment was present before and did not worsen or progress in the opinion of the Site Investigator between the patient's consent to participate in the study and the timing of the procedure or treatment

- The prescheduled or elective procedure or routinely scheduled treatment is the sole reason for the intervention or hospital admission

### *9.5.3 Dosing Errors*

Study medication errors should be documented as Protocol Deviations. A brief description should be provided in the deviation, including whether the patient was symptomatic (list symptoms) or asymptomatic, and the event accidental or intentional.

Dosing details should be captured on the Dosing Case Report Form. If the patient takes a dose of Study Drug that exceeds protocol specifications and the patient is symptomatic, then the symptom(s) should be documented as an adverse event and be reported per Section 9.4.

**Should an overdose occur**, the Site Investigator or designee should refer to the Guidance to Investigator's section of the Investigator's Brochure and contact the Sponsor or designee within 24 hours.

### *9.5.4 Contraception and Pregnancy*

Male patients and female patients of childbearing potential must continue to use appropriate contraception with their partners, or refrain from sexual activity as described in the inclusion criteria (Section 7.6.1).

If a patient becomes pregnant or a pregnancy is suspected, or if a male patient makes or believes that he has made someone pregnant during the study, the patient should immediately inform the study personnel. An Initial Pregnancy Form should be submitted to the Sponsor or designee **within 24 hours** of first learning of the occurrence of pregnancy. Follow-up information including delivery or termination is reported on Follow-up Pregnancy Forms and reported within 24 hours.

Payment for all aspects of obstetrical care, child or related care will be the patient's responsibility.

<u>Female patients</u>: If a suspected pregnancy occurs while on the study (including follow-up), a pregnancy test will be performed. The patient with a confirmed pregnancy will be immediately withdrawn from treatment with Study Drug. However, the patient will be encouraged to complete the post-treatment follow-up portion of the study to the extent that study procedures do not interfere with the pregnancy. Regardless of continued study participation, the study physician will assist the patient in getting obstetrical care and the progress of the pregnancy will be followed until the outcome of the pregnancy is known (i.e., delivery, elective termination, or spontaneous abortion). If the pregnancy results in the birth of a child, the Site and Sponsor may require access to the mother and infant's medical records for an additional 8 weeks after birth.

<u>Male patients</u>: The progress of the pregnancy in a male patient's partner should be followed until the outcome of the pregnancy is known (i.e., delivery, elective termination, or spontaneous abortion). If the pregnancy results in the birth of a child, additional follow-up information may be requested for the mother and infant. Follow-up will be performed to the extent permitted by law and privacy considerations.

# 10. STATISTICAL CONSIDERATIONS

## 10.1 Study Endpoints, Subsets, and Covariates

### *10.1.1 Primary Endpoint*

The primary endpoint is the percent change in fasting total apoC-III levels from Baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 for patients in Group 1 plus 2.

### *10.1.2 Secondary Endpoints*

#### *10.1.2.1 Secondary Pharmacodynamic Endpoints*

Percent change in fasting VLDL apoC-III , TG, apoC-II (total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels.

#### *10.1.2.2 Secondary Safety Endpoints*

- Adverse events
- Vital signs and weight
- Physical examination
- Clinical laboratory tests (serum chemistry, hematology, urinalysis, coagulation, complement, immune function, thyroid function, pregnancy test for women with child bearing potential)
- ECG
- Use of concomitant medication

### *10.1.3 Tertiary Endpoints*

Post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in the group of patients undergoing post-prandial assessment as appropriate.

## 10.2 Sample Size Considerations

Based upon prior clinical trial experience with ISIS 304801, it is estimated that the standard deviation of the percent change in total apoC-III is approximately 46%. With 18 Group 1 and 2 patients in the pooled placebo cohort and each ISIS 304801 dose cohort, there would be at least 80% power to detect a 45% difference in total apoC-III between each ISIS 304801 dose cohort and pooled placebo cohort at an alpha level of 0.05, assuming 50% reduction in ISIS 304801 dose cohort and 5% in the pooled placebo cohort.

Sample size in Groups 3 and 4 is not based on statistical calculation. It is selected based upon prior experience to ensure that the safety, tolerability and efficacy of ISIS 304801 can be explored while minimizing unnecessary subject exposure.

## 10.3 Populations

The Safety Set will include all randomized patients who received at least 1 injection.

The Full Analysis Set, which represents the practically-feasible intent-to-treat (ITT) population as delineated in ICH Guideline E9, will include the subset of the Safety Set with at least 1 post-Baseline total apoC-III measure.

The Per-Protocol Set will include the subset of the Full Analysis Set that have received at least 9 doses of ISIS-304801 or placebo and that have no significant protocol deviations that would be expected to affect efficacy assessments.

## 10.4 Interim Analysis

An unblinded interim analysis may be performed for business planning purposes. To ensure patient safety, blinded data including the adverse events and safety laboratory data will be reviewed by the Sponsor on an ongoing basis.

## 10.5 Planned Methods of Analysis

All eCRF data, lab data transfers, as well as any outcomes derived from the data, will be provided in the patient data listings. Patient data listings will be presented for all patients enrolled into the study.

Descriptive summary statistics including n, mean, median, standard deviation, interquartile range (25th percentile, 75th percentile), and range (minimum, maximum) for continuous variables, and counts and percentages for categorical variables will be used to summarize most data. Where appropriate, p-values will be reported. All statistical tests will be conducted using 2-sided tests with 5% type 1 error rates unless otherwise stated.

For data summaries and statistical analyses, the placebo patients from all 3 Group 1 and 2 cohorts will be pooled into one cohort. For analyses of Group 3, the placebo patients from both cohorts will be pooled into one cohort.

All PD endpoints will be assessed on the Per-Protocol Set (primary analysis population) and Full Analysis Set. All safety assessments will be performed on the Safety Set.

### *10.5.1 Demographic and Baseline Characteristics*

Demographic and baseline characteristics will be summarized using descriptive statistics by dose cohort and assessment group. Patient randomization will be summarized by dose cohort and assessment group. The patient disposition will be summarized. All patients enrolled will be included in a summary of patient disposition.

### *10.5.2 Safety Analysis*

Treatment duration and amount of Study Drug received will be summarized by dose cohort and assessment group.

All treatment-emergent adverse events and serious adverse events will be summarized for each dose cohort and assessment group using the MedDRA™ coding system, by system organ class, preferred term, relationship to Study Drug, and severity. Narratives of deaths, serious and

significant adverse events, including early withdrawals due to adverse events, will also be provided.

Laboratory tests to ensure patient safety including chemistry panel, complete blood count with differential, coagulation panel, complement etc., will be summarized by study visits for each dose cohort and assessment group. These safety variables will also be presented as change and percent change from baseline over time after Study Drug administration, as appropriate.

Vital sign and ECG measures will be tabulated by dose cohort and assessment group. In addition, the number of patients who experience abnormalities in clinical laboratory evaluations will be summarized by dose cohort and assessment group.

### *10.5.3 Pharmacokinetic Analysis*

All patients exposed to ISIS 304801 will be included in the PK analysis, and all patients assigned to the extensive PK group will be included in the extensive PK analysis.

Plasma pharmacokinetic parameters and ISIS 304801 concentrations in plasma will be summarized by dose cohort and, when appropriate, by assessment group, using descriptive statistics and, where warranted, presented graphically. The following ISIS 304801 plasma PK parameters (though not necessarily limited to) will be derived from the individual patient concentration vs. time profiles using noncompartmental-based methods and based on actual sampling times as appropriate:

- The maximal observed drug concentration ($C_{max}$)
- The time to reach $C_{max}$ ($T_{max}$)
- The area under the plasma concentration-time curve from zero time (predose) to selected times (t) after the SC administration ($AUC_{0-t}$)
- The apparent terminal half-life ($t_{½}$) if possible

### *10.5.4 Pharmacodynamic Analysis*

The primary analysis will be the comparisons of percent change in fasting total apoC-III levels from baseline (average of Day -8 and pre-dose Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 between ISIS 304801 300 mg Group 1 plus 2 dose cohort and pooled placebo cohort in the Per-Protocol Set. The data will be analyzed using the 2-sample t-test (if data departs substantially from normality, the Wilcoxon Rank Sum test will be used). The primary analysis will take place after all patients in Groups 1 and 2 have completed Day 92 and this database has been locked. The primary pharmacodynamic endpoint will also be assessed (as a secondary end point) in the Full Analysis Set.

Additional secondary pharmacodynamic analyses are:

- Comparisons of percent change in fasting total apoC-III levels from baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 between ISIS 304801 100 mg and 200 mg Group 1 plus 2 dose cohorts vs. pooled placebo Group 1 and 2 cohort. The data will be analyzed using the

2-sample t-test (if data departs substantially from normality, the Wilcoxon Rank Sum test will be used).

- Comparison of percent change from baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) in fasting total apoC-III levels over time between ISIS 304801 Group 1 plus 2 dose cohorts and pooled placebo Group 1 and 2 cohort. Repeated measurement analysis will be performed to analyze the effect over time, if supported by adequate distribution of patients

- Comparisons of percent change in VLDL apoC-III, TG, apoC-II (total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels from baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 between ISIS 304801 Group 1 plus 2 dose cohorts and pooled placebo Group 1 and 2 cohort. The data will be analyzed using the 2-sample t-test (if data departs substantially from normality, the Wilcoxon Rank Sum test will be used).

- All of the above analyses will also be done between ISIS 304801 200 mg and 300 mg dose cohorts vs. pooled placebo cohort in Group 3

- All of the above analyses will also be done between ISIS 304801 100 mg, 200 mg and 300 mg dose cohorts vs. pooled placebo cohort in heterozygous LPL deficient patients in Group 1 plus 2, and in Group 3, if supported by adequate distribution of patients

- Descriptive summary of all pharmacodynamic endpoints in Group 4 patients

The secondary pharmacodynamic endpoints will be assessed in both the Full Analysis and per-protocol populations. Post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels will be analyzed in those patients with data available.

#### *10.5.5 Additional Analyses*

Potential relationships between pharmacodynamic and pharmacokinetic measures may also be explored, where deemed appropriate.

## 11. REGULATORY OBLIGATIONS

### 11.1 Informed Consent

The written informed consent document should be prepared in the language(s) of the potential patient population, based on an English version provided by the Sponsor.

Before a patient's participation in the trial, the Site Investigator is responsible for obtaining written informed consent from the patient after adequate explanation of the aims, methods, anticipated benefits, and potential hazards of the study and before any protocol-specific screening procedures or any Study Drugs are administered.

The acquisition of informed consent and the patient's agreement or refusal of his/her notification of the primary care physician should be documented in the patient's medical records, and the

informed consent form should be signed and personally dated by the patient and by the person who conducted the informed consent discussion (not necessarily an Investigator). The original signed informed consent form should be retained in accordance with institutional policy, and a copy of the signed consent form should be provided to the patient or legally acceptable representative.

### 11.2 Ethical Conduct of the Study

The Guidelines of the World Medical Association (WMA) Declaration of Helsinki in its revised edition (Washington 2002), the guidelines of current Good Clinical Practice (GCP) as well as the demands of national drug and data protection laws and other applicable regulatory requirements will be strictly followed.

### 11.3 Institutional Review Board (IRB)/Independent Ethics Committee (IEC)

A copy of the protocol, proposed informed consent forms, other written patient information, and any proposed advertising material must be submitted to the IRB/IEC for written approval. A copy of the written approval of the protocol and informed consent forms must be received by the Sponsor before recruitment of patients into the study and shipment of Study Drug.

The Site Investigator must submit and, where necessary, obtain approval from the IRB/IEC for all subsequent protocol amendments and changes to the informed consent documents. The Site Investigator should notify the IRB/IEC of deviations from the protocol or serious AEs occurring at the study center and other AE reports received from the Sponsor in accordance with local procedures.

The Site Investigator will be responsible for obtaining annual IRB/IEC approval/renewal throughout the duration of the study. Copies of the Site Investigator's reports and the IRB/IEC's continuance of approval must be sent to the Sponsor.

### 11.4 Pre-Study Documentation Requirements

The Site Investigator is responsible for forwarding at a minimum the following documents to the Sponsor, or designee, for review before study initiation can occur:

- Signed and dated protocol signature page (Investigator's Agreement)
- Copy of the IRB/IEC approval of the protocol, approved consent forms, and patient information sheet
- Up-to-date curricula vitae of Site Investigator and all study team members
- The IRB/IEC composition and/or written statement that IRB/IEC is in compliance with regulations
- Laboratory normal ranges and documentation of laboratory certification (or equivalent)
- Current Patient/Site Investigator indemnity insurance
- Signed study contract

### 11.5 Patient Confidentiality

The Site Investigator must ensure that the patient's confidentiality is maintained. On the CRFs or other documents submitted to the Sponsor, patients should be identified by their initials and a patient study number only. Documents that are not for submission to the Sponsor (e.g., signed informed consent forms) should be kept in strict confidence by the Site Investigator.

In compliance with federal and local regulations/ICH GCP Guidelines, it is required that the Site Investigator and institution permit authorized representatives of the company and of the federal and local regulatory agencies direct access to review the patient's original medical records for verification of study-related procedures and data. Direct access includes examining, analyzing, verifying, and reproducing any records and reports that are important to the evaluation of the study. The Site Investigator is obligated to inform and obtain the consent of the patient to permit named representatives to have access to his/her study-related records without violating the confidentiality of the patient.

## 12. ADMINISTRATIVE AND LEGAL OBLIGATIONS

### 12.1 Protocol Amendments

Protocol amendments will be issued only by the Sponsor. Agreement from the Site Investigator must be obtained for all protocol amendments and amendments to the informed consent document. The regulatory authority and IRB/IEC must be informed of all amendments and give approval for any amendments likely to affect the safety of the patients or the conduct of the trial. The Site Investigator **must** send a copy of the approval letter from the IRB/IEC to the Sponsor.

### 12.2 Study Termination

Both the Sponsor and the Site Investigator reserve the right to terminate the study, according to the terms of the study contract. The Sponsor, or designee, must notify the regulatory authority and the Site Investigator must notify the IRB/IEC in writing of the trial's completion or early termination and send a copy of the IRB/IEC notification to the Sponsor or designee.

### 12.3 Study Documentation and Storage

The Site Investigator must ensure that all appropriately qualified persons to whom he/she has delegated trial duties are recorded on a Sponsor-approved Delegation of Site Responsibilities Form.

Source documents are original documents, data, and records from which the patient's CRF data are obtained. These include but are not limited to hospital records, clinical and office charts, laboratory and pharmacy records, diaries, imaging, radiographs, and correspondence. In this study, CRFs may not be used as source documents.

The Site Investigator and study staff are responsible for maintaining a comprehensive and centralized filing system of all study-related (essential) documentation, in accordance with Section 8 of the ICH Guidelines (E6), suitable for inspection at any time by representatives from the Sponsor and/or applicable regulatory authorities. Elements must include:

- Patient files containing informed consents, and supporting copies of source documentation

- Study files containing the protocol with all amendments, Investigator's Brochure, copies of pre-study documentation (see Section 10.4), and all correspondence to and from the IRB/IEC and the Sponsor
- If drug supplies are maintained at the Study Center, proof of receipt, Study Drug Product Accountability Record, Return of Study Drug Product for Destruction, Final Study Drug Product Reconciliation Statement, and all drug-related correspondence

In addition, all original source documents supporting entries in the CRFs must be maintained and be readily available.

No study document should be destroyed without prior written agreement between the Sponsor and the Site Investigator. Should the Site Investigator wish to assign the study records to another party or move them to another location, he/she must notify the Sponsor in writing of the new responsible person and/or the new location.

### 12.4 Study Monitoring

The Sponsor representative or designee and regulatory authority inspectors are responsible for contacting and visiting the Site Investigator for the purpose of inspecting the facilities and, upon request, inspecting the various records of the trial (e.g., CRFs and other pertinent data) provided that patient confidentiality is respected.

The Sponsor monitor is responsible for inspecting the CRFs at regular intervals throughout the study to verify adherence to the protocol; completeness, accuracy, and consistency of the data; and adherence to local regulations on the conduct of clinical research. The monitor should have access to patient medical records and other study-related records needed to verify the entries on the CRFs.

The Site Investigator agrees to cooperate with the monitor to ensure that any problems detected in the course of these monitoring visits, including delays in completing CRFs, are resolved.

In accordance with ICH GCP and the Sponsor's audit plans, this study may be selected for audit by representatives from Sponsor's Clinical and Quality Assurance Department (or designees). Inspection of study center facilities (e.g., pharmacy, drug storage areas, laboratories) and review of study-related records will occur to evaluate the trial conduct and compliance with the protocol, ICH GCP, and applicable regulatory requirements.

To ensure the quality of clinical data a clinical data management review will be performed on patient data received by the Sponsor or designee. During this review, patient data will be checked for consistency, omissions, and any apparent discrepancies. In addition, the data will be reviewed for adherence to the protocol and GCP. To resolve any questions arising from the clinical data management review process, data queries and/or site notifications will be sent to the site for completion and return to Sponsor or designee.

The Principal Investigator will sign and date the indicated places on the CRFs. These signatures will indicate that the Principal Investigator inspected or reviewed the data on the CRFs, the data queries, and the site notifications, and agrees with the content.

### 12.5 Language

CRFs must be completed in English. Generic names for concomitant medications should be recorded in English if possible, unless it is a combination drug, then record the Trade name in English.

All written information and other material to be used by patients and investigative staff must use vocabulary and language that are clearly understood.

### 12.6 Compensation for Injury

The Sponsor maintains appropriate insurance coverage for clinical trials and will follow applicable local compensation laws. Patients will be treated and/or compensated for any study-related illness/injury in accordance with the information provided in the Compensation for Injury section of the Informed Consent document.

# 13. REFERENCES


Akdim F, Stroes ES, Sijbrands EJ, Tribble DL, Trip MD, Jukema JW, Flaim JD, Su J, Yu R, Baker BF, Wedel MK, Kastelein JJ. Efficacy and safety of mipomersen, an antisense inhibitor of apolipoprotein B, in hypercholesterolemic subjects receiving stable statin therapy. J Am Coll Cardiol 2010; 55: 1611-1618.

Altmann KH, Fabbrot D, Dean NM, Geigert T, Monia BP, Müller M, Nicklin P. Second generation of antisense oligonucleotides: from nuclease resistance to biological efficacy in animals. Chimia 1996; 50: 168-176.

American Diabetes Association (ADA). Standards of medical care in diabetes. Diabetes Care 2008; 31: S12-S54.

Atzmon G, Rincon M, Schechter CB, Shuldiner AR, Lipton RB, Bergman A, Barzilai N. Lipoprotein genotype and conserve pathway for exceptional longevity in humans. PLoS Biol 2006; 4: e113.

Bickerton AS, Roberts R, Fielding BA, Hodson L, Blaak EE, Wagenmakers AJ, Gilbert M, Karpe F, Frayn KN. Preferential uptake of dietary fatty acids in adipose tissue and muscle in the postprandial period. Diabetes 2007; 56: 168-176.

Brewer HB Jr. Hypertriglyceridemia: Changes in the plasma lipoproteins associated with an increased risk of cardiovascular disease. Am J Cardiol 1999; 83: 3F-12F.

Brisson D, Méthot J, Tremblay K, Tremblay M, Perron P, Gaudet D. Comparison of the efficacy of fibrates on hypertriglyceridemic phenotypes with different genetic and clinical characteristics. Pharmacogenetics & Genomics 2010; 20: 742–747.

Caron S and Staels B. Apolipoprotein CIII. A link between hypertiglyceridemia and vascular dysfunction? Circ Res 2008; 103: 1348-1350.

Catapano A, Reiner Z, De Backer G, Graham I, Taskinen M, Wiklund O, Agewall S, Alegria E, Chapman MJ, Durrington P, Erdine S, Halcox J, Hobbs R, Kjekshus J, Filardi PP, Riccardi G, Storey RF, Wood D. ESC/EAS guidelines for the management of dyslipidaemias The task force for the management of dyslipidaemias of the European Society of Cardiology (ESC) and the European Atherosclerosis Society (EAS). Atherosclerosis 2011; 217S: S1-S44.

Chan DC, Chen MM, Ooi EM, Watts GF. An ABC of apolipoprotein C-III: a clinically useful new cardiovascular risk factor? Int J Clin Pract 2008; 62: 799-809.

Chi KN, Zoubeidi A, Gleave ME. Custirsen (OGX-011): A second-generation antisense inhibitor of clusterin for the treatment of cancer. Expert Opin Investig Drugs 2008; 12: 1955-1962.

Gastaldelli A, Coggan AR, Wolfe RR. Assessment of methods for improving tracer estimation of non-steady-state rate of appearance. J Appl. Physiol 1999; 87: 1813-1822.

Gaudet D, De Wal J, Tremblay K, Déry S, Van Deventer S, Freidig A, Brisson D, Méthot J. Review of the clinical development of alipogene tiparvovec gene therapy for lipoprotein lipase deficiency. Atherosclerosis Supplements 2010; 11: 55-60.

Geary RS, Yu RZ, Watanabe T, Henry SP, Hardee GE, Chappell A, Matson J, Sasmor H, Cummins L, Levin AA. Pharmacokinetics of a tumor necrosis factor-alpha phosphorothiate 2′-*O*-(2-methoxyethyl) modified antisense oligonucleotide: comparison across species. Drug Metabolism and Disposition 2003; 31: 1419-1428.

Hegele RA, Ban MR, Hsueh N, Kennedy BA, Cao H, Zou GY, Anand S, Yusuf S, Huff MW, Wang J. A polygenic basis for four classical Fredrickson hyperlipoproteinemia phenotypes that are characterized by hypertriglyceridemia. Hum Mol Genet 2009; 18: 4189-4194.

Hegele RA and Pollex RL. Hypertriglyceridemia: Phenomics and genomics. Mol Cell Biochem 2009; 326: 35-43.

Henry S, Stecker K, Brooks D, Monteith D, Conklin B, Bennett CF. Chemically modified oligonucleotides exhibit decreased immune stimulation in mice. J Pharm Exp Therap 2000; 292: 468-479.

Inoue H, Hayase Y, Iwai S, Ohtsuka E. Sequence-dependent hydrolysis of RNA using modified oligonucleotide splints and RNase H. FEBS Letters 1987; 215: 327-330.

Kawakami A, Aikawa M, Libby P, Alcaide P, Luscinskas FW, Sacks FM. Apolipoprotein CIII in apolipoprotein B lipoproteins enhances the adhesion of human monocytic cells to endothelial cells. Circulation 2006; 113: 691-700.

Kawakami, A, Osaka M, Tani M, Azuma H, Sacks F, Shimokado K, Yoshida M. Apolipoprotein CIII links hyperlipidemia with vascular endothelial cell dysfunction. Circulation 2008; 118: 731-742.

McKay RA, Miraglia LJ, Cummins LL, Owens SR, Samor H, Dean NM. Characterization of a potent and specific class of antisense oligonucleotide inhibitor of human protein kinase C-alpha expression. J Biol Chem .1999; 274: 1715-1722.

Mittendorfer B, Liem O, Patterson BW, Miles JM, Klein S. What does the measurement of whole-body fatty acid rate of appearance in plasma by using a fatty acid tracer really mean? Diabetes 2003; 52: 1641-1648.

Monia BP, Lesnik EA, Gonzalez , Lima WF, McGee D, Guinosso CJ, Kawasaki AM, Cook PD, Freier SM. Evaluation of 2′-modified oligonucleotides containing 2′-deoxy gaps as antisense inhibitors of gene expression. J Biol Chem 1993; 268: 14514-14522.

NCEP. Third report of the national cholesterol education program (NCEP) expert panel on detection, evaluation, and treatment of high blood cholesterol in adults (Adult Treatment Panel III). Circulation 2002; 106: 3143-421.

Normand-Lauziere F, Frisch F, Labbe SM, Bherer P, Gagnon R, Cunnane SC, Carpentier AC. Increased postprandial nonesterified fatty acid appearance and oxidation in type 2 diabetes is not fully established in offspring of diabetic subjects. PLoS. One 2010; 5: e10956.

Ooi EMM, Barrett PHR, Chan DC, Watts GF. Apolipoprotein C-III: understanding an emerging cardiovascular risk factor. Clinical Science 2008; 114: 611–624.

Petersen KF, Dufour S, Hariri A, Nelson-Williams C, Foo JN, Zhang XM, Dziura J, Lifton RP, Shulman GI. Apolipoprotein C3 gene variants in nonalcoholic fatty liver disease. N Engl J Med 2010; 362: 1082-1089.

Pollin TI, Damcott CM, Shen H, Ott SH, Shelton J, Horenstein RB, Post W, McLenithan JC, Bielak LF, Peyser PA, Mitchell BD, Miller M, O'Connell JR, Shuldiner AR. A null mutation in human APOC3 confers a favorable plasma lipid profile and apparent cardioprotection. Science 2008; 322: 1702-1705.

Raal FJ, Santos RD, Blom DJ, Marais AD, Charng MJ, Cromwell WC, Lachmann RH, Gaudet D, Tan JL, Chasan-Taber S, Tribble DL, Flaim JD, Crooke ST. Mipomersen, an apolipoprotein B synthesis inhibitor, for lowering of LDL cholesterol concentrations in patients with homozygous familial hypercholesterolaemia: A randomized, double-blind, placebo-controlled trial. Lancet 2010; 375: 998-1006.

Sacks FM, Alaupovic P, Moye LA, Cole TG, Sussex B, Stampfer MJ, Pfeffer MA, Braunwald E. VLDL, apolipoproteins B, CIII and E and risk of recurrent coronary events in the cholesterol and recurrent events (CARE) trial. Circulation 2000; 102: 1886-1892.

Sundaram M, Zhong S, Khalil MB, Links PH, Zhao Y, Iqbal J, Hussain MM, Parks RJ, Wang Y, Yao Z. Expression of apolipoprotein C-III in McA-RH7777 cells enhances VLDL assembly and secretion under lipid-rich conditions. J Lipid Res 2010; 51: 150-161.

Toskes PP. Hyperlipidemic pancreatitis. Gastroenterol Clin North Am 1990; 19: 783-791.

Tremblay K, Méthot J, Brisson D, Gaudet D. Etiology and risk of lactescent plasma and severe hypertriglyceridemia. J Clin Lipidol. 2011; 5: 37-44.

Yu RZ, Kim TW, Hong A, Watanabe TA, Gaus HJ, Geary RS. Cross-species pharmacokinetic comparison from mouse to man of a second-generation antisense oligonucleotide, ISIS 301012, targeting human apolipoprotein B-100. Drug Metabolism and Disposition 2007; 35: 460-468.

Yuan G, Al-Shali KZ, Hegele RA. Hypertriglyceridemia: It's etiology, effects and treatment. CMAJ 2007; 176: 1113-1120.

# 14. APPENDICES

# Appendix A Schedule of Procedures

## Appendix A Schedule of Procedures (all procedures are pre-dose unless indicated otherwise)

| Study Period | Screen/ Run In[a] | Qual Visit[b] | | Treatment D1 to 85 | | | | | | | | | | | | | | | | Post-Treatment Evaluation D 86 to 176 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study Week** | -9 | -1 | | 1 | | 2 | 3 | 4[c] | 5 | 6[c] | 7 | 8[c] | 9 | 10[c] | 11 | 12[c] | 13 | | 14 | 15 | 16 | | 19 | 26 |
| **Study Day** | -63 | -8 | -1[e] | 1 | 2[d] | 8 | 15 | 22 | 29 | 36 | 43 | 50 | 57 | 64 | 71 | 78 | 85 | 86[d] | 92 | 99 | 103[e] | 104[e] | 127 | 176 |
| **Visit Window +/- Days** | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 2 | 0 | 3 | 5 |
| Informed Consent | X | | | | | | | | | | | | | | | | | | | | | | | |
| Inclusion/Exclusion Criteria | X | X | | | | | | | | | | | | | | | | | | | | | | |
| Medical History | X | | | | | | | | | | | | | | | | | | | | | | | |
| Height | X | | | | | | | | | | | | | | | | | | | | | | | |
| Weight | X | X | | | | | | | | | | | | | | | | | X | | | | | X |
| Vital Signs | X | X | | X | | X | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | | X | X |
| Physical Examination | X | | | | | | | | | | | | | | | | | | X | | | | | X |
| Waist and Hip Circumference | | X | | | | | | | | | | | | | | | | | | | | | | |
| 12- lead ECG | X | | | X | | | | | | | | | X | | | | | | X | | | | | X |
| Urinalysis | X | X | | | | X | X | | X | | | | X | | | | | | X | | | | X | X |
| Blood Draw: Chemistry Panel (+ CPK) | X | X | | | | X | X | | X | | | | X | | | | | | X | | | | X | X |
| Blood Draw: CBC with Differential | X | X | | | | X | X | | X | | | | X | | | | | | X | | | | X | X |
| Blood Draw: Serum Lipid Panel[f] (F = full) | TG only | F | F | F | | X | F | | X | | F | | X | | X | | F | | F | X | | | F | F |
| Blood Draw: Coagulation (aPTT, PT, INR) | X | | | X[g] | | | | | | | | | X | | | | X[g] | | | | | | | X |
| Blood Draw: Complement Markers C5A, Bb | | | | X[g] | | X | | | | | | | | | | | X[g] | | X | | | | | |
| Blood Draw: Hepatitis B, C. HIV. TSH. Free $T_4$ | X | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Draw: hsCRP[i] | | | | X | | | | | | | | | | | | | | | X | | | | | X |

## Appendix A Schedule of Procedures (all procedures are pre-dose unless indicated otherwise) *Continued*

| Study Period | Screen/ Run In[a] | Qual Visit[b] | | Treatment D1 to 85 | | | | | | | | | | | | | | Post-Treatment Evaluation D 86 to 176 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study Week** | -9 | -1 | | 1 | | 2 | 3 | 4[c] | 5 | 6[c] | 7 | 8[c] | 9 | 10[c] | 11 | 12[c] | 13 | | 14 | 15 | 16 | | 19 | 26 |
| **Study Day** | -63 | -8 | -1[e] | 1 | 2[d] | 8 | 15 | 22 | 29 | 36 | 43 | 50 | 57 | 64 | 71 | 78 | 85 | 86[d] | 92 | 99 | 103[e] | 104[e] | 127 | 176 |
| **Visit Window +/- Days** | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 2 | 0 | 3 | 5 |
| Blood Draw Cont: PK Sampling | | | | X | X[h] | X | X | | X | | X | | X | | X | | X | X[h] | X | X | | | X | X |
| Blood Draw Cont: Post-prandial Sampling[e] | | | X | X[h] | | | | | | | | | | | | | | | | | X | X[h] | | |
| Blood Draw Cont: ISIS 304801 Antibodies[i] | | | | X | | | X | | | | | | X | | | | | | X | | | | | X |
| Blood Draw Cont: Serum Pregnancy Test[j] | X | X | | | | | | | X | | | | X | | | | | | | | | | | X |
| Study Drug: SC Injection | | | | X | | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | |
| Diet/Alcohol Counseling and Monitoring[k] | X | X | X | X | | X | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | | X | X |
| Outpatient Visit | X | X | X | X | X | X | X | | X | | X | | X | | X | | X | X | X | X | X | X | X | X |
| Adverse Events | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Concomitant Medication Usage | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

a Screening procedures performed and the patient starts the tightly controlled diet
b After 28 days on the controlled diet, patients will have baseline measurements and be assessed for qualification of enrollment and, if qualified, enrolled into the treatment phase of the study and randomized to assessment group, dose cohort, and treatment
c Study visit may be conducted at a remote location (e.g., patient's home), by a trained professional, if travel to the study center is unduly burdensome for the patient
d Extensive PK blood sampling group only (Appendix C)
e Post-prandial assessment patients only (Appendix D)
f Lipid profile is conducted pre-dose after an overnight fast. Patients in the post-prandial assessment group will have a full lipid panel on Day -1, pre-liquid meal, and not on Day 1. Lipid panel: X; Full lipid panel: F (Appendix B)
g Pre-dose and 4 hrs
h 24 hour blood draw (pre-dose on dosing days)
i Samples will be collected for potential evaluation. Additional samples may be drawn if clinically indicated
j Females of childbearing potential only
k Weekly calls during diet control run in and every other week, between visits, during follow-up to review diet and reinforce compliance to the diet. Patient to fill in the food diary for 2 days prior to visits when lipids are measured and at the visit the trained professional meets the patient, reviews the food diary, and reinforces compliance to the diet

# Appendix B Clinical Laboratory Assessments

## Appendix B Clinical Laboratory Assessments

Based on emerging data from this or future studies, additional tests not listed below may be performed on stored samples to better characterize the profile of ISIS 304801 or other similar oligonucleotides

For timing of laboratory assessments, see Appendix A

| **Clinical Safety Assessments (Minimum Requirements)** | | | **Other Assessments** | **Efficacy Assessments** |
|---|---|---|---|---|
| **Clinical Chemistry**<br>Sodium<br>Potassium<br>Chloride<br>Bicarbonate<br>Total protein<br>Albumin<br>Total globulin<br>Calcium<br>Phosphorus<br>Glucose<br>Blood urea nitrogen<br>Creatinine<br>Uric acid<br>Lactate dehydrogenase<br>Total, direct, and indirect bilirubin<br>Alkaline phosphatase<br>AST (SGOT)<br>ALT (SGPT)<br>Creatine phosphokinase<br>**Other**<br>hsCRP<br>Hepatitis B, C<br>HIV | **Urinalysis**<br>Color<br>Appearance<br>Specific gravity<br>pH<br>Protein<br>Blood<br>Ketones<br>Urobilinogen<br>Glucose<br>Bilirubin<br>Leukocyte esterase<br>Nitrite<br>Microscopic examination (if abnormal urine dipstick) | **Coagulation**<br>aPTT<br>PT<br>INR<br>**Complement**<br>C5a<br>Bb<br>**Hematology**<br>White blood cell count<br>Red blood cell count<br>Hemoglobin<br>Hematocrit<br>MCV, MCH, & MCHC<br>Platelet count<br>WBC differential (% and absolute)<br>- Neutrophils<br>- Lymphocytes<br>- Monocytes<br>- Eosinophils<br>- Basophils | **Immune Function**<br>Anti ISIS 304801 antibodies<br>**Thyroid Function**<br>Free $T_4$<br>TSH<br>**Pregnancy (For women of childbearing potential)**<br>hCG<br>**Pharmacokinetics**<br>*ISIS 304801 in plasma<br><br>**Plasma PK samples may also be used for other tests such as profiling of drug binding proteins, bioanalytical method validation purposes, stability and metabolite assessments, and/or to assess other actions of ISIS 304801 with plasma constituents*<br>*Retention plasma pellets (i.e., cells) may be used for genetic testing for LPL deficiency* | **Full Lipid Panel****<br>TG<br>ApoC-III (total)<br>ApoC-III (VLDL)<br>ApoC-II (total)<br>ApoC-II (VLDL)<br>ApoB-100<br>ApoA-1<br>ApoA-2<br>ApoE<br>TC<br>LDL-C and LDL-TG<br>VLDL-C and VLDL-TG<br>non-HDL-C and non-HDL-TG<br>HDL-C and HDL-TG<br>CM-C and CM-TG<br>FFA<br>glycerol<br>**Lipid Panel****<br>TG, apoC-III (VLDL and total), apoC-II (total), apo B-100, TC, LDL-C, non-HDL-C, HDL-C<br>**Post-prandial Assessments****<br>See Appendix D<br>***Other lipids, apolipoproteins, and lipoproteins, glycerol, glucose, and insulin may be measured, as needed; at the discretion of the Sponsor, samples will be collected and stored* |

# Appendix C Pharmacokinetic Sampling Schedule

## Appendix C Pharmacokinetic Sampling Schedule

Blood samples for the determination of plasma ISIS 304801 concentrations will be collected prior to dosing, and at various times throughout the dosing period as noted in the tables below. Plasma PK samples may also be used for profiling of drug binding proteins, bioanalytical method validation purposes, stability and metabolite assessments, or to assess other actions of ISIS 304801 with plasma constituents.

### Extensive PK Sampling (Blood) Schedule for Patients in Group 2a

| Study Day | D1 | D2 | D8 | D15 | D29 | D43 | D57 | D71 |
|---|---|---|---|---|---|---|---|---|
| Visit Window +/- Days | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Pre-dose, 0.5, 1, 1.5, 2, 3, 4, 6, 8 and 12 hr post SC injection | 24 hr post dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose |

| Study Day | D85 | D86 | D92 | D99 | D127 | D176 |
|---|---|---|---|---|---|---|
| Visit Window +/- Days | 1 | 0 | 1 | 1 | 3 | 5 |
| | Pre-dose, 0.5, 1, 1.5, 2, 3, 4, 6, 8 and 12 hr post SC injection | 24 hr post dose | 168 +/- 24 hr post dose | 336 +/- 24 hr post dose | 1008 +/- 72 hr post dose | 2184 +/- 120 hr post dose |

### PK Sampling (Blood) Schedule for Patients in Groups 1, 2b, 3 and 4

| Study Day | D1 | D8 | D15 | D 29 | D43 | D57 | D71 |
|---|---|---|---|---|---|---|---|
| Visit Window +/- Days | 0 | 0 | 1 | 1 | 1 | 1 | 1 |
| | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose |

| Study Day | D85 | D92 | D99 | D127 | D176 |
|---|---|---|---|---|---|
| Visit Window +/- Days | 1 | 1 | 1 | 3 | 3 |
| | Pre-dose | 168 +/- 24 hr post dose and pre-prandial | 336 +/- 24 hr post dose | 1008 +/- 72 hr post dose | 2184 +/- 120 hr post dose |

# Appendix D Post-prandial Meal, Sampling Schedule, and Assessment

## Appendix D Post-prandial Meal, Sampling Schedule, and Assessment

Post-prandial assessment for lipoproteins metabolism will be performed using a radiolabelled meal supplemented with a labeled tracer, $^3$H-palmitate (300µCi, Perkin Elmer Inc., Woodbridge, ON, Canada), sonicated into the liquid meal. Palmitate is a fatty acid that is a common constituent of any diet. The $^3$H-palmitate tracer emits weak radioactivity, equivalent to an X-ray. Since dietary palmitate is incorporated into chylomicrons as they are formed in the enterocytes of the gut, this enables monitoring the appearance and clearance of newly-formed chylomicrons from circulation. The methodology to be applied for studying post-prandial kinetics of chylomicrons appearance and clearance is well-established (Mittendorfer et al. 2003; Bickerton et al. 2007; Normand-Lauziere et al. 2010).

A liquid meal (similar to a milkshake) containing a small amount (300µCi) of radiolabelled fatty acids ($^3$H-palmitate) will be provided. The liquid meal will provide about a third of the daily caloric requirements. From 1 hr prior to 9 hrs after the ingestion of the meal, a constant infusion of [U-$^{13}$C]-K palmitate (0.01µmol/kg/min in 100 ml 25% human serum albumin; Cambridge Isotopes Laboratories Inc., Andover, MA) and a primed (1.6 µmol/kg) continuous (0.05 µmol/kg/min) infusion of [1,1,2,3,3-$^2$H]-glycerol (Cambridge Isotopes Laboratories Inc.) will be administered as previously described (Normand-Lauziere et al. 2010). Plasma palmitate and glycerol appearance rates will be calculated using Steele's non-steady state equation assuming a volume of distribution of 90ml/kg and 230ml/kg, respectively (Gastaldelli et al. 1999).

Blood samples will be drawn at intervals before and after the ingestion of the radiolabelled meal on days prior to and after the Treatment phase as noted in the table below. A standardized meal will be given to the participants after the 9 hr blood draw. Blood will be collected in tubes containing $Na_2$EDTA and Orlistat (30 µg/ml, Roche, Mississauga, Canada) to prevent *in vitro* triacylglycerol lipolysis and separate samples will be collected in NaF tubes for plasma glucose determination.

### Post-prandial Sampling (Blood) Schedule

| Study Day | D -1 | D1 | D103 | D104 |
|---|---|---|---|---|
| Visit Window +/- Days | 0 | 0 | 2 | 0 |
| | -1 hr pre-prandial, and 0, 1, 2, 3, 4, 5, 6, 7, 8, and 9 hrs post prandial | 24 hrs post-prandial /pre SC injection | -1 hr pre-prandial, and 0, 1, 2, 3, 4, 5, 6, 7, 8, and 9 hrs post-prandial | 24 hrs post-prandial |

The following will be measured:

- Plasma and CM fraction levels for $^3$H-tracer
- Plasma [U-$^{13}$C]-K palmitate and [1,1,2,3,3-$^2$H]-glycerol appearance rates
- Plasma and CM fraction levels for TG, TC, and apoB
- Plasma, CM, and VLDL fraction levels for apo CIII, apo CII, and apo E
- Plasma levels for glucose and insulin

Plasma samples may also be used for profiling of drug binding proteins, bioanalytical method validation purposes, stability and metabolite assessments, or to assess other actions of ISIS 304801 with plasma constituents.

# Appendix E Group 2 Study Schematic: Extensive PK and Post-prandial Schedule and Procedures

## Appendix E Group 2 Study Schematic: Extensive PK and Post-prandial Schedule and Procedures




*Patients randomized to Group 2b (post-prandial assessment) given standardized meals to consume on Days -3 and -2
**Patients randomized to Group 2b (post-prandial assessment) given standardized meals to consume on Days 101 and 102
At the visits prior to lipid blood draws, all patients will be given standardized dinner to consume the evening before the lipid blood draw
PEA: Primary endpoint analysis
E/R: Enrollment and Randomization (up to 90 patients)

# ISIS PHARMACEUTICALS, INC.

## ISIS 304801-CS2

## A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

**Amendment 5 – 7 May 2013**

**Sponsor:**

Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

# ISIS 304801-CS2

## A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

**Amendment 5 – 7 May 2013**

**Protocol History:**

| | |
|---|---|
| Original Protocol: | 01 November 2011 |
| Amendment 1: | 19 April 2012 |
| Amendment 2: | 09 August 2012 |
| Amendment 3: | 10 December 2012 |
| Amendment 4: | 6 February 2013 |

**Sponsor:**

Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

Walter Singleton MD
Chief Medical Officer

# ISIS 304801

## Isis Protocol Number ISIS 304801-CS2

## A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

**Protocol Amendment 5**

**Clinical Phase: 2**

Trial Sponsor: Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010
Phone: + 01 760 931 9200
Fax: + 01 760 603 4650

Key Sponsor Contact: Vickie Alexander, Ph.D.
Director, Clinical Development
2855 Gazelle Court
Carlsbad, CA 92010
Phone: + 01 760 603 3858
Fax: + 01 760 603 4650

7 May 2013

**Confidentiality Statement**

This document contains confidential information of the Sponsor that must not be disclosed to anyone other than the recipient study staff and members of the Institutional Review Board. This information cannot be used for any purpose other than the evaluation or conduct of the clinical investigation without the prior written consent of the Sponsor.

# Protocol Signature Page

**Protocol Number:** ISIS 304801-CS2

**Protocol Title:** A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Severe or Uncontrolled Hypertriglyceridemia

**Amendment:** 5

**Date:** 7 May 2013

I undersigned hereby acknowledge that I have read and understand the attached clinical protocol, entitled "A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia" dated 7 May 2013, and agree to conduct the study as described herein.

This protocol was designed and will be conducted, recorded, and reported in compliance with the principles of Good Clinical Practice (GCP) guidelines as well as in accordance with all national, state and local laws of the appropriate regulatory authorities. These guidelines are stated in "Guidance for Good Clinical Practice," International Conference on Harmonization of Technical Requirements for Registration of Pharmaceuticals for Human Use.

I agree to comply with the International Conference on Harmonization Tripartite Guideline on Good Clinical Practice (E6). I have read and agree to abide by the requirements of this protocol.

I agree to ensure that the confidential information contained in this document will not be used for any purpose other than the evaluation or conduct of the clinical investigation without the prior written consent of the Sponsor.

______________________________________
Investigator's Signature

______________________________________ __________________________
Investigator's Name *(please print)* Date (DD Month YYYY)

# TABLE OF CONTENTS

Page

**PROTOCOL AMENDMENT ... 8**
**PROTOCOL SYNOPSIS ... 9**
**LIST OF ABBREVIATIONS ... 15**
**1. STUDY OBJECTIVES ... 17**
**2. BACKGROUND AND RATIONALE ... 17**
2.1 HYPERTRIGLYCERIDEMIA ... 17
2.2 APOC-III ... 18
2.3 THERAPEUTIC RATIONALE ... 18
2.4 ISIS 304801 ... 19
*2.4.1 Mechanism of Action ... 19*
*2.4.2 Chemistry ... 19*
2.5 PRECLINICAL STUDIES ... 20
2.6 CLINICAL EXPERIENCE ... 21
2.7 RATIONALE FOR DOSAGES AND SCHEDULE OF ADMINISTRATION ... 22
**3. INVESTIGATIONAL PLAN ... 22**
3.1 STUDY DESIGN ... 22
3.2 NUMBER OF PATIENTS ... 24
**4. PATIENT ELIGIBILITY ... 25**
4.1 INCLUSION CRITERIA ... 25
4.2 EXCLUSION CRITERIA ... 25
**5. PATIENT ENROLLMENT ... 27**
5.1 RANDOMIZATION ... 27
5.2 VISIT DAYS AND WINDOWS ... 28
5.3 WITHDRAWAL OF PATIENTS ... 28
5.4 REPLACEMENT OF PATIENTS ... 29
5.5 UNBLINDING OF TREATMENT ASSIGNMENT ... 29
5.6 STUDY TERMINATION ... 30
**6. STUDY DRUG ... 30**
6.1 ISIS 304801 ... 30
6.2 PLACEBO ... 30
6.3 ISIS 304801 PACKAGING, LABELING AND DRUG ACCOUNTABILITY ... 30
6.4 STUDY DRUG ADMINISTRATION ... 30
6.5 DRUG ACCOUNTABILITY ... 30
6.6 CONCOMITANT MEDICATIONS ... 31
**7. STUDY PROCEDURES ... 31**
7.1 SCREENING PLUS TIGHT DIET CONTROL RUN-IN QUALIFICATION AND RANDOMIZATION PERIOD (STUDY DAY ≤-63 TO STUDY DAY -1) ... 31

7.2 TREATMENT PERIOD (STUDY DAY 1 TO STUDY DAY 85) ....................32
7.3 POST-TREATMENT EVALUATION PERIOD (STUDY DAY 86 TO STUDY DAY 176) ....................32
7.4 LABORATORY ANALYTES ....................33
7.5 PHARMACOKINETICS SPECIMEN COLLECTION ....................33
7.6 RESTRICTIONS ON THE LIFESTYLES OF PATIENTS ....................33
*7.6.1 Contraception Requirements ....................33*
*7.6.2 Other Requirements ....................34*
**8. SAFETY MONITORING AND STOPPING RULES .................... 34**
8.1 LIVER CHEMISTRY RULES ....................35
*8.1.1 Safety Monitoring Rules for Liver Chemistry Tests ....................35*
8.2 STOPPING RULES ....................35
*8.2.1 Stopping Rules for Liver Chemistry Elevations ....................35*
*8.2.2 Stopping Rules for Renal Function Test Results ....................36*
*8.2.3 Stopping Rule for Platelet Count Results ....................36*
**9. SERIOUS AND NON-SERIOUS ADVERSE EVENTS .................... 36**
9.1 SPONSOR REVIEW OF SAFETY INFORMATION ....................36
9.2 REGULATORY REQUIREMENTS ....................36
9.3 DEFINITIONS ....................37
*9.3.1 Adverse Event ....................37*
*9.3.2 Adverse Reaction and Suspected Adverse Reaction ....................37*
*9.3.3 Serious Adverse Event (SAE) ....................37*
9.4 MONITORING AND RECORDING ADVERSE EVENTS ....................38
*9.4.1 Serious Adverse Events ....................38*
*9.4.2 Non-Serious Adverse Events ....................38*
*9.4.3 Evaluation of Adverse Events (Serious and Non-Serious) ....................38*
9.5 PROCEDURES FOR HANDLING SPECIAL SITUATIONS ....................40
*9.5.1 Abnormalities of Laboratory Tests ....................40*
*9.5.2 Prescheduled or Elective Procedures or Routinely Scheduled Treatments ....................40*
*9.5.3 Dosing Errors ....................41*
*9.5.4 Contraception and Pregnancy ....................41*
**10. STATISTICAL CONSIDERATIONS .................... 42**
10.1 STUDY ENDPOINTS, SUBSETS, AND COVARIATES ....................42
*10.1.1 Primary Endpoint ....................42*
*10.1.2 Secondary Endpoints ....................42*
*10.1.3 Tertiary Endpoints ....................42*
10.2 SAMPLE SIZE CONSIDERATIONS ....................42
10.3 POPULATIONS ....................43
10.4 INTERIM ANALYSIS ....................43
10.5 PLANNED METHODS OF ANALYSIS ....................43
*10.5.1 Demographic and Baseline Characteristics ....................43*

*10.5.2 Safety Analysis* ....... *43*
*10.5.3 Pharmacokinetic Analysis* ....... *44*
*10.5.4 Pharmacodynamic Analysis* ....... *44*
*10.5.5 Additional Analyses* ....... *45*
**11. REGULATORY OBLIGATIONS ....... 45**
11.1 INFORMED CONSENT ....... 45
11.2 ETHICAL CONDUCT OF THE STUDY ....... 46
11.3 INSTITUTIONAL REVIEW BOARD (IRB)/INDEPENDENT ETHICS COMMITTEE (IEC) ....... 46
11.4 PRE-STUDY DOCUMENTATION REQUIREMENTS ....... 46
11.5 PATIENT CONFIDENTIALITY ....... 47
**12. ADMINISTRATIVE AND LEGAL OBLIGATIONS ....... 47**
12.1 PROTOCOL AMENDMENTS ....... 47
12.2 STUDY TERMINATION ....... 47
12.3 STUDY DOCUMENTATION AND STORAGE ....... 47
12.4 STUDY MONITORING ....... 48
12.5 LANGUAGE ....... 49
12.6 COMPENSATION FOR INJURY ....... 49
**13. REFERENCES ....... 50**
**14. APPENDICES ....... 52**
APPENDIX A SCHEDULE OF PROCEDURES ....... 53
APPENDIX B CLINICAL LABORATORY ASSESSMENTS ....... 56
APPENDIX C PHARMACOKINETIC SAMPLING SCHEDULE ....... 58
APPENDIX D POST-PRANDIAL MEAL, SAMPLING SCHEDULE, AND ASSESSMENT ....... 60
APPENDIX E GROUP 2 STUDY SCHEMATIC: EXTENSIVE PK AND POST-PRANDIAL SCHEDULE AND PROCEDURES ....... 62

## TABLE OF FIGURES

**Page**

Figure 1 Design of Chimeric 2′-MOE Phosphorothioate Oligonucleotides (MOE-Gapmer) ....... 20
Figure 2 Study Design for ISIS 304801–CS2 ....... 24

# PROTOCOL AMENDMENT

**Protocol Number:** ISIS 304801-CS2

**Protocol Title:** A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

**Amendment Number:** 5

**Amendment Date:** 7 May 2013

The purpose of this amendment is to enable assignment of each Fredrickson Type 1 patient to either a 100 mg, 200 mg, or 300 mg dose and to allow blood samples to be used for genetic testing for lipid, apolipoprotein, and lipoprotein abnormalities. The following table provides a summary list of the significant modifications to the protocol.

## List of Significant Protocol Modifications

| Section | Description of Changes |
|---|---|
| **Protocol Synopsis Study Design and Methodology**<br>**3.1 Study Design**<br>**Group 4** | Was:<br>This is an open-label, 300 mg, dose group. Up to six (6) patients with Fredrickson Type 1 dyslipidemia are planned to be enrolled in this group.<br>Is:<br>This is an open-label dose group. Up to six (6) patients with Fredrickson Type 1 dyslipidemia are planned to be enrolled in this group. After meeting enrollment criteria, each patient will be assigned to either a 100 mg, 200 mg, or 300 mg dose as per Sponsor discretion. |
| **5.1 Randomization** | Was:<br>All patients in Group 4 will be assigned to receive 300 mg of active Study Drug.<br>Is:<br>Patients in Group 4 will be assigned to receive either 100 mg, 200 mg, or 300 mg of active Study Drug. |
| **Appendix B Clinical Laboratory Assessments** | Was:<br>*Retention plasma pellets (i.e., cells) may be used for genetic testing for LPL deficiency*<br>*Is:*<br>*Retention plasma pellets (i.e., cells) may be used for genetic testing for lipid, apolipoprotein, and lipoprotein abnormalities* |

## PROTOCOL SYNOPSIS

| | |
|---|---|
| **Protocol Title:** | A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia |
| **Study Phase** | 2 |
| **Indication** | (1) Patients not on TG-lowering therapy with fasting triglyceride (TG) levels ≥440 and ≤2000 mg/dL or patients on a stable dose of fibrate with fasting TG levels ≥225 and ≤2000 mg/dL not being affected by familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II or other LPL co-factor deficiency (Fredrickson Type 1 dyslipidemia); or (2) patients with familial hyperchylomicronemia with fasting TG levels ≥440 mg/dL |
| **Objectives:** | **Primary:**<br>To evaluate the dose/response pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apolipoprotein C-III (apoC-III) levels.<br>**Secondary:**<br>• To evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting apoC-III associated with very low density lipoprotein (VLDL) (VLDL apoC-III), TG, apolipoprotein C-II (apoC-II; total and associated with VLDL), apolipoprotein B-100 (apoB-100), apolipoprotein A-1 (apoA-1), apolipoprotein A-2 (apoA-2), apolipoprotein E (apoE), total cholesterol (TC), LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-high density lipoprotein-cholesterol (non-HDL-C), non-HDL-TG, HDL-C, HDL-TG, chylomicron-C (CM-C), CM-TG, free fatty acids (FFA), and glycerol levels<br>• To evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting lipoprotein, apolipoprotein, lipid, glycerol and total apoC-III levels in heterozygous LPL deficient patients<br>• To evaluate the pharmacodynamic effects of ISIS 304801 over time on fasting lipoprotein, apolipoprotein, lipid, glycerol and total apoC-III levels in Fredrickson Type 1 patients<br>• To evaluate the safety, tolerability and pharmacokinetics (PK) of ISIS 304801<br>• To evaluate post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in a subset of the patients in the study<br>• To evaluate more extensive pharmacokinetics (a pharmacokinetic profile) in another subset of the patients (will not be the same patients as those in the post-prandial assessment group) |
| **Study Design and Methodology:** | **Groups 1, 2, and 3:**<br>Study Groups 1, 2, and 3 are randomized, double-blind, placebo-controlled, dose response groups. A total of ninety six (96) patients are planned for these groups. For cohorts with patients not on TG-lowering therapy, here will be 24 patients planned per dose cohort (100, 200, 300 mg) with 18 ISIS 304801 (active) and 6 placebo patients per cohort. For cohorts with patients on a stable dose of fibrate, there will be 12 patients planned per cohort (200, 300 mg) with 8 active and 4 placebo patients per cohort.<br>Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 study randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).<br>Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Design and Methodology *Continued*:** | **Group 4:**<br><br>This is an open-label dose group. Up to six (6) patients with Fredrickson Type 1 dyslipidemia are planned to be enrolled in this group. After meeting enrollment criteria, each patient will be assigned to either a 100 mg, 200 mg, or 300 mg dose as per Sponsor discretion.<br><br>**All Groups:**<br><br>Patients will receive 13 doses of Study Drug administered by subcutaneous (SC) injection once a week for 13 weeks (Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85).<br><br>For an individual patient, the participation period consists of a ≤8-week screening period (which includes a 4-week tight diet control run-in qualification period), a 1-week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 35 weeks of study participation. Concomitant medications and adverse events will be recorded throughout all periods of the study.<br><br><u>Screening Plus Tight Diet Control Run-In, Qualification and Randomization Period (Study Day ≤-63 to Study Day -1)</u>: Patients who give written informed consent will undergo a medical history and physical examination including vital signs, 12-lead electrocardiogram (ECG), determination of concomitant medications, and have blood and urine samples taken for clinical laboratory testing (Appendix A). Females who are of childbearing potential will have a pregnancy test. Patients will be placed on a tightly controlled diet for the duration of study participation. After 28 days on the controlled diet, patients will have baseline measurements and be assessed (Appendix A) for qualification of enrollment into the treatment phase of the study. Patients who meet the enrollment criteria following diet run-in will be enrolled and randomized as described above.<br><br>Preceding the visit that includes a blood draw for pharmacodynamic measurements (Day -8) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit (to ensure equal moderation of fat intake, per patient), after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding this clinic visit.<br><br><u>Treatment Period (Study Day 1 to Study Day 85)</u>: Enrolled patients will receive a total of 13 doses of Study Drug (Appendix A). Study Drug will be administered by SC injection on Study Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85.<br><br>Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 1, 8, 15, 29, 43, 57, 71, and 85), patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. Blood will be collected for measurement of total apoC –III and other pharmacodynamic markers on Days 1, 8, 15, 29, 43, 57, 71, and 85 (prior to Study Drug administration). Patients in the post-prandial assessment group will have blood drawn for pharmacodynamic measurements on Day -1, pre-liquid meal, and not on Day 1. Patients will meet with a dietician or study staff member at each visit and compliance to diet and alcohol restrictions will be monitored and the importance of continuing compliance will be reinforced to the patient. Safety and clinical laboratory evaluations as well as blood sampling for PK analysis and post-prandial assessments (in a subset of patients) will be performed periodically throughout the treatment period (Appendices A, B, C, and D).<br><br><u>Postprandial Assessment (Appendix D)</u>: Patients in the post-prandial assessment group will consume standardized pre-cooked meals (lunches and dinners (provided) and instructions for breakfasts and snacks) for the 2 days prior to the post-prandial evaluations. Patients will remain fasted after consuming the standardized pre-cooked meal for the dinner on the evening prior to their visit. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. On each of the post-prandial evaluation days, following the blood draws, patients will consume a standardized liquid meal (which represents about a third of the daily caloric requirements) with a stable radioisotope tracer, followed by an 8 hour radioisotope infusion and serial blood sampling. Patients will receive a standardized pre-cooked meal 9 hrs after consuming the liquid meal, after which they will fast until the 24 hr blood draw the following day. |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Design and Methodology *Continued*:** | Extensive PK Assessment (Appendix C): In addition to trough sample collection, patients in the extensive PK assessment group will undergo serial blood sampling for 24 hrs after their first (Day 1-2) and last (Day 85-86) dose of Study Drug.<br><br>Post-treatment Evaluation Period (Study Day 86 to Study Day 176); Patients will be followed until Day 176. During this time, patients will return to the study center for outpatient clinic visits on Study Days 92, 99, 127, and 176 (and Day 103 for patients in the post-prandial assessment group) for safety and clinical laboratory evaluations (blood draws), diet counseling and monitoring, concomitant medication usage recording, and adverse event collection. Blood samples for PK and PD analysis will be collected periodically throughout the post-treatment evaluation period (Appendices A, B, and C). Post-prandial assessments will be done in a subset of patients (Appendix D).<br><br>Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 92, 99, 127, and 176) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit, after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. |
| **Number of Patients:** | A total of ninety six (96) patients are planned for Groups 1, 2, and 3. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 120 patients.<br><br>Up to six (6) patients are planned for Group 4. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 8 patients. |
| **Study Population and Main Criteria for Inclusion/ Exclusion *Continued*:** | *Inclusion Criteria*<br>1. Must give written informed consent to participate in the study (signed and dated) and any authorizations required by law<br>2. Patients not on TG-lowering therapy with fasting TG ≥440 mg/dL (5.0 mmol/L) and patients on a stable well controlled dose of fibrate, for at least 30 days prior to screening that is not anticipated to change during the study period, with fasting TG ≥225 mg/dL (2.6 mmol/L) at screening<br>3. Patients not on TG-lowering therapy with fasting TG ≥350 mg/dL (4.0 mmol/L) and ≤2000 mg/dL (22.7 mmol/L), and patients on a stable well controlled dose of fibrate with fasting TG ≥225 mg/dL and ≤2000 mg/dL, and patients with Fredrickson Type 1 dyslipidemia with fasting TG ≥440 mg/dL, after 4-wk tight diet control run-in<br>4. Age ≥18 years at time of informed consent<br>5. Satisfy one of the following:<br>a. Females: must be non-pregnant and non-lactating; surgically sterile, post-menopausal, abstinent, or if engaged in sexual relations of child-bearing potential, patient is using an acceptable contraceptive method (refer to Section 7.6.1) for four weeks prior to, during, and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks)<br>b. Males: must be surgically sterile, abstinent or if engaged in sexual relations of child-bearing potential, patient is utilizing an acceptable contraceptive method (refer to Section 7.6.1) during and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks)<br><br>*Exclusion Criteria*<br>1. HbA1c ≥9.0%, type 1 diabetes, or history of outpatient insulin use for more than 2 weeks in the last year<br>2. Body mass index (BMI) >40 kg/m$^2$ |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Population and Main Criteria for Inclusion/ Exclusion *Continued*:** | 3. Familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II deficiency (Fredrickson Type 1 dyslipidemia), with the exception of Group 4 patients<br>4. Any of the following laboratory values at screening<br>a. Hepatic:<br>▪ Total bilirubin >upper limit of normal (ULN). Subjects with Gilbert's syndrome [elevated indirect bilirubin with normal direct bilirubin and normal AST and ALT] may be eligible after discussion with the medical monitor<br>▪ ALT >1.7 x ULN<br>▪ AST >1.7 x ULN<br>b. Renal:<br>▪ Urine protein or blood persistently positive by dipstick and confirmed by quantitative total urine protein measurement of ≥250 mg/24 hr<br>▪ Estimated creatinine clearance calculated according to the formula of Cockcroft and Gault <60 mL/min<br>c. Clinically significant abnormalities on laboratory examination<br>5. History of bariatric surgery or currently on weight loss drugs<br>6. Uncontrolled hypertension (BP >160/100)<br>7. Primary hypothyroidism (screening TSH > ULN and free T4< LLN), primary subclinical hypothyroidism (screening TSH > ULN and free T4 WNL), secondary hypothyroidism (screening TSH < LLN and free T4< LLN)<br>8. Clinically significant abnormalities in medical history (e.g., acute or unstable cardiac ischemia within 6 months of screening or major surgery within 3 months of screening) or physical examination which, in the opinion of the investigator, would make the patient unsuitable for inclusion in the study<br>9. Malignancy within 5 years, except for basal or squamous cell carcinoma of the skin or carcinoma in situ of the cervix that has been successfully treated<br>10. Active infection requiring systemic antiviral or antimicrobial therapy unless treatment is expected to be completed prior to first dose<br>11. Recent history of alcohol or substance abuse or unwillingness to limit alcohol consumption to within moderate limits for the duration of the Study as follows (or per Site Investigator judgment): maximum of 2 alcoholic beverages (20 g) per day and ≤8 drinks (80 g) per week for males; maximum of 1 alcoholic beverage (10 g) per day and ≤4 drinks (40 g) per week for females<br>12. Known history or positive at time of screening for HIV, HCV, or chronic HBV infection<br>13. On oral contraceptive, hormone replacement therapy, statin, or oral anti-diabetic medication unless on a stable regimen for at least 3 months prior to dosing and will remain on a stable regimen for the duration of the study<br>14. Group 1 and 2 patients: unable to discontinue use of systemic corticosteroids, fibrates, niacin, fish oil or other products containing omega-3 fatty acids, at least 6 weeks prior to dosing. Group 3 patients: unable to discontinue use of systemic corticosteroids at least 6 weeks prior to dosing; use of niacin, fish oil or other products containing omega-3 fatty acids unless on a stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period. Group 4 patients: unable to discontinue use of systemic corticosteroids at least 6 weeks prior to dosing; use of fibrate, niacin, fish oil or other products containing omega-3 fatty acids unless on a stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Study Population and Main Criteria for Inclusion/ Exclusion *Continued*:** | 15. Use of topical corticosteroids, anticoagulants, or drugs or dietary supplements (not described in Exclusion Criteria #14) with potential lipid-altering effects unless on stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period<br>16. Treatment with another Study Drug, biological agent, or device within one month of screening, or 5 half-lives of study agent, whichever is longer<br>17. Previous participation in an investigational study involving systemic administration of an oligonucleotide within 9 months of screening<br>18. Unwillingness to comply with study procedures, including follow-up, as specified by this protocol, or unwillingness to cooperate fully with the Site Investigator<br>19. Blood donation of 50 to 499 mL within 30 days of screening or of >499 mL within 60 days of screening<br>20. Any other conditions which, in the opinion of the investigator, would make the patient unsuitable for inclusion, or could interfere with the patient participating in or completing the study |
| **Study Drug and Dose Administration:** | ISIS 304801 or placebo will be administered as SC injections in the abdomen, thigh, or outer area of the upper arm. ISIS 304801 solution and placebo will be prepared by an unblinded pharmacist (or qualified delegate). A trained professional, blinded to the identity of the drug, will administer the Study Drug. Doses will be administered as a single SC injection. Doses of 300 mg may be administered as two equal volume noncontiguous SC injections if there are tolerability issues with receiving the dose as a single SC injection. |
| **Criteria for Evaluation:** | **A. Safety and Tolerability Assessments**<br>• Adverse events<br>• Vital signs and weight<br>• Physical examinations<br>• Clinical laboratory tests (serum chemistry, hematology, urinalysis, coagulation, complement, immune function, thyroid function, pregnancy (for women of child bearing potential))<br>• ECGs<br>• Use of concomitant medications<br>**B. Pharmacokinetic Measures**<br>The plasma concentrations of ISIS 304801 will be assessed at selected time intervals in all study participants to determine selected pharmacokinetic parameters (Appendix C). A subset of the study participants will have pharmacokinetic blood draws at additional selected time points to establish a more detailed pharmacokinetic profile of ISIS 304801 (Appendix C)<br>**C. Pharmacodynamic Measures**<br>• The pharmacodynamic effects of treatment with ISIS 304801 vs. placebo on fasting total apoC-III levels over time and dose cohort will be evaluated<br>The pharmacodynamic effects of ISIS 304801 vs. placebo on fasting VLDL apoC-III, TG, apolipoprotein C-II (apoC-II; total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels will also be assessed<br>• The pharmacodynamic effects of ISIS 304801 on fasting lipoprotein, apolipoprotein, lipid, glycerol and total apoC-III levels in heterozygous LPL deficient patients will be assessed |

## PROTOCOL SYNOPSIS *Continued*

| | |
|---|---|
| **Criteria for Evaluation *Continued:*** | • The pharmacodynamic effects of ISIS 304801 on fasting lipoprotein, apolipoprotein, lipid, and glycerol levels in Fredrickson Type 1 patients over time will be assessed<br>• Post-prandial lipid, apolipoprotein, and lipoprotein characteristics and kinetics, and glucose levels will be examined in a subset of the patients in the study (will not be the same patients as those having additional blood draws to establish a more detailed pharmacokinetic profile)<br>• Potential relationships between selected pharmacodynamic and PK measures may also be explored, where deemed appropriate |
| **Statistical Considerations:** | Based upon prior clinical trial experience with ISIS 304801, it is estimated that the standard deviation of the percent change in total apoC-III is approximately 46%. With 18 Group 1 plus 2 patients in the pooled placebo cohort and each ISIS 304801 dose cohort, there would be at least 80% power to detect a 45% difference in total apoC-III between each ISIS 304801 dose cohort and pooled placebo cohort at an alpha level of 0.05, assuming 50% reduction in ISIS 304801 dose cohort and 5% in the pooled placebo cohort. |

## LIST OF ABBREVIATIONS

| Abbreviation/Acronym | Definition |
|---|---|
| AE | Adverse Event/Experience |
| ALT | Alanine Aminotransferase |
| Apo | Apolipoprotein |
| apoA | Apolipoprotein A |
| apoB | Apolipoprotein B |
| apoE | Apolipoprotein E |
| apoC-II | Apolipoprotein C-II |
| apoC-III | Apolipoprotein C-III |
| aPTT | Activiated Aprtial Thromboplastin time |
| ASO | Antisense Oligonucleotide |
| AST | Aspartate Aminotransferase |
| $AUC_{0-t}$ | Area Under the Plasma Concentration-Time Curve |
| BUN | Blood Urea Nitrogen |
| C5 | Complement Component 5 |
| $C_{max}$ | Maximal Observed Drug Concentration |
| CM | Chylomicron |
| CM-C | Chylomicron-Cholesterol |
| CM-TG | Chylomicron-Triglyceride |
| CRF | Case Report Form |
| CVD | Cardiovascular Disease |
| eCRF | Electronic Case Report Form |
| ECG | Electrocardiogram |
| EDC | Electronic Data Capture |
| FDA | Food and Drug Administration |
| FFA | Free Fatty Acids |
| GCP | Good Clinical Practice |
| hCG | Human Chorionic Gonadotropin |
| HDL | High-Density Lipoprotein |
| HDL-C | High-Density Lipoprotein-Cholesterol |
| HDL-TG | High-Density Lipoprotein-Triglyceride |
| IEC | Independent Ethics Committee |
| INR | International Normalized Ratio |
| IP | Intraperitoneal |
| IRB | Institutional Review Board |
| IV | Intravenous |

## LIST OF ABBREVIATIONS *Continued*

| Abbreviation/Acronym | Definition |
|---|---|
| LDL | Low-Density Lipoprotein |
| hsCRP | High-Sensitivity C-Reaction Protein |
| ICH | International Conference on Harmonization |
| LDL-C | Low-Density Lipoprotein-Cholesterol |
| LDL-TG | Low-Density Lipoprotein-triglyceride |
| LPL | Lipoprotein Lipase |
| MCH | Mean Corpuscular Hemoglobin |
| MCHC | Mean Corpuscular Hemoglobin Content |
| MCV | Mean Corpuscular Volumne |
| MOE | 2′-*O*-(2-methoxyethyl) |
| mRNA | Messenger Ribonucleic Acid |
| non-HDL-C | non- High-Density Lipoprotein-Cholesterol |
| non-HDL-TG | High-Density Lipoprotein-Triglyceride |
| NCS | Not Clinically Significant |
| NOAEL | No Observable Adverse Effect Level |
| PT | Prothrombin Time |
| RNase H | Ribonuclease H |
| SAE | Serious Adverse Event |
| SC | Subcutaneous |
| SGOT | Serum Glutamyl Oxaloacetic Transaminase |
| SGPT | Serum Glutamic Pyruvate Transaminase |
| $t_{½}$ | Terminal Half-Life |
| T4 | Thyroxine |
| $T_{max}$ | Time to Reach $C_{max}$ |
| TC | Total cholesterol |
| TG | Triglycerides |
| TRL | TG-Rich Lipoproteins |
| TSH | Thyroid Stimulating Hormone |
| VLDL | Very-Low-Density Lipoprotein |
| VLDL apoC-III | Apolipoprotein C-III associated with Very Low Density Lipoprotein |
| VLDL-C | Very-Low-Density Lipoprotein-Cholesterol |
| VLDL-TG | Very-Low-Density Lipoprotein-Triglyceride |
| WBC | White Blood Cells |

# 1. STUDY OBJECTIVES

To evaluate the dose/response pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apolipoprotein C-III (apoC-III) levels.

The secondary objectives are to: (1) evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting apoC-III associated with very low density lipoprotein (VLDL), triglyceride (TG), apoC-II (total and associated with VLDL), apolipoprotein B-100 (apoB-100), apolipoprotein A-1 (apoA-1), apolipoprotein A-2 (apoA-2), apolipoprotein E (apoE), total cholesterol (TC), low-density lipoprotein-cholesterol (LDL-C), LDL-TG, VLDL-C, VLDL-TG, non-high-density lipoprotein-cholesterol (non-HDL-C), non-HDL-TG, HDL-C, HDL-TG, chylomicron-C (CM-C), CM-TG, free fatty acids (FFA), and glycerol levels; (2) evaluate the pharmacodynamic effects of ISIS 304801 over time on the above fasting lipoprotein, apolipoprotein, lipid, glycerol and total apoC-III levels in Fredrickson Type 1 patients; (3) examine post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in a subset of the patients in the study and assess more extensive pharmacokinetics (PK) in another subset of the patients (will not be the same patients as those undergoing the post-prandial assessment) and, (4) evaluate the safety, tolerability and PK of ISIS 304801.

# 2. BACKGROUND AND RATIONALE

## 2.1 Hypertriglyceridemia

Hypertriglyceridemia is a common clinical trait associated with an increased risk of cardiometabolic disease (Hegele et al. 2009; Hegele and Pollex 2009) as well as of occurrence of acute pancreatitis in the most severe forms (Toskes 1990; Gaudet et al. 2010; Catapano et al. 2011; Tremblay et al. 2011). Its etiology includes primary (genetic) and secondary (lifestyle, other diseases, etc.) factors or, most often, a combination of both (Yuan et al. 2007). Hypertriglyceridemia is the consequence of increased production and/or reduced or delayed catabolism of TG-rich lipoproteins: VLDL and, to a lesser extent, chylomicrons (CM). Several subtypes of hypertriglyceridemia have been described. These subtypes differ by their etiology, prevalence, burden, genetic backbone, and clinical expression. An intervention on diet and other life habits is required to manage the risk associated with these hypertriglyceridemias, but diet alone is often insufficient and medication is often prescribed (Brisson et al. 2010).

Factors contributing to elevated TG in the general population include overweight and obesity, physical inactivity, cigarette smoking, excess alcohol, medication and a diet high in fat or carbohydrates. In addition to these environmental factors, elevated TG levels are associated with several diseases, including diabetes, metabolic syndrome/insulin resistance, and genetic disorders such as familial chylomicronemia, familial combined hyperlipidemia and familial hypertriglyceridemia. Borderline high TGs (150-199 mg/dL) are commonly found in the general population and are a common component of the metabolic syndrome/insulin resistance states. The same is true for high TGs (200-499 mg/dL) except that as plasma TG levels increase, underlying genetic factors play an increasingly important etiologic role. Very high TGs (≥440 mg/dL) are most often associated with elevated CM levels as well, and are accompanied by increasing risk for acute pancreatitis. The risk of pancreatitis is considered clinically significant if TG exceeds 880 mg/dL (>10 mmol) and the EAS/ESC 2011 guidelines state that actions to prevent acute pancreatitis are mandatory (Catapano et al. 2011). According to the

EAS/ESC 2011 guidelines, hypertriglyceridemia is the cause of approximately 10% of all cases of pancreatitis, and development of pancreatitis can occur at TG levels between 440-880 mg/dL. Based on evidence from clinical studies demonstrating that elevated TG levels are an independent risk factor for atherosclerotic CVD, the guidelines from both the National Cholesterol Education Program Adult Treatment Panel III (NCEP 2002) and the American Diabetes Association (ADA 2008) recommend a target TG level of less than 150 mg/dL to reduce cardiovascular risk. The NCEP treatment strategy for elevated TG depends on the causes of elevation and severity. While therapeutic life-style changes (change in diet, alcohol restriction, weight reduction, and increased physical activity) are the first steps in lowering TG, pharmacologic therapy is used when life-style changes are not sufficient. Several drug classes routinely used to lower LDL-C (statins, nicotinic acid, and fibrates) also reduce TG and apoC-III levels; however, the mechanisms for these effects are not well understood. Statins lower plasma TG by 7-30% while nicotinic acid and fibrates reduce TG by 20-50% (Ooi et al. 2008). One prescription omega-3 fatty acids (fish oil) product has been approved by the FDA for the treatment of patients with very high TG (>500 mg/dL) and is reported to lower TG by an average of 40% or more, depending on baseline TG levels.

Despite the pharmacologic agents available to lower TG, many patients still have TG levels well above the recommended levels even on maximally tolerated statins. In addition, the first-line TG-lowering agents are occasionally associated with undesirable side effects (e.g., flushing and worsening of glucose control with nicotinic acids, taste perversion or fishy aftertaste with omega-3 fatty acids). Additionally, when combining statins with fibric acid derivatives, there is increased risk for myopathy which can lead to rhabdomyolysis (NCEP 2002). Lipoprotein lipase (LPL) gene therapy is developed but remains an experimental treatment targeting familial chylomicronemia due to complete LPL deficiency only (Gaudet et al. 2010). Alternative, well tolerated treatment strategies are needed that can lower TG. ApoC-III is a key inhibitor of the activity of LPL, a key enzyme involved in TG metabolism, and therefore targeting apoC-III constitutes a potentially viable strategy for reducing plasma TG levels. Through a novel, apoC-III lowering mechanism of action, ISIS 304801 may provide the potential to better manage TG levels in patients where the currently available treatments are not adequate.

### 2.2 ApoC-III

ApoC-III is synthesized mainly in the liver and plays a pivotal role in regulating plasma TG levels (Chan et al. 2008). It is an essential constituent of circulating apoB-containing lipoprotein particles rich in TG (e.g., CM and VLDLs), as well as HDL. ApoC-III inhibits LPL-catalyzed hydrolysis of TG-rich lipoproteins (TRL) and their apoE-mediated uptake by the liver. In addition, a recent report supports a role for apoC-III in hepatic VLDL production (Sundaram et al. 2010). Thus, elevated apoC-III, results in both increased production of VLDL in the liver and delayed LPL mediated clearance of TRL from plasma with consequent development of hypertriglyceridemia.

### 2.3 Therapeutic Rationale

There is a strong body of evidence to indicate that elevated plasma TG is a risk factor for cardiovascular disease (CVD) (Brewer 1999; NCEP 2002) and severely elevated levels are associated with an increase risk of acute pancreatitis (Toskes 1990; Gaudet et al. 2010; Catapano et al. 2011; Tremblay et al. 2011). Results from several clinical studies have also

demonstrated the importance of apoC-III as a predictor of CVD outcomes (Ooi et al. 2008); one study reported that the concentration of apoB particles containing apoC-III was a stronger predictor of CVD than TG levels (Sacks et al. 2000). In addition, recent reports indicate that apoC-III is a multifunctional protein that not only regulates the metabolism of TRL but also plays a role in endothelial dysfunction and inflammation, thereby further increasing the risk for atherosclerotic CVD (Kawakami et al. 2006; Caron and Staels 2008; Kawakami et al. 2008). ApoC-III is increased in patients with dyslipidemia associated with multiple metabolic abnormalities such as insulin resistance and/or metabolic syndrome, conditions where endothelial dysfunction is also found. Human genetic data have demonstrated associations with functional mutations affecting apoC-III gene expression and CVD (Atzmon et al. 2006; Pollin et al. 2008; Petersen et al. 2010). A naturally occurring null mutation in the apoC-III gene (encoding the apoC-III protein) in Old Order Amish individuals was recently reported that confers a favorable lipid profile (lower plasma TG and LDL-C levels) and apparent cardioprotection without any obvious detrimental effects (Pollin et al. 2008). Thus, it has been hypothesized that targeting apoC-III mRNA to reduce hepatic apoC-III expression would decrease plasma TG levels.

## 2.4 ISIS 304801

### *2.4.1 Mechanism of Action*

ISIS 304801 is an antisense drug targeted to human apoC-III mRNA. The binding site for ISIS 304801 lies within the 3′-untranslated region of the apoC-III mRNA transcript at position 489-508 bp, and based on *in silico* analysis, it is not predicted to target any other human gene. The hybridization (binding) of ISIS 304801 to the cognate mRNA results in RNase H-mediated degradation of the apoC-III mRNA, thus inhibiting translation of the protein.

### *2.4.2 Chemistry*

Chemically, ISIS 304801 is a synthetic oligomer of 20 nucleotides (i.e., a 20-mer) that are connected sequentially by phosphorothioate linkages. The nucleotide sequence of ISIS 304801 (Figure 1) is complementary to a 20-nucleotide stretch within 3′-untranslated region of the apoC-III mRNA transcript. Structurally, the oligonucleotide has 3 regions. Two of them, the five nucleotides at the 5′ end and the five nucleotides at the 3′ end, are composed of 2′-*O*-(2-methoxyethyl) (MOE)-modified ribonucleotides. These MOE-modified nucleotides confer (1) increased affinity to the target mRNA (Altmann et al. 1996; McKay et al. 1999), (2) increased resistance to exonucleases and endonucleases (thereby increasing stability in tissue) (Geary et al. 2003), and (3) amelioration of some of the high dose toxicities thereby resulting in an improved safety profile compared to first generation antisense drugs containing phosphorothioate modified oligodeoxynucleotides (DNA) (Henry et al. 2000). The third region, the central portion of the oligonucleotide, is composed of ten oligodeoxynucleotides. This chimeric design is called a MOE-Gapmer, and ISIS 304801 employs this chimeric structure to enable use of the RNase H-mechanism for antisense activity. This is because while the 2′-MOE modification confers increased stability and affinity, it does not support RNase H catalysis of RNA hybridized to 2′-MOE-modified nucleotides (McKay et al. 1999). This is caused by conformational changes induced in the heteroduplex by 2′-alkoxy:RNA hybrids that are not recognized by RNase H enzymes (Inoue et al. 1987; Monia et al. 1993). By limiting the 2′-MOE modification to nucleotides flanking the phosphorothioate oligodeoxynucleotide core,

the beneficial attributes of the 2′-MOE chemistry are preserved while also retaining RNase H recognition.




**Figure 1 Design of Chimeric 2′-MOE Phosphorothioate Oligonucleotides (MOE-Gapmer). The Sequence of ISIS 304801 is Shown**

## 2.5 Preclinical Studies

Pharmacologic effects of ISIS 304801 were studied in rodents and non-human primates. The sequence to which ISIS 304801 hybridizes is identical for human and cynomolgus monkeys, but is different in rodents. Human apoC-III transgenic mice were used as a model to test the pharmacologic effects of ISIS 304801 while species-specific apoC-III antisense oligonucleotides (ASOs) were used in other rodent models.

In human apoC-III transgenic mice, the ED50 values for reductions in human apoC-III hepatic mRNA, plasma apoC-III protein and TG were 11.6, 31.7 and 28.9 mg/kg/week, respectively, following twice-weekly intraperitoneal (IP) injection with ISIS 304801 for 2 weeks. Administration of ISIS 440726, an ASO targeted to murine apoC-III, significantly reduced hepatic apoC-III mRNA in 3 murine models [wild-type C57BL/6 mice on chow and Western diets, and *ob/ob* (obese) mice on a normal chow diet] in a dose dependent manner. Reductions in circulating apoC-III protein and TG were also observed in wild-type and *ob/ob* mice with this dosing regimen. Post-prandial hypertriglyceridemia following a high fat challenge in wild-type mice was improved with once weekly IP administration of the murine-specific ASO. In the fructose-fed rat model of hypertriglyceridemia, treatment with ISIS 353982, a rat-specific apoC-III ASO, significantly reduced hepatic apoC-III mRNA and plasma TG compared to saline. In addition, this treatment was more effective than daily oral treatment with fenofibrate at the same dose level.

Species-specific apoC-III ASOs also reduced hepatic apoC-III mRNA and plasma TG in lean hamsters and cynomolgus monkeys, species whose lipoprotein metabolism more closely resembles humans. Administration of a hamster-specific ASO, ISIS 352952, significantly reduced hepatic apoC-III mRNA and plasma TG levels compared to saline. Treatment of monkeys with ISIS 304801 resulted in significant reductions in hepatic apoC-III mRNA, plasma apoC-III protein and TG compared to saline treatment for the same period.

Plasma and tissue pharmacokinetics were assessed in mice and monkeys as part of the nonclinical toxicology studies. Similar to other second generation ASOs, ISIS 304801 was extensively cleared within hours from plasma and distributed to tissues after subcutaneous (SC) and intravenous (IV) administrations. ISIS 304801 distributed extensively to kidney and liver in both mice and monkeys. In the monkey, tissue terminal elimination half-lives ranged from approximately 12.5 to 18.9 days in kidney and liver, respectively, consistent with the plasma elimination half-life (12.7 days).

In nonclinical toxicology studies, the primary findings in both mice and monkeys were the presence of minimal to moderate basophilic granules in tissues, indicative of oligonucleotide cellular uptake and minimal to mild pro-inflammatory effects in the mouse that occurred in a dose-dependent manner. Additional findings were observed at doses ≥40 mg/kg/wk, which are much greater than those intended for clinical testing. Based on 13 weeks of nonclinical toxicity testing, the no adverse effect level (NOAEL) for ISIS 304801 was determined to be at least 12 mg/kg/week. The clinical dose range in this study of 100 to 300 mg/week (approximately 1.4 to 4.3 mg/kg body weight in a 70 kg patient) ranges from approximately 9 to approximately 3 fold below the NOAEL.

## 2.6 Clinical Experience

In a double-blind, single and multiple ascending-dose (SAD and MAD) Phase 1 study, healthy subjects, 18 to 55 years, were randomly assigned in a 3:1 ratio to receive ISIS 304801 or placebo (normal saline) administered as single or multiple SC injections at 50, 100, 200, and 400 mg (n=4/cohort). MAD cohort subjects received 6 doses over 4 weeks (a loading regimen of 3 doses the first week followed by once weekly dosing for 3 weeks).

There were no permanent or temporary discontinuations due to ISIS 304801 related adverse events (AEs) and no serious adverse events (SAEs). The most commonly reported adverse events (>20% of ISIS 304801 treated subjects) were injection site reactions (52% of ISIS 304801 treated versus 0% of placebo treated subjects), C-reactive protein increase (32% versus 0%), and somnolence (20% versus 0%). All of these common adverse events were mild (except for 1 moderate injection site reaction) and recovered. Overall, ISIS 304801 was well tolerated and there were no safety concerns up to the highest dose level of 400 mg SC, given for 6 doses.

Pharmacokinetic results showed time to maximum plasma concentrations ($T_{max}$) was between 2 and 4 hours, depending upon dose. Maximum plasma concentrations ($C_{max}$) were dose-dependent over the studied dose range, the terminal elimination half life ranged from a mean of 11.7 to 31.2 days over the doses tested, with a mean half life overall of 17.5 days.

Pharmacodynamic results showed dose-dependent sustained reductions in total apoC-III and TG levels. Median percent change from baseline values in the 50, 100, 200 and 400 mg multiple-dose groups showed reductions of total apoC-III of 20, 17, 71, and 78% and of TG of 20, 25, 43, and 44%, respectively, 1 week after the last dose. Reductions were sustained for at least 4 weeks after the last dose in the higher dose groups, consistent with the drug's long terminal elimination half-life. In addition, LDL-C values did not change while HDL-C values tended to increase in a dose-dependent manner.

### 2.7 Rationale for Dosages and Schedule of Administration

Estimation of clinical doses for an antisense drug is less difficult than for most drugs in preclinical development. Variables that are normally encountered at this stage of development are reduced by the predictability of the pharmacokinetics of ASOs and the cumulative experience with other drugs in this class. The pharmacokinetics and disposition of many drugs in this class have been characterized and there are remarkable similarities from sequence to sequence and across species. In particular, the plasma pharmacokinetics for ASOs in monkeys has been highly predictive of those in man, which has been validated in the clinical experience of ISIS 304801 to date. Because distribution to tissues is the dominant mechanism for plasma clearance, it can be assumed that plasma pharmacokinetic similarities translate into similarities in tissue distribution. This assumption is supported by the knowledge that patterns of tissue distribution for oligonucleotides are similar in mice, rats, rabbits, dogs and monkeys. Thus, it is possible to predict dose regimens on the basis of concentrations at the primary site of activity, the liver. Additionally, ASOs are hydrophilic and distribute predominantly to the lean body mass and in our experience they should be administered as a fixed dose, rather than by total body weight (Geary et al. 2003; Yu et al. 2007).

Doses of 100, 200, and 300 mg administered SC once weekly were selected for this study because results from the CS1 clinical study showed a satisfactory safety profile with substantial pharmacodynamic effects in this dose range. Because the pharmacodynamic effects were not remarkably different between the 200 and 400 mg doses in the CS1 study and because of the longer treatment regimen to be tested in this study, 300 mg was selected as the maximum dose. Due to the long terminal elimination half life of ISIS 304801 (average 17.5 days over the range of doses tested), the treatment duration is 13 weeks so that the efficacy endpoint can be evaluated when drug tissue levels are expected to be at > 90-% of steady-state levels. Based on a 19 day elimination half life in monkey tissues and a once a week dosing regimen, time to approximately 90% of steady state is estimated to be about 9 weeks. The 13-week treatment duration is supported by the ISIS 304801 13-week nonclinical toxicology study (see Investigator's Brochure) and by previous long term weekly clinical dosing studies with several other 2′-MOE-modified ASOs (Chi et al. 2008; Akdim et al. 2010; Raal et al. 2010).

## 3. INVESTIGATIONAL PLAN

### 3.1 Study Design

**Groups 1, 2, and 3:**

Study Groups 1, 2, and 3 are randomized, double-blind, placebo-controlled, dose response groups to evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apoC-III levels. A total of ninety six (96) patients are planned for these groups. For cohorts with patients not on TG-lowering therapy, there will be 24 patients planned per dose cohort (100, 200, 300 mg) with 18 ISIS 304801 (active) and 6 placebo patients per cohort. For cohorts with patients on a stable dose of fibrate, there will be 12 patients planned per cohort (200, 300 mg) with 8 active and 4 placebo patients per cohort.

Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in

Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).

Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.

**Group 4:**

This is an open-label dose group. Up to six (6) patients with Fredrickson Type 1 dyslipidemia are planned to be enrolled in this group. After meeting enrollment criteria, each patient will be assigned to either a 100 mg, 200 mg, or 300 mg dose as per Sponsor discretion.

**All Groups:**

Patients will receive 13 doses of Study Drug administered by SC injection once a week for 13 weeks (Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85).

For an individual patient, the participation period consists of a ≤8-week screening period, (which includes a 4-week tight diet control run-in qualification period), a 1-week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 35 weeks of study participation. Concomitant medications and AEs will be recorded throughout all periods of the study.




**Figure 2 Study Design for ISIS 304801–CS2**

**Screening/Diet Run-in: Patients will be placed on a tightly controlled diet for the duration of study participation. After 28 days on the controlled diet, patients will have baseline measurements and be assessed for qualification of enrollment into the treatment phase of the study. Enrollment/Randomization: Eligible patients not on TG-lowering therapy will be enrolled equally into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in Group 2 will be randomized equally to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo). Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Eligible patients with Fredrickson Type 1 dyslipidemia will be enrolled into Group 4 and receive either 100 mg, 200 mg, or 300 mg of active Study Drug. Post-prandial assessments are optional for patients in Group 4. Treatment: Patients will receive 13 doses of Study Drug administered by SC injection once a week for 13 weeks. Post-treatment Evaluation: Patients will be followed until Study Day 176.**

## 3.2 Number of Patients

A total of ninety six (96) patients are planned for Groups 1, 2, and 3. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 120 patients.

Up to six (6) patients are planned for Group 4. At the discretion of the Sponsor, additional patients may be added to replace any patients withdrawn before receiving 9 doses of Study Drug. The maximum intent-to-treat enrollment will be limited to 8 patients.

# 4. PATIENT ELIGIBILITY

## 4.1 Inclusion Criteria

Patients must meet all of the following criteria to be eligible:

1. Must give written informed consent to participate in the study (signed and dated) and any authorizations required by law
2. Patients not on TG-lowering therapy with fasting TG ≥440 mg/dL (5.0 mmol/L) and patients on a stable well controlled dose of fibrate, for at least 30 days prior to screening that is not anticipated to change during the study period, with fasting TG ≥225 mg/dL (2.6 mmol/L) at screening
3. Patients not on TG-lowering therapy with fasting TG ≥350 mg/dL (4.0 mmol/L) and ≤2000 mg/dL (22.7 mmol/L), and patients on a stable well controlled dose of fibrate with fasting TG ≥225 mg/dL and ≤2000 mg/dL, and patients with Fredrickson Type 1 dyslipidemia with fasting TG ≥440 mg/dL, after 4-wk tight diet control run-in
4. Age ≥18 years at time of informed consent
5. Satisfy one of the following:
    a. Females: must be non-pregnant and non-lactating; surgically sterile, post-menopausal, abstinent, or if engaged in sexual relations of child-bearing potential, patient is using an acceptable contraceptive method (refer to Section 7.6.1) for four weeks prior to, during, and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks).
    b. Males: must be surgically sterile, abstinent or if engaged in sexual relations of child-bearing potential, patient is utilizing an acceptable contraceptive method (refer to Section 7.6.1) during and for at least 13 weeks after the last dose of Study Drug administration (total of 30 weeks).

## 4.2 Exclusion Criteria

Patients meeting any of the following criteria are not eligible for the study:

1. HbA1c ≥9.0%, type 1 diabetes, or history of outpatient insulin use for more than 2 weeks in the last year
2. Body mass index (BMI) >40 $kg/m^2$
3. Familial hyperchylomicronemia that is known to be due to complete LPL or apoC-II deficiency (Fredrickson Type 1 dyslipidemia), with the exception of Group 4 patients

4. Any of the following laboratory values at screening
   a. Hepatic:
      - Total bilirubin >upper limit of normal (ULN). Subjects with Gilbert's syndrome [elevated indirect bilirubin with normal direct bilirubin and normal AST and ALT] may be eligible after discussion with the medical monitor
      - ALT >1.7 x ULN
      - AST >1.7 x ULN
   b. Renal:
      - Urine protein or blood persistently positive by dipstick and confirmed by quantitative total urine protein measurement of ≥250 mg/24 hr
      - Estimated creatinine clearance calculated according to the formula of Cockcroft and Gault <60 mL/min
   c. Clinically significant abnormalities on laboratory examination
5. History of bariatric surgery or currently on weight loss drugs
6. Uncontrolled hypertension (BP >160/100)
7. Primary hypothyroidism (screening TSH > ULN and free T4 < LLN), primary subclinical hypothyroidism (screening TSH > ULN and free T4 WNL), secondary hypothyroidism (screening TSH < LLN and free T4 < LLN)
8. Clinically significant abnormalities in medical history (e.g., acute or unstable cardiac ischemia within 6 months of screening or major surgery within 3 months of screening) or physical examination which, in the opinion of the investigator, would make the patient unsuitable for inclusion in the study
9. Malignancy within 5 years, except for basal or squamous cell carcinoma of the skin or carcinoma in situ of the cervix that has been successfully treated
10. Active infection requiring systemic antiviral or antimicrobial therapy unless treatment is expected to be completed prior to first dose
11. Recent history of alcohol or substance abuse or unwillingness to limit alcohol consumption to within moderate limits for the duration of the Study as follows (or per Site Investigator judgment): maximum of 2 alcoholic beverages (20 g) per day and ≤8 drinks (80 g) per week for males; maximum of 1 alcoholic beverage (10 g) per day and ≤4 drinks (40 g) per week for females
12. Known history or positive at time of screening for HIV, HCV, or chronic HBV infection
13. On oral contraceptives, hormone replacement therapy, statin, or oral anti-diabetic medication unless on a stable regimen for at least 3 months prior to dosing and will remain on a stable regimen for the duration of the study

14. Group 1 and 2 patients: unable to discontinue use of systemic corticosteroids, fibrates, niacin, fish oil or other products containing omega-3 fatty acids, at least 6 weeks prior to dosing. Group 3 patients: unable to discontinue use of systemic corticosteroids at least 6 weeks prior to dosing; use of niacin, fish oil or other products containing omega-3 fatty acids unless on stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period. Group 4 patients: unable to discontinue use of systemic corticosteroids at least 6 weeks prior to dosing; use of fibrate, niacin, fish oil or other products containing omega-3 fatty acids unless on a stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period.
15. Use of topical corticosteroids, anticoagulants, or drugs or dietary supplements (not described in Exclusion Criteria #14) with potential lipid-altering effects unless on stable well controlled dose for at least 30 days prior to screening that is not anticipated to change during the study period
16. Treatment with another Study Drug, biological agent, or device within one month of screening, or 5 half-lives of study agent, whichever is longer
17. Previous participation in an investigational study involving systemic administration of an oligonucleotide within nine months of screening
18. Unwillingness to comply with study procedures, including follow-up, as specified by this protocol, or unwillingness to cooperate fully with the Investigator
19. Blood donation of 50 to 499 mL within 30 days of screening or of >499 mL within 60 days of screening
20. Any other conditions which, in the opinion of the investigator, would make the patient unsuitable for inclusion, or could interfere with the patient participating in or completing the study

# 5. PATIENT ENROLLMENT

Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2).

Eligible patients on a stable dose of fibrate will be enrolled into Group 3.

Eligible patients with Fredrickson Type 1 dyslipidemia will be enrolled into Group 4.

## 5.1 Randomization

**Groups 1, 2, and 3:**

Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1

plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).

Patients in Group 3 will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.

The Sponsor (or designee) will prepare the randomization lists. The placebo patients in each dose cohort will be dosed according to the same timetable and with the same injection volume. The unblinded pharmacist (or qualified delegate) preparing the dosing solutions will be the only member of study staff to know which patient is receiving placebo in each dose cohort. Extensive PK / post-prandial assessment groups, and dose cohort assignments will not be blinded.

**Group 4:**

Patients in Group 4 will be assigned to receive either 100 mg, 200 mg, or 300 mg of active Study Drug.

## 5.2 Visit Days and Windows

Patients must complete the treatment visits on Day 1 ± 0 days and on Day 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85 within ± 1 day. Patients in the extensive PK group must also visit the clinic on Day 2 and 86 ± 0 days relative to Day 1 and 85, respectively, for the 24 hour blood draw. Patients must complete the follow-up visits on Day 92 and 99 within ± 1 day, Day 127 within ± 3 days, and Day 176 within ± 5 days of the scheduled visit date. Patients in the post-prandial assessment group must also visit the clinic on Day 103 within ± 2 days and on the day following the Day 103 visit for the 24 hour blood draw.

## 5.3 Withdrawal of Patients

Patients have the right to withdraw from the study at any time and for any reason without prejudice to his or her future medical care by the physician or at the institution.

Any patient who withdraws consent to participate in the study will be removed from further treatment and/or study observation immediately upon the date of the request. Patients should be encouraged to complete all follow-up study procedures and observations or at minimum the Early-Treatment-Termination (Study Day 92) procedures (see Appendices A, B, and C).

The Site Investigator may discontinue a patient from the trial if in his/her judgment continuation in the study may prove harmful to the patient or if the patient is not compliant with the protocol.

Reasons for removal from the study may include but are not limited to:

- Adverse event
- Site Investigator judgment
- Significant protocol deviation
- Lost to follow-up
- Withdrawal of consent

- Death

The Site Investigator must notify the Sponsor by phone within 24 hours of patient withdrawal (the reason for, and dates of withdrawal must be documented in the electronic Case Report Form (eCRF)).

If the patient withdraws due to an AE, the Site Investigator should strongly encourage the patient to have follow-up visits until the AE has resolved or stabilized.

## 5.4 Replacement of Patients

**Groups 1, 2, and 3:**

At the discretion of the Sponsor, additional patients (up to a total of 120 patients randomized and dosed (i.e., Safety Set)) may be added to replace any patients withdrawn before receiving 9 doses of Study Drug and all follow-up procedures including, if applicable, the second extensive PK (i.e., Day 85 and 86) or post-prandial (i.e., Day 103 and 104) assessments, unless the Site Investigator and Sponsor Medical Monitor agree that this should not be done for reasons of safety. Each additional patient will be assigned to the same treatment allocation as the patient that is being replaced.

**Group 4:**

At the discretion of the Sponsor, additional patients (up to a total of 8 patients) may be added to replace any patients withdrawn before receiving 9 doses of Study Drug and all follow-up procedures.

## 5.5 Unblinding of Treatment Assignment

**Groups 1, 2, and 3:**

Due to the drug's long terminal elimination half-life, and hence relatively long follow-up period, the Sponsor will unblind the treatment assignments for each cohort upon completion of dosing to perform the primary analysis. However, the Sponsor Clinical Trial Manager and Medical Monitor or designees, all patients, monitors, and site personnel related to the conduct of the study, except for the unblinded pharmacist (or qualified delegate) who prepares the Study Drug and an unblinded pharmacy monitor separate from the study monitor, will remain blinded to the patient's treatment assignment throughout the study. These same procedures will be followed if an interim analysis is performed. The Site Investigator, however, will have the ability to unblind the treatment assignment, for safety reasons, for patients enrolled in this study. The Sponsor will be informed of the unblinding of a patient within 24 hours. An unblinded randomization schema will be maintained securely at the Study Center and the Sponsor's Quality Assurance Department. The treatment assignment should only be unblinded when the patient has suffered a Serious Adverse Event (see Section 9.3.3), and/or when knowledge of the treatment assignment will impact the clinical management of the patient. Every reasonable attempt should be made to complete the post-treatment evaluation procedures prior to unblinding, as knowledge of the treatment arm could influence patient assessment.

**Group 4:**

All parties will be unblinded to the treatment in Group 4.

### 5.6 Study Termination

Both the Sponsor and the Site Investigator reserve the right to terminate the study, according to the terms of the study contract. The Site Investigator should notify the Institutional Review Board (IRB)/Independent Ethics Committee (IEC) in writing of the trial's completion or early termination and send a copy of the notification to the Sponsor or designee.

## 6. STUDY DRUG

### 6.1 ISIS 304801

A solution of ISIS 304801 (200 mg/mL, 1.0 mL) contained in 2-mL stoppered glass vials will be provided. ISIS 304801 is manufactured by Isis Pharmaceuticals, Inc., Carlsbad, California, USA. The drug product and its storage and preparation instructions will be provided by Isis Pharmaceuticals. ISIS 304801 must be stored securely at 2 to 8° C and protected from light.

### 6.2 Placebo

The placebo for this study is 0.9% sterile saline and will be provided by the Study Center.

### 6.3 ISIS 304801 Packaging, Labeling and Drug Accountability

Isis Pharmaceuticals, Inc. will provide the Site Pharmacists with packaged ISIS 304801 labelled in accordance with specific country regulatory requirements.

### 6.4 Study Drug Administration

ISIS 304801 solution and placebo will be prepared by an unblinded pharmacist (or qualified delegate). Please refer to the Study Drug manual for additional details. Vials are for single-use only. A trained professional, blinded to the identity of the drug, will administer the Study Drug. Study visits that require only Study Drug administration, vital signs, adverse events, concomitant medication usage recording, and diet/alcohol counseling and monitoring may be conducted at a remote location (e.g., the patient's home) if travel to the study center is unduly burdensome for a patient. The Study Drug will be administered as a SC injection in the abdomen, thigh, or outer area of the upper arm on each dosing day. Dosing should be rotated among the anatomical locations (abdomen, thighs or arms) for each individual patient during the dosing period (avoiding areas of excessive rubbing such as the belt line). Doses will be administered as a single SC injection. Doses of 300 mg may be administered as two equal volume noncontiguous SC injections if there are tolerability issues with receiving the dose as a single SC injection. Please refer to the Study Drug manual for more detailed instructions for Study Drug preparation and administration.

### 6.5 Drug Accountability

The unblinded pharmacist (or qualified delegate) is required to document receipt, dispensing and return of ISIS 304801 supplies. Drug accountability documentation and all used and unused ISIS 304801 vials must be returned to Isis Pharmaceuticals or designee.

## 6.6 Concomitant Medications

Throughout the study, Site Investigators or designated licensed physicians involved in the study may prescribe concomitant medications or treatments deemed necessary for AEs or to provide adequate supportive care.

No lipid lowering therapies (e.g., fibrates, niacin, fish oil or other products containing omega-3 fatty acids), or systemic corticosteroids may be started (Groups 1 and 2) or adjusted (Groups 3 and 4) after screening and doses of existing oral anti-diabetic medication, oral contraceptives, hormone replacement therapy, topical corticosteroids, anticoagulants, or drugs or dietary supplements with potential lipid-altering effects should not be adjusted.

Study patients are prohibited from receiving other experimental agents during the study. This includes marketed agents at experimental dosages that are being tested for the treatment of hypertriglyceridemia.

All concomitant medications/treatments and significant non-drug therapies (including supplements and assistive devices) received by a patient must be recorded in the patient's source documents and CRF.

Patients should consult with the Site Investigator or designee prior to initiating any new medication, including non-prescription compounds or any other non-drug therapy.

# 7. STUDY PROCEDURES

For an individual patient, the participation period consists of a ≤8-week screening period (which includes a 4-week tight diet control run-in qualification period), a -week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 35 weeks of study participation. Concomitant medications and any AEs will be recorded throughout all periods of the study.

## 7.1 Screening Plus Tight Diet Control Run-In Qualification and Randomization Period (Study Day ≤-63 to Study Day -1)

Patients who give written informed consent will undergo a medical history and physical examination including vital signs, 12-lead electrocardiogram (ECG), determination of concomitant medications, and have blood and urine samples taken for clinical laboratory testing (Appendix A). Females who are of childbearing potential will have a pregnancy test at screening and again during the post tight diet control study qualification period. Patients will be placed on a tightly controlled diet for the duration of study participation. After 28 days on the controlled diet, patients will have baseline measurements and be assessed (Appendix A) for qualification of enrollment into the treatment phase of the study. Patients who meet the enrollment criteria following diet run-in and not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2) and randomized as described in Section 5.1. Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized as described in Section 5.1. Eligible patients with Fredrickson Type 1 dyslipidemia will be enrolled into Group 4.

Preceding the visit that includes a blood draw for pharmacodynamic measurements (Day -8) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to

their visit (to ensure equal moderation of fat intake, per patient), after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding this clinic visit.

### 7.2 Treatment Period (Study Day 1 to Study Day 85)

Enrolled patients will receive a total of 13 doses of Study Drug (Appendix A). Study Drug will be administered by SC injection on Study Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85.

Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 1, 8, 15, 29, 43, 57, 71, and 85), patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit, after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits.

Blood will be collected for measurement of total apoC-III and other pharmacodynamic markers on Days 1, 8, 15, 29, 43, 57, 71, and 85 (prior to Study Drug administration). Patients in the post-prandial assessment group will have blood drawn for pharmacodynamic measurements on Day -1, pre-liquid meal, and not on Day 1. Patients will meet with a dietician or study staff member at each visit and compliance to diet and alcohol restrictions will be monitored and the importance of continuing compliance will be reinforced to the patient. Safety and clinical laboratory evaluations as well as blood sampling for PK analysis and post-prandial assessments (in a subset of patients) will be performed periodically throughout the treatment period (Appendices A, B, C, and D).

*Postprandial Assessment (Appendix D):* Patients in the post-prandial assessment group will consume standardized pre cooked meals (lunches and dinners (provided) and instructions for breakfasts and snacks) for the 2 days prior to the post-prandial evaluations. Patients will remain fasted after consuming the standardized pre-cooked meal for the dinner on the evening prior to their visit. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits. On each of the post-prandial evaluation days, following the blood draws, patients will consume a standardized liquid meal (which represents about a third of the daily caloric requirements) with a stable radioisotope tracer, followed by an 8 hour radioisotope infusion and serial blood sampling. Patients will receive a standardized pre-cooked meal 9 hrs after consuming the liquid meal, after which they will fast until the 24 hour blood draw the following day.

*Extensive PK Assessment (Appendix C):* In addition to trough sample collection, patients in the extensive PK assessment group will undergo serial blood sampling for 24 hrs after their first (Day 1-2) and last (Day 85-86) dose of Study Drug.

### 7.3 Post-treatment Evaluation Period (Study Day 86 to Study Day 176)

Patients will be followed until Study Day 176. During this time, patients will return to the study center for outpatient clinic visits on Study Days 92, 99, 127, and 176 (and Day 103 for patients in the post-prandial assessment group) for safety and clinical laboratory evaluations (blood draws), diet counseling and monitoring, concomitant medication usage recording, and AE event collection. Blood samples for PK and PD analysis will be collected periodically throughout the post-treatment evaluation period (Appendices A, B, and C). Post-prandial assessments will be done in a subset of patients (Appendix D).

Preceding each visit that includes a blood draw for pharmacodynamic measurements (Days 92, 99, 127, and 176) patients will be provided a standardized pre-cooked meal for the dinner on the evening prior to their visit, after which they will remain fasted. Alcohol consumption will not be allowed for 48 hrs preceding these clinic visits.

## 7.4 Laboratory Analytes

Laboratory measurements of serum chemistry, urinalysis, coagulation, complement, hematology, immune function, thyroid function, and full lipid panel will be performed at the times shown in the Schedule of Procedures (Appendix A). The analytes within these panels are shown in Appendix B.

## 7.5 Pharmacokinetics Specimen Collection

Plasma specimens will be collected as shown in Appendix A (Schedule of Procedures) and Appendix C (Pharmacokinetic Sampling Schedule).

## 7.6 Restrictions on the Lifestyles of Patients

### *7.6.1 Contraception Requirements*

All patients of childbearing potential must refrain from sperm/egg donation and practice effective contraception 4 weeks prior to dosing and during the study and be willing and able to continue contraception for 13 weeks after their last dose of Study Drug.

For the purposes of this study, women of childbearing potential are defined as any female who has experienced menarche, and that does <u>not</u> meet one of the following conditions:

- Postmenopausal: twelve (12) months of natural (spontaneous) amenorrhea together with FSH confirmation of postmenopausal state or 6 weeks after surgical bilateral oophorectomy with or without hysterectomy
- Post hysterectomy

For the purposes of this study, effective contraception is defined as follows:

- For female patients: using 1 or more of the following acceptable methods of contraception: surgical sterilization (e.g., bilateral tubal ligation), hormonal contraception, intrauterine contraception/device, or any 2 barrier methods (a combination of male or female condom* with diaphragm, sponge, or cervical cap) <u>together with spermicidal foam/gel/film/cream/suppository</u>.
- For male patients: effective male contraception includes a vasectomy with negative semen analysis at follow-up, or the use of condoms together with spermicidal foam/gel/film/cream/suppository. Male patients must also encourage their female partner (of childbearing potential) to use effective contraception during the study and for at least 13 weeks after the patient's last dose of Study Drug. Effective contraceptive for the female partner includes: surgical sterilization (e.g., bilateral tubal ligation), hormonal contraception, intrauterine contraception/device, or barrier methods (female condom*,

diaphragm, sponge, cervical cap) together with spermicidal foam/gel/film/cream/ suppository.

*Note: A female condom and a male condom should not be used together as friction between the two can result in either product failing.

Male patients with partners that are pregnant must use condoms during the study and for at least 13 weeks after their last dose of Study Drug to ensure that the fetus is not exposed to Study Drug.

### *7.6.2 Other Requirements*

During the tight diet control run-in qualification period, patients will be placed on a tightly controlled diet. After 28 days on the diet, patients will be assessed for qualification for study participation. Patients will remain on the tightly controlled diet for the duration of study participation. Diet requirements will be similar to those provided in Health Canada's Food Guide (www.healthcanada.gc.ca/foodguide). Patients will be provided a standardized pre-cooked meal for the dinner (after which they will remain fasted) preceding blood drawing for pharmacodynamic measurements. Alcohol consumption will not be allowed 48 hrs preceding blood drawing for pharmacodynamic measurements. In addition, patients in the post-prandial assessment group will be provided with standardized pre cooked meals (lunches and dinners and instructions for breakfasts and snacks) for the 2 days prior to the post-prandial evaluation day. On the post-prandial evaluation day, patients will consume a standardized liquid meal with a stable radioisotope tracer prior to blood draws. On the post-prandial day, after 9 hours of blood draws, patients will receive a standardized pre-cooked meal after which they will remain fasted until the 24 hour blood draw for pharmacodynamic measurements the following day.

## 8. SAFETY MONITORING AND STOPPING RULES

In addition to the standard monitoring of clinical safety parameters, the following guidelines are provided for the monitoring of selected parameters chosen based on preclinical and clinical observations (see Investigator's Brochure).

Confirmation Guidance: At any time during the study (treatment or post-treatment periods), the initial clinical laboratory results meeting the safety monitoring criteria presented below **must be confirmed** by performing measurements (ideally in the same laboratory that performed the initial measurement) on new specimens. All new specimen collections should take place as soon as possible (ideally within 3 days of the initial collection) and, in any event, no longer than 5 days from the collection that yielded the initial observation. If the initial laboratory result is observed during the treatment period, the results from the retest **must be available** prior to the next scheduled dose of Study Drug (ISIS 304801 or placebo).

Stopping Rule Guidance: If any of the stopping criteria described below are met and are confirmed, the patient will be permanently discontinued from further treatment with Study Drug (ISIS 304801 or placebo), evaluated fully as outlined below and in consultation with the Sponsor Medical Monitor, and will be entered into the post-treatment evaluation portion of the study. In general, patients who do not meet the stopping rules based upon retest may continue dosing. However, the Site Investigator and the Sponsor Medical Monitor should confer as to whether additional close monitoring of the patient is appropriate.

## 8.1 Liver Chemistry Rules

The following rules are adapted from the draft guidance for industry, "Drug-Induced Liver Injury: Premarketing Clinical Evaluation," issued by the U.S. Department of Health and Human Services, Food and Drug Administration, July 2009.

### *8.1.1 Safety Monitoring Rules for Liver Chemistry Tests*

In the event of an ALT or AST measurement that is >3 x ULN at any time during the study (treatment or post-treatment period), the initial measurement(s) should be confirmed as described above. Similarly, confirmatory measurements should also be performed if ALT or AST levels increase to ≥5 x ULN (following the initial meeting of each of those criteria).

Frequency of Repeat Measurements: Patients with confirmed ALT or AST levels >3 x ULN that are continuing to rise should have their liver chemistry tests (ALT, AST, alkaline phosphatase, and total bilirubin at a minimum) retested at least once weekly until levels stabilize or begin to recover. The performance of additional laboratory tests (e.g., INR) should be discussed with the Sponsor Medical Monitor. Thereafter, liver chemistry tests for these patients should be performed at least every 2 weeks until ALT and AST levels become ≤1.2 x ULN or back to Baseline Value if the Baseline Value was >ULN.

Further Investigation into Liver Chemistry Elevations: For patients with confirmed ALT or AST levels >3 x ULN, the following evaluations should be performed:

1. Obtain a more detailed history of symptoms and prior and concurrent diseases
2. Obtain a further history for concomitant drug use (including nonprescription medications, herbal and dietary supplement preparations), alcohol use, recreational drug use, and special diets
3. Obtain a history for exposure to environmental chemical agents and travel
4. Serology for viral hepatitis (HAV IgM, HBsAg, HCV antibody, CMV IgM, and EBV antibody panel)
5. Serology for autoimmune hepatitis (e.g., antinuclear antibody (ANA))

Additional liver evaluations, including gastroenterology/hepatology consults, hepatic CT or MRI scans, may be performed at the discretion of the Investigator, in consultation with the Sponsor Medical Monitor. Repetition of the above evaluations should be considered if a patient's ALT and/or AST levels reach 5 x ULN.

## 8.2 Stopping Rules

### *8.2.1 Stopping Rules for Liver Chemistry Elevations*

In the event of confirmed laboratory results meeting the following criteria, **and the event is without an alternative explanation as discussed with the Sponsor Medical Monitor,** dosing of a patient with Study Drug (ISIS 304801 or placebo) will be stopped permanently:

1. ALT or AST >8 x ULN

2. ALT or AST >5 x ULN at two consecutive weekly measurements (not less than 7 days nor more than 10 days apart) both of which are confirmed. Treatment with Study Drug (ISIS 304801 or placebo) will continue weekly until the second consecutive weekly ALT or AST measurement is confirmed to be >5 x ULN
3. ALT or AST >3 x ULN **and** total bilirubin >2 x ULN
4. ALT or AST >3 x ULN with the appearance of fatigue, nausea, vomiting, right upper quadrant pain or tenderness, fever, rash, and/or concomitant eosinophilia (>5%)

#### *8.2.2 Stopping Rules for Renal Function Test Results*

In the event of **confirmed** laboratory results for either of the following criteria, dosing of a patient with Study Drug will be stopped permanently:

- Confirmed serum creatinine increase ≥0.3 mg/dL (26.5 µmol/L) or ≥40% (whichever is greater) above average baseline creatinine values (average of Week -1 and Day 1 or the Week -1 value if Day 1 measurement is not required
- Proteinuria, dipstick 2 + (confirmed by dipstick retest and then further confirmed by a quantitative total urine protein measurement of >0.5 g/24 hr)

The follow-up schedule for any events meeting either of these stopping criteria will be determined by the Site Investigator in consultation with the Sponsor Medical Monitor.

#### *8.2.3 Stopping Rule for Platelet Count Results*

In the event of a confirmed platelet count less than 75,000/mm$^3$, dosing of a patient with Study Drug (ISIS 304801 or placebo) will be stopped permanently. The follow-up schedule for any events meeting this stopping criterion will be determined by the Site Investigator in consultation with the Sponsor Medical Monitor.

## 9. SERIOUS AND NON-SERIOUS ADVERSE EVENTS

### 9.1 Sponsor Review of Safety Information

Safety information will be collected, reviewed, and evaluated by the Sponsor or designee in accordance with the Safety Management Plan throughout the conduct of the clinical trial.

### 9.2 Regulatory Requirements

The Sponsor is responsible for regulatory submissions and reporting to the investigators of serious adverse events (SAEs) including suspected unexpected serious adverse reactions (SUSARs) per the International Conference on Harmonization (ICH) guidelines E2A and ICH E6. Country-specific regulatory requirements will be followed in accordance with local country regulations and guidelines.

IRB/ IEC will be notified of any SAE according to applicable regulations.

For the purpose of regulatory reporting of SUSARs, there are no expected adverse events for this study population. For Study Drug expected adverse events refer to the Site Investigator's Brochure.

## 9.3 Definitions

### *9.3.1 Adverse Event*

An adverse event is any unfavorable and unintended sign (including a clinically significant abnormal laboratory finding, for example), symptom, or disease temporally associated with the study or use of investigational drug product, whether or not the AE is considered related to the investigational drug product.

### *9.3.2 Adverse Reaction and Suspected Adverse Reaction*

An adverse reaction is any adverse event caused by the Study Drug.

A suspected adverse reaction is any adverse event for which there is a reasonable possibility that the drug caused the adverse event. A suspected adverse reaction implies a lesser degree of certainty about causality than an adverse reaction.

### *9.3.3 Serious Adverse Event (SAE)*

A serious adverse event is any adverse event that in the view of either the Site Investigator or Sponsor, meets any of the following criteria:

- Results in death
- Is life threatening: that is, poses an immediate risk of death as the event occurred

  An adverse event or suspected adverse reaction is considered "life-threatening" if, in the view of either the Site Investigator or Sponsor, its occurrence places the patient at immediate risk of death. It does not include an adverse event or suspected adverse reaction that, had it occurred in a more severe form, might have caused death.

- Requires inpatient hospitalization or prolongation of existing hospitalization

  Hospitalization is defined as an admission of greater than 24 hours to a medical facility and does not always qualify as an adverse event

- Results in a persistent or significant incapacity or substantial disruption of the ability to conduct normal life functions
- Results in congenital anomaly or birth defect in the offspring of the patient (whether the patient is male or female)
- Important medical events that may not result in death, are not life-threatening, or do not require hospitalization may also be considered serious when, based upon appropriate medical judgment, they may jeopardize the patient and may require medical or surgical intervention to prevent one of the outcomes listed in this definition. Examples of such medical events include allergic bronchospasm requiring intensive treatment in an

emergency room or at home, blood dyscrasias or convulsions that do not result in inpatient hospitalization, or the development of drug dependency or drug abuse.

## 9.4 Monitoring and Recording Adverse Events

Any pre-existing conditions or signs and/or symptoms present in a patient prior to the **start** of the study (i.e., before informed consent) should be recorded as Medical History and not recorded as adverse events unless the pre-existing condition worsened. The Site Investigator should always group signs and symptoms into a single term that constitutes a **single unifying diagnosis** if possible.

### *9.4.1 Serious Adverse Events*

In the interest of patient safety, and in order to fulfill regulatory requirements**,** all SAEs (regardless of their relationship to Study Drug) should be reported to the Sponsor or designee within 24 hours of the site's first knowledge of the event. The collection of SAEs will begin after the patient signs the informed consent form and stop at the end of the patient's follow-up period on Study Day 176. When the Site Investigator is reporting by telephone, it is important to speak to someone in person versus leaving a message. An Initial Serious Adverse Event Form should be completed and a copy should be faxed to the Sponsor or designee **(Safety Fax 1-760-268-6500)**.

Detailed information should be actively sought and included on Follow-Up Serious Adverse Event Forms as soon as additional information becomes available. All SAEs will be followed until resolution. SAEs that remain ongoing past the patient's last protocol-specified follow-up visit will be evaluated by the Site Investigator and Sponsor. If the Site Investigator and Sponsor agree the patient's condition is unlikely to resolve, the Site Investigator and Sponsor will determine the follow-up requirement.

### *9.4.2 Non-Serious Adverse Events*

The recording of non-serious AEs will begin after the patient signs the informed consent form and will stop at the end of the patient's follow-up period defined as Study Day 176. The Site Investigator will monitor each patient closely and record all observed or volunteered AEs on the Adverse Event Case Report Form.

### *9.4.3 Evaluation of Adverse Events (Serious and Non-Serious)*

The Investigator's opinion of the following should be documented:

#### *9.4.3.1 Relationship to the Study Drug*

The event's relationship to the Study Drug is characterized by one of the following:

- **Related:** There is clear evidence that the event is related to the use of Study Drug e.g., confirmation by positive re-challenge test
- **Possible:** The event cannot be explained by the patient's medical condition, concomitant therapy, or other causes, and there is a plausible temporal relationship between the event and Study Drug administration

- **Unlikely/Remote:** An event for which an alternative explanation is more likely (e.g., concomitant medications or ongoing medical conditions) or the temporal relationship to Study Drug administration and/or exposure suggests that a causal relationship is unlikely (For reporting purposes, Unlikely/Remote will be grouped together with Not Related)

- **Not Related:** The event can be readily explained by the patient's underlying medical condition, concomitant therapy, or other causes, and therefore, the Site Investigator believes no relationship exists between the event and Study Drug

#### *9.4.3.2 Severity*

The event's severity is characterized by one of the following:

- **Mild:** The event is easily tolerated by the patient and does not affect the patient's usual daily activities

- **Moderate:** The event causes the patient more discomfort and interrupts the patient's usual daily activities

- **Severe:** The event is incapacitating and causes considerable interference with the patient's usual daily activities

If the event is an SAE, then all applicable seriousness criteria must be indicated (criteria listed in Section 9.3.3).

#### *9.4.3.3 Action Taken with Study Drug*

Action taken with Study Drug due to the event is characterized by one of the following:

- **None:** No changes were made to Study Drug administration and dose

- **Permanently Discontinued:** Study Drug was discontinued and not restarted

- **Temporarily Interrupted, Restarted – Same Dose:** Dosing was temporarily interrupted, stopped or delayed due to the adverse event and restarted at the same dose

#### *9.4.3.4 Treatment Given for Adverse Event*

Any treatment (e.g., medications or procedures) given for the adverse event should be recorded.

#### *9.4.3.5 Outcome of the Adverse Event*

If the event is a non-serious adverse event then the event's outcome is characterized by one of the following:

- **AE Persists:** Patient terminates from the trial and the AE continues

- **Recovered:** Patient recovered completely from the AE

- **Became Serious:** The event became serious (the date the event became serious should be recorded as the Resolution Date of that AE and the Onset Date of the corresponding SAE)

- **Change in Severity (if applicable):** AE severity changed

If the event is a serious adverse event then the event's outcome is characterized by one of the following:

- **Ongoing:** SAE continuing
- **Persists (as non-serious AE):** Patient has not fully recovered but the event no longer meets serious criteria and should be captured as an AE on the non-serious AE eCRF (the SAE resolution date should be entered as the date of onset of that AE)
- **Recovered:** Patient recovered completely from the SAE (the date of recovery should be entered as the SAE resolution date)
- **Fatal:** Patient died (the date of death should be entered as the SAE resolution date)

## 9.5 Procedures for Handling Special Situations

### *9.5.1 Abnormalities of Laboratory Tests*

Clinically significant abnormal laboratory test results may, in the opinion of the Investigator, constitute or be associated with an adverse event. Examples of these include abnormal laboratory results that are associated with symptoms, or require treatment, e.g., bleeding due to thrombocytopenia, tetany due to hypocalcemia, or cardiac arrhythmias due to hyperkalemia. Whenever possible, the underlying diagnosis should be listed in preference to abnormal laboratory values as AEs. Clinically significant abnormalities will be monitored by the Site Investigator until the parameter returns to its baseline value or until agreement is reached between the Site Investigator and Sponsor Medical Monitor. Laboratory abnormalities deemed not clinically significant (NCS) by the Site Investigator should not be reported as AEs. Similarly, laboratory abnormalities reported as AEs by the Site Investigator should not be deemed NCS on the laboratory sheet.

The Site Investigator is responsible for reviewing and signing all laboratory reports. The signed clinical laboratory reports will serve as source documents.

### *9.5.2 Prescheduled or Elective Procedures or Routinely Scheduled Treatments*

A prescheduled or elective procedure or a routinely scheduled treatment will not be considered an SAE, even if the patient is hospitalized; the study site must document all of the following:

- The prescheduled or elective procedure or routinely scheduled treatment was scheduled (or was on a waiting list to be scheduled) prior to obtaining the patient's consent to participate in the study
- The condition that required the prescheduled or elective procedure or routinely scheduled treatment was present before and did not worsen or progress in the opinion of the Site Investigator between the patient's consent to participate in the study and the timing of the procedure or treatment

- The prescheduled or elective procedure or routinely scheduled treatment is the sole reason for the intervention or hospital admission

### *9.5.3 Dosing Errors*

Study medication errors should be documented as Protocol Deviations. A brief description should be provided in the deviation, including whether the patient was symptomatic (list symptoms) or asymptomatic, and the event accidental or intentional.

Dosing details should be captured on the Dosing Case Report Form. If the patient takes a dose of Study Drug that exceeds protocol specifications and the patient is symptomatic, then the symptom(s) should be documented as an adverse event and be reported per Section 9.4.

**Should an overdose occur**, the Site Investigator or designee should refer to the Guidance to Investigator's section of the Investigator's Brochure and contact the Sponsor or designee within 24 hours.

### *9.5.4 Contraception and Pregnancy*

Male patients and female patients of childbearing potential must continue to use appropriate contraception with their partners, or refrain from sexual activity as described in the inclusion criteria (Section 7.6.1).

If a patient becomes pregnant or a pregnancy is suspected, or if a male patient makes or believes that he has made someone pregnant during the study, the patient should immediately inform the study personnel. An Initial Pregnancy Form should be submitted to the Sponsor or designee **within 24 hours** of first learning of the occurrence of pregnancy. Follow-up information including delivery or termination is reported on Follow-up Pregnancy Forms and reported within 24 hours.

Payment for all aspects of obstetrical care, child or related care will be the patient's responsibility.

Female patients: If a suspected pregnancy occurs while on the study (including follow-up), a pregnancy test will be performed. The patient with a confirmed pregnancy will be immediately withdrawn from treatment with Study Drug. However, the patient will be encouraged to complete the post-treatment follow-up portion of the study to the extent that study procedures do not interfere with the pregnancy. Regardless of continued study participation, the study physician will assist the patient in getting obstetrical care and the progress of the pregnancy will be followed until the outcome of the pregnancy is known (i.e., delivery, elective termination, or spontaneous abortion). If the pregnancy results in the birth of a child, the Site and Sponsor may require access to the mother and infant's medical records for an additional 8 weeks after birth.

Male patients: The progress of the pregnancy in a male patient's partner should be followed until the outcome of the pregnancy is known (i.e., delivery, elective termination, or spontaneous abortion). If the pregnancy results in the birth of a child, additional follow-up information may be requested for the mother and infant. Follow-up will be performed to the extent permitted by law and privacy considerations.

# 10. STATISTICAL CONSIDERATIONS

## 10.1 Study Endpoints, Subsets, and Covariates

### *10.1.1 Primary Endpoint*

The primary endpoint is the percent change in fasting total apoC-III levels from Baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 for patients in Group 1 plus 2.

### *10.1.2 Secondary Endpoints*

#### *10.1.2.1 Secondary Pharmacodynamic Endpoints*

Percent change in fasting VLDL apoC-III , TG, apoC-II (total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels.

#### *10.1.2.2 Secondary Safety Endpoints*

- Adverse events
- Vital signs and weight
- Physical examination
- Clinical laboratory tests (serum chemistry, hematology, urinalysis, coagulation, complement, immune function, thyroid function, pregnancy test for women with child bearing potential)
- ECG
- Use of concomitant medication

### *10.1.3 Tertiary Endpoints*

Post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in the group of patients undergoing post-prandial assessment as appropriate.

## 10.2 Sample Size Considerations

Based upon prior clinical trial experience with ISIS 304801, it is estimated that the standard deviation of the percent change in total apoC-III is approximately 46%. With 18 Group 1 and 2 patients in the pooled placebo cohort and each ISIS 304801 dose cohort, there would be at least 80% power to detect a 45% difference in total apoC-III between each ISIS 304801 dose cohort and pooled placebo cohort at an alpha level of 0.05, assuming 50% reduction in ISIS 304801 dose cohort and 5% in the pooled placebo cohort.

Sample size in Groups 3 and 4 is not based on statistical calculation. It is selected based upon prior experience to ensure that the safety, tolerability and efficacy of ISIS 304801 can be explored while minimizing unnecessary subject exposure.

## 10.3 Populations

The Safety Set will include all randomized patients who received at least 1 injection.

The Full Analysis Set, which represents the practically-feasible intent-to-treat (ITT) population as delineated in ICH Guideline E9, will include the subset of the Safety Set with at least 1 post-Baseline total apoC-III measure.

The Per-Protocol Set will include the subset of the Full Analysis Set that have received at least 9 doses of ISIS-304801 or placebo and that have no significant protocol deviations that would be expected to affect efficacy assessments.

## 10.4 Interim Analysis

An unblinded interim analysis may be performed for business planning purposes. To ensure patient safety, blinded data including the adverse events and safety laboratory data will be reviewed by the Sponsor on an ongoing basis.

## 10.5 Planned Methods of Analysis

All eCRF data, lab data transfers, as well as any outcomes derived from the data, will be provided in the patient data listings. Patient data listings will be presented for all patients enrolled into the study.

Descriptive summary statistics including n, mean, median, standard deviation, interquartile range (25th percentile, 75th percentile), and range (minimum, maximum) for continuous variables, and counts and percentages for categorical variables will be used to summarize most data. Where appropriate, p-values will be reported. All statistical tests will be conducted using 2-sided tests with 5% type 1 error rates unless otherwise stated.

For data summaries and statistical analyses, the placebo patients from all 3 Group 1 and 2 cohorts will be pooled into one cohort. For analyses of Group 3, the placebo patients from both cohorts will be pooled into one cohort.

All PD endpoints will be assessed on the Per-Protocol Set (primary analysis population) and Full Analysis Set. All safety assessments will be performed on the Safety Set.

### *10.5.1 Demographic and Baseline Characteristics*

Demographic and baseline characteristics will be summarized using descriptive statistics by dose cohort and assessment group. Patient randomization will be summarized by dose cohort and assessment group. The patient disposition will be summarized. All patients enrolled will be included in a summary of patient disposition.

### *10.5.2 Safety Analysis*

Treatment duration and amount of Study Drug received will be summarized by dose cohort and assessment group.

All treatment-emergent adverse events and serious adverse events will be summarized for each dose cohort and assessment group using the MedDRA™ coding system, by system organ class, preferred term, relationship to Study Drug, and severity. Narratives of deaths, serious and

significant adverse events, including early withdrawals due to adverse events, will also be provided.

Laboratory tests to ensure patient safety including chemistry panel, complete blood count with differential, coagulation panel, complement etc., will be summarized by study visits for each dose cohort and assessment group. These safety variables will also be presented as change and percent change from baseline over time after Study Drug administration, as appropriate.

Vital sign and ECG measures will be tabulated by dose cohort and assessment group. In addition, the number of patients who experience abnormalities in clinical laboratory evaluations will be summarized by dose cohort and assessment group.

### *10.5.3 Pharmacokinetic Analysis*

All patients exposed to ISIS 304801 will be included in the PK analysis, and all patients assigned to the extensive PK group will be included in the extensive PK analysis.

Plasma pharmacokinetic parameters and ISIS 304801 concentrations in plasma will be summarized by dose cohort and, when appropriate, by assessment group, using descriptive statistics and, where warranted, presented graphically. The following ISIS 304801 plasma PK parameters (though not necessarily limited to) will be derived from the individual patient concentration vs. time profiles using noncompartmental-based methods and based on actual sampling times as appropriate:

- The maximal observed drug concentration ($C_{max}$)
- The time to reach $C_{max}$ ($T_{max}$)
- The area under the plasma concentration-time curve from zero time (predose) to selected times (t) after the SC administration ($AUC_{0-t}$)
- The apparent terminal half-life ($t_{½}$) if possible

### *10.5.4 Pharmacodynamic Analysis*

The primary analysis will be the comparisons of percent change in fasting total apoC-III levels from baseline (average of Day -8 and pre-dose Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 between ISIS 304801 300 mg Group 1 plus 2 dose cohort and pooled placebo cohort in the Per-Protocol Set. The data will be analyzed using the 2-sample t-test (if data departs substantially from normality, the Wilcoxon Rank Sum test will be used). The primary analysis will take place after all patients in Groups 1 and 2 have completed Day 92 and this database has been locked. The primary pharmacodynamic endpoint will also be assessed (as a secondary end point) in the Full Analysis Set.

Additional secondary pharmacodynamic analyses are:

- Comparisons of percent change in fasting total apoC-III levels from baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 between ISIS 304801 100 mg and 200 mg Group 1 plus 2 dose cohorts vs. pooled placebo Group 1 and 2 cohort. The data will be analyzed using the

2-sample t-test (if data departs substantially from normality, the Wilcoxon Rank Sum test will be used).

- Comparison of percent change from baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) in fasting total apoC-III levels over time between ISIS 304801 Group 1 plus 2 dose cohorts and pooled placebo Group 1 and 2 cohort. Repeated measurement analysis will be performed to analyze the effect over time, if supported by adequate distribution of patients
- Comparisons of percent change in VLDL apoC-III, TG, apoC-II (total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels from baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 between ISIS 304801 Group 1 plus 2 dose cohorts and pooled placebo Group 1 and 2 cohort. The data will be analyzed using the 2-sample t-test (if data departs substantially from normality, the Wilcoxon Rank Sum test will be used).
- All of the above analyses will also be done between ISIS 304801 200 mg and 300 mg dose cohorts vs. pooled placebo cohort in Group 3
- All of the above analyses will also be done between ISIS 304801 100 mg, 200 mg and 300 mg dose cohorts vs. pooled placebo cohort in heterozygous LPL deficient patients in Group 1 plus 2, and in Group 3, if supported by adequate distribution of patients
- Descriptive summary of all pharmacodynamic endpoints in Group 4 patients

The secondary pharmacodynamic endpoints will be assessed in both the Full Analysis and per-protocol populations. Post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels will be analyzed in those patients with data available.

#### *10.5.5 Additional Analyses*

Potential relationships between pharmacodynamic and pharmacokinetic measures may also be explored, where deemed appropriate.

## 11. REGULATORY OBLIGATIONS

### 11.1 Informed Consent

The written informed consent document should be prepared in the language(s) of the potential patient population, based on an English version provided by the Sponsor.

Before a patient's participation in the trial, the Site Investigator is responsible for obtaining written informed consent from the patient after adequate explanation of the aims, methods, anticipated benefits, and potential hazards of the study and before any protocol-specific screening procedures or any Study Drugs are administered.

The acquisition of informed consent and the patient's agreement or refusal of his/her notification of the primary care physician should be documented in the patient's medical records, and the

informed consent form should be signed and personally dated by the patient and by the person who conducted the informed consent discussion (not necessarily an Investigator). The original signed informed consent form should be retained in accordance with institutional policy, and a copy of the signed consent form should be provided to the patient or legally acceptable representative.

## 11.2 Ethical Conduct of the Study

The Guidelines of the World Medical Association (WMA) Declaration of Helsinki in its revised edition (Washington 2002), the guidelines of current Good Clinical Practice (GCP) as well as the demands of national drug and data protection laws and other applicable regulatory requirements will be strictly followed.

## 11.3 Institutional Review Board (IRB)/Independent Ethics Committee (IEC)

A copy of the protocol, proposed informed consent forms, other written patient information, and any proposed advertising material must be submitted to the IRB/IEC for written approval. A copy of the written approval of the protocol and informed consent forms must be received by the Sponsor before recruitment of patients into the study and shipment of Study Drug.

The Site Investigator must submit and, where necessary, obtain approval from the IRB/IEC for all subsequent protocol amendments and changes to the informed consent documents. The Site Investigator should notify the IRB/IEC of deviations from the protocol or serious AEs occurring at the study center and other AE reports received from the Sponsor in accordance with local procedures.

The Site Investigator will be responsible for obtaining annual IRB/IEC approval/renewal throughout the duration of the study. Copies of the Site Investigator's reports and the IRB/IEC's continuance of approval must be sent to the Sponsor.

## 11.4 Pre-Study Documentation Requirements

The Site Investigator is responsible for forwarding at a minimum the following documents to the Sponsor, or designee, for review before study initiation can occur:

- Signed and dated protocol signature page (Investigator's Agreement)
- Copy of the IRB/IEC approval of the protocol, approved consent forms, and patient information sheet
- Up-to-date curricula vitae of Site Investigator and all study team members
- The IRB/IEC composition and/or written statement that IRB/IEC is in compliance with regulations
- Laboratory normal ranges and documentation of laboratory certification (or equivalent)
- Current Patient/Site Investigator indemnity insurance
- Signed study contract

### 11.5 Patient Confidentiality

The Site Investigator must ensure that the patient's confidentiality is maintained. On the CRFs or other documents submitted to the Sponsor, patients should be identified by their initials and a patient study number only. Documents that are not for submission to the Sponsor (e.g., signed informed consent forms) should be kept in strict confidence by the Site Investigator.

In compliance with federal and local regulations/ICH GCP Guidelines, it is required that the Site Investigator and institution permit authorized representatives of the company and of the federal and local regulatory agencies direct access to review the patient's original medical records for verification of study-related procedures and data. Direct access includes examining, analyzing, verifying, and reproducing any records and reports that are important to the evaluation of the study. The Site Investigator is obligated to inform and obtain the consent of the patient to permit named representatives to have access to his/her study-related records without violating the confidentiality of the patient.

## 12. ADMINISTRATIVE AND LEGAL OBLIGATIONS

### 12.1 Protocol Amendments

Protocol amendments will be issued only by the Sponsor. Agreement from the Site Investigator must be obtained for all protocol amendments and amendments to the informed consent document. The regulatory authority and IRB/IEC must be informed of all amendments and give approval for any amendments likely to affect the safety of the patients or the conduct of the trial. The Site Investigator **must** send a copy of the approval letter from the IRB/IEC to the Sponsor.

### 12.2 Study Termination

Both the Sponsor and the Site Investigator reserve the right to terminate the study, according to the terms of the study contract. The Sponsor, or designee, must notify the regulatory authority and the Site Investigator must notify the IRB/IEC in writing of the trial's completion or early termination and send a copy of the IRB/IEC notification to the Sponsor or designee.

### 12.3 Study Documentation and Storage

The Site Investigator must ensure that all appropriately qualified persons to whom he/she has delegated trial duties are recorded on a Sponsor-approved Delegation of Site Responsibilities Form.

Source documents are original documents, data, and records from which the patient's CRF data are obtained. These include but are not limited to hospital records, clinical and office charts, laboratory and pharmacy records, diaries, imaging, radiographs, and correspondence. In this study, CRFs may not be used as source documents.

The Site Investigator and study staff are responsible for maintaining a comprehensive and centralized filing system of all study-related (essential) documentation, in accordance with Section 8 of the ICH Guidelines (E6), suitable for inspection at any time by representatives from the Sponsor and/or applicable regulatory authorities. Elements must include:

- Patient files containing informed consents, and supporting copies of source documentation

- Study files containing the protocol with all amendments, Investigator's Brochure, copies of pre-study documentation (see Section 10.4), and all correspondence to and from the IRB/IEC and the Sponsor
- If drug supplies are maintained at the Study Center, proof of receipt, Study Drug Product Accountability Record, Return of Study Drug Product for Destruction, Final Study Drug Product Reconciliation Statement, and all drug-related correspondence

In addition, all original source documents supporting entries in the CRFs must be maintained and be readily available.

No study document should be destroyed without prior written agreement between the Sponsor and the Site Investigator. Should the Site Investigator wish to assign the study records to another party or move them to another location, he/she must notify the Sponsor in writing of the new responsible person and/or the new location.

### 12.4 Study Monitoring

The Sponsor representative or designee and regulatory authority inspectors are responsible for contacting and visiting the Site Investigator for the purpose of inspecting the facilities and, upon request, inspecting the various records of the trial (e.g., CRFs and other pertinent data) provided that patient confidentiality is respected.

The Sponsor monitor is responsible for inspecting the CRFs at regular intervals throughout the study to verify adherence to the protocol; completeness, accuracy, and consistency of the data; and adherence to local regulations on the conduct of clinical research. The monitor should have access to patient medical records and other study-related records needed to verify the entries on the CRFs.

The Site Investigator agrees to cooperate with the monitor to ensure that any problems detected in the course of these monitoring visits, including delays in completing CRFs, are resolved.

In accordance with ICH GCP and the Sponsor's audit plans, this study may be selected for audit by representatives from Sponsor's Clinical and Quality Assurance Department (or designees). Inspection of study center facilities (e.g., pharmacy, drug storage areas, laboratories) and review of study-related records will occur to evaluate the trial conduct and compliance with the protocol, ICH GCP, and applicable regulatory requirements.

To ensure the quality of clinical data a clinical data management review will be performed on patient data received by the Sponsor or designee. During this review, patient data will be checked for consistency, omissions, and any apparent discrepancies. In addition, the data will be reviewed for adherence to the protocol and GCP. To resolve any questions arising from the clinical data management review process, data queries and/or site notifications will be sent to the site for completion and return to Sponsor or designee.

The Principal Investigator will sign and date the indicated places on the CRFs. These signatures will indicate that the Principal Investigator inspected or reviewed the data on the CRFs, the data queries, and the site notifications, and agrees with the content.

### 12.5 Language

CRFs must be completed in English. Generic names for concomitant medications should be recorded in English if possible, unless it is a combination drug, then record the Trade name in English.

All written information and other material to be used by patients and investigative staff must use vocabulary and language that are clearly understood.

### 12.6 Compensation for Injury

The Sponsor maintains appropriate insurance coverage for clinical trials and will follow applicable local compensation laws. Patients will be treated and/or compensated for any study-related illness/injury in accordance with the information provided in the Compensation for Injury section of the Informed Consent document.

## 13. REFERENCES

Akdim F, Stroes ES, Sijbrands EJ, Tribble DL, Trip MD, Jukema JW, Flaim JD, Su J, Yu R, Baker BF, Wedel MK, Kastelein JJ. Efficacy and safety of mipomersen, an antisense inhibitor of apolipoprotein B, in hypercholesterolemic subjects receiving stable statin therapy. J Am Coll Cardiol 2010; 55: 1611-1618.

Altmann KH, Fabbrot D, Dean NM, Geigert T, Monia BP, Müller M, Nicklin P. Second generation of antisense oligonucleotides: from nuclease resistance to biological efficacy in animals. Chimia 1996; 50: 168-176.

American Diabetes Association (ADA). Standards of medical care in diabetes. Diabetes Care 2008; 31: S12-S54.

Atzmon G, Rincon M, Schechter CB, Shuldiner AR, Lipton RB, Bergman A, Barzilai N. Lipoprotein genotype and conserve pathway for exceptional longevity in humans. PLoS Biol 2006; 4: e113.

Bickerton AS, Roberts R, Fielding BA, Hodson L, Blaak EE, Wagenmakers AJ, Gilbert M, Karpe F, Frayn KN. Preferential uptake of dietary fatty acids in adipose tissue and muscle in the postprandial period. Diabetes 2007; 56: 168-176.

Brewer HB Jr. Hypertriglyceridemia: Changes in the plasma lipoproteins associated with an increased risk of cardiovascular disease. Am J Cardiol 1999; 83: 3F-12F.

Brisson D, Méthot J, Tremblay K, Tremblay M, Perron P, Gaudet D. Comparison of the efficacy of fibrates on hypertriglyceridemic phenotypes with different genetic and clinical characteristics. Pharmacogenetics & Genomics 2010; 20: 742–747.

Caron S and Staels B. Apolipoprotein CIII. A link between hypertiglyceridemia and vascular dysfunction? Circ Res 2008; 103: 1348-1350.

Catapano A, Reiner Z, De Backer G, Graham I, Taskinen M, Wiklund O, Agewall S, Alegria E, Chapman MJ, Durrington P, Erdine S, Halcox J, Hobbs R, Kjekshus J, Filardi PP, Riccardi G, Storey RF, Wood D. ESC/EAS guidelines for the management of dyslipidaemias The task force for the management of dyslipidaemias of the European Society of Cardiology (ESC) and the European Atherosclerosis Society (EAS). Atherosclerosis 2011; 217S: S1-S44.

Chan DC, Chen MM, Ooi EM, Watts GF. An ABC of apolipoprotein C-III: a clinically useful new cardiovascular risk factor? Int J Clin Pract 2008; 62: 799-809.

Chi KN, Zoubeidi A, Gleave ME. Custirsen (OGX-011): A second-generation antisense inhibitor of clusterin for the treatment of cancer. Expert Opin Investig Drugs 2008; 12: 1955-1962.

Gastaldelli A, Coggan AR, Wolfe RR. Assessment of methods for improving tracer estimation of non-steady-state rate of appearance. J Appl. Physiol 1999; 87: 1813-1822.

Gaudet D, De Wal J, Tremblay K, Déry S, Van Deventer S, Freidig A, Brisson D, Méthot J. Review of the clinical development of alipogene tiparvovec gene therapy for lipoprotein lipase deficiency. Atherosclerosis Supplements 2010; 11: 55-60.

Geary RS, Yu RZ, Watanabe T, Henry SP, Hardee GE, Chappell A, Matson J, Sasmor H, Cummins L, Levin AA. Pharmacokinetics of a tumor necrosis factor-alpha phosphorothiate 2′-*O*-(2-methoxyethyl) modified antisense oligonucleotide: comparison across species. Drug Metabolism and Disposition 2003; 31: 1419-1428.

Hegele RA, Ban MR, Hsueh N, Kennedy BA, Cao H, Zou GY, Anand S, Yusuf S, Huff MW, Wang J. A polygenic basis for four classical Fredrickson hyperlipoproteinemia phenotypes that are characterized by hypertriglyceridemia. Hum Mol Genet 2009; 18: 4189-4194.

Hegele RA and Pollex RL. Hypertriglyceridemia: Phenomics and genomics. Mol Cell Biochem 2009; 326: 35-43.

Henry S, Stecker K, Brooks D, Monteith D, Conklin B, Bennett CF. Chemically modified oligonucleotides exhibit decreased immune stimulation in mice. J Pharm Exp Therap 2000; 292: 468-479.

Inoue H, Hayase Y, Iwai S, Ohtsuka E. Sequence-dependent hydrolysis of RNA using modified oligonucleotide splints and RNase H. FEBS Letters 1987; 215: 327-330.

Kawakami A, Aikawa M, Libby P, Alcaide P, Luscinskas FW, Sacks FM. Apolipoprotein CIII in apolipoprotein B lipoproteins enhances the adhesion of human monocytic cells to endothelial cells. Circulation 2006; 113: 691-700.

Kawakami, A, Osaka M, Tani M, Azuma H, Sacks F, Shimokado K, Yoshida M. Apolipoprotein CIII links hyperlipidemia with vascular endothelial cell dysfunction. Circulation 2008; 118: 731-742.

McKay RA, Miraglia LJ, Cummins LL, Owens SR, Samor H, Dean NM. Characterization of a potent and specific class of antisense oligonucleotide inhibitor of human protein kinase C-alpha expression. J Biol Chem .1999; 274: 1715-1722.

Mittendorfer B, Liem O, Patterson BW, Miles JM, Klein S. What does the measurement of whole-body fatty acid rate of appearance in plasma by using a fatty acid tracer really mean? Diabetes 2003; 52: 1641-1648.

Monia BP, Lesnik EA, Gonzalez , Lima WF, McGee D, Guinosso CJ, Kawasaki AM, Cook PD, Freier SM. Evaluation of 2′-modified oligonucleotides containing 2′-deoxy gaps as antisense inhibitors of gene expression. J Biol Chem 1993; 268: 14514-14522.

NCEP. Third report of the national cholesterol education program (NCEP) expert panel on detection, evaluation, and treatment of high blood cholesterol in adults (Adult Treatment Panel III). Circulation 2002; 106: 3143-421.

Normand-Lauziere F, Frisch F, Labbe SM, Bherer P, Gagnon R, Cunnane SC, Carpentier AC. Increased postprandial nonesterified fatty acid appearance and oxidation in type 2 diabetes is not fully established in offspring of diabetic subjects. PLoS. One 2010; 5: e10956.

Ooi EMM, Barrett PHR, Chan DC, Watts GF. Apolipoprotein C-III: understanding an emerging cardiovascular risk factor. Clinical Science 2008; 114: 611–624.

Petersen KF, Dufour S, Hariri A, Nelson-Williams C, Foo JN, Zhang XM, Dziura J, Lifton RP, Shulman GI. Apolipoprotein C3 gene variants in nonalcoholic fatty liver disease. N Engl J Med 2010; 362: 1082-1089.

Pollin TI, Damcott CM, Shen H, Ott SH, Shelton J, Horenstein RB, Post W, McLenithan JC, Bielak LF, Peyser PA, Mitchell BD, Miller M, O'Connell JR, Shuldiner AR. A null mutation in human APOC3 confers a favorable plasma lipid profile and apparent cardioprotection. Science 2008; 322: 1702-1705.

Raal FJ, Santos RD, Blom DJ, Marais AD, Charng MJ, Cromwell WC, Lachmann RH, Gaudet D, Tan JL, Chasan-Taber S, Tribble DL, Flaim JD, Crooke ST. Mipomersen, an apolipoprotein B synthesis inhibitor, for lowering of LDL cholesterol concentrations in patients with homozygous familial hypercholesterolaemia: A randomized, double-blind, placebo-controlled trial. Lancet 2010; 375: 998-1006.

Sacks FM, Alaupovic P, Moye LA, Cole TG, Sussex B, Stampfer MJ, Pfeffer MA, Braunwald E. VLDL, apolipoproteins B, CIII and E and risk of recurrent coronary events in the cholesterol and recurrent events (CARE) trial. Circulation 2000; 102: 1886-1892.

Sundaram M, Zhong S, Khalil MB, Links PH, Zhao Y, Iqbal J, Hussain MM, Parks RJ, Wang Y, Yao Z. Expression of apolipoprotein C-III in McA-RH7777 cells enhances VLDL assembly and secretion under lipid-rich conditions. J Lipid Res 2010; 51: 150-161.

Toskes PP. Hyperlipidemic pancreatitis. Gastroenterol Clin North Am 1990; 19: 783-791.

Tremblay K, Méthot J, Brisson D, Gaudet D. Etiology and risk of lactescent plasma and severe hypertriglyceridemia. J Clin Lipidol. 2011; 5: 37-44.

Yu RZ, Kim TW, Hong A, Watanabe TA, Gaus HJ, Geary RS. Cross-species pharmacokinetic comparison from mouse to man of a second-generation antisense oligonucleotide, ISIS 301012, targeting human apolipoprotein B-100. Drug Metabolism and Disposition 2007; 35: 460-468.

Yuan G, Al-Shali KZ, Hegele RA. Hypertriglyceridemia: It's etiology, effects and treatment. CMAJ 2007; 176: 1113-1120.

# 14. APPENDICES

# Appendix A Schedule of Procedures

## Appendix A Schedule of Procedures (all procedures are pre-dose unless indicated otherwise)

| Study Period | Screen/ Run In[a] | Qual Visit[b] | | Treatment D1 to 85 | | | | | | | | | | | | | | Post-Treatment Evaluation D 86 to 176 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study Week** | **-9** | **-1** | | **1** | | **2** | **3** | **4[c]** | **5** | **6[c]** | **7** | **8[c]** | **9** | **10[c]** | **11** | **12[c]** | **13** | | **14** | **15** | **16** | | **19** | **26** |
| **Study Day** | **-63** | **-8** | **-1[e]** | **1** | **2[d]** | **8** | **15** | **22** | **29** | **36** | **43** | **50** | **57** | **64** | **71** | **78** | **85** | **86[d]** | **92** | **99** | **103[e]** | **104[e]** | **127** | **176** |
| **Visit Window +/- Days** | **0** | **1** | **0** | **0** | **0** | **1** | **1** | **1** | **1** | **1** | **1** | **1** | **1** | **1** | **1** | **1** | **1** | **0** | **1** | **1** | **2** | **0** | **3** | **5** |
| Informed Consent | X | | | | | | | | | | | | | | | | | | | | | | | |
| Inclusion/Exclusion Criteria | X | X | | | | | | | | | | | | | | | | | | | | | | |
| Medical History | X | | | | | | | | | | | | | | | | | | | | | | | |
| Height | X | | | | | | | | | | | | | | | | | | | | | | | |
| Weight | X | X | | | | | | | | | | | | | | | | | X | | | | | X |
| Vital Signs | X | X | | X | | X | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | | X | X |
| Physical Examination | X | | | | | | | | | | | | | | | | | | X | | | | | X |
| Waist and Hip Circumference | | X | | | | | | | | | | | | | | | | | | | | | | |
| 12- lead ECG | X | | | X | | | | | | | | | X | | | | | | X | | | | | X |
| Urinalysis | X | X | | | | X | X | | X | | | | X | | | | | | X | | | | X | X |
| Blood Draw: Chemistry Panel (+ CPK) | X | X | | | | X | X | | X | | | | X | | | | | | X | | | | X | X |
| Blood Draw: CBC with Differential | X | X | | | | X | X | | X | | | | X | | | | | | X | | | | X | X |
| Blood Draw: Serum Lipid Panel[f] (F = full) | TG only | F | F | F | | X | F | | X | | F | | X | | X | | F | | F | X | | | F | F |
| Blood Draw: Coagulation (aPTT, PT, INR) | X | | | X[g] | | | | | | | | | X | | | | X[g] | | | | | | | X |
| Blood Draw: Complement Markers C5A, Bb | | | | X[g] | | X | | | | | | | | | | | X[g] | | X | | | | | |
| Blood Draw: Hepatitis B, C. HIV. TSH. Free $T_4$ | X | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Draw: hsCRP[i] | | | | X | | | | | | | | | | | | | | | X | | | | | X |

## Appendix A Schedule of Procedures (all procedures are pre-dose unless indicated otherwise) *Continued*

| **Study Period** | **Screen/ Run In[a]** | **Qual Visit[b]** | | **Treatment D1 to 85** | | | | | | | | | | | | | | **Post-Treatment Evaluation D 86 to 176** | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study Week** | **-9** | **-1** | | **1** | | **2** | **3** | **4[c]** | **5** | **6[c]** | **7** | **8[c]** | **9** | **10[c]** | **11** | **12[c]** | **13** | | **14** | **15** | **16** | | **19** | **26** |
| **Study Day** | **-63** | **-8** | **-1[e]** | **1** | **2[d]** | **8** | **15** | **22** | **29** | **36** | **43** | **50** | **57** | **64** | **71** | **78** | **85** | **86[d]** | **92** | **99** | **103[e]** | **104[e]** | **127** | **176** |
| **Visit Window +/- Days** | **0** | **1** | **0** | **0** | **0** | **1** | **1** | **1** | **1** | **1** | **1** | **1** | **1** | **1** | **1** | **1** | **1** | **0** | **1** | **1** | **2** | **0** | **3** | **5** |
| Blood Draw Cont: PK Sampling | | | | X | X[h] | X | X | | X | | X | | X | | X | | X | X[h] | X | X | | | X | X |
| Blood Draw Cont: Post-prandial Sampling[e] | | | X | X[h] | | | | | | | | | | | | | | | | | X | X[h] | | |
| Blood Draw Cont: ISIS 304801 Antibodies[i] | | | | X | | | X | | | | | | X | | | | | | X | | | | | X |
| Blood Draw Cont: Serum Pregnancy Test[j] | X | X | | | | | | | X | | | | X | | | | | | | | | | | X |
| Study Drug: SC Injection | | | | X | | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | |
| Diet/Alcohol Counseling and Monitoring[k] | X | X | X | X | | X | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | | X | X |
| Outpatient Visit | X | X | X | X | X | X | X | | X | | X | | X | | X | | X | X | X | X | X | X | X | X |
| Adverse Events | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Concomitant Medication Usage | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

a Screening procedures performed and the patient starts the tightly controlled diet
b After 28 days on the controlled diet, patients will have baseline measurements and be assessed for qualification of enrollment and, if qualified, enrolled into the treatment phase of the study and randomized to assessment group, dose cohort, and treatment
c Study visit may be conducted at a remote location (e.g., patient's home), by a trained professional, if travel to the study center is unduly burdensome for the patient
d Extensive PK blood sampling group only (Appendix C)
e Post-prandial assessment patients only (Appendix D)
f Lipid profile is conducted pre-dose after an overnight fast. Patients in the post-prandial assessment group will have a full lipid panel on Day -1, pre-liquid meal, and not on Day 1. Lipid panel: X; Full lipid panel: F (Appendix B)
g Pre-dose and 4 hrs
h 24 hour blood draw (pre-dose on dosing days)
i Samples will be collected for potential evaluation. Additional samples may be drawn if clinically indicated
j Females of childbearing potential only
k Weekly calls during diet control run in and every other week, between visits, during follow-up to review diet and reinforce compliance to the diet. Patient to fill in the food diary for 2 days prior to visits when lipids are measured and at the visit the trained professional meets the patient, reviews the food diary, and reinforces compliance to the diet

# Appendix B Clinical Laboratory Assessments

## Appendix B Clinical Laboratory Assessments

Based on emerging data from this or future studies, additional tests not listed below may be performed on stored samples to better characterize the profile of ISIS 304801 or other similar oligonucleotides

For timing of laboratory assessments, see Appendix A

| **Clinical Safety Assessments (Minimum Requirements)** | | | **Other Assessments** | **Efficacy Assessments** |
|---|---|---|---|---|
| **Clinical Chemistry**<br>Sodium<br>Potassium<br>Chloride<br>Bicarbonate<br>Total protein<br>Albumin<br>Total globulin<br>Calcium<br>Phosphorus<br>Glucose<br>Blood urea nitrogen<br>Creatinine<br>Uric acid<br>Lactate dehydrogenase<br>Total, direct, and indirect bilirubin<br>Alkaline phosphatase<br>AST (SGOT)<br>ALT (SGPT)<br>Creatine phosphokinase<br>**Other**<br>hsCRP<br>Hepatitis B, C<br>HIV | **Urinalysis**<br>Color<br>Appearance<br>Specific gravity<br>pH<br>Protein<br>Blood<br>Ketones<br>Urobilinogen<br>Glucose<br>Bilirubin<br>Leukocyte esterase<br>Nitrite<br>Microscopic examination (if abnormal urine dipstick) | **Coagulation**<br>aPTT<br>PT<br>INR<br>**Complement**<br>C5a<br>Bb<br>**Hematology**<br>White blood cell count<br>Red blood cell count<br>Hemoglobin<br>Hematocrit<br>MCV, MCH, & MCHC<br>Platelet count<br>WBC differential (% and absolute)<br>- Neutrophils<br>- Lymphocytes<br>- Monocytes<br>- Eosinophils<br>- Basophils | **Immune Function**<br>Anti ISIS 304801 antibodies<br>**Thyroid Function**<br>Free $T_4$<br>TSH<br>**Pregnancy** (For women of childbearing potential)<br>hCG<br>**Pharmacokinetics**<br>*ISIS 304801 in plasma<br><br>**Plasma PK samples may also be used for other tests such as profiling of drug binding proteins, bioanalytical method validation purposes, stability and metabolite assessments, and/or to assess other actions of ISIS 304801 with plasma constituents*<br>*Retention plasma pellets (i.e., cells) may be used for genetic testing for lipid, apolipoprotein, and lipoprotein abnormalities* | **Full Lipid Panel****<br>TG<br>ApoC-III (total)<br>ApoC-III (VLDL)<br>ApoC-II (total)<br>ApoC-II (VLDL)<br>ApoB-100<br>ApoA-1<br>ApoA-2<br>ApoE<br>TC<br>LDL-C and LDL-TG<br>VLDL-C and VLDL-TG<br>non-HDL-C and non-HDL-TG<br>HDL-C and HDL-TG<br>CM-C and CM-TG<br>FFA<br>glycerol<br>**Lipid Panel****<br>TG, apoC-III (VLDL and total), apoC-II (total), apo B-100, TC, LDL-C, non-HDL-C, HDL-C<br>**Post-prandial Assessments****<br>See Appendix D<br>***Other lipids, apolipoproteins, and lipoproteins, glycerol, glucose, and insulin may be measured, as needed; at the discretion of the Sponsor, samples will be collected and stored* |

# Appendix C Pharmacokinetic Sampling Schedule

## Appendix C Pharmacokinetic Sampling Schedule

Blood samples for the determination of plasma ISIS 304801 concentrations will be collected prior to dosing, and at various times throughout the dosing period as noted in the tables below. Plasma PK samples may also be used for profiling of drug binding proteins, bioanalytical method validation purposes, stability and metabolite assessments, or to assess other actions of ISIS 304801 with plasma constituents.

### Extensive PK Sampling (Blood) Schedule for Patients in Group 2a

| Study Day | D1 | D2 | D8 | D15 | D29 | D43 | D57 | D71 |
|---|---|---|---|---|---|---|---|---|
| Visit Window +/- Days | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Pre-dose, 0.5, 1, 1.5, 2, 3, 4, 6, 8 and 12 hr post SC injection | 24 hr post dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose |

| Study Day | D85 | D86 | D92 | D99 | D127 | D176 |
|---|---|---|---|---|---|---|
| Visit Window +/- Days | 1 | 0 | 1 | 1 | 3 | 5 |
| | Pre-dose, 0.5, 1, 1.5, 2, 3, 4, 6, 8 and 12 hr post SC injection | 24 hr post dose | 168 +/- 24 hr post dose | 336 +/- 24 hr post dose | 1008 +/- 72 hr post dose | 2184 +/- 120 hr post dose |

### PK Sampling (Blood) Schedule for Patients in Groups 1, 2b, 3 and 4

| Study Day | D1 | D8 | D15 | D 29 | D43 | D57 | D71 |
|---|---|---|---|---|---|---|---|
| Visit Window +/- Days | 0 | 0 | 1 | 1 | 1 | 1 | 1 |
| | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose | Pre-dose |

| Study Day | D85 | D92 | D99 | D127 | D176 |
|---|---|---|---|---|---|
| Visit Window +/- Days | 1 | 1 | 1 | 3 | 3 |
| | Pre-dose | 168 +/- 24 hr post dose and pre-prandial | 336 +/- 24 hr post dose | 1008 +/- 72 hr post dose | 2184 +/- 120 hr post dose |

# Appendix D Post-prandial Meal, Sampling Schedule, and Assessment

## Appendix D Post-prandial Meal, Sampling Schedule, and Assessment

Post-prandial assessment for lipoproteins metabolism will be performed using a radiolabelled meal supplemented with a labeled tracer, $^3$H-palmitate (300µCi, Perkin Elmer Inc., Woodbridge, ON, Canada), sonicated into the liquid meal. Palmitate is a fatty acid that is a common constituent of any diet. The $^3$H-palmitate tracer emits weak radioactivity, equivalent to an X-ray. Since dietary palmitate is incorporated into chylomicrons as they are formed in the enterocytes of the gut, this enables monitoring the appearance and clearance of newly-formed chylomicrons from circulation. The methodology to be applied for studying post-prandial kinetics of chylomicrons appearance and clearance is well-established (Mittendorfer et al. 2003; Bickerton et al. 2007; Normand-Lauziere et al. 2010).

A liquid meal (similar to a milkshake) containing a small amount (300µCi) of radiolabelled fatty acids ($^3$H-palmitate) will be provided. The liquid meal will provide about a third of the daily caloric requirements. From 1 hr prior to 9 hrs after the ingestion of the meal, a constant infusion of [U-$^{13}$C]-K palmitate (0.01µmol/kg/min in 100 ml 25% human serum albumin; Cambridge Isotopes Laboratories Inc., Andover, MA) and a primed (1.6 µmol/kg) continuous (0.05 µmol/kg/min) infusion of [1,1,2,3,3-$^2$H]-glycerol (Cambridge Isotopes Laboratories Inc.) will be administered as previously described (Normand-Lauziere et al. 2010). Plasma palmitate and glycerol appearance rates will be calculated using Steele's non-steady state equation assuming a volume of distribution of 90ml/kg and 230ml/kg, respectively (Gastaldelli et al. 1999).

Blood samples will be drawn at intervals before and after the ingestion of the radiolabelled meal on days prior to and after the Treatment phase as noted in the table below. A standardized meal will be given to the participants after the 9 hr blood draw. Blood will be collected in tubes containing $Na_2$EDTA and Orlistat (30 µg/ml, Roche, Mississauga, Canada) to prevent *in vitro* triacylglycerol lipolysis and separate samples will be collected in NaF tubes for plasma glucose determination.

### Post-prandial Sampling (Blood) Schedule

| Study Day | D -1 | D1 | D103 | D104 |
|---|---|---|---|---|
| Visit Window +/- Days | 0 | 0 | 2 | 0 |
| | -1 hr pre-prandial, and 0, 1, 2, 3, 4, 5, 6, 7, 8, and 9 hrs post prandial | 24 hrs post-prandial /pre SC injection | -1 hr pre-prandial, and 0, 1, 2, 3, 4, 5, 6, 7, 8, and 9 hrs post-prandial | 24 hrs post-prandial |

The following will be measured:

- Plasma and CM fraction levels for $^3$H-tracer
- Plasma [U-$^{13}$C]-K palmitate and [1,1,2,3,3-$^2$H]-glycerol appearance rates
- Plasma and CM fraction levels for TG, TC, and apoB
- Plasma, CM, and VLDL fraction levels for apo CIII, apo CII, and apo E
- Plasma levels for glucose and insulin

Plasma samples may also be used for profiling of drug binding proteins, bioanalytical method validation purposes, stability and metabolite assessments, or to assess other actions of ISIS 304801 with plasma constituents.

# Appendix E Group 2 Study Schematic: Extensive PK and Post-prandial Schedule and Procedures

## Appendix E Group 2 Study Schematic: Extensive PK and Post-prandial Schedule and Procedures




*Patients randomized to Group 2b (post-prandial assessment) given standardized meals to consume on Days -3 and -2
**Patients randomized to Group 2b (post-prandial assessment) given standardized meals to consume on Days 101 and 102
At the visits prior to lipid blood draws, all patients will be given standardized dinner to consume the evening before the lipid blood draw
PEA: Primary endpoint analysis
E/R: Enrollment and Randomization (up to 90 patients)

ISIS™ PHARMACEUTICALS

# Statistical Analysis Plan

## ISIS 304801-CS2

## A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

**Date: 8/15/2012**
**Version: 1.0**

***CONFIDENTIAL***

*Confidential/Trade Secret information subject to 18-USC-1905 and to which all claims of privilege and confidentiality are asserted in both statutory and common law. Further dissemination may be made only with the express written permission of Isis Pharmaceuticals, Inc.*

**Statistical Analysis Plan Signature Page**

**Isis Pharmaceuticals, Inc.**
**2855 Gazelle Court**
**Carlsbad, CA 92010**

Compound Name: 304801

Protocol: CS2

Study Title: A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

Issue Date: 9 August 2012 (Protocol Amendment 2)

Signature: ______________________ Date: 15 Aug 12

Shuting Xia
Associate Director, Biometrics
Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

Signature: ______________________ Date: 21 Aug 2012

Jennifer Burkey
Associate Director, Pharmacokinetics & Clinical Pharmacology
Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

Signature: ______________________ Date: 8/17/12

John Q. Su
Vice President, Biometrics
Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

Signature: ______________________ Date: 15 Aug 12

Vickie Alexander
Director, Clinical Development
Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

## Table of Contents

*1 Introduction* ........ *4*
**1.1 Study Overview** ........ **4**
**1.2 Objectives** ........ **5**
**1.3 Hypotheses** ........ **5**
**1.4 Endpoints** ........ **6**
1.4.1 Primary Pharmacodynamic Endpoint ........ 6
1.4.2 Secondary Pharmacodynamic Endpoints ........ 6
1.4.3 Tertiary Pharmacodynamic Endpoints ........ 6
1.4.4 Safety Endpoints ........ 6
*2 Procedures* ........ *6*
**2.1 General Overview of Procedures** ........ **6**
**2.2 Randomization & Treatment Allocation** ........ **7**
**2.3 Conduct** ........ **7**
**2.4 Data Monitoring** ........ **8**
**2.5 Data Management** ........ **8**
2.5.1 Case Report Form Data ........ 8
2.5.2 Laboratory Data ........ 8
2.5.3 Pharmacokinetics Data ........ 9
*3 Analytical Plan* ........ *9*
**3.1 General Overview of Analyses** ........ **9**
3.1.1 Statistical Methods ........ 9
3.1.2 Subject Population Analyzed ........ 10
**3.2 Primary Analysis** ........ **11**
3.2.1 Primary Endpoint Definition ........ 11
3.2.2 Analysis of Primary Endpoint ........ 11
3.2.3 Sample Size Consideration ........ 11
3.2.4 Planned Interim Analysis ........ 11
3.2.5 Incomplete or Missing Data ........ 12
**3.3 Secondary Analyses** ........ **12**
3.3.1 Secondary Analyses on the Primary Endpoint ........ 12
3.3.2 Percent Change from Baseline in Fasting Total ApoC-III Level Over Time ........ 12
3.3.3 Percent Change from Baseline to Primary PD Timepoint in VLDL ApoC-III, TG, ApoC-II (Total and Associated with VLDL), ApoB-100, ApoA-1, ApoA-2, ApoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, Non-HDL-C, Non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and Glycerol Levels 12

3.3.4 Percent Change from Baseline in VLDL ApoC-III, TG, ApoC-II (Total and Associated with VLDL), ApoB-100, ApoA-1, ApoA-2, ApoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and Glycerol Levels Over Time ....................... 13

3.3.5 Post-Prandial Measures ....................... 13

**3.4 Pharmacokinetic Analyses ....................... 13**

**3.5 Safety Analyses ....................... 14**

3.5.1 Adverse Events ....................... 15

3.5.2 Laboratory Measurements ....................... 15

3.5.3 Vital Signs ....................... 16

3.5.4 Physical Examinations ....................... 16

3.5.5 12-Lead Electrocardiograms (ECG) ....................... 16

3.5.6 Concomitant Medications ....................... 16

# 1 INTRODUCTION

This document provides a description of the study organization, study procedures, and the plan for the statistical analysis of the study data. Section 1 discusses study design, objectives, and endpoints; Section 2 provides the study procedures; Section 3 provides the detailed plan for the statistical analyses.

As with any statistical analysis plan (SAP), the proposed methods and approaches to the data analysis should be viewed as flexible. The statistical analysis to some degree is iterative since so much of the planning is based on statistical and other assumptions, which require verification.

## 1.1 Study Overview

This is a randomized, double-blind, placebo-controlled, dose response study to evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apoC-III levels. Ninety six (96) patients are planned for this study. For cohorts with patients not on TG-lowering therapy, there will be 24 patients planned per dose cohort (100, 200, 300 mg) with 18 ISIS 304801 (active) and 6 placebo patients per cohort. For cohorts with patients on a stable dose of fibrate, there will be 12 patients planned per cohort (200, 300 mg) with 8 active and 4 placebo patients per cohort. Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).

Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.

Patients will receive 13 doses of Study Drug administered by SC injection once a week for 13 weeks (Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85).

For an individual patient, the participation period consists of a ≤8-week screening period, which includes a 4-week tight diet control run-in qualification period, a 1-week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 35 weeks of study participation.

### 1.2 Objectives

The primary objective is to evaluate the dose/response pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apolipoprotein C-III (apoC-III) levels.

The secondary objectives are to: (1) evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting apoC-III associated with very low density lipoprotein (VLDL), triglyceride (TG), apoC-II (total and associated with VLDL), apolipoprotein B-100 (apoB-100), apolipoprotein A-1 (apoA-1), apolipoprotein A-2 (apoA-2), apolipoprotein E (apoE), total cholesterol (TC), low-density lipoprotein-cholesterol (LDL-C), LDL-TG, VLDL-C, VLDL-TG, non-high-density lipoprotein-cholesterol (non-HDL-C), non-HDL-TG, HDL-C, HDL-TG, chylomicron-C (CM-C), CM-TG, free fatty acids (FFA), and glycerol levels; and (2) examine post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in a subset of the patients in the study and assess more extensive pharmacokinetics (PK) in another subset of the patients (will not be the same patients as those undergoing the post-prandial assessment) and, (3) evaluate the safety, tolerability and PK of ISIS 304801.

### 1.3 Hypotheses

The primary aim of this trial is to test the following null hypothesis:

$H_0$: $\mu_{300mg} = \mu_{placebo}$ versus $H_a$: $\mu_{300mg} > \mu_{placebo}$

where $\mu_{300mg}$ and $\mu_{placebo}$ represent the true mean percent reductions from baseline to average of Day 85 and Day 92 in fasting total apoC-III in patients treated with ISIS 304801 300 mg or placebo respectively for patients in Group 1 plus 2. In words, the null hypothesis $H_0$ says that there is no difference between ISIS 304801 300 mg group and pooled placebo group in percent reduction from baseline to average of Day 85 and Day 92 in fasting total apoC-III (i.e. ISIS 304801 300 mg is not effective); and the alternative hypothesis $H_a$ says that percent reductions from baseline to average of Day 85 and Day 92 in fasting total apoC-III in ISIS 304801 300 mg group is greater than that in the placebo group (i.e. ISIS 304801 300 mg is effective).

The null hypothesis will be tested at significance level of 0.05 (two-sided), or equivalently, at significance level of 0.025 for one-sided test.

### 1.4 Endpoints

#### *1.4.1 Primary Pharmacodynamic Endpoint*

The primary endpoint is the percent change in fasting total apoC-III levels from Baseline (average of Day -8 and Day 1or Day -1 for post-prandial assessment patients) to the average of Day 85 (pre-dose) and Day 92 for patients in Group 1 plus 2.

#### *1.4.2 Secondary Pharmacodynamic Endpoints*

Percent change in fasting VLDL apoC-III , TG, apoC-II (total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels.

#### *1.4.3 Tertiary Pharmacodynamic Endpoints*

The tertiary pharmacodynamic endpoints include Post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in the group of patients undergoing post-prandial assessment as appropriate.

#### *1.4.4 Safety Endpoints*

The safety endpoints include:

- Adverse events
- Vital signs and weight
- Physical examination
- Clinical laboratory tests (serum chemistry, hematology, urinalysis, coagulation, complement, immune function, thyroid function, pregnancy test for women with child bearing potential)
- ECG
- Use of concomitant medication

## 2 PROCEDURES

### 2.1 General Overview of Procedures

Isis will review all study data including source documents, CRFs, and laboratory reports. Study site will enter patient source data into the case report form. Safety laboratory data are transferred electronically from Medpace and National Jewish to Isis Pharmaceuticals, Inc..

## 2.2 Randomization & Treatment Allocation

Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Eligible patients on a stable dose of fibrate will be enrolled into Group 3.

Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo). Patients in Group 3 will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.

**Table 2.2.1. Treatment Allocation**

| | 100 mg | | 200 mg | | 300 mg | | Total |
|---|---|---|---|---|---|---|---|
| | Active | Placebo | Active | Placebo | Active | Placebo | |
| Group 1 | 13 | 5 | 7 | 2 | 7 | 2 | 36 |
| Group 2a (PK) | 5 | 1 | 5 | 1 | 5 | 1 | 18 |
| Group 2b (Post-Prandial) | 0 | 0 | 6 | 3 | 6 | 3 | 18 |
| Groups 1 & 2 Total | 18 | 6 | 18 | 6 | 18 | 6 | 72 |
| Group 3 | 0 | 0 | 8 | 4 | 8 | 4 | 24 |

The Sponsor (or designee) will prepare the randomization list. The placebo patients in each dose cohort will be dosed according to the same timetable and with the same injection volume. The unblinded pharmacist (or qualified delegate) preparing the dosing solutions will be the only member of study staff to know which patient is receiving placebo in each dose cohort. Extensive PK / post-prandial assessment groups, and dose cohort assignments will not be blinded.

## 2.3 Conduct

The study will be conducted in accordance with current Good Clinical Practice (GCP) and International Conference on Harmonization (ICH) guidelines, the World Medical Association Declaration of Helsinki guidelines, the Food and Drug Administration (FDA) Code of

Federal Regulations, and all other local regulatory requirements.

### 2.4 Data Monitoring

Isis Pharmaceuticals, Inc. is responsible for processing all reported AEs. All serious adverse events, reported to Isis Pharmaceuticals, Inc. (or designee), will be reviewed according to Isis standard operating procedures. The medical monitor will review all AEs and SAEs on an ongoing basis throughout the study. Isis Pharmaceuticals, Inc. (or designee) will prepare and submit safety reports to the health authorities. If it becomes necessary to communicate new safety information, Isis Pharmaceuticals, Inc. (or designee) will also prepare a safety notification letter and transmit it to study site.

### 2.5 Data Management

#### *2.5.1 Case Report Form Data*

BioClinica (or designee) is responsible for creating the Electronic Data Capture (EDC) data entry screens, database and edit checks using definitions developed by Isis Pharmaceuticals, Inc. Isis Pharmaceuticals, Inc. is responsible for the review, data management querying and locking of the database.

Data are single-entered into the EDC system by the investigator site staff. Programmed edit checks (computer logic that checks the validity of the data entered and also prompts for missing data that is expected to be entered) are run and automatic queries are generated. Isis Pharmaceuticals, Inc. reviews all data for accuracy and validity and generates additional queries in the EDC system when necessary. The data are corrected or an explanation concerning the query is provided in the EDC system. After all data are entered, reviewed (by Data Management and Clinical Development) and queried, and all queries resolved, the database is locked.

#### *2.5.2 Laboratory Data*

Lab data will be transferred electronically from Medpace (safety labs - chemistry, hematology, urinalysis, hsCRP, coagulation) and National Jewish (complements) to Isis Pharmaceuticals, Inc.. Isis Pharmaceuticals, Inc. is responsible for the format of the laboratory electronic data transfers, transfer schedule and review of the clinical laboratory data. This data will be stored as a SAS data set. The lipids and post-prandial assessments will be analyzed at CSSSC (Le Centre de santé et de services sociaux de Chicoutimi), CHUS (Centre hospitalier universitaire de Sherbrooke) and ECOGENE-21 and will be entered on CRFs. This data will be electronically transferred to Isis Pharmaceuticals, Inc. and stored as

SAS data file along with the SAS data files for all other CRFs.

### *2.5.3 Pharmacokinetics Data*

Isis Pharmaceuticals, Inc. is responsible for the management and review of the plasma drug concentration data. Final QA'd data will be stored in Documentum.

# 3 ANALYTICAL PLAN

## 3.1 General Overview of Analyses

### *3.1.1 Statistical Methods*

Simple descriptive summary statistics, such as n, mean, standard deviation, median, interquartile range (25th percentile, 75th percentile), minimum, and maximum for continuous variables, and counts and percentages for categorical variables will be used to summarize most data. Where appropriate, *p*-values will be reported. Null hypotheses will be tested using two-sided tests whose Type I error rates are controlled at alpha = 0.05 unless otherwise stated.

For data tabulation and statistical analysis, the placebo treatments from all 3 cohorts in Groups 1 and 2 will be pooled into one group (Placebo Group 1 plus 2), the placebo treatments from both 200 mg and 300 mg cohorts in Group 3 will be pooled into another group (Placebo Group 3).

Baseline will be defined as follows:

- Lipids: average of Day -8 and Day -1 results for post-prandial assessment patients; average of Day -8 and Day 1 pre-dose results for other patients
- Other assessments: last value prior to the first dose.

For PD parameters, the primary PD timepoint is defined as the average of Day 85 (pre-dose) and Day 92 results. For patients who terminate treatment early, the primary PD timepoint is defined as the average of PD measures taken between the last dosing day and up to 10 days after the last dosing day.

For the lipid parameters, only the assessments with no indication of lack-of-validity (e.g. not a fasting blood draw, etc.) will be used.

Patient demographic and baseline characteristics (e.g., age, gender, race, weight, waist and

hip circumferences and ratio, and BMI etc.) obtained before the first study drug administration will be summarized by dose group using descriptive statistics.

Patient enrollment and disposition will be summarized by dose group. Protocol deviations will be listed.

For data summary, multiple records within the same visit will be averaged. Unscheduled results will not be included in the summary tables except for determining baseline, but will be presented in data listings.

### *3.1.2 Subject Population Analyzed*

The Safety Set will include all randomized patients who receive at least 1 injection. The safety analyses will be conducted in the Safety Set.

The Full Analysis Set (FAS), which represents the practically-feasible intent-to-treat (ITT) population as delineated in ICH Guideline E9, will include the subset of the Safety Set with at least 1 post-Baseline total apoC-III measure.

The Per-Protocol Set (PPS) will include the subset of the Full Analysis Set that have received at least 9 doses of study drug and that have no significant protocol deviations that would be expected to affect efficacy assessments.

The primary and secondary pharmacodynamic endpoints will be assessed on the Full Analysis Set and Per-Protocol Set, with the latter being the basis for the primary pharmacodynamic analysis.

Post-prandial Subset will include the subset of the Per-Protocol Set with Baseline and post-baseline post-prandial plasma TG measures.

In addition to the Safety Set, Full Analysis Set, Per-protocol Set, and Post-prandial Subset, it is recognized that some data displays will be provided for "All Randomized", "Screening Failures" and "All Screened" patients but no data analysis will be executed in these populations.

All decisions concerning exclusion of patients from the analysis sets will be made by appropriate medical, clinical, data management, and statistical personnel prior to unblinding

the study.

## 3.2 Primary Analysis

### *3.2.1 Primary Endpoint Definition*

The primary endpoint is the percent change in fasting total apoC-III levels from Baseline (average of Day -8 and Day 1 (Day -1 for post-prandial assessment patients)) to the average of Day 85 (pre-dose) and Day 92 for patients in Group 1 plus 2.
For patients who terminate treatment early, the primary endpoint is defined as the average of total apoC-III measures taken between the last dosing day and up to 10 days after the last dosing day.

### *3.2.2 Analysis of Primary Endpoint*

The primary analysis will be the comparisons of percent change from baseline to the primary endpoint in fasting total apoC-III levels between ISIS 304801 300 mg group and pooled placebo group in Group 1 plus 2 for the Per-Protocol Set. The data will be analyzed using the two-sample t-test and Wilcoxon Rank Sum test. The normality will be assessed using the Kolmogorov-Smirnov test. If the Kolmogorov-Smirnov test is statistically significant ($p \leq 0.05$) then the Wilcoxon rank sum test p-value will be utilized. Otherwise, the two-sample t-test p-value will be used. The primary analysis will take place after all patients in Groups 1 and 2 have completed Day 92 visit and this database has been locked. At the time of unblinding, controlled procedures will be implemented to ensure the only selected personnel at Sponsor will be unblinded in order to minimize the introduction of bias in the data until the completion of the study.

### *3.2.3 Sample Size Consideration*

Based upon prior clinical trial experience with ISIS 304801, it is estimated that the standard deviation of the percent change in total apoC-III is approximately 46%. With 18 Group 1 and 2 patients in the pooled placebo group and each ISIS 304801 dose group, there would be at least 80% power to detect a 45% difference in total apoC-III between each ISIS 304801 dose group and pooled placebo at an alpha level of 0.05, assuming 50% reduction in ISIS 304801 dose group and 5% in the pooled placebo group.

### *3.2.4 Planned Interim Analysis*

To ensure patient safety, blinded data including the adverse events and safety laboratory data will be reviewed by the Sponsor on an ongoing basis.

For business planning purposes, an unblinded interim analysis may be conducted to evaluate the

PD effects after approximately 40 patients complete the Day 92 procedures. The interim analysis will be conducted on the unaudited data. Aggregate PD results, unblinded by treatment group but not by patient will be provided. To ensure the integrity of ongoing data collection, access to unblinded interim individual data will be limited to those pre-specified personnel as necessary to perform the analysis and/or data review and these personnel will be independent of the ongoing conduct of the study. The Investigator, study staff, subjects, monitors, Sponsor's Medical Monitor and members of the Sponsor's clinical operations team and data management team will remain blinded throughout the study.

In view of the exploratory nature of the study, no p-value adjustments will be made for the interim analysis.

#### *3.2.5 Incomplete or Missing Data*

Missing values will not be imputed.

### 3.3 Secondary Analyses

#### *3.3.1 Secondary Analyses on the Primary Endpoint*

The secondary analyses on the primary endpoints include the comparisons of percent change from baseline to the primary PD timepoint in fasting total apoC-III levels between

- ISIS 304801 300 mg group and pooled placebo group in Group 1 plus 2 for FAS
- ISIS 304801 300 mg group and pooled placebo group in Group 3 for PPS
- ISIS 304801 300 mg group and pooled placebo group in Group 3 for FAS
- ISIS 304801 100 mg group and pooled placebo group in Group 1 plus 2 for PPS
- ISIS 304801 100 mg group and pooled placebo group in Group 1 plus 2 for FAS
- ISIS 304801 200 mg group and pooled placebo group in Group 1 plus 2 for PPS
- ISIS 304801 200 mg group and pooled placebo group in Group 1 plus 2 for FAS
- ISIS 304801 200 mg group and pooled placebo group in Group 3 for PPS
- ISIS 304801 200 mg group and pooled placebo group in Group 3 for FAS

The comparisons will be assessed in a similar way to the primary analysis.

#### *3.3.2 Percent Change from Baseline in Fasting Total ApoC-III Level Over Time*

Comparison of percent change from baseline in fasting total apoC-III level over time between ISIS 304801 100 mg, 200 mg or 300 mg group and pooled placebo group will be carried out using the Repeated measurement analysis methods and will be performed in Group 1 plus 2 and in Group 3 for both FAS and PPS, if supported by adequate data.

#### *3.3.3 Percent Change from Baseline to Primary PD Timepoint in VLDL ApoC-III, TG,*

***ApoC-II (Total and Associated with VLDL), ApoB-100, ApoA-1, ApoA-2, ApoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, Non-HDL-C, Non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and Glycerol Levels***

The comparisons between ISIS 304801 100 mg, 200 mg or 300 mg group and pooled placebo group will be assessed in a similar way to the primary analysis, and will be performed in Group 1 plus 2 and in Group 3 for both FAS and PPS.

### *3.3.4 Percent Change from Baseline in VLDL ApoC-III, TG, ApoC-II (Total and Associated with VLDL), ApoB-100, ApoA-1, ApoA-2, ApoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and Glycerol Levels Over Time*

Comparison between ISIS 304801 100 mg, 200 mg, or 300 mg group and pooled placebo group will be carried out using the repeated measurement analysis methods in Group 1 plus 2 and in Group 3 for both FAS and PPS, if supported by adequate data.

### *3.3.5 Post-Prandial Measures*

Post-prandial measures include

- Plasma and CM fraction levels for $^{3}H$-tracer
- Plasma [U-$^{13}C$]-K palmitate and [1,1,2,3,3-$^{2}H$]-glycerol appearance rates
- Plasma and CM fraction levels for TG, TC, and apoB
- Plasma, CM, and VLDL fraction levels for apo CIII, apo CII, and apo E
- Plasma levels for glucose and insulin

Area under the curve (AUC) will be calculated using the linear trapezoidal rule for each post-prandial measure. Comparison of percent change from baseline to post-dose AUC and maximal (MAX) value between ISIS 304801 200 mg or 300 mg group and pooled placebo group will be assessed in a similar way to the primary analysis and will be performed in the Post-Prandial Subset.

These measures will also be summarized and plotted by timepoint for both baseline and post-dose.

## 3.4 Pharmacokinetic Analyses

Pharmacokinetic analysis of ISIS 304801 will be carried out on each individual subject where full PK sampling profiles are collected using WinNonLin Professional Version 5.2 or higher (Pharsight Corp., Mountain View, CA). For calculation of PK parameters, all BLQ values will be set to zero. The following plasma PK parameters will be calculated as

appropriate for the data obtained and based on actual sampling times:

For the post prandial assessment group, plasma predose and trough concentrations of ISIS 304801 will be measured to estimate exposure. Descriptive statistical summaries will be compiled. Half life following the last dose may be calculated as described for the extensive PK sampling group if the data allow.

For the extensive PK sampling group:

- $C_{max}$: the maximum concentration observed in plasma
- $T_{max}$: the time at which $C_{max}$ occurs
- $AUC_{24hr}$: partial AUC from time zero to 24 hr will be calculated using the linear trapezoidal rule. This parameter will be calculated for Day 1 and Day 85.
- $MRT_{last}$: mean residence time (MRT) from time zero to the last quantifiable concentration will be calculated from the equation, $MRT_{last} = AUMC_{last} / AUC_{last}$, where $AUMC_{last}$ is the first moment plasma concentration-time curve from time zero to the last quantifiable concentration. This parameter will be calculated for Day 1 and Day 85 and $t_{last}$ may be set to 24 hours upon inspection of the data. This parameter will be calculated and reported mainly as an index measure to reflect the expected initial rapid disposition of ISIS 304801 from plasma to tissues shortly after dosing.

For both the extensive PK sampling group and the post prandial assessment group:

- $t_{½\lambda z}$: apparent terminal elimination half-life will be calculated from the equation, $t_{1/2\lambda z} = 0.693/\lambda_z$. when appropriate. This parameter will only be calculated following the dose on Day 85.
- $C_{trough}$: the observed ISIS 304801 concentrations in plasma collected at 7 days from last administered dose, i.e., pre-dose samples on Days 8, 15 and 29, 43, 57, 71, 85 and post-dose samples on Day 92, 99, 127, and 176.

Plasma pharmacokinetic parameters and plasma trough concentrations will be summarized using descriptive statistics (n, mean, SD, %CV, geometric mean, geometric CV%, median, minimum, and maximum) by cohort, nominal dose, gender, and day (as deemed appropriate). Exposure-response relationships will be explored.

### 3.5 Safety Analyses

Safety will be assessed by summarizing the incidence and type of AEs and SAEs. Laboratory parameters will be listed for review.

Days of exposure and total amount of drug received for each patient will be summarized.

### *3.5.1 Adverse Events*

The incidence of AEs will be summarized by Medical Dictionary for Regulatory Activities (MedDRA) preferred term and system organ class for:

Any treatment emergent adverse events
Related treatment emergent adverse events
Serious treatment emergent adverse events
Serious and related treatment emergent adverse events.

SAEs and non-serious AEs that lead to study discontinuation or investigational drug discontinuation will be listed separately. Early dosing termination and early study termination will be summarized by termination reason.

Additionally, the number and percent of patients in each treatment group experiencing injection site reactions will be tabulated.

A treatment emergent adverse event is defined as an event occurring after the initiation of study treatment and before the end of the Post-Treatment Evaluation period. Non-treatment emergent adverse event will be flagged in the data listing.

The most conservative approach will be used to determine if the event occurs during the treatment or follow-up periods. For example,

- AEs that have onset dates or resolution dates prior to the first study treatment dates will be considered to have occurred prior to the study period. If the onset or resolution date of an AE is a partial date with only month or year available, then the event is assumed to be within the study period unless the year is prior to the year of the first study treatment date, or if in the same year, the month is prior to the month of the first study treatment date.
- AE that have onset dates after study termination date will be assumed to have occurred after the study period. If the onset of an AE is a partial date with only month or year available, then similar approach as above will be used.

### *3.5.2 Laboratory Measurements*

The following is the list of safety lab analytes that will be collected throughout the study:

- Chemistry: Sodium, Potassium, Chloride, Bicarbonate, Total Protein, Albumin, Total globulin, Calcium, Phosphorus, Glucose, BUN, Creatinine, Uric Acid, Lactate dehydrogenase, Total bilirubin, Direct bilirubin, Indirect bilirubin, ALT, AST, Alkaline Phosphatase, Creatine Phosphokinase
- Hematology: Red blood cells, Hemoglobin, Hematocrit, MCV, MCH, MCHC, Platelets, White blood cells, WBC Differential (% and absolute): Neutrophils, Eosinophils, Basophils, Lymphocytes, Monocytes
- Complements: C5a and Bb
- Coagulation: aPTT, PT, INR
- hsCRP
- Anti ISIS 304801 antibodies
- Urinalysis: Color, Appearance, pH, Specific Gravity, Protein, Blood, Glucose, Ketones, Bilirubin, Urobilinogen, Leukocyte Esterase, Nitrate, and Microscopics.
- Other test: Hepatitis B surface antigen, Hepatitis C antibody, HIV antibody, hCG, Free T4, and TSH.

The laboratory measurements will be provided in the data listings.

#### *3.5.3 Vital Signs*

Vital signs will include body temperature, heart rate, respiratory rate, and systolic and diastolic blood pressure. The vital sign data will be provided in a data listing.

#### *3.5.4 Physical Examinations*

Adverse changes in physical examinations that are deemed clinically significant by the investigator will be classified as adverse events. All physical examination data will be provided in a data listing.

#### *3.5.5 12-Lead Electrocardiograms (ECG)*

The ECG data will include ventricular rate, PR interval, QRS duration, QT/QTC, and Overall interpretation. The ECG data will be provided in a data listing.

#### *3.5.6 Concomitant Medications*

Concomitant medications will be coded using WHO Drug dictionary and summarized by ATC class, generic name and treatment group.

ISIS PHARMACEUTICALS

# Statistical Analysis Plan

## ISIS 304801-CS2

## A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

**Date: 2/11/2013**
**Version: 2.0**

***CONFIDENTIAL***

*Confidential/Trade Secret information subject to 18-USC-1905 and to which all claims of privilege and confidentiality are asserted in both statutory and common law. Further dissemination may be made only with the express written permission of Isis Pharmaceuticals, Inc.*

**Statistical Analysis Plan Signature Page**

**Isis Pharmaceuticals, Inc.**
**2855 Gazelle Court**
**Carlsbad, CA 92010**

Compound Name: 304801

Protocol: CS2

Study Title: A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

Issue Date: 6 February 2013 (Protocol Amendment 4)

Signature: ______________________ Date: 2/11/2013

Shuting Xia
Associate Director, Biometrics
Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

Signature: ______________________ Date: 12 Feb 2013

Jennifer Burkey
Associate Director, Pharmacokinetics & Clinical Pharmacology
Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

Signature: ______________________ Date: 2/11/2013

John Q. Su
Vice President, Biometrics
Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

Signature: ______________________ Date: 13 Feb 13

Vickie Alexander
Director, Clinical Development
Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

## Table of Contents

***1 Introduction......4***
**1.1 Study Overview......4**
**1.2 Objectives......5**
**1.3 Hypotheses......5**
**1.4 Endpoints......6**
1.4.1 Primary Pharmacodynamic Endpoint......6
1.4.2 Secondary Pharmacodynamic Endpoints......6
1.4.3 Tertiary Pharmacodynamic Endpoints......6
1.4.4 Safety Endpoints......6
***2 Procedures......7***
**2.1 General Overview of Procedures......7**
**2.2 Randomization & Treatment Allocation......7**
**2.3 Conduct......8**
**2.4 Data Monitoring......8**
**2.5 Data Management......8**
2.5.1 Case Report Form Data......8
2.5.2 Laboratory Data......9
2.5.3 Pharmacokinetics Data......9
***3 Analytical Plan......9***
**3.1 General Overview of Analyses......9**
3.1.1 Statistical Methods......9
3.1.2 Subject Population Analyzed......10
**3.2 Primary Analysis......11**
3.2.1 Primary Endpoint Definition......11
3.2.2 Analysis of Primary Endpoint......11
3.2.3 Sample Size Consideration......12
3.2.4 Planned Interim Analysis......12
3.2.5 Incomplete or Missing Data......13
**3.3 Secondary Analyses......13**
3.3.1 Secondary Analyses on the Primary Endpoint......13
3.3.2 Percent Change from Baseline in Fasting Total ApoC-III Level Over Time......13
3.3.3 Percent Change from Baseline to Primary PD Timepoint in VLDL ApoC-III, TG, ApoC-II (Total and Associated with VLDL), ApoB-100, ApoA-1, ApoA-2, ApoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, Non-HDL-C, Non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and Glycerol Levels 13

3.3.4 Percent Change from Baseline in VLDL ApoC-III, TG, ApoC-II (Total and Associated with VLDL), ApoB-100, ApoA-1, ApoA-2, ApoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and Glycerol Levels Over Time ....................... 14

3.3.5 Post-Prandial Measures ....................... 14

**3.4 Pharmacokinetic Analyses ....................... 15**

3.4.1 Plasma Concentration Data ....................... 15

**3.5 Safety Analyses ....................... 16**

3.5.1 Adverse Events ....................... 17

3.5.2 Laboratory Measurements ....................... 17

3.5.3 Vital Signs ....................... 18

3.5.4 Physical Examinations ....................... 18

3.5.5 12-Lead Electrocardiograms (ECG) ....................... 18

3.5.6 Concomitant Medications ....................... 19

# 1 INTRODUCTION

This document provides a description of the study organization, study procedures, and the plan for the statistical analysis of the study data. Section 1 discusses study design, objectives, and endpoints; Section 2 provides the study procedures; Section 3 provides the detailed plan for the statistical analyses.

As with any statistical analysis plan (SAP), the proposed methods and approaches to the data analysis should be viewed as flexible. The statistical analysis to some degree is iterative since so much of the planning is based on statistical and other assumptions, which require verification.

## 1.1 Study Overview

**Groups 1, 2 and 3:**

Study Groups 1, 2, and 3 are randomized, double-blind, placebo-controlled, dose response groups to evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apoC-III levels. Ninety six (96) patients are planned for these groups. For cohorts with patients not on TG-lowering therapy, there will be 24 patients planned per dose cohort (100, 200, 300 mg) with 18 ISIS 304801 (active) and 6 placebo patients per cohort. For cohorts with patients on a stable dose of fibrate, there will be 12 patients planned per cohort (200, 300 mg) with 8 active and 4 placebo patients per cohort. Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).

Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.

**Group 4:**

This is an open-label, 300 mg, dose group. Up to six (6) patients with Fredrickson Type 1 dyslipidemia are planned to be enrolled in this group.

All Groups:

Patients will receive 13 doses of Study Drug administered by SC injection once a week for 13 weeks (Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85).

For an individual patient, the participation period consists of a ≤8-week screening period, which includes a 4-week tight diet control run-in qualification period, a 1-week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 35 weeks of study participation.

### 1.2 Objectives

The primary objective is to evaluate the dose/response pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apolipoprotein C-III (apoC-III) levels.

The secondary objectives are to: (1) evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting apoC-III associated with very low density lipoprotein (VLDL), triglyceride (TG), apoC-II (total and associated with VLDL), apolipoprotein B-100 (apoB-100), apolipoprotein A-1 (apoA-1), apolipoprotein A-2 (apoA-2), apolipoprotein E (apoE), total cholesterol (TC), low-density lipoprotein-cholesterol (LDL-C), LDL-TG, VLDL-C, VLDL-TG, non-high-density lipoprotein-cholesterol (non-HDL-C), non-HDL-TG, HDL-C, HDL-TG, chylomicron-C (CM-C), CM-TG, free fatty acids (FFA), and glycerol levels; and (2) evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting lipoprotein, apolipoprotein, lipid, glycerol and total apoC-III levels in heterozygous LPL deficient patients (3) evaluate the pharmacodynamic effects of ISIS 304801 over time on fasting lipoprotein, apolipoprotein, lipid, glycerol and total apoC-III levels in Fredrickson Type 1 patients; (4) examine post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in a subset of the patients in the study and assess more extensive pharmacokinetics (PK) in another subset of the patients (will not be the same patients as those undergoing the post-prandial assessment) and, (5) evaluate the safety, tolerability and PK of ISIS 304801.

### 1.3 Hypotheses

The primary aim of this trial is to test the following null hypothesis:

$H_0$: $\mu_{300mg} = \mu_{placebo}$ versus $H_{a:}$ $\mu_{300mg} > \mu_{placebo}$

where $\mu_{300mg}$ and $\mu_{placebo}$ represent the true mean percent reductions from baseline to average of Day 85 and Day 92 in fasting total apoC-III in patients treated with ISIS 304801 300 mg or placebo respectively for patients in Group 1 plus 2. In words, the null hypothesis $H_0$ says that there is no difference between ISIS 304801 300 mg group and pooled placebo group in percent reduction from baseline to average of Day 85 and Day 92 in fasting total apoC-III (i.e. ISIS 304801 300 mg is not effective); and the alternative hypothesis $H_a$ says that percent reductions from baseline to average of Day 85 and Day 92 in fasting total apoC-III in ISIS 304801 300 mg group is greater than that in the placebo group (i.e. ISIS 304801 300 mg is effective).

The null hypothesis will be tested at significance level of 0.05 (two-sided), or equivalently, at significance level of 0.025 for one-sided test.

## 1.4 Endpoints

### *1.4.1 Primary Pharmacodynamic Endpoint*

The primary endpoint is the percent change in fasting total apoC-III levels from Baseline (average of Day -8 and Day -1 results for post-prandial assessment patients; average of Day -8 and Day 1 pre-dose results for other patients) to the average of Day 85 (pre-dose) and Day 92 for patients in Group 1 plus 2.

### *1.4.2 Secondary Pharmacodynamic Endpoints*

Percent change in fasting VLDL apoC-III , TG, apoC-II (total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels.

### *1.4.3 Tertiary Pharmacodynamic Endpoints*

The tertiary pharmacodynamic endpoints include post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in the group of patients undergoing post-prandial assessment as appropriate.

### *1.4.4 Safety Endpoints*

The safety endpoints include:

- Adverse events
- Vital signs and weight

- Physical examination
- Clinical laboratory tests (serum chemistry, hematology, urinalysis, coagulation, complement, immune function, thyroid function, pregnancy test for women with child bearing potential)
- ECG
- Use of concomitant medication

# 2 PROCEDURES

## 2.1 General Overview of Procedures

Isis will review all study data including source documents, CRFs, and laboratory reports. Study site will enter patient source data into the case report form. Safety laboratory data are transferred electronically from Medpace and National Jewish to Isis Pharmaceuticals, Inc..

## 2.2 Randomization & Treatment Allocation

**Groups 1, 2 and 3:**

Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Eligible patients on a stable dose of fibrate will be enrolled into Group 3.

Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo). Patients in Group 3 will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.

**Table 2.2.1. Treatment Allocation**

| | 100 mg | | 200 mg | | 300 mg | | Total |
|---|---|---|---|---|---|---|---|
| | Active | Placebo | Active | Placebo | Active | Placebo | |
| Group 1 | 13 | 5 | 7 | 2 | 7 | 2 | 36 |
| Group 2a (PK) | 5 | 1 | 5 | 1 | 5 | 1 | 18 |
| Group 2b (Post-Prandial) | 0 | 0 | 6 | 3 | 6 | 3 | 18 |
| Groups 1 & 2 | 18 | 6 | 18 | 6 | 18 | 6 | 72 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total | | | | | | | |
| Group 3 | 0 | 0 | 8 | 4 | 8 | 4 | 24 |

The Sponsor (or designee) will prepare the randomization list. The placebo patients in each dose cohort will be dosed according to the same timetable and with the same injection volume. The unblinded pharmacist (or qualified delegate) preparing the dosing solutions will be the only member of study staff to know which patient is receiving placebo in each dose cohort. Extensive PK / post-prandial assessment groups, and dose cohort assignments will not be blinded.

**Group 4:**
All patients in Group 4 will receive 300 mg of active Study Drug.

### 2.3 Conduct

The study will be conducted in accordance with current Good Clinical Practice (GCP) and International Conference on Harmonization (ICH) guidelines, the World Medical Association Declaration of Helsinki guidelines, the Food and Drug Administration (FDA) Code of Federal Regulations, and all other local regulatory requirements.

### 2.4 Data Monitoring

Isis Pharmaceuticals, Inc. is responsible for processing all reported AEs. All serious adverse events, reported to Isis Pharmaceuticals, Inc. (or designee), will be reviewed according to Isis standard operating procedures. The medical monitor will review all AEs and SAEs on an ongoing basis throughout the study. Isis Pharmaceuticals, Inc. (or designee) will prepare and submit safety reports to the health authorities. If it becomes necessary to communicate new safety information, Isis Pharmaceuticals, Inc. (or designee) will also prepare a safety notification letter and transmit it to study site.

### 2.5 Data Management

#### *2.5.1 Case Report Form Data*

BioClinica (or designee) is responsible for creating the Electronic Data Capture (EDC) data entry screens, database and edit checks using definitions developed by Isis Pharmaceuticals, Inc. Isis Pharmaceuticals, Inc. is responsible for the review, data management querying and locking of the database.

Data are single-entered into the EDC system by the investigator site staff. Programmed edit

checks (computer logic that checks the validity of the data entered and also prompts for missing data that is expected to be entered) are run and automatic queries are generated. Isis Pharmaceuticals, Inc. reviews all data for accuracy and validity and generates additional queries in the EDC system when necessary. The data are corrected or an explanation concerning the query is provided in the EDC system. After all data are entered, reviewed (by Data Management and Clinical Development) and queried, and all queries resolved, the database is locked.

#### *2.5.2 Laboratory Data*

Lab data will be transferred electronically from Medpace (safety labs - chemistry, hematology, urinalysis, hsCRP, coagulation) and National Jewish (complements) to Isis Pharmaceuticals, Inc.. Isis Pharmaceuticals, Inc. is responsible for the format of the laboratory electronic data transfers, transfer schedule and review of the clinical laboratory data. This data will be stored as a SAS data set. The lipids and post-prandial assessments will be analyzed at CSSSC (Le Centre de santé et de services sociaux de Chicoutimi), CHUS (Centre hospitalier universitaire de Sherbrooke) and ECOGENE-21 and will be entered on CRFs. This data will be electronically transferred to Isis Pharmaceuticals, Inc. and stored as SAS data file along with the SAS data files for all other CRFs.

#### *2.5.3 Pharmacokinetics Data*

Isis Pharmaceuticals, Inc. is responsible for the management and review of the plasma drug concentration data. Final QA'd data will be stored in Documentum.

# 3 ANALYTICAL PLAN

## 3.1 General Overview of Analyses

#### *3.1.1 Statistical Methods*

Simple descriptive summary statistics, such as n, mean, standard deviation, median, interquartile range (25th percentile, 75th percentile), minimum, and maximum for continuous variables, and counts and percentages for categorical variables will be used to summarize most data. Where appropriate, $p$-values will be reported. Null hypotheses will be tested using two-sided tests whose Type I error rates are controlled at alpha = 0.05 unless otherwise stated.

For data tabulation and statistical analysis, the placebo treatments from all 3 cohorts in Groups 1 and 2 will be pooled into one group (Placebo Group 1 plus 2), the placebo treatments from both 200 mg and 300 mg cohorts in Group 3 will be pooled into another

group (Placebo Group 3).

Baseline will be defined as follows:

- Lipids: average of Day -8 and Day -1 results for post-prandial assessment patients; average of Day -8 and Day 1 pre-dose results for other patients
- Other assessments: last value prior to the first dose.

For PD parameters, the primary PD timepoint is defined as the average of Day 85 (pre-dose) and Day 92 results. For patients who terminate treatment early, the primary PD timepoint is defined as the average of PD measures taken between the last dosing day and up to 10 days after the last dosing day.

For the lipid parameters, only the assessments with no indication of lack-of-validity (e.g. not a fasting blood draw, etc.) will be used.

Patient demographic and baseline characteristics (e.g., age, gender, race, weight, waist and hip circumferences and ratio, and BMI etc.) obtained before the first study drug administration will be summarized by dose group using descriptive statistics.

Patient enrollment and disposition will be summarized by dose group. Protocol deviations will be listed.

For data summary, multiple records within the same visit will be averaged. Unscheduled results will not be included in the summary tables except for determining baseline, but will be presented in data listings.

### *3.1.2 Subject Population Analyzed*

The Safety Set will include all randomized patients in Groups 1, 2, and 3 and all enrolled patients in Group 4 who receive at least 1 injection. The safety analyses will be conducted in the Safety Set.

The Full Analysis Set (FAS), which represents the practically-feasible intent-to-treat (ITT) population as delineated in ICH Guideline E9, will include the subset of the Safety Set with at least 1 post-Baseline total apoC-III measure.

The Per-Protocol Set (PPS) will include the subset of the Full Analysis Set that have received at

least 9 doses of study drug and that have no significant protocol deviations that would be expected to affect efficacy assessments.

The primary and secondary pharmacodynamic endpoints will be assessed on the Full Analysis Set and Per-Protocol Set, with the latter being the basis for the primary pharmacodynamic analysis.

Post-prandial Subset will include the subset of the Per-Protocol Set with Baseline and post-baseline post-prandial plasma TG measures.

Heterozygous LPL Deficiency Subset will include the subset of the Per-Protocol Set from Groups 1, 2, and 3 with any mutation detected in the genetic testing including P207L, D9N, G188E and N291S.

In addition to the Safety Set, Full Analysis Set, Per-protocol Set, Post-prandial Subset, and Heterozygous LPL Deficiency Subset, it is recognized that some data displays will be provided for "All Randomized/Enrolled", "Screening Failures" and "All Screened" patients but no data analysis will be executed in these populations.

All decisions concerning exclusion of patients from the analysis sets will be made by appropriate medical, clinical, data management, and statistical personnel prior to unblinding the study.

## 3.2 Primary Analysis

### *3.2.1 Primary Endpoint Definition*

The primary endpoint is the percent change in fasting total apoC-III levels from Baseline (average of Day -8 and Day -1 result for post-prandial assessment patients, average of Day -8 and Day 1 pre-dose results for other patients) to the average of Day 85 (pre-dose) and Day 92 for patients in Group 1 plus 2.

For patients who terminate treatment early, the primary endpoint is defined as the average of total apoC-III measures taken between the last dosing day and up to 10 days after the last dosing day.

### *3.2.2 Analysis of Primary Endpoint*

The primary analysis will be the comparisons of percent change from baseline to the primary endpoint in fasting total apoC-III levels between ISIS 304801 300 mg group and pooled

placebo group in Group 1 plus 2 for the Per-Protocol Set. The data will be analyzed using the two-sample t-test and Wilcoxon Rank Sum test. The normality will be assessed using the Kolmogorov-Smirnov test. If the Kolmogorov-Smirnov test is statistically significant ($p \leq 0.05$) then the Wilcoxon rank sum test p-value will be utilized. Otherwise, the two-sample t-test p-value will be used. The primary analysis will take place after all patients in Groups 1 and 2 have completed Day 92 visit and this database has been locked. At the time of unblinding, controlled procedures will be implemented to ensure the only selected personnel at Sponsor will be unblinded in order to minimize the introduction of bias in the data until the completion of the study.

### *3.2.3 Sample Size Consideration*

Based upon prior clinical trial experience with ISIS 304801, it is estimated that the standard deviation of the percent change in total apoC-III is approximately 46%. With 18 Group 1 and 2 patients in the pooled placebo group and each ISIS 304801 dose group, there would be at least 80% power to detect a 45% difference in total apoC-III between each ISIS 304801 dose group and pooled placebo at an alpha level of 0.05, assuming 50% reduction in ISIS 304801 dose group and 5% in the pooled placebo group.

Sample size in Groups 3 and 4 is not based on statistical calculation. It is selected based upon prior experience to ensure that the safety, tolerability and efficacy of ISIS 304801 can be explored while minimizing unnecessary subject exposure.

### *3.2.4 Planned Interim Analysis*

To ensure patient safety, blinded data including the adverse events and safety laboratory data will be reviewed by the Sponsor on an ongoing basis.

For business planning purposes, an unblinded interim analysis may be conducted to evaluate the PD effects after approximately 40 patients complete the Day 92 procedures. The interim analysis will be conducted on the unaudited data. Aggregate PD results, unblinded by treatment group but not by patient will be provided. To ensure the integrity of ongoing data collection, access to unblinded interim individual data will be limited to those pre-specified personnel as necessary to perform the analysis and/or data review and these personnel will be independent of the ongoing conduct of the study. The Investigator, study staff, subjects, monitors, Sponsor's Medical Monitor and members of the Sponsor's clinical operations team and data management team will remain blinded throughout the study.

In view of the exploratory nature of the study, no p-value adjustments will be made for the interim analysis.

### *3.2.5 Incomplete or Missing Data*

Missing values will not be imputed.

## 3.3 Secondary Analyses

### *3.3.1 Secondary Analyses on the Primary Endpoint*

The secondary analyses on the primary endpoints include the comparisons of percent change from baseline to the primary PD timepoint in fasting total apoC-III levels between

- ISIS 304801 300 mg group and pooled placebo group in Group 1 plus 2 for FAS
- ISIS 304801 300 mg group and pooled placebo group in Group 3 for PPS
- ISIS 304801 300 mg group and pooled placebo group in Group 3 for FAS
- ISIS 304801 300 mg group and pooled placebo group in Groups 1, 2, and 3 for Heterozygous LPL Deficiency Subset
- ISIS 304801 100 mg group and pooled placebo group in Group 1 plus 2 for PPS
- ISIS 304801 100 mg group and pooled placebo group in Group 1 plus 2 for FAS
- ISIS 304801 100 mg group and pooled placebo group in Groups 1, 2, and 3 for Heterozygous LPL Deficiency Subset
- ISIS 304801 200 mg group and pooled placebo group in Group 1 plus 2 for PPS
- ISIS 304801 200 mg group and pooled placebo group in Group 1 plus 2 for FAS
- ISIS 304801 200 mg group and pooled placebo group in Group 3 for PPS
- ISIS 304801 200 mg group and pooled placebo group in Group 3 for FAS
- ISIS 304801 200 mg group and pooled placebo group in Groups 1, 2, and 3 for Heterozygous LPL Deficiency Subset

The comparisons will be assessed in a similar way to the primary analysis.
Group 4 will be summarized using descriptive statistics.

### *3.3.2 Percent Change from Baseline in Fasting Total ApoC-III Level Over Time*

Comparison of percent change from baseline in fasting total apoC-III level over time between ISIS 304801 100 mg, 200 mg or 300 mg group and pooled placebo group will be carried out using the repeated measurement analysis methods and will be performed in Group 1 plus 2 and in Group 3 for both FAS and PPS, and also in Groups 1, 2, and 3 for Heterozygous LPL Deficiency Subset, if supported by adequate data. Group 4 will be summarized using descriptive statistics.

### *3.3.3 Percent Change from Baseline to Primary PD Timepoint in VLDL ApoC-III, TG,*

***ApoC-II (Total and Associated with VLDL), ApoB-100, ApoA-1, ApoA-2, ApoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, Non-HDL-C, Non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and Glycerol Levels***

The comparisons between ISIS 304801 100 mg, 200 mg or 300 mg group and pooled placebo group will be assessed in a similar way to the primary analysis, and will be performed in Group 1 plus 2 and in Group 3 for both FAS and PPS, and also in Groups 1, 2, and 3 for Heterozygous LPL Deficiency Subset. Group 4 will be summarized using descriptive statistics.

#### *3.3.4 Percent Change from Baseline in VLDL ApoC-III, TG, ApoC-II (Total and Associated with VLDL), ApoB-100, ApoA-1, ApoA-2, ApoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and Glycerol Levels Over Time*

Comparison between ISIS 304801 100 mg, 200 mg, or 300 mg group and pooled placebo group will be carried out using the repeated measurement analysis methods in Group 1 plus 2 and in Group 3 for both FAS and PPS, and also in Groups 1, 2, and 3 for Heterozygous LPL Deficiency Subset, if supported by adequate data. Group 4 will be summarized using descriptive statistics.

#### *3.3.5 Post-Prandial Measures*

Post-prandial measures include

- Plasma and CM fraction levels for $^{3}$H-tracer
- Plasma [U-$^{13}$C]-K palmitate and [1,1,2,3,3-$^{2}$H]-glycerol appearance rates
- Plasma and CM fraction levels for TG, TC, and apoB
- Plasma, CM, and VLDL fraction levels for apo CIII, apo CII, and apo E
- Plasma levels for glucose and insulin

Area under the curve (AUC) will be calculated using the linear trapezoidal rule for each post-prandial measure. Comparison of percent change from baseline to post-dose AUC and maximal (MAX) value between ISIS 304801 200 mg or 300 mg group and pooled placebo group will be assessed in a similar way to the primary analysis and will be performed in the Post-Prandial Subset.

These measures will also be summarized and plotted by timepoint for both baseline and post-dose.

### 3.4 Pharmacokinetic Analyses

Plasma samples will be collected in both the non-extensive PK/post-prandial group (Group 1) and the extensive PK/post-prandial group (Group 2) from all dose cohorts for ISIS 304801 pharmacokinetic assessments.

#### *3.4.1 Plasma Concentration Data*

Plasma concentrations of ISIS 304801, along with the scheduled (nominal) and actual sampling times will be listed for each subject by cohort, nominal dose, and day. Percent differences between scheduled and actual sampling times will also be listed for all subjects.

Plasma concentrations below the lower limit of quantification (LLOQ) will be presented as "BLQ". For the purpose of calculating typical descriptive statistics (n, mean, SD, %CV, geometric mean, geometric %CV, median, minimum, and maximum) for plasma concentrations, all BLQ values will be set to zero. Mean plasma concentrations that are BLQ will be presented as BLQ, and the SD and %CV will be reported as not applicable. Summary statistics of the ISIS 304801 plasma concentrations will be tabulated for the extensive PK/post-prandial group by cohort, nominal dose, day, and scheduled time point. Summary statistics of the ISIS 304801 plasma trough concentrations and post treatment concentrations collected during the post treatment follow up period will be tabulated for all the ISIS 304801 treated subjects (Groups 1 and 2 combined) by cohort, nominal dose, and day. Additionally, gender stratified summary statistics of the ISIS 304801 plasma trough concentrations and post treatment concentrations will also be tabulated by cohort, nominal dose, and day. At the discretion of the pharmacokineticist and/or biostatistician, samples may be excluded from the summary descriptive statistics if there are large deviations between scheduled and actual sampling times.

ISIS 304801 plasma concentration versus time (actual) profiles for each subject, as well as the mean (±SE) plasma concentration versus time (scheduled) profiles for the extensive PK/post-prandial group, will be presented graphically on linear and semilogarithmic scales. Additionally, mean plasma trough and post-treatment concentrations of ISIS 304801 over time by treatment cohort/dose will be presented on linear and semilogarithmic scales, without and with the stratification by gender. At the discretion of the pharmacokineticist and/or biostatistician, samples may be excluded from the mean plots if there are large deviations between scheduled and actual sampling times.

Pharmacokinetic analysis of ISIS 304801 will be carried out on each individual subject

where full PK sampling profiles are collected using WinNonLin Professional Version 5.2 or higher (Pharsight Corp., Mountain View, CA). For calculation of PK parameters, all BLQ values will be set to zero. The following plasma PK parameters will be calculated as appropriate for the data obtained and based on actual sampling times:

For the non-extensive/post prandial assessment group and Group 4, half life following the last dose may be calculated as described for the extensive PK sampling group and Group 4 if the data allow.

For the extensive PK sampling group (Group 2):

- $C_{max}$: the maximum concentration observed in plasma
- $T_{max}$: the time at which $C_{max}$ occurs
- $AUC_{24hr}$: partial AUC from time zero to 24 hr will be calculated using the linear trapezoidal rule. This parameter will be calculated for Day 1 and Day 85.
- $MRT_{last}$: mean residence time (MRT) from time zero to the last quantifiable concentration will be calculated from the equation, $MRT_{last} = AUMC_{last} / AUC_{last}$, where $AUMC_{last}$ is the first moment plasma concentration-time curve from time zero to the last quantifiable concentration. This parameter will be calculated for Day 1 and Day 85 and $t_{last}$ may be set to 24 hours upon inspection of the data. This parameter will be calculated and reported mainly as an index measure to reflect the expected initial rapid disposition of ISIS 304801 from plasma to tissues shortly after dosing.

For both the extensive PK sampling group and the post prandial assessment group:

- $t_{½\lambda z}$: apparent terminal elimination half-life will be calculated from the equation, $t_{1/2\lambda z} = 0.693/\lambda_z$. when appropriate. This parameter will only be calculated following the dose on Day 85.

Plasma pharmacokinetic parameters will be summarized using descriptive statistics (n, mean, SD, %CV, geometric mean, geometric CV%, median, minimum, and maximum) by cohort, nominal dose, gender, and day (as deemed appropriate).

Exposure-response relationships between selected pharmacodynamic and pharmacokinetic measures may also be explored, where deemed necessary and appropriate.

### 3.5 Safety Analyses

Safety will be assessed by summarizing the incidence and type of AEs and SAEs. Laboratory parameters will be listed for review.

Days of exposure and total amount of drug received for each patient will be summarized.

### *3.5.1 Adverse Events*

The incidence of AEs will be summarized by Medical Dictionary for Regulatory Activities (MedDRA) preferred term and system organ class for:

Any treatment emergent adverse events
Related treatment emergent adverse events
Serious treatment emergent adverse events
Serious and related treatment emergent adverse events.

SAEs and non-serious AEs that lead to study discontinuation or investigational drug discontinuation will be listed separately. Early dosing termination and early study termination will be summarized by termination reason.

Additionally, the number and percent of patients in each treatment group experiencing injection site reactions will be tabulated.

A treatment emergent adverse event is defined as an event occurring after the initiation of study treatment and before the end of the Post-Treatment Evaluation period. Non-treatment emergent adverse event will be flagged in the data listing.

The most conservative approach will be used to determine if the event occurs during the treatment or follow-up periods. For example,

- AEs that have onset dates or resolution dates prior to the first study treatment dates will be considered to have occurred prior to the study period. If the onset or resolution date of an AE is a partial date with only month or year available, then the event is assumed to be within the study period unless the year is prior to the year of the first study treatment date, or if in the same year, the month is prior to the month of the first study treatment date.
- AEs that have onset dates after study termination date will be assumed to have occurred after the study period. If the onset of an AE is a partial date with only month or year available, then similar approach as above will be used.

### *3.5.2 Laboratory Measurements*

The following is the list of safety lab analytes that will be collected throughout the study:

- Chemistry: Sodium, Potassium, Chloride, Bicarbonate, Total Protein, Albumin, Total globulin, Calcium, Phosphorus, Glucose, BUN, Creatinine, Uric Acid, Lactate dehydrogenase, Total bilirubin, Direct bilirubin, Indirect bilirubin, ALT, AST, Alkaline Phosphatase, Creatine Phosphokinase
- Hematology: Red blood cells, Hemoglobin, Hematocrit, MCV, MCH, MCHC, Platelets, White blood cells, WBC Differential (% and absolute): Neutrophils, Eosinophils, Basophils, Lymphocytes, Monocytes
- Complements: C5a and Bb
- Coagulation: aPTT, PT, INR
- hsCRP
- Anti ISIS 304801 antibodies. The data will only be displayed in subject listings
- Urinalysis: Color, Appearance, pH, Specific Gravity, Protein, Blood, Glucose, Ketones, Bilirubin, Urobilinogen, Leukocyte Esterase, Nitrate, and Microscopics. These data will not be tabulated as described below due to the non-ordinal categorical nature of the data. The data will only be displayed in subject listings.
- Genetic mutation test: P207L, D9N, G188E and N291S. The data will only be displayed in subject listings.
- Other test: Hepatitis B surface antigen, Hepatitis C antibody, HIV antibody, hCG, Free T4, and TSH. The data will only be displayed in subject listings.

The laboratory measurements will be provided in the data listings. The actual results, changes, and percent changes from baseline at each scheduled visit will be summarized by treatment group.

### *3.5.3 Vital Signs*

Vital signs will include body temperature, heart rate, respiratory rate, and systolic and diastolic blood pressure. The vital sign data will be provided in a data listing.

### *3.5.4 Physical Examinations*

Adverse changes in physical examinations that are deemed clinically significant by the investigator will be classified as adverse events. All physical examination data will be provided in a data listing.

### *3.5.5 12-Lead Electrocardiograms (ECG)*

The ECG data will include ventricular rate, PR interval, QRS duration, QT/QTC, and Overall interpretation. The ECG data will be provided in a data listing.

### *3.5.6 Concomitant Medications*

Concomitant medications will be coded using WHO Drug dictionary and summarized by ATC class, generic name and treatment group.

ISIS PHARMACEUTICALS

# Statistical Analysis Plan

## ISIS 304801-CS2

## A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

**Date: 6/19/2014**
**Version: 3.0**

**CONFIDENTIAL**

*Confidential/Trade Secret information subject to 18-USC-1905 and to which all claims of privilege and confidentiality are asserted in both statutory and common law. Further dissemination may be made only with the express written permission of Isis Pharmaceuticals, Inc.*

**Statistical Analysis Plan Signature Page**

**Isis Pharmaceuticals, Inc.**
**2855 Gazelle Court**
**Carlsbad, CA 92010**

Compound Name: 304801

Protocol: CS2

Study Title: A Randomized, Double-Blind, Placebo-Controlled, Dose Response, Phase 2 Study of ISIS 304801 Administered Subcutaneously to Patients with Severe or Uncontrolled Hypertriglyceridemia

Issue Date: 7 May 2013 (Protocol Amendment 5)

Signature: ______________________ Date: 6/19/2014

Shuting Xia
Associate Director, Biometrics
Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

Signature: ______________________ Date: 6/19/14

John Q. Su
Vice President, Biometrics
Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

Signature: ______________________ Date: 19 Jun 2014

Vickie Alexander
Director, Clinical Development
Isis Pharmaceuticals, Inc.
2855 Gazelle Court
Carlsbad, CA 92010

## Table of Contents

*1 Introduction* ........ *4*
**1.1 Study Overview** ........ **4**
**1.2 Objectives** ........ **5**
**1.3 Hypotheses** ........ **5**
**1.4 Endpoints** ........ **6**
1.4.1 Primary Pharmacodynamic Endpoint ........ 6
1.4.2 Secondary Pharmacodynamic Endpoints ........ 6
1.4.3 Tertiary Pharmacodynamic Endpoints ........ 6
1.4.4 Safety Endpoints ........ 6

*2 Procedures* ........ *6*
**2.1 General Overview of Procedures** ........ **6**
**2.2 Randomization & Treatment Allocation** ........ **7**
**2.3 Conduct** ........ **7**
**2.4 Data Monitoring** ........ **8**
**2.5 Data Management** ........ **8**
2.5.1 Case Report Form Data ........ 8
2.5.2 Laboratory Data ........ 8
2.5.3 Pharmacokinetics Data ........ 9

*3 Analytical Plan* ........ *9*
**3.1 General Overview of Analyses** ........ **9**
3.1.1 Statistical Methods ........ 9
3.1.2 Subject Population Analyzed ........ 10
**3.2 Primary Analysis** ........ **11**
3.2.1 Primary Endpoint Definition ........ 11
3.2.2 Analysis of Primary Endpoint ........ 11
3.2.3 Sample Size Consideration ........ 11
3.2.4 Planned Interim Analysis ........ 11
3.2.5 Incomplete or Missing Data ........ 12
**3.3 Secondary Analyses** ........ **12**
3.3.1 Secondary Analyses on the Primary PD Timepoint ........ 12
3.3.2 Percent Change from Baseline in Fasting Total ApoC-III Level Over Time ........ 12
3.3.3 Percent Change from Baseline to Primary PD Timepoint in VLDL ApoC-III, TG, ApoC-II (Total and Associated with VLDL), ApoB-100, ApoA-1, ApoA-2, ApoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, Non-HDL-C, Non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and Glycerol Levels 13
3.3.4 Percent Change from Baseline in VLDL ApoC-III, TG, ApoC-II (Total and Associated with VLDL), ApoB-100, ApoA-1, ApoA-2, ApoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and Glycerol Levels Over Time ........ 13
3.3.5 Change and Percent Change from Baseline to Day 92 or Early Termination in Lipoprotein Subclasses and Particle Size ........ 13
3.3.6 Post-Prandial Measures ........ 14

**3.4 Pharmacokinetic Analyses ..... 14**
3.4.1 Plasma Concentration Data ..... 14
**3.5 Safety Analyses ..... 16**
3.5.1 Adverse Events ..... 16
3.5.2 Laboratory Measurements ..... 17
3.5.3 Vital Signs ..... 18
3.5.4 Physical Examinations ..... 18
3.5.5 12-Lead Electrocardiograms (ECG) ..... 18
3.5.6 Concomitant Medications ..... 18

# 1 INTRODUCTION

This document provides a description of the study organization, study procedures, and the plan for the statistical analysis of the study data. Section 1 discusses study design, objectives, and endpoints; Section 2 provides the study procedures; Section 3 provides the detailed plan for the statistical analyses.

As with any statistical analysis plan (SAP), the proposed methods and approaches to the data analysis should be viewed as flexible. The statistical analysis to some degree is iterative since so much of the planning is based on statistical and other assumptions, which require verification.

## 1.1 Study Overview

**Groups 1, 2 and 3:**
Study Groups 1, 2, and 3 are randomized, double-blind, placebo-controlled, dose response groups to evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apoC-III levels. Ninety six (96) patients are planned for these groups. For cohorts with patients not on TG-lowering therapy, there will be 24 patients planned per dose cohort (100, 200, 300 mg) with 18 ISIS 304801 (active) and 6 placebo patients per cohort. For cohorts with patients on a stable dose of fibrate, there will be 12 patients planned per cohort (200, 300 mg) with 8 active and 4 placebo patients per cohort. Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo).

Eligible patients on a stable dose of fibrate will be enrolled into Group 3 and randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.

**Group 4:**
This is an open-label dose group. Up to six (6) patients with Fredrickson Type 1 dyslipidemia are planned to be enrolled in this group. After meeting enrollment criteria, each patient will be assigned to either 100 mg, 200 mg, or 300 mg dose as per Sponsor discretion.

All Groups:
Patients will receive 13 doses of Study Drug administered by SC injection once a week for 13 weeks (Days 1, 8, 15, 22, 29, 36, 43, 50, 57, 64, 71, 78, and 85).

For an individual patient, the participation period consists of a ≤8-week screening period, which includes a 4-week tight diet control run-in qualification period, a 1-week study qualification/baseline assessment period, a 13-week treatment period, and a post-treatment evaluation period of 13 weeks, for a total of 35 weeks of study participation.

### 1.2 Objectives

The primary objective is to evaluate the dose/response pharmacodynamic effects of ISIS 304801 vs. placebo on fasting total apolipoprotein C-III (apoC-III) levels.

The secondary objectives are to: (1) evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting apoC-III associated with very low density lipoprotein (VLDL), triglyceride (TG), apoC-II (total and associated with VLDL), apolipoprotein B-100 (apoB-100), apolipoprotein A-1 (apoA-1), apolipoprotein A-2 (apoA-2), apolipoprotein E (apoE), total cholesterol (TC), low-density lipoprotein-cholesterol (LDL-C), LDL-TG, VLDL-C, VLDL-TG, non-high-density lipoprotein-cholesterol (non-HDL-C), non-HDL-TG, HDL-C, HDL-TG, chylomicron-C (CM-C), CM-TG, free fatty acids (FFA), and glycerol levels; and (2) evaluate the pharmacodynamic effects of ISIS 304801 vs. placebo on fasting lipoprotein, apolipoprotein, lipid, glycerol and total apoC-III levels in heterozygous LPL deficient patients (3) evaluate the pharmacodynamic effects of ISIS 304801 over time on fasting lipoprotein, apolipoprotein, lipid, glycerol and total apoC-III levels in Fredrickson Type 1 patients; (4) examine post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in a subset of the patients in the study and assess more extensive pharmacokinetics (PK) in another subset of the patients (will not be the same patients as those undergoing the post-prandial assessment) and, (5) evaluate the safety, tolerability and PK of ISIS 304801.

### 1.3 Hypotheses

The primary aim of this trial is to test the following null hypothesis:

$H_0$: $\mu_{300mg} = \mu_{placebo}$ versus $H_a$: $\mu_{300mg} > \mu_{placebo}$

where $\mu_{300mg}$ and $\mu_{placebo}$ represent the true mean percent reductions from baseline to average of Day 85 and Day 92 in fasting total apoC-III in patients treated with ISIS 304801 300 mg or placebo respectively for patients in Group 1 plus 2. In words, the null hypothesis $H_0$ says that there is no difference between ISIS 304801 300 mg group and pooled placebo group in percent reduction from baseline to average of Day 85 and Day 92 in fasting total apoC-III (i.e. ISIS 304801 300 mg is not effective); and the alternative hypothesis $H_a$ says

that percent reductions from baseline to average of Day 85 and Day 92 in fasting total apoC-III in ISIS 304801 300 mg group is greater than that in the placebo group (i.e. ISIS 304801 300 mg is effective).

The null hypothesis will be tested at significance level of 0.05 (two-sided), or equivalently, at significance level of 0.025 for one-sided test.

### 1.4 Endpoints

#### *1.4.1 Primary Pharmacodynamic Endpoint*

The primary endpoint is the percent change in fasting total apoC-III levels from Baseline to the average of Day 85 (pre-dose) and Day 92 for patients in Group 1 plus 2.

#### *1.4.2 Secondary Pharmacodynamic Endpoints*

Percent change in fasting VLDL apoC-III , TG, apoC-II (total and associated with VLDL), apoB-100, apoA-1, apoA-2, apoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and glycerol levels.

#### *1.4.3 Tertiary Pharmacodynamic Endpoints*

The tertiary pharmacodynamic endpoints include post-prandial lipid, apolipoprotein and lipoprotein characteristics and kinetics, and glucose levels in the group of patients undergoing post-prandial assessment as appropriate.

#### *1.4.4 Safety Endpoints*

The safety endpoints include:

- Adverse events
- Vital signs and weight
- Physical examination
- Clinical laboratory tests (serum chemistry, hematology, urinalysis, coagulation, complement, immune function, thyroid function, pregnancy test for women with child bearing potential)
- ECG
- Use of concomitant medication

## 2 PROCEDURES

### 2.1 General Overview of Procedures

Isis will review all study data including source documents, CRFs, and laboratory reports. Study site will enter patient source data into the case report form. Safety laboratory data are transferred electronically from Medpace and National Jewish to Isis Pharmaceuticals, Inc..

### 2.2 Randomization & Treatment Allocation

**Groups 1, 2 and 3:**

Eligible patients not on TG-lowering therapy will be enrolled equally (1:1) into a non-extensive PK/post-prandial group (Group 1) or an extensive PK/post-prandial group (Group 2). Eligible patients on a stable dose of fibrate will be enrolled into Group 3.

Patients in Group 2 will be randomized equally (1:1) to an extensive PK group (Group 2a) or a post-prandial assessment group (Group 2b). Group 2a patients will be randomized equally (1:1:1) to 1 of the 3 dose cohorts (100, 200, 300 mg) and, within each dose cohort, 5:1 to receive active or placebo. Group 2b patients will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo. Group 1 patients will be randomized to dose cohort and treatment in a manner that achieves an overall Group 1 plus Group 2 randomization of 1:1:1 to dose cohort (100, 200, 300 mg) and 3:1 to treatment (active, placebo). Patients in Group 3 will be randomized equally (1:1) to 1 of 2 dose cohorts (200, 300 mg) and, within each dose cohort, 2:1 to receive active or placebo.

**Table 2.2.1. Treatment Allocation**

| | 100 mg | | 200 mg | | 300 mg | | Total |
|---|---|---|---|---|---|---|---|
| | Active | Placebo | Active | Placebo | Active | Placebo | |
| Group 1 | 13 | 5 | 7 | 2 | 7 | 2 | 36 |
| Group 2a (PK) | 5 | 1 | 5 | 1 | 5 | 1 | 18 |
| Group 2b (Post-Prandial) | 0 | 0 | 6 | 3 | 6 | 3 | 18 |
| Groups 1 & 2 Total | 18 | 6 | 18 | 6 | 18 | 6 | 72 |
| Group 3 | 0 | 0 | 8 | 4 | 8 | 4 | 24 |

The Sponsor (or designee) will prepare the randomization list. The placebo patients in each dose cohort will be dosed according to the same timetable and with the same injection volume. The unblinded pharmacist (or qualified delegate) preparing the dosing solutions will be the only member of study staff to know which patient is receiving placebo in each dose cohort. Extensive PK / post-prandial assessment groups, and dose cohort assignments will not be blinded.

**Group 4:**

Patients in Group 4 will not be randomized, will be assigned to receive either 100 mg, 200 mg, or 300 mg of active Study Drug.

### 2.3 Conduct

The study will be conducted in accordance with current Good Clinical Practice (GCP) and International Conference on Harmonization (ICH) guidelines, the World Medical Association

Declaration of Helsinki guidelines, the Food and Drug Administration (FDA) Code of Federal Regulations, and all other local regulatory requirements.

## 2.4 Data Monitoring

Isis Pharmaceuticals, Inc. is responsible for processing all reported AEs. All serious adverse events, reported to Isis Pharmaceuticals, Inc. (or designee), will be reviewed according to Isis standard operating procedures. The medical monitor will review all AEs and SAEs on an ongoing basis throughout the study. Isis Pharmaceuticals, Inc. (or designee) will prepare and submit safety reports to the health authorities. If it becomes necessary to communicate new safety information, Isis Pharmaceuticals, Inc. (or designee) will also prepare a safety notification letter and transmit it to study site.

## 2.5 Data Management

### *2.5.1 Case Report Form Data*

BioClinica (or designee) is responsible for creating the Electronic Data Capture (EDC) data entry screens, database and edit checks using definitions developed by Isis Pharmaceuticals, Inc. Isis Pharmaceuticals, Inc. is responsible for the review, data management querying and locking of the database.

Data are single-entered into the EDC system by the investigator site staff. Programmed edit checks (computer logic that checks the validity of the data entered and also prompts for missing data that is expected to be entered) are run and automatic queries are generated. Isis Pharmaceuticals, Inc. reviews all data for accuracy and validity and generates additional queries in the EDC system when necessary. The data are corrected or an explanation concerning the query is provided in the EDC system. After all data are entered, reviewed (by Data Management and Clinical Development) and queried, and all queries resolved, the database is locked.

### *2.5.2 Laboratory Data*

Lab data will be transferred electronically from Medpace (safety labs - chemistry, hematology, urinalysis, hsCRP, coagulation, and lipids – ApoB, ApoC (total and associated with VLDL), HDL-C, LDL-C, TC, Triglycerides, VLDL-C, non-HDL-C) and National Jewish (complements) to Isis Pharmaceuticals, Inc.. Isis Pharmaceuticals, Inc. is responsible for the format of the laboratory electronic data transfers, transfer schedule and review of the clinical laboratory data. This data will be stored as a SAS data set. Additional lipids and post-prandial assessments will be analyzed at CSSSC (Le Centre de santé et de services sociaux de Chicoutimi), CHUS (Centre hospitalier universitaire de Sherbrooke) and ECOGENE-21 and will be entered on CRFs. This data will be electronically transferred to Isis Pharmaceuticals, Inc. and stored as SAS data file along with the SAS data files for all other CRFs.

#### *2.5.3 Pharmacokinetics Data*

Isis Pharmaceuticals, Inc. is responsible for the management and review of the plasma drug concentration data. Final QA'd data will be stored in Documentum.

# 3 ANALYTICAL PLAN

## 3.1 General Overview of Analyses

### *3.1.1 Statistical Methods*

Simple descriptive summary statistics, such as n, mean, standard deviation, median, interquartile range (25th percentile, 75th percentile), minimum, and maximum for continuous variables, and counts and percentages for categorical variables will be used to summarize most data. Where appropriate, $p$-values will be reported. Null hypotheses will be tested using two-sided tests whose Type I error rates are controlled at alpha = 0.05 unless otherwise stated.

For data tabulation and statistical analysis, the placebo treatments from all 3 cohorts in Groups 1 and 2 will be pooled into one group (Placebo Group 1 plus 2), the placebo treatments from both 200 mg and 300 mg cohorts in Group 3 will be pooled into another group (Placebo Group 3).

Baseline will be defined as follows:

- Lipids analyzed by ECOGENE-21: average of Day -8 and Day -1 results for post-prandial assessment patients; average of Day -8 and Day 1 pre-dose results for other patients
- Lipids analyzed by Medapce: Day -8 results for post-prandial assessment patients as well as other patients
- Lipoprotein subclasses and particle size: Day 1 results
- Other assessments: last value prior to the first dose.

For PD parameters, the primary PD timepoint is defined as the average of Day 85 (pre-dose) and Day 92 results. For patients who terminate treatment early, the primary PD timepoint is defined as the average of PD measures taken between the last dosing day and up to 10 days after the last dosing day.

For lipid parameters and lipoprotein subclasses and particle size, only the assessments with no indication of lack-of-validity (e.g. not a fasting blood draw, etc.) will be used. Data analyzed by Medpace and ECOGENE-21 will be summarized separately.

Patient demographic and baseline characteristics (e.g., age, gender, race, weight, waist and hip circumferences and ratio, and BMI etc.) obtained before the first study drug administration will be summarized by dose group using descriptive statistics.

Patient enrollment and disposition will be summarized by dose group. Protocol deviations will be listed.

For data summary, multiple records within the same visit will be averaged. Unscheduled results will not be included in the summary tables except for determining baseline for non-lipid analysis, but will be presented in data listings.

### *3.1.2 Subject Population Analyzed*

The Safety Set will include all randomized patients in Groups 1, 2, and 3 and all enrolled patients in Group 4 who receive at least 1 injection. The safety analyses will be conducted in the Safety Set.

The Full Analysis Set (FAS), which represents the practically-feasible intent-to-treat (ITT) population as delineated in ICH Guideline E9, will include the subset of the Safety Set with at least 1 post-Baseline total apoC-III measure. The total apoC-III measures analyzed by Medpace (lab test name = Apolipoprotein CIII) will be used to determine the FAS.

The Per-Protocol Set (PPS) will include the subset of the Full Analysis Set that have received at least 9 doses of study drug and that have no significant protocol deviations that would be expected to affect efficacy assessments.

The primary and secondary pharmacodynamic endpoints will be assessed on the Full Analysis Set and Per-Protocol Set, with the latter being the basis for the primary pharmacodynamic analysis.

Post-prandial Subset will include the subset of the Per-Protocol Set with Baseline and post-baseline post-prandial plasma TG measures.

Heterozygous LPL Deficiency Subset will include the subset of the Per-Protocol Set from Groups 1, 2, and 3 with any mutation detected in the genetic testing including P207L, D9N, G188E, N291S, Exon 2 - rs1801177, and Exon 6 – rs268.

In addition to the Safety Set, Full Analysis Set, Per-protocol Set, Post-prandial Subset, and Heterozygous LPL Deficiency Subset, it is recognized that some data displays will be provided for "All Randomized/Enrolled", "Screening Failures" and "All Screened" patients but no data analysis will be executed in these populations.

All decisions concerning exclusion of patients from the analysis sets will be made by appropriate medical, clinical, data management, and statistical personnel prior to unblinding the study.

### 3.2 Primary Analysis

#### *3.2.1 Primary Endpoint Definition*

The primary endpoint is the percent change in fasting total apoC-III levels from Baseline to the average of Day 85 (pre-dose) and Day 92 for patients in Group 1 plus 2.
For patients who terminate treatment early, the primary endpoint is defined as the average of total apoC-III measures taken between the last dosing day and up to 10 days after the last dosing day.

#### *3.2.2 Analysis of Primary Endpoint*

The primary analysis will be the comparisons of percent change from baseline to the primary endpoint in fasting total apoC-III levels between ISIS 304801 300 mg group and pooled placebo group in Group 1 plus 2 for the Per-Protocol Set. The data will be analyzed using the two-sample t-test or Wilcoxon Rank Sum test, as appropriate. The normality will be assessed using the Kolmogorov-Smirnov test. The primary analysis will take place after all patients in Groups 1 and 2 have completed Day 92 visit and this database has been locked. At the time of unblinding, controlled procedures will be implemented to ensure the only selected personnel at Sponsor will be unblinded in order to minimize the introduction of bias in the data until the completion of the study.

#### *3.2.3 Sample Size Consideration*

Based upon prior clinical trial experience with ISIS 304801, it is estimated that the standard deviation of the percent change in total apoC-III is approximately 46%. With 18 Group 1 and 2 patients in the pooled placebo group and each ISIS 304801 dose group, there would be at least 80% power to detect a 45% difference in total apoC-III between each ISIS 304801 dose group and pooled placebo at an alpha level of 0.05, assuming 50% reduction in ISIS 304801 dose group and 5% in the pooled placebo group.

Sample size in Groups 3 and 4 is not based on statistical calculation. It is selected based upon prior experience to ensure that the safety, tolerability and efficacy of ISIS 304801 can be explored while minimizing unnecessary subject exposure.

#### *3.2.4 Planned Interim Analysis*

To ensure patient safety, blinded data including the adverse events and safety laboratory data will be reviewed by the Sponsor on an ongoing basis.

For business planning purposes, an unblinded interim analysis may be conducted to evaluate the PD effects after approximately 40 patients complete the Day 92 procedures. The interim

analysis will be conducted on the unaudited data. Aggregate PD results, unblinded by treatment group but not by patient will be provided. To ensure the integrity of ongoing data collection, access to unblinded interim individual data will be limited to those pre-specified personnel as necessary to perform the analysis and/or data review and these personnel will be independent of the ongoing conduct of the study. The Investigator, study staff, subjects, monitors, Sponsor's Medical Monitor and members of the Sponsor's clinical operations team and data management team will remain blinded throughout the study.

In view of the exploratory nature of the study, no p-value adjustments will be made for the interim analysis.

#### *3.2.5 Incomplete or Missing Data*

Missing values will not be imputed.

### 3.3 Secondary Analyses

#### *3.3.1 Secondary Analyses on the Primary PD Timepoint*

The secondary analyses on the primary PD timepoint include the comparisons of percent change from baseline to the primary PD timepoint in fasting total apoC-III levels between

- ISIS 304801 300 mg group and pooled placebo group in Group 1 plus 2 for FAS
- ISIS 304801 300 mg group and pooled placebo group in Group 3 for PPS
- ISIS 304801 300 mg group and pooled placebo group in Group 3 for FAS
- ISIS 304801 300 mg group and pooled placebo group in Groups 1, 2, and 3 for Heterozygous LPL Deficiency Subset
- ISIS 304801 100 mg group and pooled placebo group in Group 1 plus 2 for PPS
- ISIS 304801 100 mg group and pooled placebo group in Group 1 plus 2 for FAS
- ISIS 304801 100 mg group and pooled placebo group in Groups 1, 2, and 3 for Heterozygous LPL Deficiency Subset
- ISIS 304801 200 mg group and pooled placebo group in Group 1 plus 2 for PPS
- ISIS 304801 200 mg group and pooled placebo group in Group 1 plus 2 for FAS
- ISIS 304801 200 mg group and pooled placebo group in Group 3 for PPS
- ISIS 304801 200 mg group and pooled placebo group in Group 3 for FAS
- ISIS 304801 200 mg group and pooled placebo group in Groups 1, 2, and 3 for Heterozygous LPL Deficiency Subset

The comparisons will be assessed in a similar way to the primary analysis.
Group 4 will be summarized by dose group using descriptive statistics.

#### *3.3.2 Percent Change from Baseline in Fasting Total ApoC-III Level Over Time*

Comparison of percent change from baseline in fasting total apoC-III level over time between ISIS 304801 100 mg, 200 mg or 300 mg group and pooled placebo group will be carried out using the repeated measurement analysis methods and will be performed in Group

1 plus 2 and in Group 3 for both FAS and PPS, and also in Groups 1, 2, and 3 for Heterozygous LPL Deficiency Subset, if supported by adequate data. Group 4 will be summarized by dose group using descriptive statistics.

### *3.3.3 Percent Change from Baseline to Primary PD Timepoint in VLDL ApoC-III, TG, ApoC-II (Total and Associated with VLDL), ApoB-100, ApoA-1, ApoA-2, ApoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, Non-HDL-C, Non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and Glycerol Levels*

The comparisons between ISIS 304801 100 mg, 200 mg or 300 mg group and pooled placebo group will be assessed in a similar way to the primary analysis, and will be performed in Group 1 plus 2 and in Group 3 for both FAS and PPS, and also in Groups 1, 2, and 3 for Heterozygous LPL Deficiency Subset. Group 4 will be summarized by dose group using descriptive statistics.

### *3.3.4 Percent Change from Baseline in VLDL ApoC-III, TG, ApoC-II (Total and Associated with VLDL), ApoB-100, ApoA-1, ApoA-2, ApoE, TC, LDL-C, LDL-TG, VLDL-C, VLDL-TG, non-HDL-C, non-HDL-TG, HDL-C, HDL-TG, CM-C, CM-TG, FFA, and Glycerol Levels Over Time*

Comparison between ISIS 304801 100 mg, 200 mg, or 300 mg group and pooled placebo group will be carried out using the repeated measurement analysis methods in Group 1 plus 2 and in Group 3 for both FAS and PPS, and also in Groups 1, 2, and 3 for Heterozygous LPL Deficiency Subset, if supported by adequate data. Group 4 will be summarized by dose group using descriptive statistics.

### *3.3.5 Change and Percent Change from Baseline to Day 92 or Early Termination in Lipoprotein Subclasses and Particle Size*

Lipoprotein subclasses and particle size include:

- VLDL & Chylomicron Particles (total)
- Large VLDL & Chylomicron Particles
- Medium VLDL Particles
- Small VLDL Particles
- LDL Particles (total)
- IDL Particles
- Large LDL Particles
- Small LDL Particles (total)
- HDL Particles (total)
- Large HDL Particles
- Medium HDL Particles
- Small HDL Particles
- VLDL Size

- LDL Size
- HDL Size

The comparisons of change and percent change from baseline to Day 92 or early termination in lipoprotein subclasses and size between ISIS 304801 100 mg, 200 mg or 300 mg group and pooled placebo group will be assessed in a similar way to the primary analysis, and will be performed in Group 1 plus 2 and in Group 3 for both FAS and PPS, and also in Groups 1, 2, and 3 for Heterozygous LPL Deficiency Subset. Group 4 will be summarized by dose group using descriptive statistics.

#### *3.3.6 Post-Prandial Measures*

Post-prandial measures include

- Plasma and CM fraction levels for $^{3}H$-tracer
- Plasma [U-$^{13}C$]-K palmitate and [1,1,2,3,3-$^{2}H$]-glycerol appearance rates
- Plasma and CM fraction levels for TG, TC, and apoB
- Plasma, CM, and VLDL fraction levels for apo CIII, apo CII, and apo E
- Plasma levels for glucose and insulin

Area under the curve (AUC) will be calculated using the linear trapezoidal rule for each post-prandial measure. Comparison of percent change from baseline to post-dose AUC and maximal (MAX) value between ISIS 304801 200 mg or 300 mg group and pooled placebo group will be assessed in a similar way to the primary analysis and will be performed in the Post-Prandial Subset.

These measures will also be summarized and plotted by timepoint for both baseline and post-dose.

### 3.4 Pharmacokinetic Analyses

Plasma samples will be collected in both the non-extensive PK/post-prandial group (Group 1) and the extensive PK/post-prandial group (Group 2) from all dose cohorts for ISIS 304801 pharmacokinetic assessments.

#### *3.4.1 Plasma Concentration Data*

Plasma concentrations of ISIS 304801, along with the scheduled (nominal) and actual sampling times will be listed for each subject by cohort, nominal dose, and day. Percent differences between scheduled and actual sampling times will also be listed for all subjects.

Plasma concentrations below the lower limit of quantification (LLOQ) will be presented as “BLQ”. For the purpose of calculating typical descriptive statistics (n, mean, SD, %CV, geometric mean, geometric %CV, median, minimum, and maximum) for plasma concentrations, all BLQ values will be set to zero. Mean plasma concentrations that are BLQ will be presented as BLQ, and the SD and %CV will be reported as not applicable. Summary

statistics of the ISIS 304801 plasma concentrations will be tabulated for the extensive PK/post-prandial group by cohort, nominal dose, day, and scheduled time point. Summary statistics of the ISIS 304801 plasma trough concentrations and post treatment concentrations collected during the post treatment follow up period will be tabulated for all the ISIS 304801 treated subjects (Groups 1 and 2 combined, Group 3, and Group 4) by cohort, nominal dose, and day. Additionally, gender stratified summary statistics of the ISIS 304801 plasma trough concentrations and post treatment concentrations will also be tabulated by cohort, nominal dose, and day (Groups 1 and 2 combined, Group 3, and Group 4). At the discretion of the pharmacokineticist and/or biostatistician, samples may be excluded from the summary descriptive statistics if there are large deviations between scheduled and actual sampling times.

ISIS 304801 plasma concentration versus time (actual) profiles for each subject, as well as the mean (±SE) plasma concentration versus time (scheduled) profiles for the extensive PK/post-prandial group, will be presented graphically on linear and semilogarithmic scales. Additionally, mean plasma trough and post-treatment concentrations of ISIS 304801 over time by treatment cohort/dose will be presented on linear and semilogarithmic scales, without and with the stratification by gender, Groups 1 and 2 combined, Group 3, and Group 4. At the discretion of the pharmacokineticist and/or biostatistician, samples may be excluded from the mean plots if there are large deviations between scheduled and actual sampling times.

Pharmacokinetic analysis of ISIS 304801 will be carried out on each individual subject where full PK sampling profiles are collected using WinNonLin Professional Version 5.2 or higher (Pharsight Corp., Mountain View, CA). For calculation of PK parameters, all BLQ values will be set to zero. The following plasma PK parameters will be calculated as appropriate for the data obtained and based on actual sampling times:
For the non-extensive/post prandial assessment group and Group 4, half life following the last dose may be calculated as described for the extensive PK sampling group and Group 4 if the data allow.
For the extensive PK sampling group (Group 2):

- $C_{max}$: the maximum concentration observed in plasma
- $T_{max}$: the time at which $C_{max}$ occurs
- $AUC_{24hr}$: partial AUC from time zero to 24 hr will be calculated using the linear trapezoidal rule. This parameter will be calculated for Day 1 and Day 85.
- $MRT_{last}$: mean residence time (MRT) from time zero to the last quantifiable concentration will be calculated from the equation, $MRT_{last} = AUMC_{last} / AUC_{last}$, where $AUMC_{last}$ is the first moment plasma concentration-time curve from time zero to the last quantifiable concentration. This parameter will be calculated for Day 1 and Day 85 and $t_{last}$ may be set to 24 hours upon inspection of the data. This parameter

will be calculated and reported mainly as an index measure to reflect the expected initial rapid disposition of ISIS 304801 from plasma to tissues shortly after dosing.

For both the extensive PK sampling group and the post prandial assessment group:

- $t_{½\lambda z}$: apparent terminal elimination half-life will be calculated from the equation, $t_{1/2\lambda z} = 0.693/\lambda_z$. when appropriate. This parameter will only be calculated following the dose on Day 85.

Plasma pharmacokinetic parameters will be summarized using descriptive statistics (n, mean, SD, %CV, geometric mean, geometric CV%, median, minimum, and maximum) by cohort, nominal dose, gender, and day (as deemed appropriate).

Exposure-response relationships between selected pharmacodynamic and pharmacokinetic measures may also be explored, where deemed necessary and appropriate. Immunological status of subjects (presence of anti ISIS 304801 antibodies) may be determined and data may be stratified by antibody status if available and deemed relevant by pharmacokineticist.

## 3.5 Safety Analyses

Safety will be assessed by summarizing the incidence and type of AEs and SAEs. Laboratory parameters will be listed for review.

Days of exposure and total amount of drug received for each patient will be summarized.

### *3.5.1 Adverse Events*

The incidence of AEs will be summarized by Medical Dictionary for Regulatory Activities (MedDRA) preferred term and system organ class for:

Any treatment emergent adverse events
Related treatment emergent adverse events
Serious treatment emergent adverse events
Serious and related treatment emergent adverse events.

SAEs and non-serious AEs that lead to study discontinuation or investigational drug discontinuation will be listed separately. Early dosing termination and early study termination will be summarized by termination reason.

Additionally, the number and percent of patients in each treatment group experiencing injection site reactions will be tabulated.

A treatment emergent adverse event is defined as an event occurring after the initiation of study treatment and before the end of the Post-Treatment Evaluation period. Non-treatment emergent adverse event will be flagged in the data listing.

The most conservative approach will be used to determine if the event occurs during the treatment or follow-up periods. For example,

- AEs that have onset dates or resolution dates prior to the first study treatment dates will be considered to have occurred prior to the study period. If the onset or resolution date of an AE is a partial date with only month or year available, then the event is assumed to be within the study period unless the year is prior to the year of the first study treatment date, or if in the same year, the month is prior to the month of the first study treatment date.
- AEs that have onset dates after study termination date will be assumed to have occurred after the study period. If the onset of an AE is a partial date with only month or year available, then similar approach as above will be used.

### *3.5.2 Laboratory Measurements*

The following is the list of safety lab analytes that will be collected throughout the study:

- Chemistry: Sodium, Potassium, Chloride, Bicarbonate, Total Protein, Albumin, Total globulin, Calcium, Phosphorus, Glucose, BUN, Creatinine, Uric Acid, Lactate dehydrogenase, Total bilirubin, Direct bilirubin, Indirect bilirubin, ALT, AST, Alkaline Phosphatase, Creatine Phosphokinase
- Hematology: Red blood cells, Hemoglobin, Hematocrit, MCV, MCH, MCHC, Platelets, White blood cells, WBC Differential (% and absolute): Neutrophils, Eosinophils, Basophils, Lymphocytes, Monocytes
- Complements: C5a and Bb
- Coagulation: aPTT, PT, INR
- hsCRP
- Urinalysis: Color, Appearance, pH, Specific Gravity, Protein, Blood, Glucose, Ketones, Bilirubin, Urobilinogen, Leukocyte Esterase, Nitrate, and Microscopics. These data will not be tabulated as described below due to the non-ordinal categorical nature of the data. The data will only be displayed in subject listings.
- Genetic mutation test: P207L, D9N, G188E and N291S. The data will only be displayed in subject listings.
- Other test: Hepatitis B surface antigen, Hepatitis C antibody, HIV antibody, hCG, Free T4, and TSH. The data will only be displayed in subject listings.

The laboratory measurements will be provided in the data listings. The actual results, changes, and percent changes from baseline at each scheduled visit will be summarized by treatment group.

### *3.5.3 Vital Signs*

Vital signs will include body temperature, heart rate, respiratory rate, and systolic and diastolic blood pressure. The vital sign data will be provided in a data listing.

### *3.5.4 Physical Examinations*

Adverse changes in physical examinations that are deemed clinically significant by the investigator will be classified as adverse events. All physical examination data will be provided in a data listing.

### *3.5.5 12-Lead Electrocardiograms (ECG)*

The ECG data will include ventricular rate, PR interval, QRS duration, QT/QTC, and Overall interpretation. The ECG data will be provided in a data listing.

### *3.5.6 Concomitant Medications*

Concomitant medications will be coded using WHO Drug dictionary and summarized by ATC class, generic name and treatment group.