**UMHOFER, MITCHELL & KING LLP**
Matthew Donald Umhofer (SBN 206607)
Margaret E. Dayton (SBN 274353)
767 S. Alameda St., Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
peggy@umklaw.com

*Attorneys for Plaintiff/ Counter-Defendant Ionis Pharmaceuticals, Inc.*

**FISH & RICHARDSON P.C.**
Megan A. Chacon (SBN 304912)
chacon@fr.com
4695 MacArthur Court, Ste. 1100
Newport Beach, CA 92660
Tel: (949) 623-7640
Fax: (858) 678-5099

*Attorney for Defendant/Counter-Claimant Arrowhead Pharmaceuticals, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IONIS PHARMACEUTICALS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARROWHEAD PHARMACEUTICALS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-8609-HDV-AGR<br><br>**JOINT STIPULATION REGARDING ANSWER TO COUNTERCLAIMS** |
| ARROWHEAD PHARMACEUTICALS, INC., a Delaware corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>IONIS PHARMACEUTICALS, INC., a Delaware Corporation,<br><br>Counter-Defendant. | |

WHEREAS, Ionis Pharmaceuticals, Inc. ("Ionis") and Arrowhead Pharmaceuticals, Inc. ("Arrowhead" and with Ionis, the "Parties") entered into a Joint Stipulation Regarding Amended Pleadings on July 30, 2026 (Dkt. 61);

WHEREAS, the Court granted the Joint Stipulation Regarding Amended Pleadings on September 1, 2026, and ordered that: "(1) Arrowhead shall file its First Amended Counterclaims within seven (7) days of the Court's approval of this Joint Stipulation; and (2) Ionis shall have twenty-eight (28) days thereafter to respond to Arrowhead's First Amended Counterclaims and to amend its Complaint (Dkt. 1) to add a claim for correction of inventorship, if it so chooses," (Dkt. 65);

WHEREAS, pursuant to the Court's Order, on September 4, 2026, Arrowhead filed its First Amended Counterclaims, (Dkt. 66);

WHEREAS, pursuant to the Court's Order, on October 2, 2026, Ionis filed its Answer to Arrowhead's First Amended Counterclaims (Dkt. 73) and its First Amended Complaint, (Dkt. 72);

WHEREAS, on October 15, 2026, Arrowhead filed its Answer and Counterclaims to Plaintiff's First Amended Complaint, (Dkt. 76);

WHEREAS, a dispute has arisen between the Parties. Arrowhead asserts that Ionis was required to file an Answer to the Counterclaims included in Arrowhead's Answer to Ionis's Amended Complaint (Dkt. 76) under Federal Rule of Civil Procedure 12(a)(1)(B) by November 5, 2026. Ionis asserts that no further pleading is required from Ionis because Arrowhead's counterclaims in its Answer and Counterclaims (Dkt. 76) are substantively the same as those in its First Amended Counterclaims (Dkt. 66) to which Ionis already responded (Dkt. 73);

WHEREAS, the Parties have met and conferred and agreed that in the interest of judicial economy and to avoid unnecessary motion practice or future uncertainty about the operative pleadings going forward, Ionis will be permitted to and will file an answer to Arrowhead's Answer and Counterclaims to Plaintiff's First Amended

Complaint (Dkt. 76) within five days of the Court's approval of this Joint Stipulation and that such filing will be deemed timely;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, subject to the approval of the Court, that:

1. Within five days of the Court's approval of this Joint Stipulation, Ionis shall file an answer to Arrowhead's counterclaims asserted in Arrowhead's Answer and Counterclaims to Plaintiff's First Amended Complaint (Dkt. 76).

A Proposed Order reflecting the above Stipulation is lodged concurrently as an attachment hereto.

Dated: November 18, 2026

UMHOFER, MITCHELL AND KING LLP

By: */s/ Margaret E. Dayton*

Matthew Donald Umhofer (SBN 206607)
Matthew@umklaw.com
Margaret E. Dayton (SBN 274353)
Peggy@umklaw.com
UMHOFER, MITCHELL & KING LLP
767 South Alameda Street, Suite 270
Los Angeles, CA 90021
213-394-7979 / Fax: 213-529-1027

Jessamyn S Berniker (*pro hac vice)*
Jberniker@wc.com
Thomas S Fletcher (SBN 262693)
Tfletcher@wc.com
Kathryn S. Kayali (*pro hac vice)*
Kkayali@wc.com
Michael Xun Liu (*pro hac vice)*
Mliu@wc.com
WILLIAMS & CONNOLLY
680 Maine Ave. S.W.
Washington, DC 20024
202-434-5000 Fax: 202-434-5029

Dated: November 18, 2026

FISH & RICHARDSON P.C.

By: */s/ Megan A. Chacon*

Megan A. Chacon (SBN 304912)
FISH & RICHARDSON P.C.
4695 MacArthur Court, Ste. 1100
Newport Beach, CA 92660
Tel: (949) 623-7640 / Fax: (858) 678-5099
Email: chacon@fr.com

Madelyn S. McCormick (SBN 320063)
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099
Email: mmccormick@fr.com

Susan Morrison (admitted *pro hac vice*)
FISH & RICHARDSON P.C.
222 Delaware Avenue, Ste. 1700
Wilmington, DE 19801
Tel: (302) 652-5070 / Fax: (302) 652-0607
Email: morrison@fr.com

Louis E. Fogel (admitted *pro hac vice*)
FISH & RICHARDSON P.C.
150 N. Riverside Plaza, Ste. 2820
Chicago, IL 60606
Tel: (312) 278-2601 / Fax: (312) 873-4603
Email: fogel@fr.com

Sarah Jack (admitted *pro hac vice*)
FISH & RICHARDSON P.C.
60 South 6th Street, Ste. 3200
Minneapolis, MN 55402
Tel: (612) 638-5747 / Fax: (612) 288-9696
Email: jack@fr.com

Grier A. Conville (*pro hac vice* pending)
FISH & RICHARDSON P.C.
One Marina Park Drive, Ste. 1700
Boston, MA 02210
Tel: (617) 542-5070 / Fax: (617) 542-8906
Email: conville@fr.com

Mona Ziaei (admitted *pro hac vice*)
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, N.Y. 10036
Tel: (212) 765-5070 / Fax: (212) 258-2291
Email: ziaei@fr.com

Attorneys for Defendant and Counterclaim-Plaintiff Arrowhead Pharmaceuticals, Inc

## ATTORNEY ATTESTATION

The other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.

Dated: November 18, 2026

UMHOFER, MITCHELL AND KING LLP

By: *s/ Margaret E. Dayton*
Margaret E. Dayton